# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

David John Boshea,

    **Plaintiff,**

v.        Case No. _____

COMPASS MARKETING, INC.,

    **Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, **Thomas J. Gagliardo**, am a member in good standing of the bar of this Court. I am moving the admission of **Gregory J. Jordan** to appear pro hac vice in this case as counsel for **Plaintiff David John Boshea**.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See the Attached List | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **zero** time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

PHVMotion (12/2018)

Page 1 of 2

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Thomas J. Gagliardo | [signature] |
| Signature | Signature |
| Thomas J. Gagliardo 04899 | Gregory J. Jordan |
| Printed name and bar number | Printed name |
| Gilbert Employment Law, P.C. | Jordan & Zito LLC |
| Office name | Office name |
| 1100 Wayne Avenue, Ste. 900, Silver Spring, MD 20910 | 55 West Monroe Street, Suite 3600, Chicago IL 60603 |
| Address | Address |
| 301-608-0880 | 312-854-7181 |
| Telephone number | Telephone number |
| 301-608-0881 | |
| Fax Number | Fax Number |
| tgagliardo-efile@gelawyer.com | gjordan@jz-llc.com |
| Email Address | Email Address |

# Additional Information Regarding the Application for Admission Pro Hac Vice of and for Gregory J. Jordan

**Response to Question 2.**

| State Court | Date of Admission |
|---|---|
| 1. Indiana | October 12, 1984 |
| 2. Illinois | January 25, 1991 |

| US Court | Date of Admission |
|---|---|
| 1. United States Supreme Court | April 17, 2006 |
| 2. United States Circuit Court for the Seventh Circuit | May 15, 1991 |
| 3. United States District Court for the Central District of Illinois | November 2, 1994 |
| 4. United States District Court for the Northern District of Illinois | March 19, 1991 |
| 5. United States District Court for the Southern District of Illinois | December 27, 2005 |
| 6. United States District Court for the Northern District of Indiana | October 12, 1984 |
| 7. United States District Court for the Southern District of Indiana | October 12, 1984 |
| 8. United States District Court for the Eastern District of Michigan | October 28, 2005 |
| 9. United States District Court for the Eastern District of Wisconsin | October 31, 2005 |
| 10. United States District Court for the Western District of Wisconsin | June 3, 2010 |