**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF MARYLAND**
**ATTORNEY APPEARANCE**

In the Matter of                                    Case Number:    21-cv-00309
**DAVID JOHN BOSHEA,**

    **Plaintiff,**

    v.

**COMPASS MARKETING, INC.,**

    **Defendant.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**DAVID JOHN BOSHEA**

| | |
|---|---|
| NAME (Type or print) <br> Gregory J. Jordan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Gregory J. Jordan | |
| FIRM   Jordan & Zito LLC | |
| STREET ADDRESS  55 West Monroe Street, Suite 3600 | |
| CITY/STATE/ZIP    Chicago IL 60603 | |
| ID NUMBER <br> Bar ID: 815049 (Pro Hac Vice) | TELEPHONE NUMBER (312) 854-7181 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |