# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

David John Boshea

                                Plaintiff

                                    Case No.: 1:21-cv-00309-ELH

                                vs.

Compass Marketing, Inc.

                                Defendant

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Breach of Contract with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/19/2021 at 12:25 PM, I served Compass Marketing, Inc. c/o Business Filings International Incorporated, Resident Agent at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21093 with the Summons and Complaint for Breach of Contract with Exhibits by serving Rebecca Gott, Agent, authorized to accept service on behalf of Business Filings International Incorporated.

Rebecca Gott is described herein as:

Gender: Female    Race/Skin: White    Age: 33    Weight: 140    Height: 5'6"    Hair: Black    Glasses: No

I declare under penalty of perjury that this information is true and correct.

3/23/21
Executed On



V. Piazza
Vincent Piazza

Client Ref Number: N/A
Job #: 1587577

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| DAVID JOHN BOSHEA | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 21-cv-309-ELH |
| Compass Marketing, Inc. | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Compass Marketing Inc.
Serve:

Resident Agent: BUSINESS FILINGS INTERNATIONAL INCORPORATED
2405 YORK ROAD
SUITE 201
LUTHERVILLE TIMONIUM MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Gagliardo. Gilbert Employment Law, P.C. 100 Wayne Avenue, Suite 900
Silver Spring MD 20910
Gregory J. Jordan, Admission Pro Hac Vice Pending
Jordan & Zito LLC, 55 West Monroe St., Suite 3600., Chicago IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/08/2021

Signature of Clerk or Deputy Clerk