# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN (BALTIMORE) DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Defendant Compass Marketing, Inc. ("Compass Marketing"), both through its undersigned counsel, hereby files this Consent Motion to Extend Time to Answer Complaint and states the following in support hereof.

On or about April 30, 2021, Compass Marketing learned of the Complaint and Motion for Default Judgment filed by Plaintiff David J. Boshea ("Boshea"). Compass Marketing shortly thereafter learned that an adverse party in another lawsuit appears to have received notification of the Complaint and Motion for Default Judgment from Compass Marketing's Registered Agent and did not inform the company of these matters. Upon learning this information, Compass Marketing promptly retained counsel, and counsel for Compass Marketing promptly reached out to counsel for Boshea, explained what the company had learned, and requested a 21-day extension of time to answer the Complaint. Counsel for Boshea consented to the 21-day extension.

WHEREFORE, Compass Marketing respectfully requests, with the consent of Boshea, that the Court grant Compass Marketing an extension of time until May 26, 2021, to answer the Complaint (and also deny the Motion for Default Judgment as moot).

Dated: May 4, 2021                              Respectfully submitted,

    */s/ Stephen B. Stern*
Stephen B. Stern, Esq., Bar No. 25335
Heather K. Yeung, Esq., Bar No. 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone: (410) 216-7900
Facsimile: (410) 705-0836
Email: stern@kaganstern.com
Email: yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2021, this Consent Motion to Extend Time to Answer Complaint was served via CM/ECF to:

>Thomas J. Gagliardo
>Gilbert Employment Law, PC
>1100 Wayne Avenue, Suite 900
>Silver Spring, MD 20910
>Email:  tgagliardo@gelawyer.com

>and

>Gregory J. Jordan
>Mark Zito
>Jordan & Zito, LLC
>55 West Monroe St., Suite 3600
>Chicago, IL 60603
>Email:  gjordan@jz-llc.com

>*Attorneys for Plaintiff*
>*David Boshea*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Stephen B. Stern*
　　　　　　　　　　　　　　　　　　　　　　　Stephen B. Stern