IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN (BALTIMORE) DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

## ENTRY OF APPEARANCE

Please enter the appearance of Stephen B. Stern, Esq., Heather K. Yeung, Esq., and the law firm of Kagan Stern Marinello & Beard, LLC, on behalf of Defendant Compass Marketing, Inc., in the above-captioned matter.

Dated: May 4, 2021

Respectfully submitted,

  /s/ Stephen B. Stern
Stephen B. Stern, Esq., Bar No. 25335
Heather K. Yeung, Esq., Bar No. 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone: (410) 216-7900
Facsimile: (410) 705-0836
Email: stern@kaganstern.com
Email: yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2021, this Entry of Appearance was served via CM/ECF to:

>Thomas J. Gagliardo
>Gilbert Employment Law, PC
>1100 Wayne Avenue, Suite 900
>Silver Spring, MD 20910
>Email: tgagliardo@gelawyer.com

and

>Gregory J. Jordan
>Mark Zito
>Jordan & Zito, LLC
>55 West Monroe St., Suite 3600
>Chicago, IL 60603
>Email: gjordan@jz-llc.com

*Attorneys for Plaintiff
David Boshea*

> __/s/ Stephen B. Stern_____
> Stephen B. Stern