IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN (BALTIMORE) DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:21-CV-00309-ELH |
| v. | * | |
| | * | |
| **COMPASS MARKETING, INC.** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to Answer Complaint filed by Defendant Compass Marketing, Inc., it is hereby:

**ORDERED** that the deadline for Defendant Compass Marketing, Inc. to file a response to Plaintiff's Complaint shall be extended until and through May 26, 2021, and it is further

**ORDERED** that Plaintiff David J. Boshea's Motion for Default Judgment is DENIED as moot.

ENTERED this \_\_\_\_ day of May, 2021.

_____
Judge, United States District Judge