**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

DAVID J. BOSHEA

   *Plaintiff,*

v.

COMPASS MARKETING, INC.

   *Defendant.*

        *

        *   Civil No.: 1:21-cv-00309-ELH

        *

        *

        *

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DISCLOSURE OF CORPORATE AFFILIATIONS
<u>AND FINANCIAL INTEREST</u>**

Pursuant to FED. R. CIV. P. 7.1 and Local Rule 103.3, Defendant Compass Marketing, Inc., by and through its undersigned counsel, hereby provides the following information:

1. No parent entity exists for the named Defendant.

2. Tagnetics, Inc., is an affiliate of Compass Marketing, Inc., under the laws of certain states. To this end, Compass Marketing owns at least 10% of the shares and options of Tagnetics, Inc.

3. No other corporation, unincorporated association, partnership, or other business entity not a party to the case has any financial interest in the outcome of the litigation.

1

Dated: June 2, 2021              Respectfully submitted,

                                             /s/ *Stephen B. Stern*
                                  Stephen B. Stern, Bar No.: 25335
                                  Heather K. Yeung, Bar No.: 20050
                                  KAGAN STERN MARINELLO & BEARD, LLC
                                  238 West Street
                                  Annapolis, Maryland 21401
                                  Phone:     (410) 216-7900
                                  Facsimile:  (410) 705-0836
                                  stern@kaganstern.com
                                  yeung@kaganstern.com

                                  *Counsel for Defendant*
                                  *Compass Marketing, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of June, 2021, I served via the CM/ECF e-filing system the above filing on all counsel of record entitled to service.

                                              /s/ *Stephen B. Stern*
                                  Stephen B. Stern, Bar No.: 25335