**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Defendant's Motion for Leave to File an Amended Answer to Plaintiffs' Complaint and Leave to File a Counterclaim, and any opposition thereto, it is this _____ day of _____, 2021 hereby

ORDERED that the Motion is granted, and further

ORDERED that, consistent with Local Rule 6(a), the Amended Answer attached as Exhibit 1 to Defendant's Motion is hereby filed and is an operative pleading, and further

ORDERED that, consistent with Local Rule 6(a), the Counterclaim and Third Party Complaint attached Exhibit 3 to Defendant's Motion is hereby filed and is an operative pleading, and further

ORDERED that, consistent with Local Rule 6(a), both the Amended Answer and the Counterclaim and Third Party Complaint shall be deemed to have been served on the same date as this Order.

_____
Judge