IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN (BALTIMORE) DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

## **ORDER**

This matter coming to be hearing on the Plaintiff's Uncontested Motion for Leave To File His Amended Complaint filed by David John Boshea, the Court deeming the relief sought proper, it is

ORDERED that the motion is granted, and it is further

ORDERED that, under Local Rule 103(6), the Amended Complaint attached to the motion as Exhibit 1 is deemed filed and served as of July 29, 2021, and it is further

ORDERED that, under Local Rule 103(6)(b), the exhibits attached to the original Complaint filed in this lawsuit are made a part of the Amended Complaint.

_____
Judge