IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN (BALTIMORE) DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

* * * * * * * * * * * * *

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective August 11, 2021, Gregory Jordan, Mark Zito, and the law firm of Jordan & Zito LLC, who serves as one of the attorneys for David J. Boshea in the above-referenced lawsuit, have relocated his offices to the following address:

>Jordan & Zito LLC
>450 N. LaSalle Drive, Suite 1100
>Chicago Illinois 60654

All pleadings, notices, and communications directed to Gregory Jordan should be directed to the above address.

**DAVID J. BOSHEA**

By: /s/ Gregory J. Jordan
One of His Attorneys

Gregory J. Jordan
Jordan & Zito LLC
450 N. LaSalle Drive, Suite 1100
Chicago Illinois 60654
Telephone: 312-854-7181
gjordan@jz-llc.com
mzito@jz-llc.com

COUNSEL FOR DAVID J. BOSHEA

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

      I, Gregory J. Jordan, an attorney, certify that I caused a copy of the Notice of Change of Address to be filed with the Clerk of the United States District Court for Maryland on August 11, 2021, and served a copy of the same on those parties who have appeared in the above-captioned lawsuit on August 11, 2021, via Electronic Mail to

Stephen Stern
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
stern@kaganstern.com

      /s/ Gregory J. Jordan
      Gregory J. Jordan