Exhibit 3

## STATE OF WYOMING * SECRETARY OF STATE
### EDWARD A. BUCHANAN
### BUSINESS DIVISION

2020 Carey Avenue, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| Name | Smart Retail, Inc. | | | |
|---|---|---|---|---|
| Filing ID | 2019-000868971 | | | |
| Type | Profit Corporation | | Status | Active |

### General Information

| | | | | |
|---|---|---|---|---|
| Old Name | | | Sub Status | Current |
| Fictitious Name | | | Standing - Tax | Good |
| | | | Standing - RA | Good |
| Sub Type | | | Standing - Other | Good |
| Formed in | Wyoming | | Filing Date | 08/02/2019 2:39 PM |
| Term of Duration | Perpetual | | Delayed Effective Date | |
| | | | Inactive Date | |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 1,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0000 | Par Value | 0.0000 | | |

### Principal Address

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

### Mailing Address

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

### Registered Agent Address

C T Corporation System
1908 Thomes Ave
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | John White 222 Severn Avenue, Building 14, Suite 200, Annapolis, Maryland 21403 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

## Annual Report History

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Smart Retail, Inc.** | | | | | |
|------|-------------------------|---|---|---|---|---|
| **Filing ID** | 2019-000868971 | | | | | |
| **Type** | Profit Corporation | | | **Status** | | Active |

| Num | Status | Date | Year | Tax | |
|-----|--------|------|------|-----|--|
|     |        |      |      |     |  |

## Amendment History

| ID | Description | Date |
|----|-------------|------|
| See Filing ID | Initial Filing | 08/02/2019 |

Business Center                                    Online Services    Search

# DETAIL                 RETURN TO YOUR SEARCH    FILE YOUR ANNUAL REPORT

Smart Retail. Inc.

This detail reflects the current data for the filing in the system.                    Print

**Name**
Smart Retail, Inc.

**Filing ID**                    **Status**                    **Fictitious Name**
2019-000868971                   Active

**Type**                         **Sub Status**
Profit Corporation - Domestic    Current

                                 **Initial Filing**
                                 08/02/2019

**Standing - Tax**               **Term of Duration**
Good                             Perpetual

**Standing - RA**                **Formed In**
Good                             Wyoming

**Standing - Other**
Good                             **Principal Office**
                                 222 Severn Avenue
                                 Building 14
                                 Suite 200
                                 Annapolis, MD 21403
                                 USA

**Mailing Address**
222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403
USA

---

Additional Details

**Registered Agent:**            **Latest AR/Year**
C T Corporation System           **AR Exempt**
1908 Thomes Ave                  **License Tax Paid**
Cheyenne, WY 82001 USA

                                 **Common Shares**
                                 1,000
                                 **Common Par Value**

                                 **Preferred Shares**

0

Preferred Par Value

History

## Initial Filing - See Filing ID

Date: 08/02/2019

Public Notes

No Public Notes Found...

Parties

John White (Incorporator)

Organization:

Address: 222 Severn Avenue, Building 14, Suite 200, Annapolis, Maryland 21403



**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

For Office Use Only

**WY Secretary of State**
**FILED: Aug 2 2019 2:39PM**
**Original ID: 2019-000868971**

# Profit Corporation

## Articles of Incorporation

**I. The name of the corporation is:**

Smart Retail, Inc.

**II. The name and physical address of the registered agent of the corporation is:**

C T Corporation System
1908 Thomes Ave
Cheyenne, WY 82001

**III. The mailing address of the corporation is:**

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

**IV. The principal office address of the corporation is:**

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

**V. The number, par value, and class of shares the corporation will have the authority to issue are:**

Number of Common Shares:   1,000         Common Par Value:   $0.0000
Number of Preferred Shares:   0           Preferred Par Value:   $0.0000

**VI. The name and address of each incorporator is as follows:**

John White
222 Severn Avenue, Building 14, Suite 200, Annapolis, Maryland 21403

| | | |
|---|---|---|
| **Signature:** | *Ryan Beard* | Date:  **08/02/2019** |
| Print Name: | **Ryan Beard** | |
| Title: | **Attorney** | |
| Email: | **beard@kaganstern.com** | |
| Daytime Phone #: | **(410) 216-7900** | |

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

Secretary of State

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: John White

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual   ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

| | | |
|---|---|---|
| **Signature:** | *Ryan Beard* | Date:  08/02/2019 |
| Print Name: | **Ryan Beard** | |
| Title: | **Attorney** | |
| Email: | **beard@kaganstern.com** | |
| Daytime Phone #: | **(410) 216-7900** | |

*Wyoming*

Secretary of State

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**C T Corporation System**, whose registered office is located at **1908 Thomes Ave, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Smart Retail, Inc.** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Ryan Beard* | Date: **08/02/2019** |
| Print Name: | **Ryan Beard** | |
| Title: | **Attorney** | |
| Email: | **beard@kaganstern.com** | |
| Daytime Phone #: | **(410) 216-7900** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF INCORPORATION

**Smart Retail, Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **2nd** day of **August, 2019** at **2:39 PM.**

Remainder intentionally left blank.



Filed Date: 08/02/2019

*Edward A. Buchanan*

Secretary of State

Filed Online By:

Ryan Beard

on 08/02/2019