FILED ___ ENTERED
LOGGED ___ RECEIVED

AUG 16 2021

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * |
| Defendant. | * |

* * * * * * * * * * * * *

### NOTICE OF DEPOSITION OF PLAINTIFF DANIEL J. WHITE

PLEASE TAKE NOTICE THAT Defendant Compass Marketing, Inc., by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, will take the deposition on oral examination of Daniel J. White. The deposition will take place at 238 West Street, Annapolis, Maryland 21401 or at another mutually agreeable location, commencing at 9:30 a.m. on August 24, 2021, and may be continued from day to day or to such other date as may be established until completed.

The deposition will be taken before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the applicable rules. The deposition will be recorded stenographically and will be videotaped.

Dated: July 28, 2021

Respectfully submitted,

_____
Stephen B. Stern, Bar No. 25335
Heather K. Yeung, Bar No. 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:	(410) 216-7900
Facsimile:	(410) 705-0836
Email:	stern@kaganstern.com
Email:	yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2021, the foregoing Notice of Deposition for Daniel J. White was served via electronic mail to:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Email: tgagliardo@gelawyer.com

and

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
55 West Monroe St., Suite 3600
Chicago, IL 60603
Email: gjordan@jz-llc.com

*Attorneys for Plaintiff
David Boshea*

_____
Stephen B. Stern