# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L210000
FILED 8:
February
Sec. Of
vherring

## Article I

The name of the Limited Liability Company is:

EASTPORT PARTNERS LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

121 CYPRESS WAY
ELLENTON, FL. US  34222

The mailing address of the Limited Liability Company is:

121 CYPRESS WAY
ELLENTON, FL. US  34222

## Article III

The name and Florida street address of the registered agent is:

NORTHWEST REGISTERED AGENT
7901 4TH ST N
SUITE 300
ST. PETERSBURG, FL.  33702

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   TOM GLOVER

## Article IV

The name and address of person(s) authorized to manage LLC:

    Title: CEO
    JESSE D WILLIAMS
    121 CYPRESS WAY
    ELLENTON, FL.  34222  US

## Article V

The effective date for this Limited Liability Company shall be:

    02/12/2021

Signature of member or an authorized representative

Electronic Signature: JESSE D WILLIAMS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

L210000
FILED 8:
February
Sec. Of
vherring

# EXHIBIT 15



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
ODDSHAWK INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P20000065482 |
| **FEI/EIN Number** | 86-1523503 |
| **Date Filed** | 08/18/2020 |
| **Effective Date** | 08/18/2020 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

121 CYPRESS WAY
ELLENTON, FL 34222

Changed: 12/28/2020

### Mailing Address

7901 4TH ST N
SUITE 300
ST PETERSBURG, FL 33702

### Registered Agent Name & Address

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N
SUITE 300
ST. PETERSBURG, FL, FL 33702

### Officer/Director Detail

**Name & Address**

Title CEO

Williams, Jesse D
121 Cypress Way
Ellenton, FL 34222

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2021 | 01/18/2021 |

**Document Images**

| | |
|---|---|
| 01/18/2021 -- ANNUAL REPORT | View image in PDF format |
| 08/18/2020 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**
DOCUMENT# P20000065482
Entity Name: ODDSHAWK INC.

**FILED**
**Jan 18, 2021**
**Secretary of State**
**1998888763CC**

**Current Principal Place of Business:**

121 CYPRESS WAY
ELLENTON, FL 34222

**Current Mailing Address:**

7901 4TH ST N
SUITE 300
ST PETERSBURG, FL 33702 US

FEI Number: 86-1523503

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N
SUITE 300
ST. PETERSBURG, FL, FL 33702 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                      Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | CEO |
| Name | WILLIAMS, JESSE D |
| Address | 121 CYPRESS WAY |
| City-State-Zip: | ELLENTON FL 34222 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JESSE DAVID WILLIAMS                                         CEO                                  01/18/2021

Electronic Signature of Signing Officer/Director Detail                                                      Date

# Electronic Articles of Incorporation
# For

ODDSHAWK INC.

P20000065482
FILED
August 18, 2020
Sec. Of State
dlokeefe

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
ODDSHAWK INC.

## Article II
The principal place of business address:
11222 COX PLACE
NANJEMOY, MD. 20662

The mailing address of the corporation is:
7901 4TH ST N
SUITE 300
ST PETERSBURG, FL. 33702

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100,000

## Article V
The name and Florida street address of the registered agent is:
NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N
SUITE 300
ST. PETERSBURG, FL, FL. 33702

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature: TOM GLOVER

P20000065482
FILED
August 18, 2020
Sec. Of State
dlokeefe

## Article VI

The name and address of the incorporator is:

JESSE WILLIAMS
11222 COX PL

NANJEMOY, MD 20662

Electronic Signature of Incorporator:   JESSE D WILLIAMS

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  CEO
JESSE D WILLIAMS
11222 COX PLACE
NANJEMOY, MD.   20662  US

Title:  COO
WILLIAM  BULLOCK
1300 SAWBRIDGE WAY
RESTON, VA.   20194  US

## Article VIII

The effective date for this corporation shall be:

08/18/2020

# EXHIBIT 16

11 November 2020

Honorable Michael W. Reed
Judge, Court of Special Appeals
Chair, Commission on Judicial Disabilities
P.O. Box 340
Linthicum Heights, MD 21090-0340

    Re:    Michael White, Judge of the Orphans Court of St. Mary's County

Dear Judge Reed and Commission Members:

    I represent Honorable Michael R. White, Chief Judge of the Orphan's Court for St. Mary's County, Maryland. This letter is our effort to explain a disagreement that could become public, or become the genesis of a complaint to the Commission on Judicial Disabilities. To Judge White's knowledge, there is no publicity about this matter at this time and no complaint has been made to the Commission.

Background

    Judge Michael White is part owner of a formerly successful small family business with his brother Daniel White and his brother John White. The name of the business is Compass Marketing, Inc. It is incorporated in the State of Virginia. Its principal place of business is Maryland. Judge White owns 150 shares of issued stock, representing a 25% interest in the business.

    A dispute has arisen between the brothers / owners of the business. On their part, Michael White and Daniel White (who together own 50% of the business) believe that John White (who owns 50% of the business) has engaged in unethical and unlawful business practices. Michael White and Daniel White have filed suit in Virginia petitioning the Circuit Court for Arlington County to appoint a receiver and to dissolve the corporation. A copy of the suit is appended as Exhibit A. A copy of the Affidavit of Michael White is appended hereto as Exhibit B.

    John White, in an obvious effort to throw focus on others for his own misconduct, reported lawful activities of Michael White as well as false accusations about Michael White to the Maryland State Police. John White alleged Michael White committed crimes. A thorough investigation by the Maryland State Police, with a review by the Office of the State's Attorney for

Anne Arundel County, found no misconduct by Michael White. A copy of the Maryland State Police investigation, obtained by PIA request, is appended hereto as Exhibit C.

Recently, the problems of John White's false and egregious claims have been aggravated by attorney Stephen Stern. First recall that Compass Marketing, Inc. is owned by three brothers: Michael White, Daniel White and John White. Michael White and Daniel White each own 25% of the company and together contest the actions of John White, who owns the other 50% of the company. Attorney Stephen Stern purports to represent Compass Marketing, Inc., though without the consent of either Michael White or Daniel White. Moreover, as counsel to Compass Marketing, Inc., attorney Stephen Stern has acted in favor of John White's interest and opposed the interests of Michael White and Daniel White. Most recently, attorney Stephen Stern has essentially sought to intimidate Michael White through a thinly veiled implied threat of extortion.

Specifically, Stephen Stern, Esq., obtained and improperly distributed Judge White's IRS form W-2 for Federal Tax Years 2014 to 2019, appended as Exhibit D. He then obtained Judge White's Maryland Judiciary Statement of Financial Interest forms for the same years, appended as Exhibit E. Mr. Stern then sent Mr. White's civil attorneys an email, appended hereto as Exhibit F. In the email, Mr. Stern offers to settle with Daniel White but not with Michael White, alleging "substantial credibility issues and exposure to liability." As the only forms referenced are Judge White's W-2 form and Judge White's financial disclosure forms, it is clear that the reference is an allegation of misrepresentation by Michael White.

As you consider this matter, please know that Compass Marketing, Inc. is a S Corporation. Because the corporation is a closely held S corporation with pass-through income and tax liabilities, the corporation issues a form W2 to each of the owners. The form W-2 represents wages and profit (or loss).

Legally Relevant Facts

Maryland Judiciary Statement of Financial Interests, Schedule E requires the Judge to list his "Offices, Directorships and Salaried Employment Held During Reporting Period Together with Compensation, Including Fees Earned During the Reporting Period." Michael White reported that the business entity was Compass Marketing, Inc. He accurately reported that he is a part owner, a member of the Board of Directors, and Vice-President of Operations.

Michael White also reported that his total compensation received from the business entity, Compass Marketing, Inc. "for each such office, directorship or salaried employment" was his salary, which by way of example was $57,000.00 in 2019. This is true; Michael White was paid $57.000 in salary by Compass Marketing, Inc. The instructions to Schedule E give examples of compensation to be for "services performed." As Michael White performed one distinct set of services for Compass Marketing, Inc. and received a discrete salary, Michael White understood – and still understands – this is what he is to report on this form. Michael White receives no other

compensation for services performed for Compass Marketing, Inc. Michael White does not receive a car, or living expenses, paid for by the company.

As anyone remotely familiar with business would understand, Michael White's share of business profits, business taxes, and business expenses are bigger numbers than Michael White's compensation. (Michael White's salary is just one of many business expenses of Compass Marketing, Inc., and the company obviously makes more money than the salary paid to Michael White.) Other than salary income, money earned or lost by the company and passed through to an owner – such as a profit by the company -- is a discretionary disclosure under Section I. Michael White did not disclose this on his Financial Disclosure Form but – *obviously*— disclosed this to the State of Maryland because he filed his W2 each year with his Maryland income tax return.

Conclusion

Michael White complied with the instructions and questions put to him in good faith, and to the best of his ability. The Commission on Judicial Disabilities will notice that compared to other Forms, the instructions to Schedule E are scant, and seemingly refer the judicial officer to compensation in the form of salary (or salary-like fringe benefits). That is what Michael White disclosed each year. Rather than react to protracted extortion from a lawyer threatening him, or even taking any action when the veiled threat of extortion exposes Judge White to a future claim of cover-up, Judge White brings this entire matter to the attention of the Maryland Judicial Disabilities Commission.

Thank you in advance for your attention to this matter.

Very truly yours,

_____
Clarke F. Ahlers, Esquire

Enc.:   Exhibits A-F