**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

**DAVID J. BOSHEA,**

     **Plaintiff,**

**v.**

**COMPASS MARKETING, INC.**       **Case No. 1:21-CV-00309-ELH**

     **Defendant.**

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for non-party, James C. DiPaula, entering for the limited purpose of challenging the Subpoena Duces Tecum served upon him by Defendant Compass Marketing Inc. The undersigned should be designated as notice counsel.

/s/ *Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(t) (410) 545-5800
(f) (410) 545-5801
Sarah.Meyer@wbd-us.com

*Attorneys for Non-Party James C. DiPaula*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2021, copies of the foregoing, were filed and served upon all counsel of record via CM/ECF.

/s/ *Sarah E. Meyer*
Sarah E. Meyer (Bar No. 29448)