IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| DAVID J. BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-CV-00309-ELH |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for non-party, James C. DiPaula, entering for the limited purpose of challenging the Subpoena Duces Tecum served upon him by Defendant Compass Marketing Inc. The undersigned should be designated as lead and notice counsel.

/s/ *David B. Hamilton*
David B. Hamilton (Bar No.04308)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(t) (410) 545-5800
(f) (410) 545-5801
David.Hamilton@wbd-us.com

*Attorneys for Non-Party James C. DiPaula*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2021, copies of the foregoing, were filed and served upon all counsel of record via CM/ECF.

/s/ *David B. Hamilton*
David B. Hamilton (Bar No.04308)