# EXHIBIT 3

# Meyer, Sarah

| | |
|---|---|
| **From:** | Stephen Stern <Stern@kaganstern.com> |
| **Sent:** | Thursday, August 12, 2021 12:01 PM |
| **To:** | Meyer, Sarah |
| **Subject:** | DiPaula Subpoena |

EXTERNAL EMAIL: Open Attachments and Links With Caution.

Ms. Meyer:

I received the message that you called. As Ms. Rudiger relayed to you, I am on vacation through August 17, returning to the office on August 18.

I understand you are questioning why we served a subpoena on your client, Mr. DiPaula. Mr. DiPaula was the Executive Vice President of Compass Marketing, and Mr. Boshea's supervisor. Mr. DiPaula has knowledge of severance related matters that are relevant to this lawsuit. Therefore, we need the documents identified in the subpoena and his testimony on the relevant matters.

Thank you,
Stephen

Get [Outlook for iOS](#)