# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| DAVID J. BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-CV-00309-ELH |

## PROPOSED ORDER

UPON CONSIDERATION of the Motion to Quash Subpoena Duces Tecum, or in the alternative, Motion for Protective Order filed by Non-Party James C. DiPaula, the arguments in support thereof and any opposition thereto, and finding that the Subpoena Duces Tecum exceeds the scope of discovery, it is this ___ day of _____, 2021, by the United States District Court for the District of Maryland, **ORDERED that:**

1. The Motion to Quash Subpoena Duces Tecum, or in the alternative, Motion for Protective Order be and hereby is GRANTED;

2. The Subpoena Duces Tecum directed to James C. DiPaula (the "DiPaula Subpoena") be and hereby is QUASHED;

3. James C. DiPaula be and hereby is relieved of any obligation to comply with the DiPaula Subpoena; and,

4. James C. DiPaula shall <u>NOT</u> be compelled or required to produce documents or to provide testimony concerning or relating to Mr. DiPaula's employment with Compass Marketing Inc.

_____
United States District Judge