# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov

August 27, 2021

To: All Counsel of Record

    Re:  Boshea v. Compass Marketing, Inc.
        Civil Action No. ELH-21-309

Dear Counsel:

    I want to thank everyone for their hard work in our settlement conference today.  This is to confirm that the supplemental settlement conference in the above case is scheduled for **Tuesday, October 12, 2021,** at **2:00 p.m.**  The settlement conference will be held via ZOOM Conference.

    I ask counsel to submit a status on the ongoing negotiations, and any additional information, by no later than **October 6, 2021.** Defendant's counsel shall submit the response to Plaintiff's last demand by **October 6, 2021,** with a copy to the Court.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

    I look forward to working with you at the next conference to resolve the matter.

        Sincerely yours,


        /s/

        Susan K. Gauvey
        United States Magistrate Judge

cc:  Honorable Ellen L. Hollander
    Court and Chambers File