# EXHIBIT 3

Compass MARKETING

John White <jwhite@compassmarketinginc.com>

## Re: Termination Notice
1 message

**Daniel White** <dwhite@compassmarketinginc.com>  Mon, Nov 26, 2018 at 1:34 AM
To: John White <jwhite@compassmarketinginc.com>, Michael Robert 1 White <mwhite@compassmarketinginc.com>
Cc: compass@compassmarketinginc.com

I reject the false statements made in your email, as well as your ridiculous "notice of termination".

Daniel White

On Fri, Nov 23, 2018, 12:29 PM John White <jwhite@compassmarketinginc.com wrote:

> Dan,
>
> I have tried to reach you on a number of occasions over the last three weeks in an effort to meet and discuss some concerns I have regarding financial matters as well as other concerns I have. I have not received a response to any of my emails or calls requesting to meet. I am left with no choice, but to do this via email. I have decided that it's just time. This email is to notify you that your employment with Compass Marketing, Inc., is terminated effective immediately.
>
> I hope you will want to effectuate a smooth transition. We will need to discuss what that looks like with you or your counsel, if you are represented by an attorney. I have retained counsel for the company. In the meantime, I need you to give me immediately all books and records of the company as well as all account information and access, including account numbers and passwords (e.g., bank accounts, Quick Books, credit cards, vendor accounts).
>
> Effective immediately you are no longer authorized to sign any Compass checks, issue any payments, charge anything on the company American Express Card, communicate with any company vendors or clients, or have any communications via your company email account, unless I specifically authorize in writing. You are not authorized in the Compass office or warehouses without an escort that I authorize.
>
> The extent of your cooperation with this transition will substantially influence how your transition from the company is addressed. I am hoping we can do this amicably.
>
> Thanks,
>
> John
>
> John White
> Chairman/CEO
> Compass Marketing Inc
> www.compassmarketinginc.com