# EXHIBIT 4

```
Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2102142921110
Filing Date/Time: 02/14/2021 11:43 PM
Effective Date/Time: 02/14/2021 11:43 PM
```

## Stock Corporation - Annual Report

### Entity Information

| | |
|---|---|
| Entity Name: | COMPASS MARKETING, INC. |
| Entity ID: | 04979506 |
| Jurisdiction: | VA |
| Status: | Active |
| Total Shares: | 1500 |
| Entity Type: | Stock Corporation |
| Formation Date: | 02/05/1998 |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Name: | Business Filings Incorporated |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

### Principal Office Address

Address: Michael R. White, 39650 Hiawatha Cir, Mechanicsville, MD, 20659 - 2358, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Owner | Yes | Michael Robert White | 39650 Hiawatha Cir, Mechanicsville, MD, 20659 - 2358, USA |
| Owner | Yes | Daniel Joseph White | PO Box 1760, Mechanicsville, MD, 20650 - 2358, USA |

### Signature Information

Date Signed: 02/14/2021

| Printed Name | Signature | Title |
|---|---|---|
| Daniel Joseph White | Daniel Joseph White | Owner |