# EXHIBIT 5

| | |
|---|---|
| COUNTY FIRST BANK<br>3670 OLD WASHINGTON ROAD<br>WALDORF, MD 20602 | ACCOUNT NUMBER ▪▪▪▪▪▪▪▪2<br>Commercial Checking<br>ACCOUNT OWNER(S) NAME & ADDRESS<br><br>COMPASS MARKETING, INC<br>39650 HIAWATHA CIRCLE<br>MECHANICSVILLE MD  20659 |

**OWNERSHIP OF ACCOUNT - PERSONAL PURPOSE**

☐ INDIVIDUAL   ☐ _____
☐ JOINT - WITH SURVIVORSHIP (and not as tenants in common)
☐ JOINT - NO SURVIVORSHIP (as tenants in common)
☐ TRUST - SEPARATE AGREEMENT: _____

☐ REVOCABLE TRUST   OR   ☐ PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

**TYPE OF ACCOUNT**
☒ NEW   ☐ EXISTING
☒ CHECKING   ☐ SAVINGS
☐ MONEY MARKET   ☐ CERTIFICATE OF DEPOSIT
☐ NOW   ☐ _____

This is your (check one):
☒ Permanent   ☐ Temporary   account agreement.

Number of signatures required for withdrawal  1
FACSIMILE SIGNATURE(S) ALLOWED?   ☐ YES   ☒ NO

[ X_____ ]

SIGNATURE(S) - The undersigned agree to the terms stated on every page of this form and acknowledge receipt of a completed copy. The undersigned further authorize the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following disclosure(s):

☒ Deposit Account   ☒ Funds Availability   ☒ Truth in Savings
☒ Electronic Fund Transfers   ☒ Privacy   ☒ Substitute Checks
☐ _____

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

☐ SOLE PROPRIETORSHIP
☒ CORPORATION:   ☐ FOR PROFIT   ☒ NOT FOR PROFIT
☐ PARTNERSHIP
☐ _____

BUSINESS: _____
COUNTY & STATE
OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED  12/01/08   BY ELEONORA GRISSETT
INITIAL DEPOSIT $  500.00
☐ CASH   ☒ CHECK   ☒ NEW
HOME TELEPHONE # _____
BUSINESS PHONE # 410-268-0030 x 202
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(1): [ X _signature_ ]
MICHAEL R WHITE
I.D. # ▪▪▪▪▪▪▪▪   D.O.B. 04/17/59

(2): [ X _signature_ ]
DANIEL J WHITE
I.D. # ▪▪▪▪▪▪▪▪   D.O.B. 01/06/66

(3): [ X_____ ]
I.D. # _____   D.O.B. _____

(4): [ X_____ ]
I.D. # _____   D.O.B. _____

☐ Convenience Signer (Individual Accounts Only)

[ X_____ ]
I.D.# _____   D.O.B. _____

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN:  54-1885090

☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _signature_   12-1-08
(Date)

Express® ©1992 Bankers Systems, Inc., St. Cloud, MN Form MPSC-LAZ-MD 4/19/2004

(page 1 of 2)

COUNTY FIRST BANK
22805 THREE NOTCH RD
CALIFORNIA, MD 20619

ACCOUNT NUMBER: ▇▇▇▇▇▇▇▇
CD 12 months

ACCOUNT OWNER(S) NAME & ADDRESS

COMPASS MARKETING, INC
39650 HIAWATHA CIRCLE
MECHANICSVILLE MD  20659

**OWNERSHIP OF ACCOUNT - PERSONAL PURPOSE**

- [ ] INDIVIDUAL
- [ ] _____
- [ ] JOINT - WITH SURVIVORSHIP (and not as tenants in common)
- [ ] JOINT - NO SURVIVORSHIP (as tenants in common)
- [ ] TRUST - SEPARATE AGREEMENT: _____

- [ ] REVOCABLE TRUST    OR    [ ] PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

**TYPE OF ACCOUNT**
- [x] NEW
- [ ] EXISTING
- [ ] CHECKING
- [ ] SAVINGS
- [ ] MONEY MARKET
- [x] CERTIFICATE OF DEPOSIT
- [ ] NOW
- [ ] _____

This is your (check one):
- [x] Permanent    [ ] Temporary    account agreement.

Number of signatures required for withdrawal  1
FACSIMILE SIGNATURE(S) ALLOWED?   [ ] YES   [x] NO

[ x _/s/ M. R. White_ ]

SIGNATURE(S) - The undersigned agree to the terms stated on every page of this form and acknowledge receipt of a completed copy. The undersigned further authorize the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following disclosure(s):

- [x] Deposit Account   [ ] Funds Availability   [x] Truth in Savings
- [ ] Electronic Fund Transfers   [x] Privacy   [ ] Substitute Checks
- [ ] _____

(1): [ x _/s/ M. R. White_ ]
MICHAEL R WHITE
I.D. # ▇▇▇▇▇▇▇   D.O.B. 04/17/59

**OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE**

- [ ] SOLE PROPRIETORSHIP
- [x] CORPORATION:   [x] FOR PROFIT   [ ] NOT FOR PROFIT
- [ ] PARTNERSHIP
- [ ] _____

BUSINESS: _____
COUNTY & STATE OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED  06/15/09   BY LOWELLA SHERMAN
INITIAL DEPOSIT $  50,291.00
[ ] CASH   [ ] CHECK   [x] NEW
HOME TELEPHONE # _____
BUSINESS PHONE #  (410) 268-0030
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(2): [ x _____ ]
I.D. # _____   D.O.B. _____

(3): [ x _____ ]
I.D. # _____   D.O.B. _____

(4): [ x _____ ]
I.D. # _____   D.O.B. _____

[ ] Convenience Signer (Individual Accounts Only)

[ x _____ ]
I.D. # _____   D.O.B. _____

**BACKUP WITHHOLDING CERTIFICATIONS**

TIN:  54-1885090

[x] **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

[x] **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x _/s/ M. R. White_  6-15-09
                    (Date)

Expere® ©1992 Bankers Systems, Inc., St. Cloud, MN Form MPSC-LAZ-MD 4/19/2004

(page 1 of 2)