# EXHIBIT 8

**VIRGINIA:**
                IN THE CIRCUIT COURT OF ARLINGTON COUNTY

| | |
|---|---|
| **DANIEL J. WHITE,** ) | |
| ) | |
| and ) | |
| ) | |
| **MICHAEL R. WHITE,** ) | |
| ) | |
| on behalf of themselves and, derivatively, ) | Case No.: CL19003628-00 |
| on behalf of COMPASS MARKETING, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| **COMPASS MARKETING, INC.,** ) | |
| ) | |
| and ) | |
| ) | |
| **JOHN D. WHITE,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' NOTICE OF NONSUIT

Plaintiffs Michael R. White and Daniel J. White, by and through undersigned counsel, pursuant to Virginia Code § 8.01-380, hereby provide notice of Nonsuit. An Order of Nonsuit is attached hereto as Exhibit A and is being circulated to counsel for endorsement.

DATED: March 22, 2021                Respectfully submitted,

                                              Daniel J. White and Michael R. White, individually
                                              and derivatively on behalf of Compass Marketing, Inc.
                                              By Counsel

Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

Document received by the VA Arlington 17th Circuit Court.

/s/ Timothy J. McEvoy
Timothy J. McEvoy, Esq., VSB #33277
Patrick J. McDonald, Esq., VSB #80678
Cameron/McEvoy, PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703-273-8898 (Office)
703-273-8897 (Fax)
tmcevoy@cameronmcevoy.com
pmcdonald@cameronmcevoy.com

*Counsel for Plaintiffs Daniel J. White and Michael R. White*

2

Document received by the VA Arlington 17th Circuit Court.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2021, a true and correct copy of the foregoing Notice was electronically filed with the Clerk of the Court through TrueFiling, and served by email to the following counsel of record:

Stephen B. Stern, Esquire
Kagan Stem Marinello & Beard, LLC
23 8 West Street
Annapolis, Maryland 21401
410-216-7900 (Telephone)
410-793-1610 (Direct)
410-705-0836 (Fax)
stern@kaganstern.com

Alan B. Howard, Esquire (New York (Bar No. 2173268,pro *hac vice*)
limited scope appearance
AHoward@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: 212.261.6870
Facsimile: 212.399.8006

Bates McIntyre Larson, Esquire (Illinois Bar No. 06272698, *pro hac vice*)
limited scope appearance
Blarson@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400
*Counsel for Defendant Compass Marketing, Inc.*

Stacey Rose Harris, Esquire
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
703-684-4333 (Telephone)
703-548-3181 (Fax)
sharris@dimuro.com
*Counsel for Defendant John White*

/s/ Timothy J. McEvoy
Timothy J. McEvoy, Esquire

Cameron McEvoy PLLC — 4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030 — TEL 703.273.8898  FAX 703.273.8897

Document received by the VA Arlington 17th Circuit Court.