# EXHIBIT 11



103

NUMBER

****4****

SHARES

300

INCORPORATED UNDER THE LAWS OF THE STATE OF VIRGINIA

## COMPASS MARKETING, INC.

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

**This Certifies that**   John David White _____ is the

owner of _____ Three Hundred (300) Shares _____

*fully paid and non-assessable Shares of the Capital Stock of the above named*
*Corporation transferable only on the books of the Corporation by the holder hereof in per-*
*son or by duly authorized Attorney upon surrender of this Certificate properly endorsed.*

**In Witness Whereof,** *the said Corporation has caused this Certificate to be signed*
*by its duly authorized officers and its Corporate Seal to be hereunto affixed*

this ____11th____ day

of ____June____ A.D. 19 __2001__

SECRETARY

PRESIDENT