IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **DAVID JOHN BOSHEA,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.,** | * | |
| Defendant, | * | |
| and | * * | |
| **COMPASS MARKETING, INC.** | | |
| Third-Party Plaintiff, | * | |
| v. | * | |
| **JOHN DOE(S),** | * | |
| Third-Party Defendant(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This matter comes to be heard on the Plaintiff's Contested Motion for Leave to File His Second Amended Complaint filed by David John Boshea, the Court deeming the relief sought proper, it is

ORDERED that the motion is granted, and it is further

ORDERED that, under Local Rule 103(6), the Second Amended Complaint attached to the motion as Exhibit 1 is deemed filed and served as of September 1, 2021, and it is further

ORDERED that, under Local Rule 103(6)(b), the exhibits attached to the original Complaint filed in this lawsuit are made a part of the Second Amended Complaint.

1

_____
Judge