# EXHIBIT 1



# Transcript of Statement on the Record (Michael White)

**Date:** August 24, 2021
**Case:** Boshea -v- Compass Marketing, Inc.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2         FOR THE DISTRICT OF MARYLAND
 3              (Northern Division)
 4  - - - - - - - - - - - - - - - - - - X
 5  DAVID J. BOSHEA,           | Case No.:
 6         Plaintiff,          | 1:21-cv-00309-ELH
 7  v.                         |
 8  COMPASS MARKETING, INC.,   |
 9         Defendant.          |
10  - - - - - - - - - - - - - - - - - - X
11
12      Statement on the Record of MICHAEL WHITE
13              Annapolis, Maryland
14            Tuesday, August 24, 2021
15                  2:00 p.m.
16
17
18  Job No.:   391893
19  Pages:  1 - 7
20  Reported by:  Sharon Gregory, Court Reporter
21
22
```

## Page 2

```
 1      Statement of MICHAEL WHITE, held at the
 2  law offices of:
 3
 4      KAGAN, STERN, MARINELLO & BEARD, LLC
 5      238 West Street
 6      Annapolis, Maryland 21401
 7      (410) 216-7900
 8
 9
10
11    Pursuant to agreement, before Sharon Gregory,
12  Professional Court Reporter and Notary Public of the
13  state of Maryland.
```

## Page 3

```
 1              A P P E A R A N C E S
 2      ON BEHALF OF THE PLAINTIFF: (Via Zoom)
 3      GREGORY JORDAN, ESQUIRE
 4      JORDAN & ZITO
 5      350 North Clark Street
 6      Suite 400
 7      Chicago, Illinois 60654
 8      (312) 854-7181
 9
10      ON BEHALF OF THE DEFENDANT:
11      STEPHEN STERN, ESQUIRE
12      KAGAN, STERN, MARINELLO & BEARD, LLC
13      238 West Street
14      Annapolis, Maryland 21401
15      (410) 216-7900
16
17
18  Also Present:  Ashby Everhart, Videographer
19                 Planet Depos
20                 Ron Bateman,
21                 Representative for Compass Marketing
22
```

## Page 4

```
 1              C O N T E N T S
 2  TRANSCRIPT OF PROCEEDINGS              PAGE
 3                                          5
```

## Page 5

P R O C E E D I N G S

MR. STERN: We're here on the record for the deposition of Michael White who was issued a subpoena in this case. The case is David Boshea v. Compass Marketing, Inc., pending in the United States District Court, for the District of Maryland.

On the video is counsel for Mr. Boshea. Greg, why don't you --

MR. JORDAN: This is Gregory Jordan, counsel for David Boshea, the plaintiff.

MR. STERN: And I'm Stephen Stern, counsel for Compass Marketing, Inc., the defendant in this case.

And next to me here is a representative for the company. Why don't you introduce yourself.

MR. BATEMAN: Ron Bateman, B-A-T-E-M-A-N.

MR. STERN: It's 2 o'clock, the start time -- now actually 2:01 -- the actual time of the deposition. No one has heard anything from Michael White. He's not communicated in any way, he's not appeared at any point. Just wanted to go on the record and just note that we were ready to start at 2

## Page 6

o'clock. We'll give a few more minutes to see if he appears and we'll take it from there. So we'll go off the record for little bit and resume shortly depending on what happens.

(Off the record)

MR. STERN: We're back on the record. It is 2:18 p.m. Still no word from Mr. Michael White. He's not appeared. He's not given any communication to indicate that he's going to appear. We are certainly not releasing him from the subpoena, and we will follow up accordingly with the court procedures to protect our rights and get an order to compel his testimony.

Greg, is there anything you need to add or that I left out for the record here?

MR. JORDAN: No. I think you said everything succinctly.

MR. STERN: Thank you very much.

(Deposition concluded at 2:19 p.m.)

## Page 7

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Sharon B. Gregory, Court Reporter and Notary Public, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 24th day of August, 2021.

My commission expires:
February 13, 2025

_Sharon B. Gregory_
_____
NOTARY PUBLIC IN AND FOR
THE STATE OF MARYLAND

| A | | | |
|---|---|---|---|
| **accordingly** 6:11 | **boshea** 1:5, 5:4, 5:7, 5:10 | **defendant** 1:9, 3:10, 5:12 | **gregory** 1:20, 2:11, 3:3, 5:9, 7:2 |
| **actual** 5:18 | **C** | **depending** 6:3 | **H** |
| **actually** 5:18 | **case** 1:5, 5:4, 5:13, 7:10 | **depos** 3:19 | **hand** 7:12 |
| **add** 6:13 | **certainly** 6:9 | **deposition** 5:3, 5:19, 6:18 | **happens** 6:4 |
| **affixed** 7:13 | **certificate** 7:1 | **district** 1:1, 1:2, 5:5, 5:6 | **heard** 5:19 |
| **agreement** 2:11 | **certify** 7:4 | **division** 1:3 | **held** 2:1 |
| **also** 3:18 | **chicago** 3:7 | **E** | **here** 5:2, 5:14, 6:14 |
| **annapolis** 1:13, 2:6, 3:14 | **clark** 3:5 | **employed** 7:9 | **hereby** 7:4 |
| **any** 5:20, 5:21, 6:8, 7:9 | **commission** 7:14 | **esquire** 3:3, 3:11 | **hereunto** 7:12 |
| **anything** 5:19, 6:13 | **communicated** 5:20 | **everhart** 3:18 | **I** |
| **appear** 6:9 | **communication** 6:8 | **everything** 6:16 | **illinois** 3:7 |
| **appeared** 5:21, 6:8 | **company** 5:15 | **expires** 7:14 | **inc** 1:8, 5:5, 5:12 |
| **appears** 6:2 | **compass** 1:8, 3:21, 5:4, 5:12 | **F** | **indicate** 6:9 |
| **ashby** 3:18 | **compel** 6:12 | **february** 7:15 | **interest** 7:10 |
| **august** 1:14, 7:13 | **concluded** 6:18 | **few** 6:1 | **introduce** 5:15 |
| **B** | **correct** 7:5 | **financial** 7:10 | **issued** 5:3 |
| **b-a-t-e-m-a-n** 5:16 | **counsel** 5:7, 5:9, 5:11, 7:8 | **follow** 6:10 | **J** |
| **back** 6:6 | **court** 1:1, 1:20, 2:12, 5:6, 6:11, 7:2 | **foregoing** 7:3, 7:5 | **job** 1:18 |
| **bateman** 3:20, 5:16 | **D** | **G** | **jordan** 3:3, 3:4, 5:9, 6:15 |
| **beard** 2:4, 3:12 | **david** 1:5, 5:4, 5:10 | **give** 6:1 | **K** |
| **before** 2:11, 7:3 | **day** 7:13 | **given** 6:8 | **kagan** 2:4, 3:12 |
| **behalf** 3:2, 3:10 | | **go** 5:21, 6:2 | **L** |
| **bit** 6:3 | | **going** 6:9 | **law** 2:2 |
| | | **greg** 5:8, 6:13 | |

| | | | |
|---|---|---|---|
| left<br>6:14<br>little<br>6:3<br>llc<br>2:4, 3:12<br>**M**<br>marinello<br>2:4, 3:12<br>marketing<br>1:8, 3:21, 5:5,<br>5:12<br>maryland<br>1:2, 1:13, 2:6,<br>2:13, 3:14, 5:6,<br>7:20<br>michael<br>1:12, 2:1, 5:3,<br>5:20, 6:7<br>minutes<br>6:1<br>more<br>6:1<br>much<br>6:17<br>**N**<br>need<br>6:13<br>neither<br>7:8<br>next<br>5:14<br>north<br>3:5<br>northern<br>1:3<br>notarial<br>7:13<br>notary<br>2:12, 7:1, 7:2,<br>7:19<br>note<br>5:22<br>**O**<br>o'clock<br>5:17, 6:1 | officer<br>7:3<br>offices<br>2:2<br>one<br>5:19<br>order<br>6:12<br>otherwise<br>7:10<br>out<br>6:14<br>outcome<br>7:11<br>**P**<br>page<br>4:2<br>pages<br>1:19<br>parties<br>7:9<br>pending<br>5:5<br>plaintiff<br>1:6, 3:2, 5:10<br>planet<br>3:19<br>point<br>5:21<br>present<br>3:18<br>procedures<br>6:11<br>proceedings<br>4:2, 7:4, 7:6<br>professional<br>2:12<br>protect<br>6:11<br>public<br>2:12, 7:1, 7:3,<br>7:19<br>pursuant<br>2:11<br>**R**<br>ready<br>5:22 | record<br>1:12, 5:2,<br>5:22, 6:3, 6:5,<br>6:6, 6:14, 7:5<br>reduced<br>7:7<br>related<br>7:9<br>releasing<br>6:10<br>reported<br>1:20<br>reporter<br>1:20, 2:12,<br>7:1, 7:2<br>representative<br>3:21, 5:14<br>resume<br>6:3<br>rights<br>6:12<br>ron<br>3:20, 5:16<br>**S**<br>said<br>6:15, 7:6<br>seal<br>7:13<br>see<br>6:1<br>set<br>7:12<br>sharon<br>1:20, 2:11, 7:2<br>shorthand<br>7:1<br>shortly<br>6:3<br>signature-mig2k<br>7:17<br>start<br>5:17, 5:22<br>state<br>2:13, 7:20<br>statement<br>1:12, 2:1<br>states<br>1:1, 5:5 | stenographically<br>7:7<br>stephen<br>3:11, 5:11<br>stern<br>2:4, 3:11,<br>3:12, 5:2, 5:11,<br>5:17, 6:6, 6:17<br>still<br>6:7<br>street<br>2:5, 3:5, 3:13<br>subpoena<br>5:3, 6:10<br>succinctly<br>6:16<br>suite<br>3:6<br>supervision<br>7:8<br>**T**<br>take<br>6:2<br>taken<br>7:4, 7:6<br>testimony<br>6:12<br>th<br>7:13<br>thank<br>6:17<br>thereafter<br>7:7<br>think<br>6:15<br>time<br>5:18<br>transcript<br>4:2, 7:5<br>true<br>7:5<br>tuesday<br>1:14<br>typewriting<br>7:7<br>**U**<br>under<br>7:8 |

| | | | |
|---|---|---|---|
| **united** 1:1, 5:5 | **1** | **7900** 2:7, 3:15 | |
| **V** | **13** 7:15 | **8** | |
| **via** 3:2 | **18** 6:7 | **854** 3:8 | |
| **video** 5:7 | **19** 6:18 | | |
| **videographer** 3:18 | **1:-cv--elh** 1:6 | | |
| **W** | **2** | | |
| **wanted** 5:21 | **2** 1:15, 5:18, 6:7, 6:18 | | |
| **way** 5:20 | **2021** 1:14, 7:13 | | |
| **we'll** 6:1, 6:2 | **2025** 7:15 | | |
| **we're** 5:2, 6:6 | **21** 1:6 | | |
| **west** 2:5, 3:13 | **21401** 2:6, 3:14 | | |
| **whereof** 7:12 | **216** 2:7, 3:15 | | |
| **white** 1:12, 2:1, 5:3, 5:20, 6:7 | **238** 2:5, 3:13 | | |
| **witness** 7:12 | **24** 1:14, 7:13 | | |
| **word** 6:7 | **3** | | |
| **Y** | **312** 3:8 | | |
| **yourself** 5:15 | **350** 3:5 | | |
| **Z** | **391893** 1:18 | | |
| **zito** 3:4 | **4** | | |
| **zoom** 3:2 | **400** 3:6 | | |
| **0** | **410** 2:7, 3:15 | | |
| **00** 1:15 | **6** | | |
| **00309** 1:6 | **60654** 3:7 | | |
| **01** 5:18 | **7** | | |
| | **7181** 3:8 | | |