# EXHIBIT 6

# Special Meeting of the Stockholders of COMPASS MARKETING, INC.

## Meeting Minutes

A special meeting of the stockholders of COMPASS MARKETING, INC. was held at 1:00 p.m. on February 14, 2019, at 200 Westgate Circle, Suite 500, Annapolis, Maryland 21401.

The following stockholders were present in person, and represented the number of shares set opposite their names:

| Name | Number of shares |
|---|---|
| John D. White | 600 |

John D. White, Chairman/CEO of the corporation, presided over the meeting and recorded the minutes.

The Chairman/CEO announced that the purpose of the meeting was to consider and vote upon the election of the Board of Directors of the Corporation to replace Michael R. White and Daniel J. White, with the following individuals being nominated to serve on the Board of Directors: (1) John White; (2) Larry McWilliams; (3) Todd Mitchell; (4) Jerry Cain; and (5) Colin McKay.

The stockholders of the corporation entitled to vote on the Board of Directors voted as follows:

| | Shares Voted FOR | Shares Voted AGAINST | Shares NOT VOTING |
|---|---|---|---|
| JOHN WHITE | 600 | _____ | 300 |
| LARRY MCWILLIAMS | _____ | 600 | 300 |
| TODD MITCHELL | 600 | _____ | 300 |
| JERRY CAIN | 600 | _____ | 300 |
| COLIN MCKAY | _____ | 600 | 300 |

John D. White was reelected to the Board of Directors. Todd Mitchell and Jerry Cain were elected to serve and replace Michael R. White and Daniel J. White on the Board of Directors.

There being no further business to transact, the meeting was adjourned.

_____
John D. White, Chairman/CEO