# EXHIBIT 8

**VIRGINIA:**
IN THE CIRCUIT COURT OF ARLINGTON COUNTY

| | |
|---|---|
| DANIEL J. WHITE, )<br>)<br>  and )<br>)<br>MICHAEL R. WHITE, )<br>)<br>on behalf of themselves and, derivatively, )<br>on behalf of COMPASS MARKETING, INC., )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>COMPASS MARKETING, INC., )<br>)<br>  and )<br>)<br>JOHN D. WHITE, )<br>)<br>  Defendants. ) | Case No.: CL19003628-00 |

<b><u>PLAINTIFFS' MOTION FOR ENTRY OF NONSUIT ORDER</u></b>

Plaintiffs Michael R. White and Daniel J. White, by and through undersigned counsel, move this Court for entry of an Order of Nonsuit in this matter, pursuant to Virginia Code § 8.01-380, pursuant to its Notice of Nonsuit, filed herein on March 22, 2021. In support hereof, Plaintiffs state as follows:

1. On December 2, 2019, Plaintiffs filed their original Petition for Judicial Dissolution in this action.

2. On June 29, 2020, Plaintiffs filed their First Amended Complaint in this action.

3. Neither Defendant has filed a counterclaim, third-party claim or crossclaim in this action, with respect to either original Petition or the First Amended Complaint.

Cameron McEvoy PLLC
4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030
TEL 703.273.8898   FAX 703.273.8897

Document received by the VA Arlington 17th Circuit Court.

4. Plaintiff has not previously moved for, or been granted, a nonsuit with respect to the claims in this action.

5. Plaintiffs filed a Notice of Nonsuit on March 22, 2021, and submitted a proposed Nonsuit Order as Exhibit A thereto.

WHEREFORE, Plaintiffs Daniel J. White and Michael R. White respectfully move for entry of the proposed Nonsuit Order, originally attached to the Notice of Nonsuit as Exhibit A, and re-filed herewith as Exhibit A, and for such other and further relief as justice may require.

DATED: March 26, 2021    Respectfully submitted,

Daniel J. White and Michael R. White, individually
and derivatively on behalf of Compass Marketing, Inc.
By Counsel

/s/ Timothy J. McEvoy
Timothy J. McEvoy, Esq., VSB #33277
Patrick J. McDonald, Esq., VSB #80678
Cameron/McEvoy, PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703-273-8898 (Office)
703-273-8897 (Fax)
tmcevoy@cameronmcevoy.com
pmcdonald@cameronmcevoy.com

Gregory T. Lawrence, Esq., *pro hac vice*
The Warehouse at Camden Yards
323 W. Camden St, Suite 700
Baltimore, MD 21201
Telephone: (410) 837-6995
Email: greg@lawrencelawllc.com

*Counsel for Plaintiffs Daniel J. White and Michael R. White*

Document received by the VA Arlington 17th Circuit Court.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2021, a true and correct copy of the foregoing Notice was electronically filed with the Clerk of the Court through TrueFiling, and served by email to the following counsel of record:

Stephen B. Stern, Esquire
Kagan Stem Marinello & Beard, LLC
23 8 West Street
Annapolis, Maryland 21401
410-216-7900 (Telephone)
410-793-1610 (Direct)
410-705-0836 (Fax)
stern@kaganstern.com

Alan B. Howard, Esquire (New York (Bar No. 2173268,pro *hac vice*)
limited scope appearance
AHoward@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: 212.261.6870
Facsimile: 212.399.8006

Bates McIntyre Larson, Esquire (Illinois Bar No. 06272698, *pro hac vice*)
limited scope appearance
Blarson@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400
*Counsel for Defendant Compass Marketing, Inc.*

Stacey Rose Harris, Esquire
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
703-684-4333 (Telephone)
703-548-3181 (Fax)
sharris@dimuro.com
*Counsel for Defendant John White*

        /s/ Timothy J. McEvoy
        Timothy J. McEvoy, Esquire

3

Cameron McEvoy PLLC — 4100 Monument Corner Drive, Suite 420, Fairfax, Virginia 22030 — TEL 703.273.8898 FAX 703.273.8897

Document received by the VA Arlington 17th Circuit Court.

**VIRGINIA:**

**IN THE CIRCUIT COURT OF ARLINGTON COUNTY**

| | |
|---|---|
| **DANIEL J. WHITE,** ) | |
| ) | |
| and ) | |
| ) | |
| **MICHAEL R. WHITE,** ) | |
| ) | |
| on behalf of themselves and, derivatively, ) | Case No.: CL19003628-00 |
| on behalf of **COMPASS MARKETING, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **COMPASS MARKETING, INC.,** ) | |
| ) | |
| and ) | |
| ) | |
| **JOHN D. WHITE,** ) | |
| ) | |
| **Defendants.** ) | |

## NONSUIT ORDER

THIS MATTER came on at the request of the Plaintiffs, by counsel, to nonsuit this matter pursuant to Virginia Code § 8.01-380, and

IT APPEARING to the Court that there has not been a prior nonsuit of the Complaint, and no party has filed any counterclaim, cross-claim, or third party claim with regard to Plaintiffs' claims, and

IT FURTHER APPEARING to the Court that a nonsuit as to this matter pursuant to Virginia Code § 8.01-380 is proper; it is hereby

ORDERED, ADJUDGED and DECREED that this matter is hereby NONSUITED.

ENTERED this _____ day of March, 2021.

THIS CAUSE IS ENDED.

**EXHIBIT A**

**SO ORDERED** this __ day of _____, 2021

_____
Judge, Circuit Court for Arlington County

WE ASK FOR THIS:

_____
Timothy J. McEvoy, Esq., VSB #33277
Patrick J. McDonald, Esq., VSB #80678
Cameron/McEvoy, PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
703-273-8898 (Office)
703-273-8897 (Fax)

*Counsel for Plaintiffs Daniel J. White and Michael R. White*

Document received by the VA Arlington 17th Circuit Court.

SEEN:

_____
Stephen B. Stem, Esquire, VSB #40300
Kagan Stem Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
410-216-7900 (Telephone)
410-793-1610 (Direct)
410-705-0836 (Fax)
*Counsel for Defendant Compass Marketing, Inc.*

Alan B. Howard, Esquire (New York (Bar No. 2173268,pro *hac vice*)
PERKINS COIE LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: 212.261.6870
Facsimile: 212.399.8006
*Limited Counsel for Defendant Compass Marketing, Inc.*

Bates McIntyre Larson, Esquire (Illinois Bar No. 06272698, *pro hac vice*)
B larson@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: 312.324.8400
Facsimile: 312.324.9400
*Limited Counsel for Defendant Compass Marketing, Inc.*


SEEN:

_____
Stacey Rose Harris, Esquire, VSB #65887
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
703-684-4333 (Telephone)
703-548-3181 (Fax)
sharris@d:imuro.com
*Counsel for Defendant John D. White*

Document received by the VA Arlington 17th Circuit Court.