# EXHIBIT 10



NUMBER ***4***

SHARES 300

INCORPORATED UNDER THE LAWS OF THE STATE OF VIRGINIA

# COMPASS MARKETING, INC.

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

**This Certifies that** John David White _is the_ owner of Three Hundred (300) Shares _fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorized Attorney upon surrender of this Certificate properly endorsed._

**In Witness Whereof,** _the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this_ 11th _day of_ June _A.D. 19 2001_

_____ SECRETARY

_____ PRESIDENT