# EXHIBIT 12

NUMBER ***6***

SHARES 150

INCORPORATED UNDER THE LAWS OF THE STATE OF VIRGINIA

# COMPASS MARKETING, INC.

AUTHORIZED CAPITAL STOCK 1,500 COMMON SHARES NO PAR VALUE PER SHARE

**This Certifies that** Daniel Joseph White _____ is the owner of ___ One Hundred and Fifty Shares (150) ___ fully paid and non-assessable Shares of the Capital Stock of the above named Corporation transferable only on the books of the Corporation by the holder hereof in person or by duly authorised Attorney upon surrender of this Certificate properly endorsed.

**In Witness Whereof**, the said Corporation has caused this Certificate to be signed by its duly authorized officers and its Corporate Seal to be hereunto affixed this 14th day of June A.D. 2001

_____ SECRETARY

_____ PRESIDENT

103