# EXHIBIT 13



## Resolution of the Board

It is hereby, this 20th day of July 2015, resolved by the Board of Directors, that there are a total of nine hundred (900) shares of common stock of COMPASS MARKETING INC. authorized and outstanding, with ownership interests as follows:

JOHN WHITE owns six hundred (600) shares, representing 66.66 percent of the authorized and outstanding shares of the company;

DANIEL WHITE owns one hundred fifty (150) shares, representing 16.67 percent of the authorized and outstanding shares of the company; and

MICHAEL WHITE owns one hundred fifty (150) shares, representing 16.67 percent of the authorized and outstanding shares of the company.


John White
Chairman


Michael White
Director


Daniel J. White
Director