Exhibit 2

# Powershelf™ System Receives Top Honor at NACS Show

**Share Article**

     

Compass Marketing, Inc is pleased to announce that its complete suite of in-store retail solutions, the Powershelf™ system, received the award for Top 10 Cool New Products at the National Association of Convenience Stores tradeshow.

### ANNAPOLIS, MD (PRWEB) OCTOBER 31, 2013

Compass Marketing, Inc is pleased to announce that its complete suite of in-store retail solutions, the Powershelf™ system, received the award for Top 10 Cool New Products at the National Association of Convenience Stores tradeshow. The NACS show, held October 12-15 in Atlanta, GA, is among the top 50 largest tradeshows in the US and allows members of the convenience industry the opportunity to see new innovations, ideas, and products developed to grow and strengthen their business. The more than 20,000 attendees are encouraged to visit the "Cool New Products Room" and vote for their favorite items showcased.

The Powershelf™ system was voted among the Top 10 Cool New Products every day of the show and received widespread excitement and attention from retailers and manufacturers alike. Through constant power and two-way communications, the Powershelf™ system allows companies to address persistent problems that have plagued the retail industry for decades. Power-at-the-Shelf™ allows for solutions such as out-of-stock sensors, video advertising, temperature monitoring, stock-to-light, dynamic pricing and LED/under-shelf lighting. Larry McWilliams, former President of Campbell Soup says, "In my entire CPG career I have never seen such a fascinating technology that can help retailers keep their shelves full and shoppers find what they are looking for. On-shelf availability will dramatically improve as retailers implement the Powershelf™ system." Referred to by the Food Marketing Institute as



Powershelf™

> In my entire CPG career I have never seen such a fascinating technology that can help retailers keep their shelves full

"The Holy Grail of retail," the system combines these solutions to create efficient processes for retailers, attention-grabbing merchandising at the moment-of-truth for brands, and an overall satisfying and interactive shopping experience for consumers.

and shoppers find what they are looking for.

As brick-and-mortar stores struggle to keep pace with the growth of e-commerce, Powershelf™ provides retailers an innovative technology infrastructure and the tools to compete. Companies are excited about the introduction of the greatest retail revolution since the barcode, and it seems the convenience industry agrees. Matt Danzig, Director of Supplier Relations for NACS stated, "Based on winning the Retailer Top Pick award and the amount of interest generated from the Cool New Products Room at the 2013 NACS Show, Powershelf™ has the potential to dramatically change retail as we know it today."

About Compass Marketing, Inc – Compass Marketing is a leading provider of in-store retail solutions and offers an innovative technology solution, Powershelf™ system. Powershelf™ runs on low-wattage inductive coupling technology, is battery-less, eliminates the need for paper and has thus saved over 2,000 trees to date and complies with environmental sustainability efforts. For more information, please visit http://www.powershelf.net.

Share article on social media or email:

     

View article via:

**PDF**    **PRINT**

### Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
(410) 268-0030 Ext: 200
Email >

**VISIT WEBSITE**

News Center

  

**Questions about a news article you've read?**