# Exhibit 3

LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Tuesday, September 7, 2021

# Powershelf CEO Heads Smart Retail Panel Shares Insight on Creating a Smarter Retail Environment

**Share Article**

     

Will Educate Retailers On The Benefits Of Creating A Smart Retail Environment

**SANTA CLARA, CALIF. (PRWEB) MAY 11, 2016**

Powershelf CEO John White is set to lead the "Opportunities for Beacons, NFC, LBS and Contextual Applications" IoT Smart Retail panel on Thursday, May 12, 2016 at 4:30 pm at the Santa Clara Convention Center. During the Internet of Things World, the world's largest and most comprehensive IoT event, White will educate retailers on the benefits of creating a smart retail environment.

Powershelf uses IoT technology to reduce out of stocks (OOS), streamline inventory management, enable dynamic pricing, digitally engage consumers in their shopping and improve the overall retail experience. Current research suggests a retailer is out of stock an average of 8 percent, and for a retailer like Wal-Mart, that can equate to tens of billions of dollars in lost sales. As the founder of Powershelf, the leading provider of retail technology solutions with two-way communications delivering advertising, merchandising availability, promotional and pricing services to customers, White will cover the gamut of the following opportunities for Beacons, NFC, LBS and Contextual Applications:

- Revolutionizing in store and online retail experiences
- Examining the range of applications: i.e. Supply Chain Control; NFC Payments; Intelligent Shopping Applications; Smart Product Management
- Where are the revenue & partnership opportunities?
- Maintaining privacy and security



Powershelf detects when shelves are empty to help retailers reduce their out-of-stock rate.

Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping experiences for all consumers.

Communicating Data Use Policies and Practicing Digital Ethics

Best practices for using user data

"From connected consumer engagement to smarter retail experiences, we are uncovering the benefits for both consumers and retailers with apps and beacons to eventually eliminate fines associated with inaccurate pricing structures to alerting consumers about out-of-stock goods," said White. "Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping experiences for all consumers."

About Powershelf
Powershelf is a leading provider of retail technology solutions. Our proprietary technology—the Powershelf® system—provides constant power and two-way communications to software-enabled applications and devices which deliver a variety of advertising, merchandising and pricing services to customers. The Powershelf® system includes out-of-stock replenishment, at-the-shelf video advertising, and electronic shelf label systems that address critical, ongoing challenges faced by retailers and CPG manufacturers. Powershelf also offers a nationwide network of thousands of highly trained professionals who perform on-the-ground services such as shelf monitoring and restocking, at-the-shelf marketing, and custom installation and maintenance of the Powershelf® system. For more information, please visit http://www.powershelf.net.

About John White
John White is the Chairman and Co-CEO of Powershelf. In this capacity, Mr. White is leading retailers and consumer goods companies in creating IoT Smart Retail environments. He does this through the use of shelf edge technology, beacons, electronic pricing, and data to drive more efficiencies and generate better opportunities in sales, marketing, and operations.

Mr. White is also the Chairman and CEO of Compass Marketing, Inc., an industry leader in strategic marketing and sales consultation for many leading global consumer packaged goods companies including Procter & Gamble, Johnson & Johnson, and McCormick Spice Company. Prior to founding Compass Marketing, Mr. White served as the youngest Director at Acosta, the leading sales and marketing agency for the grocery trade.

Mr. White is a native of Maryland, and holds a Master's Degree in Business from the University of Baltimore. He is very active in the community and directs Compass's philanthropic efforts and support through the Compass Cares Foundation. He currently serves on the board of directors of the Anne Arundel Economic Development Corporation, is on the advisory board of iFred, and previously served on the board of the United Way Campaign of Maryland.

About Compass Marketing Inc.
Compass Marketing Inc. is headquartered in Annapolis, MD and is a leader in providing sales and marketing to a powerful portfolio of Fortune 100 clients, who collectively have over $400 billion in annual sales. For more information, please visit http://www.compassmarketinginc.com.

###

Share article on social media or email:

     

View article via:

**PDF**     **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

**VISIT WEBSITE**

## Media



News Center

  

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT    CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Tuesday, September 7, 2021

# Powershelf Out-of-Stock Sensors are the Focus of New Food Industry Study

**Share Article**

     

Study Will Investigate Use of Powershelf Intelligent Shelving Solution to Reduce Out-of-Stocks and Improve Efficiencies in Key Categories

**ANNAPOLIS, MD (PRWEB) NOVEMBER 17, 2015**

Powershelf® out-of-stock sensors will be the focus of new food industry pilot program, the Out-of-Stock Inventory Management test, measuring possible solutions to grocery out-of-stocks. The program is led by a joint task force consisting of Giant Eagle, the Food Marketing Institute (FMI), the University of Maryland, Ernst & Young, dozens of leading manufacturers, and Powershelf. The program is scheduled to run from November 2015 through January 2016 and will measure the effectiveness of Powershelf out-of-stock sensors in four Giant Eagle stores in the Columbus, Ohio area.

Unlike previous industry studies which emphasized the distribution chain, the Out-of-Stock Inventory Management test focuses on the individual store level, where industry studies have shown nearly three-quarters of all out-of-stocks occur. The Giant Eagle stores in this pilot will be divided into two groups: control and test stores, both of which will be outfitted with Powershelf out-of-stock sensors. The sensors will measure on-shelf availability in the yogurt, sports drinks, beer, and diapers categories to date with leading manufacturers representing their interest as participants. The sensors detect when products go out-of-stock and use the two-way communications capabilities of Powershelf to alert store personnel and distributor partners to remedy the situation. However, only the sensors in the test stores will send out alerts when products go out-of-stock. Other data collected from the test



Powershelf sensors installed in the sports drinks section of a Giant Eagle in Columbus, Ohio.

"The range of participants in this study—university professors, leading manufacturers, retailers, industry groups—shows just

includes response time to address the OOS and estimated loss of sales on both non-promoted and promoted participating SKUs.

"The range of participants in this study—university professors, leading manufacturers, retailers, industry groups—shows just how important this issue is to the food industry," said John White, Chairman and co-CEO of Powershelf. "We believe that this test will provide us with even more powerful evidence as to the effectiveness of Powershelf."

The grocery industry loses tens of billions of dollars in revenue every year due to out-of-stocks and rising consumer frustration. Despite 25 years of studies, the problem remains. In fact, industry studies show that about 8 percent of the products in a store are out-of-stock at any given time.

"Solving the retail out of stock challenge is one of the most significant opportunities facing the retail food and consumer products industry today", said Mark Baum, Senior Vice President, Industry Relations and Chief Collaboration Officer at FMI. "FMI is at the forefront in addressing innovation and technology advancements in our Industry. We are very excited to be collaborating with our members on the Powershelf capability and on future pilots."

The results of the Columbus pilot program are expected to be released in early Q1 2016.

For more information about Powershelf, please visit the Powershelf website http://www.powershelf.net.

About Powershelf
Powershelf is a leading provider of retail technology solutions. Our proprietary technology—the Powershelf® system—provides constant power and two-way communications to software-enabled applications and devices which deliver a variety of advertising, merchandising and pricing services to customers. The Powershelf® system includes out-of-stock replenishment, at-the-shelf video advertising, and electronic shelf label systems that address critical, ongoing challenges faced by retailers and CPG manufacturers. Powershelf also offers a nationwide network of thousands of highly trained professionals who perform on-the-ground services such as shelf monitoring and restocking, at-the-shelf marketing, and custom installation and maintenance of the Powershelf® system. For more information, please visit http://www.powershelf.net.

About Compass Marketing, Inc.
Strategic advisers to the world's top consumer products manufacturers. Compass has extensive experience in the CPG and retail industries, and proudly represents a powerful portfolio of Fortune 100 clients, who collectively have over $300 billion in annual online and in-store sales. For more information visit http://www.compassmarketinginc.com.

About Food Marketing Institute (FMI)
Food Marketing Institute proudly advocates on behalf of the food retail industry. FMI's U.S. members operate nearly 40,000 retail food stores and 25,000 pharmacies, representing a combined annual sales volume of almost $770 billion. Through programs in public affairs, food safety, research, education and industry relations, FMI offers resources and provides valuable benefits to more than 1,225 food retail and wholesale member companies in the United States and around the world. FMI membership covers the spectrum of diverse venues where food is sold, including single owner grocery stores, large multi-store supermarket chains and mixed retail stores. For more information, visit http://www.fmi.org and for information regarding the FMI foundation, visit http://www.fmifoundation.org.

Share article on social media or email:

     

View article via:

**PDF**     **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

**VISIT WEBSITE**

News Center



**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397



**CREATE A FREE ACCOUNT**     **CISION**

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.