# Exhibit 4

# Vuzix Partners with Powershelf to Deliver "Powershelf Stock to Sight and Pick-to-Sight, powered by Vuzix" to Retail Stores



NEWS PROVIDED BY
**Vuzix Corporation** →
Dec 28, 2017, 14:15 ET

---

ROCHESTER, N.Y., Dec. 28, 2017 /PRNewswire/ -- Vuzix® Corporation (NASDAQ: VUZI), ("Vuzix"), a leading supplier of Smart Glasses and Augmented Reality (AR) technologies for the consumer and enterprise markets, is pleased to announce a strategic partnership with Powershelf to deliver a comprehensive wearable Internet of Things (IoT) smart glasses solution for stocking retail store shelves. The "Powershelf Stock-to-Sight and Pick-to-Sight, powered by Vuzix" solution uses AR technology and artificial intelligence to provide a hands-free option for store personnel to scan and overlay product-specific images directly into Powershelf through Vuzix smart glasses to reduce errors, save money and improve employee efficiency.



Powershelf Stock to Sight and Pick-to-Sight, powered by Vuzix

"Restocking consumes enormous amounts of resources as every item sold needs to be restocked by hand," said John White, Co-CEO of Powershelf. "Through our Powershelf Network, which includes GE, SAP, Qualcomm, Microsoft and now Vuzix, we will integrate Powershelf's machine

learning and artificial intelligence technologies with Vuzix' augmented reality technology to remove significant costs from retailers. Together we will give retailers powerful new tools to further improve their operational efficiency as well as optimize their supply chains and help them better serve their customers."

Retailers adopting the "Powershelf Stock-to-Sight and Pick-to-Sight, powered by Vuzix" solution will see significant benefits. In a recent study conducted with a major global shipping company, AR smart glasses technology delivered:

- Up to a 15 percent increase in picking accuracy; and,
- A 50 percent decrease in employee training time.

In another study with a major global healthcare company there was a, 46% increase in pick and pack productivity using AR glasses.

The Powershelf® platform combines their battery-free smart shelving hardware devices with proprietary software to transform stores into smart and connected environments. The platform gives retailers an edge in today's omni-channel retail environment by harnessing live on-shelf availability data, improved pricing accuracy and reduced out-of-stock incidents, while providing the ability to interact with shoppers' mobile devices in real time. The Powershelf platform is a green technology: It requires no batteries and it significantly reduces the need for paper tags and signage, which can help retailers meet their environmental sustainability goals.

"Partnering with Powershelf provides a tremendous opportunity for Vuzix to establish a footprint inside the day-to-day operations at retail stores with some of our next generation smart glasses. More importantly, it allows us to leverage the existing Powershelf network, exposing new and valuable use cases for this comprehensive solution set combining Machine Learning, IoT and the use of our award winning Augmented Reality technology.  Anyone familiar with this space can see how this will change the game in retail," said Paul Travers, CEO and President, Vuzix.

**About Powershelf**

Powershelf is a leading provider of retail technology solutions. The Powershelf platform includes Microsoft, Qualcomm, SAP and GE integrated solutions to provide constant power and two-way communication to software-enabled applications and devices. The platform enables retailers and

manufacturers to improve their operational efficiency, reduce out-of-stock incidents, improve demand forecasting, reduce waste and, ultimately, lower prices. For more information, please visit www.IoTSmartRetail.com.

## About Vuzix Corporation

Vuzix is a leading supplier of Smart-Glasses and Augmented Reality (AR) technologies and products for the consumer and enterprise markets. The Company's products include personal display and wearable computing devices that offer users a portable high-quality viewing experience, provide solutions for mobility, wearable displays and virtual and augmented reality. Vuzix holds 59 patents and 42 additional patents pending and numerous IP licenses in the Video Eyewear field. The Company has won Consumer Electronics Show (or CES) awards for innovation for the years 2005 to 2018 and several wireless technology innovation awards among others. Founded in 1997, Vuzix is a public company (NASDAQ: VUZI) with offices in Rochester, NY, Oxford, UK and Tokyo, Japan.

## Forward-Looking Statements Disclaimer

Certain statements contained in this news release are "forward-looking statements" within the meaning of the Securities Litigation Reform Act of 1995 and applicable Canadian securities laws. Forward looking statements contained in this release relate to the business success of our relationship with Powershelf, the efficiencies from their solutions coupled with Vuzix products, and among other things the Company's leadership in the Smart Glasses and AR display industry. They are generally identified by words such as "believes," "may," "expects," "anticipates," "should" and similar expressions. Readers should not place undue reliance on such forward-looking statements, which are based upon the Company's beliefs and assumptions as of the date of this release. The Company's actual results could differ materially due to risk factors and other items described in more detail in the "Risk Factors" section of the Company's Annual Reports and MD&A filed with the United States Securities and Exchange Commission and applicable Canadian securities regulators (copies of which may be obtained at www.sedar.com or www.sec.gov). Subsequent events and developments may cause these forward-looking statements to change. The Company specifically disclaims any obligation or intention to update or revise these forward-looking statements as a result of changed events or circumstances that occur after the date of this release, except as required by applicable law.

## Media and Investor Relations Contact:

LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Tuesday, September 7, 2021 

# Powershelf Appoints Joe Surprenant to Advisory Board

**Share Article**

    

Director at Vuzix, Leading Supplier of Smart Glasses and Augmented Reality (AR) Technologies, Appointed to Powershelf Advisory Board

**ANNAPOLIS, MD. (PRWEB) MARCH 23, 2018**

Powershelf is pleased to announce the appointment of Joe Surprenant to the Powershelf Advisory Board. Joe Surprenant is Director at Vuzix, a leading supplier of smart-glasses and augmented reality (AR) technologies, where he leads all commercial teams for the North America and the Asia Pacific regions. He has more than 20 years of experience across finance, supply chain, manufacturing, sales and marketing, and has played senior roles in running startups and developing sales teams.

"I am thrilled to welcome Joe to the Powershelf Advisory Board," said John White, co-CEO of Powershelf. "Joe brings valuable experience and deep expertise in digital supply chain transformation and Internet of Things solutions, and he will be a tremendous asset to Powershelf."

The Powershelf Advisory Board is comprised of individuals from across the technology, retail and consumer goods industries who help guide the operations and development of Powershelf.

# # #

About Powershelf
Powershelf is a leading provider of retail technology solutions. The Powershelf platform includes Qualcomm, Microsoft, SAP and GE integrated solutions to provide constant power and two-way communication to software-enabled applications and devices. The platform enables retailers and manufacturers to improve their operational efficiency, reduce out-of-stock incidents, improve demand forecasting, reduce waste and, ultimately, lower prices. Powershelf was recently featured inside the Microsoft booth at the National Retail Federation show in New York and inside the Qualcomm booth at the Consumer Electronics Show in Las Vegas last month. Visit http://www.iotsmartretail.com for more information.

Share article on social media or email:

    

View article via:

**PDF**   **PRINT**

## Contact Author

**JULIA FLOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 258
Email >

 @Powershelf
Follow >

**VISIT WEBSITE**

## Media

 Joe Surprenant, Director at Vuzix

News Center

  

### Questions about a news article you've read?

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

### Questions about your PRWeb account or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397





CREATE A FREE ACCOUNT

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.



