# Exhibit 5

# Tagnetics, Inc. Trademarks

**POWERSHELF**

Filed: September 4, 2012

System for providing electronic price labels comprised of electronic price displays, electromagnetic couplers, inventory...

**Owned by:** Tagnetics, Inc.

**Serial Number:** 85719595

**POWER AT THE SHELF**

Filed: September 4, 2012

System for providing electronic price labels comprised of electronic price displays, electromagnetic couplers, inventory...

**Owned by:** Tagnetics, Inc.

**Serial Number:** 85719618

**SOLARSHELF**

Filed: January 4, 2013

System for providing electronic price labels comprised of electronic price displays, electromagnetic couplers, inventory...

**Owned by:** Tagnetics, Inc.

**Serial Number:** 85815864

**TOUGHSHELF**

SYSTEM FOR PROVIDING ELECTRONIC PRICE LABELS COMPRISED OF ELECTRONIC PRICE DISPLAYS, ELECTROMAGNETIC COUPLERS, INVENTORY...

**Owned by:** Tagnetics, Inc.

**Serial Number:** 86407110

**TOUGHTAG**
SYSTEM FOR PROVIDING ELECTRONIC PRICE LABELS COMPRISED OF
ELECTRONIC PRICE DISPLAYS, ELECTROMAGNETIC COUPLERS, INVENTORY...
**Owned by:** Tagnetics, Inc.
**Serial Number:** 86551103

**SRL**
Electronic labels in the nature of digital signage display panels
**Owned by:** Tagnetics, Inc.
**Serial Number:** 86623802

**IOT SMART RETAIL**
System for providing electronic price labels comprised of electronic price displays, electromagnetic couplers, inventory...
**Owned by:** Tagnetics, Inc.
**Serial Number:** 87196673

**SRL SMART RETAIL LABEL**

Filed: August 14, 2018

Electronic labels in the nature of digital signage display panels

**Owned by:** Tagnetics, Inc.

**Serial Number:** 88077019



# SRL SMART RETAIL LABEL - Trademark Details

*Status:* 606 - Abandoned - No Statement Of Use Filed

**Serial Number**

88077019

**Word Mark**

SRL SMART RETAIL LABEL

**Status**

**606** - Abandoned - No Statement Of Use Filed

**Status Date**

2020-06-08

**Filing Date**

2018-08-14

**Mark Drawing**

**3000** - Illustration: Drawing or design which also includes word(s)/ letter(s)/number(s) Typeset

**Design Searches**

**011524, 261713** - Sound waves, including designs depicting sound. Letters or words underlined and/or overlined by one or more strokes or lines.

**Published for Opposition Date**

2019-01-29

**Attorney Name**

Justus Getty

**Law Office Assigned Location Code**

O30

**Employee Name**

CHUO, EMILY M

# Statements

**Indication of Colors claimed**

Color is not claimed as a feature of the mark.

**Disclaimer with Predetermined Text**

"SMART RETAIL LABEL"

**Description of Mark**

The mark consists of the letters "SRL" with wifi signals appearing above the "L". The wording "SMART RETAIL LABEL" appears below "SRL" separated by a horizontal line.

**Goods and Services**

Electronic labels in the nature of digital signage display panels

# Classification Information

**International Class**

009 - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus. - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

**US Class Codes**

021, 023, 026, 036, 038

**Class Status Code**

**6** - Active

**Class Status Date**

2018-08-22

**Primary Code**

009

# Correspondences

**Name**

JUSTUS GETTY

**Address**

DUANE MORRIS LLP
SUITE 1000
505 9th Street NW
WASHINGTON DC 20004

# Trademark Events

| Event Date | Event Description |
|---|---|
| 2018-08-17 | NEW APPLICATION ENTERED IN TRAM |
| 2018-08-22 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| 2018-08-23 | NOTICE OF DESIGN SEARCH CODE MAILED |
| 2018-11-30 | ASSIGNED TO EXAMINER |
| 2018-12-03 | EXAMINERS AMENDMENT -WRITTEN |
| 2018-12-03 | EXAMINER'S AMENDMENT ENTERED |
| 2018-12-03 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| 2018-12-03 | EXAMINER'S AMENDMENT MAILED |

| Date | Event |
|---|---|
| 2018-12-26 | ASSIGNED TO LIE |
| 2019-01-09 | NOTICE OF PUBLICATION |
| 2019-01-29 | PUBLISHED FOR OPPOSITION |
| 2019-03-26 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| 2019-09-25 | TEAS EXTENSION RECEIVED |
| 2019-09-25 | EXTENSION 1 FILED |
| 2019-09-25 | EXTENSION 1 GRANTED |
| 2019-09-27 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| 2020-06-08 | ABANDONMENT - NO USE STATEMENT FILED |
| 2020-06-08 | ABANDONMENT NOTICE E-MAILED - NO USE STATEMENT FILED |



# SRL - Trademark Details

*Status:* 606 - Abandoned - No Statement Of Use Filed

**Serial Number**

88068713

**Word Mark**

SRL

**Status**

**606** - Abandoned - No Statement Of Use Filed

**Status Date**

2020-06-08

**Filing Date**

2018-08-07

**Mark Drawing**

**3000** - Illustration: Drawing or design which also includes word(s)/ letter(s)/number(s) Typeset

**Design Searches**

**011524, 261709** - Sound waves, including designs depicting sound. Curved line(s), band(s) or bar(s).

**Published for Opposition Date**

2019-01-29

**Attorney Name**

Justus Getty

**Law Office Assigned Location Code**

M70

**Employee Name**
DELANEY, ZHALEH SYBIL

# Statements

**Indication of Colors claimed**
Color is not claimed as a feature of the mark.

**Description of Mark**
The mark consists of "SRL" in stylized capital letters with a sound wave emanating from the top of the letter "L" therein.

**Goods and Services**
Electronic labels in the form of digital signage display panels for displaying magnetically, optically, or electronically recorded or encoded product information for use in the retail consumer industry excluding the vehicle industry

# Classification Information

**International Class**
009 - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus. - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

**US Class Codes**
021, 023, 026, 036, 038

**Class Status Code**

**6** - Active

**Class Status Date**

2018-08-14

**Primary Code**

009

## Correspondences

**Name**

JUSTUS GETTY

**Address**

DUANE MORRIS LLP

Suite 1000

505 9th Street NW

WASHINGTON DC 20004

## Trademark Events

| Event Date | Event Description |
| --- | --- |
| 2018-08-10 | NEW APPLICATION ENTERED IN TRAM |
| 2018-08-14 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| 2018-08-15 | NOTICE OF DESIGN SEARCH CODE MAILED |
| 2018-11-26 | ASSIGNED TO EXAMINER |
| 2018-12-03 | EXAMINERS AMENDMENT -WRITTEN |
| 2018-12-03 | EXAMINER'S AMENDMENT ENTERED |
| 2018-12-04 | EXAMINER'S AMENDMENT MAILED |
| 2018-12-04 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| 2018-12-26 | ASSIGNED TO LIE |
| 2019-01-09 | NOTICE OF PUBLICATION |

| | |
|---|---|
| 2019-01-29 | PUBLISHED FOR OPPOSITION |
| 2019-03-26 | NOA MAILED - SOU REQUIRED FROM APPLICANT |
| 2019-09-25 | TEAS EXTENSION RECEIVED |
| 2019-09-25 | EXTENSION 1 FILED |
| 2019-09-25 | EXTENSION 1 GRANTED |
| 2019-09-27 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
| 2020-06-08 | ABANDONMENT - NO USE STATEMENT FILED |
| 2020-06-08 | ABANDONMENT NOTICE E-MAILED - NO USE STATEMENT FILED |



# IOT SMART RETAIL - Trademark Details

*Status:* 602 - Abandoned-Failure To Respond Or Late Response

**Serial Number**

87196673

**Word Mark**

IOT SMART RETAIL

**Status**

**602** - Abandoned-Failure To Respond Or Late Response

**Status Date**

2017-08-23

**Filing Date**

2016-10-07

**Mark Drawing**

**4000** - Standard character mark Typeset

**Law Office Assigned Location Code**

M80

**Employee Name**

RYDLAND, STEPHANIE DIA

## Statements

**Goods and Services**

System for providing electronic price labels comprised of electronic price displays, electromagnetic couplers, inventory sensors, and video monitors

**Pseudo Mark**
INTERNET OF THINGS SMART RETAIL

# Classification Information

**International Class**
009 - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus. - Scientific, nautical, surveying, electric, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; apparatus for recording, transmission or reproduction of sound or images; magnetic data carriers, recording discs; automatic vending machines and mechanisms for coin-operated apparatus; cash registers, calculating machines, data processing equipment and computers; fire-extinguishing apparatus.

**US Class Codes**
021, 023, 026, 036, 038

**Class Status Code**
6 - Active

**Class Status Date**
2016-10-13

**Primary Code**
009

# Correspondences

**Name**
JUSTUS L. GETTY

**Address**

DUANE MORRIS LLP
505 9TH STREET, N.W.
SUITE 1000
WASHINGTON, DC 20004

## Trademark Events

| Event Date | Event Description |
|---|---|
| 2016-10-11 | NEW APPLICATION ENTERED IN TRAM |
| 2016-10-13 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| 2017-01-17 | ASSIGNED TO EXAMINER |
| 2017-01-24 | NON-FINAL ACTION WRITTEN |
| 2017-01-25 | NON-FINAL ACTION MAILED |
| 2017-08-23 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE |
| 2017-08-23 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND |



**SRL Network**
@Powershelf

.

Jun 7, 2015

Great perspective on #SmartRetailLabels #ElectronicShelfLabels and the #FutureofRetail @MPTnational



Your Money and Business | Thursday, February 26, 2015
Shopping revolution and corporate social value, plus, smart labels.
video.mpt.tv