Exhibit 6

# Hitachi Consulting and Powershelf® to Deliver Digital Technology Solution to Retail

**Share Article**

     

**Turnkey solution combines software, sensors and services to provide a breakthrough in shelf automation, data management and measurement.**

**ANNAPOLIS, MD (PRWEB) JANUARY 13, 2017**

Hitachi Consulting and Powershelf® are accelerating the deployment of smart shelves and software to U.S. retail stores by announcing Powershelf as a Service—a breakthrough in shelf automation, data management and measurement that combines software, sensors and services into one turnkey solution. The solution, which uses Microsoft Azure and Microsoft Power BI, will expedite retailers' ability to leverage live data to make informed decisions about dynamic pricing, inventory and merchandising solutions at the store level. Powershelf as a Service embraces the importance of data in retailers' decision-making processes and provides IoT-enabled Powershelf smart shelf units as well as back-end data, process improvement services and maintenance into one subscription-based program. The new offering will expedite less costly adoption while delivering improved efficiency and accelerating ROI and benefits at the shelf.

"Hitachi Consulting's new business models, Microsoft's World Class Azure Platform and Powershelf's innovative technology equals industry changing solutions. That is the winning formula we are using to bring digital customer experiences and digital operations to disrupt the retail industry," said Jeff Gray, Senior Vice President of Hitachi Consulting.

The Powershelf smart shelf units consist of a series of shelves that hold and display products. Built-in Powershelf technology tracks product availability; when a shelf is empty, a restocking alert is automatically sent to store personnel. The solution utilizes Azure and Power BI to



An illustration of a retail shelf fully equipped with the Powershelf system.

Hitachi Consulting's new business models, Microsoft's World Class Azure Platform and Powershelf's innovative technology equals industry changing solutions.

analyze when, where and why products sell so fast, allowing retailers and consumer product companies to identify trends and avoid out of stocks before they ever happen.

"Retailers are increasingly able to leverage IoT sensors and data to enhance their businesses, and solutions like Powershelf have the potential to vastly transform a retailer's ability to meet customer demand," said Brendan O'Meara, Senior Director, Worldwide Retail at Microsoft.

Powershelf as a Service is already being well received in several leading retailers and with key manufacturers. According to John White, co-CEO of Powershelf, "The collaboration of Microsoft and Hitachi Consulting in the selling, implementation and further enhancement of applying data creation is clearly an accelerator and game-changer for the industry."

The Powershelf technology will be showcased in the Microsoft booth (#2803) at the National Retail Federation (NRF) Big Show in New York City from January 15 through January 17.

About Powershelf
Powershelf is a leading provider of retail technology solutions. The patented technology—the Powershelf system—provides constant power and two-way communications to software-enabled applications and devices that deliver a variety of advertising, merchandising and pricing services to customers. Powershelf is designed to address the critical, ongoing challenges faced by retailers and CPG manufacturers around the world. For more information, please visit http://www.IoTSmartRetail.com.

About Hitachi Consulting Corporation
Hitachi Consulting is the global management consulting and IT services business of Hitachi Ltd., a global technology leader and a catalyst of sustainable societal change. In that same spirit – and building on its technology heritage – Hitachi Consulting is a catalyst for positive business change, propelling companies ahead by enabling superior operational performance. Working within their existing processes and focusing on targeted functional challenges, we help our clients respond to dynamic global change with insight and agility. Our unique approach delivers measurable, sustainable business results and a better consulting experience. (Steve.Sharpless(at)HitachiConsulting(dot)com)

Share article on social media or email:

     

View article via:

**PDF**    **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

VISIT WEBSITE

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb:1-866-640-6397

 

CREATE A FREE ACCOUNT 

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

# Powershelf Presented at Conference Sponsored by GE Digital and The Association for Packaging and Processing Technologies (PMMI)

**Share Article**

     

Powershelf Co-CEO John White spoke about digital transformation and IoT solutions at the Technology Immersion and Benchmarking Summit

**ANNAPOLIS, MD. (PRWEB) DECEMBER 08, 2017**

John White, Co-CEO of Powershelf and Compass Digital, spoke about the importance of digital transformation in the consumer packaged goods industry at the Technology Immersion and Benchmarking Summit in Greenville, South Carolina.

Powershelf provides Internet of Things (IoT) solutions to chain retailers and consumer packaged goods companies. The Powershelf platform enables retailers to transform their stores into smart, connected environments. The platform collects on-shelf data which can be used to realize greater operational efficiencies, reduce out-of-stock incidences, improve demand forecasting, reduce waste, and, ultimately, offer shoppers lower prices and more personalized promotions.

"The consumer goods industry is poised on the edge of a massive transformation," White said. "Digital technology has already revolutionized the path-to-purchase, and new innovations are promising to radically alter the way we shop, both online and in brick-and-mortar. My goal is to help industry leaders understand the digital landscape and show them how they can adapt to the digital-first way of doing business."

The Technology Immersion and Benchmarking Summit was sponsored by GE Digital and The Association for Packaging and Processing



Powershelf Co-CEO John White discusses IoT and digital transformation at the Technology Immersion and Benchmarking Summit

The consumer goods industry is poised on the edge of a massive transformation

Technologies (PMMI). Operations, IT and engineering leaders from the consumer packaged goods and equipment manufacturing industries attended the conference to learn about the power of digital technology and its potential to disrupt their industries. Other key speakers included representatives of Intel, Hewlett-Packard Enterprise and GE.

The conference was held at the GE Power manufacturing facility in Greenville, South Carolina on December 5 and 6. More information about the conference is available at https://ge.cvent.com/c/express/cbd28b9a-dffd-4a32-b681-135e64157c76.

About GE
GE is the world's Digital Industrial Company, transforming industry with software-defined machines and solutions that are connected, responsive and predictive. GE is organized around a global exchange of knowledge, the "GE Store," through which each business shares and accesses the same technology, markets, structure and intellect. Each invention further fuels innovation and application across our industrial sectors. With people, services, technology and scale, GE delivers better outcomes for customers by speaking the language of industry. http://www.ge.com

About PMMI
PMMI, The Association for Packaging and Processing Technologies, represents the voice of more than 800 North American manufacturers and suppliers of equipment, components and materials as well as providers of related equipment and services to the packaging and processing industry. We work to advance a variety of industries by connecting consumer goods companies with manufacturing solutions through the world-class PACK EXPO portfolio of trade shows, leading trade media and a wide range of resources to empower our members. The PACK EXPO trade shows unite the world of processing and packaging to advance the industries they serve: PACK EXPO International, PACK EXPO Las Vegas, Healthcare Packaging EXPO, PACK EXPO East, EXPO PACK México, EXPO PACK Guadalajara and ProFood Tech. PMMI Media Group connects manufacturers to the latest solutions, trends and innovations in processing and packaging year-round through brands including Packaging World, Automation World, Healthcare Packaging, Contract Packaging, ProFood World and Packaging + Processing OEM. PMMI Business Drivers assist members in pursuing operational excellence through workforce development initiatives, deliver actionable business intelligence on economic, market and industry trends to support members' growth strategies, and actively connect the supply chain throughout the year.

About Powershelf
Powershelf is a leading provider of retail technology solutions. The patented technology—the Powershelf system—provides constant power and two-way communications to software-enabled applications and devices that deliver a variety of advertising, merchandising and inventory services to suppliers, distributors, stores and shoppers. Powershelf is designed to address the critical, ongoing challenges faced by retailers and CPG manufacturers around the world, in order to lower global food prices. Visit http://iotsmartretail.com for more information.

Share article on social media or email:

     

View article via:

**PDF**    **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.

+1 (410) 268-0030 Ext: 200

Email >

 **@Powershelf**

Follow >

---

**VISIT WEBSITE**

---

News Center

---

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397

---

    

---

CREATE A FREE ACCOUNT      CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

HOME    NEWS CENTER    BLOG

Tuesday, September 7, 2021

# Powershelf® and Hitachi Consulting Introduce New IoT Smart Retail Shelves Powered by Microsoft Azure

**Share Article**

     

**New Technology Will Increase On-Shelf Availability and Generate Shopper Insights**

**ANNAPOLIS, MD (PRWEB) DECEMBER 02, 2016**

Powershelf® and Hitachi Consulting are working with Microsoft to introduce smart shelves to US retail stores. The new Powershelf smart shelf units will be installed in 15 supermarkets of a leading Midwest supermarket chain. KING'S HAWAIIAN®, America's leading provider of Hawaiian food, will be the first to use the new smart shelves to reduce out-of-stock incidents and ensure shoppers can find its products while shopping this holiday season. By dramatically reducing the amount of time KING'S HAWAIIAN shelves are empty, the company is making customers' shopping experiences a little less frustrating and also limiting the revenue that can potentially be lost when shelves are empty.

The units consist of a series of shelves that hold and display products. Built-in Powershelf technology tracks product availability; when a shelf is empty, a restocking alert is automatically sent to store personnel. The solution utilizes Microsoft Azure and Microsoft Power BI to analyze when, where, and why products sell so fast, allowing retailers and consumer product companies to identify trends and avoid out of stocks before they ever happen.

John Linehan, Executive Vice President of Strategy and Business Development at KING'S HAWAIIAN, was impressed with early pilot results and believes the technology will lead to better customer satisfaction and improved sales performance. "Improving out of stocks is an important strategy for KING'S HAWAIIAN, and Powershelf will give us the data to manage this metric most effectively," said Linehan. "We



Powershelf smart shelf developed for King's Hawaiian.

By making more products available we are providing shoppers with a more positive shopping experience, while

look forward to expanding this technology to as many of our retailers as soon as it is practical."

KING'S HAWAIIAN and its respective retailers and distributors will be able to access data gathered by the units—including historical out-of-stock incidents and loss of potential sales—in real-time through the Internet of Things (IoT) with a customized digital dashboard co-developed by Microsoft and Hitachi Consulting.

reducing the cost of restocking. This is a powerful first step into the future of retail.

"We have spent years working with our partners to develop this IoT solution that helps to solve out of stocks, and I am excited to see it introduced in time for this holiday shopping season," said Larry McWilliams Co-CEO of Powershelf. "By making more products available we are providing shoppers with a more positive shopping experience, while reducing the cost of restocking. This is a powerful first step into the future of retail."

Brendan O'Meara, Managing Director of Worldwide Retail at Microsoft, explained why the data gathered by these units is so valuable. "Our collaboration with Powershelf enables us to leverage the Microsoft Cloud to combine a retailer's inventory data with the data Powershelf sensors gather from the store floor and visualize it using Power BI tools," said O'Meara. "Decision makers can use their custom dashboard to see the state of their stores and supply chains in real-time and react much faster than in the past."

About Powershelf
Powershelf is a leading provider of retail technology solutions. The patented technology—the Powershelf system—provides constant power and two-way communications to software-enabled applications and devices that deliver a variety of advertising, merchandising and pricing services to customers. Powershelf is designed to address the critical, ongoing challenges faced by retailers and CPG manufacturers around the world. For more information, please visit http://www.IOTsmartretail.com

About Hitachi Consulting Corporation
Hitachi Consulting is the global management consulting and IT services business of Hitachi Ltd., a global technology leader and a catalyst of sustainable societal change. In that same spirit – and building on its technology heritage – Hitachi Consulting is a catalyst for positive business change, propelling companies ahead by enabling superior operational performance. Working within their existing processes and focusing on targeted functional challenges, we help our clients respond to dynamic global change with insight and agility. Our unique approach delivers measurable, sustainable business results and a better consulting experience.

About KING'S HAWAIIAN
Founded more than 60 years ago in Hilo, Hawaii, by Robert R. Taira, KING'S HAWAIIAN is a family-owned business that for three generations has been dedicated to providing irresistible, original recipe Hawaiian foods made with Aloha Spirit. A priority for the company is sharing the Hawaiian Way – a uniquely Hawaiian approach to hospitality based on graciousness, generosity, and a commitment to making everyone feel a part of the KING'S HAWAIIAN 'ohana' (extended family). KING'S HAWAIIAN makes the #1 branded dinner roll in the United States, along with other great Hawaiian foods. The company operates baking facilities in Torrance, California and Oakwood, Georgia. For more information, visit the company's website at http://www.KingsHawaiian.com, "Like" KING'S HAWAIIAN on Facebook and Follow KING'S HAWAIIAN on Twitter.

Share article on social media or email:

     

View article via:

**PDF**     **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

---

**VISIT WEBSITE**

---

News Center

---

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397

---

 

---

**CREATE A FREE ACCOUNT**     CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

# Powershelf to Showcase Innovative New Technology for IoT Smart Retail at Food Marketing Institute Connect

**Share Article**

     

**Powershelf gains momentum in IoT Smart Retail environment, showcasing new technology in the SAP booth #2035 at FMI Connects Marketplace at McCormick Center in Chicago, IL June 20-23rd.**

**CHICAGO, IL (PRWEB) JUNE 20, 2016**

Powershelf gains momentum in IoT Smart Retail environment, showcasing new technology in the SAP booth #2035 at FMI Connects Marketplace at McCormick Center in Chicago, IL June 20-23rd. During FMI Connect, the global trade association for food retail, Compass is planning to show how Compass Powershelf is saving retailers money, reducing cost of goods and improving the overall customer shopping experience.

The IoT Smart Retail technology is aimed at reducing out of stocks (OOS), streamlining inventory management, allowing for dynamic pricing, digitally engaging consumers in their shopping and improving overall retail experience. Current research suggests a retailer is out of stock an average of 8%, and for a retailer like Wal-Mart, that can equate to 10's of billions of dollars in lost sales. John White, Co-CEO of Powershelf, the leading provider in retail technology solutions with two-way communications delivering advertising, merchandising availability, promotional and pricing services to customers, plans to showcase how these technologies are changing the face of retail for some of the large retailers in food, mass, and drug that have begun installing Powershelf.

"From connected consumer engagement to smarter retail experiences, we are uncovering the benefits for both consumers and retailers with apps and beacons to eventually eliminate fines associated with



Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping

inaccurate pricing structures to alerting consumers about out-of-stock goods." says White. "Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping experiences for all consumers."

Larry McWilliams, Past President of Campbell Soup and co-CEO of Powershelf, speaks on why he is so excited about this new technology: "One of my greatest challenges in consumer products was reducing lost sales by fixing out of stocks, costing us up to 15% a year even when we had the product in stock at our distribution centers. What other technology gives such a significant Return on Investment (ROI) and improves the shopper experience? None. IoT Smart Retail increases incremental sales and improves operational efficiencies, ultimately leading to better shareholder value."

About Powershelf:
Powershelf is a leading provider of retail technology solutions. Our proprietary technology—the Powershelf® system—provides constant power and two-way communications to software-enabled applications and devices which deliver a variety of advertising, merchandising and pricing services to customers. The Powershelf® system includes out-of-stock replenishment, at-the-shelf video advertising, and electronic shelf label systems that address critical, ongoing challenges faced by retailers and CPG manufacturers. Powershelf also offers a nationwide network of thousands of highly trained professionals who perform on-the-ground services such as shelf monitoring and restocking, at-the-shelf marketing, and custom installation and maintenance of the Powershelf® system. For more information, please visit http://www.powershelf.net. To learn more about creating a smart retail environment, and what the industry has to say, visit http://www.iotsmartretail.com.

About John White:
John White is the Chairman and Co-CEO of Powershelf. In this capacity, Mr. White is leading retailers and consumer goods companies in creating IoT Smart Retail environments. He does this through the use of shelf edge technology, beacons, electronic pricing, and data analytics to drive more efficiencies and generate better opportunities in sales, marketing, and operations.

Mr White is also the Chairman and CEO of Compass Marketing, Inc., an industry leader in the strategic marketing and sales consultation for many leading global consumer packaged goods companies including clients like Procter & Gamble, Johnson & Johnson, Colgate, Smuckers, McCormick Spice Company, etc. Prior to founding Compass Marketing, Mr. White served as the youngest Director at Acosta, the leading sales and marketing agency for the grocery trade.

John is a native of Maryland, and holds a Master's Degree in Business from the University of Baltimore. He is very active in the community and directs Compass philanthropic efforts and support through the Compass Cares Foundation. He currently serves on the advisory board of iFred, and previously served on the board of the United Way Campaign of Maryland.

About Food Marketing Institute
FMI is the trade association that serves as the voice of food retail. We assist food retailers in their noble role of feeding families and enriching lives. FMI's U.S. members operate nearly 40,000 retail food stores and 25,000 pharmacies, representing a combined annual sales volume of almost $770 billion. Through programs in public affairs, food safety, research, education and industry relations, FMI offers resources and provides valuable benefits to more than 1,225 food retail and wholesale member companies in the United States and around the world. FMI membership covers the spectrum of diverse venues where food is sold, including single owner grocery stores, large multi-store supermarket chains and mixed retail stores.

Share article on social media or email:

     

View article via:

**PDF**    **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

**KEVIN NEMETZ**

630-301-2312

## Media



News Center

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT 

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.


# Powershelf CEO Heads Smart Retail Panel Shares Insight on Creating a Smarter Retail Environment

**Share Article**

     

**Will Educate Retailers On The Benefits Of Creating A Smart Retail Environment**

**SANTA CLARA, CALIF. (PRWEB) MAY 11, 2016**

Powershelf CEO John White is set to lead the "Opportunities for Beacons, NFC, LBS and Contextual Applications" IoT Smart Retail panel on Thursday, May 12, 2016 at 4:30 pm at the Santa Clara Convention Center. During the Internet of Things World, the world's largest and most comprehensive IoT event, White will educate retailers on the benefits of creating a smart retail environment.

Powershelf uses IoT technology to reduce out of stocks (OOS), streamline inventory management, enable dynamic pricing, digitally engage consumers in their shopping and improve the overall retail experience. Current research suggests a retailer is out of stock an average of 8 percent, and for a retailer like Wal-Mart, that can equate to tens of billions of dollars in lost sales. As the founder of Powershelf, the leading provider of retail technology solutions with two-way communications delivering advertising, merchandising availability, promotional and pricing services to customers, White will cover the gamut of the following opportunities for Beacons, NFC, LBS and Contextual Applications:

Revolutionizing in store and online retail experiences

Examining the range of applications: i.e. Supply Chain Control; NFC Payments; Intelligent Shopping Applications; Smart Product Management

Where are the revenue & partnership opportunities?

Maintaining privacy and security



Powershelf detects when shelves are empty to help retailers reduce their out-of-stock rate.

Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping experiences for all consumers.

"From connected consumer engagement to smarter retail experiences, we are uncovering the benefits for both consumers and retailers with apps and beacons to eventually eliminate fines associated with inaccurate pricing structures to alerting consumers about out-of-stock goods," said White. "Digital shelving is the ground that all retailers should embark on as an effort to positively influence the quality of shopping experiences for all consumers."

About Powershelf
Powershelf is a leading provider of retail technology solutions. Our proprietary technology—the Powershelf® system—provides constant power and two-way communications to software-enabled applications and devices which deliver a variety of advertising, merchandising and pricing services to customers. The Powershelf® system includes out-of-stock replenishment, at-the-shelf video advertising, and electronic shelf label systems that address critical, ongoing challenges faced by retailers and CPG manufacturers. Powershelf also offers a nationwide network of thousands of highly trained professionals who perform on-the-ground services such as shelf monitoring and restocking, at-the-shelf marketing, and custom installation and maintenance of the Powershelf® system. For more information, please visit http://www.powershelf.net.

About John White
John White is the Chairman and Co-CEO of Powershelf. In this capacity, Mr. White is leading retailers and consumer goods companies in creating IoT Smart Retail environments. He does this through the use of shelf edge technology, beacons, electronic pricing, and data to drive more efficiencies and generate better opportunities in sales, marketing, and operations.

Mr. White is also the Chairman and CEO of Compass Marketing, Inc., an industry leader in strategic marketing and sales consultation for many leading global consumer packaged goods companies including Procter & Gamble, Johnson & Johnson, and McCormick Spice Company. Prior to founding Compass Marketing, Mr. White served as the youngest Director at Acosta, the leading sales and marketing agency for the grocery trade.

Mr. White is a native of Maryland, and holds a Master's Degree in Business from the University of Baltimore. He is very active in the community and directs Compass's philanthropic efforts and support through the Compass Cares Foundation. He currently serves on the board of directors of the Anne Arundel Economic Development Corporation, is on the advisory board of iFred, and previously served on the board of the United Way Campaign of Maryland.

About Compass Marketing Inc.
Compass Marketing Inc. is headquartered in Annapolis, MD and is a leader in providing sales and marketing to a powerful portfolio of Fortune 100 clients, who collectively have over $400 billion in annual sales. For more information, please visit http://www.compassmarketinginc.com.

###

Share article on social media or email:

     

View article via:

**PDF**     **PRINT**

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.

+1 (410) 268-0030 Ext: 200

Email >

VISIT WEBSITE

## Media



News Center

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397

 

CREATE A FREE ACCOUNT    CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.



# Powershelf Out-of-Stock Sensors are the Focus of New Food Industry Study

**Share Article**

     

**Study Will Investigate Use of Powershelf Intelligent Shelving Solution to Reduce Out-of-Stocks and Improve Efficiencies in Key Categories**

**ANNAPOLIS, MD (PRWEB) NOVEMBER 17, 2015**

Powershelf® out-of-stock sensors will be the focus of new food industry pilot program, the Out-of-Stock Inventory Management test, measuring possible solutions to grocery out-of-stocks. The program is led by a joint task force consisting of Giant Eagle, the Food Marketing Institute (FMI), the University of Maryland, Ernst & Young, dozens of leading manufacturers, and Powershelf. The program is scheduled to run from November 2015 through January 2016 and will measure the effectiveness of Powershelf out-of-stock sensors in four Giant Eagle stores in the Columbus, Ohio area.

Unlike previous industry studies which emphasized the distribution chain, the Out-of-Stock Inventory Management test focuses on the individual store level, where industry studies have shown nearly three-quarters of all out-of-stocks occur. The Giant Eagle stores in this pilot will be divided into two groups: control and test stores, both of which will be outfitted with Powershelf out-of-stock sensors. The sensors will measure on-shelf availability in the yogurt, sports drinks, beer, and diapers categories to date with leading manufacturers representing their interest as participants. The sensors detect when products go out-of-stock and use the two-way communications capabilities of Powershelf to alert store personnel and distributor partners to remedy the situation. However, only the sensors in the test stores will send out alerts when products go out-of-stock. Other data collected from the test



Powershelf sensors installed in the sports drinks section of a Giant Eagle in Columbus, Ohio.

"The range of participants in this study—university professors, leading manufacturers, retailers, industry groups—shows just

includes response time to address the OOS and estimated loss of sales on both non-promoted and promoted participating SKUs.

how important this issue is to the food industry."

"The range of participants in this study—university professors, leading manufacturers, retailers, industry groups—shows just how important this issue is to the food industry," said John White, Chairman and co-CEO of Powershelf. "We believe that this test will provide us with even more powerful evidence as to the effectiveness of Powershelf."

The grocery industry loses tens of billions of dollars in revenue every year due to out-of-stocks and rising consumer frustration. Despite 25 years of studies, the problem remains. In fact, industry studies show that about 8 percent of the products in a store are out-of-stock at any given time.

"Solving the retail out of stock challenge is one of the most significant opportunities facing the retail food and consumer products industry today", said Mark Baum, Senior Vice President, Industry Relations and Chief Collaboration Officer at FMI. "FMI is at the forefront in addressing innovation and technology advancements in our Industry. We are very excited to be collaborating with our members on the Powershelf capability and on future pilots."

The results of the Columbus pilot program are expected to be released in early Q1 2016.

For more information about Powershelf, please visit the Powershelf website http://www.powershelf.net.

About Powershelf
Powershelf is a leading provider of retail technology solutions. Our proprietary technology—the Powershelf® system—provides constant power and two-way communications to software-enabled applications and devices which deliver a variety of advertising, merchandising and pricing services to customers. The Powershelf® system includes out-of-stock replenishment, at-the-shelf video advertising, and electronic shelf label systems that address critical, ongoing challenges faced by retailers and CPG manufacturers. Powershelf also offers a nationwide network of thousands of highly trained professionals who perform on-the-ground services such as shelf monitoring and restocking, at-the-shelf marketing, and custom installation and maintenance of the Powershelf® system. For more information, please visit http://www.powershelf.net.

About Compass Marketing, Inc.
Strategic advisers to the world's top consumer products manufacturers. Compass has extensive experience in the CPG and retail industries, and proudly represents a powerful portfolio of Fortune 100 clients, who collectively have over $300 billion in annual online and in-store sales. For more information visit http://www.compassmarketinginc.com.

About Food Marketing Institute (FMI)
Food Marketing Institute proudly advocates on behalf of the food retail industry. FMI's U.S. members operate nearly 40,000 retail food stores and 25,000 pharmacies, representing a combined annual sales volume of almost $770 billion. Through programs in public affairs, food safety, research, education and industry relations, FMI offers resources and provides valuable benefits to more than 1,225 food retail and wholesale member companies in the United States and around the world. FMI membership covers the spectrum of diverse venues where food is sold, including single owner grocery stores, large multi-store supermarket chains and mixed retail stores. For more information, visit http://www.fmi.org and for information regarding the FMI foundation, visit http://www.fmifoundation.org.

Share article on social media or email:

     

View article via:

PDF     PRINT

## Contact Author

**ALISA GREENWOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 200
Email >

VISIT WEBSITE

News Center

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397

 

CREATE A FREE ACCOUNT     CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

# Powershelf Announces Partnership with SES-imagotag

**Share Article**

    

**Strategic partnership brings two solutions companies together**

**ANNAPOLIS, MD. (PRWEB) AUGUST 01, 2018**

Powershelf, a leading provider of retail technology solutions, and SES-imagotag, the global leader in Electronic Shelf Labels (ESL) and retail IoT solutions out of Paris, France, today announced a strategic partnership.

The partnership will include integrating both companies' proprietary technologies for digitizing stores in the US. The combined solution will include Smart Retail Labels, allowing consumers full transparency around product information, ingredients and sourcing, and will offer real time engagement at shelf with products for reviews, recommendations, recipes, etc. Additionally, the proprietary hardware and software solutions will address out of stocks, planogram compliance, and accurate pricing. The combined solution is intended to make a better shopping experience for consumers in store and online.

The solution will be installed at some of the current Powershelf retail and CPG customers in the U.S. as well as select, additional launch partners.

"We are excited to join forces with SES-imagotag, the global leader in ESLs. Our customers will really enjoy the new Smart Retail Labels. The ability to engage at shelf on a mobile phone, in real time and without having to find and download a specific app is what consumers told us they want. Well, we have built it with our partners at SES-imagotag. The vision and drive at SES-imagotag matches ours, and our teams work well together," said John White, CEO of Powershelf and Compass Marketing

"The combined forces will allow for quicker adoption in the US. With an installed base of over 170 million ESLs across the world, SES-imagotag is poised to lead adoption in the mobile phone rich US market. Consumers want to engage at the shelf and in real time. Our Smart ESLs and our partnership discussions with Powershelf, which has been in the making for years, will help accelerate just that. Our cultures, partners, and management align very well. I am excited to join forces with them to further bring smart shelves into the US market," said SES-imagotag CEO, Thierry Gadou.

About Powershelf

Powershelf is a leading provider of retail technology solutions. The Powershelf IoT platform includes Qualcomm, Microsoft, SAP and GE integrated solutions to provide constant power and two-way communication to software-enabled applications and devices. The platform enables retailers and manufacturers to improve their operational efficiency, reduce out-of-stock incidents, improve demand forecasting, reduce waste and, ultimately, lower prices. Powershelf was recently featured inside the Microsoft booth at the National Retail Federation show in New York and inside the Qualcomm booth at the Consumer Electronics Show in Las Vegas Visit http://www.iotsmartretail.com for more information.

About SES-imagotag

For 25 years, SES-imagotag has been the trusted partner of retailers for in-store digital technology. SES-imagotag, the worldwide leader in smart digital labels and pricing automation, has developed a comprehensive IoT and digital platform that delivers a complete set of services to retailers. The SES-imagotag solution enables retailers to connect and digitally transform their physical stores; automate low-value-added processes; improve operational efficiency; inform and serve customers; ensure information integrity to continuously optimize on-hand inventory; prevent stock-outs and waste and create an omni-channel service platform that builds loyalty and meets evolving consumer expectations.

Share article on social media or email:

    

View article via:

**PDF**     **PRINT**

## Contact Author

**JULIA FLOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 258
Email >

 **@Powershelf**
Follow >

VISIT WEBSITE

## Media

John White and Thierry Gadou in Paris



---

News Center

  

**Questions about a news article you've read?**

Reach out to the author: contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

Call PRWeb: 1-866-640-6397

 

CREATE A FREE ACCOUNT　　CISION

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.