Exhibit 7

# Power to the Shelf: Revolutionizing Retail & Branding

Confidential Information Presentation

SEPTEMBER 2016

POWERSHELF

# Powershelf®: Revolutionizing Retail

## Powershelf Overview

- Powershelf is a platform of devices and related applications designed to address significant ongoing challenges faced by retailers and consumer packaged goods companies
  - The model deploys as a mix of on-premise infrastructure and devices, and off-premise, cloud-based software, data analytics and services
- The Powershelf platform is built on a power and data delivery backbone that enables efficient, cost-effective retail automation with continuous up-time and constant 2-way communication
- The Powershelf System and Software have proven effective in providing operational improvements that translate into meaningful ROI for retailers and CPGs with a current installed base of 500K+ devices
- Compass Marketing, a privately-held marketing and technology company, acquired the Company, rebranded it into Powershelf and has invested in its technology and sales capabilities as its controlling investor

## Overview of Powershelf Solutions



**Out-of-Stock Sensors**

**Powershelf OOS Shelf Sensors and Software** alert store management to on-shelf status in real time and provide important time stamped OOS data for action

 

**In-Store Mobile Network**

**Powershelf Mobile Solution** enables flexible, customized communication with shoppers at the point of purchase



**Data Analytics & Software**

**Powershelf Data Analytics Platform** allows retailers & manufacturers access to e-commerce style analytics and business intelligence

 

**Dynamic Pricing**

**Powershelf Smart Retail Labels** enable retailers to implement pricing strategy in real time. SRLs ensure 100% pricing accuracy and plan-o-gram integrity



**Pick to Light & Stock to Light**

**Powershelf Pick to Light / Stock to Light** improve in-store productivity by providing an array of operational efficiencies



**Services**

**Powershelf Service Suite** includes post-installation services, such as consulting, BPI, maintenance and warranty

Morgan Stanley

2

# Investment Highlights



**1. End-to-End Retail Automation and Distribution Service Offering**
- Leading provider for comprehensive, next-generation solutions for retailers & CPGs

**2. Compelling and Comprehensive Solutions Addressing Entrenched Problems for Retailers/CPGs**
- Cost-effective, turn-key solutions for pervasive challenges faced by both retailers & CPGs

**3. World-Class R&D and Technology With a Robust Patent Portfolio**
- Robust IP with 75+ patents and rapid deployment capabilities
- Continue to invest in R&D to extend technology leadership

**4. Deep and Highly Leveragable Relationships With Retail/CPG Industries**
- Deep bench of management and advisory board with leadership experience in retail/CPG and technology

**5. Highly Sustainable Business Model With a Strong Competitive Moat**
- Business built to scale rapidly with Powershelf Partners, supply chain and C-Suite access already established
- High proportion of recurring revenue:~75% in 2020E

**6. Large and Significantly Underpenetrated Market Opportunity**
- Well-defined growth strategy and first-entrant advantages
- Blue chip customer base comprised of top retailers & CPGs with meaningful backlog of future revenue in the pipeline

**7. High Margins and Positive Free Cash Flow**
- Strong revenue growth
  – 2017E – 2020E revenue CAGR of ~145%
- Gross margin of ~45% in 2017E rising to ~50% in 2020E





# Retailers Are Challenged With Perennial Operational Issues That Have No Killer Solution...

**Every year, billions of dollars are spent on labor for manually swapping price tags, while incorrect price updates remain persistently high at around 5% of all SKUs**

**Every year, out-of-stock and over-stock problems cost retailers worldwide over $1.1 trillion in lost sales and damage CPG brand equity**

**E-commerce players armed with data and analytics are chipping away at brick and mortar retailers' market share**



**~8%**
Ecommerce share of total U.S. retail sales

**~Growing 3x Faster**
E-commerce sales growth vs. big box retailers



**~$1.1 Trillion**
In Lost Revenues



**~15Bn**
Number of total price tag changes per year by top-10 U.S. Retailers (Cumulative)

**~5%**
Of all price tags are incorrect

✗ Operational inefficiencies
✗ Longer wait at check-out
✗ Violation of compliance requirements

✗ Lost revenues
✗ Damage to CPG brand
✗ Customer dissatisfaction

✗ Competitive disadvantage
✗ Lack of personalized customer engagement
✗ Lost chance to improve operational efficiency



Morgan Stanley

**Source:** IHL Group, Order Dynamics, U.S. Census Bureau, U.S. Department of Commerce

# ...Until Powershelf: A Disruptive Platform for Retail and CPG Branding

## Retail Automation

- Prevent Out-of-Stock
- Smart Retail Labels
- Beacon-Based Mobility Platform
- E-Commerce Style Analytics and Software

## POWERSHELF

## Retail Transformation

- More Revenue
- Real-Time Pricing Control
- Customer Engagement
- Wealth of Consumer Data

*Powershelf enables retail automation and digitization with the power to transform the retail/CPG industry*

POWERSHELF

# Powershelf Is Purpose-Built to Transform Retail & CPG Branding

**Grocery   Retail Store   Drug Store   Specialty Retail**

SHOP

POWERSHELF

**Internet of Things for Retail**

**Digitally Transformed Retail Environment**

## Key Insights from Powershelf Platform



- *Powershelf data* is used to create Heat Maps from mobile user data showing customers' paths through the store
- This includes length of visit and dwell time at various locations

**Retail Automation**

Real-Time, Digital Control of Physical Retail Footprint

**Retail Digitalization**

E-Commerce Style Data and Analytics

**Ubiquitous Avenue for Customer Engagement**

Convergence of Offline and Online Marketplace

POWERSHELF

# Capturing New Position in Retail IT Architecture

**Powershelf is an emerging platform for automation and digitalization of the U.S. retail/CPG industry with no incumbent platform competition**

## New Requirements

- Data Analytics
- Mobile/Social Customer Engagement
- Cost Optimization/Control

## New Platform

- Out-of-Stock
- Smart Retail Labels
- Mobile Customer Engagement Platform

**Digital Era → Need for New In-Store Platform**




## No Incumbents

| | |
|---|---|
| SAP ORACLE workday | **ERM** |
| splunk> | **Business Intelligence** |
| POWERSHELF | **Retail/ Marketing Automation** |
| Symantec FireEye | **Security** |
| vmware | **Virtualization** |
| servicenow | **IT Management** |

POWERSHELF



**~$125Bn Opportunity** =

~$35Bn +
~$5Bn +
~$10Bn +
~$75Bn +

Beacons/ Mobile Advertising

Retail Data and Analytics

Smart Retail Labels

Out-of-Stock

POWERSHELF

$12Bn
Global
Security
FireEye

$14Bn
IT
Management
servicenow

$32Bn
Business
Intelligence
splunk>

$39Bn
ERM
workday.

# Powershelf: The Next Wave in Retail Revolution



| Mail Order Catalogs | Super Markets | Discount Chains | E-Commerce | Retail Automation |
| --- | --- | --- | --- | --- |
| L.L.Bean Sears | Kroger A&P | Walmart TARGET Kmart | amazon ebay Alibaba.com GROUPON | **Convergence of In-Store and Online Retail** |
| 1800's | 1930's | 1950's | 1990's | 2016+ |

9

Morgan Stanley

# Powershelf at the Core of Retail Digitalization Solution Stack





## Product

**POWERSHELF**

**Product Software**

An embedded operating system, onboard software applications, an enhanced user interface and product control components

**Product Hardware**

Embedded sensors, processors and a connectivity port/antenna that supplement traditional mechanical and electrical components

## Connectivity

**Network Communication**

The protocols that enable communication between the product and the cloud

## Product Cloud

**Smart Product Applications**

Software applications running on remote servers that manage the monitoring, control, optimization and autonomous operation of product functions

**Rules/Analytics Engine**

The rules, business logic and big data analytical capabilities that populate the algorithms involved in product operation and reveal new products insights

**Application Platform**

An application development and execution environment enabling the rapid creation of smart, connected business applications using data access, visualization and run-time tools

**Product Data Database**

A big-data database system that enables aggregation, normalization and management of real-time and historical product data



**External Information Sources**

A gateway for information from external sources - such as weather, traffic, commodity and energy prices, social media and geomapping - that informs product capabilities

**Integration With Business Systems**

Tools that integrate data from smart, connected products with core enterprise business systems such as ERP, CRM and PLM



**Identity and Security**

Tools that manage user authentication and system access, as well as secure the product, connectivity and product cloud layer

**Source:** "How Smart, Connected Products are Transforming Competition," HBR, November 2014

Morgan Stanley



# Strong Competitive Moat Reinforced by Technology, First-Entrant Advantages and Blue Chip Customer Base

**First-Entrant Advantages**



**1** Comprehensive Turn-Key Solutions With Compelling and Clear Value Proposition

**2** World-Class Technology and R&D Capabilities, Backed by Valuable Patent Portfolio

**3** Blue Chip Customer Base and Dual Revenue Streams From Retailers and CPGs

**4** Industry Leading Management Team and Advisory Board With Deep Experience in Retail & Branded CPGs



Morgan Stanley

# Simple and Cost-Effective Grid Hosts High ROI Applications





POWER ON THE SHELF

LED PROMOTIONAL GLASS



OUT-OF-STOCK SENSORS



SHELF TAGS



VIDEO MONITORS



PROXIMITY DIGITAL
COUPONING

POWERSHELF

**Patented Powershelf Technology:**

- Powershelf uses inductive coupling technology to transfer both power and data between the shelf edge & individual shelf labels. The system runs continuously, can be integrated with store ERP and POS, and <u>requires no battery replacement</u>

- True IoT – Powershelf Platform is **two-way communication,** enabling the shelf to be linked to:

  – *store personnel (e.g., stock-out alerts)*

  – *operations management (e.g., data dashboards)*

  – *consumers (e.g., feature/price/value info.)*

- Powershelf is modular and can be extended to video, LED lighting and other equity-building applications

Morgan Stanley

# Simple and Cost-Effective Grid Hosts High ROI Applications (Cont'd)



COUPLER



### Patented Powershelf Technology

- Powershelf uses inductive coupling to transfer both power and communications between its primary loop and shelf rails, and between the shelf rails and individual shelf labels

- This communication is two-way, allowing battery-free shelf labels to communicate back to the store controller to confirm accurate pricing

- Power at the shelf allows for CPGs to deliver an equity-building message at the first moment of truth

Morgan Stanley

13

# Powershelf In-Store Devices Enable a Mobile Platform With Unprecedented Access to Consumers

## Insights:



- 70% of U.S. smartphone users utilize mobile phones in-store for shopping info

- 72% of millennial moms used a mobile coupon while in the store in the last year

- In-store **purchases for mobile shoppers have 25 – 50% higher market basket**

## Key Points

- Powershelf technology enables consumer engagement through proximity-based advertising and delivers value at the first moment of truth

- Technology also enables the delivery of customized content, such as helpful tips, brand directions/instructions and website information

- Our beacon technology provides a much greater range than NFC technology

Morgan Stanley

# What Is the *Value* of Customer Data?



**CONNECT**
Reach the customer at the shelf

Smart Shelf
Smart Label
*EDGE GATEWAY*

**INTEGRATE**
Big Data is collected, gathered and analyzed to transform business

Event Stream Processing

Data Warehousing

Analytics

**EVOLVE** Retail benefits of applied data



STORE OPS

Shelf-Stock out compared to back room / DC inventory



MONETIZATION

Data packages can be sold direct to CPGs



DYNAMIC PRICING

- Reduced Manual labor
- Manage end-of-life pricing
- Compete with e-commerce on pricing, real-time



CUSTOMER ENGAGEMENT

Loyalty based rewards in-context offers, alerts, and content



LAYOUT OPTIMIZATION

Traffic heat maps combined with POS, promo data for improved layout / placement

POWERSHELF

Morgan Stanley

# Powershelf Data Analytics Solution



**POWERSHELF**

## Platform

Collects consumer information, including:

Time

Location in store

Products in Aisle

Products Consumer may be Browsing

**CONSUMER / MOBILE**

1. Mobile app pushes info to Powershelf (beacon)

   Pulls CPG coupons and promos

**TELECOM**

2. Mobile uses data gathered from Telecom provider

**SYSTEM SOFTWARE PUBLISHER**

3. Collects data from Powershelf

   Aggregates with individual data from Telecom, including: address, age, and gender

**PACKAGING**

4. Data is anonymized and aggregated to provide to CPGs

**CPG**

5. Send coupons and promotions directly to consumers

   Push ads back to Powershelf beacons for coupons and promotions

   Use data to determine merchandising, timing, advertising, placement

**POWERSHELF**

Morgan Stanley

# Data Dashboard Is a Critical New Weapon in the War on Out-of-Stocks



**Filter by store**

Store Name: Dublin | Grandville | Kingsdale Rd | Sawmill - Uppe...

Lost Sales **$15K**

OOS Minutes **372K**

**Sort and identify by greatest Lost Sales ($) or Time Out-of-Stock**

| Description | Outage M... | LostSales |
|---|---|---|
| GATORADE G THRST QNCH LEM LIME | 34444 | $2,389 |
| GATORADE G THRST QNCH FRT PNCH | 25814 | $1,586 |
| GATORADE G FROST QNCH ORANGE | 11969 | $1,083 |
| GATORADE G FROST GLAZIER FREEZ | 25992 | $1,011 |
| GATORADE G LEMONLIME | 4591 | $911 |
| GATORADE G ALL STAR LEMON LIME | 7013 | $885 |
| GATORADE G2 LOW CAL GLAC FREEZ | 1055 | $840 |
| GATORADE G ALL STAR ORANGE | 3757 | $664 |
| GATORADE G ALL STAR FRT PUNCH | 1364 | $585 |
| GATORADE G2 LOW CAL ORANGE | 3414 | $502 |
| GATORADE G2 LOW CAL GRAPE | 1572 | $448 |
| GATORADE G FROST RIPTIDE RUSH | 11737 | $437 |
| GATORADE G COOL BLUE | 12642 | $432 |
| GATORADE G FRUIT PUNCH THRST QUENCHER | 6854 | $378 |
| GATORADE BRNG IT FIERCE GRAPE | 8637 | $283 |
| GATORADE G LEMONADE | 1901 | $257 |
| GATORADE G2 LO CAL ORANGE B PK | 2571 | $212 |
| GATORADE G2 LO CAL LEMLIME BPK | 24981 | $209 |
| GATORADE G2 RASPBRY LEMONADE | 13150 | $207 |
| GATORADE FIERCE BLUE CHRRY 32 | 12644 | $204 |
| GATORADE G2 MIXED BERRY | 11625 | $203 |

**PEPSICO** Out of Stock

**Ability to focus by brand and drill down to SKU level**

Brand: G2, Frost, Gatorade, All Star, Fierce, Powder, Recover, Chew

0% — 5%

**Drill down by quarter/week/day**

Y | Q | M | W | D
quarter — Q1 2016 - Q1 2016

Brand
- All Star
- Chew
- Fierce
- Frost
- G2
- Gatorade
- Powder
- Recover

✓ Simple, easy to read outputs alert store management, operations and supply chain to on-shelf positions and enable rapid, timely replenishment and re-order

✓ Powershelf analytics are delivered real-time to authorized mobile devices transforming in-store work flow and readiness

Morgan Stanley

17


**◇POWERSHELF◇**

# CPGs Are a Key Catalyst, Ally and Beneficiary for Penetration of Out-of-Stock and SRL Solutions Into Retailer Platforms

## CPGs Are Key Beneficiaries of Powershelf Platform and Are Leading the Way in Powershelf Penetration Into Major Retailer Platforms

### Out-Of-Stock

**CPG Paint Points**

- Out-of-stocks are frustrating for consumers and **costly for CPGs**
- On a typical afternoon, average store has **~8% of its inventory out-of-stock**
- **~25% of consumers will substitute with an alternate brand**






### Smart Retail Labels

- **Inaccurate pricing on shelf labels may deter customers from purchasing**, push them to cheaper alternatives or overcharge customers
- **Inability to control pricing strategy dynamically or in real-time**, unlike with e-commerce platforms
- Difficult to perform A/B testing and gather customer behavioral data

## Powershelf Value Proposition

- With Powershelf in Production and via Demos/Pilots:
  - **Reduced OOS frequency by ~50%** with Alerts compared to Base & Test vs Control
  - Baselines **hours to replenish OOS's reduced more than 75%**
- Powershelf also offers temperature sensors based add-on to track perishable food items, such as yogurts and beverages




- **Pricing accuracy helps execute and protect integrity of pricing strategies devised by CPGs**
- Dynamic and real-time control of the pricing labels allows CPGs to implement **A/B testing or live pricing changes based on event-driven and other strategies**
- An add-on Promo Glass lighting and display feature showed ~75% increase in shoppers stopping to check out a product when Promo Glass was enabled in a national retailer chain demo

## Powershelf Rollout in Two Major Retailer Networks to Be Financed by CPGs

### Big Box Discount Retailer

- 8 national CPG brands are financing a rollout of Powershelf platform at a top U.S. retailer by leveraging designated shelf spaces controlled/managed by the CPGs at the retailer
- CPGs are acting as a catalyst to bring the Powershelf platform to the retailer, given its proven effectiveness in boosting sales and enhancing brand equity

### Wine/Beer/Spirits Speciality Retailer

- A global beverage and brewing company has given a greenlight to finance a rollout of the Powershelf platform at a top East Coast specialty retail chain focused on wine, beer and spirits
- Rollout to scheduled to begin in 2H of 2016



Morgan Stanley

# Beacon-Driven Powershelf Mobility Platform Offers CPGs an Attractive New Avenue for Mobile Customer Engagement

## Key Value Propositions to CPGs/Brands



**1** Provide CPGs Instant Access to Millions of Consumers Mobile, In-Store, and Ready to Engage With Brands

**2** Turnkey Solution for Personalized Offers, Discounts Integration With CPG Rewards Programs

**3** Immersive Customer Engagement Platform for Brand Equity Building

**4** Platform Not Limited to CPGs, With Innovative Crossover Marketing Opportunities

## Mobility Platform: CPG Applications and Features

**In-Store Mobile Network**








- Brand App Download
- Non-GMO/Gluten Free Info
- Video Campaigns
- Personalized Media
- Recipes
- Facebook/Snapchat Integration
- Coupons
- In-Store Directions
- Product Safety Messaging

# Powershelf's Valuable Patent Portfolio Expands Its Competitive Moat

## Powershelf IP Strategy

- Ring fenced with existing and pending patents
- Global with Patent Cooperation Treaty
- Well-defined IP roadmap, validated and counseled by three national law firms specializing in IP and patents
- Continue to significantly invest in IP
- Incorporated into a larger "moat" strategy, continuing R&D, IP and standardization
- International patent applications in key markets including EMEA and APAC

## Overview of Patented Technology

| Out-of-Stock Sensors | Inventory Control Systems | Advertising Beacons | Temperature Sensors |
| Induction Power Backbone | Retail Video Monitor Display | Promo Glass | Others |

| Patents Granted | Patents Pending | Patent Application in Preparation |
|---|---|---|
| 2 | ~35 | ~40 |

POWERSHELF

# Powershelf R&D Roadmap

## Powershelf Continues to Invest in R&D to Extend Technology Leadership and Strengthen Competitive Moat



| | R&D Focus | Description |
|---|---|---|
| **Grid** | • Supporting new devices and features | • Feature additions to the power induction backbone to support ambient lighting running at the front edge of the shelf<br>• Continue to improve durability of the grid and introduce additional features |
| **Smart Retail Labels (SRLs)** | • Supporting customization options<br>• Introduction of new features | • The design and visual features of SRLs are customized per retailer and CPGs' requests<br>• Working on additional features for retail labels such as size, color and display |
| **Out-Of-Stock Sensors (OOS)** | • Mat design<br>• Connectivity<br>• More data<br>• Size variations | • Simplify mat design, reduce costs and improve durability<br>• Exploring wireless and RFID connectivity options<br>• Refine the ability to track shelf-count of individual units of a single SKU<br>• Ability to customize mat sizes per retailer/CPG specifications |
| **Mobility Platform** | • Connectivity to retailer/CPG websites<br>• Advertisements<br>• Product information | • Establishing and maintaining real-time connectivity to retailer/CPG websites<br>• Developing ability to use Powershelf network to directly advertise to customers<br>• Devise customer engagement models aimed at improving brand value, such as providing product information, recipes and other standardized and personalized content |
| **Systems** | • Software<br>• Dashboards<br>• Backwards-integration | • Creating specific dashboards that provide relevant, real-time data for CPGs and retailers<br>• APIs for integration with third-party IT systems related to inventory and ordering<br>• Continuously improving the cost effectiveness, user interface and ease of use |
| **Analytics** | • Real-time and predictive OOS analytics<br>• Pricing tools<br>• Customer behavior analytics | • Analytics tools to test and assess impact of pricing, coupons and customer engagement campaigns<br>• Integrated platform for managing and analyzing customer identification data, shopping patterns, effectiveness of customer engagements |

Morgan Stanley

# Powershelf Is the Only Platform With Multi-Dimensional Solutions for All Aspects of Retail Automation and Digitalization

**Retail Automation & Digitalization – Competitive Landscape**



*Powershelf's multi-dimensional, modular solutions set it apart from narrowly focused offerings of its competitors*

Morgan Stanley

22



# A Disruptive Approach to Retail & CPG Branding



**Prevalent Approaches**

- Over-Engineered
- Narrow Use Cases
- High Upfront CapEx/Ongoing OpEx
- Disruptive to Existing Workflows/Processes
- Poorly Supported
- Unproven Effectiveness
- Long Deployment Lead Time

**The Powershelf Approach**

Digitalization of In-Store Retail

- Proven Effectiveness and High ROI
- Data-Driven and Cloud Enabled
- Supported by Alliance of Blue Chip Partners
- Minimal Disruption to Ongoing Operations
- Easy-to-Integrate Modular Solutions

POWERSHELF

Morgan Stanley

# Powershelf ROI Drivers

| Technology | Cost Savings | Sales Growth |
|---|---|---|
|  Out-of-Stock Sensors |  |  |
|  Mobile Shopper Network | |  |
|  Smart Retail Labels |  |  |
|  Pick to Light / Stock to Light |  | |
|  Shelf Advertising | | |
| Shelf Lighting | | |








Morgan Stanley



# Bringing Power of IoT to Retail With Payback in Less Than 12 Months

## How to Capitalize on This Opportunity ...

Key Estimates of Savings as a result of Powershelf Installation assuming an Annual Retail Volume of $35MM...

**Annual Savings**

| | | Annual Savings |
|---|---|---|
| Price Changes | 10 – 15% Weekly | $145K |
| Trade Promo Inc. | 1% Rev Increase | $350K |
| Reduced OOS's | 50% Reduction in OOS | $700K |
| Reduced Shrink | 12% Waste Daily (.5%) | $175K |
| Price Accuracy | .5% Rev Increase | $175K |
| Consumer Experience | 1% Rev Increase | $350K |

~$2MM

**Source:** Ernst & Young results incorporated and validated through the Giant Eagle pilot, external data, and Forbes insights survey data

POWERSHELF



Morgan Stanley

# FMI Giant Eagle Case Study: Real-World Results

## Overview

- 20+ manufacturers participated in an OOS study sponsored by Food Marketing Institute (FMI) and Giant Eagle

- This study measured out-of-stocks using Powershelf OOS sensors at retailers invited to participate by FMI

- Data collected during test: Out-of-stock alert data and average duration to correct out-of-stocks, projected loss of sales and further best practices when stores receive alerts

- 5 - 6 Categories – Yogurt, Beer, Diapers, Isotonics

- 4Q 2015 to 1Q 2016 – Four Columbus, Ohio stores

- Ernst & Young certifying ROI Analysis & Dashboard Development

- Test results presented at FMI Midwinter Conference



## Participating Manufacturers








Morgan Stanley

# FMI Giant Eagle Case Study: Powershelf Improved OOS Metrics Across the Board

| Measurement | Variance |
|---|---|
| On-Shelf Availability | ~110 bps improvement |
| OOS Reaction Time | ~3.5 hours reduction |
| # Daily Stock Out Instances | ~10 fewer instances |
| Loss of Sale Exposure | ~$1,700 decrease |

✓ On-shelf availability increased
✓ OOS reaction time decreased
✓ Number of stock-out instances decreased
✓ Loss of sale exposure decreased
✓ Collected invaluable data about consumer behaviour and shopping patterns

## An Unprecedented Amount of Data Available to Help Optimize Out-of-Stock Problem

**Average Time OOS (Hours)**

| Store / Department | Store 6504 | 6515 | Grand Total |
|---|---|---|---|
| **Yogurt** | **17.3** | **8.8** | **11.8** |
| Week 3 | 9.4 | 6.3 | 7.4 |
| Week 2 | 10.1 | 6.9 | 7.9 |
| Week 1 | 9.1 | 7.5 | 8.0 |
| Baseline | 31.8 | 13.4 | 20.5 |

**Average of % Unavailable**

| Day of Week | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday |
|---|---|---|---|---|---|---|---|
| Beer | 38% | 36% | 38% | 30% | 20% | 18% | 26% |
| Yogurt | 27% | 31% | 46% | 28% | 32% | 32% | 21% |
| Sports Drink | 32% | 34% | 26% | 32% | 37% | 31% | 22% |
| **Grand Total** | **32%** | **33%** | **36%** | **30%** | **30%** | **28%** | **22%** |

- At Store 6504, Powershelf reduced the baseline **from almost 32 hours** that yogurt would sit out of stock before being replenished, **down to 9 hours**
- At Store 6515, Powershelf technology reduced the baseline **from 13+ hours down to 7.5 hours** in Week 1

- With Powershelf results, retailers and manufacturers can better understand the demand for products and be prepared to meet the needs of customers at all times
- For instance, beer has a higher rate of unavailability on Thursdays, Fridays and Saturdays
- Yogurt has its highest unavailability on Saturdays - when many people do their weekly grocery shopping

Morgan Stanley


POWERSHELF

# Walmart Case Study Results



## Overview

- In 4Q FY15, Walmart Technology's Idea team partnered with Walmart Canada's supply chain to test the functionality and durability of Powershelf lost-sales sensors and electronic shelf labels (ESL)

- P&G funded the project with the goal of increasing on-shelf availability (OSA) on Pampers diapers and wipes at Walmart Store #5831 in Thornhill, Ontario

## Results

- 50% reduction in the occurrence of out-of-stocks

- Sensors accurately and consistently detected OOS and communicated via text alerts

  - 50% of OOS alerts were remedied in 0 - 4 hours

  - 14% of OOS alerts were remedied in 4 - 8 hours

- Technology held up in the Walmart environment for the full 90-day test

- Store associates complimented the technology's ease of use as well as the increased modular integrity and stock-to-light LED indication

Morgan Stanley

# Blue Chip Customers and Pipeline Comprised of Top Retailers and Global CPGs



**Summary of Retailer-Driven Revenue Model**

- Sale of platform infrastructure
- Sale of modular devices including SRL, OOS sensors and mobility platform beacons
- Recurring revenues from maintenance, warranty and other services
- Recurring data, software, business intelligence and analytics subscription revenues

**Summary of CPG-Driven Revenue Model**

- Participation fee at installation
- Data-share and analytics consulting
- Recurring data, business intelligence and analytics subscription revenues

Morgan Stanley



# Powershelf Key Recent Wins and Near-Term Sales Pipeline

## Powershelf Has Demonstrated Capabilities of Its Technology With Current Installed Base of 500k+ Devices and In-Store Demos/Pilots...

### Pilots/Demos



### Current Retail Customers



### Contracts Requested & Submitted



## ...And Has Built Up a Meaningful Backlog of Future Revenue

| Customer | Estimated Start Date | 2019E Annual Revenue ($MM) |
| --- | --- | --- |
| Retailer #1 | 1Q 2017 | ~$260 |
| Retailer #2 | 1Q 2018 | ~$130 |
| Retailer #3 | 1Q 2017 | ~$120 |
| Retailer #4 | 1Q 2017 | ~$40 |
| Retailer #5 | 1Q 2017 | ~$20 |
| Retailer #6 | 3Q 2016 | ~$18 |
| Retailer #7 (CPG Funded) | 1Q 2017 | ~$14 |
| Retailer #8 | 1Q 2017 | ~$10 |
| Retailer #9 | 1Q 2018 | ~$8 |
| Retailer #10 (CPG Funded) | 4Q 2016 | ~$2 |

Morgan Stanley

# Asset-Light Business Model and Strategic Partnerships With Blue Chip Third-Party Service Providers





Morgan Stanley

31

# Powershelf Growth Strategy



**Platform Enhancement**

**Sales Initiative**

- Data Analytics/ Software
- Cement Retail Branding Ecosystem Leadership
- New Features/ Product Update Cycles
- Acquire New Customers
- Accelerate Existing Customer Penetration
- Expand Globally

POWERSHELF

# Powerful Financial Model



› Strong revenue growth

› Diversified revenue mix

› Visibility from increasing mix of recurring revenue

› Significant land and expand opportunity

› Increasing returns to scale

› Proven probability and cash flow generation

› Compelling customer economics drive long-term model

POWERSHELF

Morgan Stanley

# Strong Projected Top-Line Growth and Gross Margin



## 2018

- ~50% Gross Margin
- 100% Renewal Rates
- 60%+ Recurring Revenue
- Increased Mobility/Analytics/Software Pricing

### Revenue ($MM)

| 2017E | 2018E | 2019E | 2020E |
|-------|-------|-------|-------|
| $72 | $289 | $624 | $1,066 |

### Gross Margin (%)

| 2017E | 2018E | 2019E | 2020E |
|-------|-------|-------|-------|
| 47% | 49% | 50% | 51% |

Morgan Stanley

# Customer Engagement Model & Recurring Revenue Growth



**Customer Engagement Models**

1. **All-Inclusive Turn-key**
   - Grid | OOS | SRL | Beacon | Data/Analytics | Maintenance, Warranty and Services

2. **Smart Retail Label + Beacon**
   - Grid | SRL | Beacon | Data/Analytics | Maintenance, Warranty and Services

3. **Smart Retail Labels + Temperature Sensors + Beacon**
   - Grid | SRL | Beacon | Data/Analytics | Maintenance, Warranty and Services

4. **Out-of-Stock + Beacon**
   - Grid | OOS | Beacon | Data/Analytics | Maintenance, Warranty and Services

5. **Smart Retail Labels + Out-of-Stock Sensors**
   - Grid | OOS | SRL | Data/Analytics | Maintenance, Warranty and Services

**Increasing Proportion of Recurring Revenue**

($MM)

2017TE-2020E CAGR: ~145%

- 2017: ~$72 — 48%
- 2018: ~$289 — 63%
- 2019: ~$624 — 72%
- 2020: ~$1,066 — 77%

Legend: Recurring Revenue | Grid & Devices

POWERSHELF

Morgan Stanley

# Pricing Model That Is Best of Both Worlds

**Increasing Visibility as Recurring Software & Maintenance Revenue Grows**

% Recurring Revenue @ IPO



Morgan Stanley

36

# Powershelf Target Operating Model

| Non-GAAP | CY2017E | Target |
|---|---|---|
| Gross Margin | ~45% | ~50%+ |
| Sales & Marketing | ~5% | ~5% |
| R&D | ~15% | ~10% |
| General & Administrative | ~8% | ~5% |
| **Operating Income** | **~17%** | **~30%+** |



37

Morgan Stanley

# Proposed Use of Proceeds

**Target Proceeds of $75MM to $100MM**

| Capital Expenditure | Working Capital | Research & Development |
|---|---|---|
| **$10MM-15MM** | **$55MM-$70MM** | **$10MM-$15MM** |
| (2016E-2018E) | (2016E-2018E) | (2016E-2018E) |

POWERSHELF

Morgan Stanley

# Powershelf Has Invested in Building a Core Group of Executive and Board Members With Highly Relevant Experience and Vision

**Powershelf Executive Management Team**



- Co-CEO and Chairman of the Board
- Director
- President, Chief Operating Officer and Director
- President, Compass Digital Division
- Co-CEO and Director
- Senior Vice President, Finance & Strategy
- Founder and Director
- Chief Technology Officer

Morgan Stanley

## Powershelf Advisory Board



Morgan Stanley

# Compass Marketing Overview

## Strategic Advisors to America's Top CPG Companies

- Leader in sales, marketing and execution strategies for blue chip CPG companies

- Management team members are experienced veterans of the consumer packaged goods and retail industries with strong C-level access

- Building our In-store Solutions CMI Network capabilities to deliver innovative and differentiated value: Powershelf® and Message Wrap™

### Current Clients of Compass Marketing



















Morgan Stanley



# Disclaimer



This Confidential Information Memorandum ("Memorandum") is based on information provided by Tagnetics, Inc. ("Tagnetics," "Powershelf," or the "Company"). It is being delivered on behalf of the Company by Morgan Stanley & Co. LLC ("Morgan Stanley"), subject to the prior execution of a Confidentiality Agreement and/or on the condition that it is held in strict confidence by each recipient, to a limited number of parties who may be interested in a transaction with the Company. The sole purpose of this Memorandum is to assist the recipient in deciding whether to proceed with a further investigation of the Company. This Memorandum does not purport to be all-inclusive or to necessarily contain all the information that a prospective purchaser may desire in investigating the Company.

By accepting this Memorandum, the recipient agrees to keep permanently confidential the information contained herein and made available in connection with any further investigation of the Company and to cause all of the recipient's directors, officers, employees and advisors who have received such information to keep it permanently confidential. The recipient should become familiar with this and other obligations which the recipient may be subject to pursuant to any Confidentiality Agreement. This Memorandum may not be photocopied, reproduced, or distributed to others, except for the recipient's directors, officers, employees and advisors who have a need to know, at any time without the prior written consent of the Company or Morgan Stanley. Upon request, the recipient will promptly return or certify the destruction of all material received from the Company or Morgan Stanley (including this Memorandum) without retaining any copies thereof, all in accordance with the terms of any applicable Confidentiality Agreement.

This Memorandum has been prepared for informational purposes relating to this transaction only and upon the express understanding that it will be used for only the purposes set forth above. Neither the Company nor Morgan Stanley makes any express or implied representation or warranty as to (i) the achievement or reasonableness of future projections, management targets, estimates, prospects or returns contained in this Memorandum, if any, or (ii) the accuracy or completeness of the information contained herein or made available in connection with any further investigation of the Company. Each of the Company and Morgan Stanley expressly disclaims any and all liability which may be based on such information, errors therein or omissions therefrom.

This Memorandum: (i) is not an offer or invitation by Morgan Stanley or the Company to purchase or sell securities or assets, whether in relation to this transaction or otherwise nor any form of commitment or recommendation by Morgan Stanley or the Company; (ii) will not, and nor will any other oral or written information made available to a prospective purchaser, other than a definitive and binding transaction agreement, form the basis of any contractual or other agreement in relation to this transaction; and (iii) does not contain all the information that a prospective purchaser may wish to have in determining whether to enter into the transaction. The Company will only accept obligations in relation to the transaction that arise out of a definitive and binding transaction agreement. Furthermore, the recipient shall be required to rely solely on the representations and warranties made to it by the Company in any definitive transaction agreement.

In furnishing this Memorandum, neither the Company nor Morgan Stanley undertakes any obligation to provide the recipient with access to any additional information, or to correct any inaccuracies which may become apparent. The provision of this Memorandum does not place the Company or Morgan Stanley under any obligation to consider or accept any offer, irrespective of whether such offer is the only offer or one of a number of offers representing the highest price. This Memorandum shall not be deemed an indication of the state of affairs of the Company nor shall it constitute an indication that there has been no change in the business or affairs of the Company since the date hereof.

Morgan Stanley is acting as exclusive financial adviser to the Company in relation to the proposed transaction, will not regard any other person (whether a recipient of this Memorandum or not) as a client in relation to the proposed transaction and will not be responsible to anyone other than the Company for providing the protections afforded to clients of Morgan Stanley nor for providing advice to any such other person. Any person considering entering into the proposed transaction: (i) may not rely on this Memorandum in determining any course of action in relation to the proposed transaction or otherwise; and (ii) must seek its own independent financial advice.

The distribution of this Memorandum in certain jurisdictions may be restricted by law and, accordingly, recipients of this Memorandum represent that they are able to receive this Memorandum without contravention of any unfulfilled registration requirements or other legal restrictions in the jurisdiction in which they reside or conduct business.

All communications, inquiries and requests for information relating to these materials should be addressed to the Morgan Stanley persons listed on this page, as representatives of the Company. **Under no circumstances should the management, employees, directors or shareholders of the Company be contacted directly.**

Morgan Stanley

