Exhibit 9

Transcription Prepared:
July 9, 2020

Page 1

VIRGINIA:

    CIRCUIT COURT FOR ARLINGTON COUNTY

DANIEL J. WHITE, etc., et al,    *

            Plaintiffs,          *

vs.                              *    Case No.

                                 *    CL19003628-00

COMPASS MARKETING, INC., etc.,   *

et al.,                          *

            Defendants.          *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

Transcription of Audio Recording

Transcription by:

        Alfred A. Betz, Court Reporter

Al Betz & Associates, Inc.
877-402-DEPO(3376)

Transcription Prepared:
July 9, 2020

Page 2

1          OPERATOR:  Michael White left a message.

2          JACK BULLER:  What did Ray say?

3          MARTY MONZEREZ:  Jack, we're all from

4    different companies.  They all know that we had

5    other work.

6               Well, yeah you're, well, maybe you're

7    right on it.

8               Maybe.  Well, we'll see.

9               Jack says it was clear to the world that

10   "we'll see" means there's not a chance you're

11   going on that call.

12          JACK BULLER:  I can't -- lie...

13   (unintelligible).

14          MARTY MONZEREZ:  If I stop, I almost

15   said this to Jack, but I -- (unintelligible) I

16   stopped and said wait a minute.  I've got zero to

17   three conference calls a day and a little bit of

18   organizational paperwork to do and following up on

19   leads.  But I'm hardly, not traveling at all and

20   he's paying me 400,000 and I'm theoretically

21   getting a hundred thousand on account.

Transcription Prepared:
July 9, 2020

Page 3

1          How does that sound to you, Marty?

2    Pretty good?

3          JACK BULLER:  As frustration sets in, if

4    you're trying to get something going and you can't

5    because of the lack of trust and the lack of

6    communication (unintelligible).

7          MARTY MONZEREZ:  Dishonesty.  He's so

8    full of shit.  He said "and the other thing Marty"

9    was sitting in Walgreen's yesterday with the

10   Beacon people, the Digital people and John's

11   saying something that just isn't freakin' true.

12   He said, and you know Walgreen's tested it, the

13   SRLs and we're going to market.  He's fuckin'

14   nuts!

15         So Jack's saying you know, Marty, I'm in

16   the room hearing that.  She's hearing that.  She

17   could call any number of people to find out what?

18   Who?  What's he talking about?

19         I said yeah, I know.

20         In fact, Jack, that's a part of me why

21   I'm not sure he wants Bracy and Monzerez on

Transcription Prepared:
July 9, 2020

Page 4

1   several of these calls because I think he wants

2   more flexibility to say it the way John wants it

3   than the way it may be.

4           He says you know, with me sitting in the

5   room I become an enabler to that.  They look at me

6   as having represented that viewpoint.

7           I said "tell me about it.".

8           It would be real easy if it weren't for

9   Scotty and Nick's money.  But it's still kind of

10  easy.  And here's a good example.  Numb nuts just

11  text me.

12          JACK BULLER:  What's the name?

13          OPERATOR:  Recorded over 12 days ago at

14  1:58 p.m.

15          (End of audio recording.)

16

17

18

19

20

21

Transcription Prepared:
July 9, 2020

Page 5

1                    C-E-R-T-I-F-I-C-A-T-E

2              I hereby certify that the foregoing is

3    a true and accurate transcription of the audio

4    recording referenced above.

5

6    _____

7    Alfred A. Betz, Notary Public and Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Transcription Prepared:
July 9, 2020

Page 6

**A**
account 2:21
accurate 5:3
ago 4:13
al 1:3,8
Alfred 1:21 5:7
ARLINGTON 1:2
audio 1:15 4:15 5:3

**B**
Beacon 3:10
Betz 1:21 5:7
bit 2:17
Bracy 3:21
BULLER 2:2 2:12 3:3 4:12

**C**
C-E-R-T-I-F-... 5:1
call 2:11 3:17
calls 2:17 4:1
Case 1:5
certify 5:2
chance 2:10
CIRCUIT 1:2
CL19003628-... 1:6
clear 2:9
communication 3:6
companies 2:4
COMPASS 1:7
conference 2:17
COUNTY 1:2
Court 1:2,21 5:7

**D**
DANIEL 1:3
day 2:17

days 4:13
Defendants 1:9
different 2:4
Digital 3:10
Dishonesty 3:7

**E**
easy 4:8,10
enabler 4:5
et 1:3,8
example 4:10

**F**
fact 3:20
find 3:17
flexibility 4:2
following 2:18
foregoing 5:2
freakin' 3:11
frustration 3:3
fuckin' 3:13
full 3:8

**G**
getting 2:21
going 2:11 3:4 3:13
good 3:2 4:10

**H**
hearing 3:16,16
hundred 2:21

**I**

**J**
J 1:3
Jack 2:2,3,9,12 2:15 3:3,20 4:12
Jack's 3:15
John 4:2
John's 3:10

**K**
kind 4:9
know 2:4 3:12 3:15,19 4:4

**L**
lack 3:5,5
leads 2:19
left 2:1
lie 2:12
little 2:17
look 4:5

**M**
market 3:13
MARKETING 1:7
Marty 2:3,14 3:1,7,8,15
means 2:10
message 2:1
Michael 2:1
minute 2:16
money 4:9
Monzerez 2:3 2:14 3:7,21

**N**
name 4:12
Nick's 4:9
Notary 5:7
Numb 4:10
number 3:17
nuts 3:14 4:10

**O**
OPERATOR 2:1 4:13
organizational 2:18

**P**
p.m 4:14

paperwork 2:18
part 3:20
paying 2:20
people 3:10,10 3:17
Plaintiffs 1:4
Pretty 3:2
Public 5:7

**Q**

**R**
Ray 2:2
real 4:8
Recorded 4:13
recording 1:15 4:15 5:4
referenced 5:4
Reporter 1:21 5:7
represented 4:6
right 2:7
room 3:16 4:5

**S**
saying 3:11,15
says 2:9 4:4
Scotty 4:9
see 2:8,10
sets 3:3
shit 3:8
sitting 3:9 4:4
sound 3:1
SRLs 3:13
stop 2:14
stopped 2:16
sure 3:21

**T**
talking 3:18
tell 4:7
tested 3:12

text 4:11
theoretically 2:20
thing 3:8
think 4:1
thousand 2:21
three 2:17
transcription 1:15,20 5:3
traveling 2:19
true 3:11 5:3
trust 3:5
trying 3:4

**U**
unintelligible 2:13,15 3:6

**V**
viewpoint 4:6
VIRGINIA 1:1
vs 1:5

**W**
wait 2:16
Walgreen's 3:9 3:12
wants 3:21 4:1 4:2
way 4:2,3
we'll 2:8,10
we're 2:3 3:13
weren't 4:8
White 1:3 2:1
work 2:5
world 2:9

**X**

**Y**
yeah 2:6 3:19
yesterday 3:9

**Z**

| | | | | |
|---|---|---|---|---|
| **zero** 2:16 | | | | |
| **0** | | | | |
| **1** | | | | |
| **1:58** 4:14 | | | | |
| **12** 4:13 | | | | |
| **2** | | | | |
| **3** | | | | |
| **4** | | | | |
| **400,000** 2:20 | | | | |