# Exhibit 10

LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Monday, September 6, 2021

# Powershelf Announces One Penny RFID Breakthrough to Eliminate Retail Out-of-Stocks

**Share Article**

     

Innovation Uses Radio Frequency Identification (RFID) Technology and Blockchain Software to Help Retailers Eliminate Out-of-Stocks

**ANNAPOLIS, MD. (PRWEB) FEBRUARY 27, 2018**

Powershelf, a leader in helping retailers digitize their stores using proprietary software and hardware, today announced a new breakthrough solution that uses radio frequency identification (RFID) technology and blockchain software to help retailers better manage on-shelf inventory and eliminate out-of-stocks. The cost will be one cent per RFID chip.

Out-of-stocks are an ongoing challenge for retailers. Eight percent of products are estimated to be out-of-stock at any given time, which means shoppers are often not getting the products they need. This costs time and frustrates shoppers, while degrading the shopping experience and costing hundreds of billions of dollars in sales for retailers and brands.

The new one penny, Gen 2 RFID solution will be coupled with proprietary supply chain software developed by Powershelf to significantly improve asset tracking and eliminate out-of-stocks. This innovation builds on a large test conducted with the Food Marketing Institute (FMI) across 200 different brands that found Powershelf technology significantly reduces out-of-stock incidents. The solution will form an integral part of the ecosystem of software and devices—including solutions from Qualcomm, Microsoft, SAP, and GE—offered by Powershelf.

"We have tested Powershelf in stores for over a year and we are excited to bring this next-generation technology into more stores and larger



Powershelf offers a custom-made, mobile-ready dashboard for stores and brands.

Powershelf not only eliminates out-of-stocks, but also unlocks significant value throughout the supply chain.

retail customers," said John Linehan, President of King's Hawaiian. "We believe Powershelf's blockchain, machine learning and Gen 2 RFID technology could virtually eliminate out-of-stocks in grocery stores, and we are excited to take the next step with Powershelf and its partners. That's the holy grail for us: ensuring our customers get their King's Hawaiian products when and where they want them."

Leading brands and retailers—including Johnson & Johnson, Bumble Bee Foods, Merisant, Gatorade, Fresh Pet, Giant Eagle and Whole Foods—use Powershelf to provide a better shopping experience.

"We will be expanding our solution into the largest retailers in the world this year," said John White, Co-CEO of Powershelf. "Out-of-stocks have frustrated shoppers, retailers and brands since the invention of the grocery store. Powershelf not only eliminates out-of-stocks, but also unlocks significant value throughout the supply chain. We are working with our data partners to harness that value by building a global network to track assets in real-time and bring an unprecedented level of transparency to the retail grocery industry."

About Powershelf
Powershelf is a leading provider of retail technology solutions. The Powershelf platform includes Qualcomm, Microsoft, SAP and GE integrated solutions to provide constant power and two-way communication to software-enabled applications and devices. The platform enables retailers and manufacturers to improve their operational efficiency, reduce out-of-stock incidents, improve demand forecasting, reduce waste and, ultimately, lower prices. Powershelf was recently featured inside the Microsoft booth at the National Retail Federation show in New York and inside the Qualcomm booth at the Consumer Electronics Show in Las Vegas last month. Visit http://www.iotsmartretail.com for more information.

---

Share article on social media or email:

     

View article via:

**PDF**     **PRINT**

### Contact Author

**JULIA FLOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 258
Email >


**@Powershelf**
Follow >

**VISIT WEBSITE**