# Exhibit 11

LOGIN

CREATE A FREE ACCOUNT

HOME    NEWS CENTER    BLOG

Tuesday, September 7, 2021    

# Climate Change, and the Internet of Carbon, Is Now in Our Hands (& On the Supermarket Shelves)

**Share Article**

     

Compass Marketing's Smart Retail Label® (SRL) Network, powered by Microsoft, partners with Ecoingot to bring visibility and transparency to understanding the impacts of purchases

**ANNAPOLIS, MD. (PRWEB) DECEMBER 19, 2018**

Compass Marketing, a leading provider of marketing and technology solutions to the CPG industry, today announced a partnership with Ecoingot, an all-encompassing platform for offsetting carbon impacts, to help shoppers save time, money and reduce their carbon footprint. Beginning on Earth Day 2019, the Smart Retail Label® (SRL) Network will launch a feature powered by Microsoft that will show users the carbon impact of their retail purchase decisions, allowing for an immediate voluntary carbon offset to account for the individual product's negative impact.



Climate change and the effect humankind has on the environment is currently ranked as one of the most serious global issues among people aged 18 to 35. In research carried out 78.1% of this age group stated that they are willing to change their lifestyles to protect the environment.

Until now, environmental information has not been made readily available to consumers in any kind of relevant or meaningful way. In a new study published in the journal Nature Climate Change, research found that placing carbon footprint labels on food packaging effectively drives people to buy less carbon-intense ingredients. By combining the latest technological advances in smart labeling, blockchain, artificial intelligence, and carbon impact data, it is now possible to integrate into the consumers' shopping experience, allowing everyone to participate in saving our planet.

The network has developed a unique carbon data gathering methodology. This enables the company to compile a powerful data-driven engine that will deliver comprehensive and globally relevant on-demand carbon impact calculations at the item level. These combined functionalities will create the first ever 'Internet of Carbon' for retail, designating an impact value on every item in the store.

Transparency is the key feature of the SRL Network. The technology enables shoppers to quickly and easily discover critical information about products they purchase with a simple tap of their smartphones—without an app. From ingredients and allergens to sustainability and nutritional information, the SRL Network empowers shoppers with the knowledge they need to make the right purchase decision for themselves, their families and the environment. The new feature empowers shoppers to use the unique methodology to consider smart carbon decisions.

"Integrating environmental impact data into consumers' purchasing experience is an exciting and important step towards us all taking responsibility for our environmental impacts" said Russell Young, Head of Operations for Ecoingot. "This partnership gives us the opportunity to provide shoppers with the information they need, exactly where and when they need it".

The SRL Network will launch with national retailers and leading consumer goods brands in January to accelerate consumer adoption.

"Leading US Corporation CEOs like Walmart's Doug McMillon, Microsoft's Satya Nadella, and P&G's David Taylor, are making big and bold public commitments to carbon reductions for their companies. The SRL Network intends to empower the hundreds of millions of individual customers and employees of these visionary leaders to join in reducing the global carbon impact. Using the SRL Individual Carbon Exchange each one of us can now do our part to offset our individual carbon impact while grocery shopping each week. Strong individuals, like Greta Thunberg from Sweden, globally united in a common cause and aligned with good corporate leaders can be the catalyst for the positive environmental impact that the world's governments have been unable to achieve," said John White, CEO of Compass Marketing. "The single most important challenge in the history of the world is upon us. Together, we can all make a difference."

# # #

About Compass
Compass is a leading provider of marketing and technology solutions for the CPG industry. The SRL Network has been built over 5 years, and includes partners Microsoft, Qualcomm, SES, Powershelf, and SAP with integrated solutions to provide two-way communication to software-enabled applications and devices. The platform enables retailers and manufacturers to improve their operational efficiency, reduce out-of-stock incidents, manage pricing and promotion electronically, improve demand forecasting, reduce waste, communicate directly to consumers, and ultimately, lower food prices. The SRL Network was featured inside the Microsoft booth at the National Retail Federation show in New York and inside the Qualcomm booth at the Consumer Electronics Show in Las Vegas. Visit http://www.iotsmartretail.com for more information.

About Ecoingot
Ecoingot is an environmental technology company combining the latest advances in blockchain, DLT and AI/ML technologies with an innovative approach to carbon impact modelling. Through this, the company is developing the most comprehensive carbon impacts database (ECOSISTM) that will provide consumers with the carbon impact information of their purchases and lifestyle choices, allowing them to make informed purchasing decisions. Ecoingot believes in a combined approach of education, reduction and offsetting. The Ecoingot app and APIs will be the core interface between consumers and the background technology solution, to deliver on-demand carbon impact information and empower and incentivise consumers to take positive environmental actions.

Share article on social media or email:

     

View article via:

PDF    PRINT

## Contact Author

**JULIA FLOOD**

Compass Marketing, Inc.
+1 (410) 268-0030 Ext: 258
Email >

 **@Powershelf**
Follow >

News Center

  

**Questions about a news article you've read?**

**Reach out to the author:** contact and available social following information is listed in the top-right of all news releases.

**Questions about your PRWeb account** or interested in learning more about our news services?

**Call PRWeb:** 1-866-640-6397

 

CREATE A FREE ACCOUNT    

©Copyright 1997-2015, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

