Exhibit 12



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 08/11/2021 04:08 PM
Global Amendment ID: 33727
Affected Entities: 2

## Statement of Resignation of Registered Agent

1. [ ] This change affects <u>every</u> entity that I represent.
   **OR**
   [✓] This change affects <u>only</u> the entities on the attached list.
   *(If attaching a list of business entities do <u>not</u> list more than 25 entities per filing.)*

2. I, `CT Corporation System`, hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on `06/21/2021` to an officer or controlling member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.
   *(Date – mm/dd/yyyy)*

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

**Signature:** *[signed]*
*(Shall be executed by a person authorized by the registered agent.)*

**Date:** 08/06/2021
*(mm/dd/yyyy)*

RECEIVED AUG 9 2021 WYOMING SECRETARY OF STATE

**Print Name:** Marie Hauer
**Title:** Assistant Secretary

**Contact Person:** Marie Hauer
**Daytime Phone Number:** 212-894-8504
**Email:** marie.hauer@wolterskluwer.com

*(This is a required field. Email provided will receive filing evidence)*
*\*May provide multiple email addresses.*

### Checklist
- [ ] **Filing fee of $5.00 for each affected entity.** *(Example: if the registered agent resigns from seven (7) business entities, the filing fee is $35.)*
- [ ] **Processing time is up to 15 business days** following the date of receipt in our office.
- [ ] Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
- [ ] Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

RAResignation – Revised June 2021



**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

WY Secretary of State
FILED: Aug 2 2019 2:39PM
Original ID: 2019-000868971

# Profit Corporation
# Articles of Incorporation

**I. The name of the corporation is:**

Smart Retail, Inc.

**II. The name and physical address of the registered agent of the corporation is:**

C T Corporation System
1908 Thomes Ave
Cheyenne, WY 82001

**III. The mailing address of the corporation is:**

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

**IV. The principal office address of the corporation is:**

222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403

**V. The number, par value, and class of shares the corporation will have the authority to issue are:**

Number of Common Shares: 1,000      Common Par Value: $0.0000
Number of Preferred Shares: 0          Preferred Par Value: $0.0000

**VI. The name and address of each incorporator is as follows:**

John White
222 Severn Avenue, Building 14, Suite 200, Annapolis, Maryland 21403

**Signature:** *Ryan Beard*                    **Date:** 08/02/2019

**Print Name:** Ryan Beard

**Title:** Attorney

**Email:** beard@kaganstern.com

**Daytime Phone #:** (410) 216-7900

- ☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.
- ☑ I am filing in accordance with the provisions of the Wyoming Business Corporation Act, (W.S. 17-16-101 through 17-16-1804) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).
- ☑ I understand that the information submitted electronically by me will be used to generate Articles of Incorporation that will be filed with the Wyoming Secretary of State.
- ☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.
- ☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.
- ☑ I affirm, under penalty of perjury, that I have received actual, express permission from each of the following incorporators to add them to this business filing: John White

**Notice Regarding False Filings:** Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

- ☑ I acknowledge having read W.S. 6-5-308.

**Filer is:** ☑ An Individual  ☐ An Organization

## Filer Information:
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Incorporation.**

| | | |
|---|---|---|
| **Signature:** | *Ryan Beard* | **Date:** 08/02/2019 |
| **Print Name:** | **Ryan Beard** | |
| **Title:** | **Attorney** | |
| **Email:** | **beard@kaganstern.com** | |
| **Daytime Phone #:** | **(410) 216-7900** | |



## Consent to Appointment by Registered Agent

**C T Corporation System**, whose registered office is located at **1908 Thomes Ave, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **Smart Retail, Inc.** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

**Signature:** *Ryan Beard*  **Date:** 08/02/2019

Print Name: **Ryan Beard**

Title: **Attorney**

Email: **beard@kaganstern.com**

Daytime Phone #: **(410) 216-7900**

# STATE OF WYOMING
# Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF INCORPORATION

**Smart Retail, Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **2nd** day of **August, 2019** at **2:39 PM.**

Remainder intentionally left blank.



Secretary of State



Filed Date: 08/02/2019

Filed Online By:

Ryan Beard

on 08/02/2019

# DETAIL

Smart Retail, Inc.

This detail reflects the current data for the filing in the system.                                                  Print

**Name**
Smart Retail, Inc.

**Filing ID**
2019-000868971

**Status**
Inactive - Administratively Dissolved (Tax)

**Fictitious Name**

**Type**
Profit Corporation - Domestic

**Sub Status**
Current

**Initial Filing**
08/02/2019

**Standing - Tax**
Delinquent

**Inactive Date**
10/09/2020

**Standing - RA**
Delinquent

**Term of Duration**
Perpetual

**Standing - Other**
Good

**Formed In**
Wyoming

**Principal Office**
222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403
USA

**Mailing Address**
222 Severn Avenue
Building 14
Suite 200
Annapolis, MD 21403
USA

Additional Details

**Registered Agent:**
No Agent
No Office
Laramie County WY

**Latest AR/Year**

**AR Exempt**

**License Tax Paid**

**Common Shares**
1,000

**Common Par Value**

**Preferred Shares**
0

**Preferred Par Value**

<u>History</u>

**RA Resignation - 2021-003297959**  Date: 08/11/2021

**Dissolution / Revocation - Tax - 2020-003032566**  Date: 10/09/2020
  Filing Status Changed From: Active To: Inactive - Administratively Dissolved (Tax)
  Inactive Date Changed From: No Value To: 10/09/2020

**Delinquency Notice - Tax - 2020-002904928**  Date: 08/02/2020

**Initial Filing - See Filing ID**  Date: 08/02/2019

<u>Public Notes</u>

No Public Notes Found...

<u>Parties</u>

John White (Incorporator)  Organization:
Address: 222 Severn Avenue, Building 14, Suite 200, Annapolis, Maryland 21403

# STATE OF WYOMING * SECRETARY OF STATE
# EDWARD A. BUCHANAN
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Global Amendment Summary

**Global Amendment ID:** 33727
**Amendment Type:** RA Resignation
**Amendment Date:** 08/11/2021 4:08 PM
**Copy To Mailing:** N
**Copy To Principal:** N
**Affected Entities:** 2

**Agent Name:** C T Corporation System
**Address:** 1908 Thomes Ave
Cheyenne, WY 82001

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent # | 0162225 | 0000000 |
| Registered Agent Email | cls-reps-wyoming@wolterskluwer.com | No Value |
| Registered Agent Organization Name | C T Corporation System | No Agent |
| Registered Agent Phone | (307) 459-6122 | No Value |
| Registered Agent Phone2 | (302) 777-0221 | No Value |
| Registered Agent Physical Address 1 | 1908 Thomes Ave | No Office |
| Registered Agent Physical City | Cheyenne | No Value |
| Registered Agent Physical County | Laramie | No Value |
| Registered Agent Physical Postal Code | 82001 | No Value |