IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| v. | *  Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.,** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S SUPPLEMENT TO CONTESTED MOTION FOR LEAVE TO FILE HIS SECOND AMENDED COMPLAINT

Plaintiff, David J. Boshea ("Boshea") provides this supplement to his Plaintiff's Supplement to Contested Motion for Leave to File His Second Amended Complaint in which Boshea moved this Court for an order granting him leave to file his amended complaint to clarify the issues in this lawsuit:

1. On September 1, 2021, Boshea filed his Contested Motion for Leave to File His Second Amended Complaint (CM/ECF 41).

2. When Boshea filed the motion, he had not received a response from the defendant, Compass Marketing, Inc.

3. On September 14, 2021, Boshea received the email attached to this supplement as Exhibit A in which the defendant informed Boshea that it has no objection to the relief Boshea seeks in the motion.

Wherefore, David John Boshea request leave to file and have considered the attached Plaintiff's Supplement to Contested Motion for Leave to File His Second Amended Complaint and such other proper relief.

Dated: September 14, 2021

                                    **DAVID J. BOSHEA**

                                /s/ Gregory J. Jordan

Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. Clark Street, Suite 400
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com

Thomas J. Gagliardo (Bar No. 08499)
Of Counsel
Gilbert Employment Law, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

COUNSEL FOR DAVID J. BOSHEA

**CERTIFICATE OF SERVICE**

    Gregory Jordan certifies that he served Plaintiff's Supplement to Contested Motion for Leave to File His Second Amended Complaint on counsel for Compass Marketing, Inc., by service through the Court's CM/ECF system and by email to stern@kaganstern.com, rudiger@kaganstern.com, and yeung@kaganstern.com on September 14, 2021.

                                      /s/ Gregory J. Jordan
                                      Gregory J. Jordan