# Exhibit A

| | |
|---|---|
| From: | Stephen Stern |
| To: | Gregory Jordan |
| Cc: | Thomas J. Gagliardo; Heather Yeung |
| Subject: | Boshea v. Compass Marketing, Inc. - Motion for Leave to Amend |
| Date: | Tuesday, September 14, 2021 12:31:39 PM |
| Attachments: | image001.png |

Greg:

After giving it some thought, my client has elected not to oppose your motion for leave to amend the complaint.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com