IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID JOHN BOSHEA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC., | * | |
| Defendant, | * | |
| and | * | |
| COMPASS MARKETING, INC. | * | |
| Third-Party Plaintiff, | * | |
| v. | * | |
| JOHN DOE(S), | * | |
| Third-Party Defendant(s). | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

This matter comes to be heard on the Plaintiff's ~~Contested~~ Motion for Leave to File His [ELH] (ECF 41), as Supplemented Second Amended Complaint filed by David John Boshea, ~~the Court deeming the relief sought~~ (ECF 46). Defendant consents. ECF 46, ¶ 3. ~~proper, it is~~ Therefore, it is

ORDERED that the motion is granted, and it is further

ORDERED that, under Local Rule 103(6), the Second Amended Complaint attached to the motion as Exhibit 1 (as of 9/1/21) is deemed filed and served as of September 15, 2021, and it is further [ELH]

ORDERED that, under Local Rule 103(6)(b), the exhibits attached to the original Complaint filed in this lawsuit are made a part of the Second Amended Complaint.

1

_____Ellen L. Hollander_____
Judge
9/14/21