UNITED STATES DISTRICT COURT
For The
District of Maryland

David J. Boshea
Plaintiff

v.

Compass Marketing, Inc
Defendant                                          Civil Action No.: **1-21-CV-00309-ELH**

Affidavit of Michael R. White

1. I am over eighteen years of age and competent to testify before this Court.

2. I am NOT a party to this litigation.

3. I am a retired Maryland State Trooper, with 23 years of experience as a criminal investigator.

4. I am a member of the Board of Directors of Compass Marketing, Inc. *See* Exhibit 1.

5. On or about July 17, 2015, Stephen Stern's business partner, John White, informed the Board of Directors of Compass Marketing (his brothers Michael and Daniel) that he may have to soon "do some jail time" for securities violations he had committed.

6. On or about July 17, 2015, John White informed the Board of Directors of Compass Marketing that the company could soon face litigation from the shareholders of John's "side business", Tagnetics, Inc.

7. On or about July 17, 2015, the shareholders and Board of Directors of Compass Marketing passed a resolution electing DANIEL J. WHITE to serve as Chief Executive Officer of Compass Marketing Inc. *See* Exhibit 2.

8. The Board of Directors of Compass Marketing did not meet on July 20, 2015.

1

9. I do not waive any criminal or civil conflicts Stephen Stern and/or Ryan Beard and/or the law firm of Kagan Stern Marinello & Beard, LLC created by fraudulently entering this case.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY AND UNDER OATH THAT THE CONTENTS OF THE THIS AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____  _8-15-2015_
Michael R White           Date