# EXHIBIT 4

*Compass* **MARKETING**                                            John White <jwhite@compassmarketinginc.com>

## RE: possible contingency case vs. Dan & Chip
1 message

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>                          Sat, Jul 20, 2019 at 2:39 PM
To: John White <jwhite@compassmarketinginc.com>

I really need to add my litigator partner to the call to see if he would have interest (we tried to get you Friday but missed you). I have sent him an email asking for around 1:30-3 pm CST (I will be in car then). Will let you know when I hear.

**From:** John White <jwhite@compassmarketinginc.com>
**Sent:** Saturday, July 20, 2019 12:39 PM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** Re: possible contingency case vs. Dan & Chip

Can you chat this today or tomorrow ?

Give me a buzz

Thx

John White
Chairman/CEO
Compass Marketing Inc
www.compassmarketinginc.com

On Tue, Jul 16, 2019, 6:34 PM Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com> wrote:

Give me a time and I can try to set up, but especially if it is a contingency you do not want too many cooks....

**From:** John White <jwhite@compassmarketinginc.com>
**Sent:** Tuesday, July 16, 2019 8:42 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** Re: possible contingency case vs. Dan & Chip

Fantastic. How bout Doug...?

John White
Chairman/CEO
Compass Marketing Inc
www.compassmarketinginc.com

On Tue, Jul 16, 2019, 5:30 AM Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com> wrote:

I spoke to one of our top litigators, John Kennedy who was intrigued by the concept and would be willing to discuss it further. Let me know some available times and I can try to set up a call (also let me know if you want to include Steven or anyone else on that call)…

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
**www.taftlaw.com** / mgoldsmith@taftlaw.com

**Taft vCard**

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

*Compass* **MARKETING**              John White <jwhite@compassmarketinginc.com>

## Proposal for litigation assessment/engagement - subject to attorney client privilege
1 message

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>             Mon, Sep 9, 2019 at 12:01 PM
To: John White <jwhite@compassmarketinginc.com>
Cc: "Kennedy, John" <jkennedy@taftlaw.com>

John, it was good catching up with you on Saturday. John K had sent me the following which lays out the terms on which Taft would be willing to proceed. Let me know if this is acceptable, and if so, we will draw up a formal engagement letter which will be binding only if fully executed. As we noted previously, this will require some intensive work to complete the assessment and if requested assist in the drafting of a complaint, and due to the apparent statute of limitations issues, needs to be started almost immediately if you want to provide sufficient time to assess the claim and assess Steve Stern in getting a complaint on file before the statute of limitations are almost assuredly an issue (and could possibly be an issue even now). Let us know your thoughts.

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
**www.taftlaw.com** / mgoldsmith@taftlaw.com

 Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Kennedy, John
**Sent:** Friday, September 6, 2019 10:56 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** RE: John White

Terms

1. Kennedy 30% discount from $650 hourly= $455 hourly

2. Babbitt: $390 to $365;

3. Associates: Standard rates

4. $50,000 retainer payable before any work commences

5. Limited engagement to investigate the current information and assess theories of liability/counts for a complaint. There is a statute of limitations issue which John White and Stephen Stern are aware of that may run in October, 2019. They need to act before this runs. We have not investigated this issue, as we have discussed this issue with John W. and Stephen Stern.

6. 3x discounted rate if we prevail.

John

*Compass* **MARKETING**                                      John White <jwhite@compassmarketinginc.com>

### FW: Just following up to see if you want to move forward with Kennedy & team on the pre-lawsuit work
1 message

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>                    Wed, Sep 11, 2019 at 6:38 PM
To: John White <jwhite@compassmarketinginc.com>

Just pinging again, since this is so time sensitive.  How are things going in Saudi Arabia?  Do they want to hire Ron Earley as a goat herder?

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
**www.taftlaw.com** / mgoldsmith@taftlaw.com

Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

# EXHIBIT 5

*Compass* **MARKETING**              John White <jwhite@compassmarketinginc.com>

## Re: Please review and execute or call me with any concerns
1 message

**Mike White** <mwhite@compassmarketinginc.com>        Mon, Apr 9, 2018 at 9:12 AM
To: John White <jwhite@compassmarketinginc.com>
Cc: Daniel White <dwhite@compassmarketinginc.com>

I assume this is related to the telephone call we had last night.    I don't remember being "present" for any meeting and I certainly  did not sign or agree to any waivers, motions, or resolutions.

Mike

**Michael R. White**
**Compass Marketing Inc**
**Annapolis Maryland 21403**
**410-268-0030 x 202**
**fax 443-440-5768**


On Sun, Apr 8, 2018 at 10:42 PM, John White <jwhite@compassmarketinginc.com> wrote:
> Thanks
> John
>
>
> --
> John White
> Chairman/CEO
> Compass Marketing Inc.
> www.compassmarketinginc.com
>

*Compass* **MARKETING**                                                    John White <jwhite@compassmarketinginc.com>

## Please review and execute or call me with any concerns
1 message

**John White** <jwhite@compassmarketinginc.com>                                       Sun, Apr 8, 2018 at 10:42 PM
To: Daniel White <dwhite@compassmarketinginc.com>, Mike White <mwhite@compassmarketinginc.com>

Thanks
John

--
John White
Chairman/CEO
Compass Marketing Inc.
www.compassmarketinginc.com

---

📄 **Shareholder's meetimng 4-8-2018.doc**
224K



**Compass Marketing Inc.**

**Minuets of a Special Meeting of Shareholders**

**Date: 4/08/2018**

The Following Shareholders were present representing all shareholders of the company:

John D. White

Daniel J.White

Michael R. White

The secretary presented and read a waiver of the time, place, and purpose of the meeting, signed by all the shareholders, which was ordered filed.

The meeting was called to order.

**Resolution of Shareholders**

It is hereby resolved this 8th day of April 2018 that there are a total number of 900 shares of authorized and outstanding stock of Compass Marketing Inc., with the ownership interests as follows,

John White owns 600 shares, representing 66.66% of the total shares of the company.

Daniel White owns 150 shares, representing 16.67% of the total shares of the company.

Michael White owns 150 shares, representing 16.67% of the total shares of the company.

No further business being brought before the meeting, upon motion duly made, seconded and unanimously adopted, the meeting was adjourned.

Dated: 4/08/2018     _____

John White, Secretary of the meeting

**Shareholders**



Dated:           _____

John White

Dated:           _____

Daniel White

Dated           _____

Michael White

# EXHIBIT 6

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

20**18**

For calendar year 2018, or tax year

beginning  /  / 2018  ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | -478,219. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | 25,418. | C | 5,181. |
| 12 | Other deductions | | |
| A | 50. | | |
| | | 17 | Other information |
| | | V | *STMT |
| | | W | *STMT |
| | | X | *STMT |

### Part I  Information About the Corporation

**A**  Corporation's employer identification number
54-1885090

**B**  Corporation's name, address, city, state, and ZIP code
Compass Marketing Inc

222 Severn Ave Suite 200
Annapolis MD 21403

**C**  IRS Center where corporation filed return
Kansas City, MO  64999-0013

### Part II  Information About the Shareholder

**D**  Shareholder's identifying number

**E**  Shareholder's name, address, city, state, and ZIP code
John D. White

222 Severn Ave Suite 200
Annapolis MD 21403

**F**  Shareholder's percentage of stock
ownership for tax year . . . . . . . .  50.00000 %

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120S) 2018
BAA    REV 01/26/19 TTBIZ

671117

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

20**18**

For calendar year 2018, or tax year

beginning ___ / ___ / 2018    ending ___ / ___ / ___

## Shareholder's Share of Income, Deductions, Credits, etc.
► **See back of form and separate instructions.**

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing Inc

222 Severn Ave Suite 200
Annapolis MD 21403

**C** IRS Center where corporation filed return
Kansas City, MO 64999-0013

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Daniel J. White

PO Box 1760
Leonardtown MD 20650

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . ___ 25.00000 %

For IRS Use Only

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 Credits |
| | -239,110. | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items |
| | | A          0. |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis |
| | 12,709. | C          2,590. |
| 12 | Other deductions | |
| A | 25. | |
| | | 17 Other information |
| | | V  *STMT |
| | | W  *STMT |
| | | X  *STMT |
| | | * See attached statement for additional information. |

671117

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**

**2018**

Department of the Treasury
Internal Revenue Service

For calendar year 2018, or tax year

beginning ___ / ___ / 2018   ending ___ / ___ /

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing Inc

222 Severn Ave Suite 200
Annapolis MD 21403

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Michael R. White

39650 Hiawatha Circle
Mechanicsville MD 20659

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . ____ 25.00000 %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) | 13 | Credits |
|---|---|---|---|
| | -239,110. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | 12,709. | C | 2,590. |
| 12 | Other deductions | | |
| A | 25. | | |
| | | 17 | Other information |
| | | V * | STMT |
| | | W * | STMT |
| | | X * | STMT |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.   www.irs.gov/Form1120S   **Schedule K-1 (Form 1120S) 2018**
BAA   REV 01/26/19 TTBIZ

671117

☐ Final K-1     ☐ Amended K-1     OMB No. 1545-0123

| **Schedule K-1** (Form 1120S) | **2017** |
|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2017, or tax year |

beginning    /    / 2017    ending    /    /

**Shareholder's Share of Income, Deductions, Credits, etc.**    ► See back of form and separate instructions.

| **Part I** Information About the Corporation |
|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.

222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| **Part II** Information About the Shareholder |
|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
John D White

222 Severn Ave, Suite 200
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . .    50.00000 %

For IRS Use Only

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) 382,550. | 13 | Credits |
|---|---|---|---|
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 40. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction 25,133. | 16 | Items affecting shareholder basis |
| | | C | 9,266. |
| 12 | Other deductions | | |
| A | 1,874. | | |
| | | 17 | Other information |
| | | A | 40. |

* See attached statement for additional information.

| For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S | Schedule K-1 (Form 1120S) 2017 |
|---|---|
| BAA    REV 12/13/17 PRO | |

671117

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-0123

## Schedule K-1 (Form 1120S)

Department of the Treasury
Internal Revenue Service

**2017**

For calendar year 2017, or tax year

beginning ___ / ___ / 2017  ending ___ / ___

## Shareholder's Share of Income, Deductions, Credits, etc.
► See back of form and separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.

222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
███████████

**E** Shareholder's name, address, city, state, and ZIP code
Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . .  25.00000 %

For IRS Use Only

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 191,275. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 21. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction 12,566. | 16 | Items affecting shareholder basis |
| 12 | Other deductions | C | 4,634. |
| A | 938. | | |
| | | 17 | Other information |
| | | A | 21. |

\* See attached statement for additional information.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**    20**17**

Department of the Treasury
Internal Revenue Service    For calendar year 2017, or tax year

beginning   /   / 2017   ending   /   /

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

### Part I   Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.

222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II   Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Michael R White

39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . 25.00000 %

*For IRS Use Only*

### Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 191,275. | **13** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | | |
| **4** Interest income | 21. | | |
| **5a** Ordinary dividends | | | |
| **5b** Qualified dividends | | **14** Foreign transactions | |
| **6** Royalties | | | |
| **7** Net short-term capital gain (loss) | | | |
| **8a** Net long-term capital gain (loss) | | | |
| **8b** Collectibles (28%) gain (loss) | | | |
| **8c** Unrecaptured section 1250 gain | | | |
| **9** Net section 1231 gain (loss) | | | |
| **10** Other income (loss) | | **15** Alternative minimum tax (AMT) items | |
| | | A | 0. |
| **11** Section 179 deduction | 12,566. | **16** Items affecting shareholder basis | |
| **12** Other deductions | | C | 4,634. |
| A | 938. | | |
| | | **17** Other information | |
| | | A | 21. |

\* See attached statement for additional information.

☐ Final K-1   ☐ Amended K-1          OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2016**

For calendar year 2016, or tax
year beginning _____, 2016
ending _____, 20 _____

**Shareholder's Share of Income, Deductions, Credits, etc.**
▶ See back of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

### Part II — Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
John D White
222 Severn Ave, Suite 200
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . _____ 50.00000 %

For IRS Use Only

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  −80,591. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  348. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items  A  0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C  35,675. |
| 12 | Other deductions  A  1,851. | | |
| | | 17 | Other information  A  348. |
| | | | * See attached statement for additional information. |

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
BAA

REV 02/09/17 PRO

Schedule K-1 (Form 1120S) 2016

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2016**

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

For calendar year 2016, or tax
year beginning _____ , 2016
ending _____ , 20 _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**    ▶ See back of form and separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | -40,296. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 175. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 17,838. |
| 12 | Other deductions | | |
| A | 926. | | |
| | | 17 | Other information |
| | | A | 175. |

**Part I    Information About the Corporation**

**A**  Corporation's employer identification number
54-1885090

**B**  Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C**  IRS Center where corporation filed return
Cincinnati, OH  45999-0013

**Part II    Information About the Shareholder**

**D**  Shareholder's identifying number

**E**  Shareholder's name, address, city, state, and ZIP code
Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F**  Shareholder's percentage of stock
ownership for tax year . . . . . . . . . 25.00000 %

For IRS Use Only

* See attached statement for additional information.

671113

□ Final K-1     □ Amended K-1     OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

20**16**

For calendar year 2016, or tax
year beginning _____ , 2016
ending _____ , 20 ____

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See back of form and separate instructions.

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) |
|---|---|
| | -40,296. |

| 2 | Net rental real estate income (loss) |
|---|---|

| 3 | Other net rental income (loss) |
|---|---|

| 4 | Interest income |
|---|---|
| | 175. |

| 5a | Ordinary dividends |
|---|---|

| 5b | Qualified dividends |
|---|---|

| 6 | Royalties |
|---|---|

| 7 | Net short-term capital gain (loss) |
|---|---|

| 8a | Net long-term capital gain (loss) |
|---|---|

| 8b | Collectibles (28%) gain (loss) |
|---|---|

| 8c | Unrecaptured section 1250 gain |
|---|---|

| 9 | Net section 1231 gain (loss) |
|---|---|

| 10 | Other income (loss) |
|---|---|

| 11 | Section 179 deduction |
|---|---|

| 12 | Other deductions |
|---|---|
| A | 926. |

| 13 | Credits |
|---|---|

| 14 | Foreign transactions |
|---|---|

| 15 | Alternative minimum tax (AMT) items |
|---|---|
| A | 0. |

| 16 | Items affecting shareholder basis |
|---|---|
| C | 17,838. |

| 17 | Other information |
|---|---|
| A | 175. |

## Part I  Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

## Part II  Information About the Shareholder

**D** Shareholder's identifying number
████████

**E** Shareholder's name, address, city, state, and ZIP code
Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . _____ 25.00000 %

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
BAA

REV 02/09/17 PRO

Schedule K-1 (Form 1120S) 2016

671113

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1
### (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax

year beginning _____, 2015

ending _____, _____

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| **Part II** | **Information About the Shareholder** |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

John D White
222 Severn Ave, Suite 200
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . 50.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 Credits |
| | 103,917. | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| | 146. | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items |
| | | A 0. |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis |
| | | C 32,448. |
| 12 | Other deductions | |
| A | 2,973. | D 231,511. |
| | | 17 Other information |
| | | A 146. |

*See attached statement for additional information.

671113

☐ Final K-1          ☐ Amended K-1          OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax

year beginning _____ , 2015

ending _____ , _____

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

| **Part II** | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . .  25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | |
|---|---|---|
| 1 | Ordinary business income (loss)  51,959. | 13 Credits |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income  73. | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items
A                   0. |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis
C            16,225. |
| 12 | Other deductions
A         1,486. | D          115,756. |
| | | 17 Other information
A                   73. |
| | *See attached statement for additional information. | |

BAA  **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**                     Schedule K-1 (Form 1120S) 2015

SPSA0412  08/04/15

| | | | | |
|---|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | | 671113 |

OMB No. 1545-0123

## Schedule K-1
### (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2015**

For calendar year 2015, or tax

year beginning _____ , 2015

ending _____ . ____

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return

Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

████████████

**E** Shareholder's name, address, city, state, and ZIP code

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 51,959. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 73. | | |
| 5 a | Ordinary dividends | | |
| 5 b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8 a | Net long-term capital gain (loss) | | |
| 8 b | Collectibles (28%) gain (loss) | | |
| 8 c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 16,225. |
| 12 | Other deductions | | |
| | A 1,486. | D | 115,756. |
| | | 17 | Other information |
| | | A | 73. |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   Schedule K-1 (Form 1120S) 2015

SPSA0412  08/04/15

671113

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____ , 2014
ending _____ .

☐ Final K-1     ☐ Amended K-1

OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc** ▸ See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
<span>▮▮▮▮▮▮▮▮</span>

**E** Shareholder's name, address, city, state, and ZIP code

John D White
222 Severn Ave, Suite 200
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . .  50.00000 %

<span style="writing-mode:vertical">F O R   I R S   U S E   O N L Y</span>

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 464,460. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 47. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 127,134. |
| 12 | Other deductions | D | 1,270,603. |
| A | 17,573. | | |
| | | 17 | Other information |
| | | A | 47. |

*See attached statement for additional information.

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2014**

☐ Final K-1    ☐ Amended K-1
OMB No. 1545-0123

For calendar year 2014, or tax

year beginning _____ , 2014

ending _____ .

**Shareholder's Share of Income, Deductions, Credits, etc** ▶ See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH   45999-0013

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . .   25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 232,230. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 24. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 63,568. |
| 12 | Other deductions | D | 635,302. |
| A | 8,787. | | |
| | | 17 | Other information |
| | | A | 24. |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2014

**Schedule K-1**
(Form 1120S)
Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax
year beginning _____ , 2014
ending _____ .

**Shareholder's Share of Income, Deductions, Credits, etc** ▶ See page 2 of form and separate instructions.

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
~~[redacted]~~

**E** Shareholder's name, address, city, state, and ZIP code

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . _25.00000_ %

**Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 232,230. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 24. | | |
| 5 a | Ordinary dividends | | |
| 5 b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8 a | Net long-term capital gain (loss) | | |
| 8 b | Collectibles (28%) gain (loss) | | |
| 8 c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 63,568. |
| 12 | Other deductions | | |
| A | 8,787. | D | 635,302. |
| | | 17 | Other information |
| | | A | 24. |

*See attached statement for additional information.

F O R   I R S   U S E   O N L Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2014

☐ Final K-1      ☐ Amended K-1

**Schedule K-1**
(Form 1120S)

**2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013, or tax

year beginning _____ , 2013

ending _____ . ____

**Shareholder's Share of Income, Deductions, Credits, etc** ► See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 1,333,696. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 102. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |

## Part I   Information About the Corporation

**A** Corporation's employer identification number

54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return

Cincinnati, OH  45999-0013

## Part II   Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

John D White
7040 Bembe Beach Rd
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . .  50.00000 %

| | | | |
|---|---|---|---|
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 47,606. |
| 12 | Other deductions | | |
| A | 15,587. | D | 374,171. |
| | | 17 | Other information |
| | | A | 102. |

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2013

SPSA0412  08/22/13

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
(Form 1120S)

Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax

year beginning _____ , 2013

ending _____ , _____

## Shareholder's Share of Income, Deductions, Credits, etc ▸ See page 2 of form and separate instructions.

| Part I | Information About the Corporation |

A  Corporation's employer identification number
   54-1885090

B  Corporation's name, address, city, state, and ZIP code
   Compass Marketing, Inc.
   222 Severn Ave, Bldg 14 Ste 200
   Annapolis, MD 21403

C  IRS Center where corporation filed return
   Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |

D  Shareholder's identifying number
   [redacted]

E  Shareholder's name, address, city, state, and ZIP code
   Daniel J White
   PO Box 1760
   Leonardtown, MD 20650

F  Shareholder's percentage of stock
   ownership for tax year. . . . . . . . . . . .  25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 666,848. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 51. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 23,804. |
| 12 | Other deductions A 7,794. | D | 187,085. |
| | | 17 | Other information |
| | | A | 51. |

*See attached statement for additional information.

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | 671113 |
| | | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2013**

For calendar year 2013, or tax
year beginning _____ , 2013
ending _____ , ____

## Shareholder's Share of Income, Deductions, Credits, etc ▸ See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year. . . . . . . . . . . . 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 666,848. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 51. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 23,804. |
| 12 | Other deductions | D | 187,085. |
| | A 7,794. | | |
| | | 17 | Other information |
| | | A | 51. |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**    Schedule **K-1** (Form 1120S) 2013

SPSA0412  08/22/13

671112

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0130

## Schedule K-1
(Form 1120S)

**2012**

Department of the Treasury
Internal Revenue Service

For calendar year 2012, or tax
year beginning _____ , 2012
                ending _____ .

### Shareholder's Share of Income, Deductions, Credits, etc ► See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 463,857. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 209. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |

### Part I    Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

### Part II    Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

John D White
7040 Bembe Beach Rd
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year ...................... 50.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| | | | |
|---|---|---|---|
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 51,894. |
| 12 | Other deductions | | |
| A | 37,999. | D | 439,507. |
| | | 17 | Other information |
| | | A | 209. |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**    IRS.gov/form1120s    Schedule **K-1** (Form 1120S) 2012

SPSA0412  12/27/12

671112

☐ Final K-1 ☐ Amended K-1

OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2012**

For calendar year 2012, or tax
year beginning _____ , 2012
ending _____ ,

**Shareholder's Share of Income, Deductions,
Credits, etc** ▸ See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| **Part II** | Information About the Shareholder |
| --- | --- |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year ..................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss) 231,928. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 104. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 25,948. |
| 12 | Other deductions | D | 219,754. |
| A | 19,000. | | |
| | | 17 | Other information |
| | | A | 104. |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**     IRS.gov/form1120s     Schedule **K-1** (Form 1120S) 2012

SPSA0412  12/27/12

671112

☐ Final K-1    ☐ Amended K-1

OMB No. 1545-0130

| **Schedule K-1**<br>(Form 1120S)<br>Department of the Treasury<br>Internal Revenue Service | **2012** |
|---|---|

For calendar year 2012, or tax
year beginning _____ , 2012
ending _____ .

## Shareholder's Share of Income, Deductions, Credits, etc ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number
~~[redacted]~~

**E** Shareholder's name, address, city, state, and ZIP code

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year ...................... 25.00000 %

**F O R   I R S   U S E   O N L Y**

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)<br>231,928. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income<br>104. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items<br>A            0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis<br>C            25,948. |
| 12 | Other deductions<br>A            19,000. | | D            219,754. |
| | | 17 | Other information<br>A            104. |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**    IRS.gov/form1120s          Schedule K-1 (Form 1120S) 2012

SPSA0412   12/27/12

671111

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

**2011**

For calendar year 2011, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2011
ending _____ .

### Shareholder's Share of Income, Deductions, Credits, etc ▸ See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
John D White
7040 Bembe Beach Rd
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year ..................... 50.00000 %

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 Ordinary business income (loss) | 13 | Credits |
| 538,223. | | |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Interest income | | |
| 380. | | |
| 5a Ordinary dividends | | |
| 5b Qualified dividends | 14 | Foreign transactions |
| 6 Royalties | | |
| 7 Net short-term capital gain (loss) | | |
| 8a Net long-term capital gain (loss) | | |
| 8b Collectibles (28%) gain (loss) | | |
| 8c Unrecaptured section 1250 gain | | |
| 9 Net section 1231 gain (loss) | | |
| 10 Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | A | 0. |
| 11 Section 179 deduction | 16 | Items affecting shareholder basis |
| | C | 64,852. |
| 12 Other deductions | | |
| A 19,305. | D | 386,930. |
| | 17 | Other information |
| | A | 380. |

*See attached statement for additional information.

F
O
R

I
R
S

U
S
E

O
N
L
Y

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2011

SPSA0412 08/02/11

671111

☐ Final K-1    ☐ Amended K-1                OMB No. 1545-0130

## Schedule K-1 (Form 1120S)

**2011**

For calendar year 2011, or tax
year beginning _____, 2011
ending _____,

Department of the Treasury
Internal Revenue Service

### Shareholder's Share of Income, Deductions, Credits, etc   ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH  45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year ..................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | **13** Credits | | |
| 269,112. | | | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | | |
| **4** Interest income | | | |
| 191. | | | |
| **5a** Ordinary dividends | | | |
| **5b** Qualified dividends | **14** Foreign transactions | | |
| **6** Royalties | | | |
| **7** Net short-term capital gain (loss) | | | |
| **8a** Net long-term capital gain (loss) | | | |
| **8b** Collectibles (28%) gain (loss) | | | |
| **8c** Unrecaptured section 1250 gain | | | |
| **9** Net section 1231 gain (loss) | | | |
| **10** Other income (loss) | **15** Alternative minimum tax (AMT) items | | |
| | A | 0. | |
| **11** Section 179 deduction | **16** Items affecting shareholder basis | | |
| | C | 32,427. | |
| **12** Other deductions | | | |
| A | 9,653. | D | 193,465. |
| | **17** Other information | | |
| | A | 191. | |

*See attached statement for additional information.

BAA  **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2011

SPSA0412  08/02/11

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

**2011**

For calendar year 2011, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2011
ending _____ .

## Shareholder's Share of Income, Deductions, Credits, etc ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return

Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

~~[redacted]~~

**E** Shareholder's name, address, city, state, and ZIP code

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year ...................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 269,112. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 191. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 32,427. |
| 12 | Other deductions | D | 193,465. |
| A | 9,653. | | |
| | | 17 | Other information |
| | | A | 191. |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule K-1 (Form 1120S) 2011

671110

**Schedule K-1**
**(Form 1120S)**

**2010**

Department of the Treasury
Internal Revenue Service

For calendar year 2010, or tax
year beginning _____ , 2010
ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc. ▸ See page 2 of form and separate instructions.

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Part I** Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

**Part II** Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
John D White
7040 Bembe Beach Rd
Annapolis, MD 21403

**F** Shareholder's percentage of stock
ownership for tax year .................... 50.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

**Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 450,678. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 516. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 49,384. |
| 12 | Other deductions | D | 392,242. |
| | A 15,033. | | |
| | | 17 | Other information |
| | | A | 516. |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2010

SPSA0412   07/19/10

671110

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0130 |

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2010**

For calendar year 2010, or tax

year beginning _____ , 2010

ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

54-1885090

**B** Corporation's name, address, city, state, and ZIP code

Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return

Cincinnati, OH 45999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

~~XXX-XX-XXXX~~

**E** Shareholder's name, address, city, state, and ZIP code

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

**F** Shareholder's percentage of stock
ownership for tax year .................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 225,339. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 258. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A           0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C       24,692. |
| 12 | Other deductions A           7,517. | D       196,121. |
| | | 17 | Other information A           258. |

*See attached statement for additional information.

BAA **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2010

SPSA0412   07/19/10

671110

**Schedule K-1**
**(Form 1120S)**

**2010**

For calendar year 2010, or tax

Department of the Treasury
Internal Revenue Service

year beginning _____ , 2010
ending _____ ,

# Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0130 |

## Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 225,339. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 258. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 0. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 24,692. |
| 12 | Other deductions | D | |
| A | 7,517. | D | 196,121. |
| | | 17 | Other information |
| | | A | 258. |

## Part I — Information About the Corporation

**A** Corporation's employer identification number
54-1885090

**B** Corporation's name, address, city, state, and ZIP code
Compass Marketing, Inc.
222 Severn Ave, Bldg 14 Ste 200
Annapolis, MD 21403

**C** IRS Center where corporation filed return
Cincinnati, OH 45999-0013

## Part II — Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Daniel J White
PO Box 1760
Leonardtown, MD 20650

**F** Shareholder's percentage of stock
ownership for tax year .................... 25.00000 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

BAA **For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2010

SPSA0412  07/19/10

# EXHIBIT 7

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2015** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____, 2015, ending _____, 20 ___ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| John D | White | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
222 Severn Ave Suite 200

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Annapolis MD 21403

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c **Dependents:**

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

**Boxes checked on 6a and 6b** → 1
**No. of children on 6c who:**
• lived with you
• did not live with you due to divorce or separation (see instructions)
**Dependents on 6c not entered above**

d Total number of exemptions claimed . . . . . . . . . . . . . .
**Add numbers on lines above ▶** 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | **7** 569,043. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . | **8a** 563. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | **8b** |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | **9a** |
| b | Qualified dividends . . . . . . . . | **9b** |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | **11** |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | **12** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | **14** |
| 15a | IRA distributions . . . **15a** | b Taxable amount . . . **15b** |
| 16a | Pensions and annuities **16a** | b Taxable amount . . . **16b** |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** 103,917. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . | **18** |
| 19 | Unemployment compensation . . . . . . . . . . . . | **19** |
| 20a | Social security benefits **20a** | b Taxable amount . . . **20b** |
| 21 | Other income. List type and amount _____ | **21** |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** 673,523. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . | **23** | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | **24** | |
| 25 | Health savings account deduction. Attach Form 8889 . | **25** 1,650. | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | **26** | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | **27** | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | **28** | |
| 29 | Self-employed health insurance deduction . . | **29** | |
| 30 | Penalty on early withdrawal of savings . . . . | **30** | |
| 31a | Alimony paid b Recipient's SSN ▶ _____ | **31a** | |
| 32 | IRA deduction . . . . . . . . . . | **32** | |
| 33 | Student loan interest deduction . . . . | **33** | |
| 34 | Tuition and fees. Attach Form 8917 . . . . | **34** | |
| 35 | Domestic production activities deduction. Attach Form 8903 | **35** | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . | | **36** 1,650. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . ▶ | | **37** 671,873. |

Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 671,873. |
| | 39a | Check { ☐ **You** were born before January 2, 1951, ☐ Blind. } Total boxes if: { ☐ **Spouse** was born before January 2, 1951, ☐ Blind. } checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,250 | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 73,569. |
| | 41 | Subtract line 40 from line 38 | 41 | 598,304. |
| | 42 | **Exemptions.** If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 0. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 598,304. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | 44 | 193,297. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 193,297. |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: **a** ☒ 3800 **b** ☐ 8801 **c** ☐ | 54 | 0. |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 193,297. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: **a** ☒ Form 8959 **b** ☒ Form 8960 **c** ☐ Instructions; enter code(s) | 62 | 3,502. |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 196,799. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 254,898. | |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| | 66a | **Earned income credit (EIC)** No | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | 4,769. | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 259,667. |
| **Refund** Direct deposit? ▶ See instructions ▶ | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 62,868. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶☐ | 76a | 62,868. |
| | b | Routing number X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want **applied to your 2016 estimated tax** ▶ | 77 | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |

| | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| Your signature | | Business Owner | (410) 268-0030 |
| Spouse's signature. If a joint return, **both** must sign. Date | | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

# Form 1040 — U.S. Individual Income Tax Return

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**2014** OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____ , 2014, ending _____ , 20 ___   See separate instructions.

Your first name and initial: **John D**   Last name: **White**

**Your social security number**

If a joint return, spouse's first name and initial   Last name

**Spouse's social security number**

Home address (number and street). If you have a P.O. box, see instructions.
**222 Severn Ave Suite 200**   Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**Annapolis MD 21403**

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You ☐ Spouse

Foreign country name   Foreign province/state/county   Foreign postal code

## Filing Status

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

## Exemptions

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . .

**Boxes checked on 6a and 6b** `1`

c **Dependents:**

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

**No. of children on 6c who:**
• lived with you
• did not live with you due to divorce or separation (see instructions)

**Dependents on 6c not entered above**

d Total number of exemptions claimed . . . . . . . . . . . . . . .

**Add numbers on lines above ▶** `1`

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 527,845. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 603. |
| b | Tax-exempt interest. Do **not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends . . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 461,463. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount _____ | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 989,911. |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | |
| 29 | Self-employed health insurance deduction . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 989,911. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. **BAA**   REV 05/19/15 TTW   Form **1040** (2014)

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 989,911. |
| | 39a | Check { □ **You** were born before January 2, 1950, □ Blind. } **Total boxes** if: { □ **Spouse** was born before January 2, 1950, □ Blind. } checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b□ | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,200 Married filing jointly or Qualifying widow(er), $12,400 Head of household, $9,100 | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | 40 | 37,217. |
| | 41 | Subtract line 40 from line 38 | 41 | 952,694. |
| | 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 0. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 952,694. |
| | 44 | **Tax** (see instructions). Check if any from: **a** □ Form(s) 8814 **b** □ Form 4972 **c** □ | 44 | 334,313. |
| | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 334,313. |
| | 48 | Foreign tax credit. Attach Form 1116 if required . 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 49 | | |
| | 50 | Education credits from Form 8863, line 19 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required . 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 53 | | |
| | 54 | Other credits from: **a** ☒ 3800 **b** □ 8801 **c** □ 54 378. | | |
| | 55 | Add lines 48 through 54. These are your **total credits** | 55 | 378. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 333,935. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: **a** □ 4137 **b** □ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions)  Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: **a** ☒ Form 8959 **b** ☒ Form 8960 **c** □ Instructions;  enter code(s) | 62 | 3,169. |
| | 63 | Add lines 56 through 62. This is your **total tax** ▶ | 63 | 337,104. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 . 64 184,559. | | |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return 65 | | |
| | 66a | **Earned income credit (EIC)** . No 66a | | |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 69 | | |
| | 70 | Amount paid with request for extension to file 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld 71 7,254. | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 72 | | |
| | 73 | Credits from Form: **a** □ 2439 **b** □ Reserved **c** □ Reserved **d** □ 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 74 | 191,813. |
| **Refund** Direct deposit? ▶ See instructions. ▶ | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here . ▶ □ | 76a | |
| | b | Routing number X X X X X X X X X ▶c Type: □ Checking □ Savings | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | 147,517. |
| | 79 | Estimated tax penalty (see instructions) 79 2,226. | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)?  □ **Yes.** Complete below.  ☒ **No** |
|---|---|
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ |

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| | Your signature   Date   Your occupation Business Owner   Daytime phone number (410) 268-0030 |
| | Spouse's signature. If a joint return, **both** must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | | Date | Check □ if self-employed | PTIN |
|---|---|---|---|---|---|---|
| | Firm's name  ▶ Self-Prepared | | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | | Phone no. | |

REV 05/19/15 TTW  Form **1040** (2014)

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) <br> **U.S. Individual Income Tax Return** | 2013 | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

**For the year Jan. 1–Dec. 31, 2013, or other tax year beginning , 2013, ending , 20** — See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| John D | White | |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| | | |

Home address (number and street). If you have a P.O. box, see instructions. — Apt. no.
222 Severn Ave Bldg 14 — 200

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Annapolis MD 21403

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . .

| c | **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name    Last name | | | | |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |
| | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed . . . . . . . . . . . . . .

Boxes checked on 6a and 6b — 1
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 356,112. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | 666. |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | 1. |
| b | Qualified dividends . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 206. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | 949. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . | 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 1,332,747. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount . . . | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 1,690,681. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | 150. |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . | 36 | 150. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 1,690,531. |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** BAA    REV 06/04/14 PRO    Form **1040** (2013)

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | **38** | 1,690,531. |
| | 39a | Check { ☐ **You** were born before January 2, 1949, ☐ Blind. } **Total boxes** if: { ☐ **Spouse** was born before January 2, 1949, ☐ Blind. } **checked ▶ 39a** | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | **40** | 9,652. |
| | 41 | Subtract line 40 from line 38 | | **41** | 1,680,879. |
| | 42 | **Exemptions.** If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | | **42** | 0. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | **43** | 1,680,879. |
| | 44 | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ | | **44** | 623,253. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | **45** | |
| Single or Married filing separately, $6,100 | 46 | Add lines 44 and 45 | ▶ | **46** | 623,253. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $12,200 | 49 | Education credits from Form 8863, line 19 | 49 | | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | |
| Head of household, $8,950 | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: **a** ☒ 3800 **b** ☐ 8801 **c** ☐ | 53 | 0. | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | **54** | 0. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | **55** | 623,253. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | **56** | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | **57** | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | **58** | 0. |
| | 59a | Household employment taxes from Schedule H | | **59a** | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | **59b** | |
| | 60 | Taxes from: **a** ☒ Form 8959 **b** ☒ Form 8960 **c** ☐ Instructions; enter code(s) _____ | | **60** | 1,588. |
| | 61 | Add lines 55 through 60. This is your **total tax** | ▶ | **61** | 624,841. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 144,165. | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | 3,875. | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ Reserved **c** ☐ 8885 **d** ☐ | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | **72** | 148,040. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | **73** | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ☐ ▶ | | **74a** | |
| Direct deposit? ▶ See instructions. | b | Routing number  X X X X X X X X X  ▶ c Type: ☐ Checking ☐ Savings | | | |
| | d | Account number  X X X X X X X X X X X X X X X X X | | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax ▶** | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | **76** | 478,091. |
| | 77 | Estimated tax penalty (see instructions) | 77 | 1,290. | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ No | | | | |
| | Designee's name ▶ Colin M Robertson Jr C.P.A. | Phone no. ▶ (410)263-6376 | Personal identification number (PIN) ▶ | | 36873 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation Executive | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name Colin M Robertson Jr C.P.A. | Preparer's signature | Date 10/23/2014 | Check ☒ if self-employed | PTIN P00368737 |
|---|---|---|---|---|
| Firm's name ▶ Colin M Robertson Jr CPA | | Firm's EIN ▶ | | |
| Firm's address▶ 612 Third St, Suite 3A Annapolis MD 21403 | | Phone no. | | |

REV 06/04/14 PRO    Form **1040** (2013)

Form **1040**

Department of the Treasury — Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2012** OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2012, or other tax year beginning , 2012, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| John D | White | |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apartment no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

222 Severn Ave Bldg 14 | 200

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Annapolis MD 21403

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund? Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a .....
b ☐ **Spouse** ......................................................

| c **Dependents:** | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| (1) First name     Last name | | | |

If more than four dependents, see instructions and check here ... ▶ ☐

Boxes checked on 6a and 6b .. **1**
No. of children on 6c who:
● lived with you .....
● did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above ... ▶ **1**

d Total number of exemptions claimed .................................. | | **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............................ | 7 | 253,812. |
|---|---|---|---|
| 8a | **Taxable** interest. Attach Schedule B if required ........................ | 8a | 209. |
| b | **Tax-exempt** interest. **Do not** include on line 8a ......... | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ........................ | 9a | 82. |
| b | Qualified dividends ..................... | 9b | 82. | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes ............. | 10 | |
| 11 | Alimony received .................................................. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ..................... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........... ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............................ | 14 | |
| 15a | IRA distributions ..... | 15a | | b Taxable amount ......... | 15b | |
| 16a | Pensions and annuities ..... | 16a | | b Taxable amount ......... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | 463,857. |
| 18 | Farm income or (loss). Attach Schedule F ............................. | 18 | |
| 19 | Unemployment compensation ......................................... | 19 | |
| 20a | Social security benefits ......... | 20a | | b Taxable amount ......... | 20b | |
| 21 | Other income Form 8889 Health Savings Accounts | 21 | 3,000. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ..... ▶ | 22 | 720,960. |

**Adjusted Gross Income**

| 23 | Educator expenses ............... | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ..... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ............... | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE ............. | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ..... | 28 | |
| 29 | Self-employed health insurance deduction ......... | 29 | |
| 30 | Penalty on early withdrawal of savings ................... | 30 | |
| 31a | Alimony paid **b** Recipient's SSN .... ▶ | 31a | |
| 32 | IRA deduction .............................. | 32 | |
| 33 | Student loan interest deduction ................ | 33 | |
| 34 | Tuition and fees. Attach Form 8917 ............. | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 .......... | 35 | |
| 36 | Add lines 23 through 35 ....................................... | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ........... ▶ | 37 | 720,960. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** FDIA0112 01/11/13 Form **1040** (2012)

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 720,960. |

<table>
<tr><td rowspan="2"><b>Standard Deduction for —</b><br>• People who check any box on line 39a or 39b <b>or</b> who can be claimed as a dependent, see instructions.<br>• All others:<br>Single or Married filing separately, $5,950<br>Married filing jointly or Qualifying widow(er), $11,900<br>Head of household, $8,700</td><td>39a</td><td colspan="2">Check □ You were born before January 2, 1948, □ Blind. <b>Total boxes</b><br>if: □ Spouse was born before January 2, 1948, □ Blind. <b>checked ▶ 39a</b></td><td></td><td></td></tr>
<tr><td>b</td><td colspan="2">If your spouse itemizes on a separate return or you were a dual-status alien, check here ....... ▶ 39b □</td><td></td><td></td></tr>
<tr><td></td><td>40</td><td colspan="2">Itemized deductions (from Schedule A) or your standard deduction (see left margin) .....................</td><td>40</td><td>98,304.</td></tr>
<tr><td></td><td>41</td><td colspan="2">Subtract line 40 from line 38 ..................................................</td><td>41</td><td>622,656.</td></tr>
<tr><td></td><td>42</td><td colspan="2"><b>Exemptions.</b> Multiply $3,800 by the number on line 6d .......................</td><td>42</td><td>3,800.</td></tr>
<tr><td></td><td>43</td><td colspan="2"><b>Taxable income.</b> Subtract line 42 from line 41.<br>If line 42 is more than line 41, enter -0- ..........................................</td><td>43</td><td>618,856.</td></tr>
<tr><td></td><td>44</td><td colspan="2"><b>Tax</b> (see instrs). Check if any from: a □ Form(s) 8814   c □ 962 election<br>b □ Form 4972 ..............................</td><td>44</td><td>193,344.</td></tr>
<tr><td></td><td>45</td><td colspan="2"><b>Alternative minimum tax</b> (see instructions). Attach Form 6251 ..............</td><td>45</td><td></td></tr>
<tr><td></td><td>46</td><td colspan="2">Add lines 44 and 45 ................................................... ▶</td><td>46</td><td>193,344.</td></tr>
<tr><td></td><td>47</td><td>Foreign tax credit. Attach Form 1116 if required ........</td><td>47</td><td></td><td></td></tr>
<tr><td></td><td>48</td><td>Credit for child and dependent care expenses. Attach Form 2441 .........</td><td>48</td><td></td><td></td></tr>
<tr><td></td><td>49</td><td>Education credits from Form 8863, line 19 .............</td><td>49</td><td></td><td></td></tr>
<tr><td></td><td>50</td><td>Retirement savings contributions credit. Attach Form 8880 ...</td><td>50</td><td></td><td></td></tr>
<tr><td></td><td>51</td><td>Child tax credit. Attach Schedule 8812, if required .........</td><td>51</td><td></td><td></td></tr>
<tr><td></td><td>52</td><td>Residential energy credits. Attach Form 5695 .........</td><td>52</td><td></td><td></td></tr>
<tr><td></td><td>53</td><td>Other crs from Form: a ☒ 3800  b □ 8801  c □ _____</td><td>53</td><td>0.</td><td></td></tr>
<tr><td></td><td>54</td><td colspan="2">Add lines 47 through 53. These are your <b>total credits</b> ...............................</td><td>54</td><td>0.</td></tr>
<tr><td></td><td>55</td><td colspan="2">Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- .................. ▶</td><td>55</td><td>193,344.</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE ........................................ | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a □ 4137  b □ 8919 ............... | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ............ | | 58 | 0. |
| | 59a | Household employment taxes from Schedule H ......................................... | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required ...................... | | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions _____ | | 60 | |
| | 61 | Add lines 55-60. This is your total tax ......................................... ▶ | | 61 | 193,344. |

<table>
<tr><td rowspan="11"><b>Payments</b><br><br>If you have a qualifying child, attach Schedule EIC.</td><td>62</td><td colspan="2">Federal income tax withheld from Forms W-2 and 1099 ......</td><td>62</td><td>108,957.</td><td></td></tr>
<tr><td>63</td><td colspan="2">2012 estimated tax payments and amount applied from 2011 return ......</td><td>63</td><td></td><td></td></tr>
<tr><td>64a</td><td colspan="2"><b>Earned income credit (EIC)</b> ..................</td><td>64a</td><td></td><td></td></tr>
<tr><td>b</td><td colspan="2">Nontaxable combat pay election ..... ▶ 64b</td><td></td><td></td><td></td></tr>
<tr><td>65</td><td colspan="2">Additional child tax credit. Attach Schedule 8812 .........</td><td>65</td><td></td><td></td></tr>
<tr><td>66</td><td colspan="2">American opportunity credit from Form 8863, line 8 .........</td><td>66</td><td></td><td></td></tr>
<tr><td>67</td><td colspan="2">Reserved ................................</td><td>67</td><td></td><td></td></tr>
<tr><td>68</td><td colspan="2">Amount paid with request for extension to file .........</td><td>68</td><td></td><td></td></tr>
<tr><td>69</td><td colspan="2">Excess social security and tier 1 RRTA tax withheld .........</td><td>69</td><td></td><td></td></tr>
<tr><td>70</td><td colspan="2">Credit for federal tax on fuels. Attach Form 4136 .........</td><td>70</td><td></td><td></td></tr>
<tr><td>71</td><td colspan="2">Credits from Form: a □ 2439  b □ Reserved  c □ 8801  d □ 8885 ...</td><td>71</td><td></td><td></td></tr>
<tr><td></td><td>72</td><td colspan="2">Add lns 62, 63, 64a, & 65-71. These are your total pmts ...................... ▶</td><td>72</td><td>108,957.</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| **Refund**<br><br>Direct deposit?<br>See instructions. | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** ............... | | 73 | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here .. ▶ □ | | 74a | |
| | b | Routing number ......... XXXXXXXXX   ▶ c Type: □ Checking  □ Savings | | | |
| | d | Account number ....... XXXXXXXXXXXXXXXXXX | | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ........ ▶ | 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay see instructions ............. ▶ | | 76 | 85,683. |
| | 77 | Estimated tax penalty (see instructions) .................... | 77 | 1,296. | |

| | | | | |
|---|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ......... ☒ **Yes.** Complete below. | | □ **No** | |
| | Designee's name ▶ Colin M Robertson Jr C.P.A. | Phone no. ▶ (410) 263-6376 | Personal identification number (PIN) ▶ 36873 | |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | Date 10/17/2013 | Your occupation Executive | Daytime phone number |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instrs) |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name Colin M Robertson Jr C.P.A. | Preparer's signature CMRobertson | Date 10/17/2013 | Check ☒ if self-employed   PTIN P00368737 |
| | Firm's name ▶ Colin M Robertson Jr CPA | | | |
| | Firm's address ▶ 612 Third St, Suite 3A | | Firm's EIN ▶ | |
| | Annapolis   MD  21403 | | Phone no. ▶ | |

Form **1040** (2012)

FDIA0112  01/11/13

Form **1040** Department of the Treasury — Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2011** OMB No. 1545-0074 IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2011, or other tax year beginning , 2011, ending , 20 **See separate instructions.**

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| John | D | White | |

| If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
|---|---|---|---|

| Home address (number and street). If you have a P.O. box, see instructions. | Apartment no. |
|---|---|
| 222 Severn Ave Bldg 14 | 200 |

▲ Make sure the SSN(s) above and on line 6c are correct.

| City, town or post office. If you have a foreign address, also complete spaces below (see instructions). | State | ZIP code |
|---|---|---|
| Annapolis | MD | 21403 |

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund? Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . .
b ☐ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Boxes checked on 6a and 6b . . **1**

No. of children on 6c who:

c **Dependents:**

| (1) First name     Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

• lived with you . . .
• did not live with you due to divorce or separation (see instrs) . .

Dependents on 6c not entered above . .

If more than four dependents, see instructions and check here . . ▶ ☐

Add numbers on lines above . . ▶ **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . | 7 | 315,812. |
|---|---|---|---|
| 8a | **Taxable interest.** Attach Schedule B if required . . . . . . . | 8a | 765. |
| b | **Tax-exempt** interest. **Do not** include on line 8a . . . . . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . | 9a | 2. |
| b | Qualified dividends . . . . . . . . . . . . . . . . . | 9b | 2. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . . | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ . . . . . . . . . | 13 | 215. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . . | 15a | b Taxable amount . . . | 15b | |
| 16a | Pensions and annuities . . . | 16a | b Taxable amount . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | 538,008. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . . | 20a | b Taxable amount . . . | 20b | |
| 21 | Other income . . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** . . . . . . . ▶ | 22 | 854,802. |

**Adjusted Gross Income**

| 23 | Educator expenses . . . . . . . . . . . . . . . | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . . | 25 | 50. |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . . . . . . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . . . . . . . . | 29 | 4,527. |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN . . . ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 . . . . . | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 36 | 4,577. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ▶ | 37 | 850,225. |

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** FDIA0112 11/07/11 Form **1040** (2011)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . | **38** | 850,225. |

| | | |
|---|---|---|
| 39a | Check if: ☐ **You** were born before January 2, 1947, ☐ **Blind.** **Total boxes** | |
| | ☐ **Spouse** was born before January 2, 1947, ☐ **Blind.** **checked ►** **39a** | |
| **b** | If your spouse itemizes on a separate return or you were a dual-status alien, check here . . . . ► **39b** | |

**Standard Deduction for —**

- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $5,800
Married filing jointly or Qualifying widow(er), $11,600
Head of household, $8,500

| | | | |
|---|---|---|---|
| 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see instructions) . . . . . . . . | **40** | 89,253. |
| 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | 760,972. |
| 42 | **Exemptions.** Multiply $3,700 by the number on line 6d. . . . . . . . . . . . . . | **42** | 3,700. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . . . . . . . . . . . . . . . . | **43** | 757,272. |
| 44 | **Tax** (see instrs). Check if any from: **a** ☐ Form(s) 8814 **c** ☐ 962 election **b** ☐ Form 4972 . . . . . . . . . . . . . . . . . | **44** | 242,316. |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . . . . . . . . . . | **45** | |
| 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | **46** | 242,316. |

| | | | | |
|---|---|---|---|---|
| 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . | **47** | | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 . . | **48** | | |
| 49 | Education credits from Form 8863, line 23 . . . . . . . . . . | **49** | | |
| 50 | Retirement savings contributions credit. Attach Form 8880 . . . | **50** | | |
| 51 | Child tax credit (see instructions). . . . . . . . . . . | **51** | | |
| 52 | Residential energy credits. Attach Form 5695 . . . . . . . | **52** | | |
| 53 | Other crs from Form: **a** ☒ 3800 **b** ☐ 8801 **c** ☐ | **53** | 0. | |
| 54 | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . . . . . . . . | **54** | | 0. |
| 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . ► | **55** | | 242,316. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . | **56** | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 . . . . . | **57** | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . . . . | **58** | 523. |
| | 59a | Household employment taxes from Schedule H . . . . . . . . . . . . . . . . . | **59a** | |
| | **b** | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . . . . . . | **59b** | |
| | 60 | Other taxes. Enter code(s) from instructions  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **60** | |
| | 61 | Add lines 55-60. This is your **total tax** . . . . . . . . . . . . . . . . . . . . ► | **61** | 242,839. |

| | | | | |
|---|---|---|---|---|
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . | **62** | 128,115. | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2011 estimated tax payments and amount applied from 2010 return . . . | **63** | | |
| | 64a | **Earned income credit (EIC).** . . . . . . . . . . . . | **64a** | | |
| | **b** | Nontaxable combat pay election . . ► **64b** | | | |
| | 65 | Additional child tax credit. Attach Form 8812 . . . . . . . . . . | **65** | | |
| | 66 | American opportunity credit from Form 8863, line 14 . . . . . . | **66** | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 . . . . . | **67** | | |
| | 68 | Amount paid with request for extension to file . . . . . . . | **68** | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . . . | **69** | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . | **70** | | |
| | 71 | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | **71** | | |
| | 72 | Add lns 62, 63, 64a, & 65-71. These are your **total pmts** . . . . . . . . . . . . . . ► | **72** | | 128,115. |

| | | | | |
|---|---|---|---|---|
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** . . . | **73** | |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . . ► ☐ | **74a** | |
| **Direct deposit?** **See instructions.** | ► **b** Routing number . . . . . XXXXXXXXX    ► **c** Type: ☐ Checking ☐ Savings | | |
| | ► **d** Account number . . . . . XXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want **applied to your 2012 estimated tax** . . . . ► | **75** | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay see instructions . . . . . . . . ► | **76** | 116,703. |
| | 77 | Estimated tax penalty (see instructions) . . . . . . . . . . . . | **77** | 1,979. | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . ☒ **Yes.** Complete below.      ☐ **No** |

| Designee's name ► Colin M Robertson Jr C.P.A. | Phone no. ► (410) 263-6376 | Personal identification number (PIN) ► 36873 |
|---|---|---|

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Your signature ► | Date | Your occupation Executive | Daytime phone number |
|---|---|---|---|---|
| | Spouse's signature. If a joint return, **both** must sign. ► | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst) |

| **Paid Preparer's Use Only** | Print/Type preparer's name Colin M Robertson Jr C.P.A. | Preparer's signature | Date 10/15/2012 | Check ☒ if self-employed | PTIN P00368737 |
|---|---|---|---|---|---|
| | Firm's name ► Colin M Robertson Jr CPA | | | | |
| | Firm's address ► 612 Third St, Suite 3A | | Firm's EIN ► | | |
| | Annapolis              MD   21403 | | Phone no. | | |

Form **1040**
Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2010** (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

| Name, Address, and SSN | For the year Jan 1 - Dec 31, 2010, or other tax year beginning , 2010, ending , 20 | | Your social security number |
|---|---|---|---|
| | Your first name: John   MI: D   Last name: White | | |
| | If a joint return, spouse's first name   MI   Last name | | Spouse's social security number |

See separate instructions.

Home address (number and street). If you have a P.O. box, see instructions.
222 Severn Ave Bldg 14 — Apartment no. 200

City, town or post office. If you have a foreign address, see instructions.
Annapolis — State MD — ZIP code 21403

Make sure the SSN(s) above and on line 6c are correct.

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? .......... ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a ...........
b ☐ **Spouse** ...........

Boxes checked on 6a and 6b .. 1

| c Dependents: | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax cr (see instrs) |
|---|---|---|---|
| (1) First name   Last name | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ... ▶ ☐

No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .
Add numbers on lines above .. 1

**d** Total number of exemptions claimed ............................................................... 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............................... | 7 | 467,041. |
| 8a | Taxable interest. Attach Schedule B if required ............................... | 8a | 516. |
| b | Tax-exempt interest. **Do not** include on line 8a ......... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............................ | 9a | 3. |
| b | Qualified dividends ............................ 9b 3. | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes ................ | 10 | |
| 11 | Alimony received ............................................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ .......................... | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........ ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 .................................... | 14 | |
| 15a | IRA distributions ............ 15a | b Taxable amount ......... | 15b | |
| 16a | Pensions and annuities ...... 16a | b Taxable amount ......... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | 450,678. |
| 18 | Farm income or (loss). Attach Schedule F .................................... | 18 | |
| 19 | Unemployment compensation .................................................. | 19 | |
| 20a | Social security benefits ......... 20a | b Taxable amount ......... | 20b | |
| 21 | Other income HSA FROM FORM 8889 | 21 | 2,998. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ...... ▶ | 22 | 921,236. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses ......................................... 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ....... 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 ...... 25 | | |
| 26 | Moving expenses. Attach Form 3903 ..................... 26 | | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... 27 | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ............ 28 | | |
| 29 | Self-employed health insurance deduction ................. 29 4,305. | | |
| 30 | Penalty on early withdrawal of savings .................... 30 | | |
| 31a | Alimony paid b Recipient's SSN .... ▶ 31a | | |
| 32 | IRA deduction .......................................... 32 | | |
| 33 | Student loan interest deduction ......................... 33 | | |
| 34 | Tuition and fees. Attach Form 8917 ...................... 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 ...... 35 | | |
| 36 | Add lines 23 - 31a and 32 - 35 ........................................... | 36 | 4,305. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ............... ▶ | 37 | 916,931. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.** FDIA0112 12/22/10 Form **1040** (2010)

| | | | |
|---|---|---|---|
| **Tax and Credits** | **38** Amount from line 37 (adjusted gross income) | **38** | 916,931. |

**39a** Check if: ☐ **You** were born before January 2, 1946, ☐ Blind. **Total boxes**
☐ **Spouse** was born before January 2, 1946, ☐ Blind. **checked** ▶ **39a** ☐

    **b** If your spouse itemizes on a separate return, or you were a dual-status alien, check here ....... ▶ **39b** ☐

| | | |
|---|---|---|
| **40** Itemized deductions (from Schedule A) or your standard deduction (see instructions) | **40** | 107,823. |
| **41** Subtract line 40 from line 38 | **41** | 809,108. |
| **42** **Exemptions.** Multiply $3,650 by the number on line 6d | **42** | 3,650. |
| **43** **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | **43** | 805,458. |
| **44** **Tax** (see instrs). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | **44** | 259,553. |
| **45** **Alternative minimum tax** (see instructions). Attach Form 6251 | **45** | |
| **46** Add lines 44 and 45 ▶ | **46** | 259,553. |

**47** Foreign tax credit. Attach Form 1116 if required ............ **47**
**48** Credit for child and dependent care expenses. Attach Form 2441 ......... **48**
**49** Education credits from Form 8863, line 23 ............ **49**
**50** Retirement savings contributions credit. Attach Form 8880 ...... **50**
**51** Child tax credit (see instructions) ...................... **51**
**52** Residential energy credits. Attach Form 5695 ............... **52**
**53** Other crs from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ **53**

| | | |
|---|---|---|
| **54** Add lines 47 through 53. These are your **total credits** | **54** | |
| **55** Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | **55** | 259,553. |

| | | | |
|---|---|---|---|
| **Other Taxes** | **56** Self-employment tax. Attach Schedule SE | **56** | |
| | **57** Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | **57** | |
| | **58** Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | **58** | 355. |
| | **59a** ☐ Form(s) W-2, box 9 **b** ☐ Schedule H **c** ☐ Form 5405, line 16 .... | **59** | |
| | **60** Add lns 55-59. This is your **total tax** ▶ | **60** | 259,908. |

| | | | |
|---|---|---|---|
| **Payments** | **61** Federal income tax withheld from Forms W-2 and 1099 ...... **61** | 165,897. | |
| | **62** 2010 estimated tax payments and amount applied from 2009 return ........ **62** | | |
| If you have a qualifying child, attach Schedule EIC. | **63** Making work pay credit. Attach Schedule M ................. **63** | 0. | |
| | **64a** **Earned income credit (EIC)** .......... **64a** | | |
| |    **b** Nontaxable combat pay election ..... ▶ **64b** | | |
| | **65** Additional child tax credit. Attach Form 8812 ........... **65** | | |
| | **66** American opportunity credit from Form 8863, line 14 ......... **66** | | |
| | **67** First-time homebuyer credit from Form 5405, line 10 ........ **67** | | |
| | **68** Amount paid with request for extension to file ............... **68** | | |
| | **69** Excess social security and tier 1 RRTA tax withheld ......... **69** | | |
| | **70** Credit for federal tax on fuels. Attach Form 4136 .......... **70** | | |
| | **71** Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 . **71** | | |

| | | |
|---|---|---|
| **72** Add lns 61-63, 64a, & 65-71. These are your **total pmts** ▶ | **72** | 165,897. |

| | | | |
|---|---|---|---|
| **Refund** | **73** If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid .............. | **73** | |
| | **74a** Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here .. ▶ ☐ | **74a** | |
| Direct deposit? See instructions. | ▶ **b** Routing number ........ XXXXXXXXX    ▶ **c** Type: ☐ Checking ☐ Savings | | |
| | ▶ **d** Account number ....... XXXXXXXXXXXXXXXXX | | |
| | **75** Amount of line 73 you want applied to your 2011 estimated tax ........ ▶ **75** | | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | **76** Amount you owe. Subtract line 72 from line 60. For details on how to pay see instructions ................. ▶ | **76** | 95,511. |
| | **77** Estimated tax penalty (see instructions) .......... **77** | 1,500. | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? .......... ☒ **Yes.** Complete below. ☐ **No**

Designee's name ▶ Colin M Robertson Jr C.P.A.    Phone no. ▶ (410) 263-6376    Personal identification number (PIN) ▶ 36873

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date 9/14/2011 | Your occupation Executive | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| Colin M Robertson Jr C.P.A. | | 08/31/2011 | | P00368737 |

Firm's name ▶ Colin M Robertson Jr CPA
Firm's address ▶ 612 Third St, Suite 3A
Annapolis      MD   21403     Firm's EIN ▶
                                            Phone no.

# EXHIBIT 8

LAW OFFICES

KAGAN STERN MARINELLO & BEARD, LLC

238 WEST STREET
ANNAPOLIS MARYLAND 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

STEPHEN B. STERN
(410) 793-1610

STERN@KAGANSTERN.COM
WWW.KAGANSTERN.COM

June 11, 2019

**VIA EMAIL**

John White, CEO
Smart Retail, Inc.
222 Severn Avenue
Suite 200
Annapolis, Maryland 21403

     **Re:**   **Conflict of Interest Disclosure**

John:

     As you know, you recently advised me that you are planning to form a new corporation called Smart Retail, Inc. ("Smart Retail"). Smart Retail will utilize radio frequency identification ("RFID") technology that will create new marketing opportunities for businesses, primarily by attaching to products (mostly in retail establishments) a label that contains a chip. You asked me and my firm to serve as outside counsel for Smart Retail to help the company address a number of legal issues. You later offered me the opportunity to become a minority shareholder in Smart Retail, with my initial ownership stake being at 1%. The opportunity to serve as outside counsel to Smart Retail and also become a shareholder is very exciting to me and I very much appreciate the opportunity to serve in both capacities. The dual role I am expected to have for Smart Retail, however, raises potential conflicts of interest under the Maryland Rules and, prior to proceeding any further, I believe it is necessary to disclose those potential conflicts to you in writing so that you fully understand them. If you feel comfortable proceeding with my dual role after disclosing these potential conflicts of interest, please indicate your consent by signing where indicated below in this letter.[1]

---

[1] We already discussed these issues by phone and you gave your verbal consent, but, pursuant to the Maryland Rules, it is necessary to address any actual or potential conflicts of interest in writing to avoid any misunderstandings and have your written consent in writing as well.

Maryland Rule 19-301.8(a) states that an "attorney shall not enter into a business transaction with a client unless: (1) the transaction and terms on which the attorney acquires the interest are fair and reasonable to the client and are fully disclosed and transmitted in writing in a manner that can be reasonably understood by the client; (2) the client is advised in writing of the desirability of seeking and is given a reasonable opportunity to seek independent legal advice on the transaction; and (3) the client gives informed consent, in a writing signed by the client, to the essential terms of the transaction and the attorney's role in the transaction, including whether the attorney is representing the client in the transaction." I address each of these requirements below.

## Conflicts of Interest

After I sent you an engagement letter for me and my firm to serve as outside counsel on general business matters for Smart Retail,[2] you offered me the opportunity to become a shareholder in Smart Retail, with the initial opportunity to own 1% of the company.[3] The amount of the initial investment has yet to be determined.[4]

Initially, you asked me and my firm to help you form the company and draft the initial shareholder agreements. With me becoming one of the early investors in Smart Retail, that poses a potential (but waivable) conflict of interest, even though I am not going to be the attorney who actually performs the work of forming the corporation and

---

[2] The original engagement letter dated May 1, 2019 was for SRL, Inc., but you later decided to change the name to Smart Retail, Inc., which led me to send this revised conflict disclosure letter and a new engagement letter for Smart Retail.

[3] You have made a similar offer to own 1% of Smart Retail to some other individuals (approximately seven) who are employees of other companies you own and/or manage and/or advisors to you in some capacity.

[4] I asked you what amount you are seeking for 1% of the company, and you advised me that there is no particular number at this point because the initial distribution of stock to the individuals who will own 1% of the company is not intended to raise capital; it is intended to give a few individuals who have helped you get to this point with this business opportunity to become early stakeholders in this new venture that will be known as Smart Retail.

drafting the initial documents, including the initial shareholder agreements.[5] The reason for the potential conflict is that either I or my colleagues could potentially take advantage of the position of trust we hold and draft one or more documents or otherwise give advice that is more favorable to me and potentially less favorable to you. I do not foresee a circumstance where I or my colleagues would engage in such conduct, but that risk does exist and must be disclosed to you.

You have since advised me that you may seek representation from Mitchell Goldsmith, of Taft Stettinius & Hollister, LLP, in connection with the formation of Smart Retail and drafting the initial documents, including the initial shareholder agreements, because you have worked with him for many years and you value his experience in drafting these sorts of documents and other corporate matters. If you were to use Mitchell Goldsmith and his firm instead of mine, that would eliminate any potential conflict of interest for me and my firm, at least with the initial formation of Smart Retail and the drafting of the initial shareholder agreements.[6]

Although referring these initial tasks to Mitchell Goldsmith and his firm instead of my firm would eliminate any potential conflict of interest for me and my firm with respect to those initial tasks, I do not believe that fully eliminates all potential conflicts of interest for me and my firm. In this regard, if Smart Retail goes through additional rounds of capital raising/seeking new investors, there is the potential for my interest in the company to be diluted, which could have a negative impact on the value of my interest in the company. The potential adverse effect on my interest in Smart Retail could potentially influence the advice I (or my colleagues) give you and the company. While I do not foresee a circumstance where my advice (or the advice of my colleagues) would be influenced by my interest in Smart Retail, it is possible and I would be remiss in failing to disclose that risk to you.

---

[5] I would refer that work to my partner, Ryan Beard. I am expected to assist on business contracts, employment issues, litigation (if litigation ever became necessary), and other risk management issues going forward.

[6] Regardless of which firm helps you form Smart Retail and drafts the initial documents (you also noted that you may use a combination of Mitchell's firm and my firm for these initial documents), including the initial shareholder agreements, the terms of the initial investment and shareholder agreement are expected to be in writing, which will further satisfy the requirements of Maryland Rule 19-301.8(a)(1).

Another area where a potential conflict of interest may arise concerns my billing practices. In this regard, because I am going to be a shareholder in Smart Retail, you may ask for or expect potential discounts on my firm's invoices or, alternatively, I may be incentivized to offer discounts on invoices to advance my financial interest in Smart Retail. While I and my colleagues may occasionally offer courtesy discounts to clients for certain tasks performed or write off or otherwise discount fees that are not reasonable under the circumstances, I am not permitted to offer any discounts to Smart Retail beyond what I might otherwise offer in the ordinary course of business. Any discount beyond what might be offered in the ordinary course of business is prohibited because discounting invoices to Smart Retail in that manner would potentially benefit me (indirectly) as a shareholder of Smart Retail to the detriment of my law firm partners, which would violate duties I owe to my law firm partners. Thus, during the course of my firm's representation of Smart Retail, I cannot discount my firm's invoices in any way based on my role as a shareholder of Smart Retail.

As you know, as CEO of Compass Marketing, Inc. ("Compass"), and Tagnetics, Inc. ("Tagnetics"), you have retained me and my firm to represent Compass and Tagnetics in various capacities, including on advisory matters and litigation related matters. While I do not have any ownership interest in either Compass or Tagnetics, and I have not been offered the opportunity to become an investor in either company, my ownership interest in Smart Retail could potentially have an adverse effect on my representation of Compass and Tagnetics. In this regard, I could potentially give tasks performed for Compass or Tagnetics a lower priority than tasks that need to be performed for Compass or Tagnetics. I do not foresee a circumstance where I or my colleagues would act in such a manner. Nevertheless, I believe I am obligated to make this disclosure to you. In addition, for the reasons discussed above, I am not permitted to offer any discounts in legal fees to Compass or Tagnetics outside of what might be offered in the ordinary course of business as an indirect benefit to you for allowing me the opportunity to become an investor in Smart Retail.

Besides the potential conflicts of interest described above, other potential conflicts of interest may arise related to liquidity events concerning the shares I and other shareholders own in Smart Retail. In addition, potential conflicts of interest may arise in connection with the legal work you and I anticipate I will perform on behalf of Smart Retail. The precise contours of these potential conflicts are unclear at this time, as we do

not know exactly what circumstances will arise and exactly what legal issues I will be working on at a given time in the future. Nevertheless, I wanted to note these possibilities to you in the interest of full disclosure. As we discussed, if there comes a time where I am able to identify an actual or potential conflict of interest in connection with a particular task/project I am asked or my firm is asked to perform on behalf of Smart Retail (or even Compass or Tagnetics), I will disclose it to you as promptly as I can and address it with you (and identify whether it is waivable or not).

## Seek Other/Independent Counsel

As you know, the potential conflicts of interest identified in this letter raise important issues for you to consider so that you can be sure you are comfortable that your interests (actually, the interests of Smart Retail and your other companies) are adequately represented and not unfairly influenced by my anticipated financial interest in Smart Retail. To this end, I must advise you that it may be in your interest to seek counsel other than me to discuss the issues I have raised in this letter and help you evaluate the potential conflicts of interest related to my anticipated ownership interest in Smart Retail. While I can recommend attorneys to you, I know you know several attorneys with whom you can consult (including, but not limited to, Mitchell Goldsmith). Nevertheless, if you would like me to refer you to one or more other attorneys, please let me know.

## Informed Consent

If you conclude after reviewing this letter and/or seeking counsel from another attorney with respect to the issues I have raised in this letter that I and my firm will fairly and zealously represent Smart Retail (and Compass and Tagnetics), even when I am a shareholder of Smart Retail, please sign where indicated below. By signing below, you represent the following: (1) you believe you have been adequately informed of the actual and potential conflicts of interest that exist with me being an investor in Smart Retail and me and my firm serving as outside counsel to Smart Retail (and Compass and Tagnetics); (2) you believe my firm and I will fairly and zealously represent Smart Retail (and Compass and Tagnetics), even when I am a shareholder of Smart Retail; (3) you consent to me and my firm serving as outside counsel to Smart Retail (and Compass and Tagnetics); and (4) you consent to me being a shareholder in Smart Retail.[7]

---

[7] To ensure complete transparency in every respect, this letter has been reviewed by the Managing Member of my law firm, Jonathan Kagan.

If you have any questions, believe any the issues raised in this letter are not clear, or would like to discuss any of these issues further, please let me know. Of course, if you do not consent to all four of the foregoing items, please let me know and either I will not become a shareholder of Smart Retail or, if there is a concern that you believe can be remedied, we should discuss that potential remedy.

Very truly yours,

KAGAN STERN MARINELLO & BEARD, LLC

Stephen B. Stern

AGREED AND ACCEPTED:

By: _____       Dated: _____
    John White, individually and as
        CEO, Smart Retail, Inc.
        CEO, Compass Marketing, Inc.
        CEO, Tagnetics, Inc.