# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA, | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC., | * |
| Defendant. | * |

******************************************************************

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that David Boshea's Responses to Defendant Compass Marketing, Inc's First Set of Interrogatories to Plaintiff David J. Boshea contain my responses to those interrogatories and that my statements are true and correct.

/s/ David J. Boshea
David J. Boshea