# EXHIBIT 7

# Heather Yeung

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Thursday, August 19, 2021 3:39 PM |
| **To:** | Heather Yeung; Stephen Stern |
| **Cc:** | Thomas J. Gagliardo |
| **Subject:** | Discovery responses |
| **Attachments:** | Response to First Set of Requests for Documents to Boshea.pdf; Response to First Set of Interrogatories to Boshea.pdf; Monserez Voicemail Transcript.pdf; Stern Testimony in Tagnetics Bankruptcy Case.pdf; TAGFINAL - White SEC Letter.pdf; 2016 Marty & Jack.mp3 |

I have attached David Boshea's responses and the documents received from Daniel and Michael White. David is gathering his communications, which I will send on receipt. In response to your client's document requests, David refers to documents previously provided. I delivered those documents with David's settlement demand. If you wish for me to send them again, I can do so.

Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Heather Yeung <yeung@kaganstern.com>
**Sent:** Wednesday, August 18, 2021 12:23 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>
**Subject:** FW: Discovery responses

Stephen,

See below. Looks like Greg didn't copy you on his response to me yesterday.



**Heather K. Yeung, Esq.**
yeung@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 216-7900 x1017
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Tuesday, August 17, 2021 4:54 PM
**To:** Heather Yeung <yeung@kaganstern.com>
**Subject:** Discovery responses

I will send the responses tomorrow.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information.  If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC


**From:** Heather Yeung <yeung@kaganstern.com>
**Sent:** Monday, August 16, 2021 1:33 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Stephen Stern <Stern@kaganstern.com>
**Subject:** Discovery responses

Greg,

What is the status of Mr. Boshea's responses to our discovery requests?  By my calculation, the responses were due on Thursday 7/12.

Thanks,



**Heather K. Yeung, Esq.**
yeung@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 216-7900 x1017
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com