# EXHIBIT 8

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov

August 27, 2021

To: All Counsel of Record

    Re:  Boshea v. Compass Marketing, Inc.
         Civil Action No. ELH-21-309

Dear Counsel:

Thank you for your hard work today attempting to resolve this matter. I am setting in the following deadlines:

1. Defendant shall file their letter regarding deficiencies in Mr. Boshea's response to the request for production of documents by **September 3, 2021.**

2. Plaintiff shall respond to the deficiencies and provide additional documents, if any, including texts and emails by **September 15, 2021.**

3. Defendant will respond to Plaintiff's last demand by **October 6, 2021,** with a copy to the Court and both parties will provided the Court with an update on negotiations and any pertinent new information

4. The mediation will reconvene by ZOOM on **October 12, 2021** at **2:00 p.m.**

I look forward to working with you at the next conference to resolve the matter.

                               Sincerely yours,


                               /s/

                               Susan K. Gauvey
                               United States Magistrate Judge