# EXHIBIT 10

# Heather Yeung

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Saturday, September 18, 2021 7:17 AM |
| **To:** | Gregory Jordan; Heather Yeung |
| **Subject:** | Re: Discovery |

Greg:

I did not respond to your email because I was out for the Yom Kippur holiday (which started Wednesday evening and ended Thursday evening) and, when I saw your email yesterday, I did not believe I needed to respond because you planned on serving the responsive documents the same day (Friday).

It is now Saturday and we still have not received any documents. I am not sure why there has been such a delay. When we discussed the schedule for the deficiency letter and response, you believed 10 days was more than enough time to produce responsive documents (as it should because the documents were due over a month ago - meaning your client has had more than two months to compile the responsive documents).

Our client has instructed us to proceed with a motion to compel if we do not have the documents in hand this weekend. I hope that can be avoided and we receive all the responsive documents this weekend.

Stephen

Get Outlook for iOS

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Wednesday, September 15, 2021 5:13:45 PM
**To:** Stephen Stern <Stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>
**Subject:** Discovery

Stephen and Heather,

Can I have through Friday to complete the revised discovery responses?

Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC