# EXHIBIT 14

| From: | Gregory Jordan |
| --- | --- |
| To: | Stephen Stern; chris@thompsonreporters.com |
| Cc: | Heather Yeung; Thomas J. Gagliardo |
| Subject: | Thompson Court Reporters - Scheduling Summary for 10/16/2021 (TCR#16177) |
| Date: | Tuesday, September 28, 2021 5:34:10 PM |
| Attachments: | image001.png |

Stephen,

The probability of my client losing is so low that I do not know why you waste my time.

Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information.  If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Tuesday, September 28, 2021 4:32 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>; chris@thompsonreporters.com
**Cc:** Heather Yeung <yeung@kaganstern.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: Thompson Court Reporters - Scheduling Summary for 10/16/2021 (TCR#16177)

Greg:

Please note that we have not confirmed these depositions yet.  I do not know either witness's availability.  I asked you to give us potential dates, but, instead, you chose to unilaterally set those dates without conferring with us about our witnesses.  I will check on their availability, but note that these dates may need to change.

It is curious that you are unilaterally setting dates for depositions of our witnesses without producing documents that are now more than a month and a half overdue and now two weeks past the deadline the court instructed you to produce them.  I realize you are trying to

salvage a case that is falling apart, but that is not going to change the outcome.  The evidence supporting Compass Marketing's defense continues to mount.  I am looking forward to deposing your client, Daniel White, and Michael White.  Perhaps you are refusing to turn over the documents that are long overdue to delay those depositions, but you cannot delay that production indefinitely.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Tuesday, September 28, 2021 5:20 PM
**To:** chris@thompsonreporters.com
**Cc:** Stephen Stern <Stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** Thompson Court Reporters - Scheduling Summary for 10/16/2021 (TCR#16177)

Chris,

Can you please reserve court reporters for the two Zoom depositions in the attached notice?

Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information.  If an error

has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Chris Oltman <chris@thompsonreporters.com>
**Sent:** Wednesday, September 22, 2021 1:38 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Subject:** Thompson Court Reporters - Scheduling Summary for 10/16/2021 (TCR#16177)

Greetings-

Your scheduling confirmation is attached.

The Zoom login information is included in the attachment; KINDLY FORWARD TO ALL REMOTE PARTICIPANTS.

**If the transcript is ordered, the court reporter will need a copy of the exhibits. Please forward the files to: jim@thompsonreporters.com

Many thanks,

Chris Oltman
National Scheduling Manager

Thompson Court Reporters, Inc.
www.thompsonreporters.com
312-421-3377