# EXHIBIT 15

 Reply all | ⌄    Delete    Junk | ⌄   •••   

# Payment failure: G Suite Business for compassmarketinginc.com

 The Google Workspace Team  <workspace-noreply@google.com>   ↩ Reply all | ⌄
Yesterday, 8:29 PM
George White ⌄

Inbox

To help protect your privacy, some content in this message has been blocked. To re-enable the blocked features, click here.

To always show content from this sender, click here.

Google Workspace

## Don't lose access to G Suite Business

The last payment for your G Suite Business subscription for compassmarketinginc.com failed. This indicates that there's something wrong with your payment method.

To prevent the suspension of all services for all users on October 5, 2021:

- Contact your bank or credit card company to resolve the issue with your payment method.
- Sign in to your Google Admin console and click **Billing** to retry or update your payment method and pay your outstanding balance. If you can't resolve the issue, you'll need to add a new payment method instead.

See complete instructions for fixing payment and billing issues or contact our support team for additional help.

Sign in

Sincerely,
The Google Workspace Team



© 2021 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

You're receiving this mandatory email service announcement to update you about important changes to your Google Workspace product or account.

↶ Reply all | ⌄    🗑 Delete   Junk | ⌄   •••                                                         ✕

# Payment failure: G Suite Business for compassmarketinginc.com

   The Google Workspace Team  <workspace-noreply@google.com>    ↶ Reply all | ⌄
Yesterday, 8:29 PM
Michael White ⌄

Inbox

To help protect your privacy, some content in this message has been blocked. To re-enable the blocked features, click here.

To always show content from this sender, click here.

Google Workspace

## Don't lose access to G Suite Business

The last payment for your G Suite Business subscription for compassmarketinginc.com failed. This indicates that there's something wrong with your payment method.

To prevent the suspension of all services for all users on October 5, 2021:

- Contact your bank or credit card company to resolve the issue with your payment method.
- Sign in to your Google Admin console and click **Billing** to retry or update your payment method and pay your outstanding balance. If you can't resolve the issue, you'll need to add a new payment method instead.

See complete instructions for fixing payment and billing issues or contact our support team for additional help.

Sign in

Sincerely,
**The Google Workspace Team**

↶ Reply all | ⌄   🗑 Delete   Junk | ⌄   •••

© 2021 Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043

*You're receiving this mandatory email service announcement to update you about important changes to your Google Workspace product or account.*