# EXHIBIT 16

 Reply all | ˅    Delete   Junk | ˅   •••   ✕

# G Suite: Your invoice is available for compassmarketinginc.com

 **Google Payments** <payments-noreply@google.com>    Reply all | ˅
Wed 9/2/2020, 8:05 AM
Michael White ˅

Inbox

To help protect your privacy, some content in this message has been blocked. To re-enable the blocked features, click here.

To always show content from this sender, click here.

**3784033286.pdf**
26 KB   ˅

Download

 | Unsubscribe                                                                                   

 G Suite

Your G Suite monthly invoice is available. Please find the PDF document attached at the bottom of this email.

IMPORTANT: The balance will be automatically charged so you don't need to take any action.

    Domain: compassmarketinginc.com

    Name: Compass Marketing

    Invoice number: 3784033286

    Payments profile ID: 0825-0521-1004

    If you want to view your payment history or update your payment info, visit your account by following the instructions below:

 Reply all | ⌄    🗑 Delete    Junk | ⌄    •••     

- Select **'Billing'**.
- Select the **'Actions'** button on the right hand side of your G Suite subscription.
- Select **'Access billing account'**.
- Select the **Red Alert** at the top of the page to fix any issues with your primary payment method or billing contacts.

---

**HELP CENTER**     **CONTACT US**

G Suite customer ID: compassmarketinginc.com   |   Payments profile ID: 0825-0521-1004

Google LLC 1600 Amphitheatre Parkway, Mountain View, CA 94043
To stop receiving email about this payments profile, you can unsubscribe.
You have received this mandatory service announcement to update you about important changes to G Suite or your account.

Google



# Invoice

Invoice number: 3784033286

Google LLC
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

**Bill to**
George White
Compass Marketing
222 Severn Ave
Suite 200
Annapolis, MD 21403
United States

**Details**

| | |
|---|---|
| Invoice number | 3784033286 |
| Invoice date | Aug 31, 2020 |
| Billing ID | 0825-0521-1004 |
| Domain name | compassmarketinginc.com |

**Google Cloud - G Suite**

| | |
|---|---|
| Total in USD | **$1,020.00** |

**Summary for Aug 1, 2020 - Aug 31, 2020**

| | |
|---|---|
| Subtotal in USD | $1,020.00 |
| Tax (0%) | $0.00 |
| Total in USD | $1,020.00 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 3784033286

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Suite Business | Usage | Aug 1 - Aug 31 | 85 | 1,020.00 |

| | |
|---|---|
| Subtotal in USD | $1,020.00 |
| Tax (0%) | $0.00 |
| Total in USD | **$1,020.00** |


 Reply all | ∨     Delete   Junk | ∨   •••                                                                                                    ✕

# Google Workspace: Your invoice is available for compassmarketinginc.com

 **Google Payments** <payments-noreply@google.com>                                     ↩ Reply all | ∨
Wed 9/1, 10:55 PM
Michael White ⌄

Inbox

To help protect your privacy, some content in this message has been blocked. To re-enable the blocked features, click here.

To always show content from this sender, click here.

 **3968597432.pdf**    ∨
27 KB

Download

 Unsubscribe                                                                                                                                  

Google Workspace

---

Your Google Workspace monthly invoice is available. Please find the PDF document attached at the bottom of this email.

IMPORTANT: The balance will be automatically charged so you don't need to take any action.

    Domain: compassmarketinginc.com

    Name: Compass Marketing

    Invoice number: 3968597432

    Payments profile ID: 0825-0521-1004

If you want to view your payment history or update your payment info, visit your account by following the instructions below:



2. In the top left, click **Main menu > Billing > Billing accounts**.
3. Click the account ID of your Google Workspace subscription.

Select the **Red Alert** at the top of the page to fix any issues with your primary payment method or billing contacts.

Learn more about the charges on your invoice.

---

### HELP CENTER     CONTACT US

Google Workspace customer ID: compassmarketinginc.com  |  Payments profile ID: 0825-0521-1004

Google LLC, 1600 Amphitheatre Pkwy, Mountain View, CA 94043, United States
To stop receiving email about this payments profile, you can unsubscribe.
You have received this mandatory service announcement to update you about important changes to Google Workspace or your account.


Google



# Invoice

Invoice number: 3968597432

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

**Bill to**
George White
Compass Marketing
222 Severn Ave
Suite 200
Annapolis, MD 21403
United States

**Details**

| | |
|---|---|
| Invoice number | 3968597432 |
| Invoice date | Aug 31, 2021 |
| Billing ID | 0825-0521-1004 |
| Domain name | compassmarketinginc.com |

**Google Workspace**

| | |
|---|---|
| Total in USD | **$1,004.88** |

**Summary for Aug 1, 2021 - Aug 31, 2021**

| | |
|---|---|
| Subtotal in USD | $948.00 |
| State sales tax (6%) | $56.88 |
| Total in USD | $1,004.88 |

You will be automatically charged for any amount due.

 **Invoice**

Invoice number: 3968597432

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| G Suite Business | Usage | Aug 1 - Aug 31 | 79 | 948.00 |

| | |
|---|---|
| Subtotal in USD | $948.00 |
| State sales tax (6%) | $56.88 |
| Total in USD | **$1,004.88** |

**Need help understanding the charges on your invoice?** Click here for detailed explanations
https://support.google.com/a?p=gsuite-bills-and-charges