**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PRAECIPE CORRECTING CERTIFICATE OF SERVICE

Defendant Compass Marketing, Inc. ("Compass Marketing"), by and through its undersigned counsel, hereby files this Praecipe Correcting Certificate of Service.

On October 1, 2021, Compass Marketing filed a Motion to Compel Production of Documents from Plaintiff David J. Boshea ("Boshea") (the "Motion to Compel"). The Certificate of Service for the Motion to Compel mistakenly included a service date of September 27, 2021, when it should have included a service date of October 1, 2021, which is the date reflected by the signature block on the Motion to Compel. Compass Marketing is filing this Praecipe Correcting Certificate of Service to clarify the actual date of service so that it matches the date of actual service by the CM/ECF system. A copy of the corrected Certificate of Service is attached hereto as Exhibit A.

Dated: October 4, 2021                    Respectfully submitted,

                                                    */s/ Stephen B. Stern*
                                                    Stephen B. Stern, Bar No.: 25335
Heather K. Yeung, Bar No.: 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(Phone): (410) 216-7900
(Fax): (410) 705-0836
Email: stern@kaganstern.com
Email: yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2021, the foregoing Praecipe Correcting Certificate of Service was served via the CM/ECF system on the following counsel of record:

| | |
|---|---|
| Thomas J. Gagliardo | Gregory J. Jordan |
| Gilbert Employment Law, PC | Mark Zito |
| 1100 Wayne Avenue, Suite 900 | Jordan & Zito, LLC |
| Silver Spring, MD 20910 | 350 N. LaSalle Drive, Suite 1100 |
| Email: tgagliardo@gelawyer.com | Chicago, Illinois 60654 |
| | Email: gjordan@jz-llc.com |

*Attorneys for Plaintiff David Boshea*


                                                    */s/ Stephen B. Stern*
                                                  Stephen B. Stern