## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2021, Defendant Compass Marketing, Inc.'s Motion to Compel Discovery Responses from Plaintiff David J. Boshea was served via the CM/ECF system on the following counsel of record:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Email: tgagliardo@gelawyer.com

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 1100
Chicago, Illinois 60654
Email: gjordan@jz-llc.com

*Attorneys for Plaintiff David Boshea*

/s/ Stephen B. Stern
Stephen B. Stern

**EXHIBIT A**