# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| v. | *  Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Upon consideration of Defendant Compass Marketing, Inc.'s Motion to Compel Production of Documents from Plaintiff David J. Boshea, and any oppositions and replies thereto, it is this ___ day of _____, 2021, hereby

ORDERED, that Defendant Compass Marketing, Inc.'s Motion to Compel Production of Documents from Plaintiff David J. Boshea is GRANTED; it is further

ORDERED, that Plaintiff David J. Boshea shall produce all emails, text messages, and/or any other communications in response to Defendant Compass Marketing, Inc.'s Request for Production of Documents Nos. 6, 7, 8, 9, 14, and 15 within five (5) days of the date of this Order.

_____
Hon. Ellen L. Hollander
United States District Court
For the District of Maryland