UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

**SUSAN K. GAUVEY CHAMBERS OF**                                                   **BALTIMORE, MARYLAND 21201 101 WEST LOMBARD STREET**

**U.S. MAGISTRATE JUDGE**                                                              MDD_skgchambers@mdd.uscourts.gov

October 12, 2021

To: All Counsel of Record

      Re:  Boshea v. Compass Marketing, Inc.
      Civil Action No. ELH-21-309

Dear Counsel:

 This is to confirm that the supplemental settlement conference in the above case is rescheduled to **Monday, November 8, 2021,** at **10:00 a.m.** The settlement conference will be held via ZOOM Conference.

 I ask counsel to submit a status on the ongoing negotiations, and any additional information, by no later than **November 1, 2021.** Defendant's counsel shall submit the response to Plaintiff's last demand by **November 1, 2021,** with a copy to the Court.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

    I look forward to working with you at the next conference to resolve the matter.

                                      Sincerely yours,

                                      /s/

                                      Susan K. Gauvey
                                      United States Magistrate Judge

cc:  Honorable Ellen L. Hollander
     Court and Chambers File