IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

## ORDER  UNCONTESTED

Upon consideration of Defendant Compass Marketing, Inc.'s Motion to Compel Production of Documents from Plaintiff David J. Boshea, and any oppositions and replies thereto, it is this 19th day of October, 2021, hereby

ORDERED, that Defendant Compass Marketing, Inc.'s Motion to Compel Production of Documents from Plaintiff David J. Boshea is GRANTED; it is further

ORDERED, that Plaintiff David J. Boshea shall produce all emails, text messages, and/or any other communications in response to Defendant Compass Marketing, Inc.'s Request for Production of Documents Nos. 6, 7, 8, 9, 14, and 15 within five (5) days of the date of this Order.

Hon. A. David Copperthite
United States Magistrate Judge