October 14, 2021

Michael R White
39650 Hiawatha Circle
Mechanicsville Maryland 20659

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 OCT 19 PM 3: 43

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Judge A. David Copperthite
United States District Court
101 West Lombard Street
Chambers 8B
Baltimore, MD 21201

**Reference: David Boshea v Compass Marketing Inc    1:21-CV-00309-ELH**

Judge Copperthite,

It has come to my attention that Stephen Stern and Gregory Jordan have scheduled a deposition and document production for October 21st, 2021.  Mr. Stern and Mr. Jordan have unilaterally scheduled the deposition and document production without consideration of my schedule.

I am not available on October 21st, 2021 and will not be attending.  I will also be obtaining legal assistance to protect my rights as a non-party witness in this case.

Michael R White

cc:

Gregory J. Jordan Esq
Jordan & Zito LLC
350 North LaSalle Street Suite 1100
Chicago Illinois 60654

Thomas J. Gagliardo Esq
Gilbert Employment Law PC
1100 Wayne Avenue Suite 900
Silver Spring, Maryland 20910

Stephen B. Stern
Kagan, Stern, Marinello & Beard LLC
238 West Street
Annapolis Maryland 21401