# EXHIBIT 4

**Stephen Stern**

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Friday, October 8, 2021 5:40 PM |
| **To:** | 'michaelrwhite@comcast.net' |
| **Subject:** | RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena |

Michael:

Nearly two weeks have passed since the court denied your motion to quash. We have not received any of the responsive documents yet. Please produce all responsive document by Monday (October 11).

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Stephen Stern
**Sent:** Tuesday, October 5, 2021 10:49 PM
**To:** michaelrwhite@comcast.net
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Michael:

It is now October 5 (in the evening), and we still have not received any documents in response to the subpoena. Please produce all the documents in response to the subpoena, consistent with the court's order.

Stephen

1



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Stephen Stern
**Sent:** Tuesday, September 28, 2021 6:04 PM
**To:** michaelrwhite@comcast.net
**Subject:** Boshea v. Compass Marketing, Inc. - Response to Subpoena

Michael:

As I am sure you know by now, the court has denied your motion to quash the subpoena that was served on you in the above-referenced matter (except to the extent that the subpoena sought documents related your communications with BizFilings/Compass Marketing's Registered Agent). In the event you did not already know the outcome, I have attached a copy of the court's order for you to review.

Please produce all responsive documents by October 4.

As for scheduling your deposition, please let me know your availability October 19, 20, and 21.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

2