# EXHIBIT 1

## Stephen Stern

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Tuesday, October 12, 2021 9:13 PM |
| **To:** | Daniel White |
| **Cc:** | Gregory Jordan; Thomas J. Gagliardo |
| **Subject:** | RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena |

Dan:

I am sure any trial you had scheduled was docketed well in advance of this week.  Please advise as to which case it is and why we are only hearing about it a week before the deposition date.

Also, there is no reason for you to delay producing the documents that have been requested in the subpoena.  Please produce them immediately, as they are long overdue.  Plus, having the documents in advance will streamline the deposition and allow it to go more quickly.

In terms of alternative dates, we should plan to proceed the following week.  Please advise your counsel to plan for October 25.  When will I hear from your counsel?

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Daniel White <danieljwhite@msn.com>
**Sent:** Monday, October 11, 2021 11:47 AM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** Re: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Mr. Stern,

I am not available on October 19 because I have a three-day criminal trial scheduled for that same time.  Moreover, I am going to engage counsel for any deposition to make certain that it stays within the confines of the Court's order.  My subpoena indicates that I am to bring any responsive documents to the deposition, and I plan to do so.

I will be in touch later this week.

Thank you.

1

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Friday, October 8, 2021 5:38 PM
**To:** danieljwhite@msn.com <danieljwhite@msn.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

Nearly two weeks have passed since the court denied your motion to quash.  We have not received any of the responsive documents yet.  Please produce all responsive document by Monday (October 11).

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

**From:** Stephen Stern
**Sent:** Tuesday, October 5, 2021 10:49 PM
**To:** danieljwhite@msn.com
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

It is now October 5 (in the evening), and we still have not received any documents in response to the subpoena.  Please produce all the documents in response to the subpoena, consistent with the court's order.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

**From:** Stephen Stern
**Sent:** Tuesday, September 28, 2021 6:01 PM
**To:** danieljwhite@msn.com
**Subject:** Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

As I am sure you know by now, the court has denied your motion to quash the subpoena that was served on you in the above-referenced matter (except to the extent that the subpoena sought documents related your communications with BizFilings/Compass Marketing's Registered Agent).  In the event you did not already know the outcome, I have attached a copy of the court's order for you to review.

Please produce all responsive documents by October 4.

As for scheduling your deposition, please let me know your availability October 19, 20, and 21.

Stephen



**KAGAN
STERN**

**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

3