# EXHIBIT 2

**Stephen Stern**

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Friday, October 1, 2021 10:22 PM |
| **To:** | danieljwhite@msn.com |
| **Cc:** | Gregory Jordan; Thomas J. Gagliardo; Heather Yeung |
| **Subject:** | RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena |
| **Attachments:** | Notice of Deposition to Daniel White (00153349xEC90E).pdf |

Dan:

Since I did not hear back from you, I have set the deposition for one of the dates noted below.  Attached is a copy of the notice of deposition.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

**From:** Stephen Stern
**Sent:** Tuesday, September 28, 2021 6:01 PM
**To:** danieljwhite@msn.com
**Subject:** Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

As I am sure you know by now, the court has denied your motion to quash the subpoena that was served on you in the above-referenced matter (except to the extent that the subpoena sought documents related your communications with BizFilings/Compass Marketing's Registered Agent).  In the event you did not already know the outcome, I have attached a copy of the court's order for you to review.

Please produce all responsive documents by October 4.

As for scheduling your deposition, please let me know your availability October 19, 20, and 21.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID J. BOSHEA          *
                         *
    Plaintiff,           *
                         *     Case No. 1:21-CV-00309-ELH
v.                       *
                         *
COMPASS MARKETING, INC.  *
                         *
    Defendant.           *
                         *

 *    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF DEPOSITION OF DANIEL J. WHITE

PLEASE TAKE NOTICE THAT Defendant Compass Marketing, Inc., by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, will take the deposition on oral examination of Daniel J. White.  This deposition notice follows the Court's Order denying your Motion to Quash and is in furtherance of the subpoena that was previously served on you.  The deposition will take place at 8 Church Circle, Annapolis, Maryland 21401.  The deposition will take place on the Fourth Floor, Conference Room 407, commencing at 10:00 a.m. on October 19, 2021, and may be continued from day to day or to such other date as may be necessary until completed.  Please note that masks are required in the courthouse and must be worn at all times.

The deposition will be taken before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.  The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the applicable rules.  The deposition will be recorded stenographically and will be videotaped.

Dated:  October 1, 2021

Respectfully submitted,

*/s/ Stephen B. Stern*
Stephen B. Stern, Bar No. 25335
Heather K. Yeung, Bar No. 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:     (410) 216-7900
Facsimile:      (410) 705-0836
Email:            stern@kaganstern.com
Email:            yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2021, the foregoing Notice of Deposition for Daniel J. White was served via electronic mail to:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Email: tgagliardo@gelawyer.com

and

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
55 West Monroe St., Suite 3600
Chicago, IL 60603
Email: gjordan@jz-llc.com

*Attorneys for Plaintiff*
*David Boshea*

*/s/ Stephen B. Stern*
Stephen B. Stern

3