# EXHIBIT 3

# Stephen Stern

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Thursday, October 14, 2021 7:40 PM |
| **To:** | Gregory Jordan; Daniel White |
| **Cc:** | Thomas J. Gagliardo |
| **Subject:** | RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena |
| **Attachments:** | Amended Notice of Deposition to Daniel White (00154399xEC90E).pdf |

Following up on the email string below, attached is an Amended Notice of Deposition setting the deposition for October 25, 2021, starting at 10:00 am.

Greg – I will have access to WiFi if you prefer to participate by video. The deposition will take place in a conference room and I can set up my computer for you to participate via Teams.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

KAGAN STERN

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Wednesday, October 13, 2021 3:19 PM
**To:** Stephen Stern <Stern@kaganstern.com>; Daniel White <danieljwhite@msn.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** Boshea v. Compass Marketing, Inc. - Response to Subpoena

Stephen,

I have a preliminary injunction hearing in a bankruptcy case in the Northern District of Illinois on Tuesday and a technical hearing on Monday. We also have John Adams' deposition on Thursday, October 28th, along with a deposition earlier that day in the same bankruptcy case.

It may make sense to go to the following week.

Greg

Gregory J. Jordan

Licensed in Illinois and Indiana

1

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Tuesday, October 12, 2021 8:13 PM
**To:** Daniel White <danieljwhite@msn.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

I am sure any trial you had scheduled was docketed well in advance of this week. Please advise as to which case it is and why we are only hearing about it a week before the deposition date.

Also, there is no reason for you to delay producing the documents that have been requested in the subpoena. Please produce them immediately, as they are long overdue. Plus, having the documents in advance will streamline the deposition and allow it to go more quickly.

In terms of alternative dates, we should plan to proceed the following week. Please advise your counsel to plan for October 25. When will I hear from your counsel?

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Daniel White <danieljwhite@msn.com>
**Sent:** Monday, October 11, 2021 11:47 AM

2

**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** Re: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Mr. Stern,

I am not available on October 19 because I have a three-day criminal trial scheduled for that same time. Moreover, I am going to engage counsel for any deposition to make certain that it stays within the confines of the Court's order. My subpoena indicates that I am to bring any responsive documents to the deposition, and I plan to do so.

I will be in touch later this week.

Thank you.

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Friday, October 8, 2021 5:38 PM
**To:** danieljwhite@msn.com <danieljwhite@msn.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

Nearly two weeks have passed since the court denied your motion to quash. We have not received any of the responsive documents yet. Please produce all responsive document by Monday (October 11).

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

KAGAN STERN

**From:** Stephen Stern
**Sent:** Tuesday, October 5, 2021 10:49 PM
**To:** danieljwhite@msn.com
**Subject:** RE: Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

It is now October 5 (in the evening), and we still have not received any documents in response to the subpoena. Please produce all the documents in response to the subpoena, consistent with the court's order.

3

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Stephen Stern
**Sent:** Tuesday, September 28, 2021 6:01 PM
**To:** danieljwhite@msn.com
**Subject:** Boshea v. Compass Marketing, Inc. - Response to Subpoena

Dan:

As I am sure you know by now, the court has denied your motion to quash the subpoena that was served on you in the above-referenced matter (except to the extent that the subpoena sought documents related your communications with BizFilings/Compass Marketing's Registered Agent). In the event you did not already know the outcome, I have attached a copy of the court's order for you to review.

Please produce all responsive documents by October 4.

As for scheduling your deposition, please let me know your availability October 19, 20, and 21.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 1:21-CV-00309-ELH |
| v. | * | |
| | * | |
| **COMPASS MARKETING, INC.** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### AMENDED NOTICE OF DEPOSITION OF DANIEL J. WHITE

PLEASE TAKE NOTICE THAT Defendant Compass Marketing, Inc., by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, will take the deposition on oral examination of Daniel J. White. This deposition notice follows the Court's Order denying your Motion to Quash and is in furtherance of the subpoena that was previously served on you. The deposition will take place at 8 Church Circle, Annapolis, Maryland 21401. The deposition will take place on the Fourth Floor, Conference Room 407, commencing at 10:00 a.m. on October 25, 2021, and may be continued from day to day or to such other date as may be necessary until completed. Please note that masks are required in the courthouse and must be worn at all times.

The deposition will be taken before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court. The deposition will be taken for the purposes of discovery, for use at trial in this matter, and for any other purpose permitted under the applicable rules. The deposition will be recorded stenographically and will be videotaped.

Dated: October 14, 2021	Respectfully submitted,

/s/ Stephen B. Stern
Stephen B. Stern, Bar No. 25335
Heather K. Yeung, Bar No. 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Telephone:	(410) 216-7900
Facsimile:	(410) 705-0836
Email:	stern@kaganstern.com
Email:	yeung@kaganstern.com

*Counsel for Defendant
Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October, 2021, the foregoing Amended Notice of Deposition for Daniel J. White was served via electronic mail to:

> Thomas J. Gagliardo
> Gilbert Employment Law, PC
> 1100 Wayne Avenue, Suite 900
> Silver Spring, MD 20910
> Email: tgagliardo@gelawyer.com

> and

> Gregory J. Jordan
> Mark Zito
> Jordan & Zito, LLC
> 55 West Monroe St., Suite 3600
> Chicago, IL 60603
> Email: gjordan@jz-llc.com

> *Attorneys for Plaintiff*
> *David Boshea*

> /s/ Stephen B. Stern
> Stephen B. Stern

3