# EXHIBIT 7

# Stephen Stern

| | |
|---|---|
| **From:** | david boshea <djboshea@outlook.com> |
| **Sent:** | Monday, June 7, 2021 3:31 PM |
| **To:** | Daniel White |
| **Subject:** | bernie |

Hi Dan,
We need some help . can you supply info on Wyoming and FL companies..... date formed, business ID, money balances and transfer info. Greg is garnishing things and freezing things.

Also, can you provide cases Bernie has paid on and nature of suite like that girl Bernie sent pic too.

If George can find those emails Bernie sent to me that would be great. Greg is hitting hard and fast.

The circle of crooks around john..... Can you please list them along with their salary.  Any other info you think greg can use to put stern / Bernie down to settle.
Thx


David J. Boshea, Jr.
CEO.
DJB Associates LLC
443-758-5504
djboshea@outlook.com

1