# EXHIBIT 8

# Stephen Stern

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Thursday, July 29, 2021 6:28 PM |
| **To:** | Daniel White |
| **Cc:** | david boshea |
| **Subject:** | Boshea v. Compass Marketing, Case No. 1:21-CV-00309-ELH - Notice of Deposition |
| **Attachments:** | MWhite Subpoena Packet (00147037xEC90E).PDF; DWhite Subpoena Packet (00147036xEC90E).PDF |

Dan,

I received the attached subpoenas for your and your brother, Mike White's depositions in an email today. Would you please call me at your earliest convenience? I do not have your brother's email address and ask you to forward his subpoena.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North Clark Street, Suite 425
Chicago Illinois 60654-4980
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

\*\*Notice from Jordan & Zito LLC \*\*

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Jill Rudiger <Rudiger@kaganstern.com>
**Sent:** Thursday, July 29, 2021 2:39 PM
**To:** tgagliardo@gelawyer.com; Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Stephen Stern <Stern@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Case No. 1:21-CV-00309-ELH - Notice of Deposition

Counsel:

Attach please find service copies of the subpoenas we will be serving on Daniel White and Michael White in the above mentioned matter I meant to send these to you yesterday as reflected in the certificate of service however, I overlooked it. Please accept my apologies.

1

V/R,
Jill



**Jill B. Rudiger**
Executive Assistant / Paralegal
rudiger@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 216-7900 x1010
(410) 793-1602 (direct)
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

2