# EXHIBIT 9

# Stephen Stern

**From:** david boshea <djboshea@outlook.com>
**Sent:** Wednesday, June 16, 2021 3:28 PM
**To:** Daniel White
**Subject:** compass

Dan, CONFIDENTIAL.

Steven,

See the attached discovery requests.

Please note that the Court requested that the parties set a discovery plan and discuss other issues. I am available to speak. Please let me know times and dates convenient to you:

*This action is exempted from the requirements of Fed. R. Civ. P. 26(d)(1) and from Fed. R. Civ. P. 26(f). However, you are encouraged to confer with one another immediately in order to: (a) identify the issue(s), (b) set a discovery plan, (c) determine if the case can be resolved before your clients incur further litigation expense, (d) discuss any issues about preserving discoverable information, and (e) establish a cordial professional relationship among yourselves.*

Gregory J. Jordan



David J. Boshea, Jr.
CEO.
DJB Associates LLC
443-758-5504
djboshea@outlook.com

1