IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * CASE NO. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant's Motion for Civil Contempt Sanction on a Nonparty, filed with respect to nonparty Daniel White, and any Opposition thereto, it is hereby ORDERED on this ____ day of _____, 2021, that the Motion for Civil Contempt Sanction on a Nonparty is GRANTED; and it is

FURTHER ORDERED that nonparty Daniel White is found to be in civil contempt of an Order of this Court; and it is

FURTHER ORDERED that nonparty Daniel White shall produce all documents responsive to the subpoena served on him (except for Request Nos. 9, 10, and 11 of Schedule A to the subpoena), as required by this Court's Order [Dkt. No. 52], within three (3) days of the date of this Order; and it is

FURTHER ORDERED that nonparty Daniel White shall sit for a deposition, as required by this Court's Order [Dkt. No. 52] within ten (10) days of the date of this Order, or such other time as agreed to by Compass Marketing; and it is

FURTHER ORDERED that Compass Marketing is entitled to recover the reasonable fees and costs it has incurred to date in connection with its efforts to obtain discovery from nonparty Daniel White, and, to determine the sum to be collected, Compass Marketing may submit a fee petition to this Court setting forth the fees and costs it seeks to collect within fourteen (14) days of the date of this Order, and such further briefing by Daniel White and Compass Marketing with respect to the fee petition shall be permitted, consistent with this Court's Local Rules; and it is

FURTHER ORDERED that nonparty Daniel White shall pay civil monetary penalties in the amount of $_____ per day to _____ for day that he fails to comply with this Order, with the civil monetary penalties starting effective _____; and it is

FURTHER ORDERED that nonparty Daniel White [shall be] [shall not be] incarcerated for under the following terms _____.

_____
A. David Copperthite
United States Magistrate Judge