UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov

November 9, 2021

To: All Counsel of Record

    Re:  Boshea v. Compass Marketing, Inc.
         Civil Action No. ELH-21-309

Dear Counsel:

    Thank you for working hard yesterday towards resolving this case. I am setting in a brief status conference for **November 16, 2021** at **9:30 a.m.** to be held via ZOOM Conference. Hopefully by then a deposition schedule will have been worked out.

    Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

    I look forward to working with you at the next conference to resolve the matter.

                        Sincerely yours,

                        /s/

                        Susan K. Gauvey
                        United States Magistrate Judge

cc:  Honorable Ellen L. Hollander
     Court and Chambers File