**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Monday, October 11, 2021 11:53 AM
**To:** Michael White
**Cc:** Stephen Stern; Heather Yeung; Thomas J. Gagliardo
**Subject:** Deposition October 21, 2021

Michael,

I would like to confirm that you will appear on October 21, 2021 for your deposition. Since the deposition will occur at the courthouse, I need to make travel arrangements. Would you please advise me as soon as you can so I can make the proper plans?

Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

\*\*Notice from Jordan & Zito LLC \*\*

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

Exhibit B