| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Thursday, October 14, 2021 8:55 AM |
| **To:** | Daniel White; Stephen Stern; Michael White |
| **Cc:** | Thomas J. Gagliardo |
| **Subject:** | Daniel White Deposition |

To make sure everyone is clear, since the Daniel and Michael White depositions are in the courthouse, I will attend them in person.

Given Daniel White's email concerning his availability, I have changed my plans and will not travel to Annapolis for Tuesday's deposition.

I have not heard from Michael White or anyone else concerning the rescheduling of Michael White's deposition, so I will be in Annapolis on Thursday.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information.  If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

Exhibit C