# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-cv-00309-ELH |

## PROPOSED ORDER

Upon consideration of the Motion for a Civil Contempt Sanction (ECF 63) filed by Defendant/Counterclaimant Compass Marketing, Inc. ("Compass"), the Opposition thereto filed by Non-Party Michael R. White, any reply, the record in this case, and the applicable law, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland, ORDERED that

1. Compass's Motion is DENIED
2. The Clerk of the Court transmit a copy of this Order to the parties.

_____
United States District Court