# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-00309-ELH |
| COMPASS MARKETING, INC. | |
| Defendant. | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Justin A. Redd, Esquire, Federal Bar No. 18614, as counsel for Non-Party, Michael R. White.

Respectfully submitted,

Dated: November 15, 2021

      /s/
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jredd@kg-law.com

*Attorneys for Non-Party Michael R. White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of November, 2021, the foregoing was filed and served via CM/ECF on all counsel of record.

                                          /s/
                                    Justin A. Redd