IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, | : |
| | : |
| v. | : Case No. 1:21-cv-00309-ELH |
| | : |
| COMPASS MARKETING, INC. | : |
| | : |
| Defendant | : |
| | : |

**NOTICE OF APPEARANCE**

Dear Clerk:

    Please enter the appearance of Bruce L. Marcus, Esquire, and MarcusBonsib, LLC, as counsel for non-party Daniel J. White in the above-captioned matter.

                      Respectfully submitted,

                      MARCUSBONSIB, LLC

                      /s/ *Bruce L. Marcus*
                      Bruce L. Marcus, Esquire
                      Bar No.: 06341
                      6411 Ivy Lane, Suite 116
                      Greenbelt, Maryland 20770
                      (301) 441-3000
                      (301) 441-3003 (facsimile)
                      bmarcus@marcusbonsib.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of November, 2021, the foregoing was filed and served electronically filed on all counsel of record.

                      /s/ *Bruce L. Marcus*
                      Bruce L. Marcus