## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| DAVID JOHN BOSHEA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC., | | |
| Defendant, | * | |
| and | * | |
| | * | |
| COMPASS MARKETING, INC. | | |
| Third-Party Plaintiff, | · * | |
| v. | * | |
| JOHN DOE(S), | * | |
| Third-Party Defendant(s). | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

This matter comes to be heard on David Boshea's Motion for an Extension of the Discovery Deadline and Submission of a Status Report filed by David John Boshea and Compass Marketing, Inc., the Court deeming the relief sought proper, it is

ORDERED that the motion is granted, and it is further

ORDERED that, discovery deadline and the date for the submission of their status report set forth in this Court's June 29, 2021 order (CM/ECF 20) is extended to January 14, 2021, and it is further

ORDERED that, the dispositive pretrial motions deadline set forth in this Court's June 29, 2021 order (CM/ECF 20) is extended to February 15, 2021.

1

Provided, however, XOt by 12/13/21, any party may move to Rescind this Order as improvidently granted.

Ellen L. Hollander
_____
Judge

11/29/21