# EXHIBIT 1

# Shannon Hayden

| | |
|---|---|
| **From:** | Sydney M. Patterson <SPatterson@marcusbonsib.com> |
| **Sent:** | Tuesday, November 16, 2021 7:18 PM |
| **To:** | Stephen Stern; Gregory Jordan; Justin Redd (jredd@kg-law.com) |
| **Cc:** | Bruce L. Marcus |
| **Subject:** | Boshea v. Compass Marketing, Inc. |
| **Attachments:** | 211116 Ltr to S. Stern encl DJW production.pdf |

Counsel,

You have been sent an email through Hightail containing a link to access Daniel White's document production. Please download all files as the link will expire in 30 days.

The password to download the production is: ████████

Thank you,
Sydney

Sydney M. Patterson, Esq.
MARCUSBONSIB, LLC
6411 IVY LANE, SUITE 116
GREENBELT, MARYLAND 20770
(301) 441-3000
(301) 441-3003 (FAX)
spatterson@marcusbonsib.com
www.marcusbonsib.com
_____

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.