# EXHIBIT 3

# Compass

J Boshea <jlboshea@outlook.com>

Thu 1/7/2021 9:48 AM

To: Daniel White <danieljwhite@msn.com>

Hi Dan,

Please see attached and give me your thoughts / input. I cant believe it has come to this uggg. Thanks brother
Dave

David J. Boshea, Jr
Executive Vice President
DJB Associates LLC
443-758-5504
jlboshea@outlook.com

DJW000913

