# EXHIBIT 4

# FW: Boshea

J Boshea <jlboshea@outlook.com>

Fri 2/5/2021 12:19 PM

To: Daniel White <danieljwhite@msn.com>

Is compass a VA company ?

David J. Boshea, Jr
Executive Vice President,CEO.
DJB Associates LLC
443-758-5504
jlboshea@outlook.com

**From:** Gregory Jordan
**Sent:** Friday, February 5, 2021 10:51 AM
**To:** Dan Binder; Tom Gagliardo
**Cc:** David Boshea
**Subject:** Boshea

Dan,

See the attached for the registered agent in Maryland. I learned that Compass is a Virginia corporation headquartered in Maryland, so I changed that referenced in the attached complaint. No other changes.

Greg

Gregory J. Jordan
Licensed in Illinois and Indiana

Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago Illinois 60603
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Dan Binder <dbinder@gelawyer.com>
**Sent:** Friday, February 5, 2021 11:31 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Tom Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: Boshea

DJW000894

Exhibit #

White 6

11/29/2021

Thanks. Were you able to confirm who we should direct the summons to?



**Daniel Binder**
Litigation Docket Manager
1100 Wayne Ave., Ste. 900 | Silver Spring, MD
20910
t. 301.608.0880 | f. 301.608.0881
Extension 209
e. Dbinder@GELawyer.com
Visit us at www.gelawyer.com

*Please note that The Law Offices of Gary M. Gilbert & Associates, P.C. is now doing business as Gilbert Employment Law, P.C

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Friday, February 5, 2021 11:29 AM
**To:** Dan Binder <dbinder@gelawyer.com>; Tom Gagliardo <tgagliardo@gelawyer.com>
**Subject:** Boshea

Looks great. Please file.

Gregory J. Jordan
Licensed in Illinois and Indiana

Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago Illinois 60603
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Dan Binder <dbinder@gelawyer.com>
**Sent:** Friday, February 5, 2021 10:12 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Tom Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: Boshea

Civil cover sheet for review.

DJW000895



**Daniel Binder**
Litigation Docket Manager
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 | f. 301.608.0881
Extension 209
e. Dbinder@GELawyer.com
Visit us at www.gelawyer.com

*Please note that The Law Offices of Gary M. Gilbert & Associates, P.C. is now doing business as Gilbert Employment Law, P.C

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Friday, February 5, 2021 8:18 AM
**To:** Tom Gagliardo <tgagliardo@gelawyer.com>
**Cc:** Dan Binder <dbinder@gelawyer.com>
**Subject:** Boshea

I would appreciate your preparing the documents.

Gregory J. Jordan
Licensed in Illinois and Indiana

Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago Illinois 60603
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC ***

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Tom Gagliardo <tgagliardo@gelawyer.com>
**Sent:** Thursday, February 4, 2021 3:34 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Dan Binder <dbinder@gelawyer.com>
**Subject:** Boshea

Do have a civil cover sheet and request for summons, or do want us to prepare them? I copied Dan Binder, our head paralegal, who is assisting me with this.

Thanks.

TG

**Thomas J. Gagliardo, Esq.**
Of Counsel
1100 Wayne Ave., Ste. 900 | Silver Spring, MD 20910
t. 301.608.0880 Ext. 825| f. 301.608.0881
e. tgagliardo@GELawyer.com
Visit us at www.gelawyer.com
Disclaimer:  **The information contained in this e-mail may be attorney privileged and confidential information** intended only for the use of the individual or entity to whom this message is originally addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender and destroy this message after so notifying the sender.
IRS rules restrict written federal tax advice from lawyers under Circular 230, including in e-mails. **The sender of this message does not practice in the area of federal or state tax law.** Nothing in this message is intended to be used as tax advice. Nor may it be used to avoid any penalty under federal tax laws.
This message was not intended to support the promotion or marketing of any transaction.
*DURING THE CORONA VIRUS CRISIS I WILL BE TELEWORKING.  YOU MAY REACH ME ON MY MOBILE PHONE 301 213 3431.  STAY SAFE.*

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.