# EXHIBIT 9



## Resolution of the Board

It is hereby, this 20th day of July 2015, resolved by the Board of Directors, that there are a total of nine hundred (900) shares of common stock of COMPASS MARKETING INC. authorized and outstanding, with ownership interests as follows:

JOHN WHITE owns six hundred (600) shares, representing 66.66 percent of the authorized and outstanding shares of the company;

DANIEL WHITE owns one hundred fifty (150) shares, representing 16.67 percent of the authorized and outstanding shares of the company; and

MICHAEL WHITE owns one hundred fifty (150) shares, representing 16.67 percent of the authorized and outstanding shares of the company.

_____
John White
Chairman


_____
Michael White
Director


_____
Daniel J. White
Director