# EXHIBIT 10

*Compass* MARKETING        Mike White <mwhite@compassmarketinginc.com>

## Fwd: CCD SEVERANCE PMT 1 DW 2015OCT15 10/15/2015 10:34
1 message

**Daniel White** <dwhite@compassmarketinginc.com>        Thu, Oct 15, 2015 at 10:51 AM
To: John White <jwhite@compassmarketinginc.com>, "White, Michael Robert" <mwhite@compassmarketinginc.com>

Copy of first payment on the DiPaula/Miller severance attached.

As a reminder, I/we agreed to 15k each for any/all pay and liability plus 20k to CD for his expenses (10 of which was his AYC initiation fee we agreed to pay a few years ago). 60k less than they asked for, and probably 75k less than the triple damages the AG would have made us pay.

Will need 1099s for them at the end of the year.


Daniel White
Compass Marketing, Inc.

mobile: 240-298-8156
facsimile: 240-214-0414
text: 2402988156@vtext.com

---------- Forwarded message ----------
From: **Compass Marketing #18400** <printer@compassmarketinginc.com>
Date: Thu, Oct 15, 2015 at 10:34 AM
Subject: CCD SEVERANCE PMT 1 DW 2015OCT15 10/15/2015 10:34
To: Daniel White <dwhite@compassmarketinginc.com>


Scanned from MFP07757190
Date:10/15/2015 10:34
Pages:2
Resolution:300x300 DPI

---

📎 **CCD SEVERANCE PAYMENT 1 DW 2015OCT15-10152015103438.pdf**
1195K



