# EXHIBIT 11

**M&T Bank**
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

OFFICIAL CHECK

300696854-4

10-4/220

Daniel White
REMITTER

DATE 12/09/2015

PAY TO THE ORDER OF James Chip Dipaula

$ 25,000.00

***TWENTY FIVE THOUSAND and 00/100*** USDollars

#6335 - Edgewater

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER

[Authorized Signatures]

---

SEVERN SAVINGS BANK
ANNAPOLIS, MARYLAND
FOR DEPOSIT ONLY #191-8535-9

DEC. 12. 2015

410-224-8800 BR 215
26507144

| Field | Value |
|---|---|
| Posting Date | 2015 Dec 14 |
| Bank # | 096 |
| Research Seq # | |
| Account # | |
| Dollar Amount | $25,000.00 |
| Check/Store | 300696854 |
| DB/CR | DB |
| Entry Number | 3116 |
| RTABA | |
| Record Type # | 01 |