

| Field | Value |
|---|---|
| Posting Date | 2015 Dec 03 |
| Bank # | 096 |
| Research Seq # | ▮▮▮▮▮ |
| Account # | ▮▮▮▮▮ |
| Dollar Amount | $65,000.00 |
| Check/Store | 9376 |
| DB/CR | DB |
| Entry Number | 7212 |
| RTABA | ▮▮▮▮▮ |
| Record Type # | 01 |

Confidential



Exhibit #

White 21

11/29/2021