# EXHIBIT 13

# Shannon Hayden

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Monday, September 27, 2021 5:27 PM |
| **To:** | Stephen Stern; Thomas J. Gagliardo |
| **Cc:** | Heather Yeung |
| **Subject:** | Boshea v. Compass Marketing, Inc. - Rebuttal Expert |

I would like 14 days from your production date to give our expert time. Let me know.

I received David's email through my IT guy this afternoon. I have review for attorney-client items since it was based on a boolean search. Certain emails have nothing to do with either of the White brothers.

I received an email from Dan White that John White sent him on blind copied him on May 22, 2007. David's agreement is attached to the email. I will forward separately.

Greg

Gregory J. Jordan
Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North Clark Street, Suite 400
Chicago Illinois 60654-4980
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (a) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Jordan & Zito LLC

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Monday, September 27, 2021 3:47 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - Rebuttal Expert

Greg:

I received your voice message about your rebuttal expert designation.  I know we owe you the documents you requested.  We are hoping to produce them later today or tomorrow.  If you want an extension for a rebuttal expert designation, that is perfectly fine.  It is reasonable and appropriate to request one with us still needing to get you the documents.  Please let me know how much time you would like and I am sure we can work that out.

Stephen



**Stephen B. Stern**, Esq.
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com