# EXHIBIT 16

| | | |
|---|---|---|
| COUNTY FIRST BANK | | ACCOUNT NUMBER ▮▮▮▮▮▮▮▮▮▮ |
| 3670 OLD WASHINGTON ROAD | | Commercial Checking |
| WALDORF, MD 20602 | | ACCOUNT OWNER(S) NAME & ADDRESS |

COMPASS MARKETING, INC
39650 HIAWATHA CIRCLE
MECHANICSVILLE MD 20659

### OWNERSHIP OF ACCOUNT - PERSONAL PURPOSE
- [ ] INDIVIDUAL   [ ] _____
- [ ] JOINT - WITH SURVIVORSHIP (and not as tenants in common)
- [ ] JOINT - NO SURVIVORSHIP (as tenants in common)
- [ ] TRUST - SEPARATE AGREEMENT: _____

- [ ] REVOCABLE TRUST   OR   [ ] PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

**TYPE OF ACCOUNT**
- [X] NEW         [ ] EXISTING
- [X] CHECKING    [ ] SAVINGS
- [ ] MONEY MARKET [ ] CERTIFICATE OF DEPOSIT
- [ ] NOW         [ ] _____

This is your (check one).
[X] Permanent   [ ] Temporary   account agreement.

Number of signatures required for withdrawal __1__
FACSIMILE SIGNATURE(S) ALLOWED?   [ ] YES   [X] NO

[ _X_ ]

SIGNATURE(S) - The undersigned agree to the terms stated on every page of this form and acknowledge receipt of a completed copy. The undersigned further authorize the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following disclosure(s):

[X] Deposit Account  [X] Funds Availability  [X] Truth in Savings
[X] Electronic Fund Transfers  [X] Privacy  [X] Substitute Checks
[ ] _____

### OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
- [ ] SOLE PROPRIETORSHIP
- [X] CORPORATION:   [ ] FOR PROFIT   [X] NOT FOR PROFIT
- [ ] PARTNERSHIP
- [ ] _____

BUSINESS: _____
COUNTY & STATE
OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED __12/01/08__ BY __ELEONORA GRISSETT__
INITIAL DEPOSIT $ __500.00__
[ ] CASH   [X] CHECK   [X] __NEW__
HOME TELEPHONE # _____
BUSINESS PHONE # __410-268-0030 x 202__
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(1): [ _signature_ ]
MICHAEL R WHITE
I.D. # ▮▮▮▮▮   D.O.B. __04/17/59__

(2): [ _signature_ ]
DANIEL J WHITE
I.D. # ▮▮▮▮▮   D.O.B. __01/06/66__

(3): [ _X_ ]
I.D. # _____   D.O.B. _____

(4): [ _X_ ]
I.D. # _____   D.O.B. _____

[ ] Convenience Signer (Individual Accounts Only)

[ _X_ ]
I.D.# _____   D.O.B. _____

### BACKUP WITHHOLDING CERTIFICATIONS
TIN: ▮▮▮▮▮▮▮▮▮

[X] **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

[X] **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[ ] **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

X _signature_ __12-1-08__
(Date)