# EXHIBIT 17

| | | | |
|---|---|---|---|
| COUNTY FIRST BANK<br>22805 THREE NOTCH RD<br>CALIFORNIA, MD 20619 | | ACCOUNT NUMBER | ▮▮▮▮▮▮▮▮ |
| | | CD 12 months | |
| | | ACCOUNT OWNER(S) NAME & ADDRESS | |

### OWNERSHIP OF ACCOUNT - PERSONAL PURPOSE
- ☐ INDIVIDUAL    ☐ _____
- ☐ JOINT - WITH SURVIVORSHIP (and not as tenants in common)
- ☐ JOINT - NO SURVIVORSHIP (as tenants in common)
- ☐ TRUST - SEPARATE AGREEMENT: _____
- ☐ REVOCABLE TRUST    OR    ☐ PAY-ON-DEATH
DESIGNATION AS DEFINED IN THIS AGREEMENT
Name and Address of Beneficiaries:

COMPASS MARKETING, INC
39650 HIAWATHA CIRCLE
MECHANICSVILLE MD  20659

**TYPE OF ACCOUNT**
- ☒ NEW    ☐ EXISTING
- ☐ CHECKING    ☐ SAVINGS
- ☐ MONEY MARKET    ☒ CERTIFICATE OF DEPOSIT
- ☐ NOW    ☐ _____

This is your (check one):
☒ Permanent    ☐ Temporary    account agreement.

Number of signatures required for withdrawal  **1**
FACSIMILE SIGNATURE(S) ALLOWED?    ☐ YES    ☒ NO

[ x */s/ M. R. White* ]

SIGNATURE(S) - The undersigned agree to the terms stated on every page of this form and acknowledge receipt of a completed copy. The undersigned further authorize the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following disclosure(s):

☒ Deposit Account    ☐ Funds Availability    ☒ Truth in Savings
☐ Electronic Fund Transfers    ☒ Privacy    ☐ Substitute Checks
☐ _____

### OWNERSHIP OF ACCOUNT - BUSINESS PURPOSE
- ☐ SOLE PROPRIETORSHIP
- ☒ CORPORATION:    ☒ FOR PROFIT    ☐ NOT FOR PROFIT
- ☐ PARTNERSHIP
- ☐ _____

BUSINESS: _____
COUNTY & STATE
OF ORGANIZATION: _____
AUTHORIZATION DATED: _____

DATE OPENED  06/15/09  BY LOWELLA SHERMAN
INITIAL DEPOSIT $  50,291.00
☐ CASH    ☐ CHECK    ☒ NEW
HOME TELEPHONE # _____
BUSINESS PHONE #  (410) 268-0030
DRIVER'S LICENSE # _____
E-MAIL _____
EMPLOYER _____
MOTHER'S MAIDEN NAME _____
Name and address of someone who will always know your location: _____

(1): [ x */s/ M. R. White* ]
MICHAEL R WHITE
I.D. # ▮▮▮▮▮▮▮▮    D.O.B.  04/17/59

(2): [ x _____ ]
I.D. # _____    D.O.B. _____

(3): [ x _____ ]
I.D. # _____    D.O.B. _____

(4): [ x _____ ]
I.D. # _____    D.O.B. _____

☐ Convenience Signer (Individual Accounts Only)
[ x _____ ]
I.D.# _____    D.O.B. _____

### BACKUP WITHHOLDING CERTIFICATIONS
TIN: ▮▮▮▮▮▮▮▮

☒ **TAXPAYER I.D. NUMBER** - The Taxpayer Identification Number shown above (TIN) is my correct taxpayer identification number.

☒ **BACKUP WITHHOLDING** - I am not subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

☐ **EXEMPT RECIPIENTS** - I am an exempt recipient under the Internal Revenue Service Regulations.

SIGNATURE: I certify under penalties of perjury the statements checked in this section and that I am a U.S. person (including a U.S. resident alien).

x */s/ M. R. White*  6-15-09
(Date)

Experi® ©1992 Bankers Systems, Inc., St. Cloud, MN Form MPSC-LAZ-MD 4/19/2004