# EXHIBIT 18

**Compass MARKETING**  Mike White <mwhite@compassmarketinginc.com>

# Emily White bank
1 message

**Daniel White** <dwhite@compassmarketinginc.com>   Mon, Aug 21, 2017 at 9:32 PM
To: "White, Michael Robert" <mwhite@compassmarketinginc.com>

Just while it is in front of me, and the TAG boys are robbing us blind ...

Emily Patricia White
Commonwealth One Bank
James Madison University
150 Bluestone Drive 22807
Telephone 800-424-3334

No rush of course. Just if there are some acorns one day. Anything she makes can come out of my BS loan.

Thanks, brother.