# EXHIBIT 2

| Date/Time (GMT) | Username | Event | Single Line | Successful | Client Name | Client Device | Host | User Agent | Ip Address | Flag |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/19/2021 20:38 | stern@kaganstern.com | download_email | Downloaded attachment MRW000001-MRW000118.zip. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11/19/2021 20:38 | stern@kaganstern.com | download_email | Downloaded attachment MRW000001-MRW000118.zip. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11/19/2021 20:37 | stern@kaganstern.com | download_email | Downloaded attachment MRW000001-MRW000118.zip. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11/19/2021 20:32 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11/19/2021 20:27 | stern@kaganstern.com | download_email | Downloaded attachment MRW000001-MRW000118.zip. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11/19/2021 20:26 | stern@kaganstern.com | user_logged_in | Logged in | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |

| | A | B | C | | | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 11/19/2021 19:56 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 9 | 11/19/2021 19:56 | stern@kaganstern.com | user_logged_in | Logged in | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 10 | 11/19/2021 18:56 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 11 | 11/19/2021 18:55 | stern@kaganstern.com | user_logged_in | Logged in | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 12 | 11/19/2021 18:49 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 13 | 11/19/2021 18:48 | stern@kaganstern.com | user_logged_in | Logged in | 1 | kiteworks Web User | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 11/19/2021 17:57 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 15 | 11/19/2021 17:57 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 16 | 11/19/2021 17:56 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 17 | 11/19/2021 17:50 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 18 | 11/19/2021 17:46 | stern@kaganstern.com | download_email_zip | Downloaded archive with attachments. Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com with Files: MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |

| | A | B | C | | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 11/19/2021 17:46 | stern@kaganstern.com | view_mail | | Viewed an e-mail Subject: "Michael R. White Document Production MRW000001-MRW000118 " To: stern@kaganstern.com, spatterson@marcusbonsib.com, gjordan@jz-llc.com, CC: jredd@kg-law.com, bmarcus@marcusbonsib.com, dirwin@kg-law.com | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 20 | 11/19/2021 17:46 | stern@kaganstern.com | user_logged_in | | Logged in | 1 | kiteworks Web User | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 21 | 11/19/2021 14:15 | stern@kaganstern.com | add_short_link | | Verification code link sent | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 22 | 11/19/2021 14:15 | Unauthenticated | update_password | | Updated their password | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 23 | 11/19/2021 13:58 | stern@kaganstern.com | add_short_link | | Verification code link sent | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 24 | 11/19/2021 13:58 | Unauthenticated | update_password | | Updated their password | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 25 | 11/19/2021 13:52 | stern@kaganstern.com | add_short_link | | Verification code link sent | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |
| 26 | 11/19/2021 13:52 | Unauthenticated | update_password | | Updated their password | 1 | | | kg-law.kiteworks.com | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/95.0.4638.69 Safari/537.36 Edg/95.0.1020.53 | 151.196.44.34 | 1 |