IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.<br><br>Defendant. | Case No. 1:21-cv-00309-ELH |

PROPOSED ORDER

Upon consideration of the Motion for Leave to File Surreply filed by Non-Party Michael R. White, any opposition thereto, the record in this case, and the applicable law, it is this _____ day of _____, 2021, by the United States District Court for the District of Maryland, ORDERED that

1. Non-Party Michael R. White's Motion for Leave to File Surreply is GRANTED; and

2. The Clerk of the Court transmit a copy of this Order to the parties.

                                                                  United States District Court