# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Compass Marketing's Motion to Extend Discovery Deadline, and any opposition thereto, it is hereby ORDERED on this _____ day of _____, 2022, that the Motion to Extend Discovery Deadline is GRANTED; and it is further

ORDERED, that the discovery deadline and the date for the submission of their status report set forth in this Court's November 29, 2021 Order is extended pending the outcome of the Show Cause Hearing on March 9, 2022; and it is further

ORDERED, that during the extended period for discovery, Compass Marketing may continue the depositions of Daniel White and Michael White, and take the deposition of George White; and it is further

ORDERED, that the dispositive pretrial motions deadline set forth in this Court's November 29, 2021 Order is extended pending the outcome of the Show Cause Hearing on March 9, 2022.

_____
Ellen L. Hollander
Judge, United States District Court