# EXHIBIT 2

## Fwd: Document

**Daniel White** <danieljwhite@msn.com>
Tue 1/26/2021 9:32 PM
To: Mike White <michaelrwhite@comcast.net>

Daniel White

---

**From:** J Boshea <jlboshea@outlook.com>
**Sent:** Tuesday, January 26, 2021 5:39:51 PM
**To:** Daniel White <danieljwhite@msn.com>
**Subject:** FW: Document

Does this look correct ? Greg is paying MD attorney like $625 per hour. Thx my friend

David J. Boshea, Jr
Executive Vice President,CEO.
DJB Associates LLC
443-758-5504
jlboshea@outlook.com

**From:** Gregory Jordan
**Sent:** Tuesday, January 26, 2021 4:33 PM
**To:** JLBOSHEA@outlook.com; Jordan, Gregory J
**Subject:** Document

## Fwd: bernie

**Daniel White** <danieljwhite@msn.com>
Mon 6/7/2021 4:24 PM
To: Mike White <michaelrwhite@comcast.net>

Daniel White

---

**From:** david boshea <djboshea@outlook.com>
**Sent:** Monday, June 7, 2021 3:30:58 PM
**To:** Daniel White <danieljwhite@msn.com>
**Subject:** bernie

Hi Dan,
We need some help . can you supply info on Wyoming and FL companies..... date formed, business ID, money balances and transfer info. Greg is garnishing things and freezing things.

Also, can you provide cases Bernie has paid on and nature of suite like that girl Bernie sent pic too.

If George can find those emails Bernie sent to me that would be great. Greg is hitting hard and fast.

The circle of crooks around john..... Can you please list them along with their salary. Any other info you think greg can use to put stern / Bernie down to settle.
Thx


David J. Boshea, Jr.
CEO.
DJB Associates LLC
443-758-5504
djboshea@outlook.com

## Fwd: Deposition

**Mike White** <michaelrwhite@comcast.net>
Thu 8/19/2021 12:02 PM
To: Daniel White <danieljwhite@msn.com>

Mike White

Begin forwarded message:

> **From:** Gregory Jordan <gjordan@jz-llc.com>
> **Date:** August 19, 2021 at 11:25:45 AM EDT
> **To:** Mike White <michaelrwhite@comcast.net>
> **Subject: Deposition**
>
> Mike,
>
> You have a deposition scheduled for next Tuesday. Has Compass served you with the subpoena? As a courtesy, I have attached Compass' discovery responses in which they identify you as a person with knowledge. David is reviewing his responses. I will deliver David's responses to you when he gives me his final comments.
>
> Greg
>
> Gregory J. Jordan
> Licensed in Illinois and Indiana
> **NOTE OUR NEW ADDRESS:**
> Jordan & Zito LLC
> 350 North LaSalle Street, Suite 1100
> Chicago Illinois 60654
> (312) 854-7181 (Office)
> (312) 543-7354 (Cellular)
> gjordan@jz-llc.com
>
> **Notice from Jordan & Zito LLC **
>
> To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Daniel White <danieljwhite@msn.com>
**Sent:** Monday, August 16, 2021 1:59 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Mike White <michaelrwhite@comcast.net>
**Subject:** Re: dan mike

Greg -

1. Monserez transcripts attached.
2. I did not draft Dave's employment agreement.

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Sunday, August 15, 2021 4:06 PM
**To:** Daniel White <danieljwhite@msn.com>
**Subject:** dan mike

Dan,

Dave sent the attached to me. The email leads me to understand that the Board of Directors, comprised of you, Mike, and John, would have to approve employment decisions. This would include Dave's Separation Agreement, which I have attached. I anticipate you drafted it, but I am interested in knowing whether the approval of the agreement would be backed by minutes or whether the three of you approved it informally./

If you have any minutes, can you please provide to me?

Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

\*\*Notice from Jordan & Zito LLC \*\*

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

Documents

**Gregory Jordan** <gjordan@jz-llc.com>
Mon 9/20/2021 10:04 AM
To: michaelrwhite@comcast.net <michaelrwhite@comcast.net>
Cc: 'Daniel White' <danieljwhite@msn.com>

Mike,

Would you please send the entire agreement, including the signature pages you sent? John White will, no doubt, claim the pages are fake.

Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

\*\*Notice from Jordan & Zito LLC \*\*

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** michaelrwhite@comcast.net <michaelrwhite@comcast.net>
**Sent:** Sunday, September 19, 2021 8:53 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** 'Daniel White' <danieljwhite@msn.com>
**Subject:**

## FW: White Eagle

michaelrwhite@comcast.net <michaelrwhite@comcast.net>
Sun 8/29/2021 7:01 PM
To: 'Daniel White' <danieljwhite@msn.com>

**From:** michaelrwhite@comcast.net <michaelrwhite@comcast.net>
**Sent:** Sunday, August 29, 2021 6:52 PM
**To:** 'gjordan@jz-llc.com' <gjordan@jz-llc.com>
**Subject:** White Eagle

Mr. Jorden,

Hope this is helpful

Mike

Compass MARKETING

John White <jwhite@compassmarketinginc.com>

---

### Re: Columbia Country Club
1 message

John White <jwhite@compassmarketinginc.com>  Wed, May 16, 2012 at 4:56 PM
To: Dave Boshea <dboshea@compassmarketinginc.com>

We will just do it here

> On Wed, May 16, 2012 at 3:18 PM, Dave Boshea <dboshea@compassmarketinginc.com> wrote:
> Hey I can always ask ??? How many people ?
>
> Sent from my iPhone
>
> On May 16, 2012, at 1:19 PM, John White <jwhite@compassmarketinginc.com> wrote:
>
>> Ok, we will do here in Annapolis
>>
>> On May 16, 2012, at 1:24 PM, Dave Boshea <dboshea@compassmarketinginc.com> wrote:
>>
>>> Can not . Most clubs are closed Monday's
>>>
>>> Sent from my iPhone
>>>
>>> On May 16, 2012, at 12:22 PM, John White <jwhite@compassmarketinginc.com> wrote:
>>>
>>>> Closed meaning you can or can not golf Mondays?
>>>>
>>>> On May 16, 2012, at 12:42 PM, Dave Boshea <dboshea@compassmarketinginc.com> wrote:
>>>>
>>>>> We are closed on Monday's most clubs are ..
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On May 16, 2012, at 11:06 AM, John White <jwhite@compassmarketinginc.com> wrote:
>>>>>
>>>>>> Guys,
>>>>>>
>>>>>> This is getting a little nuts.
>>>>>>
>>>>>> I need to check with Ralph and alert that Caves is booked with a tournament. I also need to see if we can do golf the 2nd day 12th instead.
>>>>>>
>>>>>> Another back up plan in considering will be to fly to Chicago and have meeting at White Eagle or at our attorney Mitch's place, and include store visits for the advisory board members
>>>>>>
>>>>>> I will advise after speaking to Ralph.
>>>>>> John
>>>>>>
>>>>>>
>>>>>> Begin forwarded message:
>>>>>>
>>>>>>> From: "Ed Quinn" <equinn@lwparry.com>
>>>>>>> Date: May 16, 2012 11:49:24 AM EDT
>>>>>>> To: "John White" <jwhite@compassmarketinginc.com>
>>>>>>> Subject: RE: Columbia Country Club
>>>>>>>
>>>>>>> John, the club is closed on Mondays but Tuesday would probably be alright —we need a member in each foursome but we have enough Tagnetic's investors in the membership to work out the golf. Please let me know so I can make the arrangements. EJQ
>>>>>>>
>>>>>>>
>>>>>>> From: John White [mailto:jwhite@compassmarketinginc.com]
>>>>>>> Sent: Wednesday, May 16, 2012 12:21 AM
>>>>>>> To: Ed Quinn
>>>>>>> Subject: Columbia Country Club

DJW000811

Hi Ed,

Wondering if your able to help me. I'm looking for a location to host a Tagnetics outside advisory board meeting of industry leaders. I was thinking your club would be great.

We are looking to have everyone fly in (8 people) and golf the afternoon of June 11th, followed by cocktails and dinner, and an early am meeting on the 12th.

If appropriate could you see if you/I could host the meeting at CCC? It would be nice to introduce you to some of our advisors as well.

Thanks

John

DJW000812

Compass MARKETING — Compass Marketing Mail - Re: Fwd:

John White <jwhite@compassmarketinginc.com>

## Re: Fwd:
1 message

John White <jwhite@compassmarketinginc.com>  
To: Mike White <mwhite@compassmarketinginc.com>

Fri, May 25, 2012 at 7:43 AM

I saw it as he copied me too. Just ignore.

On May 25, 2012, at 7:30 AM, Mike White <mwhite@compassmarketinginc.com> wrote:

> Michael R. White  
> Compass Marketing Inc  
> Annapolis Maryland 21403  
> 410-268-0030 x 202  
> fax 443-782-2523
>
>
> ---------- Forwarded message ----------  
> From: Dave Boshea <dboshea@compassmarketinginc.com>  
> Date: Thu, May 24, 2012 at 12:51 AM  
> Subject:  
> To: Mike White <mwhite@compassmarketinginc.com>, John White <jwhite@compassmarketinginc.com>
>
> Mike  
> Hey bro . White eagle raised monthly fee to $750 .  
> Thx  
> Dave
>
> Sent from my iPhone

Compass MARKETING

John White <jwhite@compassmarketinginc.com>

**(no subject)**
1 message

Dave Boshea <dboshea@compassmarketinginc.com>
To: Mike White <mwhite@compassmarketinginc.com>, John White <jwhite@compassmarketinginc.com>

Thu, May 24, 2012 at 12:51 AM

Mike
Hey bro .. White eagle raised monthly fee to $750 .
Thx
Dave

Sent from my iPhone