# EXHIBIT 3

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
MDD_skgchambers@mdd.uscourts.gov

November 10, 2021

To: All Counsel of Record

Re:  Boshea v. Compass Marketing, Inc.
     Civil Action No. ELH-21-309

Dear Counsel:

 Based on the information you provided me regarding your and your client/party representative's availability, either at our mediation session or in subsequent communications with me or Ms. Jacobs, below is a deposition schedule that addresses the key depositions, in the order requested by defendant, largely within the discovery deadline set by Judge Hollander. (I am happy to recommend to Judge Hollander that she allows this slight extension of the discovery deadline with the commensurate extension of the motions deadline):

> Daniel White: November 29, 2021, 8:00 a.m. to 12:30 p.m. (zoom);
>
> Michael White: December 1, 2021, (zoom) Time and place of deposition to be determined;
>
> John White:  December 16, 2021 - Time, place, and mode of deposition to be determined; and
>
> David Boshea:  December 17, 2021 - Time, place, and mode of deposition to be determined.

 Given the continued public health crisis and the difficulties encountered in scheduling with busy attorneys and busy deponents in different geographical locations, zoom seems highly preferable, if not mandated.

 Once these depositions are taken (and subpoenaed documents produced) in accordance with Judge Copperthite's memorandum and

order, it seems to me that each side will be in a better position to (re)assess their litigation and settlement positions.

Accordingly, I am setting a supplemental mediation session for **January 21, 2022** at **10:00 a.m.,** to be held by Zoom. Counsel shall file a status of ongoing negotiations on **January 18, 2022.**

Sincerely yours,

/s/

Susan K. Gauvey
United States Magistrate Judge