IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| | Case No. 1:21-CV-00309-ELH |
| v. | * |
| **COMPASS MARKETING, INC.** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Compass Marketing's Motion to Compel Deposition Testimony of Non-Parties Daniel White and Michael White and Extend Number of Deposition Hours for Fact Witnesses, and any opposition thereto, it is hereby ORDERED on this _____ day of _____, 2022, that that Motion to Compel Deposition Testimony of Non-Parties Daniel White and Michael White and Extend Number of Deposition Hours is GRANTED; and is further

ORDERED, that Compass Marketing shall have the ability to conduct the deposition of Daniel White, who must answer questions posed of him truthfully, without evading the questions, and without instruction from counsel not to answer or speaking objections; and it is further

ORDERED, that Compass Marketing shall have the ability to conduct the deposition of Michael White, who must answer questions posed of him truthfully, without evading the questions, and without instruction from counsel not to answer or speaking objections; and it is further

ORDERED, that the number of hours Compass Marketing previously devoted to deposing Daniel White and Michael White shall not count toward the 15 hour limit for Compass Marketing

to conduct depositions of fact witnesses [OR Compass Marketing may use up to 25 hours of deposition time to depose fact witnesses in this case].

                                                                  _____
                                                                   A. David Copperthite
                                                                   United States Magistrate Judge