IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| **Plaintiff,** | * |
| v. | *   Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant Compass Marketing's Motion to Extend Discovery Deadline, David Boshea's Limited Objection to Motion to Extend Discovery Deadline, and any other opposition to the motion, it is ORDERED on this _____ day of _____, 2022, that the Motion to Extend Discovery Deadline is GRANTED in part and DENIED in part; and it is further

ORDERED that the Court extends the discovery deadline provided in its November 29, 2021 Order to March 15, 2022 for the limited purpose of allowing (1) Compass Marketing, Inc. to depose Daniel White, Michael White, and George White limited to matters directly related to the facts alleged in the complaint and counterclaim, and (2) the parties to depose David Boshea, John White, and the expert witnesses identified by the parties.

ORDERED that the date for the submission of the parties' status report required by this Court's November 29, 2021 Order is extended to March 15, 2022; and it is further

ORDERED that the Court requires that any party seeking to file a dispositive pretrial motion must do so no later than March 30, 2022; and it is further

_____
Ellen L. Hollander
Judge, United States District Court