IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND
(Northern Division)

| DAVID JOHN BOSHEA, | : | |
|---|---|---|
| v. | : | Case No. 1:21-cv-00309-ELH |
| COMPASS MARKETING, INC. | : | |
| Defendant | : | |

## ORDER

Upon consideration of Non-Party Daniel White's Consent Motion to Reschedule the Virtual Show Cause Hearing on March 3, 2022, it is this _____ day of January, 2022, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Consent Motion to Reschedule the Virtual Show Cause Hearing be and hereby is GRANTED; and it is further

ORDERED, that Virtual Show Cause Hearing shall be rescheduled to a date mutually agreeable to all parties.

_____
A. David Copperthite
United State Magistrate Judge