# EXHIBIT 1

**Justin A. Redd**

| | |
|---|---|
| **From:** | Sandra R. Vogel |
| **Sent:** | Thursday, November 18, 2021 4:04 PM |
| **To:** | 'Stephen Stern'; Sydney M. Patterson; Gregory Jordan |
| **Cc:** | Bruce L. Marcus; Justin A. Redd; David B. Irwin |
| **Subject:** | Michael R. White Document Production MRW000001-MRW000118 |

# Kiteworks

## svogel@kg-law.com sent you a secure message

**Access message**

Below is a link to documents sent to you on behalf of Justin A. Redd, Esquire. If this is the first time you have used our file transfer system, you will need to create a password for your email address when you login. While setting up your account, a verification email will be sent to your email address. The verification email is often caught in spam filters. If you do not receive the verification email within 30 minutes, please have your IT Department check the spam filter. The enclosed documents are password protected and I will send you that password in a separate e-mail.

**Sandra R. Vogel**
**Legal Assistant to Justin A. Redd**
D 410-319-0472
svogel@kg-law.com

KRAMON & GRAHAM PA
ATTORNEYS AT LAW
One South Street | Suite 2600 | Baltimore, MD 21202
T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

Secured by Kiteworks

Attachments expire on Dec 03, 2021

**2 compressed files**
MRW000001-MRW000118.zip, FW Your agreement is attached. Not signed off by our G.C. bu should ne tomorrow..zip

1

> This message requires that you sign in to access the message and any file attachments.

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.