# EXHIBIT 2

## Sandra R. Vogel

| | |
|---|---|
| **From:** | Justin A. Redd |
| **Sent:** | Thursday, December 2, 2021 10:47 AM |
| **To:** | 'Stephen Stern' |
| **Cc:** | David B. Irwin; 'spatterson@marcusbonsib.com'; 'Bruce L. Marcus'; 'Gregory Jordan' |
| **Subject:** | RE: Activity in Case 1:21-cv-00309-ELH Boshea v. Compass Marketing, Inc. Reply to Response to Motion |
| | |
| **Follow Up Flag:** | Copied to Worldox (Client Files\21337\0\03884087.MSG) |

Stephen,

Thanks for discussing yesterday the issues in Compass's reply (ECF 71) that I raised below, including confirming that your office did receive the native format email. As I mentioned, the disputed email was produced well in advance of the filing of the reply, and the emails attached to Michael White's opposition reflect many proposed deposition dates. The contempt motion is obviously a serious matter, and the current briefing contains inaccurate information about my conduct. Please promptly file an appropriate supplement or correction to those issues.

Also, you mentioned some cases that you thought supported your position as to certain disputed questions and instructions not to answer in Michael White's deposition. You mentioned one called Hanlon, I believe. Please, as you offered, send the citations so I can review them and determine if the dispute can be resolved. I believe my position is correct and the objections and instructions were well-founded, but to the extent those cases may provide information I wasn't aware of, I am open to considering it. Thanks,


**Justin A. Redd**
www.justinaredd.com
D 410-347-7432 | F 410-539-1269
jredd@kg-law.com | vCard | (he/him/his)

## KRAMON & GRAHAM PA
ATTORNEYS AT LAW

One South Street | Suite 2600 | Baltimore, MD 21202
T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

---

**From:** Justin A. Redd
**Sent:** Monday, November 29, 2021 3:12 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** David B. Irwin <dirwin@kg-law.com>; spatterson@marcusbonsib.com; Bruce L. Marcus <bmarcus@marcusbonsib.com>; Gregory Jordan <gjordan@jz-llc.com>
**Subject:** FW: Activity in Case 1:21-cv-00309-ELH Boshea v. Compass Marketing, Inc. Reply to Response to Motion

Stephen,

Please tell me the basis for the statements in Compass's reply (ECF 71 at 8) that only one deposition date was offered for Michael White — when in reality, we offered many — and (ECF 71 at 8 n.14) that "Compass Marketing has inquired about the status of Michael White's response to that subpoena and has been advised by Michael White's counsel that it is in the process of being delivered, but it has not been received yet." — when in reality, we already produced the native format email on 11/18.

**Justin A. Redd**
www.justinaredd.com
D 410-347-7432 | F 410-539-1269
jredd@kg-law.com | vCard | (he/him/his)

**K R A M O N   &   G R A H A M** PA
ATTORNEYS AT LAW

One South Street | Suite 2600 | Baltimore, MD 21202
T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

---

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov <MDD_CM-ECF_Filing@mdd.uscourts.gov>
**Sent:** Wednesday, November 24, 2021 12:37 PM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-00309-ELH Boshea v. Compass Marketing, Inc. Reply to Response to Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Maryland**

## Notice of Electronic Filing

The following transaction was entered by Stern, Stephen on 11/24/2021 at 12:37 PM EST and filed on 11/24/2021
**Case Name:**        Boshea v. Compass Marketing, Inc.
**Case Number:**      1:21-cv-00309-ELH
**Filer:**            Compass Marketing, Inc.
**Document Number:** 71

**Docket Text:**
**REPLY to Response to Motion re [64] MOTION for Sanctions filed by Compass Marketing, Inc.. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit, # (4) Exhibit, # (5) Exhibit, # (6) Exhibit, # (7) Exhibit, # (8) Exhibit, # (9) Exhibit, # (10) Exhibit, # (11) Exhibit)(Stern, Stephen)**

**1:21-cv-00309-ELH Notice has been electronically mailed to:**

Bruce L Marcus bmarcus@marcusbonsib.com

David B Hamilton david.hamilton@wbd-us.com

Gregory J Jordan gjordan@jz-llc.com

Justin Akihiko Redd jredd@kg-law.com, svogel@kg-law.com

Sarah E Meyer sarah.meyer@wbd-us.com, laura.coulbourne@wbd-us.com

Stephen B Stern stern@kaganstern.com, ellis@kaganstern.com, yeung@kaganstern.com

Thomas J Gagliardo tgagliardo-efile@gelawyer.com, dbinder@gelawyer.com, incoming@gelawyer.com, Jhill@gelawyer.com, tomgagliardo@gmail.com

**1:21-cv-00309-ELH Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-0] [08a83f7f1140274cc9195896b7751faa78c9726759e85aa8dd6a57f1015292165
016a3c315f7a979aa8838482f7baab7185e056de3ef3ccdeb72e0862f2dfe1d]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-1] [70d3cf758ffad9c6be74ab332990c13afcf8a2356515f74996df72a4ac66622e8
473df7658681ba85cb582f3c6c5a380513099e14a8654ec39f8a613e05dde37]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-2] [38b566da2a60d6d2eecbe0245e32b2be3eb423af90e42b7d958ed4ef9b2cc8d4e
629b6b66e607c255012023dc388166ede62380bf40fa2c2f496f878276cd571]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-3] [64dfc58960e642c0119a4234481a32bf32dc62fc4328d0034548c89998c348441
92d0e5cd00c8413281e8b96a665a8a8ec01cfed785235a5aa1824f6267d4845]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-4] [1abf13f6e0a84f226814af27f631714efe5020f4aa9f26a1a5a57e2cb2cdfdcd7
d6c376ac4e83fc6549ee699fa17137829469c82feafc4b58b956917cb0b6a7a]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-5] [29c2aa7372ef27b6720cccb77e03d29bc9cf7b0329e8d9f6ec9d5adc58e76a425
37b42587d95ce59fb731e1443d67a8d03fb63bd8fe21cfc70f77867b52d60d0]]
**Document description:**Exhibit
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-6] [349300eab3f7408ed20cd8a28f84815f83924d1ed207c2e5ee93c2e1defcfbe0b
02920322c56cb9e21ec20dfc5dd4c6189c15588b820cab2fb5e38e198d178d5]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-7] [3e2c31f3cd45073223015707d434f98b6620cb8d393e3fb34472cb3d3d98b5302
d638d30e4b6cb8e4f9664d3f6757288d8abf8c3773540a84bad95ffb4850a5d]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-8] [87d4ebd492cacb993fdec2bfeac4cee07096524358714e2eb37236738ec66bfc5
1beb14b578e1d273bde8a791b4505f538be8fa8df9162b3e2720889e0aed07c]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-9] [3c9e2969b005f89280e1a7946910433895321ef0132337d8055fc8e959ffeb617
08173af3de4f74bd27c2b0f1abbce9e3835529b03af099c970069032eefdded]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-10] [58d7d1137d173e6d9d4e4be147fb6da2d0b5cd016608af941a10d4f2d3c98e8c
214b4118a62052545b7e9209f42fca647fabb1a57155cb7a8b35184f49c965b9]]
**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=11/24/2021] [FileNumber=10452094
-11] [35407e7c6bdbbbc90dc937cd6a3b11e55d65e3cff95755b203ac5f6625bb9052
a6f3ecf75197efd3d4862abe96aab626ad8445563f08b4be02521a309044d230]]