# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-cv-00309-ELH |

## PROPOSED ORDER

Upon consideration of the Motion To Compel and Motion To Extend Discovery Deadline filed by Compass Marketing, Inc., the opposition thereto filed by Non-Party Michael R. White, the record in this case, and the applicable law, it is this _____ day of _____, 2022, by the United States District Court for the District of Maryland, ORDERED that

1. Compass Marketing, Inc.'s Motion To Compel is DENIED as to Michael R. White;

2. Compass Marketing, Inc.'s Motion To Extend Discovery Deadline is DENIED as to Michael R. White; and

3. The Clerk of the Court transmit a copy of this Order to the parties.

_____
Honorable A. David Copperthite
United States Magistrate Judge