# EXHIBIT 3

# Sandra R. Vogel

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Monday, November 22, 2021 11:27 AM |
| **To:** | Stephen Stern; Heather Yeung |
| **Cc:** | Justin A. Redd; Thomas J. Gagliardo |
| **Subject:** | George White |
| | |
| **Follow Up Flag:** | Copied to Worldox (Client Files\21343\0\03836968.MSG) |

Justin Redd and I spoke today. Justin advised me that you sent a subpoena to George White and proposed to take his deposition tomorrow. I searched my email and do not see either the subpoena or a notice of George White's deposition. I am not available tomorrow for a deposition.

Please call me and I will patch Justin into the call, so we can schedule a time for George White to sit.

In fairness to you, I have never spoken with George White, and to the best of my knowledge, David Boshea has not talked with him since David filed his lawsuit.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC