# EXHIBIT 4

Sandra R. Vogel

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Friday, December 3, 2021 11:22 AM |
| **To:** | Justin A. Redd; Stephen Stern; Heather Yeung |
| **Cc:** | Thomas J. Gagliardo |
| **Subject:** | George White Deposition |

I am available in the afternoon on December 20 and 21. I am available all day on December 22.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

\*\*Notice from Jordan & Zito LLC \*\*

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC


**From:** Justin A. Redd <JRedd@kg-law.com>
**Sent:** Thursday, December 2, 2021 4:16 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Stephen Stern <stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: George White Deposition

OK, please confer and tell me some options for available times on 12/20, 12/21, and 12/22 and we will try to block one off.


**Justin A. Redd**
www.justinaredd.com
D 410-347-7432 | F 410-539-1269
jredd@kg-law.com | vCard | (he/him/his)

KRAMON & GRAHAM PA
ATTORNEYS AT LAW

One South Street | Suite 2600 | Baltimore, MD 21202

1

T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Thursday, December 2, 2021 11:37 AM
**To:** Justin A. Redd <JRedd@kg-law.com>; Stephen Stern <stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** George White Deposition

Justin,

Stephen and I have scheduled John White and David Boshea's depositions on December 16 and 17. Can you please discuss alternative dates with your client.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Justin A. Redd <JRedd@kg-law.com>
**Sent:** Thursday, December 2, 2021 10:34 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Stephen Stern <stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** RE: George White Deposition

Stephen and Greg,

The proposed deposition dates of the afternoons of 12/9 and 12/10 do not work. We could do Thursday, Dec. 16 morning or afternoon, or Friday, Dec. 17 in the morning.


**Justin A. Redd**
www.justinaredd.com

D 410-347-7432 | F 410-539-1269
jredd@kg-law.com | vCard | (he/him/his)

**KRAMON & GRAHAM** PA
ATTORNEYS AT LAW

One South Street | Suite 2600 | Baltimore, MD 21202
T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Tuesday, November 23, 2021 1:31 PM
**To:** Stephen Stern <stern@kaganstern.com>; Heather Yeung <yeung@kaganstern.com>
**Cc:** Justin A. Redd <JRedd@kg-law.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** George White Deposition

Stephen,

Justin Redd and I called you at 1:00 pm (EST) to schedule George White's deposition. Although you presumably have the entire day open since you stated that you planned to depose Mr. White for seven hours, we did not reach you. I have the dates on which Justin is available and which I am able to participate by Zoom:

1. November 29, after Daniel White's deposition,
2. November 30 in the afternoon,
3. December 1 after Michael White's deposition, and
4. The morning of December 3.

Please let me know our availability. Also, please send me the Zoom information for Daniel and Michael White's depositions.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.