# EXHIBIT 5

## Sandra R. Vogel

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Tuesday, January 11, 2022 11:58 AM |
| **To:** | Justin A. Redd; 'Stephen Stern' |
| **Cc:** | Heather Yeung |
| **Subject:** | Boshea v. Compass Marketing, Inc. - George White Deposition |

Please note David Boshea does not consent to extend the discovery deadline.


Gregory J. Jordan

Licensed in Illinois and Indiana

**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Justin A. Redd <JRedd@kg-law.com>
**Sent:** Tuesday, January 11, 2022 11:50 AM
**To:** 'Stephen Stern' <Stern@kaganstern.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Heather Yeung <yeung@kaganstern.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - George White Deposition

Stephen,

Given the short notice, this week is not available. As I started to look into next week, I noticed that the discovery deadline is Friday. We previously offered numerous dates within the discovery period as extended by the Court – November 29 and 30 and December 1, 3, 16, 17, 20, 21, and 22 – that all went unanswered. If the Court extends discovery, we can clear a date and will conduct the deposition, but until then we are not in a position to agree to conduct a deposition outside of the Court's deadline. Thanks for your understanding.


**Justin A. Redd**
www.justinaredd.com
D 410-347-7432 | F 410-539-1269
jredd@kg-law.com | vCard | (he/him/his)

**K R A M O N   &   G R A H A M** PA
ATTORNEYS AT LAW

One South Street | Suite 2600 | Baltimore, MD 21202
T 410-752-6030 | F 410-539-1269 | www.kramonandgraham.com

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Sunday, January 9, 2022 10:14 PM
**To:** Justin A. Redd <JRedd@kg-law.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Heather Yeung <yeung@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - George White Deposition

Justin:

I wanted to circle back about scheduling George White's deposition. Please provide some dates for the deposition. I expect it will go half a day at most, likely less, and we can do it remotely (by video).

Thanks,
Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

This communication is from a law firm and may contain confidential or privileged information. Unauthorized retention, disclosure, or use of this information is prohibited and may be unlawful under 18 U.S.C. §§ 2510-2521. Accordingly, if this email has been sent to you in error, please contact the sender by reply email or by phone at 410-752-6030.