IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID JOHN BOSHEA, | : | |
| | : | |
| v. | : | Case No. 1:21-cv-00309-ELH |
| | : | |
| COMPASS MARKETING, INC. | : | |
| | : | |
| Defendant | : | |
| | : | |

## **ORDER**

Upon consideration of Defendant's Motion to Compel and Motion to Extend Discovery Deadline, and all oppositions thereto, it is this _____ day of _____, 2022, by the United States District Court for the District of Maryland, hereby

ORDERED, that Defendant's Motion to Compel be and hereby is DENIED as to Daniel J. White; and it is further

ORDERED, that Defendant's Motion to Extend Discovery Deadline be and hereby is DENIED as to Daniel J. White.

_____
Honorable A. David Copperthite
United States Magistrate Judge