IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT/COUNTER-PLAINTIFF'S COMPASS MARKETING, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant/Counter-Plaintiff Compass Marketing, Inc. ("Compass Marketing"), by and through its undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Rule 105, hereby files this Motion for Partial Summary Judgment, seeking the dismissal of Count II of the Second Amended Complaint. In support of this Motion, Compass Marketing submits and relies on Defendant/Counter-Plaintiff Compass Marketing Inc's Memorandum in Support of its Motion for Partial Summary Judgment, which is contemporaneously filed with this Motion and incorporated herein by reference.

Dated: February 15, 2022              Respectfully submitted,

                                      ____/s/Stephen B. Stern_____
                                      Stephen B. Stern, Bar No.: 25335
                                      Heather K. Yeung, Bar No.: 20050
                                      KAGAN STERN MARINELLO & BEARD, LLC
                                      238 West Street
                                      Annapolis, Maryland 21401
                                      (Phone): (410) 216-7900
                                      (Fax):  (410) 705-0836
                                      Email:  stern@kaganstern.com
                                      Email:  yeung@kaganstern.com

                                      *Counsel for Defendant*
                                      *Compass Marketing, Inc.*


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February, 2022, the foregoing Motion for Partial Summary Judgment was served via the CM/ECF system on the following counsel of record:

| | |
|---|---|
| Thomas J. Gagliardo | Gregory J. Jordan |
| Gilbert Employment Law, PC | Mark Zito |
| 1100 Wayne Avenue, Suite 900 | Jordan & Zito, LLC |
| Silver Spring, Maryland 20910 | 350 N. LaSalle Drive, Suite 1100 |
| Email: tgagliardo@gelawyer.com | Chicago, Illinois 60654 |
| | Email: gjordan@jz-llc.com |

*Attorneys for Plaintiff*
*David Boshea*


                                      */s/ Stephen B. Stern_____*
                                      Stephen B. Stern