# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF JOHN D. WHITE

I, John D. White, declare under the penalty of perjury under the laws of the United States of America that the following is true and correct.

1. I am one of the co-founders of Compass Marketing, Inc. ("Compass Marketing" or the "Company"), which was formed in 1998.

2. I have served as Chairman and CEO of the Company, and I am presently the Chairman of Compass Marketing.

3. Throughout the first ten years of his employment with the Company, David Boshea came to Maryland sporadically. On average, he came to Maryland no more than four times per year related to his work for Compass Marketing.

4. During his final three years of employment, however, he came to Maryland one time for two (2) days related to his work for Compass Marketing.

I declare under the penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: February 15, 2022

_____
John D. White