IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Defendant/Counter-Plaintiff's Compass Marketing, Inc.'s Motion for Partial Summary Judgment, as well as any opposition and reply in support thereto, it is, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Count II of the Second Amended Complaint is DISMISSED with prejudice in its entirety.

Entered this _____ day of _____, 2022.

_____
United States District Judge