# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

|  |  |
|---|---|
| DAVID J. BOSHEA | ) |
| Plaintiff, | ) ) ) C.A. No. 1:21-CV-00309-ELH |
| v. | ) ) |
| COMPASS MARKETING, INC. | ) ) |
| Defendant. | ) ) |

## NOTICE AND ENTRY OF APPEARANCE

Please enter the appearance of Brian A. Tollefson and the law firm of Tollefson IP on behalf of Defendant Compass Marketing, Inc., in the above-captioned matter.

Dated: March 1, 2022

Respectfully Submitted,

/s/Brian A. Tollefson
Brian A. Tollefson, MDD Bar No. 16289
TollefsonIP
326 First Street, #202
Annapolis, MD 21403
brian@tollefsonip.com
443-699-2450

*Attorneys for Defendant
Compass Marketing, Inc.*