# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA, </br></br>Plaintiff, </br></br>v. </br></br>COMPASS MARKETING, INC. </br></br>Defendant. | C.A. No. 1:21-CV-00309-ELH |

## NOTICE AND ENTRY OF APPEARANCE

Please enter the appearance of Brian A. Tollefson and the law firm of Tollefson IP on behalf of Defendant Compass Marketing, Inc., in the above-captioned matter.

Dated: March 2, 2022

Respectfully Submitted,

/s/Brian A. Tollefson
Brian A. Tollefson, MDD Bar No. 16289
TollefsonIP
326 First Street, #202
Annapolis, MD 21403
brian@tollefsonip.com
443-699-2450

*Attorneys for Defendant*
*Compass Marketing, Inc.*