IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff/Counter Defendant, David Boshea's Motion to Extend Discovery and to Compel John White's Deposition, the premises considered and the Court deeming itself advised, it is ORDERED on this _____ day of _____, 2022, that the motion is GRANTED.

_____
Ellen L. Hollander
Judge, United States District Court