**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCChambers@mdd.uscourts.gov

April 19, 2022

TO COUNSEL OF RECORD

Re: *Boshea v. Compass Marketing, Inc.*, ELH-21-309

Dear Counsel:

The Court is in receipt of David J. Boshea's Motion to Extend Discovery and to Compel John White's Deposition (ECF No. 102), Compass Marketing, Inc's Response in Opposition (ECF No. 103), and Mr. Boshea's Reply (ECF No. 104 ). The matters are fully briefed, and there is no need for a hearing. Loc.R. 105.7 (D.Md. 2021).

This matter is an easy one to resolve and is within the Court's discretion. Compass maneuvered the deposition dates of John White after agreeing to produce John White as a witness. Compass waited until the discovery deadline passed and then refused to produce the witness. Compass does not dispute this tactical maneuvering and does not dispute the facts set forth in Mr. Boshea's motion. *See* ECF No. 103 at 3 n.4. Mr. Boshea relied upon Compass' representations that John White would be available as a witness. The Court is satisfied with Mr. Boshea's representations that John White is a critical witness. Compass does not argue otherwise. The Motion (ECF No. 102) is GRANTED, and Compass is ORDERED to produce John White as a witness within 30 days of the date of this Order. The discovery deadline is extended for the sole purpose of deposing John White.

Very truly yours,

A. David Copperthite
United States Magistrate Judge