IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| Plaintiff, | * | Case No. 1:21-CV-00309-ELH |
| v. | * | |
| **COMPASS MARKETING, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Extend Discovery to Conduct David Boshea's Deposition filed by Compass Marketing, Inc., and any opposition thereto, it is ORDERED on this _____ day of _____, 2022, that:

Compass Marketing's Motion to Extend Discovery to Conduct David Boshea's Deposition is hereby GRANTED;

and it is further ORDERED that Plaintiff David Boshea shall complete his deposition within thirty (30) days of the date of this Order.

_____
A. David Copperthite
United States Magistrate Judge