# EXHIBIT 2

## Stephen Stern

| | |
|---|---|
| **From:** | Gregory Jordan <gjordan@jz-llc.com> |
| **Sent:** | Tuesday, January 4, 2022 3:54 PM |
| **To:** | Stephen Stern |
| **Cc:** | Thomas J. Gagliardo; Alan Garten (AMG@fedgar.com); Heather Yeung |
| **Subject:** | Boshea v. Compass Marketing, Inc. -  Deposition Dates |

Stephen,

I received your email. David and I are available on January 13 starting at 11:00 your time and all day January 14.

The depositions will need to be via Zoom given the Omicron virus.

Greg
Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Monday, January 3, 2022 9:31:52 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Alan Garten (AMG@fedgar.com) <amg@fedgar.com>; Heather Yeung <yeung@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - Deposition Dates

Greg:

I am getting caught up on emails after taking some much needed time off during the holidays.

Unfortunately, January 5 and 6 does not work for Compass Marketing.  We are available for back to back dates on January 13 and 14.  Please advise if that works for you.

Meanwhile, we are working on the answers to the third set of interrogatories and responses to the second set of document requests, and plan to have those to you shortly.

Stephen and Alan



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

1