# EXHIBIT 3

# Stephen Stern

| | |
|---|---|
| **From:** | Stephen Stern |
| **Sent:** | Friday, April 22, 2022 3:37 PM |
| **To:** | Gregory Jordan |
| **Cc:** | Heather Yeung; Thomas J. Gagliardo |
| **Subject:** | RE: John White Deposition |
| **Follow Up Flag:** | Copied to Worldox (Client Files\210065\BL\00174904.MSG) |

We are available May 17 and 18



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Friday, April 22, 2022 11:49 AM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Subject:** John White Deposition

I am only interested in getting John White's deposition dates.


Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Friday, April 22, 2022 9:11 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** RE: John White Deposition

Greg:

I was tied up yesterday and I am just getting back to emails. I will inquire about dates. I note that you did not respond to my inquiry about David Boshea's deposition. Please advise whether you are agreeing that his deposition will take place as well or whether I need to ask the court for an order to compel his deposition.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Thursday, April 21, 2022 12:24 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** John White Deposition

John White's deposition will be remote. Send the dates today so I can get back to you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Thursday, April 21, 2022 11:08:05 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** RE: John White Deposition

Greg:

We will look into dates and get back to you. A couple questions:

1. Are you going to make Mr. Boshea available for back to back depositions as we had originally agreed (with John's going first, as previously agreed)? If not, we will of course file a motion and I am sure it will be granted (I do not see how the court would allow only John's deposition and not David's).
2. Is this going to be virtual or in-person or are you amenable to either one? While we originally planned to be in person for both John's and David's, when we were last discussing them in January, we were planning on them being virtual.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Tuesday, April 19, 2022 4:07 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** John White Deposition

Stephen,

In light of the Court's order, please provide by the close of business tomorrow multiple dates on which John White can sit for his deposition in the next thirty days.

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC