# EXHIBIT 2

| | |
|---|---|
| **From:** | Stephen Stern |
| **To:** | Gregory Jordan |
| **Cc:** | Alan Garten (AMG@fedgar.com) |
| **Bcc:** | Heather Yeung |
| **Subject:** | Boshea v. Compass Marketing, Inc. - Upcoming Depositions |
| **Date:** | Tuesday, December 14, 2021 12:16:00 PM |
| **Attachments:** | image001.png |

Greg:

In light of recent developments with COVID-19 and the court's encouragement to conduct depositions by video (and the court's instruction that the March hearing will be by video), I think it is best to conduct John White's deposition and David Boshea's deposition by video instead of in-person.  Please make arrangements to change the deposition to video and I will do the same (I will send a Notice of Deposition with the appropriate information).

In addition, I would like to schedule a call with you this afternoon to discuss this case.  Are you available between 2:30 and 5:00 EST?  If so, please let me know what time(s).  Alan Garten, an attorney in Baltimore, will be joining the call as well (he is copied on this email).

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com