# EXHIBIT 3

Case 1:21-cv-00309-ELH   Document 108-3   Filed 05/19/22   Page 1 of 2

# COVID-19 Report



**Patriot Medical Laboratories, DBA CIAN Diagnostics**
5330 Spectrum Drive Suite I, Frederick, MD 21703
1-844-800-2426
Laboratory Director: Dr. Mitchell Burken, MD, (ABMS)
CLIA#: 21D2074025



## Patient Information

**Name:** John White
**DOB:** 11/17/1969
**Gender:** M
**Ethnicity:** Non-Hispanic
**Medical Record Number:** ███████████
**Address:** 201 Chester Ave, Annapolis, Maryland, 21403
**Phone number:** 2402981956
**Email:**
**Clinical Notes from Ordering Physician:**

## Specimen Information

**Accession Number:** 579438
**Date Collected:** 01/13/2022 10:05
**Date Received:** 01/13/2022 22:03
**Report Date:** 01/15/2022 08:19
**Sample Type:** Anterior Nasal Nares

## Facility Information

**Facility Name:** Anne Arundel County Health Department
**Provider Name:** NILESH KALYANARAMAN
**Address:** 1 Harry S. Truman Parkway, Annapolis, Maryland, 21401

## COVID-19 Test Result Summary

## DETECTED

The analytical sensitivity is 10 genomic equivalents per reaction of SARS-CoV-2 viral RNA for patient samples with a 95% confidence, as determined by qPCR. The assay is highly specific without cross-reaction with various types of non-SARS-CoV-2 respiratory pathogens.

Processing and Detection Methodology:
SARS-CoV-2 Test Methods: SARS-CoV-2 Test is a real-time reverse transcription – polymerase chain reaction (RT-PCR) test for the qualitative detection of RNA from SARS-CoV-2 in nasal swab, nasopharyngeal swab, oropharyngeal swab and sputum specimens from patients who are suspected of COVID-19. Processing and Detection Methodology: Extracted RNA is reverse-transcribed and amplified in a single reaction. Three genes of the SARS-CoV-2 virus, including the N and S genes, and ORF1, are targeted in the RT-PCR assay. Primers and TaqMan Probes designed for conserved regions of the SARS-CoV-2 virus genes allow specific amplification and detection of viral RNA from respiratory specimens. The MS2 phage gene is used as the Internal Control to demonstrate that the testing process has proceeded for each patient sample.

Disclaimer: This molecular test was developed by ThermoFisher Scientific Inc., and its performance characteristics confirmed by Patriot Medical Laboratories, DBA as Cian Diagnostics. This test has not been FDA cleared or approved. This test has been authorized by FDA under an Emergency Use Authorization (EUA). This test has been validated in accordance with the FDA's Guidance Document (Policy for Diagnostics Testing in Laboratories Certified to Perform High Complexity Testing under CLIA prior to Emergency Use Authorization for Coronavirus Disease-2019 during the Public Health Emergency) issued on February 29th, 2020. FDA independent review of this validation is pending. This test is only authorized for the duration of time the declaration that circumstances exist justifying the authorization of the emergency use of in-vitro diagnostic tests for detection of SARS-CoV-2 virus and/or diagnosis of COVID-19 infection under section 564(b)(1) of the Act, 21 U.S.C. 360bbb-3(b)(1), unless the authorization is terminated or revoked sooner.

This test was performed by Patriot Medical Laboratories, DBA CIAN Diagnostics, 5330 Spectrum Drive Suite I, Frederick, MD 21703 Phone: 1-844-800-2426 CLIA#: 21D2074025