IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,

    *Plaintiff,*

    v.                                    Civil Action No.  ELH-21-309

COMPASS MARKETING, INC.,

    *Defendant.*

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is, this 22nd day of July, 2022, by the United States District Court for the District of Maryland, ORDERED, that the Motion for Partial Summary Judgment (ECF 93) is DENIED.

                                                   _____/s/_____
                                                   Ellen Lipton Hollander
                                                   United States District Judge