# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

DAVID A. BOSHEA,                )
                                )
          Plaintiff,            )
                                )
     vs.                        )    Case No.  1:21-CV-00309-ELH
                                )
COMPASS MARKETING, INC.,        )
                                )
          Defendant,            )
and                             )
                                )
COMPASS MARKETING, INC.,        )
  Third-Party Plaintiff,        )
                                )
     vs.                        )
                                )
JOHN DOE(S),                    )
  Third-Party Defendants.       )


          The sworn statement of JOHN WHITE,
taken for the purposes of discovery, commencing
at 10:17 a.m. Central Standard Time on the 18th
day of May 2022, before Jason Fallen,
of Thompson Court Reporters, located at 1017 W.
Washington Blvd., Unit 2F, Chicago, Illinois,60607,
 appearing via Zoom videoconference meeting.
The deposition concluded at 5:41 p.m. Central
Standard Time.

```
APPEARANCES:

JORDAN & ZITO, LLC.
BY:  MR. GREGORY JORDAN
     (Via Videoconference)
     350 North LaSalle Street, Suite 1100
     Chicago, Illinois 60654
     Telephone:  (312) 854-7181


GILBERT EMPLOYMENT LAW, P.C.
BY:  MR. THOMAS GAGLIARDO
     1100 Wayne Avenue, Suite 900
     Silver Spring, MD  20910
     Telephone:  (833) 733-7198

          On behalf of the Plaintiff;



FEDER & GARTEN
BY:  MR. ALAN GARTEN
     (Via Videoconference)
     10096 Red Run Boulevard, Suite 200
     Owings Mills, MD  21117
     Telephone:  (410) 539-2800 ext. 312

          On behalf of John White;
```

Page 3

```
APPEARANCES (continued):

KAGAN, STERN, MARINELLO & BEARD, LLC.
BY:  MR. STEPHEN STERN
     MS. SHANNON M. HAYDEN  (Listening & Observing)
     238 West Street
     Annapolis, MD  21401
     Telephone:  (410) 793-1610  (MD)
     Telephone:  (571) 450-8371 (VA)


PRINCE, LOBEL, TYE, LLP.
BY:  MR. BRIAN A. TOLLEFSON
     One International Place, Suite 3700
     Boston, MA  02110
     Telephone:  (617) 456-8099

          On behalf of the Defendant.


ALSO PRESENT:

     Mr. David Boshea, Plaintiff.
```

I N D E X

WITNESS                                    PAGE

JOHN DAVID WHITE

Examination by Mr. Jordan           5 - 221


                 -------------------------------------------


                        E X H I B I T S

DEPOSITION EXHIBIT                    PAGE

        Exhibit  1                     34
        Exhibit  2                     48
        Exhibit  3                     65
        Exhibit  8                    121
        Exhibit 10                    145
        Exhibit 12                    173
        Exhibit 19                    187

            (RETAINED BY COUNSEL)

1      MR. REPORTER:  I just have a couple of things to

2  mention prior to going on the record.  Remote

3  depositions are more challenging.  We ask all

4  participants to speak clearly and one at a time.  The

5  witness will be sworn in remotely.  The parties agree

6  not to challenge the validity of the oath, even if the

7  court reporter is not physically present with the

8  witness and not a notary public in the state where the

9  witness resides.

10     Here begins the Web conference deposition of John

11  White in the matter of Boshea versus Compass

12  Marketing, Inc.  Today's date is May 18th, 2022, and

13  the time is 10:17 a.m. Central Time. My name is Jason

14  Fallen of Thompson Court Reporters.  Beginning with

15  the noticing party, will counsel please introduce

16  themselves, state whom they represent, and stipulate

17  to the swearing in of the witness remotely.

18     MR. JORDAN:  This is Gregory Jordan.  I represent

19  David Boshea, and we stipulate to the swearing in of

20  the witnesses remotely.

21     MR. GAGLIARDO:  I am Tom Gagliardo.  I am local

22  counsel to Mr. Jordan.

23     MR. STERN:  I am Stephen Stern, counsel for

24  Compass Marketing in this case, also joined by co-

1  counsel, Brian Tollefson, who's also representing

2  Compass Marketing in this case.  Also on the line is

3  one of the colleagues from my office, Shannon Baden,

4  who will be listening in.

5       MR. GARTEN:  Alan Garten, here for John White.

6       MR. STERN:  There is one other procedural matter

7  before we get started, I think as we've done in all

8  prior depositions in this case.

9       MR. REPORTER:  You know, what before we do that,

10 do you guys stipulate to the swearing in of the

11 witness?

12      MR. STERN:  Oh, yes, yes.  Sorry.  Thank you for

13 that reminder.  I think everyone on the line should

14 confirm, presuming it's true, that there is no one

15 else logging in remotely through some other device,

16 whether it be a phone or other video device.  So in

17 this room, there is no one else logged in on our

18 phones, computers, or otherwise.

19      MR. JORDAN:  This is Gregory Jordan.  I have one

20 computer that I am logged in and I don't have anything

21 else in which I am logged in.  I don't know whether

22 Mr. Boshea is here or not yet.  He had a doctor's

23 appointment, so he may be a little bit late, so we can

24 deal with Mr. Boshea, if and when he joins.

1         MR. STERN:  You know, when he logs in, then we

2    could just ask him to make the same representation.

3         MR. JORDAN:  That is fine.

4         MR. GAGLIARDO:  This is Tom Gagliardo.  There is

5    no one present with me, and I am not logged in by any

6    device other than this computer to this deposition.

7         MR. STERN:  Well, I guess to clarify, no one else

8    is logged in through any of your devices, listening

9    in.

10        MR. GAGLIARDO:  Correct.

11        MR. JORDAN:  Okay.

12        MR. REPORTER:  I can swear in the witness when

13   we're ready.

14        MR. JORDAN:  Yes.

15        MR. REPORTER:  Will the witness please raise your

16   right hand.

17                     (Witness was duly sworn.)

18                     JOHN DAVID WHITE,

19   called as a witness herein, after having been first

20   duly sworn, was examined and testified as follows:

21        MR. REPORTER:  The witness has declared their

22   testimony during this proceeding and is under oath.

23   The parties have stated their agreement on the record.

24   Counsel, you may proceed.

```
 1                    DIRECT EXAMINATION

 2   BY MR. JORDAN:

 3        Q.   Let the record reflect that this is the

 4   deposition of John White.  This deposition is being

 5   taken pursuant to notice for the purposes of the

 6   lawsuit, David, which they filed against Compass

 7   Marketing, Inc., in the United States District Court

 8   for the Northern District of Maryland is case number

 9   21 CV 00309, and is scheduled by order of the court to

10   be held no later than today.

11        Can you please state your name for the record and

12   spell your name for the court reporter, Mr. White?

13        A.   Sure.  My name is John David White, J-O-H-N,

14   D-A.-V-I-D, middle name, my last name is White, W-H-I-

15   T-E.

16        Q.   Okay.  I would like to go over some ground

17   rules with you, Mr. White, if you could.  I think it

18   would be helpful for us.  Give me just one second.

19   What I am going to do, just so we all know -- before I

20   do that is I am sending some exhibits to Mr. Gagliardo

21   because I do not see them in my alternative computer,

22   to be able to open them, and so I will do that.  Tom,

23   I am going to send you five exhibits, and I will

24   supplement as we go along.  And when we get to that, I
```

1   would ask that you open those up and put those up on
2   the screen.  Can you do that for me?
3       MR. GAGLIARDO:  I think I can.  I am
4   technologically impaired like most members of the bar,
5   but I will do my best.
6       MR. JORDAN:  Oddly enough, I am really good at
7   technology except when apparently the -- logging on to
8   this here.
9       MR. STERN:  Greg, will you also circulate those
10  exhibits via email as well?
11      MR. JORDAN:  I absolutely will.
12      MR. GAGLIARDO:  Greg, at this point, we have a
13  very good view of your tie, but not much of anything
14  else about you.
15      MR. JORDAN:  That is because I had to use the
16  other computer.
17      MR. GAGLIARDO:  There you go.  There you go.
18      MR. JORDAN:  I had to use the other computer to
19  send you and Stephen five exhibits or six exhibits.
20  Okay.
21  BY MR. JORDAN:
22      Q.  One of the things, Mr. White, we want to do
23  is make sure we don't talk over each other.  So you
24  need to let me finish my question and provided that

1  your response, that you have provided a responsive

2  answer to the questions that I will let you answer.

3  Is that agreeable?

4       A.   Yes, sir.

5       Q.   Okay.  Are you represented by counsel today?

6       A.   Yes.

7       Q.   Okay.  And that would be who?

8       A.   Alan Garten.

9       Q.   Okay.  From time to time, I may ask a

10  question that your counsel or any other counsel

11  present may determine to be objectionable.  Now, that

12  doesn't mean you don't answer the question, because

13  there is no judge here to decide.  If counsel objects

14  to question, for instance, relevance, hearsay, or

15  something along those lines, or any other matter other

16  than privilege, then you'll answer, and all the

17  objections will be preserved for the record.  Do you

18  understand that?

19      MR. GARTEN:  That is not entirely correct.  It

20  depends on the questions that are asked, Greg, but for

21  now, we'll let obviously the deposition proceed, if

22  you're way out, and let the other  things that are

23  just completely inappropriate on the rules and we

24  reserve the right to make those objections at that

1  time and instruct accordingly, consistent with the

2  federal rules and the local rules of this court.

3      MR. JORDAN:  Okay.  I disagree, but I am not going

4  to fight on that at this moment.  Now, your counsel

5  may object, for instance, saying I object based on

6  attorney/client privilege or some privilege, in which

7  case, he may instruct you not to answer. At that

8  point, you have to decide whether to follow your

9  counsel's advice or not.  That would be -- as far as I

10 am aware, and it is my position, the only time that

11 you can refuse to answer a question is concerning a

12 matter of privilege.  Now, do you understand that?

13     MR. STERN:  The objective is because you are

14 asking --

15     MR. JORDAN:  You know what?  Okay.  Objection

16 noted.  All right, do you understand that, Mr. White?

17     THE WITNESS:  I hear your words.

18     MR. JORDAN:  No.  Do you understand that?

19     THE WITNESS:  I hear your words.

20     MR. JORDAN:  Okay.

21     THE WITNESS:  I don't agree with you, but I hear

22 your words.

23     MR. JORDAN:  You know what, Mr. White, that is

24 fine.  If you need to take a break, let me know.  You

1   can take a break provided that we agree that if there

2   is a question pending, that you will answer the

3   question before the break.  Do you agree to that?

4        A.   Yes.

5        Q.   Now, the Federal Rules of Civil Procedure 30

6   provides that for the examination, the cross-

7   examination of the deponent proceed as they would at

8   trial under the Federal Rules of Evidence, except for

9   Rules 103 and 615.  As a result, you cannot

10  communicate with your or Compass's attorneys during

11  any break.  Do you understand that?

12       A.   Again, I understand your words.

13       Q.   Well, do you understand that is what the

14  rule says?

15       A.   I don't know the rule, but I understand that

16  that is your reading of the rule.

17       MR. GARTEN:  Greg, if you are asking whether I am

18  going to be in touch with the witness in between, the

19  answer is no.  Obviously, there is breaks we

20  communicate, but not about the substance of the

21  deposition.

22       MR. JORDAN:  That is fine.

23       MR. GARTEN:  Unless there is an objection issue, I

24  should qualify that, but otherwise, that is about it.

```
 1   BY MR. JORDAN:
 2       Q.   All right.  We have we have seven hours to
 3   complete the deposition, but any breaks will not be
 4   counted against the seven hour time limit.  Do you
 5   understand that?
 6       A.   I can understand you, yes.
 7       Q.   Do you understand that you have seven hours,
 8   not counting breaks in which to sit for a deposition?
 9       A.   Yes.
10       Q.   Okay.  If I ask you a question that you
11   don't understand, the record would reflect your lack
12   of understanding.  So if you're unsure about one of my
13   questions, even though I might think it's a perfect
14   question, make sure that you ask to rephrase it or ask
15   the court reporter to read it back.  Do you understand
16   that?
17       A.   I do.
18       Q.   Okay.  Are you under or taking any
19   medication or suffering from any mental disability
20   that were impair your ability to answer truthfully
21   today?
22       A.   Truthfully, no.  I am on medication, but I
23   won't affect my truth.
24       Q.   Okay.  Have you ingested any alcohol or
```

1    other drug in the last 10 hours other than the

2    prescribed medications?

3        A.   No.  Other than the prescription medication,

4    there is not -- I am not on any other.

5        Q.   Have you ever been convicted of a felony?

6        A.   No.

7        Q.   Have you ever been convicted of a

8    misdemeanor involving theft, fraud, or perjury?

9        A.   No.

10       Q.   Did you bring any documents with you today?

11       A.   I did.

12       Q.   What documents did you bring?

13       A.   I brought one document.  (Indiscernible).

14       Q.   What is that?

15       A.   This is the forged document that you and Mr.

16   Boshea (indiscernible).  I brought a copy of it.

17       Q.   Okay.  Any other documents?

18       A.   No, sir.

19       MR. REPORTER:  Pardon me, Mr. Jordan, Mr. White is

20   a bit faint.  Is there anyway we can get him a little

21   closer to the microphone.

22       MR. WHITE:  I will speak louder.  Will that help?

23       MR. REPORTER:  Thank you. That is much better.

24   Thank you.

1    BY MR. JORDAN:

2         Q.   Did you look at any other documents in

3    preparing for your deposition today?

4         A.   I did.

5         Q.   What other documents did you look at?

6         A.   I don't recall which ones, there were

7    numerous.

8         Q.   Well, can you give me any in name or

9    description of any document that you looked at in

10   preparation for the deposition?

11        A.   Some of the emails, some of the contracts.

12   I believe that was the extent of events and some other

13   docs that are not exhibits that we need in the case.

14        Q.   What emails did you review?

15        A.   I reviewed some of the exhibits that both

16   Compass and Mr. Boshea presented as exhibits.

17        Q.   Well, could you describe them, please?

18        A.   They were emails.  Describe the emails?

19        Q.   Yes, describe the emails, the substance of

20   the emails.

21        A.   I don't remember.  There were emails of

22   communications between -- appeared to be between

23   employees.

24        Q.   Who were the employees?

1      A.   I recall Mr. Boshea, for sure; Mr. Adams, I

2   believe, and Mr. White.

3      Q.   Which Mr. White?

4      A.   Michael White.

5      Q.   Okay.  And what did -- what did they say to

6   each other in these emails?

7      A.   I don't recall.  Again, there were numerous.

8      Q.   I am sorry. They were what?

9      A.   There were numerous documents.  I don't

10  recall what (indiscernible).

11     MR. JORDAN:  Stephen, can you provide those

12  documents to me?

13     MR. STERN:  Those were discussed in preparation.

14  So, I mean, whatever we were showing him, I think that

15  would be a privileged communication.  You have the

16  documents.

17     MR. JORDAN:  I don't know what -- I don't know

18  what documents he's referring to.  He says that you

19  provided him --

20     MR. STERN:  (Indiscernible).

21     MR. JORDAN:  There are documents, there are emails

22  between John White, Michael White, and David Boshea,

23  can you provide those documents, those emails to me?

24     MR. STERN:  Those documents have been produced in

1  discovery.  If there are specific documents you want

2  to ask me about today, you can do that.  You could ask

3  if this is one of the documents you reviewed in

4  preparation for the deposition.  But for us to go

5  through and go line-by-line which ones he pulled, or

6  we showed him, I think that is something different.

7       MR. JORDAN:  All right.  There may be something

8  different.  I am asking you if you can provide the

9  emails between John -- between Michael White, John

10  Adams, and David Boshea?

11      MR. STERN:  That is not what he said.  That was --

12  I think you misunderstood the testimony, at least that

13  is why -- well, I am not going to give a speaking

14  objection.

15      MR. JORDAN:  That's fine.  I will ask again.

16      MR. STERN:  (Indiscernible, talk over).

17 BY MR. JORDAN:

18      Q.   Who are the parties to the email?  Were they

19 involving John Adams, David Boshea, and Michael White,

20 or were they emails between David Boshea and John

21 Adams, and David Boshea and Michael White, or some

22 other subset?

23      A.   Some other subset.

24      Q.   Were the emails between Michael White and

1  John Adams?

2      A.   I don't recall.

3      Q.   Were they emails between Dave Boshea and

4  only John Adams?

5      A.   Again, I don't recall the emails

6  (indiscernible).

7      Q.   But you just told me it was a different

8  subset, so I am trying to figure out who were the

9  parties of emails so I can look at the emails.

10     MR. REPORTER:  I am sorry, Mr. Jordan, I did not

11  get the witnesses response. I again, I don't recall,

12  but then it faded out as he leaned back.

13     MR. JORDAN:  Okay.

14  BY MR. JORDAN:

15     Q.   Who were these -- were these two-party

16  emails or are there more than two parties to the --

17     A.   Mr. Jordan, can you start again and just

18  repeat your question, it is pretty confusing.

19     Q.   Okay.  You looked at emails between David

20  Boshea and John Adams, as the only parties to the

21  email; is that correct?

22     A.   I didn't state who I -- who the emails were

23  between.  I stated who they were from, I believe.  I

24  believe they were employees' emails and the employees

1  that I named were Boshea,  Adams and Michael White.

2  The content of the emails, who sent emails, to what, I

3  don't recall.

4      MR. JORDAN:  Were all these emails produced in

5  discovery, Stephen?

6      MR. STERN:  My understanding is the answer is yes.

7      MR. JORDAN:  Okay.  If there are any emails that

8  weren't produced that he reviewed in answers of his

9  deposition, can you provide them to me?

10     MR. STERN:  To the best that we can recreate the

11  list, I would think so, but you know, we've only been

12  reviewing stuff that is relevant to this litigation.

13     MR. JORDAN:  That is a whole different issue as to

14  whether you produce them and whether you think they're

15  relevant. If there are any emails --

16     MR. STERN:  Are you suggesting that we've withheld

17  documents that are relevant to this litigation?

18  Because that is not what I've said, And that is not

19  what -- that is not what's happening here.

20     MR. JORDAN:  That is fine.  Will you just produce

21  the emails or identify the emails for me?

22     MR. STERN:  Like I said earlier, the documents, as

23  I understand it, were the ones that were produced

24  already in this litigation.

```
 1        MR. JORDAN:  Okay.  There is no issue here.
 2        MR. STERN:  As far as I know, there is nothing new
 3   that hasn't been produced by either you or us in this
 4   litigation that is been part of the review for this.
 5        MR. JORDAN:  Okay.
 6   BY MR. JORDAN:
 7        Q.   Have you ever sat for a deposition before,
 8   Mr. White?
 9        A.   No, not a deposition.  A grand jury
10   testimony is the only time I have ever testified.
11        Q.   Okay.  So what was that in relation to?
12        A.   My brother, Michael's, indictment.
13        Q.   Okay.  When was your when was your
14   testimony?
15        A.   It was about 25 years ago.
16        Q.   Okay.  I have no idea how the grand jury
17   process works. So that is the only time that you
18   testify under oath is in that grand jury
19   investigation?
20        A.   I believe so.
21        Q.   Okay.  Can you confirm that one of your
22   telephone numbers is 240-298-1956?
23        A.   Yes.
24        Q.   Okay.  Have you ever heard of Compass
```

1  Marketing, Inc.?

2       A.   Yes.

3       Q.   Okay.  Just to cut to the chase here, there

4  may be questions that I ask you that I am absolutely

5  certain that you know the answer to, but I am just

6  trying to go through the process.  Just so you

7  understand, I am not meaning to be insulting by that.

8  So when I refer to Compass, we understand that I am

9  talking about Compass Marketing, Inc.?

10      A.   Yes.

11      Q.   Okay.  Does Compass have any subsidiaries,

12  affiliates, or entities which during the period from

13  2007 to date held or currently holds 10 percent of the

14  equity?

15      MR. STERN:  Objection.  Calls for a legal

16  conclusion.

17      MR. JORDAN:  Okay.  You can answer.

18  BY THE WITNESS:

19      A.   Can you repeat the question?

20      Q.   Has or does Compass -- let me start again.

21  Has Compass Marketing ever held any interest in a

22  subsidiary, affiliate, or other entity where it held

23  more than 10 percent of the equity during that period

24  from 2007 today?

1    MR. STERN:  Objection to the extent it calls for a

2  legal conclusion.  And some of those terms may vary

3  from state to state in terms of their legal

4  significance, plus objection to relevance.

5    MR. JORDAN:  Okay.  Answer the question, please.

6  BY THE WITNESS:

7    A.   I am not sure.

8    Q.   Okay.  Why do you say you're not sure?

9    A.   (Indiscernible, talk over).

10   Q.   Because Mr. Stern said -- let me just

11 finish.  Because of Mr. Stern's objection or because

12 you're not certain whether Compass held 10 percent?

13   A.   Now, your question seems to put a lot of

14 legal conclusions and I am not familiar with them, or

15 our affiliates and what our -- (indiscernible) and 10

16 percent (indiscernible).  It is a very complex

17 question, so I am not -- I am just not certain of

18 answer, but I can find out and let you know.

19   Q.   Okay.  Does Compass hold 10 percent of the

20 stock in any corporation?

21   MR. STERN:  Objection.  Relevance.

22 BY MR. JORDAN:

23   Q.   And this is during the period from 2007 to

24 date.

1       A.   (Indiscernible, talk over).

2       Q.   (Indiscernible, talk over) hold this stock

3  in any corporation amounted to more than 10 percent?

4       A.   Same answer. I don't know.

5       MR. STERN:  Also, I just like to confirm with the

6  court reporter.  Were you able to hear my objections?

7       MR. REPORTER:  I was, Mr. Stern.  Thank you.

8       MR. STERN:  Thank you. I just want to make sure I

9  am loud enough.  I had my hand over my mouth a little

10  bit, so I apologize.

11       MR. REPORTER:  Mr. Stern, your voice is much

12  louder than Mr. White's, thank you.

13       MR. JORAN:  I think it's because your computer is

14  the source of the microphone, Stephan.

15       MR. STERN:  (Indiscernible).

16  BY MR. JORDAN:

17       Q.   Okay.  Does or did Compass hold more than 10

18  percent of the membership interests in any limit

19  liability company during the period identified?

20       MR. STERN:  Same objection.

21  BY THE WITNESS:

22       A.   Same answer.  I don't.

23       Q.   Okay.  When was Compass Marketing formed?

24       A.   I believe it was 1998.

```
 1        Q.   And when it was formed, what form of entity
 2   was it?
 3        A.   When it was an S Corporation.
 4        Q.   Okay.  And at that time -- has it always
 5   been an S Corporation?
 6        A.   I believe so.
 7        Q.   At the time of its incorporation, did it
 8   have shareholders?
 9        A.   It did.
10        Q.   Okay.  At the time of incorporation, who
11   were the shareholders or shareholder?
12        MR. STERN:  Objection.  Relevance.  I mean, is
13   this --
14        MR. JORDAN:  Okay, that's fine.  You have stated
15   your objection.  You can answer the question, Mr.
16   White.
17   BY THE WITENSS:
18        A.   There was three shareholders myself, Robert
19   Morgan, and Daniel White.
20        Q.   And what interest did they hold?
21        A.   We each held a third of the company, 300
22   shares each, I believe.  Yes, 300 shares each.
23        Q.   Okay.  And did the shareholders have ever
24   change?
```

1      MR. STERN:  Objection.  Relevance.

2  BY THE WITNESS:

3      A.   Yes.

4      Q.   And when did they change?

5      MR. STERN:  Objection.  Relevance.

6  BY MR. JORDAN:

7      Q.   The first time the changed?

8      MR. STERN:  Same objection.

9  BY THE WITNESS:

10      A.   I don't remember the exact dates.

11      Q.   Approximately when did this change occur?

12      MR. STERN:  Same objection.

13  BY THE WITNESS:

14      A.   I believe it was 2001, but I don't remember

15  exactly.

16      Q.   Okay.  But that is not important to me.  How

17  did the shareholdings change in or about 2001?

18      MR. STERN:  Objection.  Relevance.

19  BY THE WITNESS:

20      A.   The shareholders and the Board of Directors

21  had meetings and minuted those meetings to include

22  inversion of a note payable that I held in exchange

23  for its shares.  And the exchange of Daniel White's

24  300 shares to be split between two new shares'

1    certificates, each for 150 shares.  One to himself and

2    one to Michael, each for 150 shares.  And I was issued

3    an additional 300 shares in exchange for notes payable

4    that I had, and we minuted the meetings.

5         Q.   And when, approximately, did that happen?

6         A.   Approximately 2001, and again, we minuted

7    the meetings so I can check for sure and send you

8    minutes of the meetings that applied.

9         Q.   Okay.  And so after that meeting, what were

10   the percentage of shares held by each shareholder?

11        MR. STERN:  Objection.  John, would you step out

12   for a second so that I can state the objection

13   (indiscernible).

14        MR. JORDAN:  You know what, you don't need to make

15   a speaking objection at all.  You objection is noted.

16   It is relevant.

17        MR. STERN:  The problem is you filed an opposition

18   to our motion to depose David Boshea, and in that

19   motion, one of your bases for opposing our request for

20   a deposition is that we would ask questions in a

21   separate piece of litigation that is separate and

22   distinct from this case, which we are not going to do.

23   And it seems to me that is exactly what you're doing

24   right now.

```
 1      So we're giving you a little bit of latitude, but
 2  at some point, if you keep going down this path, this
 3  has absolutely nothing to do with whether or not David
 4  Boshea has an enforceable employment agreement that
 5  gives him a severance provision in this litigation.
 6  That is what this case is about.  And so while you are
 7  asking John white these questions, they have nothing
 8  to do with your case whatsoever.
 9      MR. JORDAN:  Stephen, I think it does and I am
10  working up to 2007.  And once they get to 2007,
11  whatever happens after that, I don't care, so you can
12  bring him back in.
13      MR. STERN:  Well, like I said, we'll give a little
14  latitude on this, but at some point, depending on
15  where this goes.
16      MR. JORDAN:  It could be that it doesn't go any
17  farther than this, let's just see, I don't know.  I
18  don't know the answer to these questions.
19  BY MR. JORDAN:
20      Q.   Okay.  Mr. White, so sometime around 2001,
21  the shareholdings changed, and what were the
22  percentage of the shareholdings?  And I understand
23  that Mr. Stern has an objection to relevance on this.
24  What were the percentage of shares held by each
```

1   individual at that time?

2       A.   I believe that prior to the meeting, the

3   shareholders and Board of Directors, the shares were

4   equally split between three shareholders: myself,

5   Daniel White and Robert Morgan.  At the meeting we

6   held, an additional 300 shares were issued to myself,

7   giving me a total of 600 shares.  And Daniel White's

8   300 shares were exchanged in return for two equal

9   share certificates for half, each for 150 shares.  One

10  was issued to Daniel White, and one was issued to

11  Michael White.

12      MR. STERN:  Before you go on, please.  Mr. Boshea

13  just sent a message that he is trying to get in and is

14  unsuccessful.

15      MR. JORDAN:  He says, I am waiting to be let in.

16  So Mr. Court Reporter, if you need to do something to

17  let him in.

18      MR. REPORTER:  One minute, I am checking.

19      MR. JORDAN:  Mr. Stern, unless you're talking

20  about the Orioles game, I would appreciate if you

21  would not communicate with a witness.

22      MR. STERN:  I am allowed to discuss matters, like

23  I said, with the witness, not coaching any answers.

24      MR. JORDAN:  You are not allowed to talk about the

1   substance of the deposition during the deposition

2   under Rule 31.

3        MR. STERN:  And we're not.

4        MR. JORDAN:  I am not saying you are.  Just making

5   sure that you don't.

6        MR. REPORTER:  Pardon me, Mr. Jordan.  I don't see

7   a way to let the plaintiff in.  I am going to reach

8   out to the moderator and see if we can figure this

9   out, bear with me.

10        MR. JORDAN:  Okay.

11                        (A short break was taken.)

12   BY MR. JORDAN:

13        Q.   So after that 2001 meeting -- well, first

14   off, you know, David Boshea; is it right?

15        A.   Yes.

16        Q.   Okay.  And David Boshea, at some point,

17   became an employee of Compass; is that correct?

18        A.   That is correct.

19        Q.   And when did that occur, approximately?

20        A.   I believe it was 2007.

21        Q.   Okay.  Al right.  Between 2001, and when

22   David Boshea joined in 2007, did the ownership of

23   stockholding of Compass Marketing change at all?

24        MR. STERN:  Objection.  Relevance to questions

1  before.

2      MR. JORDAN:  That's fine.

3  BY THE WITNESS:

4      A.   I believe that it did.

5      Q.   How did it change?

6      MR. STERN:  Same objection.

7  BY THE WITNESS:

8      A.   I don't remember the dates, but at some

9  point it may have been before Mr. Boshea joined, or

10  after, I don't remember the dates.  Robert Morgan

11  retired from the company and redeemed his shares back

12  to the company, those 300 shares.

13     Q.   Okay.  So they just went away and everybody

14  else maintained the number of shares that they had; is

15  that correct?

16     MR. STERN:  Objection.

17  BY THE WITNESS:

18     A.   I don't think I'd say they went away.  They

19  were redeemed by the company and Mr. Morgan.

20     Q.   Okay.  I was trying not to get lead on you

21  there.  When the company was formed, did it have any

22  officers?

23     A.   Define officers, if you please?

24     Q.   That would be, for instance, a president,

1  vice president, secretary, treasurer, or someone else

2  appointed by the Board of Directors to serve in a

3  particular office?

4      A.   Informally, yes.

5      Q.   Okay.  At the time of incorporation, who

6  informally were  the officers?

7      A.   The officers were -- I don't remember.

8      Q.   Okay.  Did you hold an office?

9      A.   I believe I did.  And I believe my uncle, by

10  the way. My brother Daniel did, but I don't remember.

11  It was twenty-some years ago.

12      Q.   At some point, were there any individuals

13  elected to any formal offices?

14      A.   There may have been, I don't remember twenty

15  years ago.

16      Q.   Okay.  I am talking about between the time

17  of incorporation and today's date?

18      A.   I am sure there were.

19      Q.   Okay.  Have you ever held an office?  I am

20  sorry, I thought you were finished.

21      A.   Yes, I have.

22      Q.   Okay.  What office have you held?

23      A.   I have held the Chairman of the Board and

24  the Chief Executive Officer.

1    Q.   Okay.  Any other office?

2    A.   I may have been the Treasurer.  I may have

3  been the Secretary.  Those offices, those legal stuff

4  you -- I may have had other offices, but I just don't

5  remember.

6    Q.   Okay.  Are you still -- I am sorry, are you

7  finished?

8    A.   Yes, sir.

9    Q.   Okay.  Are you still the Chairman of the

10  Board?

11    A.   I am.

12    Q.   Okay.  Are you still the Chief Executive

13  Officer?

14    A.   I am not.

15    Q.   When did you stop being Chief Executive

16  Officer?

17    A.   I don't remember the date, but it's about a

18  year ago.

19    Q.   Why was it that you ceased being the Chief

20  Executive Officer?

21    A.   Why?  Is the question why?

22    Q.   Correct.

23    A.   I hired a Chief Executive Officer.

24    Q.   Okay.  Any other reason?

```
 1      A.   I can't think of one.
 2      Q.   Do you maintain an active role with Compass?
 3      A.   What do you mean, "active"?
 4      Q.   Do you work for Compass?
 5      A.   I do.
 6      Q.   Okay.  Have your job duties changed since
 7  you hired this new person?
 8      A.   Yes.
 9      Q.   How have they changed?
10      A.   Well, I am the Executive Chairman of the
11  Board, I hold the duties of the Executive Chairman of
12  the Board.
13      Q.   What are those duties?
14      A.   Managing the Board and making sure that the
15  company is represented well.
16      Q.   Okay.  At the time, David -- at some point,
17  David Boshea left the company, or was terminated from
18  the company; is that right?
19      A.   That is correct.
20      Q.   Okay.  At that time, what office did you
21  hold?  Was it --I guess I am trying to figure out this
22  new Chief Executive Officer person.  Where is where
23  does David Boshea fit on that timeline?
24      MR. STERN:  Objection.  Form.
```

```
1    BY MR. JORDAN:
2        Q.   Do you understand the question?
3        A.   No, I don't.
4        Q.   Sure, sure.  Let me make it more direct.
5    Were you the  Chief Executive Officer at the time
6    David was terminated?
7        A.   Yes.
8        Q.   Okay.  We're the Chairman of the Board when
9    David Boshea was terminated?
10       A.   Yes.
11       MR. JORDAN:  Tom, can you bring up Exhibit 1,
12   please.
13   BY MR. JORDAN:
14       Q.   This is an eight-page document and it has
15   the title of Defendant, Compass Marketing, Inc's
16   Answers to Plaintiff David J. Boshea's Third Set of
17   Interrogatories.  And if you could scroll down time,
18   Tom, allow the witness to review the document.
19                       (Exhibit 1 was displayed.)
20   BY MR. JORDAN:
21       Q.   Can you just look at the document and let me
22   know when you're ready to discuss it, Mr. White?
23       A.   I can only see the version that you're
24   displaying right now.
```

1      Q.   I misunderstood because when you just said

2 that he was looking at an iPad.

3      MR. GAGLIARDO:  Mr. Stern, I was suggesting that

4 you could display it on a computer and Mr. White can

5 then control that computer and scroll in his

6 discretion.

7      MR. STERN:  I've lost control over the ability to

8 slide it. There we go.

9                        (A short break was taken.)

10 BY MR. JORDAN:

11      Q.   Can you see a document on the screen now,

12 Mr. White? Compass, the third set of interrogatories?

13      A.   I do.

14      Q.   Mr. White, can you hear me now?

15      A.   Yes, I can here you.

16      MR. JORDAN:  Okay Stephen, I have solved --

17 somehow, I was able to log in on the other computer,

18 and so I can take it from here.

19 BY MR. JORDAN:

20      Q.   All right.  Do you see that document up on

21 the screen, Mr. White?

22      A.   Yes, I can see the document.

23      Q.   Okay.  Now, there is the first paragraph

24 which introduces the defendant to counsel answering,

```
 1   and there are various general objections to the two
 2   things.  Do you see on the bottom right hand corner,
 3   it says, J. White, Exhibit 1?  Mr. White?
 4        MR. STERN:  Can you hear us, okay?
 5        MR. JORDAN:  I can hear you.  Can you hear me?
 6        MR. STERN:  We're just looking for a way to plug
 7   in because my computer's about to die on the
 8   batteries.  So I am just trying to find a plug.
 9        MR. JORDAN:  Okay.
10                       (A short break was taken.)
11   BY MR. JORDAN:
12        Q.   All right, Mr. White?
13        A.   Yes.
14        Q.   Do you see on the bottom, it says, J. White,
15   Exhibit 1-1?
16        A.   I see that.
17        Q.   That is how all the exhibits will be marked.
18   And then their a series of objections to the
19   responses.  Do you see that?
20        A.   I do.
21        Q.   If there is -- you know, I am just trying to
22   go through it with a moderate speed.  Certainly if
23   there is anything that I moved too fast on, please let
24   me know.  Then there is a preliminary statement.
```

1    Okay.  And then the first parliamentary statement here

2    -- well, let me tell you what, let's just go down to

3    the bottom of the page here, and these are the

4    responses that were submitted by your counsel as to

5    objections.  And then there is a certification.  Do

6    you recognize the signature on these, on the document?

7         A.   It appears to be mine.

8         Q.   Oh, did you sign -- did you, in fact, sign

9    the interrogatory responses?

10        A.   That is what this is, yes.

11        Q.   Can you speak up?

12        A.   I said, yes.  This appears to be my

13   signature.  I believe I did sign the documents here.

14        Q.   Okay.  And then it says there is a

15   certification.  I certify that I have read the

16   foregoing answers and know the contents thereof.  That

17   said answers are based upon, and therefore limited by

18   the information available to, and thus far discovered

19   by me.  That I reserve the right to amend the answers.

20   If it appears to me at any time that omission or

21   errors have been made therein, or that more accurate

22   information has become available, and that subject

23   limitations set forth herein, and the answers are true

24   to the best of my knowledge, information, and belief.

1    Dated January 11, 2022.  Since the date of these

2    answers were provided, do you know of any need to

3    correct the answers, amend the answers, or change the

4    answers?

5         A.   I don't know.

6         Q.   Okay.  Is there anyone else other than you

7    who would know?

8         A.   Can you ask me the question, again?

9         Q.   You said you don't know whether there is any

10   need to amend, change, or supplement the answers.  And

11   you said, I believe you don't know whether there is a

12   need.  And I am asking you if there is someone else

13   that would know?

14        A.   I have not even read the document, so I

15   don't know.

16        MR. STERN:  There is room in that -- suggested --

17   you have to answer my answer for that.  Interrogatory

18   by (indiscernible).

19        MR. JORDAN:   That's fine.

20   BY MR. JORDAN:

21        Q.   Here, let's go to -- sorry about that.

22   Jumping ahead here.  Okay.  Now it says here, a number

23   one:  State the identity consistent with the above

24   instructions of each person with whom Compass entered

1   into a written severance agreement from 1998 through

2   2012.  And the response is: Compass Marketing objects

3   to interrogatory number one on the grounds that it is

4   vague and ambiguous.  It is overbroad and unduly

5   burdensome since the information is not relevant to

6   the claims in this lawsuit.  It goes on to say:

7   Subject to, without waiving the foregoing general and

8   specific objections, Compass Marketing is unable to

9   locate any properly signed and written severance

10  agreements it entered into between 1998 and 2012.

11      And then it says:  Plea, see preliminary statement

12  number five.  So we'll go to preliminary statement

13  number five, and then I will ask you question.  Number

14  five says:  As a threshold matter, Compass Marketing

15  is limited in its ability to provide information

16  potentially responsive to plaintiff's interrogatories.

17  In or about July 2019, Michael White, who has been

18  terminated from employment in November 2018, together

19  with his son, George White, as administrators of the

20  Compass Marketing domain for electronic communications

21  and documents, Compass Marketing, Inc.com, the ".com

22  domain", prevented and continues to prevent Compass

23  Marketing from accessing the records in the ".com

24  domain".

1      Indeed, after July 2019, Compass Marketing had to

2   create a new domain, Compass Marketing, Inc..net, and

3   that great effort and expense migrate its operations

4   and communications network to this new domain.

5   Compass Marketing has had access to some incoming

6   communications to the ".com domain" since July 2019,

7   and we include those communications in its search for

8   potentially responsive information.  But did you see

9   that, Mr. White?

10      A.   I do see.

11      Q.   Okay.  Can you speak up, please?

12      MR. REPORTER:  Please speak into the microphone,

13   Mr. White.

14   BY MR. JORDAN:

15      Q.   Can you repeat your response, Mr. White,

16   because I don't think anybody could hear you other

17   that the people in the room.

18      A.   I do see that.

19      Q.   Okay.  Now, so Compass Marketing because of

20   something caused by Michael White and George White

21   can't locate any properly signed and written severance

22   agreements between 1998 and 2012; is that right?

23      A.   Can you ask the question again?  I couldn't

24   hear that.

1    Q.   I said, so because of the actions of Michael

2  White and George White, Compass Marketing cannot

3  locate any properly signed in written severance

4  agreements entered into between 1998 and 2012; is that

5  correct?

6    MR. STERN:  I am going to object.  It

7  mischaracterizes the objections in the answer to

8  interrogatories, but --

9    MR. JORDAN:  You can say it is not correct.  So,

10  you know, if that -- is my question correct or

11  incorrect?  Your answer -- your answer would say

12  either I am correct or incorrect.

13  BY MR. JORDAN:

14    Q.   Mr. White, you need to answer.

15    A.   Can you restate your question, please.

16    Q.   Okay.  Due to the actions of Michael White

17  and George White, Compass Marketing is unable to

18  locate any properly signed and written severance

19  agreements it had entered into between 1998 and 2012;

20  is that correct?

21    A.   Are you referring to this document?

22    Q.   I am referring to whether it's correct that

23  Compass Marketing is unable to locate any properly

24  signed and written severance agreements it entered

1  into between 1998 and 2012 because of the actions of

2  George White and Michael White; is that correct?

3      A.   That is partially correct.

4      Q.   Okay.  In what way is it not fully correct?

5      A.   I know that that is one reason that we said,

6  but I don't know whether that is the only reason.

7      Q.   What other reasons are there?

8      MR. REPORTER:  I would like to ask Mr. White to

9  move closer to the microphone, please.

10     MR. WHITE:  Sure, sure.

11 BY THE WITNESS:

12     A.   The other reason is that books and records

13 from the beginning of the company have been stolen.

14 Another reason is that my email address and my emails

15 have been breached by Michael White, who admitted to

16 (indiscernible) in the December deposition. And then

17 the documents that you're referring to are not

18 authentic. Some of them are not authentic, so those

19 are all reasons why I can't produce these.

20     Q.   Okay.  So who stole whatever it is?  What

21 was stolen?

22     A.   Michael White admitted in his December

23 deposition that you were at that he breached my

24 emails.

1    Q.   No, no.  My question is a different
2  question.
3    A.   I am sorry.  Can you repeat that?
4    Q.   You said somebody stole something.  Who
5  stole something? And what was it that they stole?
6    A.   Oh, sorry.  The books and records and the
7  employee files were stolen and added to.  And again,
8  that was admitted by Michael Weiss in his deposition
9  in December.
10    Q.   Okay.  So are you saying that Michael White
11  stole files?
12    A.   No.  I am saying Michael White admitted in
13  his deposition that he added to the employment files.
14    Q.   Okay.  What do you believe Mr. White, Mr.
15  Michael White, added to the employment files?
16    A.   I don't know exactly what he added, but he
17  mentioned specific employee names, David Boshea, John
18  Adams, and others that he added to their files.
19    Q.   Okay.  And do you have them?  Other than the
20  documents that you produced in this case, are there
21  any other documents in David Boshea's employment file?
22  Mr. White, did you hear my question?
23    MR. GAGLIARDO:  If you can hear us, can someone
24  nod?  We cannot hear you.

1                    (A short break was taken.)

2       MR. REPORTER:  We are back on the record at 11:31

3  a.m. Central Time.

4  BY MR. JORDAN:

5       Q.   Okay.  We are back here with the Exhibit 1,

6  Jay White, Exhibit 1, and with relating to the

7  severance agreements. So, Mr. White, am I to read this

8  response to the interrogatories to say that there are

9  properly signed and written severance agreements that

10  exist that Compass Marketing cannot locate?

11      A.   I would not read it that way.

12      Q.   Okay.  Let me ask a different question.  Are

13  there properly signed and written severance agreements

14  that Compass Marketing cannot locate?

15      A.   It is possible.

16      Q.   Why do you say it is possible?

17      A.   It is possible because our network has been

18  breached.  Our files have been stolen.  Employee files

19  have been padded.  And we have identified contracts

20  that actually have my signature forged.

21      Q.   Okay.  So when you say that employee file

22  has been padded, what personal knowledge you have of

23  that, as opposed to just hearing somebody else say it?

24      A.   I only have Michael White's testimony under

1   oath in December that you and I both heard.

2       Q.   Okay.  So you don't have any personal

3   knowledge of any information in anybody's file being

4   padded?

5       A.   I only have Michael White's admission.

6       Q.   Excuse me, Mr. White, it is a yes or no?

7       A.   It is a yes or no question.

8       Q.   I don't need I don't need you to give me the

9   editorial.  I need you to just give me the straight

10  answer.  You have no -- is it correct that you have no

11  personal knowledge as to whether any employee file has

12  been padded?

13      MR. STERN:  Objection.  Asked and answered.

14      MR. JORDAN:  That's fine.  You can answer again.

15  Yes or no?

16  BY THE WITNESS:

17      A.   I have answered, I will answer again.  My

18  knowledge is limited to Michael White's admission

19  under oath.

20      Q.   Okay.  I will tell you I was at his

21  deposition; he made no such admission.  Taking aside

22  whatever Michael White said, that your

23  characterization or otherwise, at his deposition.  You

24  have no personal knowledge as to whether any employee

1  file has been altered, amended, added to, or detracted

2  from, or otherwise padded; is that correct?

3      MR. STERN:  Objection to form.

4  BY THE WITNESS:

5      A.   No, that is not correct.

6      Q.   Okay.  What personal knowledge y outside of

7  you hearing some statement by Michael White at a

8  deposition, do you have?

9      A.   I have personal knowledge of my signature

10  being forged by your client.

11      Q.   Okay.

12      A.   (Indiscernible).

13      Q.   Hold on, Mr. White, it really doesn't do you

14  good to hold up a piece of paper where you're five

15  miles away from the camera.

16      A.   (Indiscernible).

17      Q.   All right.  So, anyway, I am moving on here.

18  Okay.

19      A.   (Indiscernible).

20      Q.   Excuse me, Mr. White, you're not supposed to

21  interrupt me when I am asking a question.  Remember,

22  that was one of our first ground rules.

23      A.   And our ground rule was also that we would

24  let each other finish our answer.  Please let me

1  finish my answer.

2      Q.   No.  I am moving on.  Okay. Mr. White, are

3  you saying that the severance agreement with your

4  purported forged signature, was contained in David

5  Boshea's employee file?

6      A.   That is not what I said.

7      Q.   That is why I am asking you.  Was David

8  Boshea's -- was any severance agreement, signed or

9  unsigned, relating to David Boshea's employment with

10 Compass included in his employee file?

11     MR. STERN:  Objection to form.

12 BY THE WITNESS:

13     A.   I don't know.

14     Q.   Okay.  Then when responding to the

15 interrogatories and document requests in this case,

16 who examined David Boshea's employment file, if you

17 know?

18     A.   I don't know.

19     Q.   Okay.  Are you aware of -- without regard to

20 whether it's David Boshea or anybody else, are you

21 aware -- are there any properly signed and written

22 severance agreements entered into between Compass and

23 any employee between 1998 and 2012 that Compass cannot

24 locate?

1      A.   I didn't understand your question.  Can you

2   restate it?

3      Q.   You know what?  I just move on.  I am

4   showing you, it is  marked as Jay White, Exhibit 2,

5   which is Defendant Compass Marketing Inc.'s Answers to

6   Plaintiff David J. Boshea's first set of

7   interrogatories, which is an 11-page document.  It's

8   up on the screen.  Do you see it?

9                     (Exhibit 2 was displayed.)

10     A.   I do see it.

11     Q.   Okay.  And there are some objections,

12   general objections, which I am not sure we need to go

13   into.  And then there is on the page 3, the

14   preliminary statement; on page 4, the same statement

15   with regard to Michael White and George White dealings

16   with the the .com domain.  Do you see that?

17     A.   I can see that.

18     Q.   Okay.  And then on page 10, there is a

19   certification. This is the same certification that was

20   on the third set of interrogatories; is that correct?

21     A.   I don't know if this is the third.

22     Q.   No, this is the first set.  Is that the same

23   certification?  Do you want to read it and tell me if

24   it is the same certification?

1      A.   It appears to be the same.

2      Q.   Okay.  And there is a signature on there.

3   Do you recognize the signature?

4      A.   It appears to be mine.

5      Q.   Yes.  Is it yours?

6      A.   It appears so, yes.

7      Q.   Okay.  Did you sign this document, yes or

8   no?

9      A.   I don't remember, but it appears that I did.

10      Q.   Okay.   Now you say you don't remember. What

11   do you mean, you don't remember? You may have signed a

12   document that you don't remember signing?

13      A.   I don't know if this is a document that I

14   signed.  I certainly don't remember signing this

15   particular document. I sign a lot of them.

16      Q.   Okay.  When you signed the document, did you

17   believe the answers in the interrogatories were

18   accurate and correct?

19      A.   Well, I just said I don't remember signing

20   this particular document.

21      Q.   Okay.  I think you believe that is your

22   signature.  Do you want to go through these and tell

23   me whether these answers need to be amended at all?

24   You know, we're up on number one. Feel free to read

1   through and let me know when you're ready to move.

2       A.   Okay.

3       Q.   Is there any amendment that is needed to

4   this so far?

5       A.   I am only seeing part of the page.

6       MR. STERN:  Can you clarify for the record, this

7   part?

8   BY MR. JORDAN:

9       Q.   I showed you the response to interrogatory

10  number one and through Rebecca O' Barsky (phonetic) on

11  page two of four.  And now let's look at it Exhibit 2,

12  page 5.  If you can read this and let me know when

13  you're ready, and I will move on.

14      MR. STERN:  Just so it's clear, if you scroll up

15  a little bit, Greg, just a little bit.

16      MR. JORDAN:  I am going to scroll through the

17  entire thing so that nothing's cut off. So the names

18  Michael White, George White and Daniel White are on

19  that page right now.

20      MR. STERN:  On the screen that we're seeing, the

21  bottom part of Daniel White's cut off.  So I am just

22  trying to be clear for the record reports --

23      MR. JORDAN:  Okay.  Tell me if you see the entire

24  Daniel White.

1      MR. STERN:  Okay.  So now we have the full text of

2  Michael White, George White, and Daniel White

3  responses.

4      MR. JORDAN:  Okay.

5  BY MR. JORDAN:

6      Q.   Let me know when you're finished reading.

7      A.   Okay.

8      Q.   Do you see the John White, Jerry Kane

9  (phonetic), Aaron Songer (phonetic), Lou Fernandez,

10  Dana Esavano (phonetic) on the screen?

11      A.   I do.

12      Q.   Okay.  Can you read through that?

13      A.   Sure.  Okay.

14      Q.   Okay.  And then we have the sixth page, it

15  starts with James Columbus, and I have up on the

16  screen, read through Kevin -- can you see through

17  Kevin Vandusan (phonetic)?

18      A.   Yes.

19      Q.   Okay.  Just read that.

20      A.   Okay.

21      Q.   Okay.  And then, the remainder of the page

22  is up.  John Mancini through Frank Pellegrino, do you

23  see that?

24      A.   I do.

Page 52

```
 1        Q.    Okay.  Just read through and let me know
 2   when you're finished.
 3        A.    Okay.
 4        Q.    And then there is Marty Monterrey, John
 5   Adams, Jesse Williams up on the screen; do you see
 6   that?
 7        A.    I do.
 8        Q.    Okay.  Can you read through that?
 9        A.    Okay.
10        Q.    All right.  After reviewing that, is there
11   any reason to amend or change the responses to
12   interrogatory number one?
13        A.    Let me read the question again.
14        Q.    It says:  Identify each person whom the
15   defendant believes has or may have knowledge of the
16   facts and circumstances alleged in the complaint,
17   affirm defenses the defendant filed in this action or
18   both.  For each person so identified, described the
19   information and knowledge the defendant believes such
20   person possesses as to each of the interrogatories set
21   forth below.
22        MR. STERN:  I am just going to object to the
23   extent affirmative defenses has legal significance,
24   and the witness may not know the answers to that.
```

```
 1   BY MR. JORDAN:
 2        Q.   You know what, I am just asking if you need
 3   to amend the responses to interrogatories.  I assume
 4   you have good counsel. They would have advised you at
 5   the time of the responses to the returns.
 6        A.   I don't believe counsel has advised to amend
 7   the interrogatories.
 8        Q.   Okay.  I am not asking whether counsel --
 9   because the counsel wouldn't advise whether to admit -
10   - this is a factual statement.  Are any of the facts
11   contained in response to interrogatory number one need
12   to be supplemented, amended, or otherwise changed?
13        A.   I am not sure.
14        Q.   Why do you say you're not sure?  Go ahead.
15   Tell me why you think you are not sure?
16        A.   Well, it's a pretty extensive list, and
17   there is a lot of employees on there, and I don't know
18   who else might have information in regard to this.
19        Q.   Is there anyone you can think of?
20        A.   I can't think of anyone, that is why I said
21   I don't know.
22        Q.   Okay.  According to Michael White, okay, it
23   says that Michael White had oversight over personnel,
24   management, and payroll.  What does Compass mean when
```

1  it responded that he had oversight over personnel,

2  management, and payroll?

3      MR. STERN:  Objection to the extent that that

4  suggests that he was a corporate designee and he's

5  not.

6      MR. JORDAN:  He signed the responses, so I assume

7  that he has knowledge about this.

8      MR. STERN:  Yes, about his knowledge.  But it's

9  not in his --

10     MR. JORDAN:  Okay.

11  BY MR. JORDAN:

12     Q.   What do you know about Michael White having

13  had oversight over personnel, management, and payroll?

14     A.   I think the words speak for themselves.  He

15  had oversight for management and payroll.

16     Q.   You know words don't speak, witnesses speak.

17  I don't know necessarily what is meant in this

18  response.  So when it said Michael White had oversight

19  over personal, management, payroll, what oversight did

20  he have?

21     A.   All responsibility for the payroll.

22     Q.   What does that mean?

23     A.   He managed it, himself.

24     Q.   Did he make decisions as to compensation?

1      A.    He wasn't supposed to.

2      Q.    Okay.  Was his role just a functional role

3    where he processed the payroll or something else?

4      A.    It was supposed to be that.

5      Q.    Okay.  What did he do with regard to

6    personnel management?

7      A.    He managed the health insurance, the 401k

8    plan, basically what we call personnel management.

9      Q.    When you say personnel management, you mean

10   managing health and 401K?

11     A.    Yes.

12     Q.    Okay.  So he would have been informed as to

13   all the details of Boshea's hire and compensation

14   package for administrative purposes, including the

15   lack of a severance agreement of the kind described by

16   plaintiff.  Okay.  So who would have informed him as

17   to the details of Boshea's hire and compensation

18   package?

19     A.    I would have.

20     Q.    Okay.  Anyone else?

21     A.    I don't believe so.

22     Q.    Okay.  And it says:  Including the lack of a

23   severance agreement.  What discussions did you have

24   with Michael White about the lack of a severance

1  agreement in 2007?

2      A.   I don't recall any discussions in 2007 with

3  Michael White on this.

4      Q.   Okay.  You know, it's the absence that

5  really kind of makes it interesting for me.  It says:

6  Including the lack of a severance agreement, are you

7  saying that for a fact that there was a decision made

8  not to give a severance agreement to David Boshea, or

9  that you don't recall, or something else?

10     MR. STERN:  Objection to form.

11 BY THE WITNESS:

12     A.   I think the words speak for themselves.

13     Q.   Again, witnesses speak.  Words don't speak.

14 It says: Including the lack of service agreement, was

15 there any discussion with anyone about not providing a

16 severance agreement to David Boshea?

17     A.   I have already answered that.  I don't

18 recall any discussions from fifteen years ago.

19     Q.   Okay.  Do you recall any discussions with

20 David Boshea where either there was a statement that a

21 severance agreement is going to be provided, or a

22 severance agreement was not going to be provided?

23     MR. STERN:  Objection to form.

24 BY THE WITNESS:

1      A.    I don't remember any conversations like

2  that.

3      Q.    Okay.  Is there anything that you refresh

4  your recollection about communications, about a

5  severance agreement between Compass and David Boshea?

6      A.    I can't think of any.

7      Q.    Okay.  Do you have a recollection of your

8  conversations with David Boshea about his compensation

9  package before he was hired?

10     A.    No.

11     Q.    Okay.  Is there anything that would refresh

12  your recollection about your discussions with David

13  Boshea about his compensation package before he was

14  hired?

15     A.    Maybe getting the fifteen years back, but

16  no, other than that, nothing.

17     Q.    Okay.  Do you have any recollection of

18  conversations with David Boshea about his compensation

19  package at the time he was hired, on the day he was

20  hired?

21     A.    No.

22     Q.    Is there anything to refresh your

23  recollection about those conversations?

24     A.    Other than the fifteen years, no.

1    Q.   Okay.  Going back fifteen years, is it your

2   testimony that you don't have any recollection as to

3   whether there was or was not a severance agreement

4   between David Boshea and Compass?

5    A.   That is not what I said.

6    Q.   Okay.  What did you say?

7    A.   Can we have the court reporter read back the

8   record?

9    Q.   I understand your answer.  I am not

10  interested in your prior answer.  I asked you this

11  one.  What is your recollection -- let me ask a new

12  question.  What is your recollection as to whether or

13  not David Boshea had a severance agreement?

14   A.   I don't have a recollection of this time

15  period that you're referring to.

16   Q.   Okay.  So you just don't recall?

17   A.   I don't remember.

18   Q.   Okay.  Is there anything that could assist

19  you in remembering?

20   A.   Other than the fifteen years, no.

21   Q.   Okay.  And then was it Daniel White -- okay,

22  it indicates that he was legal counsel for Compass at

23  the time of Boshea's hiring.  The terms of Boshea's

24  compensation employment package would have been to

1   communicate it to Daniel White so that he could draft

2   the applicable employment contracts.  Okay.  Do you

3   recall what conversations you had with Daniel White

4   with regard to Boshea's compensation employment

5   package?

6        A.   I do not.

7        Q.   Okay.  What applicable employment contracts

8   would Daniel White have drafted?

9        A.   The employment contracts that we generally

10  use.

11       Q.   Okay.  What employment contracts did Compass

12  generally use at the time David Boshea was hired?

13       A.   We provided them for you, but I don't

14  understand your question.

15       Q.   Well, I don't know.  I wasn't at Compass.  I

16  if I went back fifteen years, I wouldn't have even

17  known the existence of Compass Marketing, David

18  Boshea, or John White, so you have to tell me.  What

19  were the -- what was Daniel White drafting when David

20  Boshea was hired?  The words have a meaning, he was

21  drafting something.

22       A.   Employment agreements.

23       Q.   Okay.  So he drafted an employment agreement

24  for David Boshea?

 1      A.    I don't know.  I assume he did.  That was
 2  his job at the time.
 3      Q.    Okay.  It says:  John White has in that
 4  portion right here.  John White has full knowledge of
 5  Boshea's compensation packages and employment terms,
 6  the duration of his employment with Compass.  Okay.
 7  What do you recall about David Boshea's compensation
 8  packages and employment terms at the time of his hire?
 9      A.    I don't recall the time of his hire.
10      Q.    Is there anything that could help you recall
11  David Boshea's compensation packages in employment
12  terms at the time of this hire?
13      A.    Yes.  His employment agreement.
14      Q.    Okay.  Is that that document that you didn't
15  sign, that was forged?
16      A.    No.  That is obviously not the document that
17  would help me determine Mr. Boshea's agreement.  It
18  would be the actual unforged document that would help
19  me.
20      Q.    Okay.  What was the difference between that
21  document and the document that you did?  So are you
22  saying that you signed an employment agreement between
23  Compass and David Boshea?
24      A.    That is not what I said.

1    Q.   Okay.  That is why I asked.  Okay.  Did

2    David Boshea ever -- did you ever sign an employment

3    contract relating to David Boshea's employment?  Ever.

4    A.   I don't recall.

5    Q.   Is there anything that could help you

6    recall?

7    A.   The contract.

8    Q.   Okay.  And does Compass or you or anybody

9    else have in their possession that contract?

10   MR. STERN:  Objection to the form.

11   BY THE WITNESS:

12   A.   We do have one of them from 2015, yes.

13   Q.   Okay.  Anything prior to 2015?

14   A.   I don't recall.

15   Q.   Is there anything that could help you

16   recall?

17   A.   The employment contract itself that is not

18   forged would help me.

19   Q.   Okay.  But you don't know where that is, if

20   it exists?

21   A.   I do not.

22   Q.   Okay.  Now, there are various people on page

23   6, James Columbus, also known as Chip Dupaula

24   (phonetic), he had a written and signed employment

1  contract; is that correct?

2       A.   I believe so.

3       Q.   Okay.  And John Greenwood, he had a written

4  and signed employment agreement; is that correct?

5       A.   I believe that he did.

6       Q.   Okay.  And Alisa Greenwood had a written and

7  signed employment contract with Compass, correct?

8       A.   All employees should have had written and

9  signed agreements, including a lease agreement.

10      Q.   Okay.  Including David Boshea?

11      A.   All employees should have had a signed

12  employment agreement.

13      Q.   Did David Boshea have a signed employment

14  agreement?

15      A.   I don't know.

16      Q.   Okay.  You said, "all employees", so I am

17  just trying to understand your answer.  So what was

18  David Boshea -- first of all, what exactly happened in

19  2019 that George White and Michael did, as far as you

20  know?

21      A.   I don't understand your question.

22      Q.   Okay.  Do you remember the preliminary

23  statement number 5 about -- in or about July 2019,

24  Michael White and his son, as  administrators of the

1  domain, the dot.com domain, prevented and continued to

2  prevent Compass from accessing records in the .com

3  domain?

4      A.   Yes.

5      Q.   Okay.  What exactly did they do, if you

6  know?

7      A.   I don't know exactly, but generally they

8  seized control of our network, and refused and

9  continue to refuse to release it to us.

10     Q.   Okay.  After George White and Michael White

11 did the things that you just said, what efforts did

12 Compass undertake to find or obtain possession of its

13 .com domain from them?

14     A.   I don't know the exact details of what was

15 done, but in general, we attempted to get control back

16 of our network.

17     Q.   Generally, what did Compass do?

18     A.   I am sorry, can you repeat that?

19     Q.   Generally, what did Compass do?  Even if you

20 don't know specifically what they did, what generally

21 did Compass do to try to get the .com domain as it's

22 defined in primary statement number 5 back?

23     A.   Generally, we engaged an outside firm that

24 specializes in cybersecurity.  We contacted Google and

```
 1  Microsoft, and we called the police.
 2       Q.   Okay.  Who maintained the domain?
 3       A.   Compass.
 4       Q.   No, no, there is a there is a host company
 5  that maintains every domain.  I think netfirms.com
 6  hosts my domain, even though I use the Microsoft
 7  system, the OneDrive and everything else from my firm.
 8  Who hosts the .com domain?
 9       A.   I don't know for sure, but I think it's
10  Google.
11       Q.   Okay.  What makes you think Google maintains
12  the .com domain?
13       A.   Because we still get monthly invoices from
14  Google specific to the .com emailed to George White
15  and Michael White.
16       Q.   Okay.  Do you pay them?
17       A.   No.  Somebody with a credit card pays them,
18  it is not us.
19       Q.   Okay.  And you don't know who that is?
20       A.   We guess it's Michael or George White, who
21  are addressed -- these emails are addressed.  I don't
22  know who it is, o.
23       Q.   Okay.  Now, up on the screen, we see Jay
24  White, Exhibit 3, okay, which is -- it has some
```

```
 1  letterhead on that.  Whose letterhead is that?
 2                      (Exhibit 3 was displayed.)
 3      A.   Whose letterhead is that?
 4      Q.   Correct.
 5      A.   It says Compass Marketing.
 6      Q.   Is it Compass Marketing letterhead?
 7      A.   I don't know.  At the time, it might have
 8  been.  I don't think it is today.
 9      Q.   Okay.  And then there is -- this goes two
10  pages.  First off, just to make sure, there is some
11  handwriting at the top.  Do you recognize the
12  handwriting?
13      A.   I do.
14      Q.   Whose handwriting is that?
15      A.   That is Michael White's handwriting.
16      Q.   Okay.  And what I want you to do is to read
17  Jay White, Exhibit 3, and we're going to go through
18  the first four paragraphs are up on the screen; do you
19  see that?  It starts:  Dated Tuesday, December 15,
20  2015.  Dear David Boshea, and then it has four
21  paragraphs.  Let me know when you've read them.
22      A.   Okay.
23      Q.   And then there is -- below that it says,
24  respectfully, JD, John D. White, Chief Executive
```

1   Officer, and it bears a signature.  Do you recognize

2   the signature?

3        A.   It appears to be mine.

4        Q.   Okay.  And then there is an employee line;

5   is it signed?

6        A.   It is not.

7        Q.   Okay.  And then there is -- the second page

8   is an email. And it says:  John White.  And then it

9   says: jwhite@compassmarketinginc.com.  Do you

10  recognize that email address?

11       A.   I do.

12       Q.   Whose email address is that?

13       A.   That was my email address.

14       Q.   On September 15, 2015, that was your email

15  address?

16       A.   I believe so.

17       Q.   Okay.  And it is to David Boshea, and then

18  it says:  dboshea@compassmarketingin.com.  Do you

19  recognize whose email address that is or was on

20  September 15, 2015?

21       A.   I believe it was David Boshea.

22       Q.   And it copies Mike White,

23  mw@compassmarketinginc.com.  Whose email address, if

24  you know, was that on September 15, 2015?

1      A.   Michael White.

2      Q.   Okay.  And then Daniel White, it says

3  dwhite@compassmarketinginc.com.  Whose email address

4  was that on September 15, 2015?

5      A.   That was Daniel White's Compass email

6  address.

7      Q.   Okay.  And then the email says:  Dave, see

8  attached per our conversation.  Sorry, Dave. John.

9  Did you author that email?

10     A.   I don't recall.

11     Q.   Okay.  And then it says -- the person says:

12  Per our conversation.  Did you have a conversation

13  with regard to the first page of this exhibit?  It is

14  sometime around or before September 15th, on or before

15  September 15, 2015?

16     A.   I don't recall seven years (indiscernible).

17     Q.   Okay.  So is there anything that could help

18  you recall the conversation that you had with David

19  Boshea on or about September 15, 2015, that is

20  referenced in that email on page 2 of Exhibit 3?

21     A.   Other than the seven years, no.

22     Q.   Okay.  I am not sure, what do you mean

23  "other than the seven years"?

24     A.   If I could get seven years back to this

1    date, that would help me recall what you're asking.

2        Q.   Okay.  All right.  What, if any, reference

3    in this exhibit is there made to severance?

4        A.   I am sorry.  What is your question?

5        Q.   What, in ay, reference to severance is made

6    on page 1 of Exhibit 3, which is the letter to David

7    Boshea asking him to accept a reduction in his base

8    compensation?

9        MR. STERN:  Objection to form.

10   BY THE WITNESS:

11       A.   I think the compensation includes or would

12   include any severance.

13       Q.   Okay.  Why do you say that?

14       A.   Well, compensation includes severance.

15       Q.   Okay.  In what way does it?  Other than

16   severance is included in compensation, in what way is

17   maintaining a severance inconsistent with the terms of

18   this letter?

19       MR. STERN:  Object to form.

20   BY THE WITNESS:

21       A.   I didn't understand your question.  Can you

22   ask, again?

23       Q.   Okay.  It says here:  The terms of this

24   letter of agreement will supersede any inconsistencies

1  with any prior agreements regarding the terms of your

2  compensation and cannot be modified unless in writing

3  and signed by us.  Your agreement shall continue at

4  will.

5       What I am asking you is:  In what way is

6  maintaining his -- any severance agreement he might

7  have had inconsistent with this letter?

8       A.  I am still not understanding, Greg.  Can you

9  can you ask again just slower?

10      Q.  Okay.  How, if at all, did this letter

11 supersede David Boshea's right to receive severance?

12      MR. STERN:  Objection to form.

13 BY THE WITNESS:

14      A.  Other than that, it says it's a

15 modification, and that compensation would include

16 severance, I don't know anything else other than that.

17      Q.  Okay.  So it doesn't the word "severance" in

18 the letter, correct?

19      A.  As I read this letter, the word "severance"

20 is not on the page.

21      Q.  And the purpose of letter was to reduce base

22 compensation to an annual amount of $180,000; is that

23 right?

24      MR. STERN:  Objection to form.

1   BY THE WITNESS:

2        A.   No.

3        Q.   What was the purpose of the letter other

4   than asking him to agree to accept the reduction in

5   base compensation to an annual amount of $180,000

6   before customary deductions in the categories of his

7   regular payroll deductions?

8        A.   It was a modification of his compensation.

9   And the rest of the letter, if I could read the letter

10  to you.  The employment shall be at will.  If you want

11  me to read the letter, I am happy to read the letter

12  to you.

13       Q.   I know.  I don't need you to read the

14  letter.  I am perfectly capable.  Sixteen years at

15  Catholic school served me well.  I can read.

16       What I am asking you is:  Other than reducing the

17  base compensation, what other change to David Boshea's

18  employment agreement, at will or otherwise, were

19  stated in this letter?

20       A.   Can you ask that again, Greg?

21       Q.   Sure.  Other than asking David Boshea to

22  accept a reduction in his base compensation, what

23  other terms of his employment were mentioned in this

24  letter?

1       MR. STERN:  Objection to form.

2  BY THE WITNESS:

3       A.   One says it will be at will.

4       Q.   Was he not employed at will, previously?

5       A.   I don't recall, but that is something else

6  that is referred to in the letter, and I think in

7  answer to your question.

8       Q.   Okay.  Anything else?  Reduction in

9  compensation, his employment at will?  Anything else

10  mentioned in the letter?

11      A.   There is nothing else in the letter.  There

12  is nothing other than what's in the letter, that the

13  letter refers to.

14      Q.   Okay.  Do you know whether David Boshea ever

15  signed a document similar or the same as J. White

16  Exhibit 3, which was what you referred to just now as

17  the letter?

18      A.   I do not recall.

19      Q.   Is there anything I could help you recall?

20      A.   I can't think of anything that would help me

21  recall that.

22      Q.   Okay.  Did Compass reduce anyone else's

23  compensation in 2015?  Excuse me, let me start again.

24  At the time that Compass reduced David Boshea's base

1    compensation in 2015, did Compass reduce anyone else's

2    compensation?

3         A.    Yes.

4         Q.    What percentage of the employees'

5    compensation was reduced, along with David Boshea's?

6         A.    I don't recall.

7         Q.    Do you recall any employee of Compass whose

8    compensation was not reduced at the same time?

9         A.    I don't recall.

10        Q.    Is there anything that can assist you in

11   recalling, other than going back in the time machine,

12   seven years?

13        A.    Yes.

14        Q.    What would help you recall.

15        A.    The payroll report from the payroll company.

16        Q.    Okay.  So it may have been that David Boshea

17   was -- you know there were other people whose

18   compensation was reduced at that time, but you would

19   have to look at the payroll reports to determine whose

20   compensation was not reduced; is that correct?

21        A.    Correct.

22        Q.    Okay.  Was your compensation reduced at that

23   time?

24        A.    I don't recall, but I -- I don't recall.

1       Q.   Is there anything, other than looking at the

2   paper records, that would assist you in recalling?

3       A.   I would have a look at my bank accounts.

4   Yeah, probably my bank accounts  would show.

5       Q.   It seemed to me to be generally a big deal

6   to have compensation reduced.  So you don't recall

7   whether yours was reduced; is that what you're saying?

8       A.   I don't recall.  But what you are right, it

9   was a big deal.

10      Q.   Okay.  And yet you don't recall, right?

11      A.   I recall some employees that were reduced,

12  but I don't recall if I was or not.

13      Q.   Okay.  I have here what has been marked as

14  J. White Exhibit 4, which are -- I will tell you,

15  David Boshea's notes that he made apparently on

16  September 16th, 2015.  It says J. White convo, I would

17  anticipate that means there was a conversation with

18  you at -- around that time.  Can you review this and

19  let me know when you've read the exhibit.

20      A.   Sure.

21      MR. STERN:  Greg, can you please instruct Mr.

22  Boshea to stop.   I don't know what's so funny, but he

23  keeps laughing.

24      MR. JORDAN:  I think you are making something up,

```
 1  Steve.  Honestly, I didn't hear anything.
 2       MR. STERN:  Well, I hear someone laughing.
 3       MR. JORDAN:  Okay.
 4  BY MR. JORDAN:
 5       Q.   Just let me know when you're finished.
 6       A.   Okay.  Finished.
 7       Q.   Go down to the bottom, and the last words
 8  appear to be: In Jan. 2016; do you see that?
 9       A.   I do.
10       Q.   Okay.  In Mr. Boshea's notes, was there any
11  reference to severance?
12       MR. STERN:  I am going to just object to the
13  characterization. Mr. White cannot confirm or verify
14  whether those are Mr. Boshea's notes.
15       MR. JORDAN:  I am telling you that I am
16  representing to you as an officer of the court that we
17  have identified these in discovery as David Boshea's
18  notes.
19       MR. STERN:  (Indiscernible, talk over).
20       THE WITNESS:  (Indiscernible, talk over).
21  BY MR. JORDAN:
22       Q.   So you may take it from me, Mr. White.  You
23  may take it from me that these are David Boshea's
24  contemporaneous notes prepared at the time of your
```

1   conversation with him regarding the salary reduction.

2   So having said that, is there any reference in his

3   notes to severance?

4       MR. STERN:  I am going to repeat my objection that

5   Mr. White is not able to know that these were, in

6   fact, taken by Mr. Boshea at the time representing.  I

7   understand your representation, but Mr. White cannot

8   testify to that.

9       MR. JORDAN:  Is that a speaking objection?  Did I

10  hear?

11      MR. STERN:  I am just noting it.

12      MR. JORDAN:  Yes, yes, it is a speaking objection.

13      MR. STERN:  John, you like -- John, would you like

14  to leave the room a minute.

15      MR. JORDAN:  Okay.

16  BY MR. JORDAN:

17      Q.   With that regard to anything, is there any

18  reference on this page to severance?

19      A.   I can't read all of the writing, but I don't

20  see the word "severance".

21      Q.   Okay.  Let me let me read it to you, how I

22  remember reading it.  RE:  Salary reductions.

23  (asterisk) Effective 10/15/15 (asterisk) me $200K;

24  (arrow) $180K; (asterisk) J. White to bring mine back

to $200K in January 2016, it appears. Pay back via bonus. (asterisk) pay me back money owned for WEGC, give John total owed me; he ay in January -- Jan. 2016.

Okay. Is there any reference in that recitation to severance?

A. I did not hear you say "severance", no.

Q. Do you see the word "severance"? Can you discern the word "severance" on the page?

A. I already answered. I don't see the word "severance".

Q. Okay. Did you agree to bring -- did you dispute that you agreed to bring David Boshea's compensation back to $200,000 in the future?

A. That is not what I said.

Q. What did you say?

A. I said, I don't see the word "severance".

Q. I asked you a different question, Mr. White. Did you tell David Boshea in September 2015 that you were going to bring his compensation back to $200,000 at some point, via bonus?

A. I don't recall.

Q. Is there anything that could help you recall that?

1      A.   No.

2      Q.   Okay.  There is a reference to WEGC.  Do you

3   know what WEGC is?

4      A.   I don't.  This document that you're

5   referring to doesn't appear to be authentic to me, but

6   if it is, and it was written at this time, it just

7   simply appears to be an acknowledgment (indiscernible,

8   talk over.)

9      Q.   Excuse me, Mr. White.  Mr. White, I am not

10  asking you to speculate on your belief of anything.  I

11  am asking you if you know what WEGC stands for?

12     A.   Yeah.  And I am going to try to answer

13  again, please.  But don't talk over me.

14     Q.   Then just tell me.  All right.  So you

15  determined -- we determined that you know what WEGC

16  stands for.  What does WEGC --

17     A.   But I --

18     Q.   Excuse me.  I am trying to ask a question.

19  What does WEGC stand for?

20     A.   I will start, again.  I don't recognize the

21  --

22     Q.   Excuse me, Mr. White.  The ground rule was

23  you had to be responsive, and I would not interfere.

24  But you are not being responsive.  All I am asking --

1   I have moved on.  I am not interested in your -- and

2   so not interested in your commentary about David

3   Boshea's notes.  David Boshea's notes are David

4   Boshea's notes.  He can testify in front of the jury

5   and the jury will believe him or not.  Okay.  I am

6   only asking you what does WEGC stand for?

7       A.   That's not all you are doing.  You're

8   talking over me, which you still are doing.

9       Q.   All right.  Mr. White, we have moved on.  We

10  have moved on from your commentary about your not

11  expert belief of whatever. I am not interested in

12  that, so we are moving on.

13      A.   You are talking over me.

14      Q.   WEG -- excuse me.  WEGC stands for what?

15      A.   You are talking over my answers.

16      Q.   You are not answering.  You are trying to

17  make some sort of nonresponsive commentary to a very

18  simple question.  You have already identified that you

19  know what WEGC stands for.

20      A.   What did I say?

21      Q.   Just tell me.  What does WEGC stand for or

22  tell me you don't know.  And then we will present thus

23  in jury where you said you knew what it meant and all

24  of a sudden you had a brain cramp.

1      A.    To be clear, I did not say I knew what it

2    meant.

3      Q.    You don't know what WEGC stands for?

4      A.    I did not say that.

5      Q.    All right.  So what does WEGC stand for, if

6    you know?

7      A.    I will try to answer.  I will ask that you

8    don't interrupt me, please, which is a problem.

9    (Indiscernible, talk over).

10      Q.    If you are responsive, I will not interrupt

11    you.

12      A.    You are interrupting me.

13      Q.    Go ahead.

14      A.    Well, you asked me to agree to it at the

15    beginning of this deposition.

16      Q.    You have to be responsive.

17      A.    (Indiscernible, talk over) interrupting me.

18      Q.    Okay.

19      A.    You may not like my answer, you are going to

20    have to receive it, whether you like it or not.

21      Q.    I am only interested in you telling me what

22    WEGC stands for.  If you say anything other than

23    telling me what it stands for, I will interrupt you.

24    I guarantee it.  What does WEGC stand for?

1       A.   I don't know.

2       Q.   Okay.  Have you ever heard of the White

3  Eagle Golf Club?

4       A.   Yes.

5       Q.   What is the White Eagle Golf Club, as far as

6  you know?

7       A.   I think it's a golf club.

8       Q.   Okay.  Have you ever been there?

9       A.   Yes.

10      Q.   Okay.  Where is it located?

11      A.   It is in Naperville.  Chicago.

12      Q.   Okay.  Have you ever met anybody who was a

13  member of the White Eagle Golf Club?

14      A.   I don't know.

15      Q.   Okay.  Was David Boshea ever a member of the

16  White Eagle Golf Club?

17      A.   I don't know.

18      Q.   That is a great answer.  Okay.

19      A.   Wow.  (Indiscernible).

20      Q.   You know what, please, let me ask another

21  question.  I just appreciate that.  I look forward to

22  putting this in front of the jury.

23      A.   (Indiscernible, talk over).

24      Q.   Excuse me, can I ask a question.

1      MR. STERN:  Hold on one second, I have to find the

2   mute button.

3      THE WITNESS:  Wow.

4      MR. JORDAN:  Excuse me, gentlemen.  I believe rule

5   30 applies to you.  Unless you guys are talking about

6   the Oriole game, there is no reason for you to be

7   talking to your client here on the video.

8      MR. STERN:  Okay.

9      MR. JORDAN:  Are we taking a break?

10      MR. STERN:  No.  I can say this on the record or

11   off the record, but I don't see any reason that you

12   need to make these side statements.  I just would

13   suggest you move on to the next statement.  We don't

14   need to know what you're going to present to the jury

15   what you're not going to present to the jury.

16      MR. JORDAN:  Okay.

17      MR. STERN:  Just continue on with your questions,

18   please.

19      MR. JORDAN:  All right.  No problem.

20      MR. STERN:  All right.

21      MR. JORDAN:  Can you get Mr. White, or do you want

22   to take a break?

23      THE WITNESS:  It is about time for lunch.

24       MR. GARTEN:  Can you hear us, Greg?

1      MR. JORDAN:  I can.

2      MR. GARTEN:  I was just saying it's about 1:30

3 East Coast time.  It seems like it would be an

4 opportune time for a lunch break.

5      MR. JORDAN:  Well, how long would you like for a

6 lunch break?

7      MR. STERN:  About a half hour?

8      MR. JORDAN:  Okay. All right.  So we'll be back at

9 or about 1:07 my time, 2:07 your time.

10      MR. STERN:  Okay.

11      MR. JORDAN:  Okay.

12      MR. STERN:  Thank you.

13      MR. REPORTER:  We are off the record at 12:27 p.m.

14 Central Time.

15                    (A break was taken.)

16      MR. JORDAN:  Let's go back on the record.  What

17 time is it?

18      MR. REPORTER:  We are on the record at 1:24 p.m.

19 Central Time.

20      MR. JORDAN:  Okay.

21 BY MR. JORDAN:

22      Q.   What I am going to do is I guess as long as

23 we were just talking offline here.  So, Mr. White, can

24 you tell me, with regard to when David Boshea was

1   employed by Compass Marketing, when, if ever, did he

2   have a physical office at Compass Marketing's

3   headquarters?

4        Let me start again.  Compass Marketing's

5   headquarters were, when David Boshea was employed, in

6   Annapolis, Maryland; is that right?

7        A.   Yes.

8        Q.   Have they moved from the headquarters that

9   they had when David Boshea was employed?

10       A.   Yes.

11       Q.   Okay.  Where is the company located now?

12       A.   Moved twice, but it is still in Annapolis,

13   but all three offices are in Annapolis.

14       Q.   Okay.  And has the company gone mostly

15   virtual since the pandemic?

16       A.   Mostly virtual.  We offer either work in

17   office or from home.

18       Q.   Okay.  So has it downsized its office space?

19       A.   Downsized to a smaller office.

20       Q.   Okay.  How many square feet do they have

21   before?

22       A.   I don't remember.

23       Q.   Okay.  In relation to the former offices,

24   how much smaller are the current offices, office

1   space?

2       Q.   I wouldn't know what exactly, I mean --

3       Q.   Can you just give me an estimate?

4       A.   Half.

5       Q.   I am not trying to be clever or coy, but one

6   of the things in your counterclaim had to do with some

7   loss of a lease, and I am trying to see whether, in

8   fact, what ended up happening. So how much smaller are

9   the offices now?

10      A.   Probably half the size.

11      Q.   Okay.  And when Compass was looking for

12  office space that it raised in this case, how much

13  office space was it looking for?

14      A.   About the same size.

15      Q.   About the same size it has, or the same size

16  that it has now?

17      A.   Yeah, about half.  About half, okay.  That

18  and 100% of the size it has today, about.

19      Q.   Okay.  And so just switching back to that,

20  so did -- I was also sending Exhibits 6 through 10 to

21  Mr. Gagliano and Mr. Stern while I was asking

22  questions, so I kind of lost my train there.  Did Mr.

23  David Boshea have a physical office at Compass's

24  offices?

1      A.    No.

2      Q.    Okay.  During the term of his employment,

3  how often did he come to Compass's office?

4       A.   It ranged, depending on the years.

5      Q.    Okay.  Say like 2007 to 2010, approximately

6  how many times a year did he come to Compass's

7  offices?

8      A.    I don't know.

9      Q.    Okay.

10     A.    Not many.

11     Q.    And when you say, "not many", is that more

12 than ten times?

13     A.    No.

14     Q.    More than five times?

15     A.    I don't know for sure, but I would say it's

16 less than ten times.

17     Q.    Okay.  And that's per year, or during that

18 period?

19     A.    During that period.

20     Q.    Okay.  And how about 2011 to 2015?  How many

21 times each year did David Boshea comes to the Compass

22 offices in Maryland?

23     A.    I think it was less than five, then.  I

24 believe that was about once per quarter.

1    Q.   So about once per quarter each year?

2    A.   Correct.

3    Q.   Okay.  And from 2015 to 2010, did he

4    continue to come about once per quarter?

5    A.   No, he stopped coming.

6    Q.   Okay.  Is that something that Compass

7    directed or that he chose to do?  If, you know.

8    A.   I don't think anybody directed it.  I think

9    it just worked out that way.  He'd come a couple of

10   times a year.

11   Q.   Okay.  And how long -- during the period

12   from 2007 to 2010, how long would he be in Maryland?

13   Like a week, a month, a day?

14   A.   It ranged, but it wasn't long.  I mean, it

15   normally was two days, two or three days maximum.

16   Q.   Per trip?

17   A.   Correct.

18   Q.   Okay.  And then from 2011 to 2015, how long

19   would he stay in Maryland while he was, you know,

20   working in Maryland?

21   A.   Same, less time.  Usually he would come in,

22   stay the night, and then leave the next day.

23   Q.   Okay.  And then after 2015, how long would

24   you stay when he was working in Maryland for Compass?

1        A.    Well, he stopped coming in regularly.

2        Q.    I understand that, but at some point, he was

3    there, right?

4        A.    Yes.

5        Q.    Okay.  How long would he stay?

6        A.    He would normally just stay the day.

7        Q.    Okay.

8        A.    Stay the night and leave the next morning.

9        Q.    Okay.  So, like, would he be in from 2017 to

10   2020, a couple of times a year, then?  Is that -- I am

11   trying to discern.

12       A.    No, it might have been once, and then

13   multiple years was none, zero.

14       Q.    Okay.  All right.  Terrific.  Trying to

15   understand.  Now prior to 2015 when David Boshea's

16   compensation was reduced, prior to that, was there --

17   did Compass post the boat trip tied to the Super Bowl

18   in, I guess that would be 2014?

19       A.    I don't know if that was the year, but we

20   did host a boat trip, yes.

21       Q.    Okay.  How much did you spend on that?

22       MR. STERN:  Objection, relevance.

23       MR. JORDAN:  I am just trying to figure out why it

24   was that David Boshea's compensation was cut.

1    BY MR. JORDAN:

2        Q.   How much did you spend on the Super Bowl

3    boat trip?

4        MR. STERN:   Still not relevant but go ahead.

5    BY THE WITNESS:

6        A.   I don't know.

7        Q.   How many people were on the boat?

8        A.   I don't know.

9        Q.   More than 50?

10       A.   I don't know how many people were on the

11   boat.

12       Q.   More than 40?

13       A.   Same answer.

14       Q.   More than one?

15       A.   There was more than one, yes.

16       Q.   More than ten?

17       A.   I don't know.

18       Q.   Do you know how much Compass spent on that

19   trip?

20       A.   I already answered that.  No, I don't know.

21       Q.   Okay.  What benefit did it derive from that,

22   if any?

23       A.   What benefit did it derive?

24       Q.   Yeah.

1      A.    It helped one of our clients.

2      Q.    Which client?

3      A.    Anheuser-Busch.

4      Q.    Okay.  Did the revenues from Anheuser-Busch

5  increase after the boat trip?

6      MR. STERN:  Objection, relevance.

7  BY THE WITNESS:

8      A.    I don't know.

9      Q.    Is there anything that could help you

10  remember?

11      A.    I can't think of anything.

12      Q.    Okay.  So not nothing could refresh your

13  recollection, then?

14      A.    There is nothing I can think of that would

15  refresh my recollection.

16      Q.    Okay.  Have you ever heard of Tagnetics?

17      A.    Yes.

18      Q.    Okay.  How is it you've heard of Tagnetics?

19      A.    It is a company that we've invested in, and

20  a company that I run.

21      Q.    Okay.  And when you say, "we invested in",

22  who is "we"?

23      A.    The company, Compass Marketing.

24      Q.    Okay.  And does it own -- is it a

```
 1   corporation, a limited liability company, or some
 2   other form of entity?
 3       A.   It is a corporation.
 4       Q.   Okay.  What percentage of the shares of
 5   Tagnetics does Compass own?
 6       MR. STERN:  Objection to relevance?  You can
 7   answer.
 8   BY THE WITNESS:
 9       A.   I don't know.
10       Q.   More or less than 10 percent?
11       MR. STERN:  Objection to relevance.
12   BY MR. JORDAN:
13        Q.   Compass?
14       A.   Same answer, I do not know.
15       Q.   Okay.  Do you know how much it has invested
16   in Tagnetics?
17       A.   I do not.
18       Q.   Okay.  What was Tagnetics -- when did
19   Compass first invest in Tagnetics?
20       MR. STERN:  Objection, relevance.
21   BY THE WITNESS:
22       A.   I don't recall.
23       Q.   At the time it invested, what was
24   Tagnetics's business?
```

1      A.   What was his business?

2      Q.   Correct.

3      MR. STERN:  Relevance objection.

4  BY MR. JORDAN:

5      Q.   You can go ahead.

6      A.   It sold products.  Manufactured and sold

7  products.

8      Q.   What kind of products?

9      A.   Electronic shelf labels.

10     Q.   Okay.  To whom that did it sell electronic

11 shelf labels?

12     MR. STERN:  Objection, relevance.

13 BY MR. JORDAN:

14     Q.   If it ever actually sold any?  I don't want

15 to assume any facts in evidence.  Did it ever sell any

16 electronic shelf items to anyone?

17     A.   Yes.

18     Q.   How long did it sell that --

19     MR. STERN:  Objection.  Relevance.  I don't know

20 if there is any confidentiality issues here.  This is

21 a company that's not even a party to this case and you

22 are asking about sales.

23     MR. JORDAN:  Oh, hold on, hold on, hold on,

24 Stephen.

1   BY MR. JORDAN:

2        Q.   To whom did it sell the electronic shelf

3   labels?

4        MR. STERN:  Like I said, I don't even know whether

5   there's any confidential business issues there.  And

6   this is some other company that's not even a party to

7   this case you are asking him to testify about.

8        MR. JORDAN:  That's fine.

9        MR. STERN:  (Indiscernible, talk over), I

10  apologize, Greg, but (indiscernible, talk over).

11       MR. JORDAN:  Don't worry.  Don't worry.

12  BY MR. JORDAN:

13       Q.   To whom did it sell the electronic shelf

14  labels?

15       MR. STERN:  And I'm saying, look --

16       MR. JORDAN:  Are you instructing?

17       MR. STERN:  This is confidential information that

18  is not for public disclosure.  I'm going to --

19       MR. JORDAN:  How would you know?  You're just

20  guessing what this man is going to say?

21       MR. STERN:  I don't know.  That's why -- and so

22  I'm instructing him, if there's confidential

23  information.  I don't know.  I have no idea what the

24  answer to this is, and I have no idea what the terms

1  of any agreements are.  This is not a party to this

2  case, so I'm just saying, if there are, I don't know.

3      MR. GARTEN:  Greg, maybe what I ought to suggest

4  is that we go on pause for a minute just to find out

5  if they're --

6      MR. JORDAN:  Hold on. Let me let me ask the next

7  question and then we'll go from there.  Okay?

8      MR. GARTEN:  Okay.

9  BY MR. JORDAN:

10     Q.  All right.  Mr. White, while employed at

11 Compass, when, if ever, did David Boshea provide

12 services for Compass to work, to assist Tagnetics in

13 its business?

14     A.  I don't know the dates.

15     MR. STERN:  Are you going to say when or what?

16     THE WITNESS:  What was the question?

17 BY MR. JORDAN:

18     Q.  Let's just start with the "did".  Did David

19 Boshea provide services for Compass to assist a

20 relationship with Tagnetics?

21     A.  I believe so.

22     Q.  Okay.  And when did he provide those

23 services?

24     A.  I don't know the dates.

Page 94

```
 1        Q.   Can you say approximately when he started?

 2        A.   You would like me to guess?

 3        Q.   I would like you to estimate.

 4        A.   Share a word.

 5        Q.   I am not asking you to guess, but could you

 6   give me a range?

 7        A.   I don't know.  So I would have to be

 8   guessing.  If you would me to guess, I will guess.

 9        Q.   All right. Go ahead and guess.

10        A.   The range between 2016 maybe, and 2019 or

11   '18.

12        Q.   Okay.  Was there a reason why he stopped

13   providing services on behalf of Compass to Tagnetics?

14        A.   Not that I know of.

15        Q.   Okay.  What services did David provide on

16   behalf of Compass for Tagnetics?

17        A.   That's not what I said.

18        Q.   I'm sorry.  What did you say?  Maybe I

19   misunderstood. ? What did David do?

20        MR. STERN:  Mr. Court Reporter, can you read back

21   the record, please?

22        MR. JORDAN:  No, no, hold on.  I will just move

23   on.

24   BY MR. JORDAN:
```

1      Q.   What did David do for or on behalf of

2  Tagnetics?

3      A.   I didn't say that.

4      Q.   What do you mean?

5      A.   What do you mean?  I didn't say that.

6      Q.   Okay.  Did David Boshea ever provide, while

7  working at Compass, provide services on behalf of

8  Compass to assist Tagnetics?

9      A.   Please restate your question.

10      Q.   Okay.  Compass provided some services to

11  Tagnetics; is that correct?  At some point somebody

12  did?

13      A.   Can you just make it one question.  How many

14  questions are in there?  Just one question.

15      Q.   I will just start it again.  Here you go,

16  Mr. White.  All right.  At some point, someone from

17  Compass provided services to Tagnetics; is that

18  correct?

19      A.   Yes.

20      Q.   Okay.  And at some point, David Boshea, on

21  behalf of Compass provided services to Tagnetics; is

22  that correct?

23      A.   No, I wouldn't say that.  He provided

24  services to Compass.

1      Q.   Right.  He provided services to Compass, to

2   benefit Compass in providing services to Tagnetics; is

3   that right?

4      A.   I wouldn't say that.

5      Q.   How would you describe what David Boshea did

6   in relation to Tagnetics?

7      A.   David Boshea was a salesman for Compass.

8      Q.   Okay.  So he sold -- what did he sell?  Did

9   he sell to Tagnetics or did he assisted Tagnetics in

10  selling something?

11     A.   I didn't say anything about Tagnetics.  I

12  said he was a salesman.

13     Q.   I know.  I understand that.  He was a

14  salesman for a Compass, and so I asked the question.

15  Did he sell something to Tagnetics?  Did he provide

16  services to assist Tagnetics to sell something or

17  something else?

18     MR. STERN:  Objection.  Form.

19  BY THE WITNESS:

20     A.   I'm not clear on your question, but he never

21  sold anything for/to Tagnetics.

22     Q.   What was David's relationship while working

23  at Compass with or for Tagnetics?

24     MR. STERN:  Objection to form.

1    BY THE WITNESS:

2        A.   He was a salesman.

3        Q.   Okay.  And what did he sell?

4        A.   He sold everything from Duracell batteries,

5    M&Ms, he sold Chapstick, Advil, he sold Robitussin, he

6    sold Centrum vitamins.  He sold Dimetapp.  He sold Dr.

7    Scholl's.  He sols -- I can't think of what else, a

8    number of consumer products.

9        Q.   And those are all for the benefit of

10   Tagnetics?  Because that was my question.

11       A.   No, I didn't hear your question that way.

12       Q.   Okay.  When he was selling on behalf of

13   Compass to or for the benefit of Tagnetics, what was

14   he selling?

15       A.   You've made the assumption that he's selling

16   for the benefit of Tagnetics.  That's not what I said.

17       Q.   I didn't say he was.  I said he had been

18   selling to them.  You said he was a salesman, right?

19       A.   That he is a salesman.  And he never sold

20   anything for Tagnetics or to Tagnetics.

21       Q.   Did he try to sell something for Tagnetics?

22       A.   He may have, yes.

23       Q.   What would he have tried to sell to for

24   Tagnetics?

1      A.   The electronic shelf labels (indiscernible)
2  from before.
3      Q.   Okay.  And when did he do that?  Oh, no, we
4  already figured out when he did that.  And did he sell
5  anything to Tagnetics?
6      A.   No.
7      Q.   Okay.  And I think you indicated, and this
8  is puzzling to me, that you are still operating
9  Tagnetics; is that right?
10      A.   I am.
11      Q.   Okay. Now, I looked up, you see on the
12  screen here we have J. White, Exhibit No. 5, here,
13  okay.  And this is -- I looked up Tagnetics on -- I
14  just did a web search and I came up with this kind of
15  design thing, and it says: Tagnetics is a leading
16  designer and marketer of power at the shelf, power
17  shelf, retail technology solutions.
18      The company's proprietary technology provides
19  constant power in two-way communications to enable
20  software, enable devices that deliver unparalleled
21  visibility and control of item-level movements to blue
22  chip customers in both chain retail, consumer packaged
23  goods.  And it has investment type, investment date,
24  view website, which takes you to an investment banker.

1   And then the second page is huge to (indiscernible).

2   It says, Tagnetics.com is for sale by now, $8,895

3   dollars, and then they have a payment thing.

4       So Tagnetics doesn't have a website; is that

5   right?

6       MR. STERN:  Greg, can I ask?  Did you get this

7   from the internet, you said?

8       MR. JORDAN:  Yeah.

9   BY MR. JORDAN:

10      Q.   Does Tagnetics maintain a website, Mr.

11  White?

12      A.   I don't know what the current status is of

13  the website.

14      Q.   Okay.  And so I see that there, you know,

15  this would indicate they're looking for money and the

16  second page would indicate that the name is for sale,

17  but what is it -- are you saying it is currently

18  operating; is that right?

19      A.   I didn't say that.

20      Q.   Okay.  Is it currently operating?

21      A.   Is Tagnetics currently operating?  Yes.

22      MR. STERN:  Objection to relevance.

23      MR. JORDAN:  Okay.

24      MR. STERN:  Greg, can you proffer where those

1   Tagnetics came from, what URL or what website that is?

2       MR. JORDAN:  Just a second.  Let's go off the

3   record for just a second.

4                           (A short break was taken.)

5   BY MR. JORDAN:

6       Q.   I used Microsoft Bing as my search engine,

7   and I put the word Tagnetics in and the first thing

8   that pops up says, Tagnetics, Inc. Persimmon Capital

9   Partners.  Mr. White, who is Persimmon Capital

10  Partners, if you know?

11      MR. STERN:  Objection, relevance.

12  BY MR. JORDAN:

13      Q.   I am just trying to explain.  You asked me

14  where I found it.  So I don't know who Persimmon

15  Capital Partners is.  I am  asking him so I can answer

16  your question.  Who is Persimmons Capital Partners?

17      A.   It is a private equity firm.

18      MR. JORDAN:  Okay.  And this is -- so my internet

19  search today, this is the same page that shows here as

20  on the thing that I pulled off the Internet.  The

21  section says at the top, Persimmon Capital Partners,

22  about team portfolio.  So that's where I got it,

23  Stephen.

24      MR. STERN:  All right.  Thanks.

1      MR. JORDAN:  And I don't quite know why when I

2  copied it and I copied it because I thought we're

3  having this deposition in December, so why my copy

4  didn't say Persimmons Capital Partners, got no clue.

5  I have no clue, but that's where I got it, if you're

6  asking.

7      MR. STERN:  I appreciate it.

8      MR. JORDAN:  And then when I searched down, I

9  found a separate item which indicated that the name

10  was for sale.  And I don't know how they found that.

11  I just did a quick search on it and I went on "spend

12  our day" looking for that today, but that's how I did

13  that.

14  BY MR. JORDAN:

15      Q.   When did you first hear of David Boshea?

16      A.   When did I first hear of Boshea?  I'm not

17  sure, a long time ago.

18      Q.   When did you first get to know him?

19      A.   Same answer.  A long time ago.

20      Q.   Okay.

21      A.   Over 20 years.

22      Q.   Before Compass, did you ever work in the

23  same company with David Boshea?

24      A.   Before Compass, did I work in the same

```
 1   company?  No.
 2      Q.   Okay.  Before Compass -- I sorry.  Did
 3   Compass ever provide its services for a company at
 4   which David Boshea worked at before David joined
 5   Compass?
 6      A.   Can you restate your question?
 7      Q.   Okay.  Well, let's just make it broader.
 8   Did you ever work for a company that provided services
 9   for a company at which David Boshea was working?
10      A.   Yes.
11      Q.   What company was that?
12      A.   Compass Marketing.
13      Q.   Okay.  And who did Compass Marketing provide
14   the services to?  What company?
15      A.   The company was Wyeth Pharmaceuticals.
16      Q.   Okay.  And what was David Boshea's position
17   with Wyeth  Pharmaceuticals, if you recall?
18      A.   I don't recall.  He was there a long time,
19   but he was in sales.
20      Q.   Okay.  Now at some point David Boshea left
21   Wyeth.  We have established he joined Compass.  Do you
22   know why he left Wyeth?
23      A.   I do not know why.
24      Q.   Did he leave Wyatt to join Compass?
```

1      A.   No, but I do need to correct the record,

2  Greg.  I just remembered that we did work for another

3  company together.  The company was HSH Food Sales.  I

4  apologize.

5      Q.   Okay.  What was David's position at the food

6  sales company?

7      A.   Same thing.  He was a salesman.

8      Q.   Okay.  And what was your position?

9      A.   I was a salesman as well.

10     Q.   Okay.  Did you work under David or on the

11  same level at the food sales company?

12     A.   I wasn't under David, but I wasn't -- I

13  guess, lateral, but he was more senior; had been there

14  longer.

15     Q.   Okay.  When was that?

16     A.   I don't remember.  I think I was in college.

17     Q.   Okay.

18     A.   So that would be in the late eighties or

19  early nineties.

20     Q.   Okay.  Did you keep in touch with David

21  after you left college before he joined Compass?

22     A.   Yes.

23     Q.   What did you do to keep in touch with David?

24     A.   We kept in touch with each other.  We became

```
 1  friends.
 2      Q.   Okay.  Where was David before -- I think
 3  you're right. Where was he before he joined Compass?
 4      A.   I don't recall exactly.  I believe he was
 5  with Energizer.
 6      Q.   Okay.  Is Energizer a company that is --
 7  what did he do at Energizer, if you recall?
 8      A.   He was a salesman.
 9      Q.   Okay.  Did you perceive that he was pretty
10  successful at Energizer?
11      A.   He was good at sales.  Yes.
12      Q.   Okay.  Did you encourage him to leave
13  Energizer to join Compass?
14      A.   Yes.
15      Q.   Well, first off --
16      A.   All right, Greg, let me correct.  I didn't
17  encourage him to leave Energizer.  I encouraged him to
18  join Compass, but not to leave Energizer.
19      Q.   I do not want you to take any kind of
20  characterization that you did anything.  Even if you
21  did, it is a few years.  So, no, I'm just -- it is not
22  a characterizing anything against Energizer.
23      So you encouraged David to join Compass.  Before
24  David joined Compass, what, if any, assistance did
```

1  David provide in helping Compass start doing business?

2      A.   I don't recall exactly, but he worked for a

3  company that became a client that you referred to

4  earlier.  We identified as Wyeth.

5      Q.   Okay.  What, if any, involvement did David

6  have in drafting Compass's original business plan?

7      A.   None.

8      Q.   Okay.  What, if anything, did David Boshea

9  do to help Compass obtain a contract with Wyeth?

10     A.   I don't recall exactly.

11     Q.   Did he do anything to help get Compass into

12 the door at Wyeth?

13     A.   I'm sure that he did.  He worked there.

14     Q.   Okay. I've got up on the screen the next

15 exhibit, which is a 17-page exhibit.  It is November

16 15, 2012, Broker Agreement between Wyeth LLC and

17 Compass Marketing Agreement.  And it is --

18     MR. STERN:  Was this document produced in

19 discovery?

20     MR. JORDAN:  I doubt it.  I don't think so.

21     MR. STERN:  Objection.  Relevance, grounds.

22     MR. JORDAN:  You know what, noted.  Okay.  Looking

23 at page 11, which is the signatures.  There is Eric

24 Fretland (phonetic), Ron Shoen (phonetic, and John

```
 1   White; is that your signature?
 2       MR. STERN:  I am going to object to the use of
 3   this document.  If you think this is relevant to the
 4   litigation, it has not been produced.  It's not proper
 5   to be examining the witness on it.
 6       MR. JORDAN:  No.  You know what?  I don't control
 7   what documents you asked for.  I have no obligation.
 8   I'm presenting at a deposition, and if you didn't ask
 9   for it, that's on you, not on me.
10   BY MR. JORDAN:
11       Q.   So anyway, is this your signature, Mr.
12   White?
13       MR. STERN:  (Indiscernible, talk over) a copy of
14   this agreement since it is something that --
15       MR JORDAN:  Is this a speaking objection?
16       MR. STERN:  I am just curious.  How would you have
17   had a copy, please?
18       MR. JORDAN:  Gosh, I don't know.  Maybe David
19   Boshea had it.
20   BY MR. JORDAN:
21       Q.   Is this your signature, Mr. White?
22       MR. STERN:  I believe our document requests do ask
23   you to produce anything that anticipate using this
24   litigation.
```

1        MR JORDAN:  Okay.  Now you see it.  Now you see

2    it.  Okay.

3    BY MR. JORDAN:

4        Q.   Is that your signature, Mr. White?

5        A.   It appears to look like my signature.

6        Q.   Okay.  Is there any reason to believe it's

7    not your signature?

8        A.   Yes.

9        Q.   Why is that?

10       A.   Well, because the document is not authentic.

11       Q.   Why is it not authentic?

12       A.   It appears to have the wrong address in the

13   beginning of the document.

14       Q.   Okay.  What is the wrong address at the

15   beginning of the document?

16       A.   It is 222 Severin Avenue.

17       Q.   And why is that not authentic?

18       A.   I believe that was the address after we were

19   engaged with Wyeth.

20       Q.   Okay.  What was your address when you were

21   engaged with Wyeth?

22       A.   It was -- I believe it was 612 Third Street.

23       Q.   Okay.  And when did -- has Compass ever

24   maintained offices at 222 Severin Avenue, Suite 200,

1   in Annapolis, Maryland?

2       A.   Yes.

3       Q.   Okay.  And when did it start maintaining its

4   offices at 222 Severin Avenue, Suite 200, Annapolis,

5   Maryland?

6       A.   I don't know the year.

7       Q.   Approximately when was it?

8       A.   I'd have to guess, if you'd like me to

9   guess.

10      Q.   Go ahead.

11      A.   My guess would be late 2014, '13, something

12  like that.

13      Q.   Okay.  Why do you think it was late 2013,

14  '14?

15      A.   Well, I don't.  I guessed it.  That was my

16  best guess.

17      Q.   Okay.  All right.  So anyway, now when did

18  Compass first start doing business with Wyeth?

19      A.   I believe it was in 2000.

20      Q.   Okay.

21      A.   Around that time.

22      Q.   Okay.  I am showing you what's been marked

23  as Exhibit 7. It's a two-page -- it is a one-page

24  document.  Excuse me.  It says subject, RE:  4-1,

```
 1   follow.  Date for 4/1/2007.  7:38:58 p.m.  From

 2   jwhite@compassmarketinginc.com to golf4me36@aol.com

 3   and do you know who golf4me36@aol.com would be?

 4        A.   I assume that is David Boshea.

 5        Q.   Okay.  And we have already established, I

 6   think, that jwhite@compassmarketinginc.com is your

 7   email address -- was your email address in 2007; is

 8   that correct?

 9        A.   I believe so.

10        Q.   Okay.  And it says:  Dave, I know you very,

11   very well and have been waiting a long time to be able

12   to work beside you again. I miss all those years of

13   both fun and getting big things done, from working

14   with Larry, Sash, Marty, to McCready, to Sam.  Do you

15   see that?

16        A.   I do see that.

17        Q.   Who's Larry?

18        A.   I don't know.

19        Q.   Who's Marty?

20        A.   I don't know.

21        Q.   Who's McCready?

22        A.   I don't know.

23        Q.   Who's Sam?

24        A.   I don't know.
```

1      Q.   Okay.  I can't wait to do this.  I think we

2  will have a ton of fun and make lots of money.  I

3  agree they should work under you, but you should be

4  certain that they are on board with that. I'd be most

5  worried about Jim or Arnie, but you will have to

6  measure that.  Do you know Jim or Arnie are?

7      A.   I do not.

8      Q.   Okay.  It says:  Also, you and I need to

9  make sure we discuss an exit plan for you, even

10  separate from me selling Compass.  Do you recall

11  writing that?

12      A.   I do not recall this email from -- an email

13  from 2007.

14      Q.   Is there any reason for you to believe you

15  didn't send this email?

16      A.   I'm not sure that this is an email or that

17  it's authentic.

18      Q.   That's a whole different question.  The fact

19  that you don't know, is there any reason to think that

20  it's not an email you sent or that is not authentic?

21      MR. STERN:  Objection, form.

22  BY THE WITNESS:

23      A.   Yes.

24      Q.   Okay.  What is that?

1      A.   It's possible that it's not authentic.

2      Q.   It's possible that I could grow a full head

3  of hair.  Why is it -- what reason, if any, do you

4  have to believe it's not authentic?

5      MR. STERN:  Greg, please with the commentary.

6  Just please ask the questions.

7  BY MR. JORDAN:

8      Q.   Can you answer the question?

9      A.   Yeah, it doesn't look like it's copied to

10  anyone.  I can't see the bottom of it, but --

11      Q.   We will get to that.  We will get to that.

12  I am just talking about this email.

13      A.   It looks like it is only part of a

14  communication chain.

15      Q.   Okay.  Other than the fact that it is not

16  copied to someone, or anyone, and that it is a part of

17  a communication chain, is there any other reason for

18  you to believe that you didn't send this email?

19      A.   I didn't say that, but I said it -- I

20  believe it may not be authentic.

21      Q.   Okay.  Is there any reason for you to

22  believe you didn't send this email?

23      MR. GARTEN:  So I just want to know if Mr. White

24  needs more time to read the rest of the email just so

1   that it --

2       MR. JORDAN:  Sure.  Here, read the whole thing.

3   BY MR. JORDAN:

4       Q.   We need to respect that we are friends and

5   that working together could possibly hurt our

6   relationship. (Has not happened before, but I was

7   always working for you!!!!)  I just wanted to find

8   expectations up front, so we limit the chances of

9   getting on to different tracks.  But I want us both to

10  agree how we can spit if we need to so we can be

11  certain to save our -- misspelling of "friendship".

12      Let's you and I plan on spending some time

13  together. Dan may be coming out with me on Sunday

14  (just for the night.)  If you want to meet and discuss

15  anything with him, I can handle it. And we now have a

16  fulltime general counsel so we can write it all up to

17  protect you and clarify everything.  I'll be real

18  careful to both protect our friendship and your

19  family.

20      Again, you may want to start parttime until you

21  feel secure on the revenue side.  Let's discuss this

22  weekend.  Can't wait to get started! John.  P.S.  I

23  want to see pictures of the vacation.  And then it

24  says: John White, Chairman, CEO, Compass Marketing

1  Inc. with a Compass Marketing URL.  And then under

2  that there's an email.  Just make sure that, you know,

3  we see everything here.

4      It says, it's from golf4me36@aol.com dot to

5  jwhite@compassmarketinginc.com sent Sunday, April 1,

6  2007, 7:02 p.m., subject 4-1 Follow.  JW:  Hope all is

7  great.  I left you a "V" message today.  I feel like I

8  am caught up on things.  Let me know when you're in

9  Chicago, and I will set things up. (ellipsis) We leave

10 Friday for Easter in Michigan, I suppose that is, and

11 back on Sunday night.  I agree on your two points.

12     One, you/you and me need to meet with Arnie, Arnie

13 is in bold, and get him sized up and tied into the

14 (indiscernible) profession.  Two, yes, we need to set

15 me up separately from Jim/Ed.  They really didn't know

16 where to start on their proposal and figured that they

17 would report to me, and I would be worked into what

18 sales they bring in (ellipsis).

19     It was starting just -- I'm sorry.  It was just a

20 starting point in this process.  I was pushing them to

21 keep moving forward and get something to you like you

22 wanted.  I do think they should report to me, but

23 that's up to you.  Let's try to talk tomorrow.  I

24 would like to get your thoughts and direction on

1   everything.  You know me well (ellipsis).  I have been

2   doing a lot of thinking and worrying.  I am positive

3   and excited about everything.  Best, DB.  And then

4   it's got a little thing on the bottom where it shows

5   where it's printed, Sunday, April 1, 2007,  America On

6   Line, golf4me36.

7       So going back up to the first portion of the

8   email, and I guess my question for you is, do you

9   recall -- other than we've already discussed what you

10  said about not copying anybody on it. And that I'm not

11  sure.  What was the other thing that you said?  You

12  questioned the authenticity, Mr. White?

13      A.    Well, it has misspellings in it.

14      Q.    Okay.  Other than misspellings, back in

15  2000, do you generally use a spell checker on your

16  emails?

17      A.    I don't recall from 2007 how I addressed my

18  emails, but I usually spell the word "friendship"

19  correctly.

20      Q.    Okay.  Other than those things, I guess, is

21  there any reason for you to believe you didn't send

22  this email?

23      A.    It's possible, but this is not authentic.

24      Q.    I understand that.  My question is a

```
 1    different one.  Is there any reason for you to believe
 2    you didn't send the email?
 3        A.   Yes.
 4        Q.   Okay.  And why is that?
 5        A.   I don't accept that it is an email.  It's a
 6    copy of something.  It's got misspellings in it.
 7        Q.   Okay.
 8        A.   And my emails were breached by Michael
 9    White.
10        Q.   Uh-hum.
11        A.   This appears to be related to the employment
12    of David Boshea.
13        Q.   Right.
14        A.   Like I admitted padding.  And the golf4me,
15    the David Boshea address, is someone who forged my
16    name.
17        Q.   Okay.  Other than that --
18        A.   The reason why --
19        Q.   Is there a reason for you to believe that
20    you didn't send this email on the date and time it
21    shows?
22        A.   I didn't say I didn't send it.
23        Q.   Okay.  You just don't know if you sent it?
24        A.   I don't know if this is authentic.
```

 1      Q.   Okay.  That's a different question.  You've

 2  already talked about that.  Is there any reason for

 3  you to believe you didn't send this email?

 4      A.   Yes.

 5      Q.   Okay.  And that's just because of the

 6  authenticity questions that you said?

 7      A.   Because I don't agree that it's an email

 8  that was sent to anyone.

 9      Q.   Okay.

10      A.   And it doesn't appear to be authentic.

11      Q.   Okay.

12      A.   And it is from somebody who forged my name.

13      Q.   Okay.

14      A.   And assumed it.

15      Q.   Okay.  And so did you ever discuss an exit

16  plan with David Boshea?

17      A.   I have answered.  I don't recall any

18  conversations in 2007 about this employee.

19      Q.   Okay.  Is there anything to help you recall

20  whether you discussed an exit plan with David Boshea?

21      A.   I can't think of anything.

22      Q.   Okay, terrific.  In the email, they talk

23  about --

24      MR. GARTEN:  Take a minute break, please?

1       MR. JORDAN:  Why don't you take five minutes?

2       MR. GARTEN:  Okay, thank you.

3                         (A short break was taken.)

4       MR. REPORTER:  We are off the record at 2:10 p.m.

5       MR. REPORTER:  We are on the record at 2:19 p.m.

6  Central Time.

7  BY MR. JORDAN:

8       Q.   So, Mr. White, if you recall, I was asking

9  you questions before about the shareholders and the

10  officers, and now we can talk about why at least I

11  view it was important, right?  All right.  So it says

12  here -- I brought up Exhibit 7, again.  And it says --

13  it says:  Let's you and I plan on spending some time

14  together.  Dan may be coming out with me on Sunday

15  (just for the night).

16      MR. GARTEN:  Hold on a second.  Greg, David is

17  holding up his phone and it sounds like -- it looks

18  like someone is on the line.  And we agreed that's not

19  the case?

20      MR. JORDAN:  No.  He is probably talking to

21  somebody on the telephone.  I don't know, David, are

22  you talking to somebody?

23      MR. GARTEN:  He is holding his phone up to his

24  computer.  And it looks like he is on the phone with

1   someone.

2       MR. JORDAN:  He probably is, I don't know, I can't

3   see it because I have this screen share here.

4       MR. BOSHEA:  Hey, Greg?

5       MR. JORDAN:  David, are you on the phone with

6   somebody else?

7       MR. BOSHEA:  I was on the phone.  I am conducting

8   business.  It has nothing to do with this.

9       MR. JORDAN:  All right.  Just turn your microphone

10  and your camera off and conduct your business.

11      MR. BOSHEA:  All right.  I am cool.  That's cool.

12      MR. GARTEN:  It is Alan Garten, again, Greg.

13  Please instruct Mr. Boshea that this is a confidential

14  proceeding, and he should not be, you know, a port

15  audio.  He should not have any friends on audio

16  listening to this deposition.

17      MR. JORDAN:  Who said he was?  I don't know that

18  it is confidential.

19      MR. BOSHEA:  I was conducting business.

20      MR. JORDAN:  He is conducting business.  We just

21  got off a break.  I think you guys are making a

22  mountain out of a molehill here.

23      MR. STERN:  He is conducting business and he is

24  holding the phone towards the camera for the device

```
 1   that he is on as if to hear what is going --
 2   transpiring in this deposition.  That's what it looks
 3   like to me.
 4       MR. BOSHEA:  I am sorry for that.  It was a flaw
 5   on my part.  I am sorry.
 6       MR. JORDAN:  David, turn your microphone off.  Try
 7   to stay off the phone.  This is all off the record.
 8                       (A short break was taken.)
 9       MR. JORDAN:  Again, let's go back on the record.
10   BY MR. JORDAN:
11       Q.   So it says here that Dan may be coming out
12   with me on Sunday just for the night, if you want to
13   meet or discuss anything with him.  Who is Dan?
14       A.   I don't know who Dan is.
15       Q.   All right.  Do you have a brother named Dan?
16       A.   I do.
17       Q.   Okay.  Could it been that Dan White was
18   coming out with you on Sunday to meet with David
19   Boshea?
20       A.   I don't know what this document is.  I don't
21   really understand your question.
22       Q.   Okay.  Did Dan White have any say on hiring
23   decisions in 2007?
24       A.   No.
```

1     Q.   As an officer, director, shareholder, or any

2   other capacity?

3     A.   No, I held that myself.

4     Q.   Okay.  All right.  The email mentioned that

5   you have a general counsel, was that Dan White, or

6   somebody else?

7     MR. GARTEN:  At what time, Greg, what email?

8     MR. JORDAN:  April 1, 2007.

9     THE WINTESS:  Bring the email back up, please?

10    MR. JORDAN:  Sure.

11  BY MR. JORDAN:

12    Q.   I have highlighted the portion of the email

13  that talks about the fulltime general counsel.  Was

14  that Dan White or somebody else?

15    A.   What's the question?

16    Q.   Did Compass have a general counsel in 2007?

17    A.   I believe that we did, but I don't recall

18  that particular date, but I believe we did, yes.

19    Q.   And was that Dan White or someone else?

20    A.   Daniel White was an attorney for the

21  company, but we had a general counsel named Lawrence

22  Scott.

23    Q.   Okay.  Who is Lawrence Scott?

24    A.   He was the general counsel for Compass

1   Marketing at the time.

2        Q.   Okay.  And would he have drafted up

3   employment agreements?

4        A.   He may have.

5        Q.   Okay.

6        A.   He should have.

7        Q.   Okay.

8        A.   He was definitely copied on any offers that

9   were made.

10       Q.   Okay.  All right, I have up on the screen,

11  J. White Exhibit 8, which is a two-page document.  It

12  has some sort of a logo on the top.  Do you recognize

13  the logo?

14       A.   I do not.

15                      (Exhibit 8 was displayed.)

16  BY MR. JORDAN:

17       Q.   Okay.  Do you know whether --

18       A.   It says Compass Marketing I can read that,

19  and it appears to be a logo.

20       Q.   Did Compass Marketing have a logo and its

21  name on letterhead back in the day?  Back in 2007?

22       A.   Yes.

23       Q.   Was it similar to the logo on top of this

24  letter?  If you recall?

```
 1        A.   I don't recall.

 2        Q.   Okay.  And this is a document dated May 16,

 3   2007.  Okay.

 4        MR. GARTEN:  That was a seven on my screen.  Does

 5   anybody else see that wrapped around --

 6        MR. JORDAN:  Yes.

 7        MR. GARTEN:  I got it.

 8        MR. JORDAN:  It's wrapped around.

 9        MR. GARTEN:  All right.

10   BY MR. JORDAN:

11        Q.   And this is -- we will go over it in detail,

12   but it's a two-page document.  It appears to be

13   unsigned.  It has your name on the bottom of the

14   second page.  All right.  And it says:  This letter

15   will confirm our preliminary offer for you to consider

16   employment at Compass Marketing.  To assume the

17   position of senior account executive, we offer you a

18   salary of $180,000 per year. Okay.  When David Boshea

19   joined Compass Marketing, what was his position?

20        A.   He was a salesman.

21        Q.   Was he a senior account executive or account

22   executive?

23        A.   I don't recall, just 2007.

24        Q.   Is there anything I can assist you in
```

1    recalling his position at the time?

2         A.   Well, if I had access to emails, that might

3    help.

4         Q.   Anything else?

5         A.   I had notes either his or mine at the time,

6    that might help.

7         Q.   Do you have notes of his or yours at the

8    time?

9         A.   I don't believe so.

10        Q.   Okay.  Is there any reason for you to

11   believe his position when he joined was not senior

12   account executive?

13        A.   I don't.

14        Q.   Okay.  Was his initial salary $180,000 per

15   year?

16        A.   I don't recall.  This was 15 years ago.

17        Q.   Is there anything you could assist you in

18   recalling?

19        A.   Same thing.  Notes, discussions with others

20   like jar my memory or emails.

21        Q.   Who would you speak with to help you recall

22   that?

23        A.   But probably our payroll folks that have the

24   records.

```
 1      Q.   Okay.  Would that have been in his
 2   employment file that was produced in the case?
 3      A.   No, that file was padded by Michael White.
 4   He admitted that.
 5      Q.   So his title would not be in his employment
 6   file?
 7      A.   No.  I'm saying his input is employment file
 8   was, in fact, fabricated and added by Michael White.
 9      Q.   Okay.  So my question is a different one.
10   Would there be something indicating his title in his
11   employment file?
12      A.   No.  His employment file itself is not
13   authentic.
14      Q.   Okay.
15      A.   It was --
16      Q.   So the documents that you guys produced in
17   the case are not authentic?  Is that what you're
18   saying?
19      A.   Possibly.  Correct.
20      Q.   Okay.  And your basis for that is Michael
21   White's testimony.  Any other basis?
22      A.   Yes.
23      Q.   What else?
24      A.   Yes, the other basis is David Boshea's
```

1  forgery of my signature.

2      Q.    Okay.  What was that document in his

3  employment file?

4      A.    I don't believe it was.  I believe it's

5  produced by you.

6      Q.    Okay.  And then it says:  Additionally, an

7  undefined bonus based on corporate and personal

8  performance will be possible each year.  Was that a

9  term of David Boucher's employment when he joined

10  Compass Marketing?

11      A.    Ask that, again, please.

12      Q.    The sentence about the undefined bonus based

13  on corporate and personal performance, was that a term

14  of David Boshea's employment when he joined Compass

15  Marketing?

16      A.    I don't recall in 2007, 15 years ago.

17      Q.    Is there anything in this issue you were

18  recalling?

19      A.    Yes, the emails that I don't have access to,

20  some conversations with individuals, and or any notes

21  that David or myself would have had from that time

22  period.

23      Q.    But you don't have the emails or the notes,

24  correct?

1      A.   Correct.  I answered that.

2      Q.   And the people that you would speak with,

3  who would have been at Compass Marketing in May of

4  2007 that could help you remember the terms of his

5  employment?

6      A.   David Boshea, himself would.

7      Q.   Who else, other than David Boshea, would

8  have knowledge? Not somebody who could look at a piece

9  of paper because you're telling me that the paper is

10 unreliable.  Is there anybody else who was employed or

11 otherwise knew about the terms of David Boshea's

12 employment, other than you and David Boshea, that you

13 can identify?

14     A.   Yes, it would be Lawrence Scott, the general

15 counsel of the company.

16     Q.   Okay.  And Lawrence Scott would know that

17 terms of David Boshea's employment?

18     A.   He likely drafted the terms, and I would

19 have been copied on any emails regarding the offer

20 itself.

21     Q.   Okay.  When is the last time you spoke with

22 Mr. Scott?

23     A.   It's been a long time, five years, I think.

24 Maybe longer.

1     Q.    Okay.  Was he the general counsel until five
2  years ago at Compass?
3     A.    No.
4     Q.    Okay.
5     A.    Daniel White was.
6     Q.    Okay.  Daniel White was what?
7     A.    He was the general counsel at Compass.
8     Q.    When?
9     A.    Until he was terminated.
10    Q.    Okay.
11    A.    November, I believe it was November 2018.
12    Q.    Okay.  So what period of time -- just trying
13 to understand your answer, here, was -- when, if ever,
14 was Lawrence Scott, the general counsel of Compass?
15    A.    Well, he was the general counsel during this
16 period in 2007, and for a short duration afterwards.
17    Q.    Okay.  And it says:  Additionally, we all
18 include health insurance, a $500 car allowance, 401K,
19 home office expenses, laptop, copy machine, and
20 reimbursement of all business related travel.  Was
21 that a term of Dave Boshea's employment when he joined
22 Compass?
23    A.    I have answered.  I don't recall the terms
24 of David Boucher's agreement.

1          Q.    Okay.  And other than the emails and notes

2     that you don't have, is there anybody who was working

3     at Compass at the time who would know those terms?

4          A.    Ye.

5          Q.    And that would be Lawrence Scott?

6          A.    And David Boshea.

7          Q.    Okay.  And other than Lawrence Scott and

8     David Boshea, was there anyone else you can identify

9     who would know the terms?

10         A.    I can't.

11         Q.    Okay.  And it says:  You will be granted two

12    weeks' vacation in 2007, and three weeks in 2008.

13    Were those the agreed terms of David Boshea's

14    compensation when he joined Compass?

15         A.    Again, I don't recall from 2007, 15 years

16    ago.

17         Q.    Okay.  In exchange for your execution of our

18    company, non-compete and non-disclosure, we will offer

19    a "involuntary exit package", of three times your

20    salary, and one year will be immediately vested with

21    additional two years accrued over the next three

22    years.  Was that a term of David Boshea's employment

23    when he joined Compass?

24         A.    I apologize.  I thought I have answered this

1  question.  I don't recall any of the terms of the

2  agreement with David Boshea, 15 years ago.

3       Q.   Okay.

4       A.   Including hospital.

5       Q.   Okay.  And other than looking at the emails

6  and notes that you don't have, and talking with

7  Lawrence Scott or David Boshea, there's nothing there

8  to refresh your recollection; is that correct?

9       A.   I can't think of anything else right now.

10       Q.   Okay.  And it says:  This is this will cover

11  any involuntary termination from the company other

12  than for cause. Oops.  And then the next paragraph

13  says:  Additionally, 100 percent of your business

14  related membership fees at White Eagle Golf Course

15  will be reimbursed for a total of $32,000 over three

16  years, $12,000 upfront and $10,000 fees, December.

17  Did Compass reimburse David Boshea $12,000 upfront,

18  and the other $22,000 referenced in this paragraph?

19       A.   I don't know.

20       Q.   Did you ever know?

21       A.   I'm sure I did 15 years ago, yes.

22       Q.   Did you recall that Compass agreed to pay

23  the membership fees at White Eagle Golf Course for

24  David Boshea?

```
 1      A.    I do not recall that.
 2      Q.    Okay. Is there anything that can assist you
 3   in recalling whether Compass paid the White Eagle Golf
 4   Course membership fees?
 5      A.    Yes.
 6      Q.    What?
 7      A.    Records from White Eagle receiving those
 8   payments.
 9      Q.    Okay.  Would the payroll records refresh
10   your recollection, showing payments for David Boshea
11   for the membership fees?
12      A.    No.  that would not --
13      Q.    That would not?
14      A.    That would not have gone through payroll.  I
15   hope not.
16      Q.    Okay.  Okay.  It says:  Upon acceptance of
17   this letter of intent, I will send you full employment
18   agreement for your consideration.  Call me with any
19   questions.  Best regards, and then it says, John
20   White.  Now, do you remember sending this letter to
21   David Boshea on or about May 16, 2007?
22      A.    I did not send this letter.
23      Q.    How do you know you did not send this
24   letter?
```

1        A.    Because it's not authentic.

2        Q.    And why do you say that?

3        A.    It doesn't have my signature on it.

4        Q.    Okay.  If it doesn't have your -- what is

5    the significance of the fact that it doesn't have his

6    signature on it have to do with its authenticity?

7        A.    It's only one of the things.

8        Q.    I'm sorry.

9        A.    It's only one of the reasons I am certain

10   it's not authentic.

11       Q.    What is the other reason you are certain

12   it's not authentic?

13       A.    It does not copy the general counsel, who

14   would have drafted the letter, Lawrence Scott.  And

15   the date, as you can see, is not accurate, clear.

16   It's not in final form.

17       Q.    Okay.

18       A.    And it includes terms that we would not have

19   agreed to.

20       Q.    Okay.  Now, I am going to show you a

21   document that is entitled Compass Marketing Bank

22   Agreement Relating to Employment and Post-Employment

23   Compensation.  And it's an agreement between the

24   undersigned, individual employee, and Compass

1  Marketing --

2      MR. STERN:  Shouldn't it say the compensation?

3      MR. JORDAN:  I'm sorry.  Excuse me.

4      MR. STERN:  Post-employment competition.

5      MR. JORDAN:  All right.  Post-employment

6  competition.  Thank you, Stephen.

7  BY MR. JORDAN:

8      Q.   And this is a five-page document.  Okay.

9  We'll go through it.  But on the bottom of the

10  document, it has the signature.  It's a date written

11  in 5/2/07, and signature for John Adams.  Okay.  And

12  this is a document that has initials on the bottom of

13  it, and it was produced -- it has the marks CM-0355 to

14  0359 on the bottom of each page because this is a

15  document that Compass produced in the discovery.

16  Okay.

17      Do you recall John Adams and Compass agreeing to

18  this employment agreement?

19      A.   I do not recall.

20      Q.   Okay.  And I note that that it doesn't bear

21  your signature on it.  Do you know why a document, a

22  contract, Compass Marketing, Inc. had with its

23  employee, John Adams, would have -- would not bear

24  your signature?

1    A.   Yes, if it is not authentic, that would be

2  why.

3    Q.   Okay.  So it is your position that this

4  document is not authentic?

5    A.   Yes.

6    Q.   Okay.  Because you wouldn't have sent out a

7  document that you would have not signed?

8    A.   That's only one of the reasons.

9    Q.   What other reason would there be?

10    A.   The other reason is that there are five

11  separate copies of this agreement.  We disclosed those

12  to you that were inside the file, his employment file

13  that Michael White admitted he padded.

14    Q.   Okay.

15    A.   Because there is another version with the

16  identical signature without his initials in the bottom

17  right hand corner. Again, you have copies of those.

18  We have disclosed those to you. And you have not

19  turned over the sixth -- the sixth set of copies, of

20  drafts of this agreement that you sent with John Adams

21  subpoena when you served him.

22    Q.   Okay.  So your position is that John Adams'

23  contract that Compass Marketing produced in the

24  lawsuit is not authentic.  Does John Adams have an

```
 1   employment contract?
 2       A.   One question, please, Greg.  What's your
 3   question?
 4       Q.   Okay.  First off, does John Adams have an
 5   employment contract with Compass?
 6       A.   Yes.
 7       Q.   Okay. Stephen, have you guys produced John
 8   Adams --
 9       MR. STERN:  We produced everything that we have in
10   his file.
11   BY THE WITNESS:
12       A.   Yes.
13       Q.   Okay.
14       A.   It I dated from 2015.
15       Q.   Okay.
16       A.   It is dated; do you see.
17       Q.   Okay.
18       A.   It is the same agreement --
19       Q.   I am talking about when John Adams signed --
20   signed on, joined Compass, okay, you are saying that
21   John -- this document that Compass produced --
22       A.   You already asked me.
23       MR. STERN:  Let him finish his question.
24       THE WITNESS:  I know.
```

```
 1   BY MR. JORDAN:
 2        Q.   All right.  Let me start again.  All right.
 3   So when John Adams signed on in 2007, on or about May
 4   2nd, 2007, you're saying that J. White Exhibit 9 is
 5   not authentic; is that right?
 6        A.   I am saying that this document that you're
 7   presenting is not authentic, correct.
 8        Q.   Okay.  And the reason for that is what?
 9        A.   And the reason it is not authentic is
10   because there are five separate copies of this
11   agreement that are each different. They're inside of a
12   file folder that was in Michael White's office that he
13   admitted under oath that he padded.  There are
14   additional versions that don't have John Adams'
15   initials in the bottom right hand corner.  And because
16   a sixth draft of this agreement you have not produced,
17   even though you attached it with the subpoena to John
18   Adams himself.
19        Q.   Okay.
20        A.   But there is a reason why I can't say that -
21   - and lastly that I didn't sign it.  That is why this
22   is not authentic.
23        Q.   Okay.
24        MR. JORDAN:  Stephen, have you produced all those
```

1  versions of John Adams' agreement because I don't

2  believe you have.

3       MR. STERN:  We've produced everything that we were

4  able to locate and identify his file.  And all the

5  copies are out there. I mean, if there is anything

6  that's missing from that, let me know, but I am pretty

7  confident -- I am very confident that we produced all

8  those.

9       MR. JORDAN:  Okay.  you know, just that just to

10  square the circle, why don't you just send me all of

11  them again?  All the  John Adams' 2007 contracts?

12       MR. STERN:  I cannot do that right now.

13       MR. JORDAN:  No, that's fine.

14  BY MR. JORDAN:

15       Q.   Did John Adams' "valid contract" include a

16  severance term?

17       A.   No.  It was identical to the Boshea contract

18  that you brought up before from 2015.

19       Q.   (Indiscernible, talk over).

20       A.   (Indiscernible, talk over) same points.  He

21  was one of the employees that reduced, modified his

22  agreement in September of 2015.

23       Q.   Okay.  So John Adams received the same

24  severance package that David Boshea claims he

1   received; is that what you're saying?

2        A.   No, it's not a severance.  I said -- what I

3   said was in September 2015 --

4        Q.   No, no, hold on.  Hold on, hold on, hold on.

5        A.   I am not finished.

6        Q.   I don't think we're talking -- we're not

7   communicating. Mr. White.  I'm not interested in what

8   happened with John Adams in 2015.  Okay.  I'm only

9   interested in what happened with John Adams in 2007.

10       A.   (Indiscernible, talk over).

11       Q.   So focus like a laser beam on 2007.  In

12  2007, I have page 3 of 6, of John Adams agreement up

13  here.  Article 6 says: Severance terms, Paragraph A.

14  Were these the severance terms that were provided to

15  John Adams in 2007, without regard to whether they

16  were ever changed, okay, were these the severance

17  terms that were provided to John Adams in 2007 or not?

18       MR. GARTEN:  Read it first.

19       THE WITNESS:  Mr. Jordan, I am going to read this,

20  and then I would ask, again --

21       MR. JORDAN:  I have highlighted it on the screen

22  so that you can do exactly that.

23       MR. STERN:  Let him read it.

24       MR. GARTEN:  Give him a minute.

1    THE WITNESS:  And I would ask Mr. Jordan to please

2  stop interrupting me in my answers.  You asked

3  specifically about John Adams --

4    MR. JORDAN:  Mr. White, if you can just read

5  Paragraph A, it will go a lot better.

6    THE WITNESS:  I would prefer to answer your

7  questions.

8    MR. JORDAN:  I would prefer if you read Paragraph

9  A because your counsel said to read it, so read

10  Paragraph A.

11    THE WITNESS:  That's not what he said.

12    MR. JORDAN:  All right, I want you to read

13  Paragraph A, anyway.

14    THE WITNESS:  And I would like you to stop

15  harassing me and stop speaking over my answers.

16    MR. JORDAN:  All right.  I will do my level best.

17    THE WITNESS:  Just please stop harassing me.

18    MR. GARTEN:  One at a time.  Right now, let Mr.

19  White just read this provision and then you can ask

20  your question.

21    THE WITNESS:  Okay.

22   BY MR. JORDAN:

23    Q.   Article 6, Paragraph A, are these the

24  severance terms that Compass provided to John Adams in

1   2007?

2        A.   It's possible.

3        Q.   Okay.  When you say, "it's possible", what

4   do you mean by that?

5        A.   Well, there was intent, I believe, to offer

6   him that severance, but I'm not sure that that was

7   ever finalized because I didn't sign that contract and

8   this document is not authentic.

9        Q.   Okay.  When you say you're not sure it was

10  ever finalized, do you know whether it was finalized

11  or not, or you just don't recall?

12       A.   I'm not -- I don't recall it, and there is

13  no document with my signature on it.  So I'm not sure

14  we ever finalized the contract.

15       Q.   Okay.  Now, who is John Adams?

16       A.   John Adams is a salesman at Compass.

17       Q.   Okay.  What was John Adams' position with

18  Compass when he joined Compass?

19       A.   He was hired -- he was the vice president of

20  sales of a company, I can't remember the name of the

21  company.  It was 15 years ago.

22       Q.   No, no, at Compass, what was his position?

23       A.   I don't recall.  I don't remember.

24       Q.   Okay.

1     A.   He was in sales, but I don't remember.

2     Q.   Did Compass have a formal or informal

3  organizational chart?

4     A.   I think it did.

5     Q.   Okay.

6     MR. GARTEN:  2007?

7     MR. JORDAN:  In 2007.  2007, right.

8  BY MR. JORDAN:

9     Q.   Would John Adams had been at the same level

10  as David Boshea, higher or lower on the organizational

11  chart, whether formal or informal?

12     A.   I don't recall.  I think they were both

13  salesmen, but I don't recall.

14     Q.   Okay.  Now I will tell you at John Adams'

15  deposition, I asked him, how is it that it came about

16  that you had a written employment agreement?  Did you

17  ask for one?  Answer:  It was a question.  I'm sorry.

18  And then the answer was:  It was a condition of

19  employment.  Was it a condition of employment that

20  John Adams had a written employment agreement?

21     A.   I told you, I don't recall 2007, 15 years

22  ago, what the condition of employment or what the

23  employment agreement was.  Could you pull up the

24  transcripts that you're referring to right now?

1      Q.   No.

2      A.   That would be helpful.

3      Q.   So --

4      A.   Is that a "no", I guess?

5      Q.   Right, yes.

6      A.   Okay.

7      Q.   According to John Adams, David Boshea was in

8    the second tier or maybe the third tier at Compass.

9    You were in the first tier, and maybe Mike White was

10   in the second tier.  And David Boshea and the other

11   group vice presidents were in the third tier. Would

12   you agree with Mr. Adams' statement?

13     A.   I don't know what his statement was.  I

14   can't see it.  I see your recollection of it.  And you

15   are again testifying to evidence that I can't review.

16   Can I please review John Adams statements that you're

17   alleging?

18     Q.   No.  No you can't.

19     A.   You want me to comment on your --

20     Q.   You don't get to ask questions.  You don't

21   make suggestions.  I get to take the deposition.  You

22   get to answer the questions.  That's how it works.  So

23   according to John Adams, David Boshea was in the

24   second tier or maybe the third tier at Compass, right?

1  You, John White, were in the first tier and maybe Mike
2  White in the second tier and David Boshea and the
3  other group vice presidents in the third tier.  Now,
4  whether he is right, while we are indifferent, would
5  you agree with that statement.
6       A.   I don't even understand it.
7       Q.   Okay.  Let me say it again.
8       A.   You are generalizing some testimony that
9  John Adams had, but you refused to produce it.  And
10 you want me to concur with you your generalization of
11 that?
12      Q.   I am just trying to understand your
13 knowledge, Mr. White.
14      A.   And I am trying to understand your question.
15 I really am.  (Indiscernible, talk over).
16      Q.   Okay.  Let me talk slowly so you understand
17 it.  According to John Adams, David Boshea was in the
18 second tier or maybe the third tier at Compass.  You,
19 John White, were in the first tier and maybe Mike
20 White in the second tier.  And David Boshea and the
21 other group vice presidents, in the third tier. Would
22 you agree with that?
23      A.   I don't know that that's what John Adams
24 said.

1      Q.   It doesn't matter whether he said it or not,
2  would you agree with it?
3      A.   Say it again.  What am I agreeing to?
4      Q.   David Boshea was in the second tier or maybe
5  the third tier at Compass.  John White, you, were in
6  the first tier and maybe Mike White in the second
7  tier.  And David Boshea and other group vice
8  presidents in the third tier.  Would you agree with
9  that?
10     A.   No.
11     Q.   Why not?
12     A.   Well, first, I don't recall it, but it
13  doesn't sound descriptive of tiers.  We don't have
14  tiers.
15     Q.   Okay.  And then John Adams said that he was
16  in the fourth or at least a lower tier than David
17  Boshea.  Would you agree with that?
18     A.   No.  Again, we don't have tiers.
19     Q.   Okay.  Would you agree that David Boshea
20  informally was at a higher level in sales than John
21  Adams when they joined the company?
22     A.   I don't recall, but the answer is no.
23     Q.   Okay.  When you say you don't recall and the
24  answer is no, what do you mean?

1      A.   I don't recall this specific time period,

2  but I know that we didn't have tiers or levels that

3  you're describing when hired.

4      Q.   Okay.  Were some salesmen more valuable than

5  other salesmen when you hired them, in your

6  estimation?

7      A.   More valuable?  Certainly.

8      Q.   Okay.  And I think you've already said David

9  Boshea was good at sales, right, you knew that?

10      A.   He was good at sales, yes.  As was John

11  Adams.

12      Q.   Okay.  What experience did you have with

13  John Adams before you hired him?

14      A.   I didn't have any experience with John

15  Adams.

16      Q.   Where did John Adams work before he came to

17  Compass, if you recall?

18      A.   I've answered.  I don't recall that.

19      Q.   Okay.

20      A.   He was the vice president of sales of a

21  company.  I can't remember the name.

22      Q.   I am showing you what is marked as J. White

23  Exhibit 10, which is an eight-page document.  And I

24  provided to your counsel the original emails that I

1   believe we got from one of the White brothers.  This

2   is an email from jwhite@compassmarketinginc.com which

3   I think you've identified was your email previously,

4   correct?

5        A.   That is the same address as my email

6   address, right.

7                     (Exhibit 10 was presented.)

8   BY MR. JORDAN:

9        Q.   And to golf4me36@aol.com, that's David

10  Boshea's -- was in 2007, is AOL email, correct?

11       A.   I believe that that's correct.

12       Q.   Okay.  It says, subject, your agreement is

13  attached, not signed off by RGC, and then BU should NE

14  tomorrow.  So I presume not signed up by RGC but

15  should be tomorrow.  Do you see that?

16       A.   I can see what you're referring to.

17       Q.   Okay.  And then the date is Tuesday, 22 May

18  2007, 1:24:33 at 0400 Greenwich Mean Time.  And it

19  says:  Send me Arnie's full name and address as well

20  as Jim's.  Thanks, John.  John White, Chairman, CEO.

21  And then the second page is just the continuation of

22  your email address.  And the third page is a --

23       A.   Please, can you go back to the second page?

24       Q.   Hold on.  Okay.  It says:  Compass

1    Marketing, Inc.  http://www.compassmarketinginc.com.

2    Is there anything significant to you about that?

3        A.   Yes.

4        Q.   What is that?

5        A.   It is pretty far away from the signature,

6    where the signature should be.

7        Q.   Anything else?

8        A.   Some of the emails have ACTP, some of them

9    don't, but nothing other than that.

10       Q.   Okay.  And then there's a document, it just

11   the draft apparently was referred to, and it has the

12   title on it, Compass Marketing Inc. Agreement relating

13   to Employment and Post-Employment Competition.  It

14   says:  This agreement is between the David John Boshea

15   residing at 4839 Clearwater Lane, Naperville, Illinois

16   60564 Employee and Compass Marketing Inc., parent

17   "Compass" having a place of business at 612 Third

18   Street, Annapolis.  What is 612 Third Street,

19   Annapolis, by the way?

20       A.   That's the address we referred to earlier

21   that you had incorrectly in the Wyeth document you

22   presented.

23       Q.   Okay.  Do you know why it says 612 Third

24   street on this document?

```
1      A.   I don't know what this document is, so I
2  couldn't possibly know why it would have that address.
3      Q.   Okay.  And this is apparently a draft of
4  some document, and it includes Article 6, severance.
5  Do you recall sending the email to David Boshea
6  attaching this document?
7      A.   I did not do that.
8      Q.   How do you know you did not do that?
9      A.   So first off, it's not signed.  Second, the
10 address is not copied to the general counsel, Lawrence
11 Scott, who would have been copied on this.
12     Q.   Okay.
13     A.   And it's not a copied to Daniel White's work
14 address, I'm assuming, if he produced this.
15     Q.   Okay.  Anything else?
16     A.   As I recall, it is from -- to his personal
17 email address, not his work e-mail address.
18     Q.   Okay.  Anything else?
19     A.   And it's -- yes, one more thing.  It's
20 almost identical to the document that David Boshea
21 produced, in which he forged my signature.
22     Q.   Okay.  And anything else?
23     A.   I have only had a second to look at it, but
24 the NE,  misspelling again, somebody is misspelling in
```

1   the header of the email address.

2       Q.   And BU is also misspelled.

3       A.   Yeah, there's a lot of misspellings in

4   there.  So somebody doesn't know how to spell.

5   Whoever doctored this doesn't know how to spell.

6       Q.   Yeah, whoever drafted this.

7       A.   Whoever doctored it.  Whoever doctored it

8   does not know how to spell.

9       Q.   Right.

10      A.   And it doesn't appear to be an email, it

11  looks like to me it is a portion of an email.  Very

12  small, it is only two inches and another page.  It

13  doesn't look anything like an email.

14      Q.   Okay.

15      A.   That's another reason.

16  MR. GARTEN:  Greg, some of the pages -- of that,

17  what you just had on the screen was grayed out, and I

18  don't know if that -- can you explain what the gray

19  out was?

20  MR. JORDAN:  I'm not aware of any gray out, but I

21  am not even going to --

22  MR. STERN:  Well, if you hold up the -- if you go

23  back to page 1 of that exhibit, it looks like it's not

24  a complete first page.

1      MR. GARTEN:  And I want to --

2      MR. JORDAN:  Hold on.  All right.  Here is here is

3  an email from Michael White to me.  So I produced

4  this.  And this is from Daniel White to Michael White,

5  forwarding this and then going down, this is an actual

6  email, okay?

7      MR. STERN:  Is this different than the exhibit we

8  were just looking at because I don't have it marked --

9  BY MR. JORDAN:

10     Q.   This is the email, okay, that apparently

11  Daniel White was blind copied on by John White.  And

12  here is the email, so it is all on one page.  It just

13  happened to be the way it was printed off, so do you

14  see that?  Now, do you recall sending an email to

15  David Boshea, May 22, 2007, blind copying Daniel White

16  on the email?

17     A.   I did not send this email.

18     Q.   Okay.  And given that the email has the

19  date, May 22, 2007, 2:08 p.m., what is your basis for

20  saying that?  Or I am  sorry, your email, I guess, May

21  22nd, 2007, 1:24:33, a 0400 Greenwich Mean Time.  How

22  would either of these individuals have altered this

23  date on the email?

24     A.   I don't know how they altered it, but they

```
1   did.

2        Q.   Uh huh.  Okay.

3        A.   I am certain of that.

4        Q.   Okay.  And you're certain of that?

5        A.   Yes.

6        Q.   But you don't know how?

7        A.   I don't know how they altered it.  I'm only

8   certain that they did.

9        Q.   Okay.  All right.  And then I will represent

10  to you that I don't think it works in Zoom, where if I

11  open up the document, you don't see the document.

12  What's up?  Is the email still up on the screen?

13       MR. STERN:  The email is still up on the screen.

14       MR. JORDAN:  Yeah, that's what I thought.

15  BY MR. JORDAN:

16       Q.   Now what I did was -- is that I clicked open

17  the document, and it says, "enable editing" because

18  that's when you open up an email in Microsoft, it

19  always says that to prevent against viruses.  And this

20  is a document that was attached to the email, which is

21  the draft agreement, okay?

22       And your position is, is that you did not send

23  this document to David Boshea; is that right?

24       A.   I could not and did not.  Yes.
```

1    Q.   All right.  How is it that you could not

2    have sent it to him?

3    A.   Because I never would have sent something

4    like this.

5    Q.   You say, "never would have", why is that?

6    A.   Well, the reasons why are, and please don't

7    interrupt me. The reasons why are:  It is sent at two

8    o'clock in the morning.  It is also sent, not to

9    Daniel's Compass email address, like the other ones,

10   it is allegedly sent to his personal email address.

11   He forwards it not to his brother Michael's Compass

12   address, but to his personal email address, again, in

13   the middle of the night.  Because it includes terms

14   that are extraordinary, that we would  never agree to,

15   and I would never agree to a half-a-million dollar

16   severance.  And because an identical draft of this was

17   actually forged by your client.

18   Q.   Okay.

19   A.   That's how I know.

20   Q.   Okay.  At the time Compass hired David

21   Boshea, who was involved in the decision to hire him?

22   A.   I already answered.  I don't recall 15 years

23   ago, in 2007.  I had the final deciding factor on

24   hiring employees.

1      Q.   Okay.

2      A.   The email also was not copied to Lawrence

3  Scott, the general counsel, who would have been copied

4  on an offer like this.

5      Q.   Okay.  And this is the document that David

6  Boshea relies upon, and you are saying that your

7  signature is doctored on this agreement.  Why is it

8  that you say that it's doctored on this agreement?

9      A.   Because I can recognize it as forged.

10     Q.   Why is that?

11      A.   Because I can recognize my own signature.

12  That's not it. That's a forged signature.

13     Q.   Okay.  What about it tells you it's forged?

14     A.   It does not look like my signature at all.

15     Q.   Other than that.  Other than that vague

16  idea, that it doesn't look like your signature, what

17  else?

18     A.   I am certain 100 percent that that is not my

19  signature.

20  MR. GARTEN:  This is Alan Garten.  I just would

21  like you to go to the top of the document so that he

22  can -- and slide throu8gh it so that he can add to his

23  answer.

24  MR. JORDAN:  Okay.  I am finished with that

```
 1   document.
 2        MR. GARTEN:  I am not sure that he -- never mind.
 3        MR. JORDAN:  All right.
 4   BY MR. JORDAN:
 5        Q.   What about the document -- I will put it up.
 6   What about the document causes you concern, Mr. White?
 7        MR. GARTEN:  I will withdraw any objection.
 8        MR. JORDAN:  No.  I put it up.  We will start at
 9   the top.
10        MR. GARTEN:  Okay.
11   BY MR. JORDAN:
12        Q.   There's some handwriting on there.  Do you
13   recognize the handwriting on the document?
14        A.   I do not.
15        Q.   Okay.  It says:  It blocks -- I sold
16   classify as key player to have this contract.  Do you
17   know what that is referring to?
18        A.   I can't make out -- if that's what it says,
19   I appreciate you reading it, but I don't know.
20        Q.   Okay.  Is there anything in the -- I have
21   the top of the document and the first to whereas
22   clauses up.  Read those and let me know if there's
23   anything about these terms that are noteworthy as to
24   showing that it was a doctored document.
```

1     MR. GARTEN:  I think you are going to need to

2  upload -- blow that up, okay?  It's hard to read.

3     MR. JORDAN:  Is that better?

4      MR. GARTEN:  A little bit.  John, if you are

5  familiar with it, okay.

6     MR. JORDAN:  I have it at 125 percent.

7     THE WITNESS:  Thank you.

8  BY MR. JORDAN:

9     Q.   I have -- let me bring it up so that -- the

10  title of the document, does that give you any concern?

11     A.   No.

12     Q.   Okay.  The first paragraph give you any

13  concern?

14     A.   No.

15     Q.   Okay.  The recitals, there are one, two,

16  three, four recitals up.  Let me know if they give you

17  any concern?

18     A.   I have not read them yet.  Okay.  No

19  concern.

20     Q.   No concerns?

21     A.   Not with what I've read, no.

22     Q.   Okay.  And then the remainder of the

23  recitals and the wherefore, now therefore, paragraph;

24  let me know if you have any concerns about any of

```
 1  these terms?

 2       A.   I don't have any concerns.

 3       Q.   Okay.  Article 1, nondisclosure and non-

 4  disparagement, it is the last line on page 1, all

 5  right.  And then the next paragraph, and the paragraph

 6  under that title, in the Paragraph A.  of Article 2,

 7  non-competition, is up.  Can you read those and let me

 8  know if you have any concerns?

 9       MR. STERN:  Objection, form.

10  BY THE WITNESS:

11       A.   I don't have any concerns.

12       Q.   Okay.  And is there any reason, anything up

13  to this point you would believe is doctored or changed

14  from an agreement that Compass would have with other

15  employees?

16       A.   Other than having handwriting on it, no.

17       Q.   Okay.  And then Article 2, paragraphs, there

18  is B, C, and then there's a D, and there's nothing in

19  Paragraph D.  Let me know when you're finished reading

20  those.

21       A.   Okay.

22       Q.   Is there anything in Article 2 that you

23  believe was doctored, changed from the standard

24  agreement that you believe David Boshea or somebody
```

1   else doctored that would not be an agreement that

2   Compass would use?

3        MR. STERN:  Object to form.

4   BY THE WITNESS:

5        A.   Can you restate your question, please?

6        Q.   Was there anything in Article 2 that you

7   believe has been changed or modified from the terms

8   that Compass provides to its employees, generally, at

9   that time?

10       MR. STERN:  Objection to form.

11  BY THE WITNESS:

12       A.   I will state again, I don't remember at that

13  time, 2007, but it appears that Section D has been

14  eliminated.

15       Q.   Okay.  What was Section D, if you know?

16       A.   I don't know.  I don't recall from 15 years

17  ago what that contract would have said.

18       Q.   Okay.  Do you recall what you had offered to

19  employees in 2007, any terms?

20       A.   I don't recall 2007, 15 years ago to

21  specific agreements.

22       Q.   Okay.  So without regard to anything, you

23  wouldn't know by looking at this document, whether it

24  contain terms that Compass would have offered to David

Page 157

1  Boshea or not?

2      A.   That's incorrect.

3      Q.   Okay.  Why do you say that?

4      A.   Well, we haven't got down to it yet, but it

5  includes a one-half-a-million-dollar payment, which we

6  have never -- would never agree to --

7      Q.   Okay.  All right.  How about (indiscernible,

8  talk over).

9      A.   (Indiscernible, talk over) in the history of

10 the company.

11     Q.   Okay.

12     A.   No employee, in the history of the company

13 would ever get one-half-a-million-dollars.  That's how

14 I'm certain, in addition to my signature being forged,

15 that this document is a fraud.

16     Q.   Okay.  The Article 3, non-solicitation, is

17 there anything that leads you to believe that these

18 terms are fraudulent?

19     A.   There is nothing that leads me to believe

20 that.

21     Q.   Okay.  Article 4, the title of Article 4 is

22 on the bottom of page 2.  It says:  Article 4,

23 discoveries and works.  And then it goes down about --

24 it looks like half-a-page, to the line I can see

1  invented, designed, or developed.  Read through there,

2  and then I will bring it up.

3      A.   These are these legal terms.  I will

4  probably need a lawyer to review this to determine if

5  there is anything in here that could answer your

6  question.

7      Q.   So you don't have any knowledge about what

8  -- with regard to this article, Compass would or would

9  not have provided to employees in a valid agreement?

10     A.   I'm sorry, Greg.  Can you ask that again?

11     Q.   I guess what I'm trying to get at is, you

12  don't have any recollection of what -- as far as

13  discoveries and works, you don't have any recollection

14  of what Compass provided or didn't provide to

15  employees in 2007?

16     A.   I have already answered that, yeah, I don't

17  recall 15 years ago what the terms were of any

18  agreements to employees.

19     Q.   Okay.

20     A.   Including this section.

21     Q.   Okay.  And then there's a remedy section.

22  Can you read that and let me know whether you believe

23  that is fraudulent, to use your term?

24     A.   No, I do not believe that's fraudulent.

1    Q.   Okay.  And then there's Article 6, it is

2    titled severance.  Can you read that?

3         MR. STERN:  Greg, because this is a virtual

4    deposition, and it has been this, we don't get

5    complete stream, and it is blocking, at least on my

6    screen, the right-hand side.  I don't know if there is

7    any handwritten notes.  I see some handwritten on the

8    left, but it looks like there may be something

9    handwritten on the right.

10        MR. JORDAN:  I can make the screen smaller, so you

11   can see.

12        MR. STERN:  Thank you.

13        MR. JORDAN:  If you recall, I made it larger

14   because Alan asked me to do that.  Can you read this?

15        THE WITNESS:  Okay, I have read it.

16   BY MR. JORDAN:

17        Q.   Now, you've already said you don't recall

18   what you talked about with David Boshea in 2007 with

19   regard to its terms of employment.  And now you're

20   saying that you never would have offered the terms of

21   the severance, okay.  Why is it that you remember

22   that, what you didn't offer him, but you don't

23   remember what you did?

24        A.   Because we have never offered that

1    outlandish amount of money to any employee in 20

2    years.  That's how I'm certain that we wouldn't have

3    offer it to a salesman.

4        Q.   So is it -- you are just saying that you

5    have no recollection that you ever offered this to

6    David Boshea?

7        A.   That's not what I said.

8        Q.   Okay.

9        A.   I said I did not offer this to David Boshea,

10   and I'm certain of that because we have never and

11   would never offer one-half-a-million dollars to a

12   salesman.

13       Q.   Okay.  Other than that you never would have

14   offered it. Why is it you believe that you didn't

15   offer it?

16       A.   Because my signature has been forged on the

17   document. Because there's handwriting on the document

18   itself.

19       Q.   Okay.

20       A.   And there are errors, et cetera, which make

21   it additionally reflective of a document that I would

22   not have signed.

23       Q.   Okay.  So your testimony is that you never

24   would have offered $540,000 in severance to David

```
 1   Boshea?

 2       A.   I don't believe I would have.

 3       Q.   Well, you don't believe you did, would have,

 4   or that you didn't?

 5       A.   I did not.

 6       Q.   Okay.  And why do you say you did not?

 7       MR. STERN:  Objection.  Asked and answered.

 8       MR. JORDAN:  Go ahead.

 9   BY THE WITNESS:

10       A.   I have already answered.  I can answer it,

11   again, if you like.

12       Q.   Sure.

13       A.   Because we have never, and would never,

14   offer one-half-a-million dollars to an employee.

15       Q.   Okay.  Anything else?

16       A.   And because my signature on this document is

17   forged and because there's handwriting and chicken

18   scratch all over the document.

19       Q.   Okay.  Do you know when the handwriting was

20   added to the document?

21       A.   This is your document.  I have no idea when

22   or where it came from.

23       Q.   Okay.  And then there is -- but you don't

24   recall.  All right, here, that's fine.  And then
```

1   there's Article 7, term of employment.  Read that and

2   let me know if you believe there is anything in that

3   that is fraudulent.

4       A.   I don't believe there is anything in there

5   that is fraudulent.

6       Q.   Okay.  Article 8?

7       A.   I can see immediately the chicken scratch,

8   and I could see Section G is hand-edited.

9       Q.   Well, it certainly is underlined.

10      A.   Appears to be crossed out with an arrow.

11  (Indiscernible, talk over).

12      Q.   The words (indiscernible, talk over).  Hold

13  on.

14      A.   I can't read.

15      Q.   The words that are crossed out are, I think,

16  underlined, are in addition, right?

17      A.   They appear to be crossed out, to me.

18      Q.   Okay, either way?

19      A.   Well, they appear to be crossed out, to me.

20  Not either way.

21      Q.   Okay.  That's fine.  Does it, without the

22  cross-out, if you will, is there anything in Article 8

23  that you view as fraudulent?

24      A.   Yes.

1      Q.   What is that?

2      A.   Yeah, the handwritten edits, the chicken

3  scratch on the left, and the notes on the bottom of G

4  that are ineligible.  You can't identify what that is.

5      Q.   Okay.

6      A.   Those are all questionable.  Those are all

7  reflective of a contract that would not have been

8  signed.

9      Q.   Okay.  But you don't know when the chicken

10  scratch or that other writing was added on the

11  document, right?

12      A.   I only know I would never have signed a

13  document like that.

14      Q.   Okay.  But you don't know whether somebody

15  didn't make those notes after the document was signed,

16  either, right?  Because you don't have any knowledge

17  of this agreement?

18      A.   I am only looking at the document you

19  presented.  I don't know its origin.  I don't know its

20  history.  I don't know who wrote on here.  I don't

21  know anything other than what I'm looking at, that you

22  are looking at with me.

23      Q.   Okay.  Is there anything else other than on

24  the last page, other than circling in the J, and

1    there's some cross-outs under J.  Is there anything

2    else that is different than the standard Compass

3    Marketing agreement?

4        A.   Yes.

5        Q.   What?

6        A.   It includes a forged signature of myself on

7    the document.

8        Q.   Okay.  Other than that?  Anything in Article

9    8, other than the chicken scratches, the cross-out,

10   the arrow, the notes on the bottom, the circling of J,

11   and some more chicken scratch and J, is there anything

12   that's different than the standard miscellaneous

13   provision in Compass's agreement?

14       A.   The only additional thing is the forged

15   document.

16       Q.   No.  We haven't even gotten to the

17   signature, yet. I'm just talking about Article 8.

18       A.   I think we have identified all the things

19   that would concern me about its authenticity.

20       Q.   Okay.  Did Compass ever offer anyone

21   severance?

22       A.   I believe so.

23       Q.   Who did it offer severance to?

24       A.   I believe it appeared to offer it to John

```
 1  Adams.
 2      Q.   Did it offer it to John Adams on the final
 3  document?
 4      A.   It's possible.
 5      Q.   Okay.  Anyone else?
 6      A.   I can't recall.
 7      Q.   Okay.  Before entering into any of the
 8  employment agreements, would the shareholders or
 9  directors have to meet to approve the agreement?
10      A.   No.
11      Q.   Okay.  All right.  I am showing you the
12  Exhibit 13.  Is it up on the screen?
13      MR. GARTEN:  Yes.  I just want to tell you that it
14  looks like the left-hand side of that has been chopped
15  off because I think the words should be paycheck and I
16  am only seeing the letter Y.
17      MR. JORDAN:  Right, right.  I can't -- this is a
18  document that Compass produced.  It appears that Bates
19  numbers on the bottom, let me go to the bottom here.
20  this is CM0011, so I have no co9ntrol over that.  I
21  marked it in between the Bates number.
22  BY MR. JORDAN:
23      Q.   This is a document that Compass would have
24  produced, okay.  And there is the regular pay, it
```

1   says:  $350, 401K; and then it says: $35, AFLPRE.

2   What is the $350 on there?

3       A.   I don't know.

4       Q.   Okay.  And page 2 is an email to David

5   Boshea, all right, dboshea@compassmarketinginc.com,

6   which is that David Boshea's email address at Compass

7   Marketing?

8       A.   It appears to be.

9       Q.   Okay.  And it is to Mike White,

10  mwhite@compassmarketinginc.com.  Is that Michael

11  White's email at Compass Marketing in January 2017?

12      A.   I believe it was.

13      Q.   Okay.  And this email is dated January 12,

14  2017, at 4:17 p.m.

15      MR. STERN:  Greg, is this another one that we

16  produced with a Bates number?  Can you just read that

17  out loud, please?

18      MR. JORDAN:  Yes.  Hold on.  I am going to have to

19  close this note.  All of a sudden I am getting a bunch

20  of emails and I want to avoid blocking the --

21      MR. STERN:  There is a Bates number on the first

22  document.

23      MR. JORDAN:  I am going to bring it up.  What

24  happened was is that all of a sudden, I got a bunch of

1    emails, and they are interfering with my ability to

2    move down the screen, here.

3         You will see at the bottom, it says CM-0012?  Do

4    you see that?

5         MR. STERN:  Yes, thank you.

6         MR. JORDAN:  Okay.  And I apologize, but email is

7    coming in the bottom right-hand corner of my email to

8    come up -- or my screen to come up, so I couldn't

9    manipulate it to see it.

10   BY MR. JORDAN:

11        Q.   So David email.  The email says:  Hey,

12   Buddy, I hope -- I am sorry.  Hey, Buddy.  Hope all is

13   well with you.  Just a reminder (smiley), I guess.

14   Thanks, man!  And it says:  Hey Buddy, and the second

15   email on January 2, 2017, at 1:39, Mike White wrote:

16   Hey Buddy, I took a look, small check was coded as

17   regular payroll check instead of as an expense

18   reimbursement, you are to fix on the next one.

19        Big check was SS deduction, since it is a new

20   year started.  And then, Happy New Year, Buddy.  Mike.

21   This block, and then on Saturday, December 31, 2016,

22   at 1:11 p.m. David Boshea wrote:  Happy New Year,

23   Buddy.  When you get a minute, please check with your

24   payroll company, it appears they  messed up my checks,

1   here today.  No check today as the numbers in it.

2   Okay.  So -- and then above that is this $350.  Okay.

3   And I'm trying to figure out what the $350 is, and you

4   said you don't know that, right?

5        A.   I have no idea.

6        Q.   Okay.  And you don't know what happened to

7   David Boshea's payroll, right?

8        A.   No, but Michael White would be great to ask.

9        Q.   Okay.  I'm sure he would.  And then there is

10  a doc that is produced here.  This is -- again, these

11  are Compass produced documents.  This is four-page,

12  Exhibit 14.  The first page is a payment record for

13  $12,500, excuse me, I went too fast there.  And it is

14  CM-0100 and it is a check payment.  It looks like the

15  portion that -- of a payment record, Compass Marketing

16  Golf Club Membership, D. Boshea, $12,500.  And do you

17  know why -- and it says, 05/25/2007, White Eagle C.C.,

18  it is kind of cut off there, but you can read it.  Why

19  was Compass Marketing sending $12,500 to White Eagle

20  Golf Club?

21       A.   I don't think that's what this document

22  says.  It doesn't say who the money is sent to.  It

23  doesn't describe anything.  Your words exactly were

24  that this is a portion of an apparent payment. Do you

1    have the rest of the portion that you're referring to
2    here?
3         Q.   Here, how about this?  Do you see our
4    highlighting, checking M&T Bank, Golf Club Membership,
5    D. Boshea?
6         A.   Yes, I see that.
7         Q.   Okay.  Why would Compass be paying -- having
8    a check from M&T Bank for golf club membership, D.
9    Boshea on 5/25/2007; if you know?
10        A.   I am not sure that this is a check.  I don't
11   know what this is.
12        Q.   Okay.
13        A.   Other than your description of it as a
14   portion of a potential payment.
15        Q.   Okay.
16        A.   (Indiscernible).
17        Q.   Well, does --
18        A.   It does not look like a check to me at all.
19        Q.   I didn't say it was a check.  I said it was
20   the check stub.  Isn't that not a stub of a check when
21   compass sends out a check?  It wouldn't keep the check
22   because the other side could negotiate it.
23        A.   I don't know what this is.  I don't know
24   what this is.

1      Q.   Okay.  Do you have any knowledge of Compass

2  Marketing paying for David Boshea's White Eagle Golf

3  Club membership fee?

4      A.   From 15 years ago in 2007, no, I do not.

5      Q.    Okay.  And then that next page is from

6  golf4me36@aol.com, which I think we have identified as

7  David Boshea to Michael White's email address on May

8  24, 2007, 3:23 p.m.  Subject, follow up.  And it has

9  to do -- it says:  Mike, hope all is great.  John told

10  me to get with you on a couple of things.  Email start

11  up. Also, how do I purchase the laptop, check for

12  $12,500 for White Eagle membership.  We need to move

13  quick, so we get the nice deal.

14      If you can please fax a copy of the check made

15  payable to White Eagle at 630-305-6787, attention

16  Ruthann Wood, then you can just mail the check to me

17  and I will deliver it.  Home is 5546  Clearwater Lane,

18  Naperville, Illinois, 60564.  Cellphone, how do I get

19  this going?  Also, I have left some messages for John,

20  but I have to talk to him and make sure he knows I

21  have the Lowes appointment set for 6/13/07 at one

22  o'clock.  This is great. Thanks, Mike.  I'm looking

23  forward to working with you, Dave.

24      And then it has an address on the bottom for the

1   golf club. Now, do you have any knowledge of David

2   Boshea, asking for a check to be sent to White Eagle

3   for his membership?

4        A.   This appears to be a communication between

5   David Boshea and Michael White.

6        Q.   Right.

7        A.   I do not have any firsthand knowledge of

8   this document or of a request from 15 years ago.

9        Q.   Okay.  And then there is a third page, a fax

10  transmission sheet and a fax cover page.  Michael

11  White to Ruthann Wood, White Eagle Golf Club, two

12  pages.  And I guess is this -- do you have any

13  knowledge of Michael White sending an email to Ruthann

14  White  -- I am sorry, a facsimile to Ruthann Wood at

15  White Eagle?

16       A.   I do not have any knowledge of that.

17       Q.   Okay.  And you don't have any -- do you have

18  any knowledge of Compass agreeing to pay anything to

19  White Eagle Golf Club for David Boshea's dues or

20  membership?

21       A.   I don't recall any of David Boshea's

22  agreements from 2007.

23       Q.   Okay.

24       A.   But that document appears to be a check

1 payment, if it's accurate, to White Eagle, not through

2 the payroll for David Boshea, as you asked me earlier

3 today.

4      Q.   Okay.

5      MR. REPORTER:  Counselor, could we take a short

6 break so I could clear up a conflict I had.  We are

7 running a little past, which is fine, but I just need

8 15 minutes.

9      MR. JORDAN:  Okay.  We will take a break for 15

10 minutes.

11      MR. REPORTER:  Thank you.  We are off the record

12 at 3:35 Central Time.

13                         (A short break was taken.)

14      MR. GARTEN:  There you are.  You've got him live

15 go ahead.  Got them live. Go ahead.

16 BY MR. JORDAN:

17      Q.   All right.  I'm looking here at -- I have J.

18 White, Exhibit 12 up on the screen, which is a four-

19 page document.  It's a letter that was sent to David

20 with attachment on March 2nd, 2020, and do you

21 recognize this document?

22      A.   It appears to be a document I do recognize,

23 yes.

24                         (Exhibit 12 was displayed.)

1   BY MR. JORDAN:

2        Q.   Okay.  And this is a letter that was sent to

3   David Boshea.  In the first paragraph, it says:

4   Regrettably, your position was one of the positions

5   selected to be eliminated due to necessary reductions

6   in force.  All right.  What was intended when you were

7   saying "due to this reduction in force"?

8        A.   We were intending to reduce the workforce.

9        Q.   Okay.  So is there any reason other than

10  reduction in force for David Boshea's termination?

11       A.   No.

12       Q.   Okay.  And David Boshea filed for

13  unemployment, and do you have any knowledge of any

14  contest of David Boshea's request for payment of

15  unemployment benefits?

16       A.   I do not have any knowledge.

17       Q.   Okay.  Do you know whether Compass ever

18  reprimanded David Boshea for anything?

19       A.   I don't.  I don't recall, but I can't speak

20  for certainty about anything or ever.

21       Q.   Okay.  Is there anything that would assist

22  you in recalling whether David Boshea was ever

23  reprimanded by Compass Marketing.

24       A.   Yes, his personnel file.

1          Q.   Okay.  And is that -- that's the personnel
2    file that's been produced in this case?
3          A.   Yes.  That's the padded personnel file that
4    Michael White admitted padding.
5          Q.   Okay.  But do you know of anything that was
6    taken out of David Boshea's file regarding a
7    reprimand?
8          A.   I don't have any personal knowledge of
9    anything that was taken out of his file regarding a
10   reprimand.
11         Q.   Okay.  Now, one of the issues in the lawsuit
12   is -- let me find this here.
13         MR. JORDAN:  Stephen, what numbered exhibits did I
14   send you through?
15         MR. STERN:  Give me a second to pull that up.
16         MR. JORDAN:  It looks like ten.
17         MR. STERN:  I think you sent two sets of fives,
18   hold on one second.  Yes, the last one I have is ten.
19         MR. JORDAN:  Give me a second.  We just randomly
20   sent you 11 through 19.  Give us a little bit of time
21   here.
22   BY MR. JORDAN:
23         Q.   Okay.  I am going to bring up onto the
24   screen the Compass Marketing payroll register that was

```
1    produced by Compass Marketing,  60 pages, and it
2    starts with -- it is hard to tell because  Compass
3    Marketing's Bates stamp is written over a word, but it
4    looks like it's 307.  Now, I am looking on page one
5    here.  This is the payroll records the period 7/16/14
6    and it has a $350 payment. Do you know what that's
7    for?
8         A.   I don't recall or know what that's for.
9         Q.   Okay.  Are you aware that -- do you contest
10   the fact that Compass Marketing paid $700 a month in
11   $350 increments for David Boshea's White Eagle Country
12   Club dues?
13        MR. STERN:  Objection to form.
14   BY THE WITNESS:
15        A.   Pardon me, personally?
16        Q.   Right.
17        A.   Do I personally object?
18        Q.   No.  Do you know whether Compass Marketing
19   paid $700 a month in $350 increments to David Boshea
20   to compensate him or reimburse him for White Eagle
21   membership dues?
22        A.   I don't have any personal knowledge of that.
23        Q.   Okay.  Do you have any reason to contest the
24   fact that Compass Marketing paid, through its payroll,
```

1   $350 a month -- I am sorry, $350 biweekly for a

2   Compass Marketing -- I mean, for -- excuse me, I will

3   start again.

4       Do you have any reason to contest the fact that

5   Compass Marketing paid three in a $350 biweekly to

6   David Boshea for -- I guess, let me start again.

7       It's $700 a month, in $350 increments, to pay or

8   compensate or reimburse him for White Eagle Country

9   Club dues?

10      MR. STERN:  Objection, form.

11  BY THE WITNESS:

12      A.   Can you ask the question again?

13      Q.   Sure.  Did Compass Marketing pay $350 a

14  month to David Boshea to pay or reimburse him for

15  White Eagle -- $350 twice a month for White Eagle

16  Country Club dues?

17      A.   I don't think so, but I don't know for sure.

18      Q.   Okay.  Do you know there is a $350 payments

19  here throughout the payroll register, each page, and

20  you don't know what the $350 is for; is that right?

21      A.   Can I inspect the document?

22      Q.   Sure.

23      A.   Can you go to the end?

24      MR. GARTEN:  You are going to need to get that box

1  out of there, right?

2      MR. JORDAN:  I wasn't sure that that was up on

3  your screen.  I apologize for that.

4      MR. GARTEN:  Yeah.

5  BY THE WITNESS:

6       A.   So I don't see the $350.  Can you can you

7  scroll back to where the $350 payment stops?

8      Q.   Sure.  Last payment was about a year before

9  the end of his term.

10     A.   The last payment was one year before his

11 term?  What was that date?

12     Q.   Approximately, one year, 4/1/19 is that $350

13 payment.

14     MR. STERN:  Just to be clear, when does that show

15 -- people are joining the call and blocking out part

16 of the screen, so we can't see the dates.

17     MR. GARTEN:  Actually, I can see it.

18     MR. JORDAN:  I think you can manipulate that on

19 your side.

20     MR. STERN:  Okay.

21 BY MR. JORDAN:

22     Q.   Do you see that 4/1/2019?

23     A.   I do see that.

24     Q.   Okay.  And there is $350 paid to David

```
 1    Boshea.  Do you know what that was for?

 2         A.   I do not.

 3         Q.   Okay.  Do you have any reason to contest the

 4    fact that it was for White Eagle Country Club dues?

 5         A.   Do I have any personal reasons to contest

 6    that?

 7         Q.   Right.

 8         A.   It shouldn't have been, but if it was, it

 9    should not have been.

10         Q.   No, should, would, whatever, I don't know.

11         A.   Yes, I contest this, yes.

12         Q.   You are the Chief Executive Officer of the

13    company, why would you -- I think you said you

14    contested it.  Why would you contest it?

15         A.   He should not have a payment that ended in

16    April of 2019 outside of his payroll payment for

17    anything, regardless of what it is.

18         Q.   Okay.  So why is that?

19         A.   It appears to be theft.

20         Q.   Okay.  Why is that?

21         A.   It's not authorized, and I was unaware of

22    it.

23         Q.   Okay.

24         A.   In April of 2019.
```

1      Q.   Okay.  What, if any, control did David
2  Boshea have over the payment of payroll for Compass
3  Marketing?
4      A.   He didn't have any control.  Michael White
5  had total control.
6      Q.   Okay.  And so the fact that David Boshea --
7      A.   Michael White had total control until April
8  of 2019.
9      Q.   Okay.
10     A.   Then Michael White no longer had control of
11 the payroll.
12     Q.   Okay.  And what's the significance of that
13 with relating to the $350?
14     A.   It appears that the $350 stopped being paid
15 to David Boshea when Michael White stopped having
16 control of the payroll.
17     Q.   Or at least paid through payroll.  You don't
18 know whether it stopped, do you?
19     A.   I'm only reading the documents.
20     Q.   Okay.
21     A.   I do know that the payroll payments stopped
22 in April 2019, the same time that Michael White
23 stopped having control over the payroll.
24     Q.   Okay.  But you don't know whether David

1  Boshea received the $350 twice a month after April 1,

2  2019, do you?

3      A.   If he did, it would have been unauthorized

4  and theft.

5      Q.   Okay.  And how would it have been theft by

6  David Boshea?

7      MR. GARTEN:  Objection.  That is a asking a legal

8  question here, you know, for him to give legal

9  conclusion.

10     MR JORDAN:  I am not, Alan.  He was the one who

11 said it would be theft, so I am asking him, using his

12 words, why it would be theft.  I'm not asking for a

13 legal conclusion.  I'm asking him to explain his

14 answer.

15     MR. JORDAN:  Stephen, I can't hear you.

16     MR. STERN:  Objection to the extent it calls for a

17 legal conclusion, still (indiscernible).

18     MR. JORDAN:  I am not asking -- I am asking him to

19 explain his answer.

20 BY THE WITNESS:

21     A.   It would have been unauthorized, the payment

22 that he received after, or 2019, or before, that was

23 unauthorized, would have been, in fact, theft.

24     Q.   Okay.  And why is that?

1    A.    Because unauthorized payments are theft.

2    Q.    Okay.  You didn't have any knowledge of him

3 receiving the money, right?

4    A.    Other than this payroll report, no.

5    Q.    Right.  And the payroll report that I had up

6 on the screen, I could put up again if you want, shows

7 the payment for years, right?

8    A.    That stopped in April 2019.

9    Q.    Right.

10    A.    And he didn't say anything about that.

11    Q.    And he didn't what?

12    A.    He didn't call that to anyone's attention

13 when it stopped -- when he stopped receiving it.

14    Q.    Okay.  How do you know that?

15    A.    Because I was the CEO of the company.

16    Q.    So did you handle the payroll after April 1,

17 2019?

18    A.    I did not.

19    Q.    Okay.  Would you have been the person that

20 if someone had a payroll question that they would go

21 to

22    A.    No.

23    Q.    Okay.  And in the counterclaim that Compass

24 Marketing filed, they mentioned that -- oh, hold on.

1   This is not a great copy here, but here is an email

2   that we have. J. White to Mike White, well, let's go

3   to the bottom to have some context.  All right.  It's

4   an e-mail --

5        A.   What's the number on the on the document?

6        Q.   I think it's J. White, Exhibit 17.

7        MR. STERN:  Was this (indiscernible, talk over).

8   BY MR. JORDAN:

9        Q.   I believe this was a document that came from

10  Michael White.  Yes.  It says:  Do David Boshea sent

11  an email to Michael White and John White on May 24 --

12       A.   We are not able to read this, Greg, so we

13  are not sure if the video is --

14       Q.   I said it is not a great copy, so I am

15  reading it.

16       A.   It is illegible.  We can't read it.  Go

17  ahead.

18       Q.   It says:  David Boshea to Mike White, John

19  White, May 24, 2012, at 12:51 a.m.  Mike:  Hey, Bro,

20  White Eagle raised monthly fee to $750.  Thanks, Dave.

21  And then here is another copy of the email and Michael

22  White forwarded it to you and then you respond to

23  Michael White:  I saw it.  He copied me, too, just

24  ignore.  Do you see that?

1      MR. GARTEN:  And the date on that is?

2      MR. JORDAN:  May 25, 2012, at 7:43 a.m.

3      MR GARTEN:  Okay.

4   BY MR. JORDAN:

5      Q.   Did David Boshea advise you that the White

6   Eagle membership fees had raised to $750 a month?

7      A.   I don't believe so.

8      Q.   Okay.  So is it your position that you never

9   received this email?

10     A.   It's my position that this email is not

11  authentic.

12     Q.   Okay.  And why is that?

13     A.   For a couple of reasons.  On the top right

14  hand corner, it appears that it's been printed with my

15  email address, and it is from somebody who admittedly

16  breached my emails, Michael White.  And I can't read

17  it.

18     Q.   Okay.  So other than that, why are you

19  saying that you never would have received this email?

20     A.   That's not what I said.

21     Q.   Okay.  What did you say?

22     A.   Jason, can you read back to the record,

23  please?

24     Q.   Just say it again.

1      A.   Jason, please read back the record.

2      MR. REPORTER:  Stand by.

3                      (Record read as requested.)

4  BY THE WITNESS:

5      A.   And my answer was that it was not authentic.

6      Q.   Okay.  So I'm confused.  When you say it's

7  not authentic, does that mean you never received the

8  email?

9      A.   No, it means it's not authentic.

10     Q.   What's the difference between never

11  receiving the email and it not being authentic?

12     A.   I can't say what emails I received from ten

13  years ago.  I receive thousands of emails a month.

14     Q.   So you're saying you don't recall receiving

15  this email, or that you didn't receive the email?

16     A.   I'm saying this email is not authentic, and

17  I don't recall having received it.

18     Q.   Okay.  And the reason that it's not

19  authentic is what?

20     A.   Because it's from somebody who's admitted to

21  breaching my email and it appears to be printed out

22  from my own email and produced by the individual,

23  Michael White, who admitted to breaching my emails.

24     Q.   Okay.  So because Michael White breached

1   your email and printed it out, does that mean that you

2   never received the email or that you just questioned

3   whether you received the email or something else?

4        A.   I didn't say that.

5        MR. STERN:  Object to form.

6   BY MR. JORDAN:

7        Q.   I don't know what you're saying.  You're not

8   being -- you are being opaque.

9        A.   No.  I will say it for the third time.  I

10  think it's not authentic is my answer.

11       Q.   And the reason?

12       A.   Somebody printed this email as me.  That's

13  why it's in the right-hand corner, it has my email

14  address.  So somebody pretending to be me got in and

15  printed what looks like an email before it got

16  distorted.  It's not an authentic document.

17       Q.   Okay.

18       A.   I am certain of that.

19       Q.   So you're certain it's not authentic, but

20  you can't say whether you ever received it or not?

21       MR. STERN:  Objection.

22  BY MR. JORDAN:

23       Q.   Any emails such as this?  I'm confused.

24       MR. GARTEN:  You know, first of all you said

1    you're certain that is not authentic.

2         THE WITNESS:  I did.

3         MR. GARTEN:  Yeah, okay.  Can you just break down

4    your question and not compound question, but as a --

5    just like a yes, no and then we can lead to the next

6    question.

7    BY MR. JORDAN:

8         Q.   Are you saying you never received this

9    email?

10        A.   No, I'm not saying that.

11        Q.   Okay.  So you don't know whether you

12   received this email or not?

13        A.   I didn't say that either.

14        Q.   All right.  So did you receive this email?

15   It kind of closes the loop.

16        A.   I don't recall what emails I received ten

17   years ago.  I received thousands of emails a month.

18        Q.   Okay, that's fine.

19        MR. STERN:  Just as a reminder, Greg, can you tell

20   us what exhibit number was that?

21        MR. JORDAN:  Give me a second, I closed it.

22        MR. GARTEN:  March 2nd '20 letter, David Boshea.

23   Is that the one?

24        MR. JORDAN:  That would be 17.

1      MR. STERN:  Thank you.

2   BY MR. JORDAN:

3      Q.   Okay.  Now I have up on the screen the

4   Exhibit 19, which is the counterclaim and third-party

5   complaint Compass Marketing filed.  Have you reviewed

6   this document before?

7      A.   Not of late.

8                          (Exhibit 19 was displayed.)

9      Q.   Okay.  Do you want to take the opportunity

10   to review it now?

11      A.   I am not here testifying on behalf of

12   Compass, but I'm happy to review it if you'd like.

13      Q.   I am not asking you to testify on behalf of

14   compass, but there may be facts that you wish you had

15   knowledge.  Let me know when you want me to turn the

16   page.  We are on page 1.

17      MR. STERN:  Just to be clear, Greg, while he's

18   reading, did you skip Exhibit 18?

19      MR. JORDAN:  I did.

20      MR. STERN:  Okay.  Thank you.

21       MR. JORDAN:  Alan has to go someplace.

22       THE WITNESS:  Okay.

23   BY MR. JORDAN:

24      Q.   I have the remainder of paragraph 1 through

1   paragraphs 2 and 3 up on the screen.

2       A.   Okay.

3       Q.   I have the paragraph 4 through the remainder

4   of page 2 up on the screen.

5       A.   Okay.

6       Q.   All right.  I have page 3, paragraphs 7

7   through 11, up on the screen, factual allegations.

8       A.   Okay.

9       Q.   I have paragraph 12, which is the last

10  paragraph on page 3 up on the screen.

11      A.   Okay.

12      Q.   Okay.  And then have paragraphs 13 through

13  16 up on the screen.

14      A.   Okay.

15      Q.   Okay.

16      A.   I'm sorry.  I'm sorry.  Can you get back?  I

17  didn't see 16, 15, yeah.

18      MR. GARTEN:  Yeah, let's look at 16.

19      THE WITNESS:  15.

20      MR. GARTEN:  Go back up, yeah, just to 15.  Okay.

21      THE WITNESS:  Okay.

22  BY MR. JORDAN:

23      Q.   All right.  I now have the remainder of page

24  4 up on the screen.

1      A.    Okay.

2      Q.    Okay.  And then I have page 5, paragraphs 20

3   and 21 up on the screen.

4      A.    Okay.

5      Q.    In paragraphs 4, it relates - it concerns

6   Joe Doe's, who is presently our unknown individuals,

7   who upon information and belief aided, and abetted,

8   and conspired with Boshea or whom Boshea aided,

9   abetted, or conspired with to harm Compass Marketing

10  in the manner set forth in this counterclaim and

11  third-party complaint.

12     Have you identified who these John Doe's are?

13     A.    Me personally or the company?

14     Q.    Do you know who the John Doe's are, whether

15  in your capacity as Chief Executive Officer,

16  personally, or otherwise?  And you are the only one

17  here.

18     A.    I have not concluded who those are.

19     Q.    Okay.  In paragraph 13, it says:  Shortly

20  after filing the complaint, a copy of the complaint

21  was circulated anonymously to third parties doing

22  business with Compass Marketing, including a real

23  estate broker located in Annapolis, Maryland,

24  assisting Compass Marketing to search for office

```
 1    space.  Do you see that?
 2         A.   I see that.
 3         Q.   Okay.  Do you have any knowledge of David
 4    Boshea circulating, anonymously, the complaint in this
 5    case to a real estate broker located in Annapolis?
 6         A.   No.
 7         Q.   Okay.  Do you know who the real estate
 8    broker Compass refers to in the complaint?
 9         A.   Yes.  It is Hyatt Real Estate, I believe is
10    the name.
11         Q.   Okay.  Do you know who at Hyatt Real Estate?
12         A.   I do not.
13         Q.   Do you recall working with John Gallagher,
14    who was a broker with Hyatt Real Estate?
15         A.   I do not recall.  They had some people, but
16    I don't remember him specifically.
17         Q.   Okay.  And did you ever have any
18    conversations with anyone at Hyatt Real Estate where
19    they said that because of receiving the complaint that
20    Hyatt Real Estate was stopping doing business with
21    Compass Marketing?
22         A.   I don't recall.
23         Q.   Do you know anybody who had such a
24    conversation?
```

1      A.    I can't recall right now.

2      Q.    Is there anything I could help you recall?

3      A.    Probably a phone call to Hyatt.

4      Q.    Okay.  Is there any facts other than a

5  surmise that would lead you to believe that Hyatt Real

6  Estate stopped working with Compass because they

7  received this complaint anonymously?

8      A.    I'm sorry, can you ask that again?

9      Q.    Other than your surmise, do you have any

10 factual basis for saying that because Hyatt Real

11 Estate received the copy of the complaint, it stopped

12 working with Compass Marketing?

13     A.    I am not sure that's my surmise.  It's

14 Compass Marketing surmise, but is that your question,

15 what do I --

16     Q.    I can only ask you questions.  I can't ask

17 Compass Marketing.

18     A.    Okay.  So you're asking my personal opinion

19 about?

20     Q.    No, no.  Any facts other than a surmise that

21 they got the complaint and, therefore, they stop

22 working?

23     A.    I don't believe I can remember any facts

24 that are not -- have already been presented.

1      Q.    Okay.  And then there is a distribution of

2   the complaint to an architecture firm, as well; is

3   that right?

4      A.    That's what it says.

5      Q.    Do you know anything about an architecture

6   firm receiving a copy of the complaint, anonymously,

7   or otherwise?

8      A.    I remember that they did, but I don't recall

9   who received it there.  I don't even remember the name

10  of the firm.

11     Q.    Okay.  Do you have any facts?   Do you know

12  of any facts that would support the allegation that

13  because the architecture firm received the complaint,

14  that they stopped working with Compass Marketing?

15     A.    Only that they stopped communicating with

16  us.

17     Q.    Okay.  So there was this stoppage of

18  communication, and you don't know why they stopped

19  communicating?

20     A.    Both Hyatt and the architecture firm stopped

21  communicating instantly following the receipt of these

22  anonymous mailings.

23     Q.    Okay.

24     A.    Within a couple of days.

1    Q.   I am showing you what's marked is J. White

2    Exhibit 20, which is a five-page document with a

3    proposal for release dated 2/26/21 for 410 Rowe

4    Boulevard, LLC.  And what I'm going to do is go on to

5    page 4, and it says here, brokerage, okay?  It says:

6    landlord recognizes Jones Lang LaSalle Brokerage, Inc.

7    JLL, as tenant broker.  Landlord's broker, Hyatt

8    Commercial shall pay JLL a  commission per a separate

9    agreement.  Do you see that?

10    A.   I do see that.

11    Q.   So Hyatt Commercial was the landlord's

12    broker, and JLL was your broker?

13    MR. GARTEN:  Objection.  I want you to know, I

14    think you read it the opposite, you know, the

15    opposite.

16    MR. JORDAN:  JLL -- yeah, let me say it.  JLL,

17    Jones Lange LaSalle Brokerage, is the tenant broker,

18    correct?

19    MR. GARTEN:  Right, okay.

20    MR. JORDAN:  And Compass is the tenant, right?

21    MR. GARTEN:  Yeah, never mind, go ahead.

22    BY MR. JORDAN:

23    Q.   Is that right, Mr. White?

24    A.   That's what it says.

1      Q.   Well, is it, in fact, did Compass hire JLL

2  is its broker?

3      A.   I'm not sure.  I believe that that's what

4  that said - this says.

5      MR. GARTEN:  Can we look at the bottom of the

6  document to see who signed this thing?

7  BY MR. JORDAN:

8      Q.   Do you recognize the signature on there?

9      A.   That appears to be mine.

10      Q.   Okay.  So, you signed it.  This is a Compass

11  document, starts with CM-0868 and continues -- I am

12  sorry.  No, that's page 4.  CM-0865 and continues

13  through 0869.  So Compass produced this and on page 4,

14  four, below, it has a signature block without his

15  signature from John Gallagher, Vice President of

16  Hyatt.  Do you see that?

17      A.   I do.

18      Q.   Okay.  Now, as I understand it, in the

19  paragraph -- there is a paragraph that says:

20  Condition and duration of offer.  It says the above

21  and in bold, non-binding proposal is offered on a non-

22  exclusive basis and landlord reserves the right to

23  offer the space simultaneously to others or withdraw

24  this proposal at any time.  Only a lease signed by

1   both parties shall be binding.  Do you see that?

2       A.   Yes.

3       Q.   Hyatt Commercial provided a non-binding

4   proposal to Compass; is that right?

5       A.   That's what this says.

6       Q.   And then following receipt of this document,

7   I spoke with Mr. Gallagher, and he claims that they

8   delivered a lease to Compass and Compass stopped

9   communicating with Hyatt with regard to the lease.  Do

10  you dispute that?

11      A.   I have not spoken to Mr. Gallagher.

12      Q.   No, no.  I am asking did Hyatt deliver a

13  form of lease for the subject property to Compass?

14      A.   I don't know.  This was over two years ago.

15  I'm not sure what was delivered.  It was over two

16  years ago.

17      Q.   Now, actually, it's April 6th, 2021, is

18  clearly over a year ago.  So do you know --

19      A.   It is 2020, I believe.

20      Q.   I am sorry.

21      A.   I believe the signature date said 2020.

22      Q.   Okay.

23      A.   If you look down at the bottom.

24      Q.   I am not going to argue with you.  I will

1  point out that the lawsuit wasn't filed in March of

2  '20 and April 2020.

3      A.   Can you look down at the signature to see

4  the date that it was signed, executed?

5      Q.   It say 4/6/2020.

6      A.   Correct.

7      Q.   All right.  I am not going to fence with

8      you, Mr. White.  A. I don't intend to.

9      Q.   Excuse me.  Let me finish.  We've already

10 looked at the document where in March 2020 it

11 terminated Mr. Boshea.  He filed his complaint the

12 next year.  I don't really know why you would put 2020

13 on document, but the complaint wasn't on file in 2020.

14 So, you know, I don't want to get -- I don't want to

15 fence about the dates.  There's no way that it was in

16 2020.  So anyway, without regard to the date of the

17 letter --

18     MR. STERN:  Characterization, but I think we're --

19 either way, it is not really material to the questions

20 are being asked.

21      MR. JORDAN:  Right, yeah, fine.  Mr. White is

22 wrong.

23     MR. STERN:  Actually characterization there.  I

24 don't think that is correct.

1      MR. JORDAN:  It is not a characterization.  It is

2   a fact.  So anyway, moving on.

3      MR. STERN:  (Indiscernible).  This is just not

4   correct.

5      MR. JORDAN:  Moving on.

6   BY MR. JORDAN:

7      Q.  Are you aware --

8      THE WITNESS:  I don't believe that I am wrong.

9      MR. JORDAN:  That's terrific.  I am so happy for

10  you.

11  BY MR. JORDAN:

12     Q.  Are you aware that Hyatt Commercial sent a

13  form of lease for 410 Rowe Boulevard, LLC, to Compass?

14     A.  I believe that that is what that says.

15     Q.  And do you dispute -- well, let's -- what

16  does (indiscernible) say?

17     A.  I am sorry.  Can you ask your question,

18  again?

19     Q.  You said:  I believe that's what it says in

20  this non-binding letter of intent.  We already looked

21  at that.  Did Hyatt Commercial send a formal release

22  after April 6th to Compass?

23     A.  I don't know the dates of when something was

24  sent two years ago.

1      Q.    No.  I didn't ask you for the date.  I asked
2  whether they sent a lease?
3      A.    You did ask about the date.
4      Q.    Okay.  Let's start again.
5      A.    You asked if it was --
6      Q.    Excuse me.  I said let's start again.  I'm
7  not willing to  engage in this pointless discussion
8  about dates.  Are you aware that Hyatt Commercial sent
9  a form of lease to Compass for 410 Rowe Boulevard,
10  LLC's property?
11      A.    I don't recall that.  If they did, they
12  could have, but I don't recall it.
13       Q.    And are you aware that according, at least,
14  to Mr. Gallagher, Compass never responded after
15  Compass received the form of the lease?
16      A.    No, I'm not aware of your hearsay
17  conversations with Mr. Gallagher.
18      Q.    Okay.  And with regard to the architect, who
19  you don't remember.
20      A.    That's not what I said.
21      Q.    Who was the architect?
22      A.    I said, I don't recall who the architecture
23  firm was.
24      Q.    Okay.  All right.  So with regard to the

1   architecture firm, or any architect working at the

2   firm, who you do not recall, you don't have any

3   knowledge that they stopped working for Compass

4   because they received the complaint; is that correct?

5       A.   No, that's incorrect.  I actually have

6   knowledge that they stopped returning our emails

7   almost instantly after upon receiving the mailings.

8       Q.   Okay.  You know, you don't know, no one told

9   you that they stopped communicating with you because

10  they received the complaint?

11      MR. STERN:  Objection to form.

12  BY THE WITNESS:

13      A.   They told us that they did receive the

14  complaint, and then they stopped communicating with

15  us.

16      Q.   Okay.  And that's as much as you know?

17      A.   No.  I know more than that.

18      Q.   What else do you know?

19      A.   About what subject?

20      Q.   About the subject that you said you know

21  more about?

22      A.   I didn't say what subject I know more about.

23  I just simply said that's not all I know.

24      Q.   I am confused by your response.  I think you

1   probably think you're clever.  That only makes one of

2   us.  So whe3n you said that you know more, what were

3   you referring to?

4       MR. STERN:  Greg, it is not productive.  It is

5   harassing.  Like just ask the questions, please.

6       MR. JORDAN:  All right.

7   BY MR. JORDAN:

8       Q.  All right.  What it I that you know more

9   about then you said that in your response, Mr. White?

10      MR. GARTEN:  Objection as to form because it is --

11  why don't you be specific, what you said?

12      MR. JORDAN:  I can't, Alan.  Because he says he

13  knows more about it.  I am asking what he was

14  referring to and he said he knows more about it.  I

15  can't.  I don't know what he was referring to.  I

16  can't be any more specific than taking his exact words

17  and asking him to expand upon them.

18  BY MR. JORDAN:

19      Q.  So my question is:  Will you please expand

20  upon that response when you said you know more about

21  it.

22      A.  I didn't say I know more about it.  Your

23  question was, specifically, is that all you know?  Do

24  you know anymore?

```
 1      Q.   And you said?

 2      A.   I know more, but it depends upon what

 3  subject you are rferr8ing to.

 4      Q.   So you weren't referring to the architect?

 5      A.    Do I know other people at Hyatt other than

 6  the one guy John Gallagher that you spoke to?  Yes.

 7  Know Justin Mullen.  But, yeah, I know more but I

 8  don't know specifically what you would like to discuss

 9  more.

10      Q.   I would like to discuss more but the

11  architect, your knowledge as to -- other than the fact

12  that you are saying that they stopped communicating

13  with you, the linkage to receiving the complaint, do

14  you know any more about it than the fact that you have

15  already related?

16      A.   Can you ask the question, again, Greg?

17      Q.   Do you know any more about why the

18  architect, or architecture firm, stopped communicating

19  with Compass, other than what you testified previously

20  in this deposition?

21      A.   I don't believe so.

22      Q.   Now, you have indicated previously that

23  Compass Marketing is leasing space different than it

24  had when David Boshea was terminated, correct?
```

1      A.   Yes.  Correct.

2      Q.   Is it paying more or less than it would have

3   paid for the property that Hyatt had?

4      A.   I don't recall the numbers from two years

5   ago.

6      Q.   Okay.  So the rental rate for Hyatt ten

7   years, five months, was found in the lease

8   commencement, upon the latter, a substantial

9   completion of tenant improvements for December 31,

10  2021.  Rent commencement, 150 days filing lease

11  commencement. Rental rate, $38 per square foot, on an

12  NNN basis with a base rent escalating at 2.5 percent

13  per annum.

14      Being on the first anniversary of rent

15  commencement, that tenant, being Compass, would be

16  responsible for paying a proportionate share of

17  operating expenses, estimated to be $8.07 per square

18  foot.  In no event shall controllable operating

19  expenses increase more than 3 percent over the

20  previous year, controllable operating expenses.

21      Now are the terms that Compass obtained under the

22  lease it  has now the same or different from these

23  terms?

24      A.   I'm not familiar with the terms of the

1  lease, which we are in today.

2       Q.   Do you have any reason to believe that the

3  rental rate that Compass currently has is less than

4  $38 per square foot on an NNN basis?

5       A.   I don't have any reason to believe that.

6       Q.   Okay.  Do you believe that the rental rate

7  is more than $38 per square foot on an NNN basis for

8  the space that Compass currently leases?

9       A.   I don't know what the terms are, so I don't

10 have any reason to believe it's less or more.

11      Q.   Okay.  Is the space that Compass leases

12 larger or smaller or the same as the proposed square

13 footage on the Rowe Street property?

14      A.   I don't know the square footage.

15      Q.   Of what?

16      A.   Of either.  I see the square footage on the

17 document, but I don't know what the square footage is

18 of the current lease that we have.

19      Q.   Okay.  Did Compass eventually use an

20 architect for the space in which it occupies

21 currently?

22      A.   No.

23      Q.   Okay.  Was Compass in default on its lease

24 in the severance property at any time?

1      A.   If they were, I don't recall.  Any time over

2    20 years?  What time period?

3      A.   From the beginning.  Well, let's just say in

4    the last three years before Compass moved out?

5      Q.   What's the question again, Greg?

6      A.   Was Compass ever in default under its lease,

7    the severance property, in the last three years before

8    it moved out?

9      A.   I don't recall.  I don't believe so, but I

10   don't recall for sure.

11     Q.   Okay.  Do you know how Compass derived $3.5

12   million as the last opportunity (indiscernible) in its

13   counterclaim?

14     MR. STERN:  Is that -- are you reading from the

15   counterclaim?

16     MR. JORDAN:  Yes.

17     MR. STERN:  That's not on the screen.

18     MR. JORDAN:  I understand that it is not on the

19   screen.

20   BY MR. JORDAN:

21     Q.   So do you know how it derives $2.5 million

22   is lost opportunity to reduce cost?

23     A.   I am not sure that's the number and I didn't

24   calculate it myself.

```
 1        Q.    Who calculated it?

 2        A.    I would guess.  And it is only a guess.

 3   It's the Chief Financial Officer.

 4        Q.    Who is that?

 5        A.    Lou Fernandes.

 6        Q.    Okay.  Who at the architecture firm told you

 7   that they received, or did anyone at the architecture

 8   firm tell you that they received the complaint that

 9   David Boshea filed?

10        A.    I don't remember which architecture firm it

11   was, and they didn't tell me directly.

12        Q.    Do you know, if anyone at the architecture

13   firm told someone at Compass that they received the

14   complaint that David Boshea filed?

15        A.    Someone did.  I just don't know who that

16   was.

17        Q.    Do you know how many hours Compass,

18   employees spent designing and making plans for the

19   Rowe Street office space?

20        A.    I don't recall.

21        Q.    Okay.  Did Compass suffer any damages its

22   reputation as a result of these broker or the

23   architecture firm receiving David Boshea's complaint?

24        A.    Yes.
```

1      Q.   What were those damages?

2      A.   What I personally believe the company's

3  damages were; is that your question?

4      Q.   Sure.

5      A.   Am I not speaking for the company, they've

6  got their own -- but I believe their reputation in the

7  community was damaged.

8      Q.   Okay.  And what is your basis for saying

9  that?

10      A.   Well, the company has a good reputation in

11  the community and the real estate broker and the

12  landlord brokers are pretty significantly business in

13  the community in Annapolis.  So yeah, we probably

14  suffered a reputational risk to the brand.

15      Q.   Okay.  Do you know if anyone from the

16  brokerage firm or the architecture firm talked to

17  anybody else about receiving the complaint, such that

18  it would harm Compass's reputation in the Annapolis

19  community?

20      A.   I am sure that they did, but I can't recall

21  who talked to who.

22      Q.   Did anyone outside of the brokerage firm or

23  the architectural firm ever tells you or someone at

24  Compass of which you're aware that they discussed the

1    terms of the complaint?

2        A.   Nobody told me directly.

3        Q.   Do you know if anybody at Compass was ever

4    told that?

5        A.   I can't speak for Compass or everybody at

6    Compass, but (indiscernible, talk over).

7        Q.   Well, did anybody -- I am sorry, I am just

8    trying to ask you because you're the only one here if

9    anyone at Compass, Lou Fernandes, all the way down,

10   said to you, you know, I talked to Joe Smith, who said

11   that the real estate broker and/or the architect is

12   telling people about the David Boshea complaint?

13       A.   I don't know.  No one told me that.

14       Q.   Okay.  As a result of this, does Compass

15   have a lesser reputation in the Annapolis area?

16       A.   I would guess that they do, but it is only a

17   guess.

18       Q.   What did you base your guess on?

19       A.   Same thing before, that two reputable

20   companies received defaming mailings.

21       Q.   Okay.  But you don't know if David Boshea

22   had anything to do with sending the defaming mailings,

23   right?

24       A.   I don't have any personal knowledge that

1    David Boshea mailed the mailers.

2        Q.   Did anyone ever tell you that David Boshea

3    had something to do with sending the complaint to the

4    architect or architecture firm or the broker or the

5    brokerage firm?

6        A.   No.

7        Q.   Okay.  Did anyone say anything to you or

8    someone at Compass that Compass Marketing is a company

9    that cannot be trusted and it is a company that does

10   not honor its contractual obligations?

11       A.   I can't speak for what anybody at Compass

12   would have been told, but I can't recall that that was

13   said to me.

14       Q.   Okay.  Now just kind of turning back.  I

15   think previously we had said Michael White, together

16   with his son George White, as administrators of

17   Compass domain for Electronic Communication Document

18   Compass Marketing Inc., the .com domain

19   (indiscernible) prevented and continues to prevent

20   Compass from accessing records in the .com domain.

21       Now, I just want to make sure that I understand

22   your answer. What efforts did Compass undertake to

23   obtain a return of the .com domain?

24       MR. STERN:  Objection.  Asked and answered.

```
 1   BY THE WITNESS:
 2        A.   What document are you -- can you put the
 3   document back up, Greg?  What are you referring to?
 4        Q.   If you recall, and I will, give me just a
 5   second.
 6        MR. GARTEN:  Greg, do you need like a few -- five
 7   minutes or so?
 8        MR. JORDAN:  No.  I am just trying to send the
 9   last exhibit to Stephen and Tom.
10        MR GARTEN:  Okay.
11        MR. JORDAN:  Because I am going to ask him about
12   it.  And then I am going to get off the
13   interrogatories.  But I wanted to have that in advance
14   of asking him any questions about it.
15        MR. STERN:  I have the file.
16        MR. JORDAN:  Okay.
17   BY MR. JORDAN:
18        Q.   Do you see preliminary statement number 5 up
19   on the screen here?  Do you remember this?  This has
20   to do with Michael White and George White taking the
21   domain name.  Do you remember that?
22        A.   Yes, I do.
23        Q.   Okay.  And then to get back to my question,
24   which was, you know, whether or not, I asked you
```

1    before, I just want to make sure I understand this.

2    What efforts did Compass Marketing undertake to

3    recover the domain name?

4         MR. STERN:  Objection.  Asked and answered.

5         MR. JORDAN:  I understand.

6    BY THE WITNESS:

7         A.   Greg, to be clear, you are asking me what's

8    my personal knowledge of what efforts Compass

9    Marketing undertook?

10        Q.   That is correct.

11        A.   My personal knowledge is that Compass

12   Marketing engaged cybersecurity experts and a company

13   called Data Link.  That Compass contacted Microsoft

14   and Google.  Compass -- I asked directly, three times

15   in writing to George White for the passcode and the

16   credentials.  And we reported to the police who

17   investigated and determined that George and Michael

18   White were still having access to the account after

19   they were terminated.

20        Q.   What police told you that?

21        A.   The Maryland State Police.

22        Q.   Okay.  So you're saying that the Maryland

23   State Police told you that Michael White, they did an

24   investigation and Michael White and George White had

Page 211

1    access to this?

2        A.    Yes.

3        Q.    Okay.  I have Exhibit 21 up on the screen,

4    and I just went online.  I can see that there is a

5    compassmarketinginc.com  domain name.  Did Compass

6    Marketing contact -- what did it do to contact and

7    communicate with Google?  I think you said you

8    contacted Google.  What did it do to communicate to

9    Google to obtain its domain name back?

10       A.    I'm not sure because I didn't contact them.

11   We have folks that were managing this. I'm not an IT

12   expert (indiscernible), but I believe we contacted

13   them directly.  And also our outside service, cyber

14   service company, contacted them directly, and both of

15   them were not successful until the Maryland State

16   Police contacted them with a subpoena.

17       Q.    And when did they contact them with a

18   subpoena?

19       A.    I don't recall when that was.

20       Q.    In the last year?

21       A.    It was, I believe it was 2020, I believe,

22   but I'm not certain of it.

23       Q.    Okay.  There is a contact email on here, on

24   this "Whose Is" (phonetic) database that I can see

1    that -- it says that it's a live URL, right now, and

2    the registry expiration is in 2026.  And has anyone

3    contacted Registrar Abuse at Google.com?

4         MR. STERN:  Objection.  Asked and answered.

5    BY THE WITNESS:

6         A.   I am not the one doing the communicating for

7    the company or for the outside service provider or for

8    the Maryland State Police, so I wouldn't know.

9         Q.   Did anybody contact, call the telephone

10   number that's provided?

11        A.   Again, since I didn't do the contact, I'm

12   not sure if anybody from the outside service provider,

13   our team internally, or the Maryland State Police

14   called that phone number.

15        Q.   So how long has it been since Compass hasn't

16   had this compassmarketinginc.com URL?

17        A.   I believe it was around April when Michael

18   White left, and David Boshea --

19        Q.   April of what year?

20        A.   I think it was April of 2019.

21        Q.   Okay.  Did it do something?  Did it file

22   some sort of legal action to recover that in 2019 from

23   Michael White, George White?

24        A.   I don't believe the company filed a legal

1  action to recover that from Michael White and George

2  White.

3      Q.   Okay.  When did the police tell you that

4  they had some information showing that Michael White

5  and George White had access to the control of the

6  domain?

7      A.   Just recently in a report they released.

8      Q.   Okay.  And since then that says Compass

9  taken to -- take back or replevin its domain name?

10     A.   It has only been a few days.

11     Q.   So now it's only a few days ago Compass

12  found out about this?

13     A.   From the Maryland State Police.

14     Q.   Okay.  So Compass is going to take action to

15  get back its domain name?  Has it taken -- since I

16  would think this would be important information to

17  Compass, and since it was contacted by the Maryland

18  State Police, what action has it taken?

19     MR. STERN  Objection.  Asked and answered.

20  BY THE WITNESS:

21     A.   Would you like Jason to read back my answer?

22     Q.   No.  I wouldn't because it is a different

23  question.  Since the time it received this information

24  that you're claiming is some days ago, what action has

1   Compass taken?  It is a different question.

2       A.   What action in the last two days has Compass

3   taken?  None.

4       Q.   So you're saying that it happened two days

5   ago, that the Maryland State Police reported to

6   Compass, now?

7       A.   Ask again, please, Greg?

8       Q.   Are you saying that only two days ago, the

9   Maryland State Police told Compass that George White

10  and Michael White controlled the domain name?

11      A.   That's not what I said.

12      Q.   When did the Maryland State Police let you

13  know that George -- they had information showing that

14  George White and Michael White controlled the domain?

15      A.   The State Police released a report two days

16  ago that showed that George White and Michael White

17  had access to the email systems after their employment

18  with the company.

19      Q.   So you do or don't know who controls the

20  domain?

21      A.   I don't personally know who controls the

22  domain name.  I know that Michael White and George

23  White were the administrators of the account and they

24  both have admitted that they were the administrators.

1    Q.   Okay.  So here we are three years later, and

2  when did you first suspect that George White and

3  Michael White controlled the domain?

4    A.   In about April 2019, when Michael White

5  left.

6    Q.   Okay.  And after they left, you didn't file

7  any kind of legal action to take back or replevin the

8  domain name, based upon your knowledge, right?

9    MR. STERN:  Objection.  Asked and answered.

10 BY MR. JORDAN:

11   Q.   Specifically, right after -- in April 2019,

12 I am asking a specific question about a specific time

13 that you have identified.  Did you take any action --

14   MR. STERN:  (Indiscernible, talk over).  He has

15 answered this question several times.

16   MR. JORDAN:  That's fine.  Answer it again.

17 BY THE WITNESS:

18   A.   Yes, we called the police.

19   Q.   But did you file any lawsuit against Michael

20 White and George White to take back or replevin the

21 domain name in April 2019, or any time in 2019?

22   A.   We called the Maryland State Police.

23   Q.   All right.  That's a different -- I didn't

24 ask whether you called the Maryland State Police, I

1   asked whether you filed a civil complaint?

2     MR. STERN:  Objection.  Asked and answered several

3   times.

4   BY MR. JORDAN:

5     Q.   In 2019, did Compass file a civil complaint

6   (indiscernible, talk over).

7     MR. STERN:  Just because you rejected the date

8   doesn't mean (indiscernible, talk over).

9     MR. GARTEN:  Hold on.

10   BY MR. JORDAN:

11     Q.   In 2019, did Compass file a civil complaint

12   seeking to recover the domain name?

13     MR. STERN:  Objection.  Asked and answered.

14   BY THE WITNESS:

15     A.   In 2019, we did not file a lawsuit.  We

16   called the police.

17     Q.   In 2020 did Compass file a lawsuit to

18   recover the domain name?

19     MR. STERN:  Objection.  Asked and answered.

20   BY THE WITNESS:

21     A.   We called the police.  Rather than filing a

22   lawsuit, we called the police.

23     Q.   And in 2021, did Compass file a lawsuit to

24   recover the domain name?

```
 1      MR. STERN:  Objection.  Asked and answered.
 2  BY THE WITNESS:
 3      A.   Let me be clear, Greg, because you keep
 4  asking the same question.  We have never filed a
 5  lawsuit as a way to try to recover the domain name.
 6  We called the law enforcement authorities.
 7      Q.   Okay.  And I know there is a complaint,
 8  which I don't know that I've reviewed, in which
 9  Compass Marketing has sued Michael White and George
10  White, is that -- that's correct that Compass has sued
11  Michael White and George White; is that right?
12      MR. STERN:  Objection.  Relevance.
13      MR. JORDAN:  Go ahead and answer.
14      MR. STERN:  You can answer this one.
15  BY THE WITNESS:
16      A.   Yes.
17      Q.   Okay.  And as a part of that lawsuit, did it
18  have a count seeking to compel them to return the
19  domain name?
20      MR. STERN:  Objection.  Relevance.  The document
21  then that -- the complaint in that lawsuit speaks for
22  itself.
23      MR. JORDAN:  You know what?  It doesn't.  The
24  documents don't speak.  And I don't know why you're
```

1  doing it.  I have said to you, I don't have the

2  complaint.  So I haven't read the complaint.  So I'm

3  asking a simple question as to whether based upon this

4  statement, you're saying that you knew back in 2019,

5  April 2019, that Michael White had reason to know, at

6  least.  That Michael White and George White took the

7  domain name.  And you are relying on that in this

8  lawsuit to not to say you can't produce documents. So

9  I am trying to find out if there is a count in that

10  complaint seeking the return of that domain name.

11       MR. STERN:  Objection.  It is irrelevant.  But

12  answer to the extent that you can.

13  BY THE WITNESS:

14       A.   My personal knowledge, I don't know all the

15  counts.  I believe it is an over 20 count claim, 80

16  pages.  I don't know.

17       Q.   I am not asking you to tell me all the

18  counts, all the counts in the complaint.  I am asking

19  you specifically if there is a count in the complaint

20  seeking to recover the domain name?

21       MR. STERN:  Objection.  Relevance.  Same statement

22  as before.

23  BY THE WITNESS:

24       A.   It is an 80-page complaint, Greg.  I don't

1    know what is in it.  I don't know what is not in it.

2    It is 80 pages.

3         Q.   You know, what?  How much are you suing for

4    in that complaint?

5         A.   I am not suing, Greg.  The company is suing.

6         Q.   The company, right.  How much is your

7    company suing for in that complaint?

8         MR. STERN:  Objection.  Relevance.  Are we doing a

9    deposition about the complaint that David Boshea has

10   filed in this case?  Or the other lawsuit that Compass

11   Marketing has filed against other people that are not

12   parties to this litigation?

13        MR. JORDAN:  We are only talking about David

14   Boshea's lawsuit.  And Compass's claim that it can't

15   produce relevant documents and I am trying to figure

16   out the -- what it has done to obtain those documents

17   so that it can vindicate David Boshea's position, in

18   response to your objection.  Now, how much is

19   Compass's --

20        MR. STERN:  (Indiscernible, talk over) several

21   times.

22        MR. JORDAN:  Excuse me.

23   BY MR. JORDAN:

24        Q.   How much is Compass Marketing suing --

```
 1   seeking to recover in that complaint?
 2       MR. STERN:  Greg, Objection.  Asked and answered.
 3   Relevance.  And (indiscernible, talk over).
 4       MR. JORDAN:  No, no.  It has been asked.  It has
 5   been asked and I have explained the relevance, but Mr.
 6   White has not answered it.  So, no.
 7   BY MR. JORDAN:
 8       Q.   How much is Compass Marketing suing for in
 9   that complaint?
10       MR. STERN:  Objection.  Also, objections before.
11       MR. GARTEN:  Character.
12   BY THE WITNESS:
13       A.   The complaint is public, Greg.  You can read
14   it yourself.
15       Q.   You know what?  Again, I could do lots of
16   things, but I haven't, and I don't have it. Okay.  So
17   how much is Compass suing for in that complaint?
18       A.   I don't know.
19       MR. STERN:  Same objection.
20   BY THE WITNESS:
21       A.   I don't recall.  To make it plain --
22       Q.   Okay.  More or less than a billion dollars?
23       A.   I don't recall.  It is an 80-page complaint
24   with a lot of damages.
```

1      Q.   Okay.  So your testimony is you don't

2    recall.  Have you read the complaint?

3      MR. STERN:  Objection.  Relevance.

4      MR. JORDAN:  Again, I Am not going to start with

5    you about the relevance.  I explained the relevance.

6    BY MR. JORDAN:

7      Q.   But have you read the complaint, Mr. White?

8      A.   Not lately, no.

9      Q.   No, I didn't ask if you've read it lately.

10   I have no idea when it was filed, but I think it's

11   been filed more than recently.

12     A.   It's a public document.

13     Q.   Again, thank you.  Thank you for letting me

14   know it is a public document.  That's not responsive.

15     MR. STERN:  I would like to take a break at this

16   moment because this is --

17     MR. JORDAN:  No.  I am almost finished.  We don't

18   need to take a break.

19     MR. STERN:  This is (indiscernible, talk over)

20   another lawsuit that is not -- none of the parties in

21   that lawsuit, other than the fact Compass Marketing is

22   a plaintiff and it is a defendant in this case.

23     MR. JORDAN:  Stephen, your client is using its

24   alleged inability to obtain documents from that domain

1  as a basis for not producing documents in this case, so
2  I am asking questions about --
3       MR. STERN:  (Indiscernible, talk over).  I am
4  going to go and speak to the judge.
5       MR. JORDAN:  No, you know what --
6       MR. GAGLIARDO:  Let Mr. Jordan speak.
7       MR. STERN:  Greg, I will explain why.  If you can
8  cite some affirmative duty under the law that Compass
9  Marketing has to take action to obtain those records,
10 please let me know what that is.  I know
11 (indiscernible, talk over).
12      MR. JORDAN:  I don't need --
13      MR. STERN:  That's first of all.  Second of all,
14 he has now articulated several times that the action
15 taken was to go to the police, is what Compass
16 Marketing has done.  So I am not sure where you are
17 going with this, and what the purpose is.  He has
18 articulated several times, and I think we're going now
19 way down a rabbit hole that is not -- that has been
20 asked and answered several times, and it's veering
21 into a different lawsuit.
22      So we're giving -- I am giving you plenty of
23 latitude on this, but it is like (indiscernible, talk
24 over).

1    MR. JORDAN:  I don't need you to give me latitude

2   on an item that is clearly relevant to this lawsuit

3   because you are claiming that you can't produce

4   documents.  And here we are, three years later, and

5   you haven't, as far as I can tell, taken affirmative

6   action in the court to recover those documents.  And

7   yet you're complaining that you don't have the

8   documents because of these fellows that you identified

9   in your discovery responses as having those things.

10   MR. STERN:  (Inaudible, talk over).

11   MR. JORDAN:  I cannot compel.  The only part of

12  the compel, the turnover of the domain name is Compass

13  Marketing.  And you are hiding behind -- your client

14  is hiding behind its inaction as a reason for not

15  producing the documents.  So I want to know what

16  actions it is taking in this lawsuit that it has

17  pending against these two White people to obtain the

18  domain, so that I can get the documents that will

19  vindicate my client's position.  It cannot be more

20  relevant than that.

21   MR. STERN:  All right.  First of all, the value of

22  what Compass Marketing are this the monetary damages

23  that Compass Marketing is seeking in some other

24  lawsuit has no bearing on your -- on the statements

1   you just articulated, first of all.

2       Second of all, John White has now articulated

3   several steps that the company has taken with respect

4   to the loss of those -- the access to those emails.

5   Because whether or not they filed the lawsuit and what

6   that lawsuit seeks, just because it's not the action

7   you would prefer to take, doesn't mean it's an

8   improper action.  Like I said (indiscernible, talk

9   over).

10      MR. JORDAN:  I'm sorry, Stephen, that your client

11  isn't taking the direct action to recover the

12  documents that it is hiding behind the reason for not

13  having them.

14      MR. STERN:  (Indiscernible, talk over).

15      MR. JORDAN:  Can you bring the witness in so I can

16  ask my questions because we have exhausted -- you have

17  not convinced me and I'm not going to stop asking my

18  questions.

19      MR. STERN:  Greg, let me say a few more things and

20  then we are going to have to take a pause.  First of

21  all, (indiscernible, talk over).

22      MR. JORDAN:  I'm not taking the 9indiscernible,

23  talk over).

24      MR. STERN:  A single step law that requires

1   Compass Marketing to take affirmative action in a

2   litigation to recoup that. Secondly, you imply that

3   somehow Compass Marketing is deliberately not taking

4   action, and therefore, can hide these documents.  And

5   your lawsuit was filed, if I don't remember, until

6   sometime in early 2021.

7       So how did Compass Marketing know in 2019 that

8   this lawsuit was coming?  It didn't.  How did it know

9   in 2020 that this lawsuit was coming?  It didn't.  So

10  do not try to suggest that somehow the failure to file

11  a lawsuit in those years somehow is directly tied to

12  hiding documents in some future litigation like this.

13  (Indiscernible, talk over).

14      MR. JORDAN:  I hope that you don't think that I'm

15  implying that.  I am saying it.

16      MR. STERN:  Well, again, that's an absurd

17  assertion.

18      MR. JORDAN:  I am not really interested in your

19  characterizations.  I want to know how much they're

20  suing for and why it is, if they're not seeking their

21  current domain --

22      MR. STERN:  What does the monetary amount have to

23  do with whether or not Compass Marketing is trying to

24  get back its documents?  What does one have to do with

1    the other?

2         MR. JORDAN:  That's for me to argue; isn't it?

3    (Indiscernible, talk over).

4         MR. STERN:  No, it is not.  Right now, this is

5    going down a path where you are seeking information

6    that is not relevant --

7         MR. JORDAN:  (Indiscernible, talk over).

8         MR. STERN:  It is a violation (indiscernible, talk

9    over).

10        MR. JORDAN:  I don't know why you can't let your

11   client -- why your client won't answer and why you are

12   trying to have your client avoid answering what is a

13   simple question.

14        MR. STERN:  I am not trying to have him avoid it.

15        MR. JORDAN:  Yes, you are.

16        MR. STERN:  (Indiscernible, talk over) you want it

17   answered, but (indiscernible, talk over).

18        MR. JORDAN:  (Indiscernible, talk over) bring him

19   back --

20        MR. STERN:  (Indiscernible, talk over) you want it

21   answered (indiscernible, talk over).

22        MR. JORDAN:  Bring him back.

23        MR. REPORTER:  Speak one at a time, please.

24        MR. JORDAN:  Can you bring him back?  I'll ask my

1    questions and then we can finish.

2        MR. TOLLEFSON:  My name is Brian Tollefson and I

3    represent Compass Marketing in this case.  I have only

4    been on the case for a little a little while, so I'm

5    still getting up to speed.  It sounds like, Greg,

6    that, you know, you are concerned with actions that

7    Compass has taken in order to comply with discovery

8    requests in this matter.

9        And I think Mr. White has answered all the

10   questions to allow you to understand where they are,

11   as far as possession, custody, and control of those

12   documents.  They don't have possession, custody, or

13   control the documents.  And he has explained the

14   measures that he's taken in order to obtain that.

15       As far as the other lawsuit, I'm deeply concerned

16   that your questions seek to reveal privileged

17   information and/or highly confidential information.

18       MR. JORDAN:  Can I stop you there.

19       MR. TOLLEFSON:  I am not going to make any

20   representation --

21       MR. JORDAN:  Let me stop you there.

22       MR. TOLLEFSON:  (Indiscernible, talk over).

23        MR. JORDAN:  Brian, Brian, Brian, hold on.  Let

24   me stop you there.  All I asked him for was how much

1    they are suing for and is there a count in the lawsuit

2    in which they seek return of the domain?

3         If I could care less about the strategies of how

4    they're prosecuting a lawsuit or any of the pleadings

5    in the lawsuit other than the complaint or the amended

6    complaint, which I haven't reviewed, then I could care

7    less.  It's impossible for me to care less than I do.

8    All I'm asking for is simple question.

9         MR. TOLLEFSON:  If I am not a lawyer, it there is

10   a number on the complaint you can get it from the

11   public record.  (Indiscernible, talk over).

12        MR. JORDAN:  (Indiscernible, talk over).

13        MR. TOLLEFSON:  If there is not a number on the

14   complaint than that information is going to be

15   privileged.  (Indiscernible, talk over).

16        MR. JORDAN:  Well, someone told me and I can't

17   verify it.  Someone told me you guys are suing for

18   over a billion dollars.  I don't know if that's true.

19        MR. TOLLEFSON:  I don't have a copy of the

20   complaint in front of me.  I don't know so we are

21   going to instruct him not to answer.

22        MR. JORDAN:  He can answer on, I guess, his

23   knowledge.

24        MR. TOLLEFSON:  Do you want to take a break and

1    go read the complaint and see if there is a number in

2    there.  And then we will come back and give you the

3    number.  It will just be (indiscernible, talk over).

4         MR. HORDAN:  Okay.  Go through the complaint.  Do

5    two things.  Go through the complaint, find out the

6    number, go through the complaint and find out if they

7    sued for the return of the domain name and we will

8    come back in 10 minutes.  Okay?

9         MR. TOLLEFSON:  We will take it under advisement,

10   and we will take the break.

11        MR. JORDAN:  You just said -- you just offered.

12   I just took you up on your offer.

13        MR. GARTEN:  Okay.  I want to add to that.

14        MR. TOLLEFSON:  We are not getting off on the

15   right foot here.

16        MR. GARTEN:  I just -- Greg, you know, here is

17   what I suggest right now.  Give me just one minute to

18   caucus with these guys, so just hang in there.

19                         (A short break was taken.)

20        MR. GARTEN:  Okay, Greg, I am back.  Are you

21   around?  Greg, can you hear me?

22        MR. JORDAN:  Give me just a second, Alan.  I am

23   communicating with my co-counsel.

24        MR. GARTEN:  Okay.  We are back on.  We are just

1  waiting for Greg to come on.

2      MR. JORDAN:  Okay.  I am back.

3      MR. TOLLEFSON:  So I am not really sure.  It

4  seemed like you were asking me to pull up the

5  complaint, which I did.  So Paragraph 3

6  (indiscernible) in the complaint, is asking for return

7  of Compass's networks.  So they are asking for an

8  order to return control of Compass's network to

9  Compass.

10     MR. JORDAN:  Okay.  Again, I told you I have not

11  looked at the complaint.  I don't know, it is not that

12  big of deal.  So it is filed.  When did it file the

13  complaint?

14     MR. STERN:  Whatever -- the - February 14th --

15     MR. JORDAN:  He has it right there.  I am not

16  trying to be difficult.  I just --

17     MR. GARTEN:  February 14th, 2022.

18     MR. JORDAN:  Of this year?

19     MR. GARTEN:  Yes.

20     MR. JORDAN:  Okay.  All right.  Very good.  All

21  right, I'm going to call -- Tom, can you please call

22  me because I don't want it to go to your switchboard

23  and we'll see if there's anything else, and then maybe

24  we'll pass the witness.  Or, you know, Tom gives me an

```
 1   idea, (indiscernible).

 2       MR. GARTEN:  Are you taking a five-minute break?

 3       MR. JORDAN:  Let's take five minutes.

 4       MR. GARTEN:  Okay.

 5                        (A short break was taken.)

 6       MR. REPORTER:  We are off the record.

 7       MR. GARTEN:  We're back.  I know you said you are

 8   finished with the witness.  There is something we want

 9   to go over with you.

10       MR. JORDAN:  Hold on.

11       MR. TOLLEFSON:  We are going to have some

12   redirect.

13       MR. JORDAN:  If you have redirect, redirect.  If

14   we are going to have a conversation, I don't really

15   need it to be on the record.

16       MR. GARTEN:  I think that what we want to talk to

17   you about belongs on the record.

18       MR. JORDAN:  Okay.  Go ahead.

19       MR. TOLLFESON:  Thank you.  So this is Brian

20   Tollefson speaking on behalf of Compass Marketing.

21   So, Greg, today, I believe that I heard some testimony

22   that may have revealed confidential proprietary

23   business information owned by Compass Marketing, and

24   John White likely has non-disclosure obligations that
```

1  would prevent disclosure of this information.  And

2  what I'd like to ask from you is that Compass

3  Marketing's attorneys will be provided the opportunity

4  to review the transcript, and we would  like to

5  provide a redacted version of that transcript, if

6  there is time (indiscernible, talk over).

7      MR. JORDAN:  No, no, absolutely not.  No.  you

8  want to go to court and say after the fact that you

9  want some sort of a protective order, you can, but you

10  cannot redact it from my transcript.  You could say

11  that there is some sort of public --

12     MR. TOLLEFSON:  Hold on, hold on, let me finish

13  because I think you misunderstand me.

14     MR. JORDAN:  I clearly did.

15     MR. TOLLEFSON:  Yeah, you misunderstand me.  So we

16  could go right to the Court right now and move for a

17  protective.   You know, we could go to the Court right

18  now and ask for a protective order.  (Indiscernible,

19  talk over).

20     MR. JORDAN:  (Indiscernible, talk over).

21     MR. TOLLEFSON:  Let me finish.

22     MR. JORDAN:  No, no.  Cut to the chase.  Tell me

23  what it is that --

24     MR. TOLLEFSON:  (Indiscernible, talk over).

1    MR. JORDAN:  Hold on, hold on.  Tell me  after you

2 get the transcript, tell me what is confidential and

3 then I will either agree or not agree, but it is a

4 little to amorphas for me to say that --

5    MR. TOLLEFSON:  You are misunderstanding me.

6    MR. JORDAN:  I am.

7    MR. TOLLEFSON:  Let me try again.

8    MR. GARTEN:  I have to move the cameras here.

9    MR. TOLLEFSON:  I would like to mark the -- right

10 now, I am going to mark the transcript confidential

11 outside attorney eyes only.  You can use the

12 transcript.  This doesn't affect your ability to use

13 the transcript in this litigation in any way.

14    All I'm trying to do is on behalf of Compass

15 Marketing, prevent the disclosure of proprietary

16 business information.  And so under the typical

17 scenario, we would provide you with what's called a

18 redacted public version of the transcript.  But your

19 version is the whole thing.  It would just be more

20 confidential, just like you would have in any other

21 litigation where you have confidential documents, and

22 you have nonconfidential documents.

23    What I'd like to ask you is your agreement to

24 treat the transcript as outside attorneys only, highly

1    confidential until we've had an opportunity to review

2    it.  And then if we determine that there is

3    confidential information in there, we will tell you

4    what it is, and then we can discuss.  But typically,

5    what I'm used to is providing a redacted copy that

6    would be the public copy, and this would avoid having

7    to go to the Court filing protective order and all

8    that nonsense.

9        MR. JORDAN:  Okay.  Here is what I'm willing to

10   do.  The transcript is going to come out in a week.

11   You guys could send me an email that identifies the

12   areas that you believe are confidential, and we can

13   discuss them.  And if I understand that other than,

14   you know, John White made some sort of statement that

15   isn't the best thing in the world for him in this

16   other lawsuit, that's a different matter.  You know,

17   it's not a matter of confidentiality.  It is a matter

18   of I really wish I hadn't said that.  You guys in the

19   next seven days, send me -- and, you know, we're both

20   here, we know what we're talking about.

21       That email is between you three, and Tom and I.

22   All right.  And then we will talk about it and we'll

23   say -- because I don't know anything that John White

24   said that that he couldn't have said on the public

1   corner.  But it's hard for me to agree to that.

2       MR. TOLLEFSON:  Right.  And then --

3       MR. JORDAN:  And you can do that, and you don't

4   have to -- you won't have the transcript, I won't have

5   the transcript.  You're thinking of something that I

6   don't have any idea, honestly, what it is that's

7   confidential, so I just don't know.

8       MR. TOLLEFSON:  Thank you.  Thank you.  And you

9   may be entirely right.  A typical protective order of

10  this kind would give, you know, the parties ten days.

11      MR. JORDAN:  30 days (indiscernible, talk over).

12      MR. TOLLEFSON:  To then state it, and typically

13  you would just market or something like that.  So I

14  appreciate that offer.

15      MR. JORDAN:  I just don't know where you are

16  going.

17      MR. TOLLEFSON:  We will turn it around very fast.

18      MR. JORDAN:  Yeah, I don't know where you're

19  going.  So it's hard for me to say, but I'm not

20  closing the door.  I'm just saying that I don't know

21  what we're talking about.

22      MR. STERN:  Greg, I don't want to speak for Briand

23  and Brian knows this matter than me, but my

24  understanding of the procedure is it is temporarily

1  deemed confidential and only for the attorneys in this
2  case.  And then once we get this worked out --
3      MR. JORDAN:  I am not agreeing to that.
4      MR. STERN:  Greg, it is lifted at that point.  The
5  idea is to give us the opportunity because if let's
6  say in that interim period, until we get back to you,
7  then there is, hey, you are free to use it wherever.
8  And the point is, we're trying to avoid that until we
9  have the opportunity to complete the review.  That's
10 it. It is a temporary blanket confidentiality until we
11 have the opportunity to complete the review.  After
12 that, that's lifted, but for only those items that we
13 agree on.
14     MR. JORDAN:  Okay.  I have already said my piece.
15 Brian, do you want to take the lead or whatever, just
16 identify so I have some context, is again, I have sat
17 here for seven-and-a-half hours and I don't know
18 anything that discloses any business secrets, trade
19 secrets, or anything else.  But maybe there are, and I
20 know -- listen, if I could care less about Dan White,
21 Mike White, George White's lawsuit position, Compass's
22 lawsuit, position, I would, but I am at the limit of
23 my lack of interest, other than to the extent that I
24 don't have documents that I wish I had to vindicate my

1  case.

2      So I'm not here trying to help them or anybody

3  else with another lawsuit.  At the same time, I don't

4  know what you're talking about, but you guys can

5  explain it in general terms because you don't have the

6  transcript, you can't say, well, John said this or

7  that because you don't have the transcript, either. So

8  just send me an email, take your time, craft it up.

9  You know, I'm not running on an expedited basis.

10     I don't imagine you are either.  And even if I

11  did, the court reporter would tell you that I was

12  running on an expedited basis, even though I'm not.

13  So we'll talk about it.  But I don't know what you're

14  talking about, and I don't think you really want to

15  say it on the record, either.

16     MR. TOLLEFSON:  Okay.  But you agree that you will

17  agree to keep the transcript confidential when you

18  receive it until you and I have figured out whether or

19  not it includes Compass's proprietary business

20  information, correct?

21     MR. JORDAN:  No.

22     MR. TOLLEFSON:  Okay.  We don't have an agreement.

23     MR. JORDAN:  I am agreeing -- hold on just a

24  second.  I am agreeing that we're going to talk about

1   it over the next seven days to figure out what the

2   heck you're talking about in general terms so I

3   understand where you're going.  And those emails are

4   confidential, all right, because I don't know what

5   you're talking about, confidential.  So it's hard for

6   me -- I don't want to I don't want to agree to

7   something in a vacuum.

8        MR. TOLLEFSON:  That's fine.  That's fine.  I'll

9   do this rapidly with you because it sounds like you

10  are not agreeing to keep the transfer confidential.

11       MR. JORDAN:  But I am willing to consider it.

12       MR. TOLLEFSON:  Okay.  So we have to figure this

13  out because we may have to file a motion with the

14  Court.  Okay.

15       MR. JORDAN:  I am not closing the door on it.  I

16  am saying explain to me, in general terms, what we are

17  talking about so I can agree or not agree.

18       MR. TOLLEFSON:  (Indiscernible, talk over).

19       MR. JORDAN:  Hold on just a second.

20       MR. TOLLEFSON:  I think that's the cart before the

21  horse because conceptually it sounds like we're on the

22  same page.  The only thing that's unclear.

23       MR. STERN:  (Indiscernible, talk over).

24       MR. TOLLEFSON:  It is fine.  I will make a more

1 | concise, written offer.

2 |     MR. JORDAN:  That will be confidential.  I just

3 | want to represent on the record because you have them

4 | going here.  Those communications, no matter what you

5 | say, will be -- Tom and I will keep those in

6 | confidence.  We won't even share them with David.  So

7 | that we have a fulsome conversation, and it could lead

8 | to, you know, a verbal conversation about it.

9 |     And if I understand where you're going, we can

10 | easily agree between ourselves there is a

11 | confidentiality.  I just don't know, you know, what he

12 | said.  I am thinking of, like, how much he pays in

13 | square foot rent or, you know, what he did to get

14 | these things?

15 |     Those are all matters that are going to come out

16 | anyway.  So I don't know.  I am sure you're a very

17 | persuasive guy, and you may be able to convince me.

18 | So let's just go on that line.  But I don't want to

19 | agree to something that I have to say later, I am

20 | going back on.  That's all.

21 |     MR. TOLLEFSON:  I understand.  I was just trying

22 | to get you to agree to a procedure.  Not agree

23 | (indiscernible).

24 |     MR. JORDAN:  Let's just go through.

1    MR. TOLLEFSON:  I just want to be clear that, you

2    know, this is Compass Marketing's position.

3    MR. JORDAN:  Right, right.

4    MR. TOLLEFSON:  That it may have disclosed it is

5    confidential information today.

6    MR. JORDAN:  And we will talk about it.

7    MR. TOLLEFSON:  Thank you.  Thank you for hearing

8    me out.

9    MR. JORDAN:  You know, what, it is a pleasure

10   meeting you.

11   MR. GARTEN:  Likewise.  It has been a pleasure.

12   MR. JORDAN:  I have never met him before.

13   MR. GARTEN:  And I want to tell you that our

14   mutual friend, Cindy Johnson, said a lot of nice

15   things about you.

16   MR. JORDAN:  I am glad that's on the record.  You

17   guys have any questions for the witness?

18   MR. STERN:  We do not.  On behalf of Compass

19   Marketing, we do not.  Turn it over to Alan in a

20   moment.  We will read and sign the transcript.

21   MR. GARTEN:  Okay.  I have no redirect.  I think

22   we can conclude it for today.

23   MR. JORDAN:  Okay.  Thank you, Mr. White, for

24   coming in today.  I am sure you would have rather done

1   something else, but it was illuminating.

2        MR. WHITE:  Thank you.

3        MR. JORDAN:  I am leaving now.

4        MR. REPORTER:  We are off the record at 5:41 p.m.

5   Central Time.  Good afternoon, everyone.

6                              (WHEREUPON, the deposition

7                               was adjourned at 5:41 p.m.

8                               Central Time.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
 1              CERTIFICATE OF TRANSCRIPTIONIST

 2

 3        I CERTIFY THAT THE DEPOSITION OF FOREGOING

 4   TRANSCRIPT OF SAID DEPOSITION IS A TRUE, CORRECT, AND

 5   COMPLETE TRANSCRIPT OF THE STATEMENT GIVEN AT THE TIME

 6   AND PLACE SPECIFIED.

 7

 8        I FURTHER CERTIFY THAT I AM NOT A RELATIVE OR

 9   EMPLOYEE OR ATTORNEY OR EMPLOYEE OF SUCH ATTORNEY OR

10   COUNSEL, OR FINANCIALLY INTERESTED DIRECTLY OR

11   INDIRECTLY IN THIS ACTION.

12

13                  IN WITNESS WHEREOF, I HAVE SET MY HAND:

14

15

16        _____

17        Audrey Skaja
          Thompson Court Reporters, Inc.

18

19

20

21

22

23

24
```

```
CASE NAME:_____

DEPOSITION OF:_____

DATE TAKEN:_____

TAKEN BEFORE:_____


         THIS IS TO CERTIFY THAT I HAVE READ THE

TRANSCRIPT OF MY DEPOSITION TAKEN IN THE ABOVE-ENTITLED

CAUSE AND THAT THE FOREGOING TRANSCRIPT ACURATELY STATES

THE QUESTIONS ASKED AND THE ANSWERS GIVEN BY ME AS THEY NOW

APPEAR.



               _____



SUBSCRIBED AND SWORN TO

BEFORE ME THIS _____ DAY

OF _____, 2022.



_____
NOTARY PUBLIC
```

CORRECTION PAGE

CASE NAME:_____

DEPOSITION OF:_____

DATE TAKEN:_____

PAGE        LINE        CHANGE
_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

_____      _____
                        _____

DATE: _____

SIGNATURE OF DEPONENT: _____

---

**$**

**$10,000** 129:16
**$12,000** 129:16,17
**$12,500** 168:13,16, 19 170:12
**$180,000** 69:22 70:5 122:18 123:14
**$180K** 75:24
**$2.5** 204:21
**$200,000** 76:14,20
**$200K** 75:23 76:1
**$22,000** 129:18
**$3.5** 204:11
**$32,000** 129:15
**$35** 166:1
**$350** 166:1,2 168:2, 3 175:6,11,19 176:1,5,7,13,15,18, 20 177:6,7,12,24 179:13,14 180:1
**$38** 202:11 203:4,7
**$500** 127:18
**$540,000** 160:24
**$700** 175:10,19 176:7
**$750** 182:20 183:6
**$8,895** 99:2
**$8.07** 202:17

---

**-**

**--I** 33:21

---

**0**

**00309** 8:9
**0359** 132:14
**0400** 145:18 149:21
**05/25/2007** 168:17
**0869** 194:13

---

**1**

**1** 34:11,19 36:3 44:5,6 68:6 113:5 114:5 120:8 148:23 155:3,4 180:1 181:16 187:16,24

**1-1** 36:15
**10** 14:1 21:13,23 22:12,15,19 23:3,17 48:18 84:20 90:10 144:23 145:7 229:8
**10/15/15** 75:23
**100** 129:13 152:18
**100%** 84:18
**103** 12:9
**10:17** 5:13
**11** 38:1 105:23 174:20 188:7
**11-page** 48:7
**11:31** 44:2
**12** 166:13 172:18,24 188:9
**125** 154:6
**12:27** 82:13
**12:51** 182:19
**13** 108:11 165:12 188:12 189:19
**14** 108:14 168:12
**14th** 230:14,17
**15** 65:19 66:14,20, 24 67:4,15,19 105:16 123:16 125:16 128:15 129:2,21 139:21 140:21 151:22 156:16,20 158:17 170:4 171:8 172:8,9 188:17,19,20
**150** 26:1,2 28:9 202:10
**15th** 67:14
**16** 122:2 130:21 188:13,17,18
**16th** 73:16
**17** 182:6 186:24
**17-page** 105:15
**18** 94:11 187:18
**18th** 5:12
**19** 174:20 187:4,8
**1998** 23:24 39:1,10 40:22 41:4,19 42:1 47:23
**1:07** 82:9
**1:11** 167:22

**1:24** 82:18
**1:24:33** 145:18 149:21
**1:30** 82:2
**1:39** 167:15

---

**2**

**2** 48:4,9 50:11 67:20 155:6,17,22 156:6 157:22 166:4 167:15 188:1,4
**2.5** 202:12
**2/26/21** 193:3
**20** 101:21 160:1 186:22 189:2 193:2 196:2 204:2 218:15
**200** 107:24 108:4
**2000** 108:19 114:15
**2001** 25:14,17 26:6 27:20 29:13,21
**2007** 21:13,24 22:23 27:10 29:20,22 56:1,2 85:5 86:12 109:7 110:13 113:6 114:5,17 116:18 119:23 120:8,16 121:21 122:3,23 125:16 126:4 127:16 128:12,15 130:21 135:3,4 136:11 137:9,11,12, 15,17 139:1 140:6, 7,21 145:10,18 149:15,19,21 151:23 156:13,19, 20 158:15 159:18 170:4,8 171:22
**2008** 128:12
**2010** 85:5 86:3,12
**2011** 85:20 86:18
**2012** 39:2,10 40:22 41:4,19 42:1 47:23 105:16 182:19 183:2
**2013** 108:13
**2014** 87:18 108:11
**2015** 61:12,13 65:20 66:14,20,24 67:4, 15,19 71:23 72:1 73:16 76:19 85:20 86:3,18,23 87:15

**134:14 136:18,22 137:3,8
**2016** 74:8 76:1,4 94:10 167:21
**2017** 87:9 166:11,14 167:15
**2018** 39:18 127:11
**2019** 39:17 40:1,6 62:19,23 94:10 178:16,24 179:8,22 180:2,22 181:8,17 212:20,22 215:4,11, 21 216:5,11,15 218:4,5 225:7
**2020** 87:10 172:20 195:19,21 196:2,10, 12,13,16 211:21 216:17 225:9
**2021** 195:17 202:10 216:23 225:6
**2022** 5:12 38:1 230:17
**2026** 212:2
**21** 8:9 189:3 211:3
**22** 145:17 149:15,19
**222** 107:16,24 108:4
**22nd** 149:21
**24** 170:8 182:11,19
**240-298-1956** 20:22
**25** 20:15 183:2
**2:07** 82:9
**2:08** 149:19
**2:10** 117:4
**2:19** 117:5
**2nd** 135:4 172:20 186:22

---

**3**

**3** 48:13 64:24 65:2, 17 67:20 68:6 71:16 137:12 157:16 188:1,6,10 202:19 230:5
**30** 12:5 81:5 235:11
**300** 24:21,22 25:24 26:3 28:6,8 30:12
**307** 175:4
**31** 29:2 167:21 202:9

**3:23** 170:8
**3:35** 172:12

---

**4**

**4** 48:14 73:14 157:21,22 188:3,24 189:5 193:5 194:12, 13
**4-1** 108:24 113:6
**4/1/19** 177:12
**4/1/2007** 109:1
**4/1/2019** 177:22
**4/6/2020** 196:5
**40** 88:12
**401k** 55:7,10 127:18 166:1
**410** 193:3 197:13 198:9
**4839** 146:15
**4:17** 166:14

---

**5**

**5** 50:12 62:23 63:22 98:12 189:2 209:18
**5/2/07** 132:11
**5/25/2007** 169:9
**50** 88:9
**5546** 170:17
**5:41** 241:4,7

---

**6**

**6** 61:23 84:20 137:12,13 138:23 147:4 159:1
**6/13/07** 170:21
**60** 175:1
**600** 28:7
**60564** 146:16 170:18
**612** 107:22 146:17, 18,23
**615** 12:9
**630-305-6787** 170:15
**6th** 195:17 197:22

**7**

**7** 108:23 117:12
162:1 188:6

**7/16/14** 175:5

**7:02** 113:6

**7:38:58** 109:1

**7:43** 183:2

**8**

**8** 121:11,15 162:6,
22 164:9,17

**80** 218:15 219:2

**80-page** 218:24
220:23

**9**

**9** 135:4

**9indiscernible**
224:22

**A**

**A** 29:11 35:9 36:10
44:1 82:15 100:4
117:3 119:8 172:13
229:19 231:5

**a.m.** 5:13 44:3
182:19 183:2

**Aaron** 51:9

**abetted** 189:7,9

**ability** 13:20 35:7
39:15 167:1 233:12

**able** 8:22 23:6 35:17
75:5 109:11 136:4
182:12 239:17

**about** 9:14 12:20,24
13:12 17:2 20:15
21:9 25:17 27:6
28:20,24 31:16
32:17 36:7 38:21
39:17 54:7,8,12
55:24 56:15 57:4,8,
12,13,18,23 60:7
62:23 67:19 78:2,10
81:5,23 82:2,7,9
84:14,15,17,18
85:20,24 86:1,4
91:22 92:7 96:11

100:22 110:5
111:12 114:3,10
116:2,18,23 117:9,
10 120:13 125:12
126:11 130:21
134:19 135:3 138:3
140:15 146:2
152:13 153:5,6,23
154:24 157:7,23
158:7 159:18
164:17,19 169:3
173:20 177:8
181:10 191:19
192:5 196:15 198:3,
8 199:19,20,21,22
200:9,13,14,20,22
201:14,17 206:17
207:12 209:11,14
213:12 215:4,12
219:9,13 221:5
222:2 228:3 231:17
234:20,22 235:21
236:20 237:4,13,14,
24 238:2,5,17 239:8
240:6,15

**above** 38:23 168:2
194:20

**absence** 56:4

**absolutely** 9:11 21:4
27:3 232:7

**absurd** 225:16

**Abuse** 212:3

**accept** 68:7 70:4,22
115:5

**acceptance** 130:16

**access** 40:5 123:2
125:19 210:18
211:1 213:5 214:17
224:4

**accessing** 39:23 63:2
208:20

**according** 53:22
141:7,23 142:17
198:13

**accordingly** 11:1

**account** 122:17,21
123:12 210:18
214:23

**accounts** 73:3,4

**accrued** 128:21

**accurate** 37:21
49:18 131:15 172:1

**acknowledgment**
77:7

**action** 52:17 212:22
213:1,14,18,24
214:2 215:7,13
222:9,14 223:6
224:6,8,11 225:1,4

**actions** 41:1,16 42:1
223:16 227:6

**active** 33:2,3

**ACTP** 146:8

**actual** 60:18 149:5

**actually** 44:20 91:14
151:17 177:17
195:17 196:23
199:5

**Adams** 16:1 17:10,
19,21 18:1,4,20
19:1 43:18 52:5
132:11,17,23
133:20,24 134:4,8,
19 135:3,18 136:23
137:8,9,12,15,17
138:3,24 139:15,16
140:9,20 141:7,16,
23 142:9,17,23
143:15,21 144:11,
13,15,16 165:1,2

**Adams'** 133:22
135:14 136:1,11,15
139:17 140:14
141:12

**add** 152:22 229:13

**added** 43:7,13,15,
16,18 46:1 124:8
161:20 163:10

**addition** 157:14
162:16

**additional** 26:3 28:6
128:21 135:14
164:14

**additionally** 125:6
127:17 129:13
160:21

**address** 42:14
66:10,12,13,15,19,
23 67:3,6 107:12,
14,18,20 109:7
115:15 145:5,6,19,
22 146:20 147:2,10,
14,17 148:1 151:9,
10,12 166:6 170:7,

24 183:15 185:14

**addressed** 64:21
114:17

**adjourned** 241:7

**administrative**
55:14

**administrators**
39:19 62:24 208:16
214:23,24

**admission** 45:5,18,
21

**admit** 53:9

**admitted** 42:15,22
43:8,12 115:14
124:4 133:13
135:13 174:4
184:20,23 214:24

**admittedly** 183:15

**advance** 209:13

**advice** 11:9

**Advil** 97:5

**advise** 53:9 183:5

**advised** 53:4,6

**advisement** 229:9

**affect** 13:23 233:12

**affiliate** 21:22

**affiliates** 21:12
22:15

**affirm** 52:17

**affirmative** 52:23
222:8 223:5 225:1

**AFLPRE** 166:1

**after** 7:19 26:9
27:11 29:13 30:10
40:1 52:10 63:10
86:23 89:5 103:21
107:18 163:15
180:1,22 181:16
189:20 197:22
198:14 199:7
210:18 214:17
215:6,11 232:8
233:1 236:11

**afternoon** 241:5

**afterwards** 127:16

**again** 12:12 16:7
17:15 18:5,11,17
21:20 26:6 38:8
40:23 43:7 45:14,17
52:13 56:13 68:22

69:9 70:20 71:23
77:13,20 83:4 95:15
109:12 112:20
117:12 118:12
119:9 125:11
128:15 133:17
135:2 136:11
137:20 141:15
142:7 143:3,18
147:24 151:12
156:12 158:10
161:11 168:10
176:3,6,12 181:6
183:24 191:8
197:18 198:4,6
201:16 204:5
212:11 214:7
215:16 220:15
221:4,13 225:16
230:10 233:7
236:16

**against** 8:6 13:4
104:22 150:19
215:19 219:11
223:17

**ago** 20:15 31:11,15
32:18 56:18 101:17,
19 123:16 125:16
127:2 128:16 129:2,
21 139:21 140:22
151:23 156:17,20
158:17 170:4 171:8
184:13 186:17
195:14,16,18
197:24 202:5
213:11,24 214:5,8,
16

**agree** 5:5 11:21
12:1,3 70:4 76:12
79:14 110:3 112:10
113:11 116:7
141:12 142:5,22
143:2,8,17,19
151:14,15 157:6
233:3 235:1 236:13
237:16,17 238:6,17
239:10,19,22

**agreeable** 10:3

**agreed** 76:13 117:18
128:13 129:22
131:19

**agreeing** 132:17
143:3 171:18 236:3
237:23,24 238:10

**agreement** 7:23
27:4 39:1 47:3,8
55:15,23 56:1,6,8,
14,16,21,22 57:5
58:3,13 59:23
60:13,17,22 62:4,9,
12,14 68:24 69:3,6
70:18 105:16,17
106:14 127:24
129:2 130:18
131:22,23 132:18
133:11,20 134:18
135:11,16 136:1,22
137:12 140:16,20,
23 145:12 146:12,
14 150:21 152:7,8
155:14,24 156:1
158:9 163:17 164:3,
13 165:9 193:9
233:23 237:22

**agreements** 39:10
40:22 41:4,19,24
44:7,9,13 47:22
59:22 62:9 69:1
93:1 121:3 156:21
158:18 165:8
171:22

**ahead** 38:22 53:14
79:13 88:4 91:5
94:9 108:10 161:8
172:15 182:17
193:21 217:13
231:18

**aided** 189:7,8

**Al** 29:21

**Alan** 6:5 10:8
118:12 152:20
159:14 180:10
187:21 200:12
229:22 240:19

**alcohol** 13:24

**Alisa** 62:6

**all** 5:3 6:7 8:19
10:16 11:16 13:2
17:7 19:4 26:15
29:23 35:20 36:12,
17 42:19 46:17
49:23 52:10 54:21
55:13 62:8,11,16,18
68:2 69:10 75:19
77:14,24 78:7,9,23
79:5 81:19,20 82:8
83:13 87:14 93:10
94:9 95:16 97:9

100:24 104:16
108:17 109:12
112:16 113:6
117:11 118:9,11
119:7,15 120:4
121:10 122:9,14
127:17,20 132:5
135:2,24 136:4,7,
10,11 138:12,16
149:2,12 150:9
151:1 152:14 153:3
155:4 157:7 161:18,
24 163:6 164:18
165:11 166:5,19,24
167:12 169:18
170:9 172:17 173:6
182:3 185:24
186:14 188:6,23
196:7 198:24
199:23 200:6,8,23
207:9 215:23
218:14,17,18
222:13 223:21
224:1,2,21 227:9,24
228:8 230:20
233:14 234:7,22
238:4 239:15,20

**allegation** 192:12

**allegations** 188:7

**alleged** 52:16
221:24

**allegedly** 151:10

**alleging** 141:17

**allow** 34:18 227:10

**allowance** 127:18

**allowed** 28:22,24

**almost** 147:20 199:7
221:17

**along** 8:24 10:15
72:5

**already** 19:24 56:17
76:10 78:18 88:20
98:4 109:5 114:9
116:2 134:22 144:8
151:22 158:16
159:17 161:10
191:24 196:9
197:20 201:15
236:14

**also** 5:24 6:1,2 9:9
23:5 46:23 61:23
84:20 110:8 148:2
151:8 152:2 170:11,

19 211:13 220:10

**altered** 46:1 149:22,
24 150:7

**alternative** 8:21

**always** 24:4 112:7
150:19

**am** 5:21,23 6:20,21
7:5 8:19,20,23 9:3,6
11:3,10 12:17 13:22
14:4 16:8 17:8,13
18:8,10 21:4,5,7,8
22:7,14,17 23:9
27:9 28:15,18,22
29:4,7 31:16,18,19
32:6,11,14 33:10,21
36:8,21 38:12 41:6,
12,22 43:3,12 44:7
46:17,21 47:2,7
48:3,12 50:5,16,21
52:22 53:2,8,13
58:9 62:16 63:18
67:22 68:4 69:5,8
70:11,14,16 74:12,
15 75:4,11 77:9,11,
12,18,24 78:1,5,11
79:21 82:22 84:5,7
87:10,23 94:5 98:10
100:13,15 106:2,16
108:22 111:12
113:8 114:2 118:7,
11 119:4,5 131:9,20
134:19 135:6 136:6,
7 137:5,19 142:12,
14,15 143:3 144:22
148:21 149:20
150:3 152:18,24
153:2 163:18
165:11,16 166:18,
19,23 167:12
169:10 171:14
174:23 175:4 176:1
180:10,11,18
182:14 185:18
187:11,13 191:13
193:1 194:11
195:12,20,24 196:7
197:8,9,17 199:24
200:13 204:23
206:5,20 207:7
209:8,11,12 212:6
215:12 218:9,17,18
219:5,15 221:4,17
222:2,3,16,22
225:15,18 226:14

227:19 228:9
229:20,22 230:2,3,
15 233:6,10 236:3,
22 237:23,24
238:11,15,16
239:12,16,19
240:16,24 241:3

**ambiguous** 39:4

**amend** 37:19 38:3,
10 52:11 53:3,6

**amended** 46:1 49:23
53:12 228:5

**amendment** 50:3

**America** 114:5

**amorphas** 233:4

**amount** 69:22 70:5
160:1 225:22

**amounted** 23:3

**an** 12:23 24:3,5
26:3,17 27:4,23
28:6 29:17 31:8,19
33:2 34:14 35:2
48:7 59:23 60:22
61:2 63:23 66:4,8
69:22 70:5 74:16
77:7 82:3 84:3
98:24 110:9,12,16,
20 113:2 115:5
116:7,15,20 120:1,
20 125:6 131:23
133:24 134:4
144:23 145:2
148:10,11,13 149:3,
5,14 150:18 151:16
152:4 155:14 156:1
161:14 162:10
166:4 167:17
168:24 170:24
171:13 182:1,4,11
185:15,16 192:2,5
202:11 203:4,7,19
210:23 211:11
218:15,24 220:23
223:2 224:7 225:16
230:7,24 234:1,11
237:8,9,12,22

**and** 5:4,8,12,16,19
6:20,24 7:5,20,22
8:9,11,22,23,24 9:1,
19,24 10:7,16,22,23
11:1,2,10 12:9
14:15 15:12,16
16:2,5,22 17:5,10,

19,20,21,24 18:3,
17,20,24 19:1,14,18
22:2,14,15,18,23
24:1,4,19,20,23
25:4,20,21,23 26:1,
2,4,5,6,7,9,18,21,23
27:6,9,10,21,22
28:3,5,7,10,13 29:3,
8,16,19,21 30:11,
13,19 31:9,17,23
33:14 34:14,17,21
35:4,5,18 36:1,18
37:1,3,5,14,16,17,
18,22,23,24 38:10,
12 39:2,4,7,9,10,11,
13,21,22 40:2,3,4,7,
20,21,22 41:2,4,17,
18,19,24 42:1,2,12,
14,16 43:5,6,7,18,
19 44:6,9,13,19
45:1,13 46:23
47:15,21,22,23
48:11,13,15,18,23
49:2,18,22 50:1,10,
11,12,13,18 51:2,
14,15,21 52:1,4,16,
19,24 53:16,17,24
54:2,4,13,15 55:10,
13,17,22 57:5 58:4,
21 60:5,8,21,23
61:8,24 62:3,4,6,8,
19,24 63:1,8,10,24
64:1,7,15,19 65:9,
16,17,20,23 66:1,4,
7,8,17,22 67:2,7,11
69:2,3,15,21 70:9
71:6 73:10,18 74:7
77:6,12,23 78:1,5,
22,23 83:14 84:7,
11,18,19,21 85:11,
17,20 86:3,11,18,
22,23 87:8,12
89:19,21,24 91:6,21
92:5,15,21,24 93:7,
22 94:9,10 95:20
96:14 97:3,9,19
98:3,4,7,13,14,15,
16,21,23 99:1,3,14,
15 100:7,18 101:1,
2,8,10,11 102:13,16
103:8 105:16,17,24
106:8 107:17,23
108:3 109:3,5,10,
11,13 110:2,8
111:16 112:4,12,14,

15,17,18,23 113:1,
9,10,12,13,16,17,
21,24 114:2,3,8,10
115:4,8,14,20
116:5,10,12,14,15
117:9,10,12,13,17,
18,24 118:10,14,23
120:19 121:2,19,20
122:2,11,14 124:8,
20 125:6,7,13,20
126:2,12,16,18
127:16,17,19 128:1,
5,6,7,11,12,18,20
129:5,6,10,12,16,18
130:19 131:2,14,18,
22,23,24 132:8,11,
13,17,20 133:18
135:8,9,15,21 136:4
137:20 138:1,14,15,
19 139:7,12 140:18
141:9,10,14 142:1,
2,9,14,19,20 143:6,
7,15,23 144:8,23
145:9,13,17,18,19,
21,22 146:10,11,13,
16 147:3,4,13,19,22
148:2,10,12,17
149:1,4,5,11,18
150:4,9,17,19,22,24
151:6,15,16 152:5,
6,22 153:21,22
154:22,23 155:3,5,
7,12,17,18 157:23
158:2,13,21,22
159:1,4,5,19
160:10,20 161:6,7,
13,16,17,23,24
162:1,8 163:3,24
164:11 165:15,24
166:1,4,9,13,20
167:1,6,14,20,21
168:2,3,6,9,13,14,
16,17 170:5,8,17,
20,24 171:5,9,10,
12,17 172:20 173:2,
12,13 174:1 175:1,6
176:19 177:15,24
178:21 179:6,12
180:4,5,24 181:5,
10,11,23 182:11,21,
22 183:1,12,15,16
184:5,11,16,18,21,
22 185:1,11,14
186:4,5 187:4
188:1,12 189:2,3,7,

8,10,16 190:17
191:21 192:1,18,20
193:4,5,12,20
194:11,12,13,20,21,
22 195:6,7,8 196:2
197:15 198:13,18
199:14,16 200:14,
17 201:1 204:23
205:2,11,18 206:8,
11 208:9,19,24
209:4,9,12,20,23
210:4,12,14,15,16,
17,24 211:4,6,13,
14,17 212:1,2,4,18
213:1,5,8,17,19
214:10,14,16,22,23
215:1,2,6,9,20
216:2,13,19,23
217:1,7,9,11,13,17,
24 218:6,7 219:14,
15 220:2,3,5,16
221:22 222:4,17,18,
20 223:4,6,13
224:5,17,19 225:4,
20 226:11 227:1,2,
9,11,13 228:1,16,24
229:1,2,6,7,10
230:23 231:23
232:1,4,8,16,18
233:2,16,21 234:2,
4,6,7,12,13,19,21,
22 235:2,3,8,12,23
236:1,2,8,17,19
237:10,14,18 238:3
239:5,7,9,17 240:6,
13,20

**and/or** 207:11
227:17

**Anheuser-busch**
89:3,4

**Annapolis** 83:6,12,
13 108:1,4 146:18,
19 189:23 190:5
206:13,18 207:15

**anniversary** 202:14

**annual** 69:22 70:5

**annum** 202:13

**anonymous** 192:22

**anonymously**
189:21 190:4 191:7
192:6

**another** 42:14 80:20
103:2 133:15

148:12,15 166:15
182:21 221:20
237:3

**answer** 10:2,12,16
11:7,11 12:2,19
13:20 19:6 21:5,17
22:5,18 23:4,22
24:15 27:18 38:17
41:7,11,14 45:10,
14,17 46:24 47:1
58:9,10 62:17 71:7
77:12 79:7,19 80:18
88:13 90:7,14 92:24
100:15 101:19
111:8 127:13 138:6
140:17,18 141:22
143:22,24 152:23
158:5 161:10
180:14,19 184:5
185:10 208:22
213:21 215:16
217:13,14 218:12
226:11 228:21,22

**answered** 45:13,17
56:17 76:10 88:20
116:17 126:1
127:23 128:24
144:18 151:22
158:16 161:7,10
208:24 210:4 212:4
213:19 215:9,15
216:2,13,19 217:1
220:2,6 222:20
226:17,21 227:9

**answering** 35:24
78:16 226:12

**answers** 19:8 28:23
34:16 37:16,17,19,
23 38:2,3,4,10 48:5
49:17,23 52:24
78:15 138:2,15

**anticipate** 73:17
106:23

**any** 7:5,8 10:10,15
12:11 13:3,18,19,24
14:4,10,17 15:2,8,9
19:7,15 21:11,21
22:20 23:3,18 27:16
28:23 30:21 31:12,
13 32:1,24 37:20
38:2,9 39:9 40:21
41:3,18,23 43:21
45:2,3,11,24 47:8,
21,23 50:3 52:11

53:10 56:2,15,18,19
57:1,6,17 58:2 68:2,
12,24 69:1,6 72:7
74:10 75:2,17 76:5
81:11 88:22 91:14,
15,20 92:5 93:1
104:19,24 105:5
107:6 110:14,19
111:3,17,21 114:21
115:1 116:2,17
118:15 119:22
120:1 121:8 123:10
124:21 125:20
126:19 129:1,11
130:18 144:14
148:20 153:7
154:10,12,17,24
155:2,8,11,12
156:19 158:7,12,13,
17 159:7 160:1
163:16 165:7 170:1
171:1,7,12,16,17,
18,21 173:9,13,16
174:8 175:22,23
176:4 178:3,5
179:1,4 181:2
185:23 190:3,17
191:4,9,20,23
192:11,12 194:22
199:1,2 200:16
201:14,17 203:2,5,
10,24 204:1 205:21
207:24 209:14
215:7,13,19,21
227:19 228:4
233:13,20 235:6
236:18 240:17

**anybody** 40:16
47:20 61:8 80:12
86:8 114:10 122:5
126:10 128:2
190:23 206:17
207:3,7 208:11
212:9,12 237:2

**anybody's** 45:3

**anymore** 200:24

**anyone** 38:6 53:19,
20 55:20 56:15
71:22 72:1 91:16
111:10,16 116:8
128:8 164:20 165:5
190:18 205:7,12
206:15,22 207:9
208:2,7 212:2

**anyone's** 181:12

**anything** 6:20 9:13
36:23 57:3,11,22
58:18 60:10 61:5,
13,15 67:17 69:16
71:8,9,19,20 72:10
73:1 74:1 75:17
76:23 77:10 79:22
89:9,11 96:11,21
97:20 98:5 104:20,
22 105:8,11 106:23
112:15 116:19,21
119:13 122:24
123:4,17 125:17
129:9 130:2 136:5
146:2,7 147:15,18,
22 148:13 153:20,
23 155:12,22 156:6,
22 157:17 158:5
161:15 162:2,4,22
163:21,23 164:1,8,
11 168:23 171:18
173:18,20,21 174:5,
9 178:17 181:10
191:2 192:5 207:22
208:7 230:23
234:23 236:18,19

**anyway** 14:20 46:17
106:11 108:17
138:13 196:16
197:2 239:16

**AOL** 145:10

**apologize** 23:10
92:10 103:4 128:24
167:6 177:3

**apparent** 168:24

**apparently** 9:7
73:15 146:11 147:3
149:10

**appear** 74:8 77:5
116:10 148:10
162:17,19

**appeared** 15:22
164:24

**appears** 37:7,12,20
49:1,4,6,9 66:3 76:1
77:7 107:5,12
115:11 121:19
122:12 156:13
162:10 165:18
166:8 167:24 171:4,
24 172:22 178:19
179:14 183:14

184:21 194:9
**applicable** 59:2,7
**applied** 26:8
**applies** 81:5
**appointed** 31:2
**appointment** 6:23
170:21
**appreciate** 28:20
80:21 101:7 153:19
235:14
**approve** 165:9
**approximately**
25:11 26:5,6 29:19
85:5 94:1 108:7
177:12
**April** 113:5 114:5
120:8 178:16,24
179:7,22 180:1
181:8,16 195:17
196:2 197:22
212:17,19,20 215:4,
11,21 218:5
**architect** 198:18,21
199:1 201:4,11,18
203:20 207:11
208:4
**architectural**
206:23
**architecture** 192:2,
5,13,20 198:22
199:1 201:18 205:6,
7,10,12,23 206:16
208:4
**are** 5:3 10:5,20,22
11:13 12:17 13:18
15:13 16:21 17:1,18
18:16 19:7,15,16,17
26:22 27:6 28:24
29:4 32:6,9,12
33:13 36:1 37:3,17,
23 41:21 42:7,17,
18,19 43:10,20
44:2,5,8,12 47:2,19,
20,21 48:11 50:18
53:10,15 56:6 60:21
61:22 64:21 65:18
73:8,14,24 74:14,23
77:24 78:3,7,8,12,
13,15,16 79:10,12,
19 81:5,9 82:13,18
83:13,24 84:8 91:22
92:7,16 93:1,2,15
95:14 97:9 98:8

99:17 110:4,6 112:4
117:4,5,21 118:5,21
124:17 131:11
133:10 134:20
135:10,11,13 136:5
138:23 141:15
142:4,8 151:6,7,14
152:6 153:23 154:1,
4,15 157:18 158:3
160:4,20 162:15,16
163:4,6,22 167:1,18
168:11 172:6,11,14
175:9 176:24
177:15 178:12
181:1 182:12,13
183:18 185:8 186:8
187:16 189:12,14,
16,18 191:24
196:20 197:7,12
198:8,13 201:3,12
202:21 203:1,9
204:14 206:12
209:2,3 210:7 214:8
215:1 218:7 219:3,
8,11,13 222:16
223:3,4,13,22
224:20 226:5,11,15
227:6,10 228:1,17,
20 229:14,20,24
230:7 231:2,6,7,11,
14 233:5 234:12
235:15 236:7,19
237:10 238:3,10,16
239:15 241:4
**area** 207:15
**areas** 234:12
**argue** 195:24 226:2
**Arnie** 110:5,6
113:12
**Arnie's** 145:19
**around** 27:20 67:14
73:18 108:21 122:5,
8 212:17 229:21
235:17
**arrow** 75:24 162:10
164:10
**article** 137:13
138:23 147:4 155:3,
6,17,22 156:6
157:16,21,22 158:8
159:1 162:1,6,22
164:8,17
**articulated** 222:14,

18 224:1,2
**as** 6:7 7:19,20 8:24
9:10 11:9 12:7,9
15:16 18:12,20
19:13,22 20:2 37:4
39:14,19 44:23
45:11,24 48:4 52:20
54:24 55:12,16
58:2,12 61:23
62:19,24 63:21
69:19 71:15,16
73:13 74:16,17 80:5
82:22 100:6,19
103:9 105:4 108:23
119:1 120:1 131:15
140:10 144:10,22
145:5,19,20 147:16
152:9 153:16,23
158:12 162:23
167:16,17 168:1
169:13 170:6 172:2
184:3 185:12,23
186:4,19 189:15
192:2 193:7 194:18
199:16 200:10
201:11 203:12
204:12 205:22
207:14 208:16
217:5,17 218:3,22
222:1 223:5,9,14
227:11,15 233:24
**aside** 45:21
**ask** 5:3 7:2 9:1 10:9
13:10,14 17:2,15
21:4 26:20 38:8
39:13 40:23 42:8
44:12 58:11 68:22
69:9 70:20 77:18
79:7 80:20,24 93:6
99:6 106:8,22 111:6
125:11 137:20
138:1,19 140:17
141:20 158:10
168:8 176:12 191:8,
16 197:17 198:1,3
200:5 201:16 207:8
209:11 214:7
215:24 221:9
224:16 226:24
232:2,18 233:23
**asked** 10:20 45:13
58:10 61:1 76:18
79:14 96:14 100:13
106:7 134:22 138:2

140:15 159:14
161:7 172:2 196:20
198:1,5 208:24
209:24 210:4,14
212:4 213:19 215:9
216:1,2,13,19 217:1
220:2,4,5 222:20
227:24
**asking** 11:14 12:17
17:8 27:7 38:12
46:21 47:7 53:2,8
68:1,7 69:5 70:4,16,
21 77:10,11,24 78:6
84:21 91:22 92:7
94:5 100:15 101:6
117:8 171:2 180:7,
11,12,13,18 187:13
191:18 195:12
200:13,17 209:14
210:7 215:12 217:4
218:3,17,18 222:2
224:17 228:8 230:4,
6,7
**assertion** 225:17
**assist** 58:18 72:10
73:2 93:12,19 95:8
96:16 122:24
123:17 130:2
173:21
**assistance** 104:24
**assisted** 96:9
**assisting** 189:24
**assume** 53:3 54:6
60:1 91:15 109:4
122:16
**assumed** 116:14
**assuming** 147:14
**assumption** 97:15
**asterisk** 75:23,24
76:2
**at** 5:4 9:6,12 10:24
11:4,7 12:7 15:2,5,9
17:12 18:9,19 24:4,
7,10 26:15 27:2,14
28:1,5 29:16,23
30:8 31:5,12 33:16,
20 34:5,21 35:2
37:20 42:23 44:2
45:20,23 46:7 49:23
50:11 53:4 57:19
58:22 59:12,15
60:2,8,12 65:7,11
69:3,10 70:10,14,18

71:3,4,9,24 72:8,18,
19,22 73:1,3,18
74:24 75:6 76:21
77:6 79:14 82:8,13,
18 83:2 84:23 87:2
90:23 93:10 95:7,
11,16,20 96:23
98:16 100:21 102:3,
4,9,20 103:5,11
104:7,10,11 105:12,
23 106:8 107:14,24
108:4 117:4,5,10
120:7 121:1 122:16
123:1,5,7 126:3,8
127:2,7 128:3
129:5,14,23 138:18
139:16,22 140:9,14
141:8 142:12,18
143:5,16,20 144:9,
10 145:18 146:15,
17 147:23 149:8
151:7,20 152:14
153:8 154:6 156:8,
12,23 158:11 159:5
163:18,21,22 166:6,
11,14 167:3,15,22
169:18 170:15,21
171:14 172:12,17
179:17 182:19
183:2 188:18
190:11,18 194:5,24
195:23 196:3,10
197:21 198:13
199:1 201:5 202:12
203:24 205:6,7,12,
13 206:23 207:3,5,9
208:8,11 212:3
218:5 221:15
226:23 230:11
236:4,22 237:3
241:4,7
**attached** 67:8
135:17 145:13
150:20
**attaching** 147:6
**attachment** 172:20
**attempted** 63:15
**attention** 170:15
181:12
**attorney** 120:20
233:11
**attorney/client** 11:6
**attorneys** 12:10
232:3 233:24 236:1

**audio** 118:15

**authentic** 42:18
77:5 107:10,11,17
110:17,20 111:1,4,
20 114:23 115:24
116:10 124:13,17
131:1,10,12 133:1,
4,24 135:5,7,9,22
139:8 183:11 184:5,
7,9,11,16,19
185:10,16,19 186:1

**authenticity** 114:12
116:6 131:6 164:19

**author** 67:9

**authorities** 217:6

**authorized** 178:21

**available** 37:18,22

**Avenue** 107:16,24
108:4

**avoid** 166:20
226:12,14 234:6
236:8

**aware** 11:10 47:19,
21 148:20 175:9
197:7,12 198:8,13,
16 206:24

**away** 30:13,18 46:15
146:5

**ay** 68:5 76:3

———————

**B**

**back** 13:15 18:12
27:12 30:11 44:2,5
57:15 58:1,7 59:16
63:15,22 67:24
72:11 75:24 76:1,2,
14,20 82:8,16 84:19
94:20 113:11 114:7,
14 119:9 120:9
121:21 145:23
148:23 177:7
183:22 184:1
188:16,20 208:14
209:3,23 211:9
213:9,15,21 215:7,
20 218:4 225:24
226:19,22,24 229:2,
8,20,24 230:2 231:7
236:6 239:20

**Baden** 6:3

**bank** 73:3,4 131:21

169:4,8

**banker** 98:24

**bar** 9:4

**Barsky** 50:10

**base** 68:7 69:21
70:5,17,22 71:24
202:12 207:18

**based** 11:5 37:17
125:7,12 215:8
218:3

**bases** 26:19

**basically** 55:8

**basis** 124:20,21,24
149:19 191:10
194:22 202:12
203:4,7 206:8 222:1
237:9,12

**Bates** 165:18,21
166:16,21 175:3

**batteries** 36:8 97:4

**be** 5:5 6:4,16,23
8:10,18,22 10:7,11,
17 11:9 12:18 13:3
15:22 16:15 17:7
21:4,7 25:24 27:16
28:15 30:24 36:17
37:7,12 49:1,4,23
50:22 53:12 55:4
56:21,22 60:18 66:3
69:2 70:10 71:3
73:5 74:8 77:5,7,23
79:1,16 81:6 82:3,8
84:5 86:12 87:9,18
94:7 103:18 106:5
108:11 109:3,11
110:3,4 111:20
112:10,13,17
113:17 115:11
116:10 117:14
118:14 119:11
121:19 122:12
124:5,10 125:8
126:14 128:5,11,20
129:15 133:1,9
141:2 145:15 146:6
148:10 149:13
156:1 159:8 162:10,
17,19 165:15 166:8
168:8 169:7 171:2,
4,24 172:22 173:5
177:14 178:19
180:11,12 184:21
185:14 186:24

187:14,17 194:9
195:1 200:11,16
202:15,17 208:9
210:7 213:16 217:3
223:19 228:14
229:3 230:16
231:15 232:3
233:19 234:6 235:9
239:2,5,17 240:1

**beam** 137:11

**bear** 29:9 132:20,23

**bearing** 223:24

**bears** 66:1

**became** 29:17
103:24 105:3

**because** 8:21 9:15
10:12 11:13 19:18
22:10,11 23:13 35:1
36:7 40:16,19 41:1
42:1 44:17 53:9
64:13 97:10 101:2
107:10 116:5,7
118:3 126:9 131:1
132:14 133:6,15
135:10,15 136:1
138:9 139:7 149:8
150:17 151:3,13,16
152:9,11 159:3,14,
24 160:10,16,17
161:13,16,17
163:16 165:15
169:22 175:2 181:1,
15 184:20,24
190:19 191:6,10
192:13 199:4,9
200:10,12 207:8
209:11 211:10
213:22 216:7 217:3
221:16 223:3,8
224:5,6,16 230:22
232:13 234:23
236:5 237:5,7
238:4,9,13,21 239:3

**become** 37:22

**been** 7:19 14:5,7
16:24 19:11 20:3,4
24:5 30:9 31:14
32:2,3 37:21 39:17
42:13,15 44:17,18,
19,22 45:12 46:1
55:12 58:24 65:8
72:16 73:13 80:8
87:12 97:17 103:13
106:4 108:22

109:11 114:1
119:17 124:1 126:3,
19,23 140:9 147:11
152:3 156:7,13
159:4 160:16 163:7
165:14 174:2 178:8,
9 180:3,5,21,23
181:19 183:14
191:24 208:12
212:15 213:10
220:4,5 221:11
222:19 227:4
240:11

**before** 6:7,9 8:19
12:3 20:7 28:12
30:1,9 57:9,13
67:14 70:6 83:21
98:2 101:22,24
102:2,4 103:21
104:2,3,23 112:6
117:9 136:18
144:13,16 165:7
177:8,10 180:22
185:15 187:6 204:4,
7 207:19 210:1
218:22 220:10
238:20 240:12

**beginning** 5:14
42:13 79:15 107:13,
15 204:3

**begins** 5:10

**behalf** 94:13,16
95:1,7,21 97:12
187:11,13 231:20
233:14 240:18

**behind** 223:13,14
224:12

**being** 8:4 32:15,19
45:3 46:10 77:24
157:14 179:14
184:11 185:8
196:20 202:14,15

**belief** 37:24 77:10
78:11 189:7

**believe** 15:12 16:2
18:23,24 20:20
23:24 24:6,22 25:14
28:2 29:20 30:4
31:9 37:13 38:11
43:14 49:17,21 53:6
55:21 62:2,5 66:16,
21 78:5 81:4 85:24
93:21 104:4 106:22
107:6,18,22 108:19

109:9 110:14 111:4,
18,20,22 114:21
115:1,19 116:3
120:17,18 123:9,11
125:4 127:11 136:2
139:5 145:1,11
155:13,23,24 156:7
157:17,19 158:22,
24 160:14 161:2,3
162:2,4 164:22,24
166:12 182:9 183:7
190:9 191:5,23
194:3 195:19,21
197:8,14,19 201:21
203:2,5,6,10 204:9
206:2,6 211:12,21
212:17,24 218:15
231:21 234:12

**believes** 52:15,19

**belongs** 231:17

**below** 52:21 65:23
194:14

**benefit** 88:21,23
96:2 97:9,13,16

**benefits** 173:15

**beside** 109:12

**best** 9:5 19:10 37:24
108:16 114:3
130:19 138:16
234:15

**better** 14:23 138:5
154:3

**between** 12:18
15:22 16:22 17:9,
20,24 18:3,19,23
25:24 28:4 29:21
31:16 39:10 40:22
41:4,19 42:1 47:22,
23 57:5 58:4 60:20,
22 94:10 105:16
131:23 146:14
165:21 171:4
184:10 234:21
239:10

**big** 73:5,9 109:13
167:19 230:12

**billion** 220:22
228:18

**binding** 195:1

**Bing** 100:6

**bit** 6:23 14:20 23:10
27:1 50:15 154:4

174:20

**biweekly** 176:1,5

**blanket** 236:10

**blind** 149:11,15

**block** 167:21 194:14

**blocking** 159:5
166:20 177:15

**blocks** 153:15

**blow** 154:2

**blue** 98:21

**board** 25:20 28:3
31:2,23 32:10
33:11,12,14 34:8
110:4

**boat** 87:17,20 88:3,
7,11 89:5

**bold** 113:13 194:21

**bonus** 76:2,21
125:7,12

**books** 42:12 43:6

**Boshea** 5:11,19
6:22,24 14:16 15:16
16:1,22 17:10,19,
20,21 18:3,20 19:1
26:18 27:4 28:12
29:14,16,22 30:9
33:17,23 34:9 43:17
47:20 56:8,16,20
57:5,8,13,18 58:4,
13 59:12,18,20,24
60:23 61:2 62:10,
13,18 65:20 66:17,
21 67:19 68:7 70:21
71:14 72:16 73:22
75:6 76:19 80:15
82:24 83:5,9 84:23
85:21 93:11,19
95:6,20 96:5,7
101:15,16,23 102:4,
9,20 105:8 106:19
109:4 115:12,15
116:16,20 118:4,7,
11,13,19 119:4,19
122:18 126:6,7,12
128:6,8 129:2,7,17,
24 130:10,21
136:17,24 140:10
141:7,10,23 142:2,
17,20 143:4,7,17,19
144:9 146:14 147:5,
20 149:15 150:23
151:21 152:6

155:24 157:1
159:18 160:6,9
161:1 166:5 167:22
168:16 169:5,9
170:7 171:2,5 172:2
173:3,12,18,22
175:19 176:6,14
178:1 179:2,6,15
180:1,6 182:10,18
183:5 186:22 189:8
190:4 196:11
201:24 205:9,14
207:12,21 208:1,2
212:18 219:9

**Boshea's** 34:16
43:21 47:5,8,9,16
48:6 55:13,17 58:23
59:4 60:5,7,11,17
61:3 69:11 70:17
71:24 72:5 73:15
74:10,14,17,23
76:13 78:3,4 87:15,
24 102:16 124:24
125:14 126:11,17
127:21 128:13,22
145:10 166:6 168:7
170:2 171:19,21
173:10,14 174:6
175:11 205:23
219:14,17

**both** 15:15 45:1
52:18 98:22 109:13
112:9,18 140:12
192:20 195:1
211:14 214:24
234:19

**bottom** 36:2,14 37:3
50:21 74:7 111:10
114:4 122:13 132:9,
12,14 133:16
135:15 157:22
163:3 164:10
165:19 167:3,7
170:24 182:3 194:5
195:23

**Boucher's** 125:9
127:24

**Boulevard** 193:4
197:13 198:9

**Bowl** 87:17 88:2

**box** 176:24

**brain** 78:24

**brand** 206:14

**breached** 42:15,23
44:18 115:8 183:16
184:24

**breaching** 184:21,
23

**break** 11:24 12:1,3,
11 29:11 35:9 36:10
44:1 81:9,22 82:4,6,
15 100:4 116:24
117:3 118:21 119:8
172:6,9,13 186:3
221:15,18 228:24
229:10,19 231:2,5

**breaks** 12:19 13:3,8

**Brian** 6:1 227:2,23
231:19 235:23
236:15

**Briand** 235:22

**bring** 14:10,12
27:12 34:11 75:24
76:12,13,20 113:18
120:9 154:9 158:2
166:23 174:23
224:15 226:18,22,
24

**Bro** 182:19

**broader** 102:7

**broker** 105:16
189:23 190:5,8,14
193:7,12,17 194:2
205:22 206:11
207:11 208:4

**brokerage** 193:5,6,
17 206:16,22 208:5

**brokers** 206:12

**brother** 20:12 31:10
119:15 151:11

**brothers** 145:1

**brought** 14:13,16
117:12 136:18

**BU** 145:13 148:2

**Buddy** 167:12,14,
16,20,23

**bunch** 166:19,24

**burdensome** 39:5

**business** 90:24 91:1
92:5 93:13 105:1,6
108:18 118:8,10,19,
20,23 127:20
129:13 146:17
189:22 190:20

206:12 231:23
233:16 236:18
237:19

**but** 9:5,13 10:20
11:3,21 12:15,20,24
13:3,22 17:4 18:7,
12 19:11 21:5 22:18
25:14,16 27:1,14
30:8 31:10 32:4,17
40:8 41:8 42:6
43:16 49:9 54:8
57:15 59:13 61:19
63:7,15 64:9 71:5
72:18,24 73:8,12,22
75:7,19 77:5,13,17,
24 81:11 83:12,13
84:5 85:15 86:14
87:2,19 88:4 92:10
94:5 96:20 99:17
101:5,12 102:19
103:1,12,13 104:18
105:2 110:3,5
111:10,19 112:6,9
113:22 114:18,23
120:17,18,21
122:12 123:23
125:23 132:9
135:20 136:6 139:6
140:1,13 142:9
143:12,22 144:2
145:14 146:9
147:23 148:20
149:24 150:6
151:12 153:19
156:13 157:4 159:8,
22 161:23 163:9,14
167:6 168:8,18
170:20 171:24
172:7 173:19 174:5
175:3 176:17 178:8
179:24 182:1
185:19 186:4
187:12,14 190:15
191:14 192:8
196:13,18 198:12
201:2,7,10 203:17
204:9 206:6,20
207:6,16,21 208:12
209:13 211:12,22
215:19 218:11
220:5,16 221:7,10
222:23 226:17
232:9 233:3,18
234:4 235:1,19,23
236:12,19,22 237:4,

13,16 238:11
239:18 241:1

**button** 81:2

**by** 5:24 7:5 8:2,9
9:21 10:5 13:1 15:1
17:17 18:14 20:3,6
21:7,18 22:6,22
23:16,21 24:17
25:2,6,9,13,19
26:10 27:19,24
29:12 30:3,7,17,19
31:2,9 34:1,13,20
35:10,19 36:11
37:4,17,19 38:18,20
40:14,20 41:13
42:11,15 43:8 44:4
45:16 46:4,7,10
47:12 50:8 51:5
53:1 54:11 55:15
56:11,24 61:11
68:10,20 69:3,13
70:1 71:2 74:4,21
75:6,16 82:21 83:1
88:1,5 89:7 90:8,12,
21 91:4,13 92:1,12
93:9,17 94:24 96:19
97:1 99:2,9 100:5,
12 101:14 106:10,
20 107:3 110:22
111:7 112:3 115:8
117:7 119:10
120:11 121:16
122:10 124:3,8
125:5 132:7 134:11
135:1 136:14
138:22 139:4 140:8
145:8,13,14 146:19
149:9,11 150:15
151:17 153:4,11
154:8 155:10 156:4,
11,23 159:16 161:9
165:22 167:10
172:16 173:1,23
174:22 175:1,14
176:11 177:5,21
180:5,20 182:8
183:4 184:2,4,22
185:6,22 186:7
187:2,23 188:22
193:22 194:7,24
197:6,11 199:12,24
200:7,18 204:20
209:1,17 210:6
212:5 213:17,20
215:10,17 216:4,10,

14,20 217:2,15
218:13,23 219:23
220:7,12,20 221:6
231:23

---

**C**

**C.C.** 168:17
**calculate** 204:24
**calculated** 205:1
**call** 55:8 130:18
177:15 181:12
191:3 212:9 230:21
**called** 7:19 64:1
210:13 212:14
215:18,22,24
216:16,21,22 217:6
233:17
**calls** 21:15 22:1
180:16
**came** 98:14 100:1
140:15 144:16
161:22 182:9
**camera** 46:15
118:10,24
**cameras** 233:8
**can** 6:23 7:12 8:11
9:2,3 11:11 12:1
13:6 14:20 15:8
16:11,23 17:2,8
18:9,17 19:9,10
20:21 21:17,19
22:18 24:15 26:7,12
27:11 29:8 34:11,
21,23 35:4,11,14,
15,18,22 36:4,5
37:11 38:8 40:11,
15,23 41:9,15 43:3,
23 45:14 48:1,17
50:6,12 51:12,16
52:8 53:19 58:7
63:18 68:21 69:8,9
70:15,20 72:10
73:18,21 76:8 78:4
80:24 81:10,21,24
82:1,23 84:3 89:14
90:6 91:5 94:1,20
95:13 99:6,24
100:15 102:6 111:8
112:10,15,16
117:10 121:18
122:24 126:13
128:8 130:2 131:15

137:22 138:4,19
141:16 145:16,23
148:18 152:9,11,22
155:7 156:5 157:24
158:10,22 159:2,10,
11,14 161:10 162:7
166:16 168:18
170:14,16 176:12,
21,23 177:6,17,18
183:22 186:3,5,19
188:16 191:8,16,23
194:5 196:3 197:17
201:16 209:2 211:4,
24 217:14 218:12
219:17 220:13
222:7 223:5,18
224:15 225:4
226:24 227:1,18
228:10,22 229:21
230:21 232:9
233:11 234:4,12
235:3 237:4 238:17
239:9 240:22

**can't** 33:1 40:21
42:19 53:20 57:6
71:20 75:19 89:11
97:7 110:1 111:10
112:22 116:21
118:2 128:10 129:9
135:20 139:20
141:14,15,18
144:21 153:18
162:14 163:4 165:6,
17 173:19 177:16
180:15 182:16
183:16 184:12
185:20 191:1,16
200:12,15,16
206:20 207:5
208:11,12 218:8
219:14 223:3
226:10 228:16
237:6
**cannot** 12:9 41:2
43:24 44:10,14
47:23 69:2 74:13
75:7 136:12 208:9
223:11,19 232:10
**capable** 70:14
**capacity** 120:2
189:15
**Capital** 100:8,9,15,
16,21 101:4

**car** 127:18
**card** 64:17
**care** 27:11 228:3,6,7
236:20
**careful** 112:18
**cart** 238:20
**case** 5:24 6:2,8 8:8
11:7 15:13 26:22
27:6,8 43:20 47:15
84:12 91:21 92:7
93:2 117:19 124:2,
17 174:2 190:5
219:10 221:22
222:1 227:3,4 236:2
237:1
**categories** 70:6
**Catholic** 70:15
**caucus** 229:18
**caught** 113:8
**cause** 129:12
**caused** 40:20
**causes** 153:6
**ceased** 32:19
**Cellphone** 170:18
**Central** 5:13 44:3
82:14,19 117:6
172:12 241:5,8
**Centrum** 97:6
**CEO** 112:24 145:20
181:15
**certain** 21:5 22:12,
17 110:4 112:11
131:9,11 150:3,4,8
152:18 157:14
160:2,10 185:18,19
186:1 211:22
**certainly** 36:22
49:14 144:7 162:9
**certainty** 173:20
**certificates** 26:1
28:9
**certification** 37:5,15
48:19,23,24
**certify** 37:15
**cetera** 160:20
**chain** 98:22 111:14,
17
**Chairman** 31:23
32:9 33:10,11 34:8
112:24 145:20

**challenge** 5:6
**challenging** 5:3
**chances** 112:8
**change** 24:24 25:4,
11,17 29:23 30:5
38:3,10 52:11 70:17
**changed** 25:7 27:21
33:6,9 53:12 137:16
155:13,23 156:7
**Chapstick** 97:5
**Character** 220:11
**characterization**
45:23 74:13 104:20
196:18,23 197:1
**characterizations**
225:19
**characterizing**
104:22
**chart** 140:3,11
**chase** 21:3 232:22
**check** 26:7 167:16,
17,19,23 168:1,14
169:8,10,18,19,20,
21 170:11,14,16
171:2,24
**checker** 114:15
**checking** 28:18
169:4
**checks** 167:24
**Chicago** 80:11
113:9
**chicken** 161:17
162:7 163:2,9
164:9,11
**Chief** 31:24 32:12,
15,19,23 33:22 34:5
65:24 178:12
189:15 205:3
**chip** 61:23 98:22
**chopped** 165:14
**chose** 86:7
**Cindy** 240:14
**circle** 136:10
**circling** 163:24
164:10
**circulate** 9:9
**circulated** 189:21
**circulating** 190:4
**circumstances**

52:16
**cite** 222:8
**civil** 12:5 216:1,5,11
**claim** 218:15 219:14
**claiming** 213:24
223:3
**claims** 39:6 136:24
195:7
**clarify** 7:7 50:6
112:17
**classify** 153:16
**clauses** 153:22
**clear** 50:14,22 79:1
96:20 131:15 172:6
177:14 187:17
210:7 217:3 240:1
**clearly** 5:4 195:18
223:2 232:14
**Clearwater** 146:15
170:17
**clever** 84:5 200:1
**clicked** 150:16
**client** 46:10 81:7
89:2 105:3 151:17
221:23 223:13
224:10 226:11,12
**client's** 223:19
**clients** 89:1
**close** 166:19
**closed** 186:21
**closer** 14:21 42:9
**closes** 186:15
**closing** 235:20
238:15
**club** 80:3,5,7,13,16
168:16,20 169:4,8
170:3 171:1,11,19
175:12 176:9,16
178:4
**clue** 101:4,5
**CM-0012** 167:3
**CM-0100** 168:14
**CM-0355** 132:13
**CM-0865** 194:12
**CM-0868** 194:11
**CM0011** 165:20
**co-** 5:24
**co-counsel** 229:23

co9ntrol 165:20

coaching 28:23

Coast 82:3

coded 167:16

colleagues 6:3

college 103:16,21

Columbus 51:15
61:23

com 39:21,23 40:6
48:16 63:2,13,21
64:8,12,14 208:18,
20,23

come 85:3,6 86:4,9,
21 167:8 229:2,8
230:1 234:10
239:15

comes 85:21

coming 86:5 87:1
112:13 117:14
119:11,18 167:7
225:8,9 240:24

commencement
202:8,10,11,15

comment 141:19

commentary 78:2,
10,17 111:5

Commercial 193:8,
11 195:3 197:12,21
198:8

commission 193:8

communicate 12:10,
20 28:21 59:1
211:7,8

communicating
137:7 192:15,19,21
195:9 199:9,14
201:12,18 212:6
229:23

communication
16:15 111:14,17
171:4 192:18
208:17

communications
15:22 39:20 40:4,6,
7 57:4 98:19 239:4

community 206:7,
11,13,19

companies 207:20

company 23:19
24:21 30:11,12,19,
21 33:15,17,18

42:13 64:4 72:15
83:11,14 89:19,20,
23 90:1 91:21 92:6
101:23 102:1,3,8,9,
11,14,15 103:3,6,11
104:6 105:3 120:21
126:15 128:18
129:11 139:20,21
143:21 144:21
157:10,12 167:24
178:13 181:15
189:13 206:5,10
208:8,9 210:12
211:14 212:7,24
214:18 219:5,6,7
224:3

company's 98:18
206:2

compass 5:11,24 6:2
8:6 15:16 20:24
21:8,9,11,20,21
22:12,19 23:17,23
29:17,23 33:2,4
34:15 35:12 38:24
39:2,8,14,20,21,22
40:1,2,5,19 41:2,17,
23 44:10,14 47:10,
22,23 48:5 53:24
57:5 58:4,22 59:11,
15,17 60:6,23 61:8
62:7 63:2,12,17,19,
21 64:3 65:5,6 67:5
71:22,24 72:1,7
83:1,2,4 84:11
85:21 86:6,24 87:17
88:18 89:23 90:5,
13,19 93:11,12,19
94:13,16 95:7,8,10,
17,21,24 96:1,2,7,
14,23 97:13 101:22,
24 102:2,3,5,12,13,
21,24 103:21 104:3,
13,18,23,24 105:1,
9,11,17 107:23
108:18 110:10
112:24 113:1
120:16,24 121:18,
20 122:16,19
125:10,14 126:3
127:2,7,14,22
128:3,14,23 129:17,
22 130:3 131:21,24
132:15,17,22
133:23 134:5,20,21
138:24 139:16,18,

22 140:2 141:8,24
142:18 143:5
144:17 145:24
146:12,16,17 151:9,
11,20 155:14 156:2,
8,24 158:8,14
164:2,20 165:18,23
166:6,11 168:11,15,
19 169:7,21 170:1
171:18 173:17,23
174:24 175:1,2,10,
18,24 176:2,5,13
179:2 181:23 187:5,
12,14 189:9,22,24
190:8,21 191:6,12,
14,17 192:14
193:20 194:1,10,13
195:4,8,13 197:13,
22 198:9,14,15
199:3 201:19,23
202:15,21 203:3,8,
11,19,23 204:4,6,11
205:13,17,21
206:24 207:3,5,6,9,
14 208:8,11,17,18,
20,22 210:2,8,11,
13,14 211:5 212:15
213:8,11,14,17
214:1,2,6,9 216:5,
11,17,23 217:9,10
219:10,24 220:8,17
221:21 222:8,15
223:12,22,23 225:1,
3,7,23 227:3,7
230:9 231:20,23
232:2 233:14 240:2,
18

Compass's 12:10
84:23 85:3,6 105:6
164:13 206:18
219:14,19 230:7,8
236:21 237:19

compassmarketingi
nc.com 211:5
212:16

compel 217:18
223:11,12

compensate 175:20
176:8

compensation 54:24
55:13,17 57:8,13,18
58:24 59:4 60:5,7,
11 68:8,11,14,16
69:2,15,22 70:5,8,

17,22 71:9,23 72:1,
2,5,8,18,20,22 73:6
76:14,20 87:16,24
128:14 131:23
132:2

competition 132:4,6
146:13

complaining 223:7

complaint 52:16
187:5 189:11,20
190:4,8,19 191:7,
11,21 192:2,6,13
196:11,13 199:4,10,
14 201:13 205:8,14,
23 206:17 207:1,12
208:3 216:1,5,11
217:7,21 218:2,10,
18,19,24 219:4,7,9
220:1,9,13,17,23
221:2,7 228:5,6,10,
14,20 229:1,4,5,6
230:5,6,11,13

complete 13:3
148:24 159:5 236:9,
11

completely 10:23

completion 202:9

complex 22:16

comply 227:7

compound 186:4

computer 6:20 7:6
8:21 9:16,18 23:13
35:4,5,17 117:24

computer's 36:7

computers 6:18

conceptually 238:21

concern 153:6
154:10,13,17,19
164:19

concerned 227:6,15

concerning 11:11

concerns 154:20,24
155:2,8,11 189:5

concise 239:1

conclude 240:22

concluded 189:18

conclusion 21:16
22:2 180:9,13,17

conclusions 22:14

concur 142:10

condition 140:18,19,
22 194:20

conduct 118:10

conducting 118:7,
19,20,23

conference 5:10

confidence 239:6

confident 136:7

confidential 92:5,
17,22 118:13,18
227:17 231:22
233:2,10,20,21
234:1,3,12 235:7
236:1 237:17 238:4,
5,10 239:2 240:5

confidentiality
91:20 234:17
236:10 239:11

confirm 6:14 20:21
23:5 74:13 122:15

conflict 172:6

confused 184:6
185:23 199:24

confusing 18:18

consider 122:15
238:11

consideration
130:18

consistent 11:1
38:23

conspired 189:8,9

constant 98:19

consumer 97:8
98:22

contact 211:6,10,17,
23 212:9,11

contacted 63:24
210:13 211:8,12,14,
16 212:3 213:17

contain 156:24

contained 47:4
53:11

contemporaneous
74:24

content 19:2

contents 37:16

contest 173:14
175:9,23 176:4
178:3,5,11,14

contested 178:14

context 182:3
236:16

continuation 145:21

continue 63:9 69:3
81:17 86:4

continued 63:1

continues 39:22
194:11,12 208:19

contract 61:3,7,9,17
62:1,7 105:9 132:22
133:23 134:1,5
136:15,17 139:7,14
153:16 156:17
163:7

contracts 15:11
44:19 59:2,7,9,11
136:11

contractual 208:10

control 35:5,7 63:8,
15 98:21 106:6
179:1,4,5,7,10,16,
23 213:5 227:11,13
230:8

controllable 202:18,
20

controlled 214:10,
14 215:3

controls 214:19,21

conversation 67:8,
12,18 73:17 75:1
190:24 231:14
239:7,8

conversations 57:1,
8,18,23 59:3 116:18
125:20 190:18
198:17

convicted 14:5,7

convince 239:1

convinced 224:17

convo 73:16

cool 118:11

copied 101:2 111:9,
16 121:8 126:19
147:10,11,13
149:11 152:2,3
182:23

copies 66:22 133:11,
17,19 135:10 136:5

copy 14:16 101:3
106:13,17 115:6

127:19 131:13
170:14 182:1,14,21
189:20 191:11
192:6 228:19 234:5,
6

copying 114:10
149:15

corner 36:2 133:17
135:15 167:7
183:14 185:13
235:1

corporate 54:4
125:7,13

corporation 22:20
23:3 24:3,5 90:1,3

correct 7:10 10:19
18:21 29:17,18
30:15 32:22 33:19
38:3 41:5,9,10,12,
20,22 42:2,3,4
45:10 46:2,5 48:20
49:18 62:1,4,7 65:4
69:18 72:20,21
86:2,17 91:2 95:11,
18,22 103:1 104:16
109:8 124:19
125:24 126:1 129:8
135:7 145:4,10,11
193:18 196:6,24
197:4 199:4 201:24
202:1 210:10
217:10 237:20

correctly 114:19

cost 204:22

could 7:2 8:17 15:17
17:2 27:16 34:17
35:4 40:16 58:18
59:1 60:10 61:5,15
67:17,24 70:9 71:19
76:23 89:9,12 94:5
111:2 112:5 119:17
123:17 126:4,8
140:23 150:24
151:1 158:5 162:8
169:22 172:5,6
181:6 191:2 198:12
220:15 228:3,6
232:10,16,17
234:11 236:20
239:7

couldn't 40:23
147:2 167:8 234:24

counsel 5:15,22,23

6:1 7:24 10:5,10,13
11:4 35:24 37:4
53:4,6,8,9 58:22
112:16 120:5,13,16
21,24 126:15 127:1,
7,14,15 131:13
138:9 144:24
147:10 152:3

counsel's 11:9

Counselor 172:5

count 217:18 218:9,
15,19 228:1

counted 13:4

counterclaim 84:6
181:23 187:4
189:10 204:13,15

counting 13:8

Country 175:11
176:8,16 178:4

counts 218:15,18

couple 5:1 86:9
87:10 170:10
183:13 192:24

Course 129:14,23
130:4

court 5:7,14 8:7,9,
12 11:2 13:15 23:6
28:16 58:7 74:16
94:20 223:6 232:8,
16,17 234:7 237:11
238:14

cover 129:10 171:10

coy 84:5

craft 237:8

cramp 78:24

create 40:2

credentials 210:16

credit 64:17

cross- 12:6

cross-out 162:22
164:9

cross-outs 164:1

crossed 162:10,15,
17,19

curious 106:16

current 83:24 99:12
203:18 225:21

currently 21:13
99:17,20,21 203:3,
8,21

custody 227:11,12

customary 70:6

customers 98:22

cut 21:3 50:17,21
87:24 168:18
232:22

CV 8:9

cyber 211:13

cybersecurity 63:24
210:12

**D**

D-A-.-V-I-D 8:14

damaged 206:7

damages 205:21
206:1,3 220:24
223:22

Dan 112:13 117:14
119:11,13,14,15,17,
22 120:5,14,19
236:20

Dana 51:10

Daniel 24:19 25:23
28:5,7,10 31:10
50:18,21,24 51:2
58:21 59:1,3,8,19
67:2,5 120:20
127:5,6 147:13
149:4,11,15

Daniel's 151:9

Data 210:13

database 211:24

date 5:12 21:13
22:24 31:17 32:17
38:1 68:1 98:23
109:1 115:20
120:18 131:15
132:10 145:17
149:19,23 177:11
183:1 195:21 196:4,
16 198:1,3 216:7

dated 38:1 65:19
122:2 134:14,16
166:13 193:3

dates 25:10 30:8,10
93:14,24 177:16
196:15 197:23
198:8

Dave 18:3 67:7,8
109:10 127:21

170:23 182:20

David 5:19 7:18 8:6,
13 16:22 17:10,19,
20,21 18:19 26:18
27:3 29:14,16,22
33:16,17,23 34:6,9,
16 43:17,21 47:4,7,
9,16,20 48:6 56:8,
16,20 57:5,8,12,18
58:4,13 59:12,17,
19,24 60:7,11,23
61:2,3 62:10,13,18
65:20 66:17,21
67:18 68:6 69:11
70:17,21 71:14,24
72:5,16 73:15
74:17,23 76:13,19
78:2,3 80:15 82:24
83:5,9 84:23 85:21
87:15,24 93:11,18
94:15,19 95:1,6,20
96:5,7 101:15,23
102:4,9,16,20
103:10,12,20,23
104:2,23,24 105:1,
5,8 106:18 109:4
115:12,15 116:16,
20 117:16,21 118:5
119:6,18 122:18
124:24 125:9,14,21
126:6,7,11,12,17
127:24 128:6,8,13,
22 129:2,7,17,24
130:10,21 136:24
140:10 141:7,10,23
142:2,17,20 143:4,
7,16,19 144:8 145:9
146:14 147:5,20
149:15 150:23
151:20 152:5
155:24 156:24
159:18 160:6,9,24
166:4,6 167:11,22
168:7 170:2,7
171:1,5,19,21
172:2,19 173:3,10,
12,14,18,22 174:6
175:11,19 176:6,14
177:24 179:1,6,15,
24 180:6 182:10,18
183:5 186:22 190:3
201:24 205:9,14,23
207:12,21 208:1,2
212:18 219:9,13,17
239:6

**David's** 96:22 103:5

**day** 57:19 86:13,22
87:6 101:12 121:21

**days** 86:15 192:24
202:10 213:10,11,
24 214:2,4,8,15
234:19 235:10,11
238:1

**DB** 114:3

**dboshea@
compassmarketingi
n.com.** 66:18

**dboshea@
compassmarketingi
nc.com** 166:5

**deal** 6:24 73:5,9
170:13 230:12

**dealings** 48:15

**Dear** 65:20

**December** 42:16,22
43:9 45:1 65:19
101:3 129:16
167:21 202:9

**decide** 10:13 11:8

**deciding** 151:23

**decision** 56:7 151:21

**decisions** 54:24
119:23

**declared** 7:21

**deduction** 167:19

**deductions** 70:6,7

**deemed** 236:1

**deeply** 227:15

**defaming** 207:20,22

**default** 203:23
204:6

**defendant** 34:15
35:24 48:5 52:15,
17,19 221:22

**defenses** 52:17,23

**Define** 30:23

**defined** 63:22

**definitely** 121:8

**deliberately** 225:3

**deliver** 98:20 170:17
195:12

**delivered** 195:8,15

**depending** 27:14
85:4

**depends** 10:20
201:2

**deponent** 12:7

**depose** 26:18

**deposition** 5:10 7:6
8:4 10:21 12:21
13:3,8 15:3,10 17:4
19:9 20:7,9 26:20
29:1 42:16,23 43:8,
13 45:21,23 46:8
79:15 101:3 106:8
118:16 119:2
140:15 141:21
159:4 201:20 219:9
241:6

**depositions** 5:3 6:8

**derive** 88:21,23

**derived** 204:11

**derives** 204:21

**describe** 15:17,18,
19 96:5 168:23

**described** 52:18
55:15

**describing** 144:3

**description** 15:9
169:13

**descriptive** 143:13

**design** 98:15

**designed** 158:1

**designee** 54:4

**designer** 98:16

**designing** 205:18

**detail** 122:11

**details** 55:13,17
63:14

**determine** 10:11
60:17 72:19 158:4
234:2

**determined** 77:15
210:17

**detracted** 46:1

**developed** 158:1

**device** 6:15,16 7:6
118:24

**devices** 7:8 98:20

**did** 14:10,11,12
15:2,4,5,14 16:5
18:10 23:17 24:7,9,
20,23 25:4,11,17
26:5 29:19,22 30:4,

5,21 31:8,9,10
32:15 33:20 37:8,13
40:8 43:22 49:7,9,
16 54:19,24 55:5,23
58:6 59:11 60:1,21
61:1,2 62:5,13,19
63:5,11,17,19,20,21
67:9,12 69:10 71:22
72:1 75:9 76:7,12,
16,19 78:20 79:1,4
83:1 84:20,22 85:3,
6,21 86:3 87:17,20,
21 88:2,21,23 89:4
90:18 91:10,15,18
92:2,13 93:11,18,22
94:15,18,19 95:1,6,
12 96:5,8,9,15 97:3,
21 98:3,4,14 99:6
101:11,12,15,16,18,
22,24 102:2,8,13,24
103:2,10,20,23
104:7,9,12,20,21,24
105:5,8,11,13
107:23 108:3,17
116:15 119:22
120:16,17,18
121:20 129:17,20,
21,22 130:22,23
136:15 140:2,4,16
144:12,16 147:7,8
149:17 150:1,8,16,
22,24 159:23 160:9
161:3,5,6 164:20,23
165:2 174:13
176:13 179:1 180:3
181:16,18 183:5,21
186:2,14 187:18,19
190:17 192:8 194:1
195:12 197:21
198:3,11 199:13
203:19 205:7,15,21
206:20,22 207:7,18
208:2,7,22 210:2,23
211:5,6,8,17 212:9,
21 213:3 214:12
215:2,13,19 216:5,
11,15,17,23 217:17
225:7,8 230:5,12
232:14 237:11
239:13

**didn't** 18:22 48:1
60:14 68:21 74:1
95:3,5 96:11 97:11,
17 99:19 101:4
104:16 106:8

110:15 111:18,19,
22 113:15 114:21
115:2,20,22 116:3
135:21 139:7 144:2,
14 158:14 159:22
160:14 161:4
163:15 169:19
179:4 181:2,10,11,
12 184:15 185:4
186:13 188:17
198:1 199:22
200:22 204:23
205:11 211:10
212:11 215:6,23
221:9 225:8,9

**die** 36:7

**difference** 60:20
184:10

**different** 17:6,8 18:7
19:13 43:1 44:12
76:18 110:18 112:9
115:1 116:1 124:9
135:11 149:7 164:2,
12 201:23 202:22
213:22 214:1
215:23 222:21
234:16

**difficult** 230:16

**Dimetapp** 97:6

**direct** 8:1 34:4
224:11

**directed** 86:7,8

**direction** 113:24

**directly** 205:11
207:2 210:14
211:13,14 225:11

**director** 120:1

**directors** 25:20 28:3
31:2 165:9

**disability** 13:19

**disagree** 11:3

**discern** 76:9 87:11

**disclosed** 133:11,18
240:4

**discloses** 236:18

**disclosure** 92:18
232:1 233:15

**discovered** 37:18

**discoveries** 157:23
158:13

**discovery** 17:1 19:5

**74:17 105:19
132:15 223:9 227:7

**discretion** 35:6

**discuss** 28:22 34:22
110:9 112:14,21
116:15 119:13
201:8,10 234:4,13

**discussed** 16:13
114:9 116:20
206:24

**discussion** 56:15
198:7

**discussions** 55:23
56:2,18,19 57:12
123:19

**disparagement**
155:4

**display** 35:4

**displayed** 34:19
48:9 65:2 121:15
172:24 187:8

**displaying** 34:24

**dispute** 76:13
195:10 197:15

**distinct** 26:22

**distorted** 185:16

**distribution** 192:1

**District** 8:7,8

**do** 6:9,10 8:19,20,
21,22 9:2,5,22
10:17 11:12,16,18
12:3,11,13 13:4,7,
15,17 17:2 22:8
26:22 27:3,8 28:16
33:2,3,4,5 34:2
35:13,20 36:2,14,
19,20 37:5 38:2
40:10,18 43:14,19
44:16 46:8,13 48:8,
10,16,23 49:3,11,22
51:8,11,22,24 52:5,
7 53:14 54:12 55:5
56:19 57:7,17 59:2,
6 60:7 61:12,21
62:22 63:5,17,19,21
64:16 65:11,13,16,
18 66:1,9,11,18
67:22 68:13 71:14,
18 72:7 74:8,9 76:8
77:2 81:21 82:22
83:20 84:6 86:7
88:18 90:14,15,17

94:19 95:1,4,5 98:3
102:21,23 103:1,23
104:7,19 105:9,11
106:22 108:13
109:3,14,16 110:1,
6,7,10,12 111:3
113:22 114:8,15
118:8 119:15,16
121:12,14,17 123:7
130:1,20,23 131:2,6
132:17,19,21
134:16 136:12
137:22 138:16
139:4,10 143:24
145:15 146:23
147:5,7,8 149:13,14
153:12,14,16
156:18 157:3
158:24 159:14
161:6,19 167:3
168:16,24 169:3
170:1,4,9,11,18
171:1,7,12,16,17
172:20,22 173:13,
16,17 174:5 175:6,
9,17,18,23 176:4,18
177:22,23 178:1,2,
3,5 179:18,21 180:2
181:14 182:10,24
187:9 189:14 190:1,
3,7,11,12,13,15,23
191:9,15 192:5,11
193:4,9,10 194:8,
16,17 195:1,9,18
197:15 199:2,18
200:23 201:5,13,17
203:2,6 204:11,21
205:12,17 206:15
207:3,16,22 208:3
209:6,18,19,20,21,
22 211:6,8 212:11,
21 214:19 220:15
225:10,23,24 228:7,
24 229:4 233:14
234:10 235:3
236:15 238:9
240:18,19

**doc** 168:10

**docs** 15:13

**doctor's** 6:22

**doctored** 148:5,7
152:7,8 153:24
155:13,23 156:1

**document** 14:13,15

15:9 34:14,18,21
35:11,20,22 37:6
38:14 41:21 47:15
48:7 49:7,12,13,15,
16,20 60:14,16,18,
21 71:15 77:4
105:18 106:3,22
107:10,13,15
108:24 119:20
121:11 122:2,12
125:2 131:21 132:8,
10,12,15,21 133:4,7
134:21 135:6 139:8,
13 144:23 146:10,
21,24 147:1,4,6,20
150:11,17,20,23
152:5,21 153:1,5,6,
13,21,24 154:10
156:23 157:15
160:17,21 161:16,
18,20,21 163:11,13,
15,18 164:7,15
165:3,18,23 166:22
168:21 171:8,24
172:19,21,22
176:21 182:5,9
185:16 187:6 193:2
194:6,11 195:6
196:10,13 203:17
208:17 209:2,3
217:20 221:12,14

**documents** 14:10,
12,17 15:2,5 16:9,
12,16,18,21,23,24
17:1,3 19:17,22
37:13 39:21 42:17
43:20,21 106:7
124:16 168:11
179:19 217:24
218:8 219:15,16
221:24 222:1 223:4,
6,8,15,18 224:12
225:4,12,24 227:12,
13 233:21,22
236:24

**Doe's** 189:6,12,14

**does** 21:11,20 22:19
23:17 27:9 33:23
53:24 54:22 61:8
68:15 77:16,19
78:6,21 79:5,24
89:24 90:5 99:10
122:4 131:13
133:24 134:4 148:8
152:14 154:10

162:21 169:17,18
177:14 184:7 185:1
197:16 207:14
208:9 225:22,24

**doesn't** 10:12 27:16
46:13 69:17 77:5
99:4 111:9 116:10
131:3,4,5 132:20
143:1,13 148:4,5,
10,13 152:16
168:22,23 216:8
217:23 224:7
233:12

**doing** 26:23 78:7,8
105:1 108:18 114:2
189:21 190:20
212:6 218:1 219:8

**dollar** 151:15

**dollars** 99:3 160:11
161:14 220:22
228:18

**domain** 39:20,22,24
40:2,4,6 48:16 63:1,
3,13,21 64:2,5,6,8,
12 208:17,18,20,23
209:21 210:3 211:5,
9 213:6,9,15
214:10,14,20,22
215:3,8,21 216:12,
18,24 217:5,19
218:7,10,20 221:24
223:12,18 225:21
228:2 229:7

**don't** 6:20,21 9:23
10:12 11:21 12:15
13:11 15:6,21 16:7,
9,17 18:2,5,11 19:3
23:4,22 25:10,14
26:14 27:11,17,18
29:5,6 30:8,10,18
31:7,10,14 32:4,17
34:3 38:5,9,11,15
40:16 42:6 43:16
45:2,8 47:13,18
48:21 49:9,10,11,
12,13,14,19 53:6,
17,21 54:16,17
55:21 56:2,9,13,17
57:1 58:2,14,16,17
59:13,15 60:1,9
61:4,14,19 62:15,21
63:7,14,20 64:9,19,
21 65:7,8 67:10,16
69:16 70:13 71:5

72:6,9,24 73:6,8,10,
12,22 75:19 76:10,
17,22 77:4,13,20
78:22 79:3,8 80:1,
14,17 81:11,13
83:22 85:8,15 86:8
87:19 88:6,8,10,17,
20 89:8 90:9,22
91:14,19 92:4,11,
21,23 93:2,14,24
94:7 99:12 100:14
101:1,10 102:18
103:16 104:4 105:2,
10,20 106:6,18
108:6,15 109:18,20,
22,24 110:19
114:17 115:5,23,24
116:7,17 117:1,21
118:2,17 119:14,20
120:17 122:1,23
123:9,13,16 125:4,
16,19,23 127:23
128:2,15 129:1,6,19
135:14 136:1,10
137:6 139:11,12,23
140:1,12,13,21
141:13,20 142:6,23
143:12,13,18,22,23
144:1,18 146:9
147:1 148:18 149:8,
24 150:6,7,10,11
151:6,22 153:19
155:2,11 156:12,16,
20 158:7,12,13,16
159:4,6,17,22
161:2,3,23 162:4
163:9,14,16,19,20
166:3 168:4,6,21
169:10,23 171:17,
21 173:19 174:8
175:8,22 176:17,20
177:6 178:10
179:17,24 183:7
184:14,17 185:7
186:11,16 190:16,
22 191:23 192:8,9,
18 195:14 196:8,12,
14,24 197:8,23
198:11,12,19,22
199:2,8 200:11,15
201:8,21 202:4
203:5,9,14,17
204:1,9,10 205:10,
15,20 207:13,21,24
211:19 212:24

214:19,21 217:8,24
218:1,14,16,24
219:1 220:16,18,21,
23 221:1,17 222:12
223:1,7 225:5,14
226:10 227:12
228:18,19,20
230:11,22 231:14
234:23 235:3,6,7,
15,18,20,22 236:17,
24 237:3,5,7,10,13,
14 238:4,6 239:11,
16,18

**done** 6:7 63:15
109:13 219:16
222:16 240:24

**don't** 237:22

**door** 105:12 235:20
238:15

**dot** 113:4

**dot.com** 63:1

**doubt** 105:20

**down** 27:2 34:17
37:2 74:7 101:8
149:5 157:4,23
167:2 186:3 195:23
196:3 207:9 222:19
226:5

**downsized** 83:18,19

**Dr** 97:6

**draft** 59:1 135:16
146:11 147:3
150:21 151:16

**drafted** 59:8,23
121:2 126:18
131:14 148:6

**drafting** 59:19,21
105:6

**drafts** 133:20

**drug** 14:1

**due** 41:16 173:5,7

**dues** 171:19 175:12,
21 176:9,16 178:4

**duly** 7:17,20

**Dupaula** 61:23

**Duracell** 97:4

**duration** 60:6
127:16 194:20

**during** 7:22 12:10
21:12,23 22:23
23:19 29:1 85:2,17,

19 86:11 127:15
**duties** 33:6,11,13
**duty** 222:8
**dwhite@**
**compassmarketingi**
**nc.com.** 67:3

_____

**E**

**e-mail** 147:17 182:4
**each** 9:23 16:6
24:21,22 26:1,2,10
27:24 28:9 38:24
46:24 52:14,18,20
85:21 86:1 103:24
125:8 132:14
135:11 176:19
**Eagle** 80:3,5,13,16
129:14,23 130:3,7
168:17,19 170:2,12,
15 171:2,11,15,19
172:1 175:11,20
176:8,15 178:4
182:20 183:6
**earlier** 19:22 105:4
146:20 172:2
**early** 103:19 225:6
**easily** 239:10
**East** 82:3
**Easter** 113:10
**editing** 150:17
**editorial** 45:9
**edits** 163:2
**Effective** 75:23
**effort** 40:3
**efforts** 63:11 208:22
210:2,8
**eight-page** 34:14
144:23
**eighties** 103:18
**either** 20:3 41:12
56:20 83:16 123:5
149:22 162:18,20
163:16 186:13
196:19 203:16
233:3 237:7,10,15
**elected** 31:13
**electronic** 39:20
91:9,10,16 92:2,13
98:1 208:17

**eliminated** 156:14
173:5
**ellipsis** 113:9,18
114:1
**else** 6:15,17,21 7:7
9:14 30:14 31:1
38:6,12 44:23 47:20
53:18 55:3,20 56:9
61:9 64:7 69:16
71:5,8,9,11 96:17
97:7 118:6 120:6,
14,19 122:5 123:4
124:23 126:7,10
128:8 129:9 146:7
147:15,18,22
152:17 156:1
161:15 163:23
164:2 165:5 185:3
199:18 206:17
230:23 236:19
237:3 241:1
**else's** 71:22 72:1
**email** 9:10 17:18
18:21 42:14 66:8,
10,12,13,14,19,23
67:3,5,7,9,20 109:7
110:12,15,16,20
111:12,18,22,24
113:2 114:8,22
115:2,5,20 116:3,7,
22 120:4,7,9,12
145:2,3,5,10,22
147:5,17 148:1,10,
11,13 149:3,6,10,
12,14,16,17,18,20,
23 150:12,13,18,20
151:9,10,12 152:2
166:4,6,11,13
167:6,7,11,15
170:7,10 171:13
182:1,11,21 183:9,
10,15,19 184:8,11,
15,16,21,22 185:1,
2,3,12,13,15 186:9,
12,14 211:23
214:17 234:11,21
237:8
**emailed** 64:14
**emails** 15:11,14,18,
19,20,21 16:6,21,23
17:9,20,24 18:3,5,9,
16,19,22,24 19:2,4,
7,15,21 42:14,24
64:21 114:16,18

115:8 123:2,20
125:19,23 126:19
128:1 129:5 144:24
146:8 166:20 167:1
183:16 184:12,13,
23 185:23 186:16,
17 199:6 224:4
238:3
**employed** 71:4 83:1,
5,9 93:10 126:10
**employee** 29:17
43:7,17 44:18,21
45:11,24 47:5,10,23
66:4 72:7 116:18
131:24 132:23
146:16 157:12
160:1 161:14
**employees** 15:23,24
18:24 53:17 62:8,
11,16 73:11 136:21
151:24 155:15
156:8,19 158:9,15,
18 205:18
**employees'** 18:24
72:4
**employment** 27:4
39:18 43:13,15,21
47:9,16 58:24 59:2,
4,7,9,11,22,23 60:5,
6,8,11,13,22 61:2,3,
17,24 62:4,7,12,13
70:10,18,23 71:9
85:2 115:11 121:3
122:16 124:2,5,7,
11,12 125:3,9,14
126:5,12,17 127:21
128:22 130:17
131:22 132:18
133:12 134:1,5
140:16,19,20,22,23
146:13 159:19
162:1 165:8 214:17
**enable** 98:19,20
150:17
**encourage** 104:12,
17
**encouraged** 104:17,
23
**end** 176:23 177:9
**ended** 84:8 178:15
**Energizer** 104:5,6,7,
10,13,17,18,22

**enforceable** 27:4
**enforcement** 217:6
**engage** 198:7
**engaged** 63:23
107:19,21 210:12
**engine** 100:6
**enough** 9:6 23:9
**entered** 38:24 39:10
41:4,19,24 47:22
**entering** 165:7
**entire** 50:17,23
**entirely** 10:19 235:9
**entities** 21:12
**entitled** 131:21
**entity** 21:22 24:1
90:2
**equal** 28:8
**equally** 28:4
**equity** 21:14,23
100:17
**Eric** 105:23
**errors** 37:21 160:20
**Esavano** 51:10
**escalating** 202:12
**established** 102:21
109:5
**estate** 189:23 190:5,
7,9,11,14,18,20
191:6,11 206:11
207:11
**estimate** 84:3 94:3
**estimated** 202:17
**estimation** 144:6
**et** 160:20
**even** 5:6 13:13 38:14
59:16 63:19 64:6
91:21 92:4,6 104:20
110:9 135:17 142:6
148:21 164:16
192:9 237:10,12
239:6
**event** 202:18
**events** 15:12
**eventually** 203:19
**ever** 14:5,7 20:7,10,
24 21:21 24:23
31:19 61:2,3 71:14
80:2,8,12,15 83:1
89:16 91:14,15

93:11 95:6 101:22
102:3,8 107:23
116:15 127:13
129:20 137:16
139:7,10,14 157:13
160:5 164:20
173:17,20,22
185:20 190:17
204:6 206:23 207:3
208:2
**every** 64:5
**everybody** 30:13
207:5
**everyone** 6:13 241:5
**everything** 64:7
97:4 112:17 113:3
114:1,3 134:9 136:3
**evidence** 12:8 91:15
141:15
**exact** 25:10 63:14
200:16
**exactly** 25:15 26:23
43:16 62:18 63:5,7
84:2 104:4 105:2,10
137:22 168:23
**examination** 8:1
12:6,7
**examined** 7:20
47:16
**examining** 106:5
**except** 9:7 12:8
**exchange** 25:22,23
26:3 128:17
**exchanged** 28:8
**excited** 114:3
**exclusive** 194:22
**excuse** 45:6 46:20
71:23 77:9,18,22
78:14 80:24 81:4
108:24 132:3
168:13 176:2 196:9
198:6 219:22
**executed** 196:4
**execution** 128:17
**executive** 31:24
32:12,15,20,23
33:10,11,22 34:5
65:24 122:17,21,22
123:12 178:12
189:15
**exhausted** 224:16

**exhibit** 34:11,19
36:3,15 44:5,6 48:4,
9 50:11 64:24 65:2,
17 67:13,20 68:3,6
71:16 73:14,19
98:12 105:15
108:23 117:12
121:11,15 135:4
144:23 145:7
148:23 149:7
165:12 168:12
172:18,24 182:6
186:20 187:4,8,18
193:2 209:9 211:3

**exhibits** 8:20,23
9:10,19 15:13,15,16
36:17 84:20 174:13

**exist** 44:10

**existence** 59:17

**exists** 61:20

**exit** 110:9 116:15,20
128:19

**expand** 200:17,19

**expectations** 112:8

**expedited** 237:9,12

**expense** 40:3 167:17

**expenses** 127:19
202:17,19,20

**experience** 144:12,
14

**expert** 78:11 211:12

**experts** 210:12

**expiration** 212:2

**explain** 100:13
148:18 180:13,19
222:7 237:5 238:16

**explained** 220:5
221:5 227:13

**extensive** 53:16

**extent** 15:12 22:1
52:23 54:3 180:16
218:12 236:23

**extraordinary**
151:14

**eyes** 233:11

---

**F**

---

**fabricated** 124:8

**facsimile** 171:14

**fact** 37:8 56:7 75:6
84:8 110:18 111:15
124:8 131:5 175:10,
24 176:4 178:4
179:6 180:23 194:1
197:2 201:11,14
221:21 232:8

**factor** 151:23

**facts** 52:16 53:10
91:15 187:14 191:4,
20,23 192:11,12

**factual** 53:10 188:7
191:10

**faded** 18:12

**failure** 225:10

**faint** 14:20

**Fallen** 5:14

**familiar** 22:14 154:5
202:24

**family** 112:19

**far** 11:9 20:2 37:18
50:4 62:19 80:5
146:5 158:12 223:5
227:11,15

**farther** 27:17

**fast** 36:23 168:13
235:17

**fax** 170:14 171:9,10

**February** 230:14,17

**federal** 11:2 12:5,8

**fee** 170:3 182:20

**feel** 49:24 112:21
113:7

**fees** 129:14,16,23
130:4,11 183:6

**feet** 83:20

**fellows** 223:8

**felony** 14:5

**fence** 196:7,15

**Fernandes** 205:5
207:9

**Fernandez** 51:9

**few** 104:21 209:6
213:10,11 224:19

**fifteen** 56:18 57:15,
24 58:1,20 59:16

**fight** 11:4

**figure** 18:8 29:8
33:21 87:23 168:3

219:15 238:1,12

**figured** 98:4 113:16
237:18

**file** 43:21 44:21
45:3,11 46:1 47:5,
10,16 124:2,3,6,7,
11,12 125:3 133:12
134:10 135:12
136:4 173:24 174:2,
3,6,9 196:13 209:15
212:21 215:6,19
216:5,11,15,17,23
225:10 230:12
238:13

**filed** 8:6 26:17 52:17
173:12 181:24
187:5 196:1,11
205:9,14 212:24
216:1 217:4 219:10,
11 221:10,11 224:5
225:5 230:12

**files** 43:7,11,13,15,
18 44:18

**filing** 189:20 202:10
216:21 234:7

**final** 131:16 151:23
165:2

**finalized** 139:7,10,
14

**Financial** 205:3

**find** 22:18 36:8
63:12 81:1 93:4
112:7 174:12 218:9
229:5,6

**fine** 7:3 11:24 12:22
17:15 19:20 24:14
30:2 38:19 45:14
92:8 136:13 161:24
162:21 172:7
186:18 196:21
215:16 238:8,24

**finish** 9:24 22:11
46:24 47:1 134:23
196:9 227:1 232:12,
21

**finished** 31:20 32:7
51:6 52:2 74:5,6
137:5 152:24
155:19 221:17
231:8

**firm** 63:23 64:7
100:17 192:2,6,10,
13,20 198:23 199:1,

2 201:18 205:6,8,
10,13,23 206:16,22,
23 208:4,5

**first** 7:19 25:7 29:13
35:23 37:1 46:22
48:6,22 62:18
65:10,18 67:13
90:19 100:7 101:15,
16,18 104:15
108:18 114:7 134:4
137:18 141:9 142:1,
19 143:6,12 147:9
148:24 153:21
154:12 166:21
168:12 173:3
185:24 202:14
215:2 222:13
223:21 224:1,20

**firsthand** 171:7

**fit** 33:23

**five** 8:23 9:19 39:12,
13,14 46:14 85:14,
23 117:1 126:23
127:1 133:10
135:10 202:7 209:6
231:3

**five-minute** 231:2

**five-page** 132:8
193:2

**fives** 174:17

**fix** 167:18

**flaw** 119:4

**focus** 137:11

**folder** 135:12

**folks** 123:23 211:11

**follow** 11:8 109:1
113:6 170:8

**following** 192:21
195:6

**follows** 7:20

**food** 103:3,5,11

**foot** 202:11,18
203:4,7 229:15
239:13

**footage** 203:13,14,
16,17

**for** 5:23 6:5,12 8:5,
8,11,12,18 9:2
10:14,17,20 11:5
12:6,8 13:8 15:3,10
16:1 17:4 19:21

20:4,7 21:15 22:1
25:23 26:1,2,3,7,12,
19 28:8,9 30:24
33:4 36:6 38:17
39:20 40:7 50:6,22
52:18 54:14,15,21
55:14 56:5,7,12
58:22 59:13,24 64:9
76:2 77:11,16,19
78:6,14,19,21 79:3,
5,22,23,24 81:6,23
82:4,5 84:11,13
85:15 86:24 92:18
93:4,12,19 94:16
95:1 96:7,14,23
97:9,13,16,20,21,23
99:2,15,16 100:3
101:10,12 102:3,8,9
103:2 105:2 106:7,9
109:1 110:9,14
111:17,21 112:7,14
113:10 114:8,21
115:1,19 116:2
117:15 118:24
119:4,12 120:20,24
122:15 123:10
124:20 127:16
128:17 129:12,15,
23 130:10,11,18
132:11 135:8
140:17 149:19
168:12 169:8 170:2,
11,12,19,21,24
171:2,3,19 172:2,9
173:10,12,14,18,20
175:7,8,11,20
176:1,2,6,8,14,15,
17,20 177:3 178:1,
4,16 179:2 180:8,
12,16 181:7 183:13
185:9 189:24
191:10 193:3
195:13 197:9,13
198:1,9 199:3
202:3,6,9,16 203:7,
20 204:10 205:18
206:5,8 207:5
208:11,17 210:15
212:6,7 217:21
219:3,7 220:8,17
221:13 222:1
223:14 224:12
225:20 226:2 227:4,
24 228:1,7,8,17
229:7 230:1,6,7

232:16,18 233:4
234:15 235:1,19,22
236:1,12,17 238:5
240:7,17,22,23
**for/to** 96:21
**force** 173:6,7,10
**foregoing** 37:16
39:7
**forged** 14:15 44:20
46:10 47:4 60:15
61:18 115:15
116:12 147:21
151:17 152:9,12,13
157:14 160:16
161:17 164:6,14
**forgery** 125:1
**form** 24:1 33:24
46:3 47:11 56:10,23
61:10 68:9,19
69:12,24 71:1 90:2
96:18,24 110:21
131:16 155:9 156:3,
10 175:13 176:10
185:5 195:13
197:13 198:9,15
199:11 200:10
**formal** 31:13 140:2,
11 197:21
**formed** 23:23 24:1
30:21
**former** 83:23
**forth** 37:23 52:21
189:10
**forward** 80:21
113:21 170:23
**forwarded** 182:22
**forwarding** 149:5
**forwards** 151:11
**found** 100:14 101:9,
10 202:7 213:12
**four** 50:11 65:18,20
154:16 194:14
**four-** 172:18
**four-page** 168:11
**fourth** 143:16
**Frank** 51:22
**fraud** 14:8 157:15
**fraudulent** 157:18
158:23,24 162:3,5,
23

**free** 49:24 236:7
**Fretland** 105:24
**Friday** 113:10
**friend** 240:14
**friends** 104:1 112:4
118:15
**friendship** 112:11,
18 114:18
**from** 6:3 10:9 13:19
18:23 21:12,24
22:3,23 26:22 30:11
33:17 35:18 39:1,
18,23 42:13 46:2,15
56:18 61:12 63:2,13
64:7,13 72:15
74:22,23 78:10
83:8,17 86:3,12,18
87:9 88:21 89:4
93:7 95:16 97:4
98:2 99:7 100:1
109:1,13 110:10,12,
13 113:4,15 114:17
116:12 125:21
128:15 129:11
130:7 134:14 136:6,
18 145:1,2 146:5
147:16 149:3,4
155:14,23 156:7,16
161:22 169:8 170:4,
5 171:8,22 182:9
183:15 184:12,20,
22 194:15 202:4,22
204:3,14 206:15
208:20 212:12,22
213:1,13 221:24
228:10 232:2,10
**front** 78:4 80:22
112:8 228:20
**full** 51:1 60:4 111:2
130:17 145:19
**fulltime** 112:16
120:13
**fully** 42:4
**fulsome** 239:7
**fun** 109:13 110:2
**functional** 55:2
**funny** 73:22
**future** 76:14 225:12

___

**G**

**Gagliano** 84:21

**Gagliardo** 5:21 7:4,
10 8:20 9:3,12,17
35:3 43:23 222:6
**Gallagher** 190:13
194:15 195:7,11
198:14,17 201:6
**game** 28:20 81:6
**Garten** 6:5 10:8,19
12:17,23 81:24 82:2
93:3,8 111:23
116:24 117:2,16,23
118:12 120:7 122:4,
7,9 137:18,24
138:18 140:6
148:16 149:1
152:20 153:2,7,10
154:1,4 165:13
172:14 176:24
177:4,17 180:7
183:1,3 185:24
186:3,22 188:18,20
193:13,19,21 194:5
200:10 209:6,10
216:9 220:11
229:13,16,20,24
230:17,19 231:2,4,
7,16 233:8 240:11,
13,21
**general** 36:1 39:7
48:12 63:15 112:16
120:5,13,16,21,24
126:14 127:1,7,14,
15 131:13 147:10
152:3 237:5 238:2,
16
**generalization**
142:10
**generalizing** 142:8
**generally** 59:9,12
63:7,17,19,20,23
73:5 114:15 156:8
**gentlemen** 81:4
**George** 39:19 40:20
41:2,17 42:2 48:15
50:18 51:2 62:19
63:10 64:14,20
208:16 209:20
210:15,17,24
212:23 213:1,5
214:9,13,14,16,22
215:2,20 217:9,11
218:6 236:21
**get** 6:7 8:24 14:20

18:11 27:10 28:13
30:20 63:15,21
64:13 67:24 81:21
99:6 101:18 105:11
111:11 112:22
113:13,21,24
141:20,21,22
157:13 158:11
159:4 167:23
170:10,13,18
176:24 188:16
196:14 209:12,23
213:15 223:18
225:24 228:10
233:2 236:2,6
239:13,22
**getting** 57:15 109:13
112:9 166:19 227:5
229:14
**give** 8:18 15:8 17:13
27:13 45:8,9 56:8
76:3 84:3 94:6
137:24 154:10,12,
16 174:15,19,20
180:8 186:21 209:4
223:1 229:2,17,22
235:10 236:5
**given** 149:18
**gives** 27:5 230:24
**giving** 27:1 28:7
222:22
**glad** 240:16
**go** 8:16,24 9:17
17:4,5 21:6 27:16
28:12 35:8 36:22
37:2 38:21 39:12
48:12 49:22 53:14
65:17 74:7 79:13
82:16 88:4 91:5
93:4,7 94:9 95:15
100:2 108:10 119:9
122:11 132:9 138:5
145:23 148:22
152:21 161:8
165:19 172:15
176:23 181:20
182:2,16 187:21
188:20 193:4,21
217:13 222:4,15
229:1,4,5,6 230:22
231:9,18 232:8,16,
17 234:7 239:18,24
**goes** 27:15 39:6 65:9
157:23

18:11 27:10 28:13
**going** 5:2 8:19,23
11:3 12:18 17:13
26:22 27:2 29:7
41:6 50:16 52:22
56:21,22 58:1 65:17
72:11 74:12 75:4
76:20 77:12 79:19
81:14,15 82:22
92:18,20 93:15
106:2 114:7 119:1
131:20 137:19
148:21 149:5 154:1
166:18,23 170:19
174:23 176:24
193:4 195:24 196:7
209:11,12 213:14
221:4 222:4,17,18
224:17,20 226:5
227:19 228:14,21
230:21 231:11,14
233:10 234:10
235:16,19 237:24
238:3 239:4,9,15,20
**golf** 80:3,5,7,13,16
129:14,23 130:3
168:16,20 169:4,8
170:2 171:1,11,19
**golf4me** 115:14
**golf4me36** 114:6
**golf4me36@aol.com**
109:2,3 113:4 145:9
170:6
**gone** 83:14 130:14
**good** 9:6,13 46:14
53:4 104:11 144:9,
10 206:10 230:20
241:5
**goods** 98:23
**Google** 63:24 64:10,
11,14 210:14 211:7,
8,9
**Google.com** 212:3
**Gosh** 106:18
**got** 100:22 101:4,5
105:14 114:4 115:6
118:21 122:7 145:1
157:4 166:24
172:14,15 185:14,
15 191:21 206:6
**gotten** 164:16
**grand** 20:9,16,18
**granted** 128:11

**gray** 148:18,20

**grayed** 148:17

**great** 40:3 80:18 113:7 168:8 170:9, 22 182:1,14

**Greenwich** 145:18 149:21

**Greenwood** 62:3,6

**Greg** 9:9,12 10:20 12:17 50:15 69:8 70:20 73:21 81:24 92:10 93:3 99:6,24 103:2 104:16 111:5 117:16 118:4,12 120:7 134:2 148:16 158:10 159:3 166:15 182:12 186:19 187:17 200:4 201:16 204:5 209:3,6 210:7 214:7 217:3 218:24 219:5 220:2,13 222:7 224:19 227:5 229:16,20,21 230:1 231:21 235:22 236:4

**Gregory** 5:18 6:19

**ground** 8:16 46:22, 23 77:22

**grounds** 39:3 105:21

**group** 141:11 142:3, 21 143:7

**grow** 111:2

**guarantee** 79:24

**guess** 7:7 33:21 64:20 82:22 87:18 94:2,5,8,9 103:13 108:8,9,11,16 114:8,20 141:4 149:20 158:11 167:13 171:12 176:6 205:2 207:16, 17,18 228:22

**guessed** 108:15

**guessing** 92:20 94:8

**guy** 201:6 239:17

**guys** 6:10 81:5 118:21 124:16 134:7 228:17 229:18 234:11,18 237:4 240:17

**H**

**had** 6:22 9:15,18 23:9 25:21 26:4 30:14 32:4 40:1,5 41:19 53:23 54:1, 13,15,18 58:13 59:3 61:24 62:3,6,8,11 67:18 69:7 77:23 78:24 83:9 84:6 97:17 103:13 106:17,19 120:21 123:2,5 125:21 132:22 140:9,16,20 142:9 146:21 147:23 148:17 151:23 156:18 172:6 179:5,7,10 181:5,20 183:6 187:14 190:15,23 201:24 202:3 207:22 208:3,15 210:24 212:16 213:4,5 214:13,17 218:5 234:1 236:24

**hadn't** 234:18

**hair** 111:3

**half** 28:9 82:7 84:4, 10,17

**half-a-million** 151:15

**half-a-page** 157:24

**hand** 7:16 23:9 36:2 133:17 135:15 183:14

**hand-edited** 162:8

**handle** 112:15 181:16

**handwriting** 65:11, 12,14,15 153:12,13 155:16 160:17 161:17,19

**handwritten** 159:7, 9 163:2

**hang** 229:18

**happen** 26:5

**happened** 62:18 112:6 137:8,9 149:13 166:24 168:6 214:4

**happening** 19:19

84:8

**happens** 27:11

**happy** 70:11 167:20, 22 187:12 197:9

**harassing** 138:15,17 200:5

**hard** 154:2 175:2 235:1,19 238:5

**harm** 189:9 206:18

**has** 7:21 21:20,21 24:4 27:3,4,23 34:14 37:22 39:17 40:5 44:17,22 45:11 46:1 52:15,23 53:6 54:7 60:3,4 64:24 65:20 73:13 83:14, 18 84:15,16,18 90:15 98:23 106:4 107:23 112:6 114:13 118:8 121:12 122:13 132:10,12,13 146:11 149:18 156:7,13 159:4 160:16 165:14 170:8,24 175:6 185:13 187:21 194:14 202:22 203:3 206:10 209:19 212:2,15 213:10,15,18,24 214:2 215:14 217:9, 10 219:9,11,16 220:4,6 222:9,14, 16,17,19 223:16,24 224:2,3 227:7,9,13 230:15 231:24 240:11

**hasn't** 20:3 212:15

**have** 5:1 6:19,20 7:23 9:12 10:1 11:8 13:2,7,24 14:5,7 16:15,24 20:7,10, 16,24 21:11 24:8, 14,23 27:7 30:9,21 31:14,19,21,22,23 32:2,4 33:6,9 35:16 37:15,21 38:14,17 42:13,15 43:19 44:18,19,20,22,24 45:2,5,10,17,24 46:8,9 49:11 51:1, 14,15 52:15 53:4,18 54:20 55:12,16,19,

23 56:17 57:7,17 58:2,7,14,24 59:8, 16,18,20 61:9,12 62:8,11,13 65:7 67:12 69:7 72:16,19 73:3,6,13 74:17 78:1,9,10,18 79:16, 20 80:2,8,12 81:1 83:2,8,20 84:23 87:12 89:16 92:23, 24 94:7 97:22,23 98:12 99:3,4 101:5 102:21 105:6 106:7, 16 107:12 108:8 109:5,11 110:2,5 111:4 112:15 114:1 116:17 118:3,15 119:15,22 120:5,12, 16 121:2,4,6,10,20 123:7,23 124:1 125:19,21,23 126:3, 8,19 127:23 128:2, 24 129:6 130:14 131:3,4,5,6,14,18 132:23 133:6,7,17, 18,24 134:4,7,9 135:14,16,24 136:2 137:12,21 140:2 143:13,18 144:2,12, 14 146:8 147:2,11, 23 149:8,22 151:2, 3,5 152:3 153:16,20 154:6,9,18,24 155:2,8,11,14 156:17,24 157:6 158:7,9,12,13,16 159:15,20,24 160:2, 5,10,13,22,24 161:2,3,10,13,21 163:7,12,16 164:18 165:9,20,23 166:18 168:5 169:1 170:1, 6,19,20,21 171:1,7, 12,16,17 172:17 173:13,16 174:8,18 175:22,23 176:4 178:3,5,8,9,15 179:2,4 180:3,5,21, 23 181:2,19 182:2,3 183:19 187:3,5,24 188:3,6,9,12,23 189:2,12,18 190:3, 17 191:9,24 192:11 195:11 198:12 199:2,5 201:14,22

202:2 203:2,5,10,18 207:15,24 208:12 209:13,15 211:3,11 214:24 215:13 217:4,18 218:1 220:5,16 221:2,7,10 223:7 224:16,20 225:22,24 226:12, 14 227:3,12 228:19 230:10 231:11,13, 14,22 233:8,20,21, 22 234:24 235:4,6 236:9,11,14,16,24 237:5,7,18,22 238:12,13 239:3,7, 19 240:4,12,17,21, 24

**haven't** 157:4 164:16 218:2 220:16 223:5 228:6

**having** 7:19 54:12 75:2 101:3 146:17 155:16 169:7 179:15,23 184:17 210:18 223:9 224:13 234:6

**he** 6:22,23,24 7:1 11:7 16:18 17:5,11 18:12 19:8 28:13,15 35:2 42:23 43:13, 16,18 45:21 54:1,4, 6,7,14,20,23,24 55:1,3,5,7,12 57:9, 13,19 58:22 59:1, 20,23 60:1 61:24 62:3,5 69:6 71:4 73:15,22 76:3 78:4 83:1 85:3,6 86:3,5, 7,12,19,21,24 87:1, 2,5,6,9 93:22 94:1, 12 95:23 96:1,8,9, 12,13,15,20 97:2,3, 4,5,6,7,12,14,17,18, 19,21,22,23 98:3,4 102:18,19,21,22,24 103:7,13,21 104:3, 4,7,8,9,11 105:2,11, 13 117:20,23,24 118:2,14,15,17,20, 23 119:1 120:24 121:2,4,6,8 122:20, 21 123:11 124:4 125:9,14 126:18 127:1,7,9,15,21 128:14,23 133:13

135:12,13 136:20,
24 138:11 139:18,
19 140:1 142:4
143:1,15 144:10,16,
20 147:14,21
151:11 152:21,22
153:2 168:9 170:20
178:15 179:4 180:3,
10,22 181:10,11,12,
13 182:23 195:7
196:11 200:12,13,
14,15 215:14
222:14,17 227:13
228:22 230:15
234:24 239:11,12,
13

**He'd** 86:9

**he's** 16:18 54:4
97:15 187:17
227:14

**head** 111:2

**header** 148:1

**headquarters** 83:3,
5,8

**health** 55:7,10
127:18

**hear** 11:17,19,21
23:6 35:14 36:4,5
40:16,24 43:22,23,
24 74:1,2 75:10
76:7 81:24 97:11
101:15,16 119:1
180:15 229:21

**heard** 20:24 45:1
80:2 89:16,18
231:21

**hearing** 44:23 46:7
240:7

**hearsay** 10:14
198:16

**heck** 238:2

**held** 8:10 21:13,21,
22 22:12 24:21
25:22 26:10 27:24
28:6 31:19,22,23
120:3

**help** 14:22 60:10,17,
18 61:5,15,18 67:17
68:1 71:19,20 72:14
76:23 89:9 105:9,11
116:19 123:3,6,21
126:4 191:2 237:2

**helped** 89:1

**helpful** 8:18 141:2

**helping** 105:1

**here** 5:10 6:5,22 9:8
10:13 19:19 20:1
21:3 35:15,18 37:1,
3,13 38:21,22 44:5
46:17 60:4 68:23
73:13 81:7 82:23
91:20 95:15 98:12
100:19 112:2 113:3
117:12 118:3,22
119:11 127:13
137:13 149:2,12
158:5 161:24
163:20 165:19
167:2 168:1,10
169:2,3 172:17
174:12,21 175:5
176:19 180:8 182:1,
21 187:11 189:17
193:5 207:8 209:19
211:23 215:1 223:4
229:15,16 233:8
234:9,20 236:17
237:2 239:4

**herein** 7:19 37:23

**hey** 118:4 167:11,
12,14,16 182:19
236:7

**hide** 225:4

**hiding** 223:13,14
224:12 225:12

**higher** 140:10
143:20

**highlighted** 120:12
137:21

**highlighting** 169:4

**highly** 227:17
233:24

**him** 7:2 14:20 16:14,
19 17:6 27:5,12
28:17 55:16 68:7
70:4 75:1 78:5 92:7,
22 100:15 101:18
104:12,17 112:15
113:13 119:13
133:21 134:23
137:23,24 139:6
140:15 144:13
151:2,21 159:22
170:20 172:14
175:20 176:8,14

180:8,11,13,18
181:2 190:16
200:17 209:11,14
226:14,18,22,24
227:24 228:21
234:15 240:12

**himself** 26:1 54:23
126:6 135:18

**hire** 55:13,17 60:8,9,
12 151:21 194:1

**hired** 32:23 33:7
57:9,14,19,20
59:12,20 139:19
144:3,5,13 151:24

**hiring** 58:23 119:22
151:24

**his** 19:8 30:11 35:5
39:19 42:22 43:8,13
45:20,23 47:10
54:8,9 55:2 57:8,13,
18 60:2,6,8,9,13
62:24 68:7 69:6
70:6,8,22,23 71:9
75:2 76:20 85:2
91:1 117:17,23
122:19 123:1,5,7,
11,14 124:1,5,7,10,
12 125:2 126:4
131:5 133:12,16
134:10,23 136:4,21
139:22 141:13
147:16,17 151:10,
11,12 152:22 171:3
173:24 174:9 177:9,
10 178:16 180:11,
13,19 194:14
196:11 200:16
208:16 228:22

**history** 157:9,12
163:20

**hold** 22:19 23:2,17
24:20 31:8 33:11,21
46:13,14 81:1 91:23
93:6 94:22 117:16
137:4 145:24
148:22 149:2
162:12 166:18
174:18 181:24
216:9 227:23
231:10 232:12
233:1 237:23
238:19

**holding** 117:17,23
118:24

**holds** 21:13

**hole** 222:19

**home** 83:17 127:19
170:17

**honestly** 74:1 235:6

**honor** 208:10

**hope** 113:6 130:15
167:12 170:9
225:14

**HORDAN** 229:4

**horse** 238:21

**hospital** 129:4

**host** 64:4 87:20

**hosts** 64:6,8

**hour** 13:4 82:7

**hours** 13:2,7 14:1
205:17 236:17

**how** 20:16 25:16
30:5 33:9 36:17
69:10 75:21 82:5
83:20,24 84:8,12
85:3,6,20 86:11,12,
18,23 87:5,21 88:2,
7,10,18 89:18 90:15
91:18 92:19 95:13
96:5 101:10,12
106:16 112:10
114:17 130:23
140:15 141:22
147:8 148:4,5,8
149:21,24 150:6,7
151:1,19 157:7,13
160:2 169:3 170:11,
18 180:5 181:14
204:11,21 205:17
212:15 219:3,6,18,
24 220:8,17 225:7,
8,19 227:24 228:3
239:12

**HSH** 103:3

**http://www.
compassmarketingi
nc.com.** 146:1

**huge** 99:1

**huh** 150:2

**hurt** 112:5

**Hyatt** 190:9,11,14,
18,20 191:3,5,10
192:20 193:7,11
194:16 195:3,9,12
197:12,21 198:8

201:5 202:3,6

---

## I

**I'D** 30:18 108:8
110:4 232:2 233:23

**I'LL** 112:17 226:24
238:8

**I'M** 92:15,18,22
93:2 94:18 96:20
101:16 104:21
105:13 106:8
110:16 113:19
114:10 124:7
129:21 131:8 132:3
137:7,8 139:6,12,13
140:17 147:14
148:20 150:7
157:14 158:10,11
160:2,10 163:21
164:17 168:3,9
170:22 172:17
179:19 180:12,13
184:6,16 185:23
186:18 187:12
188:16 191:8 193:4
194:3 195:15 198:6,
16 202:24 211:10,
11,22 212:11 218:2
224:10,17,22
225:14 227:4,15
228:8 230:21
233:14 234:5,9
235:19,20 237:2,9,
12

**I'VE** 19:18 35:7
105:14 144:18
154:21 217:8

**idea** 20:16 92:23,24
152:16 161:21
168:5 221:10 231:1
235:6 236:5

**identical** 133:16
136:17 147:20
151:16

**identified** 23:19
44:19 52:18 74:17
78:18 105:4 145:3
164:18 170:6
189:12 215:13
223:8

**identifies** 234:11

**identify** 19:21 52:14

126:13 128:8 136:4
163:4 236:16

**identity** 38:23

**if** 5:6 6:24 8:17
10:13,21 11:24
12:1,17 13:10,12
17:1,3,8 19:7,15
27:2 28:16,20 29:8
30:23 34:17 36:21,
22 37:20 38:12
41:10 43:23 47:16
48:21,23 49:13
50:12,14,23 53:2
59:16 61:19 63:5,19
66:23 67:24 68:2
69:10 70:9,10 73:12
77:6,11 79:5,10,22
83:1 86:7 87:19
88:22 91:14,20
92:22 93:2,5,11
94:8 100:10 101:5
102:17 104:7,20,24
105:5,8 106:3,8
108:8 111:3,23
112:10,14 115:23,
24 117:8 119:1,12
121:24 123:2
127:13 131:4 133:1
136:5 138:4,8
144:17 147:14
148:18,22 150:10
153:18,22 154:4,16,
24 155:8 156:15
158:4 159:6,13
161:11 162:2,22
169:9 170:14 172:1
178:8 179:1 180:3
181:6,20 182:13
187:12 195:23
198:5,11 204:1
205:12 206:15
207:3,8,21 209:4
212:12 218:9,19
221:9 222:7 225:5,
20 228:3,9,13,18
229:1,6 230:23
231:13 232:5 234:2,
13 236:5,20 237:10
239:9

**ignore** 182:24

**illegible** 182:16

**Illinois** 146:15
170:18

**illuminating** 241:1

**imagine** 237:10

**immediately** 128:20
162:7

**impair** 13:20

**impaired** 9:4

**imply** 225:2

**implying** 225:15

**important** 25:16
117:11 213:16

**impossible** 228:7

**improper** 224:8

**improvements**
202:9

**in** 5:5,8,11,17,19,24
6:2,4,7,8,10,15,16,
17,20,21 7:1,5,8,9,
12 8:7,21 11:6
12:18 13:8 14:1
15:2,8,9,13 16:6,13,
24 17:3 19:4,8,24
20:3,11,18 21:21
22:3,20 23:3,18
25:17,22 26:3,18,20
27:5,12 28:8,13,15,
17 29:7,22 31:2
35:5,17 36:7 37:8
38:16 39:6,15,17,
18,23 40:7,17 41:3,
7 42:4,16,22 43:8,9,
12,20,21 45:1,3
47:4,10,15 49:17
52:16,17 53:11,18
54:9,17 56:1,2
58:10,19 60:3,11
61:9 62:18,23 63:2,
15,22,24 67:20
68:3,5,7,15,16 69:2,
5,17 70:4,6,19,22,
23 71:6,8,10,11,12,
23 72:1,10,11 73:2
74:8,10,17 75:2,5
76:1,3,5,14,19 78:1,
2,4,11,23 79:21
80:11,22 83:5,12,
13,16,23 84:6,7,12
85:22 86:12,19,20,
21,24 87:1,9,18
89:19,21 90:16,19
91:15 93:12 95:14
96:2,6,9 98:19,22
100:7 101:3,22,24
102:19 103:16,18,

20,23,24 105:1,6,18
107:12 108:1,19
109:7 113:8,10,13,
18,20 114:13,14
115:6 116:18,22
119:2,23 120:16
121:21 122:11,24
123:17 124:1,2,5,8,
10,16 125:2,16,17
126:3 127:16
128:12,17 129:18
130:3 131:16
132:11,15 133:16,
23 134:9 135:3,12,
15 136:22 137:3,7,
8,9,11,15,17 138:2,
24 140:1,7 141:7,9,
10,11,23 142:1,2,3,
17,19,20,21 143:4,
5,6,8,16,20 144:5
145:10 146:21
147:21,24 148:3
150:10,18 151:8,12,
21,23 153:20 155:6,
18,22 156:6,19
157:9,12,14 158:5,
9,15 159:18 160:1,
24 162:2,4,16,22
163:24 164:8,13
165:21 166:11
167:7 168:1 170:4
173:3,6,7,10,22
174:2,11 175:10,19
176:5,7 178:15,24
179:22 180:23
181:8,23 185:13,14
189:5,10,15,19,23
190:4,5,8 194:1,18,
21 196:1,10,13,15
197:19 198:7 200:9
201:20 202:7,18
203:1,20,23,24
204:3,6,7,12 206:6,
10,12,13,18 207:15
208:20 209:13
210:15 211:20
212:2,22 213:7
214:2 215:4,11,21
216:5,11,15,17,23
217:8,21 218:4,7,9,
18,19 219:1,4,7,10,
17 220:1,8,17
221:20,22 222:1
223:6,9,16,23
224:15 225:1,6,7,9,

11,12,18 227:3,7,8,
14 228:1,2,5,20
229:1,8,18 230:6
233:13,20 234:3,10,
15,18 236:1,6 237:5
238:2,7,16 239:5,12
240:19,24

**inability** 221:24

**inaction** 223:14

**inappropriate** 10:23

**inaudible** 223:10

**Inc** 5:12 8:7 21:1,9
100:8 113:1 132:22
146:1,12,16 193:6
208:18

**Inc's** 34:15

**Inc.'s** 48:5

**Inc..net** 40:2

**Inc.com** 39:21

**inches** 148:12

**include** 25:21 40:7
68:12 69:15 127:18
136:15

**included** 47:10
68:16

**includes** 68:11,14
131:18 147:4
151:13 157:5 164:6
237:19

**including** 55:14,22
56:6,14 62:9,10
129:4 158:20
189:22

**incoming** 40:5

**inconsistencies**
68:24

**inconsistent** 68:17
69:7

**incorporation** 24:7,
10 31:5,17

**incorrect** 41:11,12
157:2 199:5

**incorrectly** 146:21

**increase** 89:5
202:19

**increments** 175:11,
19 176:7

**Indeed** 40:1

**indicate** 99:15,16

**indicated** 98:7 101:9
201:22

**indicates** 58:22

**indicating** 124:10

**indictment** 20:12

**indifferent** 142:4

**indiscernible** 14:13,
16 16:10,20 17:16
18:6 22:9,15,16
23:1,2,15 26:13
38:18 42:16 46:12,
16,19 67:16 74:19,
20 77:7 79:9,17
80:19,23 92:9,10
98:1 99:1 106:13
113:14 136:19,20
137:10 142:15
157:7,9 162:11,12
169:16 180:17
182:7 197:3,16
204:12 207:6
208:19 211:12
215:14 216:6,8
219:20 220:3
221:19 222:3,11,23
224:8,14,21 225:13
226:3,7,8,16,17,18,
20,21 227:22
228:11,12,15 229:3
230:6 231:1 232:6,
18,20,24 235:11
238:18,23 239:23

**individual** 28:1
131:24 184:22

**individuals** 31:12
125:20 149:22
189:6

**ineligible** 163:4

**informal** 140:2,11

**informally** 31:4,6
143:20

**information** 37:18,
22,24 39:5,15 40:8
45:3 52:19 53:18
92:17,23 189:7
213:4,16,23 214:13
226:5 227:17
228:14 231:23
232:1 233:16 234:3
237:20 240:5

**informed** 55:12,16

**ingested** 13:24

initial 123:14

initials 132:12
133:16 135:15

input 124:7

inside 133:12
135:11

inspect 176:21

instance 10:14 11:5
30:24

instantly 192:21
199:7

instead 167:17

instruct 11:1,7
73:21 118:13
228:21

instructing 92:16,22

instructions 38:24

insulting 21:7

insurance 55:7
127:18

intend 196:8

intended 173:6

intending 173:8

intent 130:17 139:5
197:20

interest 21:21 24:20
236:23

interested 58:10
78:1,2,11 79:21
137:7,9 225:18

interesting 56:5

interests 23:18

interfere 77:23

interfering 167:1

interim 236:6

internally 212:13

internet 99:7
100:18,20

interrogatories
34:17 35:12 39:16
41:8 44:8 47:15
48:7,20 49:17 52:20
53:3,7 209:13

interrogatory 37:9
38:17 39:3 50:9
52:12 53:11

interrupt 46:21
79:8,10,23 151:7

interrupting 79:12,

17 138:2

into 39:1,10 40:12
41:4,19 42:1 47:22
48:13 105:11
113:13,17 165:7
222:21

introduce 5:15

introduces 35:24

invented 158:1

inversion 25:22

invest 90:19

invested 89:19,21
90:15,23

investigated 210:17

investigation 20:19
210:24

investment 98:23,24

invoices 64:13

involuntary 128:19
129:11

involved 151:21

involvement 105:5

involving 14:8 17:19

ipad 35:2

irrelevant 218:11

is 5:7,12,13,18 6:2,6,
14,17,19,22 7:3,4,8,
22 8:3,4,8,9,13,14,
20 9:15,23 10:3,13,
19 11:10,11,13,23
12:2,13,16,19,22,
23,24 14:4,14,15,
19,20,23 17:3,6,11,
13 18:18,21 19:6,
12,13,18,19,20
20:1,2,4,10,17,18,
22 22:16,23 23:11,
13 24:12 25:16
26:15,16,17,20,21,
23 27:6 28:13
29:14,17,18 30:14
32:21 33:15,18,19,
22 34:14 35:23
36:17,21,23,24
37:5,10,14 38:6,9,
11,12,16 39:2,3,4,5,
8,15 40:22 41:4,9,
10,17,20,23 42:2,3,
4,5,6,12,14,20 43:1
44:15,16,17 45:6,7,
10,18 46:2,5 47:6,7
48:4,5,7,13,18,19,

20,21,22,24 49:2,5,
13,21 50:3 51:22
52:4,10 53:10,17,
19,20 54:17 56:21
57:3,11,22 58:1,5,
11,12,18 60:10,14,
16,24 61:1,5,15,17,
19 62:1,4 64:4,18,
19,22,24 65:1,3,6,8,
9,10,14,15,16,23
66:4,5,6,7,8,12,17,
19 67:13,17,19
68:3,4,5,6,16 69:5,
20,22 70:16 71:5,6,
11,12,19 72:10,20
73:1,7 75:2,5,9,12,
17 76:5,15,23 77:2,
3,6 79:8 80:5,10,11,
18 81:6,23 82:17,22
83:6,11,12 85:11
86:6 87:10 89:9,14,
18,19,22,24 90:3
91:20 92:6,17,18,
20,24 93:1,4 95:11,
17,21 96:2 97:19
98:8,9,13,15 99:1,2,
4,12,16,17,18,20,21
100:1,9,15,16,17,
18,19 104:6,21
105:15,17,23 106:1,
3,11,14,15,21
107:4,6,9,10,11,14,
16,17 108:23 109:4,
6,7 110:14,16,19,
20,24 111:3,13,15,
16,17,21 113:6,10,
13 114:8,20,23,24
115:1,4,5,15,19,24
116:2,12,19 117:16,
18,20,23,24 118:2,
12,13,18,20,23
119:1,7,13,14,20
120:23 121:11
122:2,11,24 123:10,
17 124:7,9,12,17,
20,24 125:17 126:9,
10,21 128:2 129:8,
10 130:2 131:4,11,
15,21 132:8,12,14
133:1,3,4,10,15,22,
24 134:16,18 135:4,
5,7,8,9,20,21,22
136:5 137:1 139:8,
12,15,16 140:15
141:4 142:4 143:22,

24 144:22,23 145:2,
5,10,12,17,21,22
146:2,4,5,14,18
147:1,3,10,16,24
148:2,11,12 149:2,
4,5,7,10,12,19
150:12,13,16,20,22,
23 151:1,5,7,8,10
152:5,7,10,18,20
153:17,20 154:3
155:4,7,12,13,18,22
157:15,16,19,21
158:5,11,23 159:1,
3,5,6,21 160:4,14,
23 161:16,21,23
162:2,3,4,5,8,9,22
163:1,4,23 164:1,2,
11,14 165:12,17,20,
23,24 166:2,4,6,9,
10,13,15,21,24
167:6,12,19 168:2,
3,9,10,11,12,13,14,
18,22,24 169:10,11,
23,24 170:5,9,17,22
171:9,12 172:7,18
173:2,9,21 174:1,
12,18 175:2,3,5
176:18,20 177:12,
24 178:17,18,20
180:7,24 182:1,13,
14,16,21 183:1,8,
10,12,15 184:16,19
185:10 186:1,23
187:4 188:9 189:6
190:9 191:2,4,14
192:1,2 193:1,2,4,
17,20,23 194:1,2,
10,19,21 195:4,17,
19 196:19,21,24
197:1,3,14 199:4
200:4,10,19,23
201:23 202:2 203:3,
7,11,17 204:14,18,
22 205:2,4 206:3,8
207:11,16 208:8,9
210:10,11 211:4,23,
24 212:2 213:14,22,
24 214:1 217:7,10,
11 218:9,11,15,19,
24 219:1,2,5,6,18,
24 220:8,13,17,23
221:1,14,16,19,20,
21,22,23 222:10,15,
17,19,23 223:2,12,
14,16,23 224:12

225:3,11,20,23
226:4,6,8,12 227:2
228:1,8,9,13,14
229:1,16 230:6,11,
12 231:8,19 232:2,
6,11,23 233:2,3,14,
19,23 234:2,4,5,9,
10,17,21 235:6,24
236:4,5,7,8,10,16
238:24 239:10
240:2,4,9

isn't 169:20 224:11
226:2 234:15

issue 12:23 19:13
20:1 125:17

issued 26:2 28:6,10

issues 91:20 92:5
174:11

it 6:16 8:17 10:19
11:10 12:24 13:14,
15 14:16 18:7,12,18
19:23 20:15 21:22
22:1,16 23:24 24:1,
2,3,4,7,9 25:14
26:16,23 27:9,16
29:14,20 30:4,5,9,
21 31:11 32:19
33:21 34:4,14,22
35:4,8,18 36:3,14,
22 37:7,14,20 38:22
39:3,4,6,10,11 41:6,
9,19,24 42:4,20
43:5 44:11,15,16,
17,23 45:6,7,10
46:13 48:2,4,8,10,
23,24 49:1,4,5,6,9
50:11 51:14 52:14
53:22 54:1,18,23
55:4,22 56:5,14
58:1,21,22 59:1
60:3,17 61:20 63:9
64:18,22,24 65:5,6,
7,8,19,20,23 66:1,3,
5,6,8,17,18,21,22
67:2,11,13 68:15,23
69:14,17 70:8 71:3
72:16 73:5,8,16
74:22,23 75:11,12,
21,22 76:1 77:6
78:23 79:11,14,20,
23,24 80:10,11
81:23 82:3,17
83:12,18 84:12,13,
15,16,18 85:4,23

86:8,9,14 87:12,23
88:21,23 89:1,18,
19,24 90:3,15,23
91:6,10,14,15,18
92:2,13 95:13,15
98:15,23 99:2,17,20
100:14,17,22 101:2,
5,7,11 102:7 104:21
105:15,17,20 106:4,
5,9,14,19 107:1,2,5,
11,12,16,22 108:3,
7,13,15,19,23,24
109:10 110:8 111:3,
9,10,13,15,16,19,20
112:1,15,16,23
113:4,19 114:4,10,
13 115:5,6,20,22,23
116:10,12,14
117:11,12,13,17,24
118:3,8,12,18
119:2,4,11,17
121:11,18,19,23
122:7,11,12,13,14
124:15 125:4,6
126:14 127:11,17
128:11 129:10
130:16,19 131:3,4,
5,6,13,18 132:2,9,
10,13,20,21 133:1,3
134:14,16,18 135:9,
17,21 136:17
137:18,21,23 138:5,
9 139:9,10,12,13,21
140:4,15,17,18,19
141:14,22 142:6,7,
9,17 143:1,2,3,12
145:12,18,24 146:5,
10,11,12,13,23
147:2,4,16,23
148:7,10,11,12,23
149:8,12,13,24
150:7,10,17,18
151:1,2,7,8,10,11,
13 152:7,9,12,13,
14,16,22 153:5,8,
15,18,19,24 154:5,
6,9 155:4,16
156:13,23 157:4,22,
23,24 158:2 159:1,
4,5,8,13,15,21
160:3,4,14,15,21
161:10,22 162:9,21
164:6,23,24 165:2,
12,13,18,21,24
166:1,8,9,12,23

167:3,9,14,19,24
168:1,13,14,17,18,
22 169:13,18,19,21,
22 170:8,9,17,24
172:22 173:3
174:16 175:1,2,3,6
177:17 178:4,8,14,
17,19,22 179:14,18
180:3,5,11,12,16,21
181:13 182:10,14,
15,16,18,22,23
183:8,14,15,17,24
184:5,9,11,17,21
185:1,9,13,15,20
186:15,21 187:10,
12 189:5,19 190:9
191:11 192:4,9
193:5,14,16,24
194:1,10,14,18,20
195:15,19 196:4,5,
10,15,19 197:1,19
198:5,12 200:4,8,
10,13,14,21,22
201:2,14,23 202:2,
22 203:20 204:8,18,
21,24 205:1,2,10
206:18 207:16
208:9 209:12,14
211:6,8,11,21,22
212:1,15,17,20,21
213:10,15,17,18,22,
23 214:1,4 215:16
217:17,23 218:1,11,
15,24 219:1,2,14,
16,17 220:4,6,14,
16,21,23 221:9,10,
14,22 222:23
223:16,19 224:12
225:8,9,15,20
226:2,4,8,14,16,20
227:5 228:9,10,17
229:3,9 230:3,11,
12,15,22 231:15
232:10,23 233:3,19
234:2,4,17,22
235:6,12,17,24
236:4,7,10 237:5,8,
13,15,18,19 238:1,
9,11,15,21,24
239:7,8 240:4,6,9,
11,19,22 241:1

**it's** 6:14 13:13 23:13
32:17 41:22 47:20
48:7 50:14 53:16
54:8 56:4 63:21

64:9,20 69:14 80:7
82:2 85:15 106:4
107:6 108:23
110:17,20 111:1,2,
4,9 113:4 114:4,5,
23 115:5,6 116:7
122:8,12 125:4
126:23 131:1,7,9,
10,12,16,23 132:10
137:2 139:2,3
147:9,13,19 148:23
152:8,13 154:2
165:4 172:1,19
175:4 176:7 178:21
182:3,6 183:10,14
184:6,9,18,20
185:10,13,16,19
191:13 195:17
203:10 205:3 212:1
213:11 221:10,12
222:20 224:6,7
228:7 234:17 235:1,
19 238:5

**item** 101:9 223:2

**item-level** 98:21

**items** 91:16 236:12

**its** 24:7 25:23 39:15
40:3,7 63:12 83:18
93:13 102:3 108:3
121:20 131:6
132:22 156:8
159:19 163:19
164:19 175:24
194:2 203:23 204:6,
12 205:21 208:10
211:9 213:9,15
221:23 223:14
225:24

**itself** 61:17 124:12
126:20 160:18
217:22

---

**J**

**J-O-H-N** 8:13
**James** 51:15 61:23
**Jan** 74:8 76:3
**January** 38:1 76:1,3
166:11,13 167:15
**jar** 123:20
**Jason** 5:13 183:22
184:1 213:21

**Jay** 44:6 48:4 64:23
65:17
**JD** 65:24
**Jerry** 51:8
**Jesse** 52:5
**Jim** 110:5,6
**Jim's** 145:20
**Jim/ed** 113:15
**JLL** 193:7,8,12,16
194:1
**job** 33:6 60:2
**Joe** 189:6 207:10
**John** 5:10 6:5 7:18
8:4,13 16:22 17:9,
19,20 18:1,4,20
26:11 27:7 43:17
51:8,22 52:4 59:18
60:3,4 62:3 65:24
66:8 67:8 75:13
76:3 105:24 112:22,
24 130:19 132:11,
17,23 133:20,22,24
134:4,7,19,21
135:3,14,17 136:1,
11,15,23 137:8,9,
12,15,17 138:3,24
139:15,16,17 140:9,
14,20 141:7,16,23
142:1,9,17,19,23
143:5,15,20 144:10,
13,14,16 145:20
146:14 149:11
154:4 164:24 165:2
170:9,19 182:11,18
189:12,14 190:13
194:15 201:6 224:2
231:24 234:14,23
237:6
**Johnson** 240:14
**join** 102:24 104:13,
18,23
**joined** 5:24 29:22
30:9 102:4,21
103:21 104:3,24
122:19 123:11
125:9,14 127:21
128:14,23 134:20
139:18 143:21
**joining** 177:15
**joins** 6:24
**Jones** 193:6,17

**JORAN** 23:13
**Jordan** 5:18,22 6:19
7:3,11,14 8:2 9:6,
11,15,18,21 11:3,
15,18,20,23 12:22
13:1 14:19 15:1
16:11,17,21 17:7,
15,17 18:10,13,14,
17 19:4,7,13,20
20:1,5,6 21:17 22:5,
22 23:16 24:14 25:6
26:14 27:9,16,19
28:15,19,24 29:4,6,
10,12 30:2 34:1,11,
13,20 35:10,16,19
36:5,9,11 38:19,20
40:14 41:9,13 44:4
45:14 50:8,16,23
51:4,5 53:1 54:6,10,
11 73:24 74:3,4,15,
21 75:9,12,15,16
81:4,9,16,19,21
82:1,5,8,11,16,20,
21 87:23 88:1 90:12
91:4,13,23 92:1,8,
11,12,16,19 93:6,9,
17 94:22,24 99:8,9,
23 100:2,5,12,18
101:1,8,14 105:20,
22 106:6,10,15,18,
20 107:1,3 111:7
112:2,3 117:1,7,20
118:2,5,9,17,20
119:6,9,10 120:8,
10,11 121:16 122:6,
8,10 132:3,5,7
135:1,24 136:9,13,
14 137:19,21 138:1,
4,8,12,16,22 140:7,
8 145:8 148:20
149:2,9 150:14,15
152:24 153:3,4,8,11
154:3,6,8 159:10,
13,16 161:8 165:17,
22 166:18,23 167:6,
10 172:9,16 173:1
174:13,16,19,22
177:2,18,21 180:10,
15,18 182:8 183:2,4
185:6,22 186:7,21,
24 187:2,19,21,23
188:22 193:16,20,
22 194:7 196:21
197:1,5,6,9,11
200:6,7,12,18

204:16,18,20 209:8,
11,16,17 210:5
215:10,16 216:4,10
217:13,23 219:13,
22,23 220:4,7
221:4,6,17,23
222:5,6,12 223:1,11
224:10,15,22
225:14,18 226:2,7,
10,15,18,22,24
227:18,21,23
228:12,16,22
229:11,22 230:2,10,
15,18,20 231:3,10,
13,18 232:7,14,20,
22 233:1,6 234:9
235:3,11,15,18
236:3,14 237:21,23
238:11,15,19 239:2,
24 240:3,6,9,12,16,
23 241:3

**judge** 10:13 222:4

**July** 39:17 40:1,6
62:23

**Jumping** 38:22

**jury** 20:9,16,18
78:4,5,23 80:22
81:14,15

**just** 5:1 7:2 8:18,19
10:23 18:7,17 19:20
21:3,5,6 22:10,17
23:5,8 27:17 28:13
29:4 30:13 32:4
34:21 35:1 36:6,8,
21 37:2 44:23 45:9
48:3 49:19 50:14,
15,21 51:19 52:1,22
53:2 55:2 58:16
62:17 63:11 65:10
69:9 71:16 74:5,12
75:11 77:6,14 78:21
80:21 81:12,17
82:2,23 84:3,19
86:9 87:6,23 92:19
93:2,4,18 94:22
95:13,14,15 98:14
100:2,3,13 101:11
102:7 103:2 104:21
106:16 111:6,12,23,
24 112:7,14 113:2,
19 115:23 116:5
117:15 118:9,20
119:12 122:23
127:12 136:9,10

138:4,17,19 139:11
142:12 145:21
146:10 148:17
149:8,12 152:20
160:4 164:17
165:13 166:16
167:13 170:16
172:7 174:19
177:14 182:23
183:24 185:2 186:3,
5,19 187:17 188:20
197:3 199:23 200:5
204:3 205:15 207:7
208:14,21 209:4,8
210:1 211:4 213:7
216:7 224:1,6
229:3,11,12,16,17,
18,22,24 230:16
233:19,20 235:7,13,
15,20 236:15 237:8,
23 238:19 239:2,11,
18,21,24 240:1

**Justin** 201:7

**JW** 113:6

**jwhite@
compassmarketingi
nc.com** 109:2,6
113:5 145:2

**jwhite@
compassmarketingi
nc.com.** 66:9

---

## K

**Kane** 51:8

**keep** 27:2 103:20,23
113:21 169:21
217:3 237:17
238:10 239:5

**keeps** 73:23

**kept** 103:24

**Kevin** 51:16,17

**key** 153:16

**kind** 55:15 56:5
84:22 91:8 98:14
104:19 168:18
186:15 208:14
215:7 235:10

**knew** 78:23 79:1
126:11 144:9 218:4

**know** 6:9,21 7:1
8:19 11:15,23,24
12:15 16:17 19:11

20:2 21:5 22:18
23:4 26:14 27:17,18
29:14 34:22 36:21,
24 37:16 38:2,5,7,9,
11,13,15 41:10
42:5,6 43:16 47:13,
17,18 48:3,21
49:13,24 50:1,12
51:6 52:1,24 53:2,
17,21 54:12,16,17
56:4 59:15 60:1
61:19 62:15,20
63:6,7,14,20 64:9,
19,22 65:7,21 66:24
69:16 70:13 71:14
72:17 73:19,22 74:5
75:5 77:3,11,15
78:19,22 79:3,6
80:1,6,14,17,20
81:14 84:2 85:8,15
86:7,19 87:19 88:6,
8,10,17,18,20 89:8
90:9,14,15 91:19
92:4,19,21,23 93:2,
14,24 94:7,14 96:13
99:12,14 100:10,14
101:1,10,18 102:22,
23 105:22 106:6,18
108:6 109:3,10,18,
20,22,24 110:6,19
111:23 113:2,8,15
114:1 115:23,24
117:21 118:2,14,17
119:14,20 121:17
126:16 128:3,9
129:19,20 130:23
132:21 134:24
136:6,9 139:10
141:13 142:23
144:2 146:23 147:1,
2,8 148:4,5,8,18
149:24 150:6,7
151:19 153:17,19,
22 154:16,24 155:8,
19 156:15,16,23
158:22 159:6
161:19 162:2 163:9,
12,14,19,20,21
166:3 168:4,6,17
169:9,11,23 173:17
174:5 175:6,8,18
176:17,18,20 178:1,
10 179:18,21,24
180:8 181:14 185:7,
24 186:11 187:15

189:14 190:7,11,23
192:5,11,18 193:13,
14 195:14,18
196:12,14 197:23
199:8,16,17,18,20,
22,23 200:2,8,15,
20,22,23,24 201:2,
5,7,8,14,17 203:9,
14,17 204:11,21
205:12,15,17
206:15 207:3,10,13,
21 209:24 212:8
214:13,19,21,22
217:7,8,23,24
218:5,14,16 219:1,3
220:15,18 221:14
222:5,10 223:15
225:7,8,19 226:10
227:6 228:18,20
229:16 230:11,24
231:7 232:17
234:14,16,19,20,23
235:7,10,15,18,20
236:17,20 237:4,9,
13 238:4 239:8,11,
13,16 240:2,9

**knowledge** 37:24
44:22 45:3,11,18,24
46:6,9 52:15,19
54:7,8 60:4 126:8
142:13 158:7
163:16 170:1 171:1,
7,13,16,18 173:13,
16 174:8 175:22
181:2 187:15 190:3
199:3,6 201:11
207:24 210:8,11
215:8 218:14
228:23

**known** 59:17 61:23

**knows** 170:20
200:13,14 235:23

---

## L

**labels** 91:9,11 92:3,
14 98:1

**lack** 13:11 55:15,22,
24 56:6,14 236:23

**landlord** 193:6
194:22 206:12

**landlord's** 193:7,11

**Lane** 146:15 170:17

**Lang** 193:6

**Lange** 193:17

**laptop** 127:19
170:11

**larger** 159:13
203:12

**Larry** 109:14,17

**Lasalle** 193:6,17

**laser** 137:11

**last** 8:14 14:1 74:7
126:21 155:4
163:24 174:18
177:8,10 188:9
204:4,7,12 209:9
211:20 214:2

**lastly** 135:21

**late** 6:23 103:18
108:11,13 187:7

**lately** 221:8,9

**later** 8:10 215:1
223:4 239:19

**lateral** 103:13

**latitude** 27:1,14
222:23 223:1

**latter** 202:8

**laughing** 73:23 74:2

**law** 217:6 222:8
224:24

**Lawrence** 120:21,23
126:14,16 127:14
128:5,7 129:7
131:14 147:10
152:2

**lawsuit** 8:6 39:6
133:24 174:11
196:1 215:19
216:15,17,22,23
217:5,17,21 218:8
219:10,14 221:20,
21 222:21 223:2,16,
24 224:5,6 225:5,8,
9,11 227:15 228:1,
4,5 234:16 236:21,
22 237:3

**lawyer** 158:4 228:9

**lead** 30:20 186:5
191:5 236:15 239:7

**leading** 98:15

**leads** 157:17,19

**leaned** 18:12

lease 62:9 84:7
194:24 195:8,9,13
197:13 198:2,9,15
202:7,10,22 203:1,
18,23 204:6

leases 203:8,11

leasing 201:23

least 17:12 117:10
143:16 159:5
179:17 198:13
218:6

leave 75:14 86:22
87:8 102:24 104:12,
17,18 113:9

leaving 241:3

left 33:17 102:20,22
103:21 113:7 159:8
163:3 170:19
212:18 215:5,6

left-hand 165:14

legal 21:15 22:2,3,
14 32:3 52:23 58:22
158:3 180:7,8,13,17
212:22,24 215:7

less 85:16,23 86:21
90:10 202:2 203:3,
10 220:22 228:3,7
236:20

lesser 207:15

let 8:3 9:24 10:2,21,
22 11:24 21:20
22:10,18 28:15,17
29:7 34:4,21 36:23
37:2 44:12 46:24
50:1,12 51:6 52:1,
13 58:11 65:21
71:23 73:19 74:5
75:21 80:20 83:4
93:6 104:16 113:8
134:23 135:2 136:6
137:23 138:18
142:7,16 153:22
154:9,16,24 155:7,
19 158:22 162:2
165:19 174:12
176:6 187:15
193:16 196:9
214:12 217:3 222:6,
10 224:19 226:10
227:21,23 232:12,
21 233:7

let's 27:17 37:2
38:21 50:11 82:16

93:18 100:2 102:7
112:12,21 113:23
117:13 119:9 182:2
188:18 197:15
198:4,6 204:3 231:3
236:5 239:18,24

letter 68:6,18,24
69:7,10,18,19,21
70:3,9,11,14,19,24
71:6,10,11,12,13,17
121:24 122:14
130:17,20,22,24
131:14 165:16
172:19 173:2
186:22 196:17
197:20

letterhead 65:1,3,6
121:21

letting 221:13

level 103:11 138:16
140:9 143:20

levels 144:2

liability 23:19 90:1

lifted 236:4,12

like 8:16 9:4 19:22
23:5 27:13 28:22
42:8 57:1 75:13
79:19,20 82:3,5
85:5 86:13 87:9
92:4 94:2,3 107:5
108:8,12 111:9,13
113:7,21,24 115:14
117:17,18,24 119:3
123:20 137:11
138:14 148:11,13,
23 151:4,9 152:4,
14,16,21 157:24
159:8 161:11
163:13 165:14
168:14 169:18
174:16 175:4
185:15 186:5
187:12 200:5 201:8,
10 209:6 213:21
221:15 222:23
224:8 225:12 227:5
230:4 232:2,4
233:9,20,23 235:13
238:9,21 239:12

likely 126:18 231:24

Likewise 240:11

limit 13:4 23:18
112:8 236:22

limitations 37:23

limited 37:17 39:15
45:18 90:1

line 6:2,13 66:4
114:6 117:18 155:4
157:24 239:18

line-by-line 17:5

lines 10:15

Link 210:13

linkage 201:13

list 19:11 53:16

listen 236:20

listening 6:4 7:8
118:16

litigation 19:12,17,
24 20:4 26:21 27:5
106:4,24 219:12
225:2,12 233:13,21

little 6:23 14:20 23:9
27:1,13 50:15 114:4
154:4 172:7 174:20
227:4 233:4

live 172:14,15 212:1

LLC 105:16 193:4
197:13

LLC's 198:10

local 5:21 11:2

locate 39:9 40:21
41:3,18,23 44:10,14
47:24 136:4

located 80:10 83:11
189:23 190:5

log 35:17

logged 6:17,20,21
7:5,8

logging 6:15 9:7

logo 121:12,13,19,
20,23

logs 7:1

long 82:5,22 86:11,
12,14,18,23 87:5
91:18 101:17,19
102:18 109:11
126:23 212:15

longer 103:14
126:24 179:10

look 15:2,5 18:9
34:21 50:11 72:19
73:3 80:21 92:15
107:5 111:9 126:8

147:23 148:13
152:14,16 167:16
169:18 188:18
194:5 195:23 196:3

looked 15:9 18:19
98:11,13 196:10
197:20 230:11

looking 35:2 36:6
73:1 84:11,13 99:15
101:12 105:22
129:5 149:8 156:23
163:18,21,22
170:22 172:17
175:4

looks 111:13 117:17,
24 119:2 148:11,23
157:24 159:8
165:14 168:14
174:16 175:4
185:15

loop 186:15

loss 84:7 224:4

lost 35:7 84:22
204:22

lot 22:13 49:15
53:17 114:2 138:5
148:3 220:24
240:14

lots 110:2 220:15

Lou 51:9 205:5
207:9

loud 23:9 166:17

louder 14:22 23:12

lower 140:10 143:16

Lowes 170:21

lunch 81:23 82:4,6

— M —

M&ms 97:5

M&t 169:4,8

machine 72:11
127:19

made 37:21 45:21
56:7 68:3,5 73:15
97:15 121:9 159:13
170:14 234:14

mail 170:16

mailed 208:1

mailers 208:1

mailings 192:22
199:7 207:20,22

maintain 33:2 99:10

maintained 30:14
64:2 107:24

maintaining 68:17
69:6 108:3

maintains 64:5,11

make 7:2 9:23 10:24
13:14 23:8 26:14
34:4 54:24 65:10
78:17 81:12 95:13
102:7 110:2,9 113:2
141:21 153:18
159:10 160:20
163:15 170:20
208:21 210:1
220:21 227:19
238:24

makes 56:5 64:11
200:1

making 29:4 33:14
73:24 118:21
205:18

man 92:20 167:14

managed 54:23 55:7

management 53:24
54:2,13,15,19 55:6,
8,9

managing 33:14
55:10 211:11

Mancini 51:22

manipulate 167:9
177:18

manner 189:10

Manufactured 91:6

many 83:20 85:6,10,
11,20 88:7,10 95:13
205:17

March 172:20
186:22 196:1,10

mark 233:9,10

marked 36:17 48:4
73:13 108:22
144:22 149:8
165:21 193:1

market 235:13

marketer 98:16

Marketing 5:12,24
6:2 8:7 21:1,9,21
23:23 29:23 34:15

39:2,8,14,20,21,23 40:1,2,5,19 41:2,17, 23 44:10,14 48:5 59:17 65:5,6 83:1 89:23 102:12,13 105:17 112:24 113:1 121:1,18,20 122:16,19 125:10, 15 126:3 131:21 132:1,22 133:23 146:1,12,16 164:3 166:7,11 168:15,19 170:2 173:23 174:24 175:1,10,18, 24 176:2,5,13 179:3 181:24 187:5 189:9, 22,24 190:21 191:12,14,17 192:14 201:23 208:8,18 210:2,9,12 211:6 217:9 219:11, 24 220:8 221:21 222:9,16 223:13,22, 23 225:1,3,7,23 227:3 231:20,23 233:15 240:19

**Marketing's** 83:2,4 175:3 232:3 240:2

**marks** 132:13

**Marty** 52:4 109:14, 19

**Maryland** 8:8 83:6 85:22 86:12,19,20, 24 108:1,5 189:23 210:21,22 211:15 212:8,13 213:13,17 214:5,9,12 215:22, 24

**material** 196:19

**matter** 5:11 6:6 10:15 11:12 39:14 143:1 227:8 234:16, 17 235:23 239:4

**matters** 28:22 239:15

**maximum** 86:15

**may** 5:12 6:23 7:24 10:9,11 11:5,7 17:7 21:4 22:2 30:9 31:14 32:2,4 49:11 52:15,24 72:16 74:22,23 79:19 97:22 111:20 112:13,20 117:14 119:11 121:4 122:2 126:3 130:21 135:3 145:17 149:15,19, 20 159:8 170:7 182:11,19 183:2 187:14 231:22 235:9 238:13 239:17 240:4

**maybe** 57:15 93:3 94:10,18 106:18 126:24 141:8,9,24 142:1,18,19 143:4,6 230:23 236:19

**Mccready** 109:14, 21

**me** 7:5 8:18 9:2,24 11:24 14:19 15:8 16:12,23 17:2 18:7 19:9,21 21:20 22:10 25:16 26:23 28:7 29:6,9 34:4,21 35:14 36:5,24 37:2, 19,20 38:8 44:12 45:6,8,9 46:20,21, 24 48:23 49:23 50:1,12,23 51:6 52:1,13 53:15 56:5 58:11 59:18 60:17, 19 61:18 65:21 68:1 70:11,15 71:20,23 73:5,19 74:5,22,23 75:21,23 76:2,3 77:5,9,13,14,18,22 78:8,13,14,21,22 79:8,12,14,17,21,23 80:20,24 81:4 82:24 83:4 84:3 93:6 94:2, 6,8 98:8 100:13 104:16 106:9 108:8, 24 110:10 112:13 113:8,12,15,17,22 114:1 117:14 119:3, 12 126:9 130:18 132:3 134:22 135:2 136:6,10 138:2,15, 17 141:19 142:7,10, 16 145:19 148:11 149:3 151:7 153:22 154:9,16,24 155:7, 19 157:19 158:22 159:14 162:2,17,19 163:22 164:19 165:19 168:13 169:18 170:10,16 172:2 174:12,15,19 175:15 176:2,6 182:23 185:12,14 186:21 187:15 189:13 193:16 196:9 198:6 205:11 207:2,13 208:13 209:4 210:7 217:3 218:17 219:22 221:13 222:10 223:1 224:17,19 226:2 227:21,24 228:7,16,17,20 229:17,21,22 230:4, 22,24 232:12,13,15, 21,22 233:1,2,4,5,7 234:11,19 235:1,19, 23 237:8 238:6,16 239:17 240:8

**mean** 10:12 16:14 24:12 33:3 49:11 53:24 54:22 55:9 67:22 84:2 86:14 95:4,5 136:5 139:4 143:24 145:18 149:21 176:2 184:7 185:1 216:8 224:7

**meaning** 21:7 59:20

**means** 73:17 184:9

**meant** 54:17 78:23 79:2

**measure** 110:6

**measures** 227:14

**medication** 13:19,22 14:3

**medications** 14:2

**meet** 112:14 113:12 119:13,18 165:9

**meeting** 26:9 28:2,5 29:13 240:10

**meetings** 25:21 26:4,7,8

**member** 80:13,15

**members** 9:4

**membership** 23:18 129:14,23 130:4,11 168:16 169:4,8 170:3,12 171:3,20 175:21 183:6

**memory** 123:20

**mental** 13:19

**mention** 5:2

**mentioned** 43:17 70:23 71:10 120:4 181:24

**message** 28:13 113:7

**messages** 170:19

**messed** 167:24

**met** 80:12 240:12

**Michael** 16:4,22 17:9,19,21,24 19:1 26:2 28:11 39:17 40:20 41:1,16 42:2, 15,22 43:8,10,12,15 44:24 45:5,18,22 46:7 48:15 50:18 51:2 53:22,23 54:12,18 55:24 56:3 62:19,24 63:10 64:15,20 65:15 67:1 115:8 124:3,8,20 133:13 135:12 149:3,4 166:10 168:8 170:7 171:5, 10,13 174:4 179:4, 7,10,15,22 182:10, 11,21,23 183:16 184:23,24 208:15 209:20 210:17,23, 24 212:17,23 213:1, 4 214:10,14,16,22 215:3,4,19 217:9,11 218:5,6

**Michael's** 20:12 151:11

**Michigan** 113:10

**microphone** 14:21 23:14 40:12 42:9 118:9 119:6

**Microsoft** 64:1,6 100:6 150:18 210:13

**middle** 8:14 151:13

**might** 13:13 53:18 65:7 69:6 87:12 123:2,6

**migrate** 40:3

**Mike** 66:22 141:9 142:1,19 143:6 166:9 167:15,20 170:9,22 182:2,18, 19 236:21

**miles** 46:15

**million** 204:12,21

**mind** 153:2 193:21

**mine** 37:7 49:4 66:3 75:24 123:5 194:9

**minute** 28:18 75:14 93:4 116:24 137:24 167:23 229:17

**minuted** 25:21 26:4, 6

**minutes** 26:8 117:1 172:8,10 209:7 229:8 231:3

**miscellaneous** 164:12

**mischaracterizes** 41:7

**misdemeanor** 14:8

**miss** 109:12

**missing** 136:6

**misspelled** 148:2

**misspelling** 112:11 147:24

**misspellings** 114:13, 14 115:6 148:3

**misunderstand** 232:13,15

**misunderstanding** 233:5

**misunderstood** 17:12 35:1 94:19

**moderate** 36:22

**moderator** 29:8

**modification** 69:15 70:8

**modified** 69:2 136:21 156:7

**molehill** 118:22

**moment** 11:4 221:16 240:20

**monetary** 223:22 225:22

**money** 76:2 99:15 110:2 160:1 168:22 181:3

**Monterrey** 52:4

**month** 86:13 175:10,19 176:1,7, 14,15 180:1 183:6 184:13 186:17

**monthly** 64:13
182:20

**months** 202:7

**more** 5:3 18:16
21:23 23:3,17 34:4
37:21 85:11,14
88:9,12,14,15,16
90:10 103:13
111:24 144:4,7
147:19 164:11
199:17,21,22 200:2,
8,13,14,16,20,22
201:2,7,9,10,14,17
202:2,19 203:7,10
220:22 221:11
223:19 224:19
233:19 238:24

**Morgan** 24:19 28:5
30:10,19

**morning** 87:8 151:8

**most** 9:4 110:4

**mostly** 83:14,16

**motion** 26:18,19
238:13

**mountain** 118:22

**mouth** 23:9

**move** 42:9 48:3
50:1,13 81:13 94:22
167:2 170:12
232:16 233:8

**moved** 36:23 78:1,9,
10 83:8,12 204:4,8

**movements** 98:21

**moving** 46:17 47:2
78:12 113:21 197:2,
5

**Mr** 5:1,18,21,22,23
6:5,6,9,12,19,22,24
7:1,3,4,7,10,11,12,
14,15,21 8:2,12,17,
20 9:3,6,9,11,12,15,
17,18,21,22 10:19
11:3,13,15,16,18,
20,23 12:17,22,23
13:1 14:15,19,22,23
15:1,16 16:1,2,3,11,
13,17,20,21,24
17:7,11,15,16,17
18:10,13,14,17
19:4,6,7,10,13,16,
20,22 20:1,2,5,6,8
21:15,17 22:1,5,10,

11,21,22 23:5,7,8,
11,12,13,15,16,20
24:12,14,15 25:1,5,
6,8,12,18 26:11,14,
17 27:9,13,16,19,
20,23 28:12,15,16,
18,19,22,24 29:3,4,
6,10,12,24 30:2,6,9,
16,19 33:24 34:1,
11,13,20,22 35:3,4,
7,10,12,14,16,19,21
36:3,4,5,6,9,11,12
38:16,19,20 40:9,
12,13,14,15 41:6,9,
13,14 42:8,10
43:14,22,23 44:2,4,
7 45:6,13,14 46:3,
13,20 47:2,11 50:6,
8,14,16,20,23 51:1,
4,5 52:22 53:1 54:3,
6,8,10,11 56:10,23
60:17 61:10 68:9,19
69:12,24 71:1
73:21,24 74:2,3,4,
10,12,13,14,15,19,
21,22 75:4,5,6,7,9,
11,12,13,15,16
76:18 77:9,22 78:9
81:1,4,8,9,10,16,17,
19,20,21,24 82:1,2,
5,7,8,10,11,12,13,
16,18,20,21,23
84:21,22 87:22,23
88:1,4 89:6 90:6,11,
12,20 91:3,4,12,13,
19,23 92:1,4,8,9,11,
12,15,16,17,19,21
93:3,6,8,9,10,15,17
94:20,22,24 95:16
96:18,24 99:6,8,9,
10,22,23,24 100:2,
5,9,11,12,18,24
101:1,7,8,14
105:18,20,21,22
106:2,6,10,11,13,
15,16,18,20,21,22
107:1,3,4 110:21
111:5,7,23 112:2,3
114:12 116:24
117:1,2,4,5,7,8,16,
20,23 118:2,4,5,7,9,
11,12,13,17,19,20,
23 119:4,6,9,10
120:7,8,10,11
121:16 122:4,6,7,8,

9,10 126:22 132:2,
3,4,5,7 134:9,23
135:1,24 136:3,9,
12,13,14 137:7,18,
19,21,23,24 138:1,
4,8,12,16,18,22
140:6,7,8 141:12
142:13 145:8
148:16,20,22 149:1,
2,7,9 150:13,14,15
152:20,24 153:2,3,
4,6,7,8,10,11 154:1,
3,4,6,8 155:9 156:3,
10 159:3,10,12,13,
16 161:7,8 165:13,
17,22 166:15,18,21,
23 167:5,6,10
172:5,9,11,14,16
173:1 174:13,15,16,
17,19,22 175:13
176:10,24 177:2,4,
14,17,18,20,21
180:7,10,15,16,18
182:7,8 183:1,2,3,4
184:2 185:5,6,21,
22,24 186:3,7,19,
21,22,24 187:1,2,
17,19,20,21,23
188:18,20,22
193:13,16,19,20,21,
22,23 194:5,7
195:7,11 196:8,11,
18,21,23 197:1,3,5,
6,9,11 198:14,17
199:11 200:4,6,7,9,
10,12,18 204:14,16,
17,18,20 208:24
209:6,8,10,11,15,
16,17 210:4,5 212:4
213:19 215:9,10,14,
16 216:2,4,7,9,10,
13,19 217:1,12,13,
14,20,23 218:11,21
219:8,13,20,22,23
220:2,4,5,7,10,11,
19 221:3,4,6,7,15,
17,19,23 222:3,5,6,
7,12,13 223:1,10,
11,21 224:10,14,15,
19,22,24 225:14,16,
18,22 226:2,4,7,8,
10,14,15,16,18,20,
22,23,24 227:2,9,
18,19,21,22,23
228:9,12,13,16,19,

22,24 229:4,9,11,
13,14,16,20,22,24
230:2,3,10,14,15,
17,18,19,20 231:2,
3,4,6,7,10,11,13,16,
18,19 232:7,12,14,
15,20,21,22,24
233:1,5,6,7,8,9
234:9 235:2,3,8,11,
12,15,17,18,22
236:3,4,14 237:16,
21,22,23 238:8,11,
12,15,18,19,20,23,
24 239:2,21,24
240:1,3,4,6,7,9,11,
12,13,16,18,21,23
241:2,3,4

**much** 9:13 14:23
23:11 83:24 84:8,12
87:21 88:2,18 90:15
99:16 219:3,6,18,
24 220:8,17 225:19
227:24 239:12

**Mullen** 201:7

**multiple** 87:13

**mute** 81:2

**mutual** 240:14

**mw@
compassmarketingi
nc.com.** 66:23

**mwhite@
compassmarketingi
nc.com.** 166:10

**my** 5:13 6:3 8:13,14,
21 9:5,24 11:10
13:12,23 19:6 20:12
23:6,9 31:9,10 36:7
37:12,24 38:17
41:10 42:14,23
43:1,22 44:20 45:17
46:9 47:1 64:6,7
66:13 73:3,4 75:4
78:15 79:19 82:9
84:22 89:15 97:10
100:6,18 101:3
107:5 108:11,15
114:8,17,24 115:8,
15 116:12 119:5
122:4 123:20 124:9
125:1 131:3 138:2,
15,16 139:13 145:5
147:21 152:11,14,
18 157:14 159:5
160:16 161:16

167:1,7,8,24
183:10,14,16 184:5,
21,22,23 185:10,13
191:13,18 200:19
209:23 210:8,11
213:21 218:14
223:19 224:16,17
226:24 227:2
229:23 232:10
235:23 236:14,23,
24

**myself** 24:18 28:4,6
120:3 125:21 164:6
204:24

---

**N**

---

**name** 5:13 8:11,12,
13,14 15:8 99:16
101:9 115:16
116:12 121:21
122:13 139:20
144:21 145:19
190:10 192:9
209:21 210:3 211:5,
9 213:9,15 214:10,
22 215:8,21 216:12,
18,24 217:5,19
218:7,10,20 223:12
227:2 229:7

**named** 19:1 119:15
120:21

**names** 43:17 50:17

**Naperville** 80:11
146:15 170:18

**NE** 145:13 147:24

**necessarily** 54:17

**necessary** 173:5

**need** 9:24 11:24
15:13 26:14 28:16
38:2,10,12 41:14
45:8,9 48:12 49:23
53:2,11 70:13
81:12,14 103:1
110:8 112:4,10
113:12,14 154:1
158:4 170:12 172:7
176:24 209:6
221:18 222:12
223:1 231:15

**needed** 50:3

**needs** 111:24

negotiate 169:22
netfirms.com 64:5
network 40:4 44:17
63:8,16 230:8
networks 230:7
never 96:20 97:19
151:3,5,14,15 153:2
157:6 159:20,24
160:10,11,13,23
161:13 163:12
183:8,19 184:7,10
185:2 186:8 193:21
198:14 217:4
240:12
new 20:2 25:24
33:7,22 40:2,4
58:11 167:19,20,22
next 81:13 86:22
87:8 93:6 105:14
128:21 129:12
155:5 167:18 170:5
186:5 196:12
234:19 238:1
nice 170:13 240:14
night 86:22 87:8
112:14 113:11
117:15 119:12
151:13
nineties 103:19
NNN 202:12 203:4,7
no 6:14,17 7:5,7
8:10 10:13 11:18
12:19 13:22 14:3,6,
9,18 20:1,9,16 34:3
43:1,12 45:6,7,10,
15,21,24 46:5 47:2
48:22 49:8 57:10,
16,21,24 58:20
60:16 64:4,17 67:21
70:2 76:7 77:1 81:6,
10,19 85:1,13 86:5
87:12 88:20 92:23,
24 94:22 95:23
97:11 98:3,6,12
101:4,5 102:1 103:1
104:21 106:6,7
117:20 119:24
120:3 124:3,7,12
127:3 130:12
136:13,17 137:2,4
139:13,22 141:1,4,
18 143:10,18,22,24
153:8 154:11,14,18,

20,21 155:16
157:12 158:24
160:5 161:21
164:16 165:10,20
168:1,5,8 170:4
173:11 175:18
178:10 179:10
181:4,22 184:9
185:9 186:5,10
190:6 191:20
194:12 195:12
196:15 198:1,16
199:5,8,17 202:18
203:22 207:13
208:6 209:8 213:22
220:4,6 221:8,9,10,
17 222:5 223:24
226:4 232:7,22
237:21 239:4
240:21
Nobody 207:2
nod 43:24
non- 155:3 194:21
non-binding 194:21
195:3 197:20
non-compete 128:18
non-competition
155:7
non-disclosure
128:18 231:24
non-solicitation
157:16
nonconfidential
233:22
nondisclosure 155:3
none 87:13 105:7
214:3 221:20
nonresponsive
78:17
nonsense 234:8
normally 86:15 87:6
Northern 8:8
not 5:6,7,8 6:22 7:5
8:21 9:13 10:19
11:3,7,9 12:20 13:3,
8 14:4 15:13 17:11,
13 18:10 19:18,19
20:9 21:7 22:7,8,12,
14,17 25:16 26:22
27:3 28:21,23,24
29:3,4 30:20 32:14
38:14 39:5 41:9

42:4,17,18 44:11
46:5,20 47:6 48:12
52:24 53:8,13,14,15
54:5,9 56:8,15,22
58:3,5,9,13 59:6
60:16,24 61:17,21
64:18 66:6 67:22
69:8,20 71:4,18
72:8,20 73:12 75:5
76:7,15 77:9,23,24
78:1,2,5,7,10,11,16
79:1,4,10,19,20
81:15 84:5 85:10,11
88:4 89:12 90:14,17
91:21 92:6,18 93:1
94:5,14,17 96:20
97:16 101:16
102:23 104:18,19,
21 106:4,9 107:7,
10,11,17 110:7,12,
16,20 111:1,4,15,20
112:6 114:10,23
117:18 118:14,15
121:14 123:11
124:5,12,17 126:8
130:1,12,13,14,15,
22,23 131:1,10,12,
13,15,16,18 132:19,
23 133:1,4,7,18,24
135:5,7,9,16,22
137:2,5,6,7,17
138:11 139:6,8,9,
11,12,13 143:1,11
145:13,14 147:7,8,
9,10,13,17 148:8,
20,21,23 149:17
150:22,24 151:1,8,
11 152:2,12,14,18
153:2,14 154:18,21
156:1 157:1 158:9,
24 160:7,9,22
161:5,6 162:20
163:7 169:10,18,20
170:4 171:7,16
172:1 173:16 178:2,
9,15,21 180:10,12,
18 181:18 182:1,12,
13,14 183:10,20
184:5,7,9,11,16,18
185:7,10,16,19,20
186:1,4,10,12
187:7,11,13 189:18
190:12,15 191:13,
24 194:3 195:11,15,
24 196:7,19 197:1,3

198:7,16,20 199:2,
23 200:4 202:24
204:17,18,23 206:5
208:10 209:24
211:10,11,15,22
212:6,12 214:11
216:15 218:8,17
219:1,5,11 220:6
221:4,8,14,20
222:1,16,19 223:14
224:5,6,12,17,22
225:3,10,18,20,23
226:4,6,14 227:19
228:9,13,21 229:14
230:3,10,11,15
232:7 233:3 234:17
235:19 236:3 237:2,
9,12,19 238:10,15,
17 239:22 240:18,
19
notary 5:8
note 25:22 132:20
166:19
noted 11:16 26:15
105:22
notes 26:3 73:15
74:10,14,18,24 75:3
78:3,4 123:5,7,19
125:20,23 128:1
129:6 159:7 163:3,
15 164:10
noteworthy 153:23
nothing 20:2 27:3,7
57:16 71:11,12
89:12,14 118:8
129:7 146:9 155:18
157:19
nothing's 50:17
notice 8:5
noticing 5:15
noting 75:1,11
November 39:18
105:15 127:11
now 10:11,21 11:4,
12 12:5 22:13 26:24
34:24 35:11,14,23
38:22 40:19 49:10
50:11,19 51:1 61:22
64:23 71:16 83:11
84:9,16 87:15 98:11
99:2 102:20 107:1
108:17 112:15
117:10 129:9

130:20 131:20
136:12 138:18
139:15 140:14,24
142:3 149:14
150:16 154:23
159:17,19 171:1
174:11 175:4 187:3,
10 188:23 191:1
194:18 195:17
201:22 202:21,22
208:14,21 212:1
213:11 214:6
219:18 222:14,18
224:2 226:4 229:17
232:16,18 233:10
241:3
number 8:8 30:14
38:22 39:3,12,13
49:24 50:10 52:12
53:11 62:23 63:22
97:8 165:21 166:16,
21 182:5 186:20
204:23 209:18
212:10,14 228:10,
13 229:1,3,6
numbered 174:13
numbers 20:22
165:19 168:1 202:4
numerous 15:7
16:7,9

O

O' 50:10
o'clock 151:8
170:22
oath 5:6 7:22 20:18
45:1,19 135:13
object 11:5 41:6
52:22 68:19 74:12
106:2 156:3 175:17
185:5
objection 11:15
12:23 17:14 21:15
22:1,4,11,21 23:20
24:12,15 25:1,5,8,
12,18 26:11,12,15
27:23 29:24 30:6,16
33:24 45:13 46:3
47:11 54:3 56:10,23
61:10 68:9 69:12,24
71:1 75:4,9,12
87:22 89:6 90:6,11,

20 91:3,12,19
96:18,24 99:22
100:11 105:21
106:15 110:21
153:7 155:9 156:10
161:7 175:13
176:10 180:7,16
185:21 193:13
199:11 200:10
208:24 210:4 212:4
213:19 215:9 216:2,
13,19 217:1,12,20
218:11,21 219:8,18
220:2,10,19 221:3

**objectionable** 10:11

**objections** 10:17,24
23:6 36:1,18 37:5
39:8 41:7 48:11,12
220:10

**objective** 11:13

**objects** 10:13 39:2

**obligation** 106:7

**obligations** 208:10
231:24

**obtain** 63:12 105:9
208:23 211:9
219:16 221:24
222:9 223:17
227:14

**obtained** 202:21

**obviously** 10:21
12:19 60:16

**occupies** 203:20

**occur** 25:11 29:19

**Oddly** 9:6

**of** 5:1,6,10,11,14,17,
19 6:3,10 7:8 8:4,5,
8,9 9:4,13,22 11:2,
12 12:5,7,8,16,20
13:12 14:5,7,16
15:9,11,12,15,19,21
17:3 18:9 19:2,8
20:4,21,24 21:13,23
22:2,3,11,13,17,19
23:14,18 24:1,7,10,
21 25:20,22,23
26:8,10,19,21 27:1,
22,24 28:3,7 29:1,
17,22,23 30:14
31:2,5,17,23 32:9
33:1,10,11 34:8,15,
16 35:12 36:18
37:3,24 38:1,2,24

39:19 40:19 41:1,16
42:1,13,18 44:22
45:3 46:6,9,14,22
47:19 48:6,20 49:15
50:5,11,21 51:1,21
52:15,20 53:5,10,
17,19,20 55:13,15,
17,22,24 56:5,6,14
57:6,7,17 58:14,23
59:17 60:4,6,8,9,12
61:12 62:18,24
63:8,12,14,16
67:13,20 68:6,17,
23,24 69:1,21,22
70:3,5,6,8,9,23
71:20 72:4,7 74:16,
24 75:19 77:10
78:4,11,17,24 79:15
80:2,13,15,22 84:6,
7,18,22 85:2 86:9
87:10 89:1,11,14,
16,18 90:2,4 91:8
93:1 94:13,14,16
95:1,7,21 97:7,8,9,
12,13,16 98:14,16,
21 99:12 101:15,16
104:19 106:2,13
107:13,15 109:12
110:2 111:3,10,13,
16,24 112:8,11,23
114:2,7 115:6,12
116:5,21 118:22
120:12 121:12,23
122:13,17,18 123:7
125:1,9,14 126:3,4,
9,11,15,17 127:12,
14,20,21,24 128:13,
17,19,22 129:1,9,
13,15 130:16,17
131:5,7,9 132:9,12,
14 133:8,11,17,19,
20 135:10,11,16
136:1,10,21,22
137:12 139:19,20
140:18,19,22
141:14 142:10
143:13 144:20
145:1,21 146:8,17
147:3 148:1,3,11,
16,20,23 149:22
150:3,4 151:13,16
152:21 153:21
154:10,22,24 155:6
157:9,12,21,22
158:12,14,17

159:19,20 160:1,10,
21 162:1 163:3,7,17
164:6,10 165:7,14
166:19,20,24 167:7,
17 168:15,18,24
169:1,13,14,20
170:1,10,14 171:1,
7,8,13,16,18,21
173:4,13,14 174:5,
6,8,9,11,17,20
175:22 177:1,9,16
178:12,16,17,21,24
179:2,8,10,12,16
181:2,15 182:21
183:13 184:13
185:18,24 186:15,
17 187:7,11,13,24
188:4,23 189:20
190:3,19 191:11
192:1,6,10,12,17,
21,24 194:5,15,20
195:6,13 196:1,16
197:13,20,23 198:9,
15,16 200:1 202:9,
14,16,24 203:15,16,
18 205:22 206:22,
24 207:1,14 208:14,
16,23 209:14 210:8
211:14,22 212:19,
20,22 213:5 214:23
215:7 217:17
218:10 220:15,24
221:20 222:13,22
223:8,11,12,21
224:1,2,4,20 227:11
228:2,3,4,19,20
229:7 230:7,8,12,18
231:20 232:1,5,9,11
233:14,15,18
234:14,17,18 235:5,
9,24 236:22,23
239:12 240:14,18

**off** 29:14 50:17,21
65:10 81:11 82:13
100:2,20 104:15
117:4 118:10,21
119:6,7 134:4
145:13 147:9
149:13 165:15
168:18 172:11
209:12 229:14
231:6 241:4

**offer** 83:16 122:15,
17 126:19 128:18
139:5 152:4 159:22

160:3,9,11,15
161:14 164:20,23,
24 165:2 194:20,23
229:12 235:14
239:1

**offered** 156:18,24
159:20,24 160:5,14,
24 194:21 229:11

**offers** 121:8

**office** 6:3 31:3,8,19,
22 32:1 33:20 83:2,
17,18,19,24 84:12,
13,23 85:3 127:19
135:12 189:24
205:19

**officer** 31:24 32:13,
16,20,23 33:22 34:5
66:1 74:16 120:1
178:12 189:15
205:3

**officers** 30:22,23
31:6,7 117:10

**offices** 31:13 32:3,4
83:13,23,24 84:9,24
85:7,22 107:24
108:4

**offline** 82:23

**often** 85:3

**oh** 6:12 37:8 43:6
91:23 98:3 181:24

**okay** 7:11 8:16 9:20
10:5,7,9 11:3,15,20
13:10,18,24 14:17
16:5 18:13,19 19:7
20:1,5,11,13,16,21,
24 21:3,11,17 22:5,
8,19 23:17,23 24:4,
10,14,23 25:16 26:9
27:20 29:10,16,21
30:13,20 31:5,8,16,
19,22 32:1,6,9,12,
24 33:6,16,20 34:8
35:16,23 36:4,9
37:1,14 38:6,22
40:11,19 41:16
42:4,20 43:10,14,19
44:5,12,21 45:2,20
46:6,11,18 47:2,14,
19 48:11,18 49:2,7,
10,16,21 50:2,23
51:1,4,7,12,13,14,
19,20,21 52:1,3,8,9
53:8,22 54:10 55:2,

5,12,16,20,22 56:4,
19 57:3,7,11,17
58:1,6,16,18,21
59:2,7,11,23 60:3,6,
14,20 61:1,8,13,19,
22 62:3,6,10,16,22
63:5,10 64:2,11,16,
19,23,24 65:9,16,22
66:4,7,17 67:2,7,11,
17,22 68:2,13,15,23
69:10,17 71:8,14,22
72:16,22 73:10,13
74:3,6,10 75:15,21
76:5,12 77:2 78:5
79:18 80:2,8,10,12,
15,18 81:8,16 82:8,
10,11,20 83:11,14,
18,20,23 84:11,17,
19 85:2,5,9,17,20
86:3,6,11,18,23
87:5,7,9,14,21
88:21 89:4,12,16,
18,21,24 90:4,15,18
91:10 93:7,8,22
94:12,15 95:6,10,20
96:8 97:3,12 98:3,7,
11,13 99:14,20,23
100:18 101:20
102:2,7,13,16,20
103:5,8,10,15,17,20
104:2,6,9,12 105:5,
8,14,22 107:1,2,6,
14,20,23 108:3,13,
17,20,22 109:5,10
110:1,8,24 111:15,
21 114:14,20 115:4,
7,17,23 116:1,5,9,
11,13,15,19,22
117:2 119:17,22
120:4,23 121:2,5,7,
10,17 122:2,3,18
123:10,14 124:1,9,
14,20 125:2,6
126:16,21 127:1,4,
6,10,12,17 128:1,7,
11,17 129:3,5,10
130:2,9,16 131:4,
17,20 132:8,11,16,
20 133:3,6,14,22
134:4,7,13,15,17,20
135:8,19,23 136:9,
23 137:8,16 138:21
139:3,9,15,17,24
140:5,14 141:6
142:7,16 143:15,19,

23 144:4,8,12,19
145:12,17,24
146:10,23 147:3,12,
15,18,22 148:14
149:6,10,18 150:2,
4,9,21 151:18,20
152:1,5,13,24
153:10,15,20 154:2,
5,12,15,18,22
155:3,12,17,21
156:15,18,22 157:3,
7,11,16,21 158:19,
21 159:1,15,21
160:8,13,19,23
161:6,15,19,23
162:6,18,21 163:5,
9,14,23 164:8,20
165:5,7,11,24
166:4,9,13 167:6
168:2,6,9 169:7,12,
15 170:1,5 171:9,
17,23 172:4,9
173:2,9,12,17,21
174:1,5,11,23
175:9,23 176:18
177:20,24 178:3,18,
20,23 179:1,6,9,12,
20,24 180:5,24
181:2,14,19,23
183:3,8,12,18,21
184:6,18,24 185:17
186:3,11,18 187:3,
9,20,22 188:2,5,8,
11,12,14,15,20,21
189:1,2,4,19 190:3,
7,11,17 191:4,18
192:1,11,17,23
193:5,19 194:10,18
195:22 198:4,18,24
199:8,16 202:6
203:6,11,19,23
204:11 205:6,21
206:8,15 207:14,21
208:7,14 209:10,16,
23 210:22 211:3,23
212:21 213:3,8,14
215:1,6 217:7,17
220:16,22 221:1
229:4,8,13,20,24
230:2,10,20 231:4,
18 234:9 236:14
237:16,22 238:12,
14 240:21,23

**omission** 37:20

**on** 5:2 6:2,13,17
7:23 9:1,7 10:20,23
11:4,5 13:22 14:4
27:14,23 28:12
30:20 33:23 35:4,
11,17,20 36:2,7,14,
23 37:6 39:3,6 44:2
46:13,17 47:2 48:3,
8,13,14,18,20 49:2,
24 50:10,13,18,20
51:10,15 52:5 53:17
56:3 57:19 61:22
64:23 65:1,18
66:14,19,24 67:4,
14,19,20 68:6 69:20
73:15 75:18 76:9
77:10 78:1,9,10,12
81:1,7,10,13,17
82:16,18 85:4 87:21
88:2,7,10,18 91:23
93:4,6 94:13,15,22,
23 95:1,7,20 96:20
97:12 98:11,13
100:20 101:11
103:10 105:14
106:5,9 110:4
112:9,12,13,21
113:8,11,16,24
114:4,5,10,15
115:20 117:5,13,14,
16,18,21,24 118:5,
7,15 119:1,5,9,12,
18,22 121:8,10,12,
21,23 122:4,13
125:7,13 126:19
130:21 131:3,6
132:9,12,14,21
134:20 135:3 137:4,
11,21 139:13
140:10 141:19
145:24 146:12,24
147:11 148:17
149:2,11,12,16,23
150:12,13 151:23
152:4,7,8 153:12,13
155:4,16 157:22
159:5,7,9 160:16,17
161:16 162:13
163:3,10,20,23
164:6,10 165:2,12,
19 166:2,18,21
167:15,18,21 169:9
170:7,10,24 172:18,
20 174:18 175:4
177:2,18 181:6,24

182:5,11 183:1,13
187:3,11,13,16
188:1,4,7,10,13,24
189:3 193:4 194:8,
13,21 196:13 197:2,
5 202:11,14 203:4,
7,13,16,23 204:17,
18 207:18 209:19
211:3,23 216:9
218:7 222:23 223:2,
24 227:4,23 228:10,
13,22 229:12,14,24
230:1 231:10,15,17,
20 232:12 233:1,14
234:24 236:13
237:9,12,15,23
238:15,19,21 239:3,
18,20 240:16,18

**once** 27:10 85:24
86:1,4 87:12 236:2

**one** 5:4 6:3,6,14,17,
19 7:5,7 8:18 9:22
13:12 14:13 17:3
20:21 26:1,2,19
28:9,10,18 33:1
38:23 39:3 42:5
46:22 49:24 50:10
52:12 53:11 58:11
61:12 71:3 81:1
84:5 88:14,15 89:1
95:13,14 113:12
115:1 124:9 128:20
131:7,9 133:8 134:2
136:21 138:18
140:17 145:1
147:19 149:12
154:15 166:15
167:18 170:21
173:4 174:11,18
175:4 177:10,12
180:10 186:23
189:16 199:8 200:1
201:6 207:8,13
212:6 217:14
225:24 226:23
229:17

**one-half-a-million**
160:11 161:14

**one-half-a-million-
dollar** 157:5

**one-half-a-million-
dollars** 157:13

**one-page** 108:23

**Onedrive** 64:7
**ones** 15:6 17:5 19:23
151:9
**online** 211:4
**only** 11:10 18:4,20
19:11 20:10,17
34:23 42:6 44:24
45:5 50:5 78:6
79:21 111:13 131:7,
9 133:8 137:8
147:23 148:12
150:7 163:12,18
164:14 165:16
179:19 189:16
191:16 192:15
194:24 200:1 205:2
207:8,16 213:10,11
214:8 219:13
223:11 227:3
233:11,24 236:1,12
238:22
**onto** 174:23
**Oops** 129:12
**opaque** 185:8
**open** 8:22 9:1
150:11,16,18
**operating** 98:8
99:18,20,21 202:17,
18,20
**operations** 40:3
**opinion** 191:18
**opportune** 82:4
**opportunity** 187:9
204:12,22 232:3
234:1 236:5,9,11
**opposed** 44:23
**opposing** 26:19
**opposite** 193:14,15
**opposition** 26:17
**or** 6:16,18,22 9:19
10:10,14,15 11:6,9
12:10 13:14,18,19,
24 14:8 15:8 17:5,
20,21 18:16 19:21
20:3 21:12,13,20,22
22:11,14 23:17
24:11 25:17 27:3
30:9 31:1 33:17
37:20,21 38:3,10
39:17 41:10,12
45:6,7,15,23 46:1,2
47:8,20 49:7 52:11,

15,17 53:12 55:3
56:8,9,21 58:3,12
59:18 61:8 62:23
63:12 64:20 66:19
67:14,19 68:11
70:18 71:15 73:12
74:13 78:5,21 79:20
81:10,21 82:9 83:17
84:5,15 85:17 86:7,
15 90:1,10 93:15
94:10 95:1 96:9,16,
23 97:13,20 100:1
103:10,18 110:5,6,
16,20 111:16
119:13 120:1,5,14,
19 122:21 123:5,7,
20 125:20,21,23
126:10 129:7
130:21 135:3
137:17 139:11
140:2,10,11,22
141:8,24 142:18
143:1,4,16 144:2
149:20 155:13,24
156:7 157:1 158:1,
8,14 161:4,22
163:10 165:8 167:8
171:8,19 173:20
175:8,20 176:7,8,14
179:17 180:22
184:15 185:2,3,20
186:12 189:8,9,13,
16 192:7 194:23
199:1 201:18 202:2,
22 203:10,12 205:7,
22 206:16,22,23
207:5 208:4,7
209:7,24 212:7,13
213:9 214:19 215:7,
20,21 219:10
220:22 224:5
225:23 227:12
228:4,5 230:24
233:3 235:13
236:15,19 237:2,6,
18 238:17 239:13
**order** 8:9 227:7,14
230:8 232:9,18
234:7 235:9
**organizational**
140:3,10
**origin** 163:19
**original** 105:6
144:24

**Oriole** 81:6

**Orioles** 28:20

**other** 6:6,15,16 7:6
9:16,18,23 10:10,
15,22 14:1,3,4,17
15:2,5,12 16:6
17:22,23 21:22
32:1,4,24 35:17
38:6 40:16 42:7,12
43:19,21 46:24
57:16,24 58:20
67:21,23 68:15
69:14,16 70:3,16,
17,21,23 71:12
72:11,17 73:1 79:22
90:2 92:6 103:24
111:15,17 114:9,11,
14,20 115:17 120:2
124:21,24 126:7,12
128:1,7 129:5,11,18
131:11 133:9,10
141:10 142:3,21
143:7 144:5 146:9
151:9 152:15
155:14,16 160:13
163:10,21,23,24
164:8,9 169:13,22
173:9 181:4 183:18
191:4,9,20 201:5,
11,19 219:10,11
221:21 223:23
226:1 227:15 228:5
233:20 234:13,16
236:23

**others** 43:18 123:19
194:23

**otherwise** 6:18
12:24 45:23 46:2
53:12 70:18 126:11
189:16 192:7

**ought** 93:3

**our** 6:17 22:15
26:18,19 44:17,18
46:22,23,24 63:8,16
67:8,12 89:1 101:12
106:22 112:5,11,18
122:15 123:23
128:17 169:3 189:6
199:6 211:13
212:13 240:13

**ourselves** 239:10

**out** 10:22 18:8,12
22:18 26:11 29:8,9
33:21 86:9 87:23

93:4 98:4 112:13
117:14 118:22
119:11,18 133:6
136:5 148:17,19,20
153:18 162:10,15,
17,19 166:17 168:3
169:21 174:6,9
177:1,15 184:21
185:1 196:1 204:4,8
213:12 218:9
219:16 229:5,6
234:10 236:2
237:18 238:1,13
239:15 240:8

**outlandish** 160:1

**outside** 46:6 63:23
178:16 206:22
211:13 212:7,12
233:11,24

**over** 8:16 9:23 17:16
22:9 23:1,2,9 35:7
53:23 54:1,13,19
74:19,20 77:8,13
78:8,13,15 79:9,17
80:23 92:9,10
101:21 106:13
122:11 128:21
129:15 133:19
136:19,20 137:10
138:15 142:15
157:8,9 161:18
162:11,12 165:20
175:3 179:2,23
182:7 195:14,15,18
202:19 204:1 207:6
215:14 216:6,8
218:15 219:20
220:3 221:19 222:3,
11,24 223:10 224:9,
14,21,23 225:13
226:3,7,9,16,17,18,
20,21 227:22
228:11,12,15,18
229:3 231:9 232:6,
19,20,24 235:11
238:1,18,23 240:19

**overbroad** 39:4

**oversight** 53:23
54:1,13,15,18,19

**owed** 76:3

**own** 89:24 90:5
152:11 184:22
206:6

**owned** 76:2 231:23

**ownership** 29:22

---

**P**

**p.m.** 82:13,18 109:1
113:6 117:4,5
149:19 166:14
167:22 170:8 241:4,
7

**P.S.** 112:22

**package** 55:14,18
57:9,13,19 58:24
59:5 128:19 136:24

**packaged** 98:22

**packages** 60:5,8,11

**padded** 44:19,22
45:4,12 46:2 124:3
133:13 135:13
174:3

**padding** 115:14
174:4

**page** 37:3 48:13,14,
18 50:5,11,12,19
51:14,21 61:22 66:7
67:13,20 68:6 69:20
75:18 76:9 99:1,16
100:19 105:23
122:14 132:14
137:12 145:21,22,
23 148:12,23,24
149:12 155:4
157:22 163:24
166:4 168:12 170:5
171:9,10 172:19
175:4 176:19
187:16 188:4,6,10,
23 189:2 193:5
194:12,13 238:22

**pages** 65:10 148:16
171:12 175:1
218:16 219:2

**paid** 130:3 175:10,
19,24 176:5 177:24
179:14,17 202:3

**pandemic** 83:15

**paper** 46:14 73:2
126:9

**paragraph** 35:23
129:12,18 137:13
138:5,8,10,13,23
154:12,23 155:5,6,

19 173:3 187:24
188:3,9,10 189:19
194:19 230:5

**paragraphs** 65:18,
21 155:17 188:1,6,
12 189:2,5

**Pardon** 14:19 29:6
175:15

**parent** 146:16

**parliamentary** 37:1

**part** 20:4 50:5,7,21
111:13,16 119:5
177:15 217:17
223:11

**partially** 42:3

**participants** 5:4

**particular** 31:3
49:15,20 120:18

**parties** 5:5 7:23
17:18 18:9,16,20
189:21 195:1
219:12 221:20
235:10

**Partners** 100:9,10,
15,16,21 101:4

**parttime** 112:20

**party** 5:15 91:21
92:6 93:1

**pass** 230:24

**passcode** 210:15

**past** 172:7

**path** 27:2 226:5

**pause** 93:4 224:20

**pay** 64:16 76:1,2
129:22 165:24
171:18 176:7,13,14
193:8

**payable** 25:22 26:3
170:15

**paycheck** 165:15

**paying** 169:7 170:2
202:2,16

**payment** 99:3 157:5
168:12,14,15,24
169:14 172:1
173:14 175:6 177:7,
8,10,13 178:15,16
179:2 180:21 181:7

**payments** 130:8,10
176:18 179:21
181:1

**payroll** 53:24 54:2,
13,15,19,21 55:3
70:7 72:15,19
123:23 130:9,14
167:17,24 168:7
172:2 174:24 175:5,
24 176:19 178:16
179:2,11,16,17,21,
23 181:4,5,16,20

**pays** 64:17 239:12

**Pellegrino** 51:22

**pending** 12:2 223:17

**people** 40:17 61:22
72:17 88:7,10 126:2
177:15 190:15
201:5 207:12
219:11 223:17

**per** 67:8,12 85:17,24
86:1,4,16 122:18
123:14 193:8
202:11,13,17 203:4,
7

**perceive** 104:9

**percent** 21:13,23
22:12,16,19 23:3,18
90:10 129:13
152:18 154:6
202:12,19

**percentage** 26:10
27:22,24 72:4 90:4

**perfect** 13:13

**perfectly** 70:14

**performance** 125:8,
13

**period** 21:12,23
22:23 23:19 58:15
85:18,19 86:11
125:22 127:12,16
144:1 175:5 204:2
236:6

**perjury** 14:8

**Persimmon** 100:8,9,
14,21

**Persimmons** 100:16
101:4

**person** 33:7,22
38:24 52:14,18,20
67:11 181:19

**personal** 44:22 45:2,
11,24 46:6,9 54:19
125:7,13 147:16
151:10,12 174:8

175:22 178:5
191:18 207:24
210:8,11 218:14
**personally** 175:15,
17 189:13,16 206:2
214:21
**personnel** 53:23
54:1,13 55:6,8,9
173:24 174:1,3
**persuasive** 239:17
**Pharmaceuticals**
102:15,17
**phone** 6:16 117:17,
23,24 118:5,7,24
119:7 191:3 212:14
**phones** 6:18
**phonetic** 50:10 51:9,
10,17 61:24 105:24
211:24
**physical** 83:2 84:23
**physically** 5:7
**pictures** 112:23
**piece** 26:21 46:14
126:8 236:14
**place** 146:17
**plain** 220:21
**plaintiff** 29:7 34:16
48:6 55:16 221:22
**plaintiff's** 39:16
**plan** 55:8 105:6
110:9 112:12
116:16,20 117:13
**plans** 205:18
**player** 153:16
**Plea** 39:11
**pleadings** 228:4
**please** 5:15 7:15
8:11 15:17 22:5
28:12 30:23 34:12
36:23 40:11,12
41:15 42:9 46:24
73:21 77:13 79:8
80:20 81:18 94:21
95:9 106:17 111:5,6
116:24 118:13
120:9 125:11 134:2
138:1,17 141:16
145:23 151:6 156:5
166:17 167:23
170:14 183:23
184:1 200:5,19

214:7 222:10
226:23 230:21
**pleasure** 240:9,11
**plenty** 222:22
**plug** 36:6,8
**plus** 22:4
**point** 9:12 11:8
27:2,14 29:16 30:9
31:12 33:16 76:21
87:2 95:11,16,20
102:20 113:20
155:13 196:1 236:4,
8
**pointless** 198:7
**points** 113:11
136:20
**police** 64:1 210:16,
20,21,23 211:16
212:8,13 213:3,13,
18 214:5,9,12,15
215:18,22,24
216:16,21,22
222:15
**pops** 100:8
**port** 118:14
**portfolio** 100:22
**portion** 60:4 114:7
120:12 148:11
168:15,24 169:1,14
**position** 11:10
102:16 103:5,8
122:17,19 123:1,11
133:3,22 139:17,22
150:22 173:4 183:8,
10 219:17 223:19
236:21,22 240:2
**positions** 173:4
**positive** 114:2
**possesses** 52:20
**possession** 61:9
63:12 227:11,12
**possible** 44:15,16,17
111:1,2 114:23
125:8 139:2,3 165:4
**possibly** 112:5
124:19 147:2
**post** 87:17
**Post-employment**
131:22 132:4,5
146:13

**potential** 169:14
**potentially** 39:16
40:8
**power** 98:16,19
**prefer** 138:6,8 224:7
**preliminary** 36:24
39:11,12 48:14
62:22 122:15
209:18
**preparation** 15:10
16:13 17:4
**prepared** 74:24
**preparing** 15:3
**prescribed** 14:2
**prescription** 14:3
**present** 5:7 7:5
10:11 78:22 81:14,
15
**presented** 15:16
145:7 146:22
163:19 191:24
**presenting** 106:8
135:7
**presently** 189:6
**preserved** 10:17
**president** 30:24
31:1 139:19 144:20
194:15
**presidents** 141:11
142:3,21 143:8
**presume** 145:14
**presuming** 6:14
**pretending** 185:14
**pretty** 18:18 53:16
104:9 136:6 146:5
206:12
**prevent** 39:22 63:2
150:19 208:19
232:1 233:15
**prevented** 39:22
63:1 208:19
**previous** 202:20
**previously** 71:4
145:3 201:19,22
208:15
**primary** 63:22
**printed** 114:5
149:13 183:14
184:21 185:1,12,15

**prior** 5:2 6:8 28:2
58:10 61:13 69:1
87:15,16
**private** 100:17
**privilege** 10:16 11:6,
12
**privileged** 16:15
227:16 228:15
**probably** 73:4 84:10
117:20 118:2
123:23 158:4 191:3
200:1 206:13
**problem** 26:17 79:8
81:19
**procedural** 6:6
**procedure** 12:5
235:24 239:22
**proceed** 7:24 10:21
12:7
**proceeding** 7:22
118:14
**process** 20:17 21:6
113:20
**processed** 55:3
**produce** 19:14,20
42:19 106:23 142:9
218:8 219:15 223:3
**produced** 16:24
19:4,8,23 20:3
43:20 105:18 106:4
124:2,16 125:5
132:13,15 133:23
134:7,9,21 135:16,
24 136:3,7 147:14,
21 149:3 165:18,24
166:16 168:10,11
174:2 175:1 184:22
194:13
**producing** 222:1
223:15
**productive** 200:4
**products** 91:6,7,8
97:8
**profession** 113:14
**proffer** 99:24
**proper** 106:4
**properly** 39:9 40:21
41:3,18,23 44:9,13
47:21
**property** 195:13
198:10 202:3

203:13,24 204:7
**proportionate**
202:16
**proposal** 113:16
193:3 194:21,24
195:4
**proposed** 203:12
**proprietary** 98:18
231:22 233:15
237:19
**prosecuting** 228:4
**protect** 112:17,18
**protective** 232:9,17,
18 234:7 235:9
**provide** 16:11,23
17:8 19:9 39:15
93:11,19,22 94:15
95:6,7 96:15 102:3,
13 105:1 158:14
232:5 233:17
**provided** 9:24 10:1
12:1 16:19 38:2
56:21,22 59:13
95:10,17,21,23 96:1
102:8 137:14,17
138:24 144:24
158:9,14 195:3
212:10 232:3
**provider** 212:7,12
**provides** 12:6 98:18
156:8
**providing** 56:15
94:13 96:2 234:5
**provision** 27:5
138:19 164:13
**public** 5:8 92:18
220:13 221:12,14
228:11 232:11
233:18 234:6,24
**pull** 140:23 174:15
230:4
**pulled** 17:5 100:20
**purchase** 170:11
**purported** 47:4
**purpose** 69:21 70:3
222:17
**purposes** 8:5 55:14
**pursuant** 8:5
**pushing** 113:20
**put** 9:1 22:13 100:7
153:5,8 181:6

196:12 209:2
putting 80:22
puzzling 98:8

_____

**Q**

qualify 12:24
quarter 85:24 86:1,
4
question 9:24 10:10,
12,14 11:11 12:2,3
13:10,14 18:18
21:19 22:5,13,17
24:15 32:21 34:2
38:8 39:13 40:23
41:10,15 43:1,2,22
44:12 45:7 46:21
48:1 52:13 58:12
59:14 62:21 68:4,21
71:7 76:18 77:18
78:18 80:21,24
93:7,16 95:9,13,14
96:14,20 97:10,11
100:16 102:6
110:18 111:8 114:8,
24 116:1 119:21
120:15 124:9 129:1
134:2,3,23 138:20
140:17 142:14
156:5 158:6 176:12
180:8 181:20 186:4,
6 191:14 197:17
200:19,23 201:16
204:5 206:3 209:23
213:23 214:1
215:12,15 217:4
218:3 226:13 228:8
questionable 163:6
questioned 114:12
185:2
questions 10:2,20
13:13 21:4 26:20
27:7,18 29:24 81:17
84:22 95:14 111:6
116:6 117:9 130:19
138:7 141:20,22
191:16 196:19
200:5 209:14 222:2
224:16,18 227:1,10,
16 240:17
quick 101:11 170:13
quite 101:1

_____

**R**

rabbit 222:19
raise 7:15
raised 84:12 182:20
183:6
randomly 174:19
range 94:6,10
ranged 85:4 86:14
rapidly 238:9
rate 202:6,11 203:3,
6
rather 216:21
240:24
RE 75:22 108:24
reach 29:7
read 13:15 37:15
38:14 44:7,11 48:23
49:24 50:12 51:12,
16,19 52:1,8,13
58:7 65:16,21 69:19
70:9,11,13,15 73:19
75:19,21 94:20
111:24 112:2
121:18 137:18,19,
23 138:4,8,9,12,19
153:22 154:2,18,21
155:7 158:1,22
159:2,14,15 162:1,
14 166:16 168:18
182:12,16 183:16,
22 184:1,3 193:14
213:21 218:2
220:13 221:2,7,9
229:1 240:20
reading 12:16 51:6
75:22 153:19
155:19 179:19
182:15 187:18
204:14
ready 7:13 34:22
50:1,13
real 112:17 189:22
190:5,7,9,11,14,18,
20 191:5,10 206:11
207:11
really 9:6 46:13 56:5
113:15 119:21
142:15 196:12,19
225:18 230:3
231:14 234:18

237:14
reason 32:24 42:5,6,
12,14 52:11 81:6,11
94:12 107:6 110:14,
19 111:3,17,21
114:21 115:1,18,19
116:2 123:10
131:11 133:9,10
135:8,9,20 148:15
155:12 173:9
175:23 176:4 178:3
184:18 185:11
203:2,5,10 218:5
223:14 224:12
reasons 42:7,19
131:9 133:8 151:6,7
178:5 183:13
Rebecca 50:10
recall 15:6 16:1,7,10
18:2,5,11 19:3 56:2,
9,18,19 58:16 59:3
60:7,9,10 61:4,6,14,
16 67:10,16,18 68:1
71:5,18,19,21 72:6,
7,9,14,24 73:6,8,10,
11,12 76:22,23
90:22 102:17,18
104:4,7 105:2,10
110:10,12 114:9,17
116:17,19 117:8
120:17 121:24
122:1,23 123:16,21
125:16 127:23
128:15 129:1,22
130:1 132:17,19
139:11,12,23
140:12,13,21
143:12,22,23 144:1,
17,18 147:5,16
149:14 151:22
156:16,18,20
158:17 159:13,17
161:24 165:6
171:21 173:19
175:8 184:14,17
186:16 190:13,15,
22 191:1,2 192:8
198:11,12,22 199:2
202:4 204:1,9,10
205:20 206:20
208:12 209:4
211:19 220:21,23
221:2
recalling 72:11 73:2

123:1,18 125:18
130:3 173:22
receipt 192:21 195:6
receive 69:11 79:20
184:13,15 186:14
199:13 237:18
received 136:23
137:1 180:1,22
183:9,19 184:7,12,
17 185:2,3,20
186:8,12,16,17
191:7,11 192:9,13
198:15 199:4,10
205:7,8,13 207:20
213:23
receiving 130:7
181:3,13 184:11,14
190:19 192:6 199:7
201:13 205:23
206:17
recently 213:7
221:11
recitals 154:15,16,
23
recitation 76:5
recognize 37:6 49:3
65:11 66:1,10,19
77:20 121:12 152:9,
11 153:13 172:21,
22 194:8
recognizes 193:6
recollection 57:4,7,
12,17,23 58:2,11,
12,14 89:13,15
129:8 130:10
141:14 158:12,13
160:5
record 5:2 7:23 8:3,
11 10:17 13:11 44:2
50:6,22 58:8 81:10,
11 82:13,16,18
94:21 100:3 103:1
117:4,5 119:7,9
168:12,15 172:11
183:22 184:1,3
228:11 231:6,15,17
237:15 239:3
240:16 241:4
records 39:23 42:12
43:6 63:2 73:2
123:24 130:7,9
175:5 208:20 222:9

recoup 225:2
recover 210:3
212:22 213:1
216:12,18,24 217:5
218:20 220:1 223:6
224:11
recreate 19:10
redact 232:10
redacted 232:5
233:18 234:5
redeemed 30:11,19
redirect 231:12,13
240:21
reduce 69:21 71:22
72:1 173:8 204:22
reduced 71:24 72:5,
8,18,20,22 73:6,7,
11 87:16 136:21
reducing 70:16
reduction 68:7 70:4,
22 71:8 75:1 173:7,
10
reductions 75:22
173:5
refer 21:8
reference 68:2,5
74:11 75:2,18 76:5
77:2
referenced 67:20
129:18
referred 71:6,16
105:3 146:11,20
referring 16:18
41:21,22 42:17
58:15 77:5 140:24
145:16 153:17
169:1 200:3,14,15
201:4 209:3
refers 71:13 190:8
reflect 8:3 13:11
reflective 160:21
163:7
refresh 57:3,11,22
89:12,15 129:8
130:9
refuse 11:11 63:9
refused 63:8 142:9
regard 47:19 48:15
53:18 55:5 59:4
67:13 75:17 82:24
137:15 156:22

158:8 159:19 195:9
196:16 198:18,24
**regarding** 69:1 75:1
126:19 174:6,9
**regardless** 178:17
**regards** 130:19
**register** 174:24
176:19
**Registrar** 212:3
**registry** 212:2
**Regrettably** 173:4
**regular** 70:7 165:24
167:17
**regularly** 87:1
**reimburse** 129:17
175:20 176:8,14
**reimbursed** 129:15
**reimbursement**
127:20 167:18
**rejected** 216:7
**related** 115:11
127:20 129:14
201:15
**relates** 189:5
**relating** 44:6 47:9
61:3 131:22 146:12
179:13
**relation** 20:11 83:23
96:6
**relationship** 93:20
96:22 112:6
**release** 63:9 193:3
197:21
**released** 213:7
214:15
**relevance** 10:14
22:4,21 24:12 25:1,
5,18 27:23 29:24
87:22 89:6 90:6,11,
20 91:3,12,19 99:22
100:11 105:21
217:12,20 218:21
219:8 220:3,5
221:3,5
**relevant** 19:12,15,17
26:16 39:5 88:4
106:3 219:15 223:2,
20 226:6
**relies** 152:6
**relying** 218:7

**remainder** 51:21
154:22 187:24
188:3,23
**remedy** 158:21
**remember** 15:21
25:10,14 30:8,10
31:7,10,14 32:5,17
46:21 49:9,10,11,
12,14,19 57:1 58:17
62:22 75:22 83:22
89:10 103:16 126:4
130:20 139:20,23
140:1 144:21
156:12 159:21,23
190:16 191:23
192:8,9 198:19
205:10 209:19,21
225:5
**remembered** 103:2
**remembering** 58:19
**reminder** 6:13
167:13 186:19
**Remote** 5:2
**remotely** 5:5,17,20
6:15
**rent** 202:10,12,14
239:13
**rental** 202:6,11
203:3,6
**repeat** 18:18 21:19
40:15 43:3 63:18
75:4
**rephrase** 13:14
**replevin** 213:9
215:7,20
**report** 72:15 113:17,
22 181:4,5 213:7
214:15
**reported** 210:16
214:5
**reporter** 5:1,7 6:9
7:12,15,21 8:12
13:15 14:19,23
18:10 23:6,7,11
28:16,18 29:6 40:12
42:8 44:2 58:7
82:13,18 94:20
117:4,5 172:5,11
184:2 226:23 231:6
237:11 241:4
**Reporters** 5:14

**reports** 50:22 72:19
**represent** 5:16,18
150:9 227:3 239:3
**representation** 7:2
75:7 227:20
**represented** 10:5
33:15
**representing** 6:1
74:16 75:6
**reprimand** 174:7,10
**reprimanded**
173:18,23
**reputable** 207:19
**reputation** 205:22
206:6,10,18 207:15
**reputational** 206:14
**request** 26:19 171:8
173:14
**requested** 184:3
**requests** 47:15
106:22 227:8
**requires** 224:24
**reserve** 10:24 37:19
**reserves** 194:22
**resides** 5:9
**residing** 146:15
**respect** 112:4 224:3
**respectfully** 65:24
**respond** 182:22
**responded** 54:1
198:14
**responding** 47:14
**response** 10:1 18:11
39:2 40:15 44:8
50:9 53:11 54:18
199:24 200:9,20
219:18
**responses** 36:19
37:4,9 51:3 52:11
53:3,5 54:6 223:9
**responsibility** 54:21
**responsible** 202:16
**responsive** 10:1
39:16 40:8 77:23,24
79:10,16 221:14
**rest** 70:9 111:24
169:1
**restate** 41:15 48:2
95:9 102:6 156:5

**result** 12:9 205:22
207:14
**retail** 98:17,22
**retired** 30:11
**return** 28:8 208:23
217:18 218:10
228:2 229:7 230:6,8
**returning** 199:6
**returns** 53:5
**reveal** 227:16
**revealed** 231:22
**revenue** 112:21
**revenues** 89:4
**review** 15:14 20:4
34:18 73:18 141:15,
16 158:4 187:10,12
232:4 234:1 236:9,
11
**reviewed** 15:15 17:3
19:8 187:5 217:8
228:6
**reviewing** 19:12
52:10
**rferr8ing** 201:3
**RGC** 145:13,14
**right** 7:16 10:24
11:16 13:2 17:7
26:24 29:14,21
33:18 34:24 35:20
36:2,12 37:19 40:22
46:17 50:19 52:10
60:4 68:2 69:11,23
73:8,10 77:14 78:9
79:5 81:19,20 82:8
83:6 87:3,14 93:10
94:9 95:16 96:1,3
97:18 98:9 99:5,18
100:24 104:3,16
108:17 115:13
117:11 118:9,11
119:15 120:4
121:10 122:9,14
129:9 132:5 133:17
135:2,5,15 136:12
138:12,16,18 140:7,
24 141:5,24 142:4
144:9 145:6 148:9
149:2 150:9,23
151:1 153:3 155:5
157:7 159:9 161:24
162:16 163:11,16
165:11,17 166:5

168:4,7 171:6
172:17 173:6
175:16 176:20
177:1 178:7 181:3,
5,7,9 182:3 183:13
186:14 188:6,23
191:1 192:3 193:19,
20,23 194:22 195:4
196:7,21 198:24
200:6,8 207:23
212:1 215:8,11,23
217:11 219:6
223:21 226:4
229:15,17 230:15,
20,21 232:16,17
233:9 234:22 235:2,
9 238:4 240:3
**right-hand** 159:6
167:7 185:13
**risk** 206:14
**Robert** 24:18 28:5
30:10
**Robitussin** 97:5
**role** 33:2 55:2
**Ron** 105:24
**room** 6:17 38:16
40:17 75:14
**Rowe** 193:3 197:13
198:9 203:13
205:19
**rule** 12:14,15,16
29:2 46:23 77:22
81:4
**rules** 8:17 10:23
11:2 12:5,8,9 46:22
**run** 89:20
**running** 172:7
237:9,12
**Ruthann** 170:16
171:11,13,14

─────────

**S**

**said** 17:11 19:18,22
22:10 27:13 28:23
35:1 37:12,17 38:9,
11 41:1 42:5 43:4
45:22 47:6 49:19
53:20 54:18 58:5
60:24 62:16 63:11
75:2 76:15,17 78:23
92:4 94:17 96:12

97:16,17,18 99:7
111:19 114:10,11
116:6 118:17 137:2,
3 138:9,11 142:24
143:1,15 144:8
156:17 159:17
160:7,9 168:4
169:19 178:13
180:11 182:14
183:20 185:24
190:19 194:4
195:21 197:19
198:6,20,22 199:20,
23 200:2,9,11,14,20
201:1 207:10
208:13,15 211:7
214:11 218:1 224:8
229:11 231:7
234:18,24 236:14
237:6 239:12
240:14

**salary** 75:1,22
122:18 123:14
128:20

**sale** 99:2,16 101:10

**sales** 91:22 102:19
103:3,6,11 104:11
113:18 139:20
140:1 143:20 144:9,
10,20

**salesman** 96:7,12,14
97:2,18,19 103:7,9
104:8 122:20
139:16 160:3,12

**salesmen** 140:13
144:4,5

**Sam** 109:14,23

**same** 7:2 23:4,20,22
25:8,12 30:6 48:14,
19,22,24 49:1 71:15
72:8 84:14,15 86:21
88:13 90:14 100:19
101:19,23,24 103:7,
11 123:19 134:18
136:20,23 140:9
145:5 179:22
202:22 203:12
207:19 217:4
218:21 220:19
237:3 238:22

**Sash** 109:14

**sat** 20:7 236:16

**Saturday** 167:21

**save** 112:11

**saw** 182:23

**say** 16:5 22:8 30:18
39:6 41:9,11 44:8,
16,21,23 49:10
53:14 55:9 58:6
68:13 76:7,16 78:20
79:1,4,22 81:10
85:5,11,15 89:21
92:20 93:15 94:1,18
95:3,5,23 96:4,11
97:17 99:19 101:4
111:19 115:22
119:22 131:2 132:2
135:20 139:3,9
142:7 143:3,23
151:5 152:8 157:3
161:6 168:22
169:19 181:10
183:21,24 184:6,12
185:4,9,20 186:13
193:16 196:5
197:16 199:22
200:22 204:3 208:7
218:8 224:19 232:8,
10 233:4 234:23
235:19 236:6 237:6,
15 239:5,19

**saying** 11:5 29:4
43:10,12 47:3 56:7
60:22 73:7 82:2
92:15 93:2 99:17
124:7,18 134:20
135:4,6 137:1
149:20 152:6
159:20 160:4 173:7
183:19 184:14,16
185:7 186:8,10
191:10 201:12
206:8 210:22 214:4,
8 218:4 225:15
235:20 238:16

**says** 12:14 16:18
28:15 36:3,14 37:14
38:22 39:11,14
52:14 53:23 55:22
56:5,14 60:3 65:5,
23 66:8,9,18 67:2,7,
11 68:23 69:14 71:3
73:16 98:15 99:2
100:8,21 108:24
109:10 110:8
112:24 113:4
117:11,12,13

119:11 121:18
122:14 125:6
127:17 128:11
129:10,13 130:16,
19 137:13 145:12,
19,24 146:14,23
150:17,19 153:15,
18 157:22 166:1
167:3,11,14 168:17,
22 170:9 173:3
182:10,18 189:19
192:4 193:5,24
194:4,19,20 195:5
197:14,19 200:12
212:1 213:8

**scenario** 233:17

**scheduled** 8:9

**Scholl's** 97:7

**school** 70:15

**Scott** 120:22,23
126:14,16,22
127:14 128:5,7
129:7 131:14
147:11 152:3

**scratch** 161:18
162:7 163:3,10
164:11

**scratches** 164:9

**screen** 9:2 35:11,21
48:8 50:20 51:10,16
52:5 64:23 65:18
98:12 105:14 118:3
121:10 122:4
137:21 148:17
150:12,13 159:6,10
165:12 167:2,8
172:18 174:24
177:3,16 181:6
187:3 188:1,4,7,10,
13,24 189:3 204:17,
19 209:19 211:3

**scroll** 34:17 35:5
50:14,16 177:7

**search** 40:7 98:14
100:6,19 101:11
189:24

**searched** 101:8

**second** 8:18 26:12
66:7 81:1 99:1,16
100:2,3 117:16
122:14 141:8,10,24
142:2,18,20 143:4,6
145:21,23 147:9,23

167:14 174:15,18,
19 186:21 209:5
222:13 224:2
229:22 237:24
238:19

**Secondly** 225:2

**secretary** 31:1 32:3

**secrets** 236:18,19

**section** 100:21
156:13,15 158:20,
21 162:8

**secure** 112:21

**see** 8:21 27:17 29:6,
8 34:23 35:11,20,22
36:2,14,16,19 39:11
40:8,10,18 48:8,10,
16,17 50:23 51:8,
16,23 52:5 64:23
65:19 67:7 74:8
75:20 76:8,10,17
81:11 84:7 98:11
99:14 107:1 109:15,
16 111:10 112:23
113:3 118:3 122:5
131:15 134:16
141:14 145:15,16
149:14 150:11
157:24 159:7,11
162:7,8 167:3,4,9
169:3,6 177:6,16,
17,22,23 182:24
188:17 190:1,2
193:9,10 194:6,16
195:1 196:3 203:16
209:18 211:4,24
229:1 230:23

**seeing** 50:5,20
165:16

**seek** 227:16 228:2

**seeking** 216:12
217:18 218:10,20
220:1 223:23
225:20 226:5

**seeks** 224:6

**seemed** 73:5 230:4

**seems** 22:13 26:23
82:3

**seized** 63:8

**selected** 173:5

**sell** 91:10,15,18
92:2,13 96:8,9,15,
16 97:3,21,23 98:4

**selling** 96:10 97:12,
14,15,18 110:10

**send** 8:23 9:19 26:7
110:15 111:18,22
114:21 115:2,20,22
116:3 130:17,22,23
136:10 145:19
149:17 150:22
174:14 197:21
209:8 234:11,19
237:8

**sending** 8:20 84:20
130:20 147:5
149:14 168:19
171:13 207:22
208:3

**sends** 169:21

**senior** 103:13
122:17,21 123:11

**sent** 19:2 28:13
110:20 113:5
115:23 116:8 133:6,
20 151:2,3,7,8,10
168:22 171:2
172:19 173:2
174:17,20 182:10
197:12,24 198:2,8

**sentence** 125:12

**separate** 26:21
101:9 110:10
133:11 135:10
193:8

**separately** 113:15

**September** 66:14,
20,24 67:4,14,15,19
73:16 76:19 136:22
137:3

**series** 36:18

**serve** 31:2

**served** 70:15 133:21

**service** 56:14
211:13,14 212:7,12

**services** 93:12,19,23
94:13,15 95:7,10,
17,21,24 96:1,2,16
102:3,8,14

**set** 34:16 35:12
37:23 48:6,20,22
52:20 113:9,14
133:19 170:21
189:10

**sets** 174:17

**seven** 13:2,4,7
67:16,21,23,24
72:12 122:4 234:19
238:1

**seven-and-a-half**
236:17

**several** 215:15
216:2 219:20
222:14,18,20 224:3

**severance** 27:5 39:1,
9 40:21 41:3,18,24
44:7,9,13 47:3,8,22
55:15,23,24 56:6,8,
16,21,22 57:5 58:3,
13 68:3,5,12,14,16,
17 69:6,11,16,17,19
74:11 75:3,18,20
76:6,7,8,9,11,17
136:16,24 137:2,13,
14,16 138:24 139:6
147:4 151:16 159:2,
21 160:24 164:21,
23 203:24 204:7

**Severin** 107:16,24
108:4

**shall** 69:3 70:10
193:8 195:1 202:18

**Shannon** 6:3

**share** 28:9 94:4
118:3 202:16 239:6

**shareholder** 24:11
26:10 120:1

**shareholders** 24:8,
11,18,23 25:20
28:3,4 117:9 165:8

**shareholdings** 25:17
27:21,22

**shares** 24:22 25:23,
24 26:1,2,3,10
27:24 28:3,6,7,8,9
30:11,12,14 90:4

**shares'** 25:24

**sheet** 171:10

**shelf** 91:9,11,16
92:2,13 98:1,16,17

**Shoen** 105:24

**short** 29:11 35:9
36:10 44:1 100:4
117:3 119:8 127:16
172:5,13 229:19
231:5

**Shortly** 189:19

**should** 6:13 12:24
62:8,11 110:3
113:22 118:14,15
121:6 145:13,15
146:6 165:15 178:9,
10,15

**shouldn't** 132:2
178:8

**show** 73:4 131:20
177:14

**showed** 17:6 50:9
214:16

**showing** 16:14 48:4
108:22 130:10
144:22 153:24
165:11 193:1 213:4
214:13

**shows** 100:19 114:4
115:21 181:6

**side** 81:12 112:21
159:6 165:14
169:22 177:19

**sign** 37:8,13 49:7,15
60:15 61:2 135:21
139:7 240:20

**signature** 37:6,13
44:20 46:9 47:4
49:2,3,22 66:1,2
106:1,11,21 107:4,
5,7 125:1 131:3,6
132:10,11,21,24
133:16 139:13
146:5,6 147:21
152:7,11,12,14,16,
19 157:14 160:16
161:16 164:6,17
194:8,14,15 195:21
196:3

**signatures** 105:23

**signed** 39:9 40:21
41:3,18,24 44:9,13
47:8,21 49:11,14,16
54:6 60:22 61:24
62:4,7,9,11,13 66:5
69:3 71:15 133:7
134:19,20 135:3
145:13,14 147:9
160:22 163:8,12,15
194:6,10,24 196:4

**significance** 22:4
52:23 131:5 179:12

**significant** 146:2

**significantly** 206:12

**signing** 49:12,14,19

**similar** 71:15
121:23

**simple** 78:18 218:3
226:13 228:8

**simply** 77:7 199:23

**simultaneously**
194:23

**since** 33:6 38:1 39:5
40:6 83:15 106:14
167:19 212:11,15
213:8,15,17,23

**single** 224:24

**sir** 10:4 14:18 32:8

**sit** 13:8

**six** 9:19

**Sixteen** 70:14

**sixth** 51:14 133:19
135:16

**size** 84:10,14,15,18

**sized** 113:13

**skip** 187:18

**slide** 35:8 152:22

**slower** 69:9

**slowly** 142:16

**small** 148:12 167:16

**smaller** 83:19,24
84:8 159:10 203:12

**smiley** 167:13

**Smith** 207:10

**so** 6:16,23 8:19,22
9:23 13:12 16:14
18:8,9 19:11 20:11,
17,20 21:6,8 22:17
23:10 24:6 26:7,9,
12 27:1,6,11,20
28:16 29:13 30:13
35:18 36:8 38:14
39:12 40:19 41:1,9
42:18,20 43:10
44:7,21 45:2 46:17
49:6 50:4,14,17,21
51:1 52:18 54:6,18
55:12,16,21 58:16
59:1,18,23 60:21
62:2,16,17 66:16
67:17 69:17 72:16
73:6,22 74:22 75:2

**77:14** 78:2,12 79:5
82:8,23 83:18 84:8,
19,20,22 86:1 87:9
89:12 92:21 93:2,21
94:7 96:8,14 99:4,
14 100:14,15,18,22
101:3 103:18
104:21,23 105:20
106:11 108:17
109:9 111:23,24
112:8,10,16 114:7
116:15 117:8,11
119:11 123:9 124:5,
9,16 127:12 133:3,
22 135:3 136:23
137:11,22 138:9
139:13 141:3,22
142:16 145:14
147:1,9 148:4
149:3,12,13 152:21,
22 154:9 156:22
158:7 159:10 160:4,
23 164:22 165:20
167:8,11 168:2
170:13 172:6 173:9
176:17 177:6,16
178:18 179:6
180:11 181:16
182:12,14 183:7,8,
18 184:6,14,24
185:14,19 186:11,
14 191:18 192:17
193:11 194:10,13
195:18 196:14,16
197:2,9 198:24
200:2,19 201:4,21
202:6 203:9 204:9,
21 206:13 209:7
210:22 212:8,15
213:11,14 214:4,19
215:1 218:2,8
219:17 220:6,16
221:1 222:1,16,22
223:15,18 224:15
225:7,9 227:4
228:20 229:18
230:3,5,7,12
231:19,21 232:15
233:16 235:7,13,19
236:16 237:2,7,13
238:2,5,12,17
239:6,16,18

**software** 98:20

**sold** 91:6,14 96:8,21
97:4,5,6,19 153:15

**sols** 97:7

**solutions** 98:17

**solved** 35:16

**some** 6:15 8:16,20
11:6 15:11,12,15
17:21,23 22:2 27:2,
14 29:16 30:8 31:12
33:16 40:5 42:18
46:7 48:11 64:24
65:10 73:11 76:21
78:17 84:6 87:2
90:1 92:6 95:10,11,
16,20 102:20
112:12 117:13
121:12 125:20
142:8 144:4 146:8
147:4 148:16
153:12 159:7 164:1,
11 170:19 182:3
190:15 212:22
213:4,24 222:8
223:23 225:12
231:11,21 232:9,11
234:14 236:16

**somebody** 43:4
44:23 64:17 95:11
116:12 117:21,22
118:6 120:6,14
126:8 147:24 148:4
155:24 163:14
183:15 184:20
185:12,14

**somehow** 35:17
225:3,10,11

**someone** 31:1 38:12
43:23 74:2 95:16
111:16 115:15
117:18 118:1
120:19 181:20
205:13,15 206:23
208:8 228:16,17

**someplace** 187:21

**something** 10:15
17:6,7 28:16 40:20
43:4,5 55:3 56:9
59:21 71:5 73:24
86:6 96:10,15,16,17
97:21 106:14
108:11 113:21
115:6 124:10 151:3
159:8 185:3 197:23
208:3 212:21 231:8
235:5,13 238:7
239:19 241:1

**sometime** 27:20
67:14 225:6
**son** 39:19 62:24
208:16
**Songer** 51:9
**sorry** 6:12 16:8
18:10 31:20 32:6
38:21 43:3,6 63:18
67:8 68:4 94:18
102:2 113:19 119:4,
5 131:8 132:3
140:17 149:20
158:10 167:12
171:14 176:1
188:16 191:8
194:12 195:20
197:17 207:7
224:10
**sort** 78:17 121:12
212:22 232:9,11
234:14
**sound** 143:13
**sounds** 117:17 227:5
238:9,21
**source** 23:14
**space** 83:18 84:1,12,
13 190:1 194:23
201:23 203:8,11,20
205:19
**speak** 5:4 14:22
37:11 40:11,12
54:14,16 56:12,13
123:21 126:2
173:19 207:5
208:11 217:24
222:4,6 226:23
235:22
**speaking** 17:13
26:15 75:9,12
106:15 138:15
206:5 231:20
**speaks** 217:21
**specializes** 63:24
**specific** 17:1 39:8
43:17 64:14 144:1
156:21 200:11,16
215:12
**specifically** 63:20
138:3 190:16
200:23 201:8
215:11 218:19
**speculate** 77:10

**speed** 36:22 227:5
**spell** 8:12 114:15,18
148:4,5,8
**spend** 87:21 88:2
101:11
**spending** 112:12
117:13
**spent** 88:18 205:18
**spit** 112:10
**split** 25:24 28:4
**spoke** 126:21 195:7
201:6
**spoken** 195:11
**square** 83:20 136:10
202:11,17 203:4,7,
12,14,16,17 239:13
**SS** 167:19
**stamp** 175:3
**stand** 77:19 78:6,21
79:5,24 184:2
**standard** 155:23
164:2,12
**stands** 77:11,16
78:14,19 79:3,22,23
**start** 18:17 21:20
71:23 77:20 83:4
93:18 95:15 105:1
108:3,18 112:20
113:16 135:2 153:8
170:10 176:3,6
198:4,6 221:4
**started** 6:7 94:1
112:22 167:20
**starting** 113:19,20
**starts** 51:15 65:19
175:2 194:11
**state** 5:8,16 8:11
18:22 22:3 26:12
38:23 156:12
210:21,23 211:15
212:8,13 213:13,18
214:5,9,12,15
215:22,24 235:12
**stated** 7:23 18:23
24:14 70:19
**statement** 36:24
37:1 39:11,12 46:7
48:14 53:10 56:20
62:23 63:22 81:13
141:12,13 142:5
209:18 218:4,21

234:14
**statements** 81:12
141:16 223:24
**States** 8:7
**status** 99:12
**stay** 86:19,22,24
87:5,6,8 119:7
**step** 26:11 224:24
**Stephan** 23:14
**Stephen** 5:23 9:19
16:11 19:5 27:9
35:16 91:24 100:23
132:6 134:7 135:24
174:13 180:15
209:9 221:23
224:10
**steps** 224:3
**Stern** 5:23 6:6,12
7:1,7 9:9 11:13
16:13,20,24 17:11,
16 19:6,10,16,22
20:2 21:15 22:1,10,
21 23:5,7,8,11,15,
20 24:12 25:1,5,8,
12,18 26:11,17
27:13,23 28:12,19,
22 29:3,24 30:6,16
33:24 35:3,7 36:4,6
38:16 41:6 45:13
46:3 47:11 50:6,14,
20 51:1 52:22 54:3,
8 56:10,23 61:10
68:9,19 69:12,24
71:1 73:21 74:2,12,
19 75:4,11,13 81:1,
8,10,17,20 82:7,10,
12 84:21 87:22 88:4
89:6 90:6,11,20
91:3,12,19 92:4,9,
15,17,21 93:15
94:20 96:18,24
99:6,22,24 100:11,
24 101:7 105:18,21
106:2,13,16,22
110:21 111:5
118:23 132:2,4
134:9,23 136:3,12
137:23 148:22
149:7 150:13 155:9
156:3,10 159:3,12
161:7 166:15,21
167:5 174:15,17
175:13 176:10

177:14,20 180:16
182:7 185:5,21
186:19 187:1,17,20
196:18,23 197:3
199:11 200:4
204:14,17 208:24
209:15 210:4 212:4
213:19 215:9,14
216:2,7,13,19
217:1,12,14,20
218:11,21 219:8,20
220:2,10,19 221:3,
15,19 222:3,7,13
223:10,21 224:14,
19,24 225:16,22
226:4,8,14,16,20
230:14 235:22
236:4 238:23
240:18
**Stern's** 22:11
**Steve** 74:1
**still** 32:6,9,12 64:13
69:8 78:8 83:12
88:4 98:8 150:12,13
180:17 210:18
227:5
**stipulate** 5:16,19
6:10
**stock** 22:20 23:2
**stockholding** 29:23
**stole** 42:20 43:4,5,11
**stolen** 42:13,21 43:7
44:18
**stop** 32:15 73:22
138:2,14,15,17
191:21 224:17
227:18,21,24
**stoppage** 192:17
**stopped** 86:5 87:1
94:12 179:14,15,18,
21,23 181:8,13
191:6,11 192:14,15,
18,20 195:8 199:3,
6,9,14 201:12,18
**stopping** 190:20
**stops** 177:7
**straight** 45:9
**strategies** 228:3
**stream** 159:5
**street** 107:22
146:18,24 203:13
205:19

**stub** 169:20
**stuff** 19:12 32:3
**subject** 37:22 39:7
108:24 113:6
145:12 170:8
195:13 199:19,20,
22 201:3
**submitted** 37:4
**subpoena** 133:21
135:17 211:16,18
**subset** 17:22,23 18:8
**subsidiaries** 21:11
**subsidiary** 21:22
**substance** 12:20
15:19 29:1
**substantial** 202:8
**successful** 104:10
211:15
**such** 45:21 52:19
185:23 190:23
206:17
**sudden** 78:24
166:19,24
**sued** 217:9,10 229:7
**suffer** 205:21
**suffered** 206:14
**suffering** 13:19
**suggest** 81:13 93:3
225:10 229:17
**suggested** 38:16
**suggesting** 19:16
35:3
**suggestions** 141:21
**suggests** 54:4
**suing** 219:3,5,7,24
220:8,17 225:20
228:1,17
**Suite** 107:24 108:4
**Sunday** 112:13
113:5,11 114:5
117:14 119:12,18
**Super** 87:17 88:2
**supersede** 68:24
69:11
**supplement** 8:24
38:10
**supplemented** 53:12
**support** 192:12

**suppose** 113:10
**supposed** 46:20
55:1,4
**sure** 8:13 9:23 13:14
16:1 22:7,8 23:8
26:7 29:5 31:18
33:14 34:4 42:10
48:12 51:13 53:13,
14,15 64:9 65:10
67:22 70:21 73:20
85:15 101:17
105:13 110:9,16
112:2 113:2 114:11
120:10 129:21
139:6,9,13 153:2
161:12 168:9
169:10 170:20
176:13,17,22 177:2,
8 182:13 191:13
194:3 195:15
204:10,23 206:4,20
208:21 210:1
211:10 212:12
222:16 230:3
239:16 240:24
**surmise** 191:5,9,13,
14,20
**suspect** 215:2
**swear** 7:12
**swearing** 5:17,19
6:10
**switchboard** 230:22
**switching** 84:19
**sworn** 5:5 7:17,20
**system** 64:7
**systems** 214:17

---

**T**

**T-E** 8:15
**Tagnetics** 89:16,18
90:5,16,18,19
93:12,20 94:13,16
95:2,8,11,17,21
96:2,6,9,11,15,16,
21,23 97:10,13,16,
20,21,24 98:5,9,13,
15 99:4,10,21
100:1,7,8
**Tagnetics's** 90:24
**Tagnetics.com** 99:2

**take** 11:24 12:1
35:18 74:22,23
81:22 104:19
116:24 117:1
141:21 172:5,9
187:9 213:9,14
215:7,13,20 221:15,
18 222:9 224:7,20
225:1 228:24 229:9,
10 231:3 236:15
237:8
**taken** 8:5 29:11 35:9
36:10 44:1 75:6
82:15 100:4 117:3
119:8 172:13 174:6,
9 213:9,15,18
214:1,3 222:15
223:5 224:3 227:7,
14 229:19 231:5
**takes** 98:24
**taking** 13:18 45:21
81:9 200:16 209:20
223:16 224:11,22
225:3 231:2
**talk** 9:23 17:16 22:9
23:1,2 28:24 74:19,
20 77:8,13 79:9,17
80:23 92:9,10
106:13 113:23
116:22 117:10
136:19,20 137:10
142:15,16 157:8,9
162:11,12 170:20
182:7 207:6 215:14
216:6,8 219:20
220:3 221:19 222:3,
11,23 223:10 224:8,
14,21,23 225:13
226:3,7,8,16,17,18,
20,21 227:22
228:11,12,15 229:3
231:16 232:6,19,20,
24 234:22 235:11
237:13,24 238:18,
23 240:6
**talked** 116:2 159:18
206:16,21 207:10
**talking** 21:9 28:19
31:16 78:8,13,15
81:5,7 82:23 111:12
117:20,22 129:6
134:19 137:6
164:17 219:13
234:20 235:21

237:4,14 238:2,5,17
**talks** 120:13
**team** 100:22 212:13
**technologically** 9:4
**technology** 9:7
98:17,18
**telephone** 20:22
117:21 212:9
**tell** 37:2 45:20 48:23
49:22 50:23 53:15
59:18 73:14 76:19
77:14 78:21,22
82:24 140:14
165:13 175:2
186:19 205:8,11
208:2 213:3 218:17
223:5 232:22 233:1,
2 234:3 237:11
240:13
**telling** 74:15 79:21,
23 126:9 207:12
**tells** 152:13 206:23
**temporarily** 235:24
**temporary** 236:10
**ten** 85:12,16 88:16
174:16,18 184:12
186:16 202:6
235:10
**tenant** 193:7,17,20
202:9,15
**term** 85:2 125:9,13
127:21 128:22
136:16 158:23
162:1 177:9,11
**terminated** 33:17
34:6,9 39:18 127:9
196:11 201:24
210:19
**termination** 129:11
173:10
**terms** 22:2,3 58:23
60:5,8,12 68:17,23
69:1 70:23 92:24
126:4,11,17,18
127:23 128:3,9,13
129:1 131:18
137:13,14,17
138:24 151:13
153:23 155:1 156:7,
19,24 157:18 158:3,
17 159:19,20
202:21,23,24 203:9

207:1 237:5 238:2,
16
**terrific** 87:14
116:22 197:9
**testified** 7:20 20:10
201:19
**testify** 20:18 75:8
78:4 92:7 187:13
**testifying** 141:15
187:11
**testimony** 7:22
17:12 20:10,14
44:24 58:2 124:21
142:8 160:23 221:1
231:21
**text** 51:1
**than** 7:6 8:10 10:16
14:1,3 18:16 21:23
23:3,12,17 27:17
38:6 43:19 57:16,24
58:20 67:21,23
68:15 69:14,16
70:4,16,21 71:12
72:11 73:1 79:22
85:12,14,16,23
88:9,12,14,15,16
90:10 111:15 114:9,
14,20 115:17 126:7,
12 128:1,7 129:5,12
143:16,20 144:4
146:9 149:7 152:15
155:16 160:13
163:21,23,24 164:2,
8,9,12 169:13 173:9
181:4 183:18 191:4,
9,20 199:17 200:16
201:5,11,14,19,23
202:2,19 203:3,7
216:21 220:22
221:11,21 223:20
228:5,7,14 234:13
235:23 236:23
**thank** 6:12 14:23,24
23:7,8,12 82:12
117:2 132:6 154:7
159:12 167:5
172:11 187:1,20
221:13 231:19
235:8 240:7,23
241:2
**Thanks** 100:24
145:20 167:14
170:22 182:20

**that** 6:9,13,14,20 7:3
8:3,20,22,24 9:1,2,
15,24 10:1,2,3,7,10,
11,18,19,20,22,24
11:4,7,9,10,12,16,
18,23 12:1,2,3,6,11,
13,15,16,22,24
13:5,7,10,14,16,20
14:14,15,22,23
15:9,12,13,15
16:14,18 17:2,6,11,
12 18:21 19:1,7,8,
10,12,13,16,17,18,
19,20,23 20:3,4,11,
17,18,21 21:4,5,7,8,
23 24:4 25:16,22
26:4,5,8,9,12,18,20,
21,23 27:4,6,11,16,
23 28:1,2,13 29:5,
13,17,18,19 30:4,
14,15,24 32:19
33:14,18,19,20,23
34:23 35:2,3,5,20
36:16,17,19,23
37:4,10,15,16,19,
20,21,22 38:13,16,
17,21 39:3 40:3,9,
17,18,22,24 41:4,
10,20,22 42:2,3,5,6,
12,14,17,23 43:3,5,
8,10,13,18,20 44:8,
9,10,11,14,20,21,23
45:1,10,22 46:2,5,
22,23 47:3,6,7,23
48:16,17,19,20,22
49:9,12,13,21 50:3,
17,19,20 51:12,19,
23 52:6,8,10,24
53:20,23 54:1,3,4,7,
22 55:4 56:4,7,9,17,
20 57:2,3,11,16
58:2,5,15,18,22
59:1,9 60:1,3,10,14,
15,16,18,20,21,22,
24 61:1,5,9,15,17,
19 62:1,4,5,19
63:11,18,23 64:5,19
65:1,3,14,15,19,23
66:10,12,13,14,19,
24 67:4,5,9,17,18,
19,20 68:1,13
69:14,15,16,22
70:20 71:5,6,12,20,
21,24 72:10,16,18,
20,22 73:2,7,11,15,

17,18 74:8,15,16,23
75:2,4,5,8,9,17
76:5,13,15,19,23,24
77:4,15 78:12,18
79:4,7 80:18,21
81:11 83:6,8 84:12,
16,17,19 85:11,17,
19,24 86:6,7,9 87:2,
10,16,18,19,21,24
88:18,20,21 89:9,
14,19,20 91:10,18
92:17 93:4 94:14
95:3,5,11,17,22,23
96:3,4,13 97:10,11,
15,19 98:3,4,8,9,20
99:4,14,16,18,19
100:1,8,19,20
101:9,10,12,13
102:8,11 103:2,15,
18 104:6,9,20
105:3,13 106:1,14,
23 107:4,9,17,18
108:12,15,21 109:4,
6,8,15,16 110:4,6,
11,16,19,20,24
111:1,2,11,15,16,
18,19 112:1,4,5
113:2,10,16 114:10,
11,24 115:4,5,17,19
116:2,6,7,8 118:13,
17 119:1,4,11,17
120:3,4,5,13,14,17,
18,19 121:8,18
122:4,5 123:2,6,22,
23 124:1,2,3,4,16,
17,20 125:2,8,11,
13,19,21 126:1,2,4,
9,12,16 127:21
128:2,5,22 129:6,8,
22 130:1,2,12,13,14
131:2,5,18,21
132:12,15,20 133:1,
3,7,10,12,13,20,22,
23 134:9,20,21
135:4,5,6,8,11,12,
13,14,20,21 136:3,
6,7,9,12,18,21,24
137:1,14,17,22
138:24 139:4,6,7
140:15,16,19,24
141:2,4,15,16
142:5,8,11,22,23
143:9,15,17,19
144:2,9,18,24
145:5,11,15 146:2,

4,9,21 147:2,7,8,20
148:16,18,23
149:10,14,18,20
150:3,4,8,10,16,19,
20,22,23 151:1,5,14
152:5,6,8,10,15,16,
18,21,22,24 153:2,
17,23,24 154:2,3,9,
10 155:6,14,22,24
156:1,6,8,9,12,13,
17,24 157:3,15,17,
19,20 158:5,10,16,
22,23 159:2,14,20,
21,22,24 160:2,4,5,
10,13,14,21,23
161:4 162:1,2,3,5,
15,23 163:1,4,7,10,
13,21 164:2,8,19
165:13,14,18,20,23
166:6,10,15,16,24
167:4 168:2,4,10,
15,24 169:1,6,10,20
170:5 171:16,24
172:19 173:2,21
174:1,3,5,9,15,24
175:9,10,22,24
176:4,20,24 177:2,
3,11,12,14,18,22,23
178:1,4,6,15,18,20
179:6,12,14,21,22
180:7,22,24 181:5,
8,10,12,14,19,20,
23,24 182:2,9,24
183:1,5,8,10,12,14,
18,19 184:5,7,15,18
185:1,2,4,18 186:1,
10,13,20,23,24
187:14 190:1,2,19
191:5,8,10,14,20,24
192:3,8,12,14,15
193:9,10,23 194:3,
4,9,16,19 195:1,4,7,
10 196:1,4,15,24
197:8,12,14,21
198:8,11,13 199:3,
4,6,9,13,17,20
200:1,2,8,9,20,23
201:6,12,14,22
202:3,15,21 203:2,
3,5,6,8,11,18
204:14,18 205:4,7,
8,13,14,15 206:3,9,
17,20,24 207:4,11,
13,16,19,24 208:2,
8,9,12,21 209:13,21

210:10,11,13,17,20,
22,23 211:4,11,19,
24 212:1,14,22
213:1,3,4,8,24
214:4,5,8,9,13,16,
22,24 215:2,13
217:8,10,11,17,21
218:4,5,6,7,9,10,12
219:4,7,9,10,11,14,
17 220:1,9,17
221:20,21,24 222:8,
10,14,19 223:2,3,7,
8,16,18,20,23
224:3,6,10,12,24
225:2,7,9,10,14,15
226:6 227:6,14,16
228:14 229:13
230:11 231:16,21,
22,24 232:2,5,8,11,
23 233:4 234:2,5,8,
11,12,13,14,18,21,
23,24 235:1,3,5,13,
14,20 236:3,4,6,8,
12,18,23,24 237:7,
11,16,24 239:2,7,
15,18,19 240:1,4,13

**that's** 17:15 24:14
30:2 38:19 45:14
78:7 85:17 91:21
92:6,8,21 94:17
97:16 100:22 101:5,
12 106:9 110:18
113:23 116:1,5
117:18 118:11
119:2 133:8 136:6,
13 138:11 141:22
142:23 145:9,11
146:20 148:15
150:14,18 151:19
152:12 153:18
157:2,13 158:24
160:2,7 161:24
162:21 164:12
168:21 174:1,2,3
175:6,8 183:20
185:12 186:18
191:13 192:4
193:24 194:3,12
195:5 197:9,19
198:20 199:5,16,23
204:17,23 212:10
214:11 215:16,23
217:10 221:14
222:13 225:16
226:2 228:18

234:16 235:6 236:9,
12 238:8,20,22
239:20 240:16

**the** 5:2,4,5,6,7,8,10,
11,13,15,17,19,20
6:2,3,10,13 7:2,12,
15,21,23 8:3,5,7,8,
9,11,12 9:2,4,7,15,
18,22 10:2,12,16,
17,20,21,22,23,24
11:1,2,10,13,17,19,
21 12:2,3,5,6,7,8,
13,15,16,18,20
13:3,4,11,15 14:1,3,
15,21 15:10,11,12,
13,15,18,19,20,24
16:15 17:3,4,8,12,
18,24 18:5,8,9,11,
16,20,22,24 19:2,6,
10,21,22,23 20:4,
10,16,17 21:3,5,6,
12,13,18,19,23
22:1,5,6,19,23 23:5,
14,18,19,21 24:7,
10,11,15,17,21,23
25:2,7,9,10,13,17,
19,20,23 26:4,7,8,
10,12,17 27:18,21,
22,24 28:2,3,5,20,
23,24 29:1,7,8,22
30:3,7,8,10,11,12,
14,17,19,21 31:2,5,
6,7,10,16,23,24
32:2,3,9,12,17,19,
21 33:10,11,12,14,
16,17,18 34:2,5,8,
15,18,21,23 35:7,
11,12,17,21,22,23,
24 36:1,2,7,14,17,
18 37:1,3,6,9,13,15,
16,18,19,23,24
38:1,3,8,10,14,23
39:2,3,5,6,7,19,21,
23 40:6,12,17,23
41:1,7,16 42:1,6,9,
11,12,13,16,17
43:6,13,15,19 44:2,
5,6,8 45:8,9,16
46:4,15 47:3,12,14
48:8,13,14,16,19,
20,21,22,24 49:1,3,
16,17 50:5,6,9,16,
17,20,22,23 51:1,8,
10,14,15,21 52:5,
11,13,14,15,16,17,

18,19,20,22,24
53:3,5,7,9,10 54:3,
6,14,21 55:3,7,13,
14,15,17,22,24
56:4,6,11,12,14,24
57:15,19,24 58:7,
20,23 59:2,9,12,17,
19,20 60:2,6,8,9,12,
16,18,20,21 61:7,
10,11,17 62:22,24
63:1,2,11,14,21
64:1,2,6,7,8,12,14,
7 67:7,11,13,18,21,
23 68:6,10,11,17,
20,23 69:1,13,17,
18,19,20,21 70:1,3,
4,6,9,10,11,13,16
71:2,6,10,11,12,15,
17,24 72:4,8,11,15,
19 73:1,19 74:7,12,
16,20,24 75:1,6,14,
19,20 76:8,9,10,14,
17 77:20,22 78:4,5
79:14 80:2,5,13,15,
22 81:1,3,6,7,10,11,
13,14,15,23 82:13,
16,18 83:8,11,14,
15,23,24 84:6,9,10,
14,15,18 85:2,4,21
86:11,22 87:6,8,17,
19 88:2,5,7,10 89:4,
5,7,23 90:4,8,21,23
92:2,13,23,24 93:6,
14,16,18,24 94:10,
21 96:14,19 97:1,9,
13,15,16 98:1,11,
16,18 99:1,7,12,13,
15,16 100:2,7,19,
20,21 101:9,22,24
102:14,15 103:1,3,
5,10,11,18 105:12,
14,23 106:2,3,5
107:10,12,13,14,15,
18 108:6 110:18,22
111:5,6,8,10,15,24
112:2,8,14,21,23
113:13 114:4,7,11,
12,18 115:2,11,14,
15,18,20 116:5,22
117:4,5,9,15,18,19,
21,24 118:5,7,24
119:7,9,12 120:4,9,
12,13,15,20,24
121:1,10,12,13,21,

23 122:13,16 123:1,
5,7,23 124:2,16,17,
24 125:12,19,23
126:2,4,9,11,14,15,
18,19,21 127:1,7,
14,15,23 128:1,3,9,
13,21 129:1,5,11,
12,18,23 130:3,9,11
131:5,7,9,11,13,14,
15,23 132:2,9,10,
12,13,14,15 133:8,
10,12,15,16,19,23
134:11,18,24 135:8,
9,15,17 136:4,10,
11,17,21,23 137:14,
16,19,21 138:1,6,
11,14,17,21,23
139:14,19,20 140:9,
10,18,22,23 141:8,
9,10,11,21,22,23,24
142:1,2,3,17,18,19,
20,21 143:4,5,6,8,
16,21,22,23 144:20,
21,24 145:1,5,17,
21,22,23 146:5,6,8,
11,14,19,20,21
147:5,9,10,20,24
148:1,16,17,18,22
149:7,10,12,13,16,
18,23 150:11,12,13,
17,20,21 151:6,7,8,
9,13,20,21,23
152:2,3,5,21 153:5,
6,9,13,20,21 154:7,
9,10,12,15,22,23
155:4,5,6,10,23
156:4,7,11 157:9,
10,12,16,21,22,24
158:17 159:6,7,9,
10,15,20,21 160:16,
17 161:9,18,19,20
162:7,12,15,21
163:2,3,9,10,15,18,
24 164:2,7,9,10,12,
14,16,18 165:2,7,8,
9,11,12,14,15,16,
19,21,24 166:2,20,
21 167:2,3,7,11,14,
18 168:1,3,12,14,22
169:1,20,21,22
170:11,13,14,16,21,
24 172:2,11,18
173:3,4,8 174:1,3,
11,18,23,24 175:5,
10,14,23 176:4,11,

12,19,20,21,23
177:5,6,7,9,10,15,
16 178:3,12 179:2,
6,11,12,13,14,16,
19,21,22,23 180:1,
10,16,20,21 181:3,
5,6,7,15,16,19,23
182:3,5,13,21
183:1,5,13,22
184:1,4,7,10,11,15,
18,22 185:2,3,9,11,
13 186:2,5,15,23
187:3,4,9,15,22,24
188:1,3,4,7,9,10,13,
19,21,23,24 189:3,
10,13,14,16,20
190:4,7,8,10,19
191:11,21 192:2,6,
9,10,12,13,20,21
193:11,14,17,20
194:5,8,18,20,22,23
195:9,13,21,23
196:1,3,4,10,11,13,
15,16,19 197:8,23
198:1,3,15,18,21,
22,24 199:1,4,7,10,
12,13,20 200:5
201:4,6,10,11,13,
14,16,17 202:3,4,6,
7,8,14,19,21,22,24
203:2,6,8,9,11,12,
13,14,16,17,18,20,
24 204:3,4,5,7,12,
14,17,18,23 205:3,
6,7,8,12,13,18,22
206:2,5,6,10,11,13,
14,15,16,17,18,20,
23,24 207:1,8,9,11,
12,15,22 208:1,3,4,
18,20,23 209:1,2,8,
12,15,19,20 210:3,
6,15,16,18,21,22
211:3,15,20 212:2,
5,6,7,8,9,11,12,13,
24 213:3,5,13,17,
20,23 214:2,5,8,10,
12,14,15,17,18,19,
21,23,24 215:3,7,
17,18,20,22,24
216:7,12,14,16,18,
20,21,22,24 217:2,
4,5,6,15,18,20,21,
23 218:1,2,6,10,12,
13,14,17,18,19,20,
23 219:5,6,9,10,16

220:5,12,13,20
221:2,5,7,20,21
222:4,8,14,15,17
223:6,7,11,12,15,
17,18,21,22,24
224:3,4,5,6,11,12,
15,22 225:10,22
226:1 227:4,9,13,15
228:1,2,3,4,5,10,13,
19 229:1,2,4,5,6,7,
10,14 230:4,6,11,
12,14,24 231:6,8,
15,17 232:3,4,8,16,
17,22 233:2,8,9,10,
11,13,15,16,18,19,
24 234:6,7,10,11,
15,18,24 235:4,5,
10,20,24 236:1,4,5,
8,9,11,15,22,23
237:3,5,7,11,15,17
238:1,10,13,15,20,
21,22 239:3 240:16,
17,20 241:4,6

**theft** 14:8 178:19
180:4,5,11,12,23
181:1

**their** 7:21,23 22:3
36:18 43:18 61:9
113:16 206:6
214:17 225:20

**them** 8:21,22 15:17
19:9,14 22:14 42:18
43:19 49:15 59:13
61:12 63:13 64:16,
17 65:21 97:18
113:20 136:11
144:5 146:8 154:18
172:15 200:17
211:10,13,14,15,16,
17 217:18 224:13
234:13 237:2 239:3,
6

**themselves** 5:16
54:14 56:12

**then** 7:1 10:16 18:12
35:5 36:18,24 37:1,
5,14 39:11,13 42:16
47:14 48:13,18
51:14,21 52:4 58:21
65:9,20,23 66:4,7,8,
17 67:2,7,11 77:14
78:22 85:23 86:18,
22,23 87:10,12
89:13 93:7 99:1,3

101:8 112:23 113:1
114:3 125:6 129:12
130:19 137:20
138:19 140:18
143:15 145:13,17,
21 146:10 149:5
150:9 154:22 155:5,
17,18 157:23 158:2,
21 159:1 161:23,24
166:1 167:20,21
168:2,9 170:5,16,24
171:9 179:10
182:21,22 186:5
188:12 189:2 192:1
195:6 199:14 200:9
209:12,23 213:8
217:21 224:20
227:1 228:6 229:2
230:23 233:3 234:2,
4,22 235:2,12
236:2,7

**there** 6:6,14,17 7:4
9:17 10:13 12:1,19,
23 14:4,20 15:6,21
16:7,9,21 17:1,7
18:16 19:7,15 20:1,
2 21:3 24:18 30:21
31:12,14,18 35:8,23
36:1,21,23,24 37:5,
14 38:6,9,11,12,16
42:7 43:20 44:8,13
47:21 48:11,13,18
49:2 50:3 52:4,10
53:17,19 56:7,15,20
57:3,11,22 58:3,18
60:10 61:5,15,22
64:4 65:9,10,23
66:4,7 67:17 68:3
71:11,19 72:10,17
73:1,17 74:10 75:2,
17 76:5,23 77:2
80:8 81:6 84:22
87:3,16 88:15 89:9,
14 91:20 92:5 93:2,
7 94:12 95:14 99:14
102:18 103:13
105:13,23 107:6
110:14,19 111:17,
21 114:21 115:1,19
116:2,19 122:24
123:10,17 124:10
125:17 126:10
128:2,8 129:7 130:2
133:9,10,15 135:10,
13,20 136:5 139:5,

12 146:2 148:4
153:12,20 154:15
155:12,17,22 156:6
157:17,19 158:1,5
159:6,8 160:20
161:23 162:2,4,22
163:23 164:1,11
165:24 166:2,21
168:9,13,18 171:9
172:14 173:9,21
176:18 177:1,24
187:14 191:2,4
192:1,9,17 194:8,19
196:23 211:4,23
217:7 218:9,19
227:18,21,24 228:1,
9,13 229:1,2,18
230:15 231:8 232:6,
11 234:2,3 236:7,19
239:10

**there's** 92:5,22
113:2 129:7 146:10
148:3 153:12,22
155:18 158:21
159:1 160:17
161:17 162:1 164:1
196:15 230:23

**therefore** 37:17
154:23 191:21
225:4

**therein** 37:21

**thereof** 37:16

**these** 16:6 18:15
19:4 27:7,18 37:3,6
38:1 42:19 49:22,23
64:21 74:17,23 75:5
81:12 137:14,16
138:23 149:22
153:23 155:1
157:17 158:3
168:10 189:12
192:21 202:22
205:22 223:8,17
225:4 229:18
239:14

**they** 5:16 8:6 12:7
15:18 16:5,8 17:18,
20 18:3,23,24 24:20
25:4 27:7,10 30:13,
14,18 33:9 43:5
53:4 63:5,7,20 83:8,
9,20 99:3 101:10
110:3,4 113:15,16,
18,22 116:22

137:15 140:12
143:21 149:24
150:7,8 154:16
162:17,19 167:1,24
181:20,24 190:15,
19 191:6,21 192:8,
14,15,18 195:7
198:2,11 199:3,4,6,
9,10,13,14 201:12
204:1 205:7,8,11,13
206:20,24 207:16
210:19,23 211:17
213:4,7 214:13,23,
24 215:6 224:5
227:10,12 228:1,2
229:6 230:7

**they're** 19:14 93:5
99:15 135:11
225:19,20 228:4

**they've** 206:5

**thing** 50:17 98:15
99:3 100:7,20 103:7
112:2 114:4,11
123:19 147:19
164:14 194:6
207:19 233:19
234:15 238:22

**things** 5:1 9:22
10:22 36:2 63:11
84:6 109:13 113:8,9
114:20 131:7
164:18 170:10
220:16 223:9
224:19 229:5
239:14 240:15

**think** 6:7,13 8:17
9:3 13:13 16:14
17:6,12 19:11,14
23:13 27:9 30:18
33:1 40:16 49:21
53:15,19,20 54:14
56:12 57:6 64:5,9,
11 65:8 68:11 71:6,
20 73:24 80:7 85:23
86:8 89:11,14 97:7
98:7 103:16 104:2
105:20 106:3
108:13 109:6 110:1,
19 113:22 116:21
118:21 126:23
129:9 137:6 140:4,
12 144:8 145:3
150:10 154:1
162:15 164:18

165:15 168:21
170:6 174:17
176:17 177:18
178:13 182:6
185:10 193:14
196:18,24 199:24
200:1 208:15 211:7
212:20 213:16
221:10 222:18
225:14 227:9
231:16 232:13
237:14 238:20
240:21

**thinking** 114:2
235:5 239:12

**third** 24:21 34:16
35:12 48:20,21
107:22 141:8,11,24
142:3,18,21 143:5,8
145:22 146:17,18,
23 171:9 185:9
189:21

**third-party** 187:4
189:11

**this** 5:18,24 6:2,8,
17,19 7:4,6,22 8:3,4
9:8,12 11:2,4 14:15
17:3 19:12,17,24
20:3,4 22:23 23:2
24:13 25:11 26:22
27:2,5,6,14,15,17,
23 29:8 33:7,21
34:14 37:10,12 39:6
40:4 41:21 43:20
44:7 47:15 48:19,
21,22 49:7,13,14,20
50:4,6,12 52:17
53:10,18 54:7,17
56:3 58:10,14 60:12
65:9 67:13,24 68:3,
18,23 69:7,10,19
70:19,23 73:18
75:18 77:4,6 79:15
80:22 81:10 84:12
91:20,21 92:6,7,17,
20,24 93:1 98:7,13,
14 99:6,15 100:18,
19 101:3 105:18
106:3,11,14,15,21,
23 110:1,12,15,16
111:12,18,22
112:21 113:20
114:22,23 115:11,
20,24 116:3,18

118:3,8,13,16
119:2,7,20 121:23
122:2,11,14 123:16
125:17 127:15
128:24 129:10,18
130:17,20,22,23
132:8,12,14,18
133:3,11,20 134:21
135:6,10,16,21
137:19 138:19
139:8 144:1 145:1
146:14,24 147:1,3,
6,11,14 148:5,6
149:4,5,7,10,17,22
150:19,23 151:4,16
152:4,5,7,8,20
153:16 155:13
156:23 157:15
158:4,8,20 159:3,4,
14 160:5,9 161:16,
21 163:17 165:17,
20,23 166:13,15,19
167:21 168:2,10,11,
21,24 169:3,10,11,
23,24 170:19,22
171:4,8,12 172:21
173:2,7 174:2,12
175:5 178:11 181:4
182:1,7,9,12 183:9,
10,19 184:15,16
185:12,23 186:8,12,
14 187:6 189:10
190:4 191:7 192:17
194:4,6,10,13,24
195:5,6,14 197:3,20
198:7 201:20
207:14 209:19
210:1 211:1,11,24
212:16 213:12,16,
23 215:15 217:14
218:3,7 219:10,12
221:15,16,19,22
222:1,17,23 223:2,
16,22 225:8,9,12
226:4 227:3,8
230:18 231:19
232:1 233:12,13
234:6,15 235:10,23
236:1,2 237:6
238:9,12 240:2

**Thompson** 5:14

**those** 9:1,9 10:15,24
16:11,13,23,24 22:2
25:21 30:12 32:3
33:13 40:7 42:18

57:23 74:14 93:22
97:9 99:24 109:12
114:20 128:3,13
130:7 133:11,17,18
135:24 136:8
153:22 155:7,20
163:6,15 189:18
206:1 219:16 222:9
223:6,9 224:4
225:11 227:11
236:12 238:3 239:4,
5,15

**though** 13:13 64:6
135:17 237:12

**thought** 31:20 101:2
128:24 150:14

**thoughts** 113:24

**thousands** 184:13
186:17

**three** 24:18 28:4
83:13 86:15 128:12,
19,21 129:15
154:16 176:5 204:4,
7 210:14 215:1
223:4 234:21

**threshold** 39:14

**throu8gh** 152:22

**through** 6:15 7:8
17:5 21:6 36:22
39:1 49:22 50:1,10,
16 51:12,16,22
52:1,8 65:17 84:20
130:14 132:9 158:1
172:1 174:14,20
175:24 179:17
187:24 188:3,7,12
194:13 229:4,5,6
239:24

**throughout** 176:19

**thus** 37:18 78:22

**tie** 9:13

**tied** 87:17 113:13
225:11

**tier** 141:8,9,10,11,24
142:1,2,3,18,19,20,
21 143:4,5,6,7,8,16

**tiers** 143:13,14,18
144:2

**time** 5:4,13 10:9
11:1,10 13:4 20:10,
17 24:4,7,10 25:7
28:1 31:5,16 33:16,

20 34:5,17 37:20
44:3 53:5 57:19
58:14,23 59:12
60:2,8,9,12 65:7
71:24 72:8,11,18,23
73:18 74:24 75:6
77:6 81:23 82:3,4,9,
14,17,19 86:21
90:23 101:17,19
102:18 108:21
109:11 111:24
112:12 115:20
117:6,13 120:7
121:1 123:1,5,8
125:21 126:21,23
127:12 128:3
138:18 144:1
145:18 149:21
151:20 156:9,13
172:12 174:20
179:22 185:9
194:24 203:24
204:1,2 213:23
215:12,21 226:23
232:6 237:3,8
241:5,8

**timeline** 33:23

**times** 85:6,12,14,16,
21 86:10 87:10
128:19 210:14
215:15 216:3
219:21 222:14,18,
20

**title** 34:15 124:5,10
146:12 154:10
155:6 157:21

**titled** 159:2

**to** 5:1,2,4,6,17,19,22
6:10 7:2,6,7 8:5,9,
16,19,20,22,23,24
9:7,15,18,22,24
10:2,9,11,13,14,24
11:4,7,8,11,24 12:3,
18 13:2,8,14,15,20
14:21 15:22 16:5,
12,18,23 17:2,4,13,
18 18:8,16,20 19:2,
9,10,12,13,17 20:11
21:3,5,6,7,8,13
22:1,3,4,13,23 23:3,
5,6,8 25:16,21,24
26:1,2,14,18,22,23
27:3,8,10,18,23
28:2,6,10,13,15,16,

22,24 29:7,8,24
30:12,20 31:2,13
33:21 34:16,18,22
35:7,17,24 36:1,6,7,
8,18,21 37:2,4,7,12,
18,19,20,24 38:2,
10,17,21 39:3,5,6,7,
8,12,15,16,22 40:1,
4,5,6 41:6,7,14,16,
17,21,22,23 42:8,9,
15,17 43:7,13,15,18
44:6,7,8,23 45:8,9,
11,18,24 46:1,3,14,
20 47:9,11,14,19
48:5,12,15,23 49:1,
4,22,23,24 50:1,3,9,
16,22 52:11,20,22,
24 53:3,5,6,9,11,12,
18,22 54:3,24 55:1,
4,5,12,17 56:8,10,
16,21,22,23 57:22
58:2,12,15,24 59:1,
4,18 61:3,10,13
62:17 63:1,9,12,15,
21 64:14 65:10,16,
17 66:3,17 67:13,24
68:3,5,6,7,9,19
69:11,12,21,22,24
70:4,5,10,11,12,13,
17,21 71:1,6,7,13,
16 72:19 73:5,6,22
74:7,8,11,12,16
75:3,4,5,8,14,17,18,
21,24 76:1,6,12,13,
14,20 77:2,5,7,10,
12,18,23 78:16,17
79:1,7,14,16,19,20
80:21 81:1,5,6,7,12,
13,14,15,22 82:22,
24 83:19,23 84:5,6,
7,19,20 85:3,5,6,20,
21 86:3,4,7,12,18
87:9,11,14,15,16,
17,23 90:6,11
91:10,15,16,21
92:2,6,7,13,18,20,
24 93:1,3,4,12,15,
19 94:2,3,5,7,8,13
95:8,10,17,21,24
96:1,2,6,9,15,16,24
97:13,18,20,21,23
98:5,8,19,21,24
99:1,22 100:13
101:18 102:14,24
103:1,23 104:12,13,

17,18,19,23 105:3,
9,11 106:2,3,5,23
107:5,6,12 108:8
109:2,11,12,14
110:1,5,8,14,19
111:4,9,11,16,18,
21,23,24 112:4,7,9,
10,11,14,16,18,20,
22,23 113:4,12,14,
16,17,20,21,22,23,
24 114:7,21 115:1,
11,19 116:3,8,10,19
117:20,22,23 118:8,
16 119:1,3,7,12,18
121:19,23 122:12,
15,16 123:2,10,21
125:19 127:13
129:8,22 130:20
131:6,19,20,22
132:13,17 133:12,
18 135:17 136:4,9,
17 137:14,15,17,19
138:1,6,9,12,14,24
139:5 140:24 141:7,
15,19,20,21,22,23
142:9,10,12,14,17
143:3 144:16,24
145:9,16,23 146:2,
11,13,20 147:5,10,
13,16,20,23 148:4,
5,8,10,11,21,23
149:1,3,4,13,14
150:10,19,20,23
151:2,8,10,11,12,
14,15,21 152:2,21,
22 153:16,17,21,23
154:1,2 155:13
156:3,8,10,18,20,
22,24 157:4,6,14,
17,19,24 158:4,8,9,
11,14,18,23 159:14,
19 160:1,3,5,9,11,
24 161:14,20
162:10,17,19
164:16,23,24 165:2,
9,13,19 166:4,8,9,
18,20,23 167:1,7,8,
9,18 168:3,6,8,19,
22 169:1,18 170:7,
9,10,12,15,16,20,23
171:2,4,11,13,14,
18,24 172:1,19,22
173:2,5,7,8 174:15,
23 175:2,13,19,20,
23 176:4,5,7,14,23,

24 177:7,14,24
178:3,5,19 179:13,
15 180:8,13,16,18
181:12,21 182:2,3,
11,12,18,20,22
183:6,22 184:20,21,
23 185:5,14 186:5
187:9,10,12,13,15,
17,21 188:20 189:9,
21,24 190:5,8
191:3,5 192:2
193:4,13 194:6,9,
22,23 195:4,8,9,11,
13,24 196:3,7,8,14,
16,19 197:13,22
198:7,9,14,18,24
199:11 200:3,10,14,
15,17 201:3,4,6,8,
10,11,13 202:17
203:2,5,10 204:22
206:14,16,21 207:8,
10,22 208:3,7,13,
19,21,22 209:3,8,9,
11,12,13,20,23
210:1,2,7,15,16,18
211:1,6,8,9 212:22
213:1,5,9,14,16,21
214:5,17 215:7,20
216:12,17,23 217:5,
18 218:1,3,5,8,9,12,
17,20 219:12,15,16,
18 220:1,21 221:4,
15,18,24 222:4,9,15
223:1,2,6,15,17
224:4,7,11,17,20
225:1,2,10,11,19,
22,23,24 226:2,12,
14 227:5,7,10,14,
16,19 228:7,14,21,
24 229:13,17 230:1,
4,8,16,21,22 231:9,
11,14,15,16 232:2,
4,8,16,17,22 233:4,
8,9,10,12,14,23
234:1,5,7,9,10
235:1,4,12,19,22
236:3,5,6,7,8,9,11,
15,23,24 237:2,14,
17,24 238:1,6,10,
11,12,13,16 239:3,
8,13,15,17,18,19,22
240:1,13,19

today 8:10 10:5
13:21 14:10 15:3
17:2 21:24 65:8

84:18 100:19
101:12 113:7 168:1
172:3 203:1 231:21
240:5,22,24

today's 5:12 31:17

together 39:18
103:3 112:5,13
117:14 208:15

told 18:7 140:21
170:9 199:8,13
205:6,13 207:2,4,13
208:12 210:20,23
214:9 228:16,17
230:10

Tollefson 6:1 227:2,
19,22 228:9,13,19,
24 229:9,14 230:3
231:11,20 232:12,
15,21,24 233:5,7,9
235:2,8,12,17
237:16,22 238:8,12,
18,20,24 239:21
240:1,4,7

TOLLEFESON
231:19

Tom 5:21 7:4 8:22
34:11,18 209:9
230:21,24 234:21
239:5

tomorrow 113:23
145:14,15

ton 110:2

too 36:23 168:13
182:23

took 167:16 218:6
229:12

top 65:11 100:21
121:12,23 152:21
153:9,21 183:13

total 28:7 76:3
129:15 179:5,7

touch 12:18 103:20,
23,24

towards 118:24

tracks 112:9

trade 236:18

train 84:22

transcript 232:4,5,
10 233:2,10,12,13,
18,24 234:10 235:4,
5 237:6,7,17 240:20

transcripts 140:24

transfer 238:10

transmission 171:10

transpiring 119:2

travel 127:20

treasurer 31:1 32:2

treat 233:24

trial 12:8

tried 97:23

trip 86:16 87:17,20
88:3,19 89:5

true 6:14 37:23
228:18

trusted 208:9

truth 13:23

truthfully 13:20,22

try 63:21 77:12 79:7
97:21 113:23 119:6
217:5 225:10 233:7

trying 18:8 21:6
28:13 30:20 33:21
36:8,21 50:22 62:17
77:18 78:16 84:5,7
87:11,14,23 100:13
127:12 142:12,14
158:11 168:3 207:8
209:8 218:9 219:15
225:23 226:12,14
230:16 233:14
236:8 237:2 239:21

Tuesday 65:19
145:17

turn 118:9 119:6
187:15 235:17
240:19

turned 133:19

turning 208:14

turnover 223:12

twenty 31:14

twenty-some 31:11

twice 83:12 176:15
180:1

two 18:16 25:24
28:8 36:1 50:11
65:9 86:15 113:11,
14 128:11,21
148:12 151:7
154:15 171:11
174:17 195:14,15
197:24 202:4

207:19 214:2,4,8,15
223:17 229:5

two-page 108:23
121:11 122:12

two-party 18:15

two-way 98:19

type 98:23

typical 233:16 235:9

typically 234:4
235:12

_____

U

Uh 150:2

Uh-hum 115:10

unable 39:8 41:17,
23

unauthorized 180:3,
21,23 181:1

unaware 178:21

uncle 31:9

unclear 238:22

undefined 125:7,12

under 7:22 12:8
13:18 20:18 29:2
44:24 45:19 103:10,
12 110:3 113:1
135:13 155:6 164:1
202:21 204:6 222:8
229:9 233:16

underlined 162:9,16

undersigned 131:24

understand 10:18
11:12,16,18 12:11,
12,13,15 13:5,6,7,
11,15 19:23 21:7,8
27:22 34:2 48:1
58:9 59:14 62:17,21
68:21 75:7 87:2,15
96:13 114:24
119:21 127:13
142:6,12,14,16
194:18 204:18
208:21 210:1,5
227:10 234:13
238:3 239:9,21

understanding
13:12 19:6 69:8
235:24

undertake 63:12
208:22 210:2

undertook 210:9

unduly 39:4

unemployment
173:13,15

unforged 60:18

United 8:7

unknown 189:6

unless 12:23 28:19
69:2 81:5

unparalleled 98:20

unreliable 126:10

unsigned 47:9
122:13

unsuccessful 28:14

unsure 13:12

until 112:20 127:1,9
179:7 211:15 225:5
234:1 236:6,8,10
237:18

up 9:1 27:10 34:11
35:20 37:11 40:11
46:14 48:8 49:24
50:14 51:15,22 52:5
64:23 65:18 73:24
84:8 98:11,13,14
100:8 105:14 112:8,
16 113:8,9,13,15,23
114:7 117:12,17,23
120:9 121:2,10
136:18 137:12
140:23 145:14
148:22 150:11,12,
13,18 153:5,8,22
154:2,9,16 155:7,12
158:2 165:12
166:23 167:8,24
170:8,11 172:6,18
174:15,23 177:2
181:5,6 187:3
188:1,4,7,10,13,20,
24 189:3 209:3,18
211:3 227:5 229:12
230:4 237:8

upfront 129:16,17

upload 154:2

upon 37:17 130:16
152:6 189:7 199:7
200:17,20 201:2
202:8 215:8 218:3

URL 100:1 113:1
212:1,16

us 8:18 17:4 20:3
36:4 43:23 63:9
64:18 69:3 81:24
112:9 174:20
186:20 192:16
199:13,15 200:2
236:5

use 9:15,18 59:10,12
64:6 106:2 114:15
156:2 158:23
203:19 233:11,12
236:7

used 100:6 234:5

using 106:23 180:11
221:23

usually 86:21
114:18

_____

V

vacation 112:23
128:12

vacuum 238:7

vague 39:4 152:15

valid 136:15 158:9

validity 5:6

valuable 144:4,7

value 223:21

Vandusan 51:17

various 36:1 61:22

vary 22:2

veering 222:20

verbal 239:8

verify 74:13 228:17

version 34:23
133:15 232:5
233:18,19

versions 135:14
136:1

versus 5:11

very 9:13 22:16
78:17 109:10,11
136:7 148:11
230:20 235:17
239:16

vested 128:20

via 9:10 76:1,21

vice 31:1 139:19
141:11 142:3,21
143:7 144:20

194:15

video 6:16 81:7
182:13

view 9:13 98:24
117:11 162:23

vindicate 219:17
223:19 236:24

violation 226:8

virtual 83:15,16
159:3

viruses 150:19

visibility 98:21

vitamins 97:6

voice 23:11

_____

W

W-H-I- 8:14

wait 110:1 112:22

waiting 28:15
109:11 230:1

waiving 39:7

want 9:22 17:1 23:8
48:23 49:22 65:16
70:10 81:21 91:14
104:19 111:23
112:9,14,20,23
119:12 138:12
141:19 142:10
149:1 165:13
166:20 181:6 187:9,
15 193:13 196:14
208:21 210:1
223:15 225:19
226:16,20 228:24
229:13 230:22
231:8,16 232:8,9
235:22 236:15
237:14 238:6 239:3,
18 240:1,13

wanted 112:7
113:22 209:13

was 7:17,20 15:12
17:11 18:7 20:11,
13,15 23:7,23,24
24:1,2,3,18 25:14
26:2 28:10 29:11,20
30:20,21 31:11
32:19 33:17,21
34:6,9,19 35:2,3,9,
17 36:10 42:21
43:5,8 44:1 45:20

46:22,23 47:4,7,8
48:9,19 54:4 55:2,4
56:7,14,20,22 57:9,
13,19 58:3,21,22
59:12,19,20 60:1,
15,20 62:17 63:14
65:2 66:13,14,19,
21,24 67:4,5 69:21
70:3,8 71:4,16 72:5,
8,17,18,20,22 73:7,
9,12,17 74:10 77:6,
22 80:12,15 82:2,
15,24 83:5,9 84:11,
13,20,21 85:23,24
86:15,19,24 87:2,
13,16,19,24 88:15
90:18,23 91:1 93:16
94:12 96:7,12,13,22
97:2,10,12,13,17,18
100:4 101:10 102:9,
11,15,16,18,19
103:3,5,7,8,9,13,15,
16 104:2,3,4,8,9,11
105:18 107:18,20,
22 108:7,13,15,19
109:7 112:6 113:19,
20 114:11 116:8
117:3,8,11 118:7,
17,19 119:4,8,17
120:5,13,19,20,24
121:8,15,23 122:4,
19,20,21 123:11,14,
16 124:2,3,8,15
125:2,4,8,13 126:10
127:1,5,6,7,9,11,13,
14,15,20 128:2,8,22
132:13 135:12
136:17,21 137:3
139:5,6,9,10,17,19,
21,22 140:1,17,18,
19,23 141:7,9,13,23
142:17 143:4,15,20
144:9,10,20 145:3,
7,10 146:11 148:17,
19 149:11,13
150:16,20 151:16,
21 152:2 153:24
155:23 156:6,15
161:19 163:10,15
166:12,24 167:16,
19 168:19 169:19
172:13,19,24 173:2,
4,6,22 174:5,9,24
177:2,8,10,11
178:1,4,8,21

180:10,22 181:15
182:7,9 184:5
186:20 187:8
189:21 190:14,20
192:17 193:11,12
195:14,15 196:4,15
197:23 198:5,21,23
200:13,15,23
201:24 202:7
203:23 204:6
205:11,16 206:7
207:3 208:12
209:24 211:19,21
212:17,20 213:17
221:10 222:15
225:5,8,9 227:24
229:19 231:5
237:11 239:21
241:1,7

**wasn't** 55:1 59:15
86:14 103:12 177:2
196:1,13

**way** 10:22 29:7
31:10 36:6 42:4
44:11 68:15,16 69:5
86:9 97:11 146:19
149:13 162:18,20
196:15,19 207:9
217:5 222:19
233:13

**we** 5:3,19 6:7,9,23
7:1 8:19,24 9:12,22,
23 10:23 12:1,19
13:2 14:20 15:13
16:14 17:6 19:10
21:8 24:21 26:4,6,
20,22 28:5 29:8
35:8 40:7 42:5
43:24 44:2,5,19
46:23 48:12 51:1,14
55:8 58:7 59:9,13
61:12 63:15,23,24
64:1,13,20,23 74:16
77:15 78:9,12,22
81:9,13 82:13,18,23
83:16 87:19 89:21,
22 93:4 98:3,12
102:21 103:2,24
105:4 107:18 109:5
110:1,9 111:11
112:4,8,10,15,16
113:3,9,14 117:4,5,
10,18 118:20
120:17,18,21
122:11,17 127:17

128:18 131:18
133:11,18 134:9
136:3,7 139:14
142:4 143:13,18
144:2 145:1 146:20
149:7 151:14 153:8
157:4,5 159:4,24
160:2,10 161:13
164:16,18 166:15
170:6,12,13 172:5,
6,9,11 173:8 174:19
177:16 182:2,12,16
186:5 187:16 194:5
197:20 203:1,18
206:13 208:15
210:16 211:11,12
215:1,18,22 216:15,
21,22 217:4,6
219:8,13 221:17
223:4 224:16,20
227:1 228:20 229:2,
7,9,10,14,24 231:6,
8,11,14,16 232:4,
15,17 233:17 234:2,
3,4,12,20,22 235:17
236:2,6,8,10,12
237:22 238:12,13,
16 239:6,7,9 240:6,
18,19,20,22 241:4

**we'll** 10:21 27:13
39:12 82:8 93:7
132:9 230:23,24
234:22 237:13

**we're** 7:13 27:1 29:3
34:8 36:6 49:24
50:20 65:17 101:2
137:6 196:18
222:18,22 231:7
234:19,20 235:21
236:8 237:24
238:21

**we've** 6:7 19:11,16
89:19 114:9 136:3
196:9 234:1

**web** 5:10 98:14

**website** 98:24 99:4,
10,13 100:1

**week** 86:13 234:10

**weekend** 112:22

**weeks** 128:12

**weeks'** 128:12

**WEG** 78:14

**WEGC** 76:2 77:2,3,
11,15,16,19 78:6,
14,19,21 79:3,5,22,
24

**Weiss** 43:8

**well** 7:7 9:10 12:13
15:8,17 17:13 27:13
29:13 33:10,15 37:2
49:19 53:16 59:15
68:14 70:15 74:2
79:14 82:5 87:1
102:7 103:9 104:15
107:10 108:15
109:11 114:1,13
123:2 127:15 139:5
143:12 145:19
148:22 151:6 157:4
161:3 162:9,19
167:13 169:17
182:2 192:2 194:1
197:15 204:3
206:10 207:7
225:16 228:16
237:6

**went** 30:13,18 59:16
101:11 168:13
211:4

**were** 13:20 15:6,18,
21,24 16:7,8,9,13,
14 17:18,20,24
18:3,8,15,22,23,24
19:1,4,23 23:6
24:11 26:9 27:21,24
28:3,6,8 30:19 31:6,
7,12,18,20 34:5
37:4 38:2 42:23
43:7 49:17 59:19
70:18,23 72:17
73:11 75:5 76:20
82:23 83:5 88:7,10
107:18,20 115:8
121:9 125:17
128:13 133:12
136:3 137:14,16,17
140:12 141:9,11
142:1,19 143:5
144:4 149:8 158:17
168:23 173:6,8
200:2 204:1 206:1,3
210:18,19 211:11,
15 214:23,24 230:4

**weren't** 19:8 201:4

**what** 6:9 8:19 11:15,
23 12:13 14:12,14

15:5,14 16:5,8,10,
17,18 17:11 19:2,
18,19 20:11 22:15
24:1,20 26:9,14,23
27:6,21,24 31:22
33:3,13,20 37:2,10
42:4,7,20 43:5,14,
16 44:22 46:6 47:6
48:3 49:10 53:2,24
54:12,17,19,22
55:5,8,23 58:5,6,11,
12 59:3,7,11,18,19
60:7,20,24 62:17,18
63:5,11,14,17,19,20
64:11 65:16 67:22
68:1,2,4,5,15,16
69:5 70:3,16,17,22
71:16 72:4,14 73:7,
8,13 76:15,16 77:3,
11,15,16,19 78:6,
14,19,20,21,23
79:1,3,5,21,23,24
80:5,20 81:14,15
82:16,22 84:2,8
88:21,23 90:4,18,23
91:1,8 92:20,23,24
93:3,15,16 94:15,
17,18,19 95:1,4,5
96:5,8,22 97:3,7,13,
16,23 99:12,17
100:1 102:11,14,16
103:5,8,23 104:7,24
105:5,8,22 106:6,7
107:14,20 110:24
111:3 113:17 114:9,
11 119:1,2,20 120:7
122:19 124:17,23
125:2 127:6,12
130:6 131:4,11
133:9 135:8 137:1,
2,7,9 138:11 139:3,
17,22 140:22
141:13 142:23
143:3,24 144:12,22
145:16 146:4,18
147:1 148:17,18
149:19 150:14,16
152:13,16 153:5,6,
17,18 154:21
156:15,17,18 158:7,
11,12,14,17 159:18,
22,23 160:7 163:1,
4,21 164:5 166:2,23
168:3,6,21 169:11,
23,24 173:6 174:13

175:6,8 176:20
177:11 178:1,17
179:1 181:11
183:20,21 184:12,
19 185:7,15 186:16,
20 191:15 192:4
193:4,24 194:3
195:5,15 197:14,15,
19 198:20 199:18,
19,22 200:2,8,11,
13,15 201:2,8,19
203:9,15,17 204:2
206:1,2,8 207:18
208:11,22 209:2,3
210:2,8,20 211:6,8
212:19 213:18,24
214:2,11 217:23
219:1,3,16 220:15
222:5,10,15,17
223:15,22 224:5
225:22,24 226:12
229:17 231:16
232:2,23 233:2,23
234:4,5,9,20 235:6,
21 237:4,13 238:1,
4,16 239:4,11,13
240:9

**what's** 19:19 71:12
73:22 108:22
120:15 134:2
150:12 179:12
182:5 184:10 193:1
204:5 210:7 233:17

**whatever** 16:14
27:11 42:20 45:22
78:11 178:10
230:14 236:15

**whatsoever** 27:8

**whe3n** 200:2

**when** 6:24 7:1,12
8:24 9:7 20:13 21:8
23:23 24:1,3 25:4,
11 26:5 29:19,21
30:21 32:15 34:8,22
35:1 44:21 46:21
47:14 49:16 50:1,12
51:6 52:2 53:24
54:18 55:9 59:19
65:21 73:19 74:5
82:24 83:1,5,9
84:11 85:11 86:24
87:15 89:21 90:18
93:11,15,22 94:1
97:12 98:3,4 101:1,

8,15,16,18 103:15
107:20,23 108:3,7,
17 113:8 122:18
123:11 125:9,14
126:21 127:8,13,21
128:14,23 133:21
134:19 135:3 139:3,
9,18 143:21,23
144:3,5 150:18
155:19 161:19,21
163:9 167:23
169:20 173:6
177:14 179:15
181:13 184:6
187:15 197:23
200:20 201:24
211:17,19 212:17
213:3 214:12 215:2,
4 221:10 230:12
237:17

**where** 5:8 21:22
27:15 33:22 46:14
55:3 56:20 61:19
78:23 80:10 83:11
99:24 100:14,22
101:5 104:2,3
113:16 114:4,5
144:16 146:6
150:10 161:22
177:7 190:18
196:10 222:16
226:5 227:10
233:21 235:15,18
238:3 239:9

**whereas** 153:21

**wherefore** 154:23

**WHEREUPON**
241:6

**wherever** 236:7

**whether** 6:16,21
11:8 12:17 19:14
22:12 27:3 38:9,11
41:22 42:6 45:11,24
47:20 49:23 53:8,9
58:3,12 71:14 73:7
74:14 79:20 84:7
92:4 116:20 121:17
130:3 137:15
139:10 140:11
142:4 143:1 156:23
158:22 163:14
173:17,22 175:18
179:18,24 185:3,20
186:11 189:14

198:2 209:24
215:24 216:1 218:3
224:5 225:23
237:18

**which** 6:21 8:6 11:6
13:8 15:6 16:3 17:5
21:12 26:22 35:24
48:5,7,12 64:24
68:6 71:16 73:14
78:8 79:8 89:2
98:24 101:9 102:4,9
105:15,23 121:11
144:23 145:2
147:21 150:20
157:5 160:20 166:6
170:6 172:7,18
187:4 188:9 193:2
203:1,20 205:10
206:24 209:24
217:8 228:2,6 230:5

**while** 27:6 84:21
86:19 93:10 95:6
96:22 142:4 187:17
227:4

**white** 5:11 6:5 7:18
8:4,12,13,14,17
9:22 11:16,23
14:19,22 16:2,3,4,
22 17:9,19,21,24
19:1 20:8 24:16,19
27:7,20 28:5,10,11
34:22 35:4,12,14,21
36:3,12,14 39:17,19
40:9,13,15,20 41:2,
14,16,17 42:2,8,10,
15,22 43:10,12,14,
15,22 44:6,7 45:6,
22 46:7,13,20 47:2
48:4,15 50:18,24
51:2,8 53:22,23
54:12,18 55:24 56:3
58:21 59:1,3,8,18,
19 60:3,4 62:19,24
63:10 64:14,15,20,
24 65:17,24 66:8,22
67:1,2 71:15 73:14,
16 74:13,22 75:5,7,
24 76:18 77:9,22
78:9 80:2,5,13,16
81:21 82:23 93:10
95:16 98:12 99:11
100:9 106:1,12,21
107:4 111:23
112:24 114:12
115:9 117:8 119:17,

22 120:5,14,19,20
121:11 124:3,8
127:5,6 129:14,23
130:3,7,20 133:13
135:4 137:7 138:4,
19 141:9 142:1,2,
13,19,20 143:5,6
144:22 145:1,20
149:3,4,11,15 153:6
166:9 167:15 168:8,
17,19 170:2,12,15
171:2,5,11,13,14,
15,19 172:1,18
174:4 175:11,20
176:8,15 178:4
179:4,7,10,15,22
182:2,6,10,11,18,
19,20,22,23 183:5,
16 184:23,24 193:1,
23 196:8,21 200:9
208:15,16 209:20
210:15,18,23,24
212:18,23 213:1,2,
4,5 214:9,10,14,16,
22,23 215:2,3,4,20
217:9,10,11 218:5,6
220:6 221:7 223:17
224:2 227:9 231:24
234:14,23 236:20,
21 240:23 241:2

**White's** 23:12 25:23
28:7 44:24 45:5,18
50:21 65:15 67:5
124:21 135:12
147:13 166:11
170:7 236:21

**who** 6:4 10:7 15:24
17:18 18:8,15,22,23
19:2 24:10 31:5
38:7 39:17 42:15,20
43:4 47:16 53:18
55:16 64:2,8,19,20,
22 80:12 89:22
100:9,14,16 102:13
109:3 115:15
116:12 118:17
119:13,14 120:23
123:21 126:3,7,8,10
128:2,3,9 131:13
139:15 147:11
151:21 152:3
163:20 164:23
168:22 180:10
183:15 184:23
189:6,7,12,14,18

190:7,11,14,23
192:9 194:6 198:18,
21,22 199:2 205:1,
4,6,15 206:21
207:10 210:16
214:19,21

**who's** 6:1 109:17,
19,21,23 184:20

**whoever** 148:5,6,7

**whole** 19:13 110:18
112:2 233:19

**whom** 5:16 38:24
52:14 91:10 92:2,13
189:8

**whose** 65:1,3,14
66:12,19,23 67:3
72:7,17,19 211:24

**why** 17:13 22:8
32:19,21 42:19
44:16 47:7 53:14,
15,20 61:1 68:13
87:23 92:21 94:12
101:1,3 102:22,23
107:9,11,17 108:13
111:3 115:4,18
117:1,10 131:2
132:21 133:2
135:20,21 136:10
143:11 146:23
147:2 151:5,6,7
152:7,10 157:3
159:21 160:14
161:6 168:17,18
169:7 178:13,14,18,
20 180:12,24
183:12,18 185:13
192:18 196:12
200:11 201:17
217:24 222:7
225:20 226:10,11

**will** 5:5,15 6:4 7:15
8:22,23 9:5,9,11
10:2,17 12:2 13:3
14:22 17:15 19:20
36:17 39:13 45:17,
20 50:13 68:24 69:4
70:10,18 71:3,4,9
73:14 77:20 78:5,22
79:7,10,23 94:8,22
95:15 110:2,5
111:11 113:9
122:11,15 125:8
128:11,18,20
129:10,15 130:17

138:5,16 140:14
150:9 153:5,7,8
156:12 158:2,3
162:22 167:3
170:17 172:9 176:2
185:9 195:24
200:19 209:4 222:7
223:18 229:2,3,7,9,
10 232:3 233:3
234:3,22 235:17
237:16 238:24
239:2,5 240:6,20

**Williams** 52:5

**willing** 198:7 234:9
238:11

**WINTESS** 120:9

**wish** 187:14 234:18
236:24

**WITENSS** 24:17

**with** 5:7,14 6:24 7:5
8:17 11:1,21 12:10,
18 14:10 22:14 23:5
27:3,8 28:21,23
29:9 33:2 36:22
38:23,24 39:19
44:5,6 47:3,9 48:15,
16 51:15 55:5,24
56:2,15,19 57:8,12,
18 59:3,4 60:6 62:7
64:17 67:13,18
68:17 69:1,7 72:5
73:17 75:1,17 81:17
82:24 84:6 93:18,20
96:23 98:14 101:23
102:17 103:20,23,
24 104:5 105:9
107:19,21 108:18
109:14 110:4 111:5
112:13,15 113:1,12
113:14,17,14,
24 118:5,8 119:12,
13,18 123:19,21
125:20 126:2,21
128:20 129:2,6
130:18 131:6
132:22 133:15,20
134:5 135:17 137:8,
9 139:13,17 141:12
142:5,10,22 143:2,
8,17 144:12,14
152:24 154:5,21
155:14 158:8
159:18 162:10
163:22 166:16

167:1,13,23 170:10,
23 172:20 175:2
179:13 183:14
189:8,9,22 190:13,
14,18,20 191:6,12
192:14,15 193:2
194:11 195:7,9,24
196:7 198:17,18,24
199:9,14 201:13,19
202:12,24 207:22
208:3,16 209:20
211:7,16,17 214:18
220:24 221:4
222:17 224:3
225:23,24 227:6,7
229:18,23 231:8,9
233:17 237:3 238:9,
13 239:6
**withdraw** 153:7
194:23
**withheld** 19:16
**Within** 192:24
**without** 39:7 47:19
133:16 137:15
156:22 162:21
194:14 196:16
**witness** 5:5,8,9,17
6:11 7:12,15,17,19,
21 11:17,19,21
12:18 21:18 22:6
23:21 25:2,9,13,19
28:21,23 30:3,7,17
34:18 42:11 45:16
46:4 47:12 52:24
56:11,24 61:11
68:10,20 69:13 70:1
71:2 74:20 81:3,23
88:5 89:7 90:8,21
93:16 96:19 97:1
106:5 110:22
134:11,24 137:19
138:1,6,11,14,17,21
154:7 155:10 156:4,
11 159:15 161:9
175:14 176:11
177:5 180:20 184:4
186:2 187:22
188:19,21 197:8
199:12 209:1 210:6
212:5 213:20
215:17 216:14,20
217:2,15 218:13,23
220:12,20 224:15
230:24 231:8

240:17
**witnesses** 5:20 18:11
54:16 56:13
**won't** 13:23 226:11
235:4 239:6
**Wood** 170:16
171:11,14
**word** 69:17,19 75:20
76:8,9,10,17 94:4
100:7 114:18 175:3
**words** 11:17,19,22
12:12 54:14,16
56:12,13 59:20 74:7
162:12,15 165:15
168:23 180:12
200:16
**work** 33:4 83:16
93:12 101:22,24
102:8 103:2,10
109:12 110:3
144:16 147:13,17
**worked** 86:9 102:4
105:2,13 113:17
236:2
**workforce** 173:8
**working** 27:10
86:20,24 95:7 96:22
102:9 109:13 112:5,
7 128:2 170:23
190:13 191:6,12,22
192:14 199:1,3
**works** 20:17 141:22
150:10 157:23
158:13
**world** 234:15
**worried** 110:5
**worry** 92:11
**worrying** 114:2
**would** 8:16,18 9:1
10:7 11:9 12:7
13:11 16:15 19:11
26:11,20 28:20,21
30:24 38:7,13 41:11
42:8 44:11 46:23
53:4 55:12,16,19
57:11 58:24 59:8
60:17,18 61:18
68:1,11 69:15 71:20
72:14,18 73:2,3,4,
16 75:13 77:23
81:12 82:3,5 85:15
86:12,19,21,23

87:5,6,9,18 89:14
92:19 94:2,3,7,8
96:5 97:23 99:15,16
103:18 106:16
108:11 109:3
113:17,24 121:2
123:21 124:1,5,10
125:21 126:2,3,6,7,
14,16,18 128:3,5,9
130:9,12,13,14
131:14,18 132:23
133:1,7,9 137:20
138:1,6,8,14 140:9
141:2,11 142:4,21
143:2,8,17,19
147:2,11 149:22
151:3,5,14,15
152:3,20 155:13,14
156:1,2,17,24
157:6,13 158:8
159:20 160:11,13,
21,24 161:2,3,13
163:7,12 164:19
165:8,23 168:8,9
169:7 173:21
178:10,13,14 180:3,
5,11,12,21,23
181:19,20 183:19
186:24 191:5
192:12 196:12
201:8,10 202:2,15
205:2 206:18
207:16 208:12
213:16,21 221:15
224:7 232:1,4
233:9,17,19,20
234:6 235:10,13
236:22 237:11
240:24
**wouldn't** 53:9 59:16
84:2 95:23 96:4
133:6 156:23 160:2
169:21 212:8
213:22
**Wow** 80:19 81:3
**wrapped** 122:5,8
**write** 112:16
**writing** 69:2 75:19
110:11 163:10
210:15
**written** 39:1,9 40:21
41:3,18,24 44:9,13
47:21 61:24 62:3,6,
8 77:6 132:10

140:16,20 175:3
239:1
**wrong** 107:12,14
196:22 197:8
**wrote** 163:20
167:15,22
**Wyatt** 102:24
**Wyeth** 102:15,17,
21,22 105:4,9,12,16
107:19,21 108:18
146:21

---

**Y**

**Ye** 128:4
**yeah** 73:4 77:12
84:17 88:24 99:8
111:9 148:3,6
150:14 158:16
163:2 177:4 186:3
188:17,18,20
193:16,21 196:21
201:7 206:13
232:15 235:18
**year** 32:18 85:6,17,
21 86:1,10 87:10,19
108:6 122:18
123:15 125:8
128:20 167:20,22
177:8,10,12 195:18
196:12 202:20
211:20 212:19
230:18
**years** 20:15 31:11,
15 56:18 57:15,24
58:1,20 59:16
67:16,21,23,24
70:14 72:12 85:4
87:13 101:21
104:21 109:12
123:16 125:16
126:23 127:2
128:15,21,22 129:2,
16,21 139:21
140:21 151:22
156:16,20 158:17
160:2 170:4 171:8
181:7 184:13
186:17 195:14,16
197:24 202:4,7
204:2,4,7 215:1
223:4 225:11
**yes** 6:12 7:14 10:4,6

12:4 13:6,9 15:19
19:6 20:23 21:2,10
24:22 25:3 29:15
31:4,21 32:8 33:8
34:7,10 35:15,22
36:13 37:10,12
45:6,7,15 49:5,6,7
51:18 54:8 55:11
60:13 61:12 63:4
72:3,13 75:12 80:4,
9 83:7,10 87:4,20
88:15 89:17 91:17
95:19 97:22 99:21
102:10 103:22
104:11,14 107:8
108:2 110:23
113:14 115:3 116:4
120:18 121:22
122:6 124:22,24
125:19 126:14
129:21 130:5 133:1,
5 134:6,12 141:5
144:10 146:3
147:19 150:5,24
162:24 164:4
165:13 166:18
167:5 169:6 172:23
173:24 174:3,18
178:11 182:10
186:5 190:9 195:2
201:6 202:1 204:16
205:24 209:22
211:2 215:18
217:16 226:15
230:19
**yet** 6:22 73:10
154:18 157:4
164:17 223:7
**you** 6:9,10,12 7:1,24
8:11,17,23 9:1,2,9,
14,17,19,23 10:1,2,
5,12,17 11:7,8,11,
12,13,15,16,18,21,
23,24 12:2,3,9,11,
13,17 13:4,6,7,10,
14,15,18,24 14:5,7,
10,12,15,23,24
15:2,5,8,9,14,17
16:11,15,18,23
17:1,2,3,8,12 18:7,
17,19 19:9,11,14,
16,20 20:3,7,17,21,
24 21:4,5,6,17,19
22:8,18 23:6,7,8,12
24:14,15 26:7,11,

14,15,17 27:1,2,6,
11 28:12,16,20,24
29:4,5,14 30:20,23
31:8,19,20,22 32:4,
6,9,12,15,19 33:2,3,
4,7,20 34:2,5,11,17,
21 35:1,4,11,14,15,
20 36:2,4,5,14,19,
21 37:2,6,8,11 38:2,
6,8,9,11,12,17
39:13 40:8,11,15,
16,23 41:9,10,14,
15,21 42:23 43:3,4,
10,14,19,20,22,23,
24 44:16,21,22
45:1,2,8,9,10,14,20,
23 46:7,8,13 47:3,7,
16,19,20 48:1,3,4,8,
16,23 49:3,7,10,11,
12,16,21,22,24
50:6,9,12,14,23
51:8,12,16,22 52:5,
8 53:2,4,14,15,19
54:12,16 55:9,23
56:4,6,9,19 57:3,7,
17 58:2,6,10,16,19
59:2,3,13,18 60:7,
10,14,21,22 61:2,5,
8,15,19 62:16,19,22
63:5,11,18,19
64:11,16,19 65:11,
16,18 66:1,9,18,24
67:9,12,18,22
68:13,21 69:5,8,9
70:10,12,13,16,20
71:14,16,19 72:7,
10,14,17,18 73:2,6,
8,10,14,18,21,24
74:8,15,16,22
75:13,21 76:7,8,12,
13,16,18,19,23
77:2,10,11,14,15,
23,24 78:6,7,8,13,
15,16,18,22,23,24
79:3,6,7,10,11,12,
14,16,19,20,21,22,
23 80:2,6,8,12,20
81:5,6,11,13,21,24
82:5,12,24 84:3
85:11 86:7,19,24
87:21 88:2,18 89:9,
16,21 90:6,15 91:5,
21 92:7,16,19 93:15
94:1,2,3,5,8,18,20
95:4,5,13,15 96:5

97:18 98:7,8,11,24
99:6,7,14,17,24
100:10,13 101:15,
18,22 102:6,8,17,21
103:10,20,21,23
104:7,9,12,19,20,23
105:3,22 106:3,6,7,
8,9,16,23 107:1,20
108:13,22 109:3,10,
12,14 110:3,5,6,8,9,
10,14,19,20 111:3,
8,18,21,22 112:7,
12,14,17,20 113:2,
7,21,23 114:1,8,9,
11,15,21 115:1,2,
19,20,23 116:3,6,
15,19,20 117:1,2,8,
9,13,22 118:5,14,21
119:12,15,18 120:5
121:12,17,24
122:15,17,24 123:7,
10,17,21 124:16
125:5,17,23 126:2,
4,12,21 128:2,8,11
129:6,20,22 130:2,
17,20,23 131:2,11,
15,20 132:6,17,21
133:6,7,12,17,18,
20,21 134:7,16,20,
22 135:16,17,24
136:2,9,10,18
137:22 138:2,4,8,
12,14,19 139:3,4,9,
10,11 140:14,16,21,
23 141:9,12,14,18,
19,20,21 142:1,5,8,
9,10,16,18,22
143:2,5,8,17,19,23,
24 144:5,9,12,13,
17,22 145:15,23
146:2,21,23 147:5,8
148:17,18,22
149:13,14 150:6,10,
11,18,22 151:1,5
152:6,8,13,21
153:6,12,16,19
154:1,4,7,10,12,16,
24 155:7,8,13,22,24
156:5,6,15,18,22
157:3,17 158:7,10,
11,13,22 159:2,10,
12,13,14,17,18,20,
21,22,23 160:4,5,
13,14,23 161:3,4,6,
11,19,23 162:2,22,

23 163:4,9,14,16,
18,21 165:11,13
166:16 167:3,4,5,
13,18,23 168:3,4,6,
16,18,24 169:3,9
170:1,10,14,16,23
171:1,12,17 172:2,
11,14,20 173:6,13,
17,22 174:5,14,17,
20 175:6,9,18,23
176:4,12,18,20,23,
24 177:6,18,22
178:1,3,12,13,14
179:17,18,24 180:2,
8,15 181:2,6,14,16,
19 182:22,24 183:5,
8,18,19,21,22
184:6,7,14,15
185:1,2,3,8,20,24
186:3,8,11,14,19
187:1,5,9,13,14,15,
18,20 188:16
189:12,14,16 190:1,
3,7,11,13,17,23
191:2,5,8,9,16
192:5,11,18 193:1,
9,13,14 194:8,10,16
195:1,10,18,23,24
196:3,8,12,14
197:7,10,12,15,17,
19 198:1,3,5,8,13,
19 199:2,8,9,16,18,
20,24 200:2,3,8,9,
11,19,20,23,24
201:1,3,4,6,8,12,13,
14,16,17,19,22
203:2,6 204:11,14,
21 205:6,8,12,17
206:15,23 207:3,8,
10,18,21 208:2,7
209:2,3,4,6,18,19,
21,24 210:7,20,23
211:7 213:3,21
214:8,12,19 215:2,
6,13,19,24 216:1,7
217:3,14,23 218:1,
4,7,8,12,17,19
219:3 220:13,15
221:1,2,5,7,13
222:5,7,16,22
223:1,3,5,7,8,13
224:1,7,15,16
225:2,14 226:5,10,
11,15,16,20,24
227:6,10,18,21,24

228:10,17,24 229:2,
11,12,16,20,21
230:4,10,21,24
231:2,7,9,13,17,19
232:2,7,8,9,10,13,
15,17 233:1,5,11,
17,20,21,22,23
234:3,11,12,14,16,
18,19,21 235:3,4,8,
10,13,15 236:6,7,15
237:4,5,6,7,9,10,11,
14,16,17,18 238:9
239:3,4,8,11,13,17,
22 240:1,7,9,10,13,
15,16,23,24 241:2

you'd 108:8 187:12
you'll 10:16
you're 10:22 13:12
22:8,12 26:23 28:19
34:22,23 42:17
46:14,20 50:1,13
51:6 52:2 53:14
58:15 68:1 73:7
74:5 77:4 78:7
81:14,15 92:19
101:5 104:3 113:8
124:17 126:9 135:4,
6 137:1 139:9
140:24 141:16
144:3 145:16 150:4
155:19 159:19
169:1 184:14 185:7,
19 186:1 191:18
200:1 206:24 207:8
210:22 213:24
214:4 217:24 218:4
223:7 235:5,18
237:4,13 238:2,3,5
239:9,16
you've 65:21 73:19
89:18 97:15 116:1
144:8 145:3 159:17
172:14 221:9
you/you 113:12
your 7:8,15 8:11,12
9:13 10:1,10 11:4,8,
17,19,22 12:10,12,
16 13:11,20 15:3
18:18 20:13,21
22:13 23:11,13
24:15 26:19 27:8
33:6 37:4 40:15
41:11,15 45:22
46:10 47:3 48:1

49:21 57:4,7,12,22
58:1,9,10,11,12
59:14 62:17,21
66:14 68:4,21 69:1,
3 71:7 72:22 74:24
75:7 77:10 78:1,2,
10 81:7,17 82:9
84:6 89:12 95:9
96:20 97:11 100:16
102:6 103:8 106:1,
11,21 107:4,7,20
109:6,7 112:18
113:11,24 114:15
118:9,10 119:6,21
122:13 124:20
127:13 128:17,19
129:8,13 130:10,18
131:4 132:21,24
133:3,22 134:2
138:6,9,20 141:14,
19 142:10,12,14
144:5,24 145:3,12,
22 149:19,20
150:22 151:17
152:6,16 156:5
158:5,23 160:23
161:21 167:23
168:23 169:13
173:4 177:3,19
183:8 185:1 186:4
189:15 191:9,14
193:12 197:17
198:16 199:24
200:9,22 201:11
206:3,8 207:18
208:22 215:8 219:6,
18 221:1,23 223:9,
13,24 224:10 225:5,
18 226:10,11,12
227:16 229:12
230:22 233:12,18,
23 237:8

yours 49:5 73:7
123:7
yourself 220:14

Z

zero 87:13
Zoom 150:10