# EXHIBIT 1

| | |
|---|---|
| From: | Gregory Jordan |
| To: | Brian Tollefson; Stephen Stern; Alan Garten |
| Cc: | tgagliardo@gelawyer.com |
| Subject: | Follow Up on Discovery and Protective Order Issues |
| Date: | Wednesday, June 8, 2022 6:00:24 PM |
| Attachments: | ~WRD0000.jpg |
| | MSP Confidential Report.pdf |
| | AA County SA Declination Letter.pdf |
| | Email from Agent Bender to John White.pdf |
| | IAU Report.pdf |
| | Criminal Investigation Report Redacted.pdf |
| | DP Solutions Invoice.pdf |

I received John White's deposition transcript on June 3, 2022. Did you receive it? I have not received identification of any trade secrets from your side. Counsel for Mike White, Daniel White, and Chip DiPaula have asked for a copy. I intend to deliver the transcript as a professional courtesy unless you can explain why I should not do so. I am sure it has relevance to the lawsuit Compass filed against those parties.

I have attached documents provided to us that were obtained in response to a PIA request made in 2020. While I regret I did not have them when I deposed John White, David Boshea may use one or all of the documents in litigation.

I want to follow up on documents I requested that Compass produce. In my May 19, 2022 email to Stephen Stern, I requested the following, which I have not received.

**"Yesterday John White testified that Compass has five different versions of John Adams' contract. I only received one that John White did not sign. Please send the various versions.**

**Mr. White also said that he received a police report regarding Michael and George White's hijacking Compass Marketing's domain name. Please provide that report."**

I note the reports appear to contradict Mr. White's sworn testimony to having received the report concerning the authorities undertaking a criminal case. Certainly, something could have changed in the intervening period. John White, on May 18, 2022, testified as follows:

---

John White testified at p. 210

```
     A.   Greg, to be clear, you are asking me what's
my personal knowledge of what efforts Compass
Marketing undertook?
     Q.   That is correct.
     A.   My personal knowledge is that Compass
Marketing engaged cybersecurity experts and a company
called Data Link.  That Compass contacted Microsoft
and Google.  Compass -- I asked directly, three times
in writing to George White for the passcode and the
credentials.  And we reported to the police who
investigated and determined that George and Michael
```

```
White were still having access to the account after
they were terminated.
     Q.    What police told you that?
     A.    The Maryland State Police.
     Q.    Okay.  So you're saying that the Maryland
State Police told you that Michael White, they did an
investigation and Michael White and George White had
access to this?
     A.    Yes.
```

John White testified about a report on p. 213

```
     Q.    Okay.  When did the police tell you that
they had some information showing that Michael White
and George White had access to the control of the
domain?
     A.    Just recently in a report they released.
```

John White, on p. 214 of his transcript, testified

```
     Q.    When did the Maryland State Police let you
know that George -- they had information showing that
George White and Michael White controlled the domain?
     A.    The State Police released a report two days
ago that showed that George White and Michael White
had access to the email systems after their
employment
with the company.
```

I have great interest in receiving the State Police report or any other law enforcement agency's report that John White/Compass received. I also need your side to deliver the drafts of the John Adams contract. If one of the versions bears a signature from a Compass officer, I have a particular interest in seeing that document.

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in
this communication was not intended or written to be used and cannot be used by any person (a) to avoid
penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend
to another party any matter addressed herein. This Internet message may contain information that is
privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender
addressed the email. Please do not forward or use this information if you have received this in error. If an error has

occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Judith G. Cornwell <JCornwell@steinsperling.com>
**Sent:** Thursday, June 2, 2022 2:06 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Jeff M. Schwaber <JSchwaber@steinsperling.com>
**Subject:** investigative reports/findings [SS-LEGAL.FID1650651]

Hi Greg –

Attached are documents provided in response to a PIA request made in 2020.

Thanks,
Judy

**JUDITH G. CORNWELL**
ATTORNEY AT LAW

1101 Wootton Parkway · Suite 700 · Rockville, MD 20852
301-838-3314 direct · 301-340-2020 main · 301-354-8314 direct fax
jcornwell@steinsperling.com · vCard · Bio
www.steinsperling.com · Facebook
admitted in MD, VA

This message contains information from the law firm of Stein Sperling Bennett De Jong Driscoll PC that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.