# Exhibit A



using **ART + SCIENCE** to amplify brands™

March 2, 2020

David Boshea
4839 Clearwater Lane
Naperville, IL 60564

Dear Dave,

Regrettably, your position was one of the positions selected to be eliminated due to a necessary reduction in force. This letter confirms our discussion today that your employment with Compass Marketing Inc will terminate on March 2, 2020.

We appreciate your service to the company, and it is with regret that we must terminate your employment. We want to assist as much as possible during this transition, as we do appreciate your tenure with Compass Marketing.

Below is a breakdown of information that is important for you.

- You will be paid through your last date of employment.

- You will be paid your unused, accrued vacation pay, if any, together with your last paycheck.

- Your benefits will remain in effect until March 31, 2020. Cobra information will be mailed to you for your review to make the appropriate decision.

- We are offering you a Severance Agreement, which is attached for your review and consideration. You have a period of 45 days to consider it.

- As your termination is based on a generalized Reduction in Force you may qualify for unemployment benefits.

Please review the information above and the attached Severance Agreement and do not hesitate to reach out to Erin Songer with any questions. We thank you so much and wish you great success on your future endeavors.

Sincerely,

John White
CEO
Compass Marketing, Inc.


enclosure