# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

DAVID A. BOSHEA,           )
                         )
       Plaintiff,   )
                         )
    vs.              )     Case No.  1:21-CV-00309-ELH
                         )
COMPASS MARKETING, INC., )
                         )
       Defendant,   )
and                      )
                         )
COMPASS MARKETING, INC., )
  Third-Party Plaintiff, )
                         )
    vs.             )
                         )
JOHN DOE(S),          )
  Third-Party Defendants.)

    The sworn statement of JOHN WHITE,
taken for the purposes of discovery, commencing
at 10:17 a.m. Central Standard Time on the 18th
day of May 2022, before Jason Fallen,
of Thompson Court Reporters, located at 1017 W.
Washington Blvd., Unit 2F, Chicago, Illinois,60607,
 appearing via Zoom videoconference meeting.
The deposition concluded at 5:41 p.m. Central
Standard Time.

Page 2

APPEARANCES:

JORDAN & ZITO, LLC.

BY:  MR. GREGORY JORDAN

    (Via Videoconference)

    350 North LaSalle Street, Suite 1100

    Chicago, Illinois 60654

    Telephone:  (312) 854-7181

GILBERT EMPLOYMENT LAW, P.C.

BY:  MR. THOMAS GAGLIARDO

    1100 Wayne Avenue, Suite 900

    Silver Spring, MD  20910

    Telephone:  (833) 733-7198

        On behalf of the Plaintiff;

FEDER & GARTEN

BY:  MR. ALAN GARTEN

    (Via Videoconference)

    10096 Red Run Boulevard, Suite 200

    Owings Mills, MD  21117

    Telephone:  (410) 539-2800 ext. 312

        On behalf of John White;

Page 3

APPEARANCES (continued):

KAGAN, STERN, MARINELLO & BEARD, LLC.

BY:  MR. STEPHEN STERN

    MS. SHANNON M. HAYDEN  (Listening & Observing)

    238 West Street

    Annapolis, MD  21401

    Telephone:  (410) 793-1610  (MD)

    Telephone:  (571) 450-8371 (VA)

PRINCE, LOBEL, TYE, LLP.

BY:  MR. BRIAN A. TOLLEFSON

    One International Place, Suite 3700

    Boston, MA  02110

    Telephone:  (617) 456-8099

        On behalf of the Defendant.

ALSO PRESENT:

    Mr. David Boshea, Plaintiff.

Page 4

I N D E X

WITNESS                          PAGE

JOHN DAVID WHITE

Examination by Mr. Jordan          5 - 221

------------------------------------------

E X H I B I T S

DEPOSITION EXHIBIT                 PAGE

   Exhibit  1                      34

   Exhibit  2                      48

   Exhibit  3                      65

   Exhibit  8                     121

   Exhibit 10                     145

   Exhibit 12                     173

   Exhibit 19                     187

      (RETAINED BY COUNSEL)

Page 5

1    MR. REPORTER:  I just have a couple of things to
2  mention prior to going on the record.  Remote
3  depositions are more challenging.  We ask all
4  participants to speak clearly and one at a time.  The
5  witness will be sworn in remotely.  The parties agree
6  not to challenge the validity of the oath, even if the
7  court reporter is not physically present with the
8  witness and not a notary public in the state where the
9  witness resides.
10    Here begins the Web conference deposition of John
11  White in the matter of Boshea versus Compass
12  Marketing, Inc.  Today's date is May 18th, 2022, and
13  the time is 10:17 a.m. Central Time. My name is Jason
14  Fallen of Thompson Court Reporters.  Beginning with
15  the noticing party, will counsel please introduce
16  themselves, state whom they represent, and stipulate
17  to the swearing in of the witness remotely.
18    MR. JORDAN:  This is Gregory Jordan.  I represent
19  David Boshea, and we stipulate to the swearing in of
20  the witnesses remotely.
21    MR. GAGLIARDO:  I am Tom Gagliardo.  I am local
22  counsel to Mr. Jordan.
23    MR. STERN:  I am Stephen Stern, counsel for
24  Compass Marketing in this case, also joined by co-

Page 6

1  counsel, Brian Tollefson, who's also representing
2  Compass Marketing in this case.  Also on the line is
3  one of the colleagues from my office, Shannon Baden,
4  who will be listening in.
5      MR. GARTEN:  Alan Garten, here for John White.
6      MR. STERN:  There is one other procedural matter
7  before we get started, as we've done in all
8  prior depositions in this case.
9      MR. REPORTER:  You know, what before we do that,
10  do you guys stipulate to the swearing in of the
11  witness?
12     MR. STERN:  Oh, yes, yes.  Sorry.  Thank you for
13  that reminder.  I think everyone on the line should
14  confirm, presuming it's true, that there is no one
15  else logging in remotely through some other device,
16  whether it be a phone or other video device.  So in
17  this room, there is no one else logged in on our
18  phones, computers, or otherwise.
19     MR. JORDAN:  This is Gregory Jordan.  I have one
20  computer that I am logged in and I don't have anything
21  else in which I am logged in.  I don't know whether
22  Mr. Boshea is here or not yet.  He had a doctor's
23  appointment, so he may be a little bit late, so we can
24  deal with Mr. Boshea, if and when he joins.

Page 7

1      MR. STERN:  You know, when he logs in, then we
2  could just ask him to make the same representation.
3      MR. JORDAN:  That is fine.
4      MR. GAGLIARDO:  This is Tom Gagliardo.  There is
5  no one present with me, and I am not logged in by any
6  device other than this computer to this deposition.
7      MR. STERN:  Well, I guess to clarify, no one else
8  is logged in through any of your devices, listening
9  in.
10     MR. GAGLIARDO:  Correct.
11     MR. JORDAN:  Okay.
12     MR. REPORTER:  I can swear in the witness when
13  we're ready.
14     MR. JORDAN:  Yes.
15     MR. REPORTER:  Will the witness please raise your
16  right hand.
17         (Witness was duly sworn.)
18         JOHN DAVID WHITE,
19  called as a witness herein, after having been first
20  duly sworn, was examined and testified as follows:
21     MR. REPORTER:  The witness has declared their
22  testimony during this proceeding and is under oath.
23  The parties have stated their agreement on the record.
24  Counsel, you may proceed.

Page 8

1             DIRECT EXAMINATION
2  BY MR. JORDAN:
3      Q.  Let the record reflect that this is the
4  deposition of John White.  This deposition is being
5  taken pursuant to notice for the purposes of the
6  lawsuit, David, which they filed against Compass
7  Marketing, Inc., in the United States District Court
8  for the Northern District of Maryland is case number
9  21 CV 00309, and is scheduled by order of the court to
10  be held no later than today.
11     Can you please state your name for the record and
12  spell your name for the court reporter, Mr. White?
13     A.  Sure.  My name is John David White, J-O-H-N,
14  D-A.-V-I-D, middle name, my last name is White, W-H-I-
15  T-E.
16     Q.  Okay.  I would like to go over some ground
17  rules with you, Mr. White, if you could.  I think it
18  would be helpful for us.  Give me just one second.
19  What I am going to do, just so we all know -- before I
20  do that is I am sending some exhibits to Mr. Gagliardo
21  because I do not see them in my alternative computer,
22  to be able to open them, and so I will do that.  Tom,
23  I am going to send you five exhibits, and I will
24  supplement as we go along.  And when we get to that, I

Page 9

1  would ask that you open those up and put those up on
2  the screen.  Can you do that for me?
3      MR. GAGLIARDO:  I think I can.  I am
4  technologically impaired like most members of the bar,
5  but I will do my best.
6      MR. JORDAN:  Oddly enough, I am really good at
7  technology except when apparently the -- logging on to
8  this here.
9      MR. STERN:  Greg, will you also circulate those
10  exhibits via email as well?
11     MR. JORDAN:  I absolutely will.
12     MR. GAGLIARDO:  Greg, at this point, we have a
13  very good view of your tie, but not much of anything
14  else about you.
15     MR. JORDAN:  That is because I had to use the
16  other computer.
17     MR. GAGLIARDO:  There you go.  There you go.
18     MR. JORDAN:  I had to use the other computer to
19  send you and Stephen five exhibits or six exhibits.
20  Okay.
21  BY MR. JORDAN:
22     Q.  One of the things, Mr. White, we want to do
23  is make sure we don't talk over each other.  So you
24  need to let me finish my question and provided that

Page 10

1  your response, that you have provided a responsive
2  answer to the questions that I will let you answer.
3  Is that agreeable?
4     A.  Yes, sir.
5     Q.  Okay.  Are you represented by counsel today?
6     A.  Yes.
7     Q.  Okay.  And that would be who?
8     A.  Alan Garten.
9     Q.  Okay.  From time to time, I may ask a
10  question that your counsel or any other counsel
11  present may determine to be objectionable.  Now, that
12  doesn't mean you don't answer the question, because
13  there is no judge here to decide.  If counsel objects
14  to question, for instance, relevance, hearsay, or
15  something along those lines, or any other matter other
16  than privilege, then you'll answer, and all the
17  objections will be preserved for the record.  Do you
18  understand that?
19     MR. GARTEN:  That is not entirely correct.  It
20  depends on the questions that are asked, Greg, but for
21  now, we'll let obviously the deposition proceed, if
22  you're way out, and let the other  things that are
23  just completely inappropriate on the rules and we
24  reserve the right to make those objections at that

Page 11

1  time and instruct accordingly, consistent with the
2  federal rules and the local rules of this court.
3     MR. JORDAN:  Okay.  I disagree, but I am not going
4  to fight on that at this moment.  Now, your counsel
5  may object, for instance, saying I object based on
6  attorney/client privilege or some privilege, in which
7  case, he may instruct you not to answer.  At that
8  point, you have to decide whether to follow your
9  counsel's advice or not.  That would be -- as far as I
10  am aware, and it is my position, the only time that
11  you can refuse to answer a question is concerning a
12  matter of privilege.  Now, do you understand that?
13     MR. STERN:  The objective is because they are
14  asking --
15     MR. JORDAN:  You know what?  Okay.  Objection
16  noted.  All right, do you understand that, Mr. White?
17     THE WITNESS:  I hear your words.
18     MR. JORDAN:  No.  Do you understand that?
19     THE WITNESS:  I hear your words.
20     MR. JORDAN:  Okay.
21     THE WITNESS:  I don't agree with you, but I hear
22  your words.
23     MR. JORDAN:  You know what, Mr. White, that is
24  fine.  If you need to take a break, let me know.  You

Page 12

1  can take a break provided that we agree that if there
2  is a question pending, that you will answer the
3  question before the break.  Do you agree to that?
4     A.  Yes.
5     Q.  Now, the Federal Rules of Civil Procedure 30
6  provides that for the examination, the cross-
7  examination of the deponent proceed as they would at
8  trial under the Federal Rules of Evidence, except for
9  Rules 103 and 615.  As a result, you cannot
10  communicate with your or Compass's attorneys during
11  any break.  Do you understand that?
12     A.  Again, I understand your words.
13     Q.  Well, do you understand that is what the
14  rule says?
15     A.  I don't know the rule, but I understand that
16  that is your reading of the rule.
17     MR. GARTEN:  Greg, if you are asking whether I am
18  going to be in touch with the witness in between, the
19  answer is no.  Obviously, there is breaks we
20  communicate, but not about the substance of the
21  deposition.
22     MR. JORDAN:  That is fine.
23     MR. GARTEN:  Unless there is an objection issue, I
24  should qualify that, but otherwise, that is about it.

Page 13

1  BY MR. JORDAN:
2     Q.  All right.  We have we have seven hours to
3  complete the deposition, but any breaks will not be
4  counted against the seven hour time limit.  Do you
5  understand that?
6     A.  I can understand you, yes.
7     Q.  Do you understand that you have seven hours,
8  not counting breaks in which to sit for a deposition?
9     A.  Yes.
10     Q.  Okay.  If I ask you a question that you
11  don't understand, the record would reflect your lack
12  of understanding.  So if you're unsure about one of my
13  questions, even though I might think it's a perfect
14  question, make sure that you ask to rephrase it or ask
15  the court reporter to read it back.  Do you understand
16  that?
17     A.  I do.
18     Q.  Okay.  Are you under or taking any
19  medication or suffering from any mental disability
20  that were impair your ability to answer truthfully
21  today?
22     A.  Truthfully, no.  I am on medication, but I
23  won't affect my truth.
24     Q.  Okay.  Have you ingested any alcohol or

Page 14

1 other drug in the last 10 hours other than the
2 prescribed medications?
3    A.  No.  Other than the prescription medication,
4 there is not -- I am not on any other.
5    Q.  Have you ever been convicted of a felony?
6    A.  No.
7    Q.  Have you ever been convicted of a
8 misdemeanor involving theft, fraud, or perjury?
9    A.  No.
10    Q.  Did you bring any documents with you today?
11    A.  I did.
12    Q.  What documents did you bring?
13    A.  I brought one document.  (Indiscernible).
14    Q.  What is that?
15    A.  This is the forged document that you and Mr.
16 Boshea (indiscernible).  I brought a copy of it.
17    Q.  Okay.  Any other documents?
18    A.  No, sir.
19    MR. REPORTER:  Pardon me, Mr. Jordan, Mr. White is
20 a bit faint.  Is there anyway we can get him a little
21 closer to the microphone.
22    MR. WHITE:  I will speak louder.  Will that help?
23    MR. REPORTER:  Thank you. That is much better.
24 Thank you.

Page 15

1 BY MR. JORDAN:
2    Q.  Did you look at any other documents in
3 preparing for your deposition today?
4    A.  I did.
5    Q.  What other documents did you look at?
6    A.  I don't recall which ones, there were
7 numerous.
8    Q.  Well, can you give me any in name or
9 description of any document that you looked at in
10 preparation for the deposition?
11    A.  Some of the emails, some of the contracts.
12 I believe that was the extent of events and some other
13 docs that are not exhibits that we need in the case.
14    Q.  What emails did you review?
15    A.  I reviewed some of the exhibits that both
16 Compass and Mr. Boshea presented as exhibits.
17    Q.  Well, could you describe them, please?
18    A.  They were emails.  Describe the emails?
19    Q.  Yes, describe the emails, the substance of
20 the emails.
21    A.  I don't remember.  There were emails of
22 communications between -- appeared to be between
23 employees.
24    Q.  Who were the employees?

Page 16

1    A.  I recall Mr. Boshea, for sure; Mr. Adams, I
2 believe, and Mr. White.
3    Q.  Which Mr. White?
4    A.  Michael White.
5    Q.  Okay.  And what did -- what did they say to
6 each other in these emails?
7    A.  I don't recall.  Again, there were numerous.
8    Q.  I am sorry.  They were what?
9    A.  There were numerous documents.  I don't
10 recall what (indiscernible).
11    MR. JORDAN:  Stephen, can you provide those
12 documents to me?
13    MR. STERN:  Those were discussed in preparation.
14 So, I mean, whatever we were showing him, I think that
15 would be a privileged communication.  You have the
16 documents.
17    MR. JORDAN:  I don't know what -- I don't know
18 what documents he's referring to.  He says that you
19 provided him --
20    MR. STERN:  (Indiscernible).
21    MR. JORDAN:  There are documents, there are emails
22 between John White, Michael White, and David Boshea,
23 can you provide those documents, those emails to me?
24    MR. STERN:  Those documents have been produced in

Page 17

1 discovery.  If there are specific documents you want
2 to ask me about today, you can do that.  You could ask
3 if this is one of the documents you reviewed in
4 preparation for the deposition.  But for us to go
5 through and go line-by-line which ones he pulled, or
6 we showed him, I think that is something different.
7    MR. JORDAN:  All right.  There may be something
8 different.  I am asking you if you can provide the
9 emails between John -- between Michael White, John
10 Adams, and David Boshea?
11    MR. STERN:  That is not what he said.  That was --
12 I think you misunderstood the testimony, at least that
13 is why -- well, I am not going to give a speaking
14 objection.
15    MR. JORDAN:  That's fine.  I will ask again.
16    MR. STERN:  (Indiscernible, talk over).
17 BY MR. JORDAN:
18    Q.  Who are the parties to the email?  Were they
19 involving John Adams, David Boshea, and Michael White,
20 or were they emails between David Boshea and John
21 Adams, and David Boshea and Michael White, or some
22 other subset?
23    A.  Some other subset.
24    Q.  Were the emails between Michael White and

Page 18

1  John Adams?
2      A.  I don't recall.
3      Q.  Were they emails between Dave Boshea and
4  only John Adams?
5      A.  Again, I don't recall the emails
6  (indiscernible).
7      Q.  But you just told me it was a different
8  subset, so I am trying to figure out who were the
9  parties of emails so I can look at the emails.
10     MR. REPORTER: I am sorry, Mr. Jordan, I did not
11  get the witnesses response. I again, I don't recall,
12  but then it faded out as he leaned back.
13     MR. JORDAN:  Okay.
14  BY MR. JORDAN:
15     Q.  Who were these -- were these two-party
16  emails or are there more than two parties to the --
17     A.  Mr. Jordan, can you start again and just
18  repeat your question, it is pretty confusing.
19     Q.  Okay.  You looked at emails between David
20  Boshea and John Adams, as the only parties to the
21  email; is that correct?
22     A.  I didn't state who I -- who the emails were
23  between.  I stated who they were from, I believe.  I
24  believe they were employees' emails and the employees

Page 19

1  that I named were Boshea,  Adams and Michael White.
2  The content of the emails, who sent emails, to what, I
3  don't recall.
4      MR. JORDAN:  Were all these emails produced in
5  discovery, Stephen?
6      MR. STERN:  My understanding is the answer is yes.
7      MR. JORDAN:  Okay.  If there are any emails that
8  weren't produced that he reviewed in answers of his
9  deposition, can you provide them to me?
10     MR. STERN:  To the best that we can recreate the
11  list, I would think so, but you know, we've only been
12  reviewing stuff that is relevant to this litigation.
13     MR. JORDAN:  That is a whole different issue as to
14  whether you produce them and whether you think they're
15  relevant. If there are any emails --
16     MR. STERN:  Are you suggesting that we've withheld
17  documents that are relevant to this litigation?
18  Because that is not what I've said. And that is not
19  what -- that is not what's happening here.
20     MR. JORDAN:  That is fine.  Will you just produce
21  the emails or identify the emails for me?
22     MR. STERN:  Like I said earlier, the documents, as
23  I understand it, were the ones that were produced
24  already in this litigation.

Page 20

1      MR. JORDAN:  Okay.  There is no issue here.
2      MR. STERN:  As far as I know, there is nothing new
3  that hasn't been produced by either you or us in this
4  litigation that is been part of the review for this.
5      MR. JORDAN:  Okay.
6  BY MR. JORDAN:
7      Q.  Have you ever sat for a deposition before,
8  Mr. White?
9      A.  No, not a deposition.  A grand jury
10  testimony is the only time I have ever testified.
11     Q.  Okay.  So what was that in relation to?
12     A.  My brother, Michael's, indictment.
13     Q.  Okay.  When was your when was your
14  testimony?
15     A.  It was about 25 years ago.
16     Q.  Okay.  I have no idea how the grand jury
17  process works. So that is the only time that you
18  testify under oath is in that grand jury
19  investigation?
20     A.  I believe so.
21     Q.  Okay.  Can you confirm that one of your
22  telephone numbers is 240-298-1956?
23     A.  Yes.
24     Q.  Okay.  Have you ever heard of Compass

Page 21

1  Marketing, Inc.?
2      A.  Yes.
3      Q.  Okay.  Just to cut to the chase here, there
4  may be questions that I ask you that I am absolutely
5  certain that you know the answer to, but I am just
6  trying to go through the process.  Just so you
7  understand, I am not meaning to be insulting by that.
8  So when I refer to Compass, we understand that I am
9  talking about Compass Marketing, Inc.?
10     A.  Yes.
11     Q.  Okay.  Does Compass have any subsidiaries,
12  affiliates, or entities which during the period from
13  2007 to date held or currently holds 10 percent of the
14  equity?
15     MR. STERN:  Objection.  Calls for a legal
16  conclusion.
17     MR. JORDAN:  Okay.  You can answer.
18  BY THE WITNESS:
19     A.  Can you repeat the question?
20     Q.  Has or does Compass -- let me start again.
21  Has Compass Marketing ever held any interest in a
22  subsidiary, affiliate, or other entity where it held
23  more than 10 percent of the equity during that period
24  from 2007 today?

Page 22

1    MR. STERN: Objection to the extent it calls for a
2 legal conclusion. And some of those terms may vary
3 from state to state in terms of their legal
4 significance, plus objection to relevance.
5    MR. JORDAN: Okay. Answer the question, please.
6 BY THE WITNESS:
7    A. I am not sure.
8    Q. Okay. Why do you say you're not sure?
9    A. (Indiscernible, talk over).
10   Q. Because Mr. Stern said -- let me just
11 finish. Because of Mr. Stern's objection or because
12 you're not certain whether Compass held 10 percent?
13   A. Now, your question seems to put a lot of
14 legal conclusions and I am not familiar with them, or
15 our affiliates and what our -- (indiscernible) and 10
16 percent (indiscernible). It is a very complex
17 question, so I am not -- I am just not certain of
18 answer, but I can find out and let you know.
19   Q. Okay. Does Compass hold 10 percent of the
20 stock in any corporation?
21   MR. STERN: Objection. Relevance.
22 BY MR. JORDAN:
23   Q. And this is during the period from 2007 to
24 date.

Page 23

1    A. (Indiscernible, talk over).
2    Q. (Indiscernible, talk over) hold this stock
3 in any corporation amounted to more than 10 percent?
4    A. Same answer. I don't know.
5    MR. STERN: Also, I just like to confirm with the
6 court reporter. Were you able to hear my objections?
7    MR. REPORTER: I was, Mr. Stern. Thank you.
8    MR. STERN: Thank you. I just want to make sure I
9 am loud enough. I had my hand over my mouth a little
10 bit, so I apologize.
11   MR. REPORTER: Mr. Stern, your voice is much
12 louder than Mr. White's, thank you.
13   MR. JORAN: I think it's because your computer is
14 the source of the microphone, Stephan.
15   MR. STERN: (Indiscernible).
16 BY MR. JORDAN:
17   Q. Okay. Does or did Compass hold more than 10
18 percent of the membership interests in any limit
19 liability company during the period identified?
20   MR. STERN: Same objection.
21 BY THE WITNESS:
22   A. Same answer. I don't.
23   Q. Okay. When was Compass Marketing formed?
24   A. I believe it was 1998.

Page 24

1    Q. And when it was formed, what form of entity
2 was it?
3    A. When it was an S Corporation.
4    Q. Okay. And at that time -- has it always
5 been an S Corporation?
6    A. I believe so.
7    Q. At the time of its incorporation, did it
8 have shareholders?
9    A. It did.
10   Q. Okay. At the time of incorporation, who
11 were the shareholders or shareholder?
12   MR. STERN: Objection. Relevance. I mean, is
13 this --
14   MR. JORDAN: Okay, that's fine. You have stated
15 your objection. You can answer the question, Mr.
16 White.
17 BY THE WITENSS:
18   A. There was three shareholders myself, Robert
19 Morgan, and Daniel White.
20   Q. And what interest did they hold?
21   A. We each held a third of the company, 300
22 shares each, I believe. Yes, 300 shares each.
23   Q. Okay. And did the shareholders have ever
24 change?

Page 25

1    MR. STERN: Objection. Relevance.
2 BY THE WITNESS:
3    A. Yes.
4    Q. And when did they change?
5    MR. STERN: Objection. Relevance.
6 BY MR. JORDAN:
7    Q. The first time the changed?
8    MR. STERN: Same objection.
9 BY THE WITNESS:
10   A. I don't remember the exact dates.
11   Q. Approximately when did this change occur?
12   MR. STERN: Same objection.
13 BY THE WITNESS:
14   A. I believe it was 2001, but I don't remember
15 exactly.
16   Q. Okay. But that is not important to me. How
17 did the shareholdings change in or about 2001?
18   MR. STERN: Objection. Relevance.
19 BY THE WITNESS:
20   A. The shareholders and the Board of Directors
21 had meetings and minuted those meetings to include
22 inversion of a note payable that I held in exchange
23 for its shares. And the exchange of Daniel White's
24 300 shares to be split between two new shares'

Page 26

1 certificates, each for 150 shares. One to himself and
2 one to Michael, each for 150 shares. And I was issued
3 an additional 300 shares in exchange for notes payable
4 that I had, and we minuted the meetings.
5  Q. And when, approximately, did that happen?
6  A. Approximately 2001, and again, we minuted
7 the meetings so I can check for sure and send you
8 minutes of the meetings that applied.
9  Q. Okay. And so after that meeting, what were
10 the percentage of shares held by each shareholder?
11  MR. STERN: Objection. John, would you step out
12 for a second so that I can state the objection
13 (indiscernible).
14  MR. JORDAN: You know what, you don't need to make
15 a speaking objection at all. You objection is noted.
16 It is relevant.
17  MR. STERN: The problem is you filed an opposition
18 to our motion to depose David Boshea, and in that
19 motion, one of your bases for opposing our request for
20 a deposition is that we would ask questions in a
21 separate piece of litigation that is separate and
22 distinct from this case, which we are not going to do.
23 And it seems to me that is exactly what you're doing
24 right now.

Page 27

1  So we're giving you a little bit of latitude, but
2 at some point, if you keep going down this path, this
3 has absolutely nothing to do with whether or not David
4 Boshea has an enforceable employment agreement that
5 gives him a severance provision in this litigation.
6 That is what this case is about. And so while you are
7 asking John white these questions, they have nothing
8 to do with your case whatsoever.
9  MR. JORDAN: Stephen, I think it does and I am
10 working up to 2007. And once they get to 2007,
11 whatever happens after that, I don't care, so you can
12 bring him back in.
13  MR. STERN: Well, like I said, we'll give a little
14 latitude on this, but at some point, depending on
15 where this goes.
16  MR. JORDAN: It could be that it doesn't go any
17 farther than this, let's just see, I don't know. I
18 don't know the answer to these questions.
19 BY MR. JORDAN:
20  Q. Okay. Mr. White, so sometime around 2001,
21 the shareholdings changed, and what were the
22 percentage of the shareholdings? And I understand
23 that Mr. Stern has an objection to relevance on this.
24 What were the percentage of shares held by each

Page 28

1 individual at that time?
2  A. I believe that prior to the meeting, the
3 shareholders and Board of Directors, the shares were
4 equally split between three shareholders: myself,
5 Daniel White and Robert Morgan. At the meeting we
6 held, an additional 300 shares were issued to myself,
7 giving me a total of 600 shares. And Daniel White's
8 300 shares were exchanged in return for two equal
9 share certificates for half, each for 150 shares. One
10 was issued to Daniel White, and one was issued to
11 Michael White.
12  MR. STERN: Before you go on, please. Mr. Boshea
13 just sent a message that he is trying to get in and is
14 unsuccessful.
15  MR. JORDAN: He says, I am waiting to be let in.
16 So Mr. Court Reporter, if you need to do something to
17 let him in.
18  MR. REPORTER: One minute, I am checking.
19  MR. JORDAN: Mr. Stern, unless you're talking
20 about the Orioles game, I would appreciate if you
21 would not communicate with a witness.
22  MR. STERN: I am allowed to discuss matters, like
23 I said, with the witness, not coaching any answers.
24  MR. JORDAN: You are not allowed to talk about the

Page 29

1 substance of the deposition during the deposition
2 under Rule 31.
3  MR. STERN: And we're not.
4  MR. JORDAN: I am not saying you are. Just making
5 sure that you don't.
6  MR. REPORTER: Pardon me, Mr. Jordan. I don't see
7 a way to let the plaintiff in. I am going to reach
8 out to the moderator and see if we can figure this
9 out, bear with me.
10  MR. JORDAN: Okay.
11      (A short break was taken.)
12 BY MR. JORDAN:
13  Q. So after that 2001 meeting -- well, first
14 off, you know, David Boshea; is it right?
15  A. Yes.
16  Q. Okay. And David Boshea, at some point,
17 became an employee of Compass; is that correct?
18  A. That is correct.
19  Q. And when did that occur, approximately?
20  A. I believe it was 2007.
21  Q. Okay. Al right. Between 2001, and when
22 David Boshea joined in 2007, did the ownership of
23 stockholding of Compass Marketing change at all?
24  MR. STERN: Objection. Relevance to questions

Page 30

1  before.
2      MR. JORDAN:  That's fine.
3  BY THE WITNESS:
4      A.  I believe that it did.
5      Q.  How did it change?
6      MR. STERN:  Same objection.
7  BY THE WITNESS:
8      A.  I don't remember the dates, but at some
9  point it may have been before Mr. Boshea joined, or
10  after, I don't remember the dates.  Robert Morgan
11  retired from the company and redeemed his shares back
12  to the company, those 300 shares.
13      Q.  Okay.  So they just went away and everybody
14  else maintained the number of shares that they had; is
15  that correct?
16      MR. STERN:  Objection.
17  BY THE WITNESS:
18      A.  I don't think I'd say they went away.  They
19  were redeemed by the company and Mr. Morgan.
20      Q.  Okay.  I was trying not to get lead on you
21  there.  When the company was formed, did it have any
22  officers?
23      A.  Define officers, if you please?
24      Q.  That would be, for instance, a president,

Page 31

1  vice president, secretary, treasurer, or someone else
2  appointed by the Board of Directors to serve in a
3  particular office?
4      A.  Informally, yes.
5      Q.  Okay.  At the time of incorporation, who
6  informally were  the officers?
7      A.  The officers were -- I don't remember.
8      Q.  Okay.  Did you hold an office?
9      A.  I believe I did.  And I believe my uncle, by
10  the way. My brother Daniel did, but I don't remember.
11  It was twenty-some years ago.
12      Q.  At some point, were there any individuals
13  elected to any formal offices?
14      A.  There may have been, I don't remember twenty
15  years ago.
16      Q.  Okay.  I am talking about between the time
17  of incorporation and today's date?
18      A.  I am sure there were.
19      Q.  Okay.  Have you ever held an office?  I am
20  sorry, I thought you were finished.
21      A.  Yes, I have.
22      Q.  Okay.  What office have you held?
23      A.  I have held the Chairman of the Board and
24  the Chief Executive Officer.

Page 32

1      Q.  Okay.  Any other office?
2      A.  I may have been the Treasurer.  I may have
3  been the Secretary.  Those offices, those legal stuff
4  you -- I may have had other offices, but I just don't
5  remember.
6      Q.  Okay.  Are you still -- I am sorry, are you
7  finished?
8      A.  Yes, sir.
9      Q.  Okay.  Are you still the Chairman of the
10  Board?
11      A.  I am.
12      Q.  Okay.  Are you still the Chief Executive
13  Officer?
14      A.  I am not.
15      Q.  When did you stop being Chief Executive
16  Officer?
17      A.  I don't remember the date, but it's about a
18  year ago.
19      Q.  Why was it that you ceased being the Chief
20  Executive Officer?
21      A.  Why?  Is the question why?
22      Q.  Correct.
23      A.  I hired a Chief Executive Officer.
24      Q.  Okay.  Any other reason?

Page 33

1      A.  I can't think of one.
2      Q.  Do you maintain an active role with Compass?
3      A.  What do you mean, "active"?
4      Q.  Do you work for Compass?
5      A.  I do.
6      Q.  Okay.  Have your job duties changed since
7  you hired this new person?
8      A.  Yes.
9      Q.  How have they changed?
10      A.  Well, I am the Executive Chairman of the
11  Board, I hold the duties of the Executive Chairman of
12  the Board.
13      Q.  What are those duties?
14      A.  Managing the Board and making sure that the
15  company is represented well.
16      Q.  Okay.  At the time, David -- at some point,
17  David Boshea left the company, or was terminated from
18  the company; is that right?
19      A.  That is correct.
20      Q.  Okay.  At that time, what office did you
21  hold? Was it --I guess I am trying to figure out this
22  new Chief Executive Officer person.  Where is where
23  does David Boshea fit on that timeline?
24      MR. STERN: Objection.  Form.

Page 34

1  BY MR. JORDAN:
2      Q.  Do you understand the question?
3      A.  No, I don't.
4      Q.  Sure, sure.  Let me make it more direct.
5  Were you the  Chief Executive Officer at the time
6  David was terminated?
7      A.  Yes.
8      Q.  Okay.  We're the Chairman of the Board when
9  David Boshea was terminated?
10     A.  Yes.
11     MR. JORDAN:  Tom, can you bring up Exhibit 1,
12  please.
13  BY MR. JORDAN:
14     Q.  This is an eight-page document and it has
15  the title of Defendant, Compass Marketing, Inc's
16  Answers to Plaintiff David J. Boshea's Third Set of
17  Interrogatories.  And if you scroll down time,
18  Tom, allow the witness to review the document.
19            (Exhibit 1 was displayed.)
20  BY MR. JORDAN:
21     Q.  Can you just look at the document and let me
22  know when you're ready to discuss it, Mr. White?
23     A.  I can only see the version that you're
24  displaying right now.

Page 35

1      Q.  I misunderstood because when you just said
2  that he was looking at an iPad.
3      MR. GAGLIARDO:  Mr. Stern, I was suggesting that
4  you could display it on a computer and Mr. White can
5  then control that computer and scroll in his
6  discretion.
7      MR. STERN:  I've lost control over the ability to
8  slide it.  There we go.
9            (A short break was taken.)
10  BY MR. JORDAN:
11     Q.  Can you see a document on the screen now,
12  Mr. White?  Compass, the third set of interrogatories?
13     A.  I do.
14     Q.  Mr. White, can you hear me now?
15     A.  Yes, I can here you.
16     MR. JORDAN:  Okay Stephen, I have solved --
17  somehow, I was able to log in on the other computer,
18  and so I can take it from here.
19  BY MR. JORDAN:
20     Q.  All right.  Do you see that document up on
21  the screen, Mr. White?
22     A.  Yes, I can see the document.
23     Q.  Okay.  Now, there is the first paragraph
24  which introduces the defendant to counsel answering,

Page 36

1  and there are various general objections to the two
2  things.  Do you see on the bottom right hand corner,
3  it says, J. White, Exhibit 1?  Mr. White?
4      MR. STERN:  Can you hear us, okay?
5      MR. JORDAN:  I can hear you.  Can you hear me?
6      MR. STERN:  We're just looking for a way to plug
7  in because my computer's about to die on the
8  batteries.  So I am just trying to find a plug.
9      MR. JORDAN:  Okay.
10            (A short break was taken.)
11  BY MR. JORDAN:
12     Q.  All right, Mr. White?
13     A.  Yes.
14     Q.  Do you see on the bottom, it says, J. White,
15  Exhibit 1-1?
16     A.  I see that.
17     Q.  That is how all the exhibits will be marked.
18  And then their a series of objections to the
19  responses.  Do you see that?
20     A.  I do.
21     Q.  If there is -- you know, I am just trying to
22  go through it with a moderate speed.  Certainly if
23  there is anything that I moved too fast on, please let
24  me know.  Then there is a preliminary statement.

Page 37

1  Okay.  And then the first parliamentary statement here
2  -- well, let me tell you what, let's just go down to
3  the bottom of the page here, and these are the
4  responses that were submitted by your counsel as to
5  objections.  And then there is a certification.  Do
6  you recognize the signature on these, on the document?
7      A.  It appears to be mine.
8      Q.  Oh, did you sign -- did you, in fact, sign
9  the interrogatory responses?
10     A.  That is what this is, yes.
11     Q.  Can you speak up?
12     A.  I said, yes.  This appears to be my
13  signature.  I believe I did sign the documents here.
14     Q.  Okay.  And then it says there is a
15  certification.  I certify that I have read the
16  foregoing answers and know the contents thereof.  That
17  said answers are based upon, and therefore limited by
18  the information available to, and thus far discovered
19  by me.  That I reserve the right to amend the answers.
20  If it appears to me at any time that omission or
21  errors have been made therein, or that more accurate
22  information has become available, and that subject
23  limitations set forth herein, and the answers are true
24  to the best of my knowledge, information, and belief.

Page 38

1  Dated January 11, 2022.  Since the date of these
2  answers were provided, do you know of any need to
3  correct the answers, amend the answers, or change the
4  answers?
5      A.  I don't know.
6      Q.  Okay.  Is there anyone else other than you
7  who would know?
8      A.  Can you ask me the question, again?
9      Q.  You said you don't know whether there is any
10  need to amend, change, or supplement the answers.  And
11  you said, I believe you don't know whether there is a
12  need.  And I am asking you if there is someone else
13  that would know?
14      A.  I have not even read the document, so I
15  don't know.
16      MR. STERN:  There is room in that -- suggested --
17  you have to answer my answer for that.  Interrogatory
18  by (indiscernible).
19      MR. JORDAN:  That's fine.
20  BY MR. JORDAN:
21      Q.  Here, let's go to -- sorry about that.
22  Jumping ahead here.  Okay.  Now it says here, a number
23  one:  State the identity consistent with the above
24  instructions of each person with whom Compass entered

Page 39

1  into a written severance agreement from 1998 through
2  2012.  And the response is:  Compass Marketing objects
3  to interrogatory number one on the grounds that it is
4  vague and ambiguous.  It is overbroad and unduly
5  burdensome since the information is not relevant to
6  the claims in this lawsuit.  It goes on to say:
7  Subject to, without waiving the foregoing general and
8  specific objections, Compass Marketing is unable to
9  locate any properly signed and written severance
10  agreements it entered into between 1998 and 2012.
11      And then it says:  Plea, see preliminary statement
12  number five.  So we'll go to preliminary statement
13  number five, and then I will ask you question.  Number
14  five says:  As a threshold matter, Compass Marketing
15  is limited in its ability to provide information
16  potentially responsive to plaintiff's interrogatories.
17  In or about July 2019, Michael White, who has been
18  terminated from employment in November 2018, together
19  with his son, George White, as administrators of the
20  Compass Marketing domain for electronic communications
21  and documents, Compass Marketing, Inc.com, the ".com
22  domain", prevented and continues to prevent Compass
23  Marketing from accessing the records in the ".com
24  domain".

Page 40

1      Indeed, after July 2019, Compass Marketing had to
2  create a new domain, Compass Marketing, Inc..net, and
3  that great effort and expense migrate its operations
4  and communications network to this new domain.
5  Compass Marketing has had access to some incoming
6  communications to the ".com domain" since July 2019,
7  and we include those communications in its search for
8  potentially responsive information.  But did you see
9  that, Mr. White?
10      A.  I do see.
11      Q.  Okay.  Can you speak up, please?
12      MR. REPORTER:  Please speak into the microphone,
13  Mr. White.
14  BY MR. JORDAN:
15      Q.  Can you repeat your response, Mr. White,
16  because I don't think anybody could hear you other
17  that the people in the room.
18      A.  I do see that.
19      Q.  Okay.  Now, so Compass Marketing because of
20  something caused by Michael White and George White
21  can't locate any properly signed and written severance
22  agreements between 1998 and 2012; is that right?
23      A.  Can you ask the question again?  I couldn't
24  hear that.

Page 41

1      Q.  I said, so because of the actions of Michael
2  White and George White, Compass Marketing cannot
3  locate any properly signed in written severance
4  agreements entered into between 1998 and 2012; is that
5  correct?
6      MR. STERN:  I am going to object.  It
7  mischaracterizes the objections in the answer to
8  interrogatories, but --
9      MR. JORDAN:  You can say it is not correct.  So,
10  you know, if that -- is my question correct or
11  incorrect?  Your answer -- your answer would say
12  either I am correct or incorrect.
13  BY MR. JORDAN:
14      Q.  Mr. White, you need to answer.
15      A.  Can you restate your question, please.
16      Q.  Okay.  Due to the actions of Michael White
17  and George White, Compass Marketing is unable to
18  locate any properly signed and written severance
19  agreements it had entered into between 1998 and 2012;
20  is that correct?
21      A.  Are you referring to this document?
22      Q.  I am referring to whether it's correct that
23  Compass Marketing is unable to locate any properly
24  signed and written severance agreements it entered

Page 42

1  into between 1998 and 2012 because of the actions of
2  George White and Michael White; is that correct?
3    A.  That is partially correct.
4    Q.  Okay.  In what way is it not fully correct?
5    A.  I know that that is one reason that we said,
6  but I don't know whether that is the only reason.
7    Q.  What other reasons are there?
8    MR. REPORTER:  I would like to ask Mr. White to
9  move closer to the microphone, please.
10   MR. WHITE:  Sure, sure.
11  BY THE WITNESS:
12   A.  The other reason is that books and records
13  from the beginning of the company have been stolen.
14  Another reason is that my email address and my emails
15  have been breached by Michael White, who admitted to
16  (indiscernible) in the December deposition. And then
17  the documents that you're referring to are not
18  authentic. Some of them are not authentic, so those
19  are all reasons why I can't produce these.
20   Q.  Okay.  So who stole whatever it is?  What
21  was stolen?
22   A.  Michael White admitted in his December
23  deposition that you were at that he breached my
24  emails.

Page 43

1    Q.  No, no.  My question is a different
2  question.
3    A.  I am sorry.  Can you repeat that?
4    Q.  You said somebody stole something.  Who
5  stole something? And what was it that they stole?
6    A.  Oh, sorry.  The books and records and the
7  employee files were stolen and added to.  And again,
8  that was admitted by Michael Weiss in his deposition
9  in December.
10   Q.  Okay.  So are you saying that Michael White
11  stole files?
12   A.  No.  I am saying Michael White admitted in
13  his deposition that he added to the employment files.
14   Q.  Okay.  What do you believe Mr. White, Mr.
15  Michael White, added to the employment files?
16   A.  I don't know exactly what he added, but he
17  mentioned specific employee names, David Boshea, John
18  Adams, and others that he added to their files.
19   Q.  Okay.  And do you have them?  Other than the
20  documents that you produced in this case, are there
21  any other documents in David Boshea's employment file?
22  Mr. White, did you hear my question?
23   MR. GAGLIARDO:  If you can hear us, can someone
24  nod?  We cannot hear you.

Page 44

1    (A short break was taken.)
2    MR. REPORTER:  We are back on the record at 11:31
3  a.m. Central Time.
4  BY MR. JORDAN:
5    Q.  Okay.  We are back here with the Exhibit 1,
6  Jay White, Exhibit 1, and with relating to the
7  severance agreements. So, Mr. White, am I to read this
8  response to the interrogatories to say that there are
9  properly signed and written severance agreements that
10  exist that Compass Marketing cannot locate?
11   A.  I would not read it that way.
12   Q.  Okay.  Let me ask a different question.  Are
13  there properly signed and written severance agreements
14  that Compass Marketing cannot locate?
15   A.  It is possible.
16   Q.  Why do you say it is possible?
17   A.  It is possible because our network has been
18  breached.  Our files have been stolen.  Employee files
19  have been padded.  And we have identified contracts
20  that actually have my signature forged.
21   Q.  Okay.  So when you say that employee file
22  has been padded, what personal knowledge you have of
23  that, as opposed to just hearing somebody else say it?
24   A.  I only have Michael White's testimony under

Page 45

1  oath in December that you and I both heard.
2    Q.  Okay.  So you don't have any personal
3  knowledge of any information in anybody's file being
4  padded?
5    A.  I only have Michael White's admission.
6    Q.  Excuse me, Mr. White, it is a yes or no?
7    A.  It is a yes or no question.
8    Q.  I don't need I don't need you to give me the
9  editorial.  I need you to just give me the straight
10  answer.  You have no -- is it correct that you have no
11  personal knowledge as to whether any employee file has
12  been padded?
13   MR. STERN:  Objection.  Asked and answered.
14   MR. JORDAN:  That's fine.  You can answer again.
15  Yes or no?
16  BY THE WITNESS:
17   A.  I have answered, I will answer again.  My
18  knowledge is limited to Michael White's admission
19  under oath.
20   Q.  Okay.  I will tell you I was at his
21  deposition; he made no such admission.  Taking aside
22  whatever Michael White said, that your
23  characterization or otherwise, at his deposition.  You
24  have no personal knowledge as to whether any employee

Page 46

1 file has been altered, amended, added to, or detracted
2 from, or otherwise padded; is that correct?
3     MR. STERN:  Objection to form.
4 BY THE WITNESS:
5     A.  No, that is not correct.
6     Q.  Okay.  What personal knowledge y outside of
7 you hearing some statement by Michael White at a
8 deposition, do you have?
9     A.  I have personal knowledge of my signature
10 being forged by your client.
11     Q.  Okay.
12     A.  (Indiscernible).
13     Q.  Hold on, Mr. White, it really doesn't do you
14 good to hold up a piece of paper where you're five
15 miles away from the camera.
16     A.  (Indiscernible).
17     Q.  All right.  So, anyway, I am moving on here.
18 Okay.
19     A.  (Indiscernible).
20     Q.  Excuse me, Mr. White, you're not supposed to
21 interrupt me when I am asking a question.  Remember,
22 that was one of our first ground rules.
23     A.  And our ground rule was also that we would
24 let each other finish our answer.  Please let me

Page 47

1 finish my answer.
2     Q.  No.  I am moving on.  Okay.  Mr. White, are
3 you saying that the severance agreement with your
4 purported forged signature, was contained in David
5 Boshea's employee file?
6     A.  That is not what I said.
7     Q.  That is why I am asking you.  Was David
8 Boshea's -- was any severance agreement, signed or
9 unsigned, relating to David Boshea's employment with
10 Compass included in his employee file?
11     MR. STERN:  Objection to form.
12 BY THE WITNESS:
13     A.  I don't know.
14     Q.  Okay.  Then when responding to the
15 interrogatories and document requests in this case,
16 who examined David Boshea's employment file, if you
17 know?
18     A.  I don't know.
19     Q.  Okay.  Are you aware of -- without regard to
20 whether it's David Boshea or anybody else, are you
21 aware -- are there any properly signed and written
22 severance agreements entered into between Compass and
23 any employee between 1998 and 2012 that Compass cannot
24 locate?

Page 48

1     A.  I didn't understand your question.  Can you
2 restate it?
3     Q.  You know what?  I just move on.  I am
4 showing you, it is  marked as Jay White, Exhibit 2,
5 which is Defendant Compass Marketing Inc.'s Answers to
6 Plaintiff David J. Boshea's first set of
7 interrogatories, which is an 11-page document.  It's
8 up on the screen.  Do you see it?
9              (Exhibit 2 was displayed.)
10     A.  I do see it.
11     Q.  Okay.  And there are some objections,
12 general objections, which I am not sure we need to go
13 into.  And then there is on the page 3, the
14 preliminary statement; on page 4, the same statement
15 with regard to Michael White and George White dealings
16 with the the .com domain.  Do you see that?
17     A.  I can see that.
18     Q.  Okay.  And then on page 10, there is a
19 certification. This is the same certification that was
20 on the third set of interrogatories; is that correct?
21     A.  I don't know if this is the third.
22     Q.  No, this is the first set.  Is that the same
23 certification?  Do you want to read it and tell me if
24 it is the same certification?

Page 49

1     A.  It appears to be the same.
2     Q.  Okay.  And there is a signature on there.
3 Do you recognize the signature?
4     A.  It appears to be mine.
5     Q.  Yes.  Is it yours?
6     A.  It appears so, yes.
7     Q.  Okay.  Did you sign this document, yes or
8 no?
9     A.  I don't remember, but it appears that I did.
10     Q.  Okay.  Now you say you don't remember. What
11 do you mean, you don't remember? You may have signed a
12 document that you don't remember signing?
13     A.  I don't know if this is a document that I
14 signed.  I certainly don't remember signing this
15 particular document. I sign a lot of them.
16     Q.  Okay.  When you signed the document, did you
17 believe the answers in the interrogatories were
18 accurate and correct?
19     A.  Well, I just said I don't remember signing
20 this particular document.
21     Q.  Okay.  I think you believe that is your
22 signature.  Do you want to go through these and tell
23 me whether these answers need to be amended at all?
24 You know, we're up on number one. Feel free to read

Page 50

1  through and let me know when you're ready to move.
2      A.  Okay.
3      Q.  Is there any amendment that is needed to
4  this so far?
5      A.  I am only seeing part of the page.
6      MR. STERN:  Can you clarify for the record, this
7  part?
8  BY MR. JORDAN:
9      Q.  I showed you the response to interrogatory
10  number one and through Rebecca O' Barsky (phonetic) on
11  page two of four.  And now let's look at it Exhibit 2,
12  page 5.  If you can read this and let me know when
13  you're ready, and I will move on.
14      MR. STERN:  Just so it's clear, if you scroll up
15  a little bit, Greg, just a little bit.
16      MR. JORDAN:  I am going to scroll through the
17  entire thing so that nothing's cut off.  The names
18  Michael White, George White and Daniel White are on
19  that page right now.
20      MR. STERN:  On the screen that we're seeing, the
21  bottom part of Daniel White's cut off.  So I am just
22  trying to be clear for the record reports --
23      MR. JORDAN:  Okay.  Tell me if you see the entire
24  Daniel White.

Page 51

1      MR. STERN:  Okay.  So now we have the full text of
2  Michael White, George White, and Daniel White
3  responses.
4      MR. JORDAN:  Okay.
5  BY MR. JORDAN:
6      Q.  Let me know when you're finished reading.
7      A.  Okay.
8      Q.  Do you see the John White, Jerry Kane
9  (phonetic), Aaron Songer (phonetic), Lou Fernandez,
10  Dana Esavano (phonetic) on the screen?
11      A.  I do.
12      Q.  Okay.  Can you read through that?
13      A.  Sure.  Okay.
14      Q.  Okay.  And then we have the sixth page, it
15  starts with James Columbus, and I have up on the
16  screen, read through Kevin -- can you see through
17  Kevin Vandusan (phonetic)?
18      A.  Yes.
19      Q.  Okay.  Just read that.
20      A.  Okay.
21      Q.  Okay.  And then, the remainder of the page
22  is up. John Mancini through Frank Pellegrino, do you
23  see that?
24      A.  I do.

Page 52

1      Q.  Okay.  Just read through and let me know
2  when you're finished.
3      A.  Okay.
4      Q.  And then there is Marty Monterrey, John
5  Adams, Jesse Williams up on the screen; do you see
6  that?
7      A.  I do.
8      Q.  Okay.  Can you read through that?
9      A.  Okay.
10      Q.  All right.  After reviewing that, is there
11  any reason to amend or change the responses to
12  interrogatory number one?
13      A.  Let me read the question again.
14      Q.  It says:  Identify each person whom the
15  defendant believes has or may have knowledge of the
16  facts and circumstances alleged in the complaint,
17  affirm defenses the defendant filed in this action or
18  both.  For each person so identified, described the
19  information and knowledge the defendant believes such
20  person possesses as to each of the interrogatories set
21  forth below.
22      MR. STERN:  I am just going to object to the
23  extent affirmative defenses has legal significance,
24  and the witness may not know the answers to that.

Page 53

1  BY MR. JORDAN:
2      Q.  You know what, I am just asking if you need
3  to amend the responses to interrogatories.  I assume
4  you have good counsel. They would have advised you at
5  the time of the responses to the returns.
6      A.  I don't believe counsel has advised to amend
7  the interrogatories.
8      Q.  Okay.  I am not asking whether counsel --
9  because the counsel wouldn't advise whether to admit -
10  - this is a factual statement.  Are any of the facts
11  contained in response to interrogatory number one need
12  to be supplemented, amended, or otherwise changed?
13      A.  I am not sure.
14      Q.  Why do you say you're not sure?  Go ahead.
15  Tell me why you think you are not sure?
16      A.  Well, it's a pretty extensive list, and
17  there is a lot of employees on there, and I don't know
18  who else might have information in regard to this.
19      Q.  Is there anyone you can think of?
20      A.  I can't think of anyone, that is why I said
21  I don't know.
22      Q.  Okay.  According to Michael White, okay, it
23  says that Michael White had oversight over personnel,
24  management, and payroll.  What does Compass mean when

Page 54

1  it responded that he had oversight over personnel,
2  management, and payroll?
3      MR. STERN:  Objection to the extent that that
4  suggests that he was a corporate designee and he's
5  not.
6      MR. JORDAN:  He signed the responses, so I assume
7  that he has knowledge about this.
8      MR. STERN:  Yes, about his knowledge.  But it's
9  not in his --
10     MR. JORDAN:  Okay.
11  BY MR. JORDAN:
12     Q.  What do you know about Michael White having
13  had oversight over personnel, management, and payroll?
14     A.  I think the words speak for themselves.  He
15  had oversight for management and payroll.
16     Q.  You know words don't speak, witnesses speak.
17  I don't know necessarily what is meant in this
18  response.  So when it said Michael White had oversight
19  over personal, management, payroll, what oversight did
20  he have?
21     A.  All responsibility for the payroll.
22     Q.  What does that mean?
23     A.  He managed it, himself.
24     Q.  Did he make decisions as to compensation?

Page 55

1      A.  He wasn't supposed to.
2      Q.  Okay.  Was his role just a functional role
3  where he processed the payroll or something else?
4      A.  It was supposed to be that.
5      Q.  Okay.  What did he do with regard to
6  personnel management?
7      A.  He managed the health insurance, the 401k
8  plan, basically what we call personnel management.
9      Q.  When you say personnel management, you mean
10  managing health and 401K?
11     A.  Yes.
12     Q.  Okay.  So he would have been informed as to
13  all the details of Boshea's hire and compensation
14  package for administrative purposes, including the
15  lack of a severance agreement of the kind described by
16  plaintiff.  Okay.  So who would have informed him as
17  to the details of Boshea's hire and compensation
18  package?
19     A.  I would have.
20     Q.  Okay.  Anyone else?
21     A.  I don't believe so.
22     Q.  Okay.  And it says:  Including the lack of a
23  severance agreement.  What discussions did you have
24  with Michael White about the lack of a severance

Page 56

1  agreement in 2007?
2      A.  I don't recall any discussions in 2007 with
3  Michael White on this.
4      Q.  Okay.  You know, it's the absence that
5  really kind of makes it interesting for me.  It says:
6  Including the lack of a severance agreement, are you
7  saying that for a fact that there was a decision made
8  not to give a severance agreement to David Boshea, or
9  that you don't recall, or something else?
10     MR. STERN:  Objection to form.
11  BY THE WITNESS:
12     A.  I think the words speak for themselves.
13     Q.  Again, witnesses speak.  Words don't speak.
14  It says:  Including the lack of service agreement, was
15  there any discussion with anyone about not providing a
16  severance agreement to David Boshea?
17     A.  I have already answered that.  I don't
18  recall any discussions from fifteen years ago.
19     Q.  Okay.  Do you recall any discussions with
20  David Boshea where either there was a statement that a
21  severance agreement is going to be provided, or a
22  severance agreement was not going to be provided?
23     MR. STERN:  Objection to form.
24  BY THE WITNESS:

Page 57

1      A.  I don't remember any conversations like
2  that.
3      Q.  Okay.  Is there anything that you refresh
4  your recollection about communications, about a
5  severance agreement between Compass and David Boshea?
6      A.  I can't think of any.
7      Q.  Okay.  Do you have a recollection of your
8  conversations with David Boshea about his compensation
9  package before he was hired?
10     A.  No.
11     Q.  Okay.  Is there anything that would refresh
12  your recollection about your discussions with David
13  Boshea about his compensation package before he was
14  hired?
15     A.  Maybe getting the fifteen years back, but
16  no, other than that, nothing.
17     Q.  Okay.  Do you have any recollection of
18  conversations with David Boshea about his compensation
19  package at the time he was hired, on the day he was
20  hired?
21     A.  No.
22     Q.  Is there anything to refresh your
23  recollection about those conversations?
24     A.  Other than the fifteen years, no.

Page 58

1    Q.  Okay.  Going back fifteen years, is it your
2   testimony that you don't have any recollection as to
3   whether there was or was not a severance agreement
4   between David Boshea and Compass?
5    A.  That is not what I said.
6    Q.  Okay.  What did you say?
7    A.  Can we have the court reporter read back the
8   record?
9    Q.  I understand your answer.  I am not
10  interested in your prior answer.  I asked you this
11  one.  What is your recollection -- let me ask a new
12  question.  What is your recollection as to whether or
13  not David Boshea had a severance agreement?
14   A.  I don't have a recollection of this time
15  period that you're referring to.
16   Q.  Okay.  So you just don't recall?
17   A.  I don't remember.
18   Q.  Okay.  Is there anything that could assist
19  you in remembering?
20   A.  Other than the fifteen years, no.
21   Q.  Okay.  And then was it Daniel White -- okay,
22  it indicates that he was legal counsel for Compass at
23  the time of Boshea's hiring.  The terms of Boshea's
24  compensation employment package would have been to

Page 59

1   communicate it to Daniel White so that he could draft
2   the applicable employment contracts.  Okay.  Do you
3   recall what conversations you had with Daniel White
4   with regard to Boshea's compensation employment
5   package?
6    A.  I do not.
7    Q.  Okay.  What applicable employment contracts
8   would Daniel White have drafted?
9    A.  The employment contracts that we generally
10  use.
11   Q.  Okay.  What employment contracts did Compass
12  generally use at the time David Boshea was hired?
13   A.  We provided them for you, but I don't
14  understand your question.
15   Q.  Well, I don't know.  I wasn't at Compass.  I
16  if I went back fifteen years, I wouldn't have even
17  known the existence of Compass Marketing, David
18  Boshea, or John White, so you have to tell me.  What
19  were the -- what was Daniel White drafting when David
20  Boshea was hired?  The words have a meaning, he was
21  drafting something.
22   A.  Employment agreements.
23   Q.  Okay.  So he drafted an employment agreement
24  for David Boshea?

Page 60

1    A.  I don't know.  I assume he did.  That was
2   his job at the time.
3    Q.  Okay.  It says:  John White has in that
4   portion right here.  John White has full knowledge of
5   Boshea's compensation packages and employment terms,
6   the duration of his employment with Compass.  Okay.
7   What do you recall about David Boshea's compensation
8   packages and employment terms at the time of his hire?
9    A.  I don't recall the time of his hire.
10   Q.  Is there anything that could help you recall
11  David Boshea's compensation packages in employment
12  terms at the time of this hire?
13   A.  Yes.  His employment agreement.
14   Q.  Okay.  Is that that document that you didn't
15  sign, that was forged?
16   A.  No.  That is obviously not the document that
17  would help me determine Mr. Boshea's agreement.  It
18  would be the actual unforged document that would help
19  me.
20   Q.  Okay.  What was the difference between that
21  document and the document that you did?  So are you
22  saying that you signed an employment agreement between
23  Compass and David Boshea?
24   A.  That is not what I said.

Page 61

1    Q.  Okay.  That is why I asked.  Okay.  Did
2   David Boshea ever -- did you ever sign an employment
3   contract relating to David Boshea's employment?  Ever.
4    A.  I don't recall.
5    Q.  Is there anything that could help you
6   recall?
7    A.  The contract.
8    Q.  Okay.  And does Compass or you or anybody
9   else have in their possession that contract?
10   MR. STERN:  Objection to the form.
11  BY THE WITNESS:
12   A.  We do have one of them from 2015, yes.
13   Q.  Okay.  Anything prior to 2015?
14   A.  I don't recall.
15   Q.  Is there anything that could help you
16  recall?
17   A.  The employment contract itself that is not
18  forged would help me.
19   Q.  Okay.  But you don't know where that is, if
20  it exists?
21   A.  I do not.
22   Q.  Okay.  Now, there are various people on page
23  6, James Columbus, also known as Chip Dupaula
24  (phonetic), he had a written and signed employment

Page 62

1  contract; is that correct?
2      A.   I believe so.
3      Q.   Okay.  And John Greenwood, he had a written
4  and signed employment agreement; is that correct?
5      A.   I believe that he did.
6      Q.   Okay.  And Alisa Greenwood had a written and
7  signed employment contract with Compass, correct?
8      A.   All employees should have had written and
9  signed agreements, including a lease agreement.
10     Q.   Okay.  Including David Boshea?
11     A.   All employees should have had a signed
12  employment agreement.
13     Q.   Did David Boshea have a signed employment
14  agreement?
15     A.   I don't know.
16     Q.   Okay.  You said, "all employees", so I am
17  just trying to understand your answer.  So what was
18  David Boshea -- first of all, what exactly happened in
19  2019 that George White and Michael did, as far as you
20  know?
21     A.   I don't understand your question.
22     Q.   Okay.  Do you remember the preliminary
23  statement number 5 about -- in or about July 2019,
24  Michael White and his son, as  administrators of the

Page 63

1  domain, the dot.com domain, prevented and continued to
2  prevent Compass from accessing records in the .com
3  domain?
4      A.   Yes.
5      Q.   Okay.  What exactly did they do, if you
6  know?
7      A.   I don't know exactly, but generally they
8  seized control of our network, and refused and
9  continue to refuse to release it to us.
10     Q.   Okay.  After George White and Michael White
11  did the things that you just said, what efforts did
12  Compass undertake to find or obtain possession of its
13  .com domain from them?
14     A.   I don't know the exact details of what was
15  done, but in general, we attempted to get control back
16  of our network.
17     Q.   Generally, what did Compass do?
18     A.   I am sorry, can you repeat that?
19     Q.   Generally, what did Compass do?  Even if you
20  don't know specifically what they did, what generally
21  did Compass do to try to get the .com domain as it's
22  defined in primary statement number 5 back?
23     A.   Generally, we engaged an outside firm that
24  specializes in cybersecurity.  We contacted Google and

Page 64

1  Microsoft, and we called the police.
2      Q.   Okay.  Who maintained the domain?
3      A.   Compass.
4      Q.   No, no, there is a there is a host company
5  that maintains every domain.  I think netfirms.com
6  hosts my domain, even though I use the Microsoft
7  system, the OneDrive and everything else from my firm.
8  Who hosts the .com domain?
9      A.   I don't know for sure, but I think it's
10  Google.
11     Q.   Okay.  What makes you think Google maintains
12  the .com domain?
13     A.   Because we still get monthly invoices from
14  Google specific to the .com emailed to George White
15  and Michael White.
16     Q.   Okay.  Do you pay them?
17     A.   No.  Somebody with a credit card pays them,
18  it is not us.
19     Q.   Okay.  And you don't know who that is?
20     A.   We guess it's Michael or George White, who
21  are addressed -- these emails are addressed.  I don't
22  know who it is, o.
23     Q.   Okay.  Now, up on the screen, we see Jay
24  White, Exhibit 3, okay, which is -- it has some

Page 65

1  letterhead on that.  Whose letterhead is that?
2           (Exhibit 3 was displayed.)
3      A.   Whose letterhead is that?
4      Q.   Correct.
5      A.   It says Compass Marketing.
6      Q.   Is it Compass Marketing letterhead?
7      A.   I don't know.  At the time, it might have
8  been.  I don't think it is today.
9      Q.   Okay.  And then there is -- this goes two
10  pages.  First off, just to make sure, there is some
11  handwriting at the top.  Do you recognize the
12  handwriting?
13     A.   I do.
14     Q.   Whose handwriting is that?
15     A.   That is Michael White's handwriting.
16     Q.   Okay.  And what I want you to do is to read
17  Jay White, Exhibit 3, and we're going to go through
18  the first four paragraphs are up on the screen; do you
19  see that?  It starts:  Dated Tuesday, December 15,
20  2015.  Dear David Boshea, and then it has four
21  paragraphs.  Let me know when you've read them.
22     A.   Okay.
23     Q.   And then there is -- below that it says,
24  respectfully, JD, John D. White, Chief Executive

Page 66

1  Officer, and it bears a signature.  Do you recognize
2  the signature?
3      A.  It appears to be mine.
4      Q.  Okay.  And then there is an employee line;
5  is it signed?
6      A.  It is not.
7      Q.  Okay.  And then there is -- the second page
8  is an email.  And it says:  John White.  And then it
9  says:  jwhite@compassmarketinginc.com.  Do you
10  recognize that email address?
11     A.  I do.
12     Q.  Whose email address is that?
13     A.  That was my email address.
14     Q.  On September 15, 2015, that was your email
15  address?
16     A.  I believe so.
17     Q.  Okay.  And it is to David Boshea, and then
18  it says:  dboshea@compassmarketingin.com.  Do you
19  recognize whose email address that is or was on
20  September 15, 2015?
21     A.  I believe it was David Boshea.
22     Q.  And it copies Mike White,
23  mw@compassmarketinginc.com.  Whose email address, if
24  you know, was that on September 15, 2015?

Page 67

1      A.  Michael White.
2      Q.  Okay.  And then Daniel White, it says
3  dwhite@compassmarketinginc.com.  Whose email address
4  was that on September 15, 2015?
5      A.  That was Daniel White's Compass email
6  address.
7      Q.  Okay.  And then the email says:  Dave, see
8  attached per our conversation.  Sorry, Dave.  John.
9  Did you author that email?
10     A.  I don't recall.
11     Q.  Okay.  And then it says -- the person says:
12  Per our conversation.  Did you have a conversation
13  with regard to the first page of this exhibit?  It is
14  sometime around or before September 15th, on or before
15  September 15, 2015?
16     A.  I don't recall seven years (indiscernible).
17     Q.  Okay.  So is there anything that could help
18  you recall the conversation that you had with David
19  Boshea on or about September 15, 2015, that is
20  referenced in that email on page 2 of Exhibit 3?
21     A.  Other than the seven years, no.
22     Q.  Okay.  I am not sure, what do you mean
23  "other than the seven years"?
24     A.  If I could get seven years back to this

Page 68

1  date, that would help me recall what you're asking.
2      Q.  Okay.  All right.  What, if any, reference
3  in this exhibit is there made to severance?
4      A.  I am sorry.  What is your question?
5      Q.  What, in ay, reference to severance is made
6  on page 1 of Exhibit 3, which is the letter to David
7  Boshea asking him to accept a reduction in his base
8  compensation?
9      MR. STERN:  Objection to form.
10  BY THE WITNESS:
11     A.  I think the compensation includes or would
12  include any severance.
13     Q.  Okay.  Why do you say that?
14     A.  Well, compensation includes severance.
15     Q.  Okay.  In what way does it?  Other than
16  severance is included in compensation, in what way is
17  maintaining a severance inconsistent with the terms of
18  this letter?
19     MR. STERN:  Object to form.
20  BY THE WITNESS:
21     A.  I didn't understand your question.  Can you
22  ask, again?
23     Q.  Okay.  It says here:  The terms of this
24  letter of agreement will supersede any inconsistencies

Page 69

1  with any prior agreements regarding the terms of your
2  compensation and cannot be modified unless in writing
3  and signed by us.  Your agreement shall continue at
4  will.
5      What I am asking you is:  In what way is
6  maintaining his -- any severance agreement he might
7  have had inconsistent with this letter?
8      A.  I am still not understanding, Greg.  Can you
9  can you ask again just slower?
10     Q.  Okay.  How, if at all, did this letter
11  supersede David Boshea's right to receive severance?
12     MR. STERN:  Objection to form.
13  BY THE WITNESS:
14     A.  Other than that, it says it's a
15  modification, and that compensation would include
16  severance, I don't know anything else other than that.
17     Q.  Okay.  So it doesn't the word "severance" in
18  the letter, correct?
19     A.  As I read this letter, the word "severance"
20  is not on the page.
21     Q.  And the purpose of letter was to reduce base
22  compensation to an annual amount of $180,000; is that
23  right?
24     MR. STERN:  Objection to form.

Page 70

1 BY THE WITNESS:
2    A.  No.
3    Q.  What was the purpose of the letter other
4 than asking him to agree to accept the reduction in
5 base compensation to an annual amount of $180,000
6 before customary deductions in the categories of his
7 regular payroll deductions?
8    A.  It was a modification of his compensation.
9 And the rest of the letter, if I could read the letter
10 to you.  The employment shall be at will.  If you want
11 me to read the letter, I am happy to read the letter
12 to you.
13    Q.  I know.  I don't need you to read the
14 letter.  I am perfectly capable.  Sixteen years at
15 Catholic school served me well.  I can read.
16    What I am asking you is:  Other than reducing the
17 base compensation, what other change to David Boshea's
18 employment agreement, at will or otherwise, were
19 stated in this letter?
20    A.  Can you ask that again, Greg?
21    Q.  Sure.  Other than asking David Boshea to
22 accept a reduction in his base compensation, what
23 other terms of his employment were mentioned in this
24 letter?

Page 71

1    MR. STERN:  Objection to form.
2 BY THE WITNESS:
3    A.  One says it will be at will.
4    Q.  Was he not employed at will, previously?
5    A.  I don't recall, but that is something else
6 that is referred to in the letter, and I think in
7 answer to your question.
8    Q.  Okay.  Anything else?  Reduction in
9 compensation, his employment at will?  Anything else
10 mentioned in the letter?
11    A.  There is nothing else in the letter.  There
12 is nothing other than what's in the letter, that the
13 letter refers to.
14    Q.  Okay.  Do you know whether David Boshea ever
15 signed a document similar or the same as J. White
16 Exhibit 3, which was what you referred to just now as
17 the letter?
18    A.  I do not recall.
19    Q.  Is there anything I could help you recall?
20    A.  I can't think of anything that would help me
21 recall that.
22    Q.  Okay.  Did Compass reduce anyone else's
23 compensation in 2015?  Excuse me, let me start again.
24 At the time that Compass reduced David Boshea's base

Page 72

1 compensation in 2015, did Compass reduce anyone else's
2 compensation?
3    A.  Yes.
4    Q.  What percentage of the employees'
5 compensation was reduced, along with David Boshea's?
6    A.  I don't recall.
7    Q.  Do you recall any employee of Compass whose
8 compensation was not reduced at the same time?
9    A.  I don't recall.
10    Q.  Is there anything that can assist you in
11 recalling, other than going back in the time machine,
12 seven years?
13    A.  Yes.
14    Q.  What would help you recall?
15    A.  The payroll report from the payroll company.
16    Q.  Okay.  So it may have been that David Boshea
17 was -- you know there were other people whose
18 compensation was reduced at that time, but you would
19 have to look at the payroll reports to determine whose
20 compensation was not reduced; is that correct?
21    A.  Correct.
22    Q.  Okay.  Was your compensation reduced at that
23 time?
24    A.  I don't recall, but I -- I don't recall.

Page 73

1    Q.  Is there anything, other than looking at the
2 paper records, that would assist you in recalling?
3    A.  I would have a look at my bank accounts.
4 Yeah, probably my bank accounts  would show.
5    Q.  It seemed to me to be generally a big deal
6 to have compensation reduced.  So you don't recall
7 whether yours was reduced; is that what you're saying?
8    A.  I don't recall.  But what you are right, it
9 was a big deal.
10    Q.  Okay.  And yet you don't recall, right?
11    A.  I recall some employees that were reduced,
12 but I don't recall if I was or not.
13    Q.  Okay.  I have here what has been marked as
14 J. White Exhibit 4, which are -- I will tell you,
15 David Boshea's notes that he made apparently on
16 September 16th, 2015.  It says J. White convo, I would
17 anticipate that means there was a conversation with
18 you at -- around that time.  Can you review this and
19 let me know when you've read the exhibit.
20    A.  Sure.
21    MR. STERN:  Greg, can you please instruct Mr.
22 Boshea to stop.  I don't know what's so funny, but he
23 keeps laughing.
24    MR. JORDAN:  I think you are making something up,

Page 74

1  Steve.  Honestly, I didn't hear anything.
2      MR. STERN:  Well, I hear someone laughing.
3      MR. JORDAN:  Okay.
4  BY MR. JORDAN:
5      Q.  Just let me know when you're finished.
6      A.  Okay.  Finished.
7      Q.  Go down to the bottom, and the last words
8  appear to be: In Jan. 2016; do you see that?
9      A.  I do.
10     Q.  Okay.  In Mr. Boshea's notes, was there any
11 reference to severance?
12     MR. STERN:  I am going to just object to the
13 characterization. Mr. White cannot confirm or verify
14 whether those are Mr. Boshea's notes.
15     MR. JORDAN:  I am telling you that I am
16 representing to you as an officer of the court that we
17 have identified these in discovery as David Boshea's
18 notes.
19     MR. STERN:  (Indiscernible, talk over).
20     THE WITNESS:  (Indiscernible, talk over).
21 BY MR. JORDAN:
22     Q.  So you may take it from me, Mr. White.  You
23 may take it from me that these are David Boshea's
24 contemporaneous notes prepared at the time of your

Page 75

1  conversation with him regarding the salary reduction.
2  So having said that, is there any reference in his
3  notes to severance?
4      MR. STERN:  I am going to repeat my objection that
5  Mr. White is not able to know that these were, in
6  fact, taken by Mr. Boshea at the time representing.  I
7  understand your representation, but Mr. White cannot
8  testify to that.
9      MR. JORDAN:  Is that a speaking objection? Did I
10 hear?
11     MR. STERN:  I am just noting it.
12     MR. JORDAN:  Yes, yes, it is a speaking objection.
13     MR. STERN:  John, you like -- John, would you like
14 to leave the room a minute.
15     MR. JORDAN:  Okay.
16 BY MR. JORDAN:
17     Q.  With that regard to anything, is there any
18 reference on this page to severance?
19     A.  I can't read all of the writing, but I don't
20 see the word "severance".
21     Q.  Okay.  Let me let me read it to you, how I
22 remember reading it.  RE: Salary reductions.
23 (asterisk) Effective 10/15/15 (asterisk) me $200K;
24 (arrow) $180K; (asterisk) J. White to bring mine back

Page 76

1  to $200K in January 2016, it appears.  Pay back via
2  bonus. (asterisk) pay me back money owned for WEGC,
3  give John total owed me; he ay in January -- Jan.
4  2016.
5      Okay.  Is there any reference in that recitation
6  to severance?
7      A.  I did not hear you say "severance", no.
8      Q.  Do you see the word "severance"? Can you
9  discern the word "severance" on the page?
10     A.  I already answered.  I don't see the word
11 "severance".
12     Q.  Okay.  Did you agree to bring -- did you
13 dispute that you agreed to bring David Boshea's
14 compensation back to $200,000 in the future?
15     A.  That is not what I said.
16     Q.  What did you say?
17     A.  I said, I don't see the word "severance".
18     Q.  I asked you a different question, Mr. White.
19 Did you tell David Boshea in September 2015 that you
20 were going to bring his compensation back to $200,000
21 at some point, via bonus?
22     A.  I don't recall.
23     Q.  Is there anything that could help you recall
24 that?

Page 77

1      A.  No.
2      Q.  Okay.  There is a reference to WEGC.  Do you
3  know what WEGC is?
4      A.  I don't.  This document that you're
5  referring to doesn't appear to be authentic to me, but
6  if it is, and it was written at this time, it just
7  simply appears to be an acknowledgment (indiscernible,
8  talk over.)
9      Q.  Excuse me, Mr. White.  Mr. White, I am not
10 asking you to speculate on your belief of anything.  I
11 am asking you if you know what WEGC stands for?
12     A.  Yeah.  And I am going to try to answer
13 again, please.  But don't talk over me.
14     Q.  Then just tell me.  All right.  So you
15 determined -- we determined that you know what WEGC
16 stands for.  What does WEGC --
17     A.  But I --
18     Q.  Excuse me.  I am trying to ask a question.
19 What does WEGC stand for?
20     A.  I will start, again.  I don't recognize the
21 --
22     Q.  Excuse me, Mr. White.  The ground rule was
23 you had to be responsive, and I would not interfere.
24 But you are not being responsive.  All I am asking --

Page 78

1 I have moved on. I am not interested in your -- and
2 so not interested in your commentary about David
3 Boshea's notes. David Boshea's notes are David
4 Boshea's notes. He can testify in front of the jury
5 and the jury will believe him or not. Okay. I am
6 only asking you what does WEGC stand for?
7     A. That's not all you are doing. You're
8 talking over me, which you still are doing.
9     Q. All right. Mr. White, we have moved on. We
10 have moved on from your commentary about your not
11 expert belief of whatever. I am not interested in
12 that, so we are moving on.
13     A. You are talking over me.
14     Q. WEG -- excuse me. WEGC stands for what?
15     A. You are talking over my answers.
16     Q. You are not answering. You are trying to
17 make some sort of nonresponsive commentary to a very
18 simple question. You have already identified that you
19 know what WEGC stands for.
20     A. What did I say?
21     Q. Just tell me. What does WEGC stand for or
22 tell me you don't know. And then we will present thus
23 in jury where you said you knew what it meant and all
24 of a sudden you had a brain cramp.

Page 79

1     A. To be clear, I did not say I knew what it
2 meant.
3     Q. You don't know what WEGC stands for?
4     A. I did not say that.
5     Q. All right. So what does WEGC stand for, if
6 you know?
7     A. I will try to answer. I will ask that you
8 don't interrupt me, please, which is a problem.
9 (Indiscernible, talk over).
10     Q. If you are responsive, I will not interrupt
11 you.
12     A. You are interrupting me.
13     Q. Go ahead.
14     A. Well, you asked me to agree to it at the
15 beginning of this deposition.
16     Q. You have to be responsive.
17     A. (Indiscernible, talk over) interrupting me.
18     Q. Okay.
19     A. You may not like my answer, you are going to
20 have to receive it, whether you like it or not.
21     Q. I am only interested in you telling me what
22 WEGC stands for. If you say anything other than
23 telling me what it stands for, I will interrupt you.
24 I guarantee it. What does WEGC stand for?

Page 80

1     A. I don't know.
2     Q. Okay. Have you ever heard of the White
3 Eagle Golf Club?
4     A. Yes.
5     Q. What is the White Eagle Golf Club, as far as
6 you know?
7     A. I think it's a golf club.
8     Q. Okay. Have you ever been there?
9     A. Yes.
10     Q. Okay. Where is it located?
11     A. It is in Naperville. Chicago.
12     Q. Okay. Have you ever met anybody who was a
13 member of the White Eagle Golf Club?
14     A. I don't know.
15     Q. Okay. Was David Boshea ever a member of the
16 White Eagle Golf Club?
17     A. I don't know.
18     Q. That is a great answer. Okay.
19     A. Wow. (Indiscernible).
20     Q. You know what, please, let me ask another
21 question. I just appreciate that. I look forward to
22 putting this in front of the jury.
23     A. (Indiscernible, talk over).
24     Q. Excuse me, can I ask a question.

Page 81

1     MR. STERN: Hold on one second, I have to find the
2 mute button.
3     THE WITNESS: Wow.
4     MR. JORDAN: Excuse me, gentlemen. I believe rule
5 30 applies to you. Unless you guys are talking about
6 the Oriole game, there is no reason for you to be
7 talking to your client here on the video.
8     MR. STERN: Okay.
9     MR. JORDAN: Are we taking a break?
10     MR. STERN: No. I can say this on the record or
11 off the record, but I don't see any reason that you
12 need to make these side statements. I just would
13 suggest you move on to the next statement. We don't
14 need to know what you're going to present to the jury
15 what you're not going to present to the jury.
16     MR. JORDAN: Okay.
17     MR. STERN: Just continue on with your questions,
18 please.
19     MR. JORDAN: All right. No problem.
20     MR. STERN: All right.
21     MR. JORDAN: Can you get Mr. White, or do you want
22 to take a break?
23     THE WITNESS: It is about time for lunch.
24     MR. GARTEN: Can you hear us, Greg?

Page 82

1    MR. JORDAN:  I can.
2    MR. GARTEN:  I was just saying it's about 1:30
3  East Coast time.  It seems like it would be an
4  opportune time for a lunch break.
5    MR. JORDAN:  Well, how long would you like for a
6  lunch break?
7    MR. STERN:  About a half hour?
8    MR. JORDAN:  Okay.  All right.  So we'll be back at
9  or about 1:07 my time, 2:07 your time.
10    MR. STERN:  Okay.
11    MR. JORDAN:  Okay.
12    MR. STERN:  Thank you.
13    MR. REPORTER:  We are off the record at 12:27 p.m.
14  Central Time.
15        (A break was taken.)
16    MR. JORDAN:  Let's go back on the record.  What
17  time is it?
18    MR. REPORTER:  We are on the record at 1:24 p.m.
19  Central Time.
20    MR. JORDAN:  Okay.
21  BY MR. JORDAN:
22    Q.  What I am going to do is I guess as long as
23  we were just talking offline here.  So, Mr. White, can
24  you tell me, with regard to when David Boshea was

Page 83

1  employed by Compass Marketing, when, if ever, did he
2  have a physical office at Compass Marketing's
3  headquarters?
4    Let me start again.  Compass Marketing's
5  headquarters were, when David Boshea was employed, in
6  Annapolis, Maryland; is that right?
7    A.  Yes.
8    Q.  Have they moved from the headquarters that
9  they had when David Boshea was employed?
10    A.  Yes.
11    Q.  Okay.  Where is the company located now?
12    A.  Moved twice, but it is still in Annapolis,
13  but all three offices are in Annapolis.
14    Q.  Okay.  And has the company gone mostly
15  virtual since the pandemic?
16    A.  Mostly virtual.  We offer either work in
17  office or from home.
18    Q.  Okay.  So has it downsized its office space?
19    A.  Downsized to a smaller office.
20    Q.  Okay.  How many square feet do they have
21  before?
22    A.  I don't remember.
23    Q.  Okay.  In relation to the former offices,
24  how much smaller are the current offices, office

Page 84

1  space?
2    Q.  I wouldn't know what exactly, I mean --
3    Q.  Can you just give me an estimate?
4    A.  Half.
5    Q.  I am not trying to be clever or coy, but one
6  of the things in your counterclaim had to do with some
7  loss of a lease, and I am trying to see whether, in
8  fact, what ended up happening.  So how much smaller are
9  the offices now?
10    A.  Probably half the size.
11    Q.  Okay.  And when Compass was looking for
12  office space that it raised in this case, how much
13  office space was it looking for?
14    A.  About the same size.
15    Q.  About the same size it has, or the same size
16  that it has now?
17    A.  Yeah, about half.  About half, okay.  That
18  and 100% of the size it has today, about.
19    Q.  Okay.  And so just switching back to that,
20  so did -- I was also sending Exhibits 6 through 10 to
21  Mr. Gagliano and Mr. Stern while I was asking
22  questions, so I kind of lost my train there.  Did Mr.
23  David Boshea have a physical office at Compass's
24  offices?

Page 85

1    A.  No.
2    Q.  Okay.  During the term of his employment,
3  how often did he come to Compass's office?
4    A.  It ranged, depending on the years.
5    Q.  Okay.  Say like 2007 to 2010, approximately
6  how many times a year did he come to Compass's
7  offices?
8    A.  I don't know.
9    Q.  Okay.
10    A.  Not many.
11    Q.  And when you say, "not many", is that more
12  than ten times?
13    A.  No.
14    Q.  More than five times?
15    A.  I don't know for sure, but I would say it's
16  less than ten times.
17    Q.  Okay.  And that's per year, or during that
18  period?
19    A.  During that period.
20    Q.  Okay.  And how about 2011 to 2015?  How many
21  times each year did David Boshea comes to the Compass
22  offices in Maryland?
23    A.  I think it was less than five, then.  I
24  believe that was about once per quarter.

Page 86

1    Q.  So about once per quarter each year?
2    A.  Correct.
3    Q.  Okay.  And from 2015 to 2010, did he
4   continue to come about once per quarter?
5    A.  No, he stopped coming.
6    Q.  Okay.  Is that something that Compass
7   directed or that he chose to do?  If, you know.
8    A.  I don't think anybody directed it.  I think
9   it just worked out that way.  He'd come a couple of
10  times a year.
11   Q.  Okay.  And how long -- during the period
12  from 2007 to 2010, how long would he be in Maryland?
13  Like a week, a month, a day?
14   A.  It ranged, but it wasn't long.  I mean, it
15  normally was two days, two or three days maximum.
16   Q.  Per trip?
17   A.  Correct.
18   Q.  Okay.  And then from 2011 to 2015, how long
19  would he stay in Maryland while he was, you know,
20  working in Maryland?
21   A.  Same, less time.  Usually he would come in,
22  stay the night, and then leave the next day.
23   Q.  Okay.  And then after 2015, how long would
24  you stay when he was working in Maryland for Compass?

Page 87

1    A.  Well, he stopped coming in regularly.
2    Q.  I understand that, but at some point, he was
3   there, right?
4    A.  Yes.
5    Q.  Okay.  How long would he stay?
6    A.  He would normally just stay the day.
7    Q.  Okay.
8    A.  Stay the night and leave the next morning.
9    Q.  Okay.  So, like, would he be in from 2017 to
10  2020, a couple of times a year, then?  Is that -- I am
11  trying to discern.
12   A.  No, it might have been once, and then
13  multiple years was none, zero.
14   Q.  Okay.  All right.  Terrific.  Trying to
15  understand.  Now prior to 2015 when David Boshea's
16  compensation was reduced, prior to that, was there --
17  did Compass post the boat trip tied to the Super Bowl
18  in, I guess that would be 2014?
19   A.  I don't know if that was the year, but we
20  did host a boat trip, yes.
21   Q.  Okay.  How much did you spend on that?
22   MR. STERN:  Objection, relevance.
23   MR. JORDAN:  I am just trying to figure out why it
24  was that David Boshea's compensation was cut.

Page 88

1   BY MR. JORDAN:
2    Q.  How much did you spend on the Super Bowl
3   boat trip?
4    MR. STERN:  Still not relevant but go ahead.
5   BY THE WITNESS:
6    A.  I don't know.
7    Q.  How many people were on the boat?
8    A.  I don't know.
9    Q.  More than 50?
10   A.  I don't know how many people were on the
11  boat.
12   Q.  More than 40?
13   A.  Same answer.
14   Q.  More than one?
15   A.  There was more than one, yes.
16   Q.  More than ten?
17   A.  I don't know.
18   Q.  Do you know how much Compass spent on that
19  trip?
20   A.  I already answered that.  No, I don't know.
21   Q.  Okay.  What benefit did it derive from that,
22  if any?
23   A.  What benefit did it derive?
24   Q.  Yeah.

Page 89

1    A.  It helped one of our clients.
2    Q.  Which client?
3    A.  Anheuser-Busch.
4    Q.  Okay.  Did the revenues from Anheuser-Busch
5   increase after the boat trip?
6    MR. STERN:  Objection, relevance.
7   BY THE WITNESS:
8    A.  I don't know.
9    Q.  Is there anything that could help you
10  remember?
11   A.  I can't think of anything.
12   Q.  Okay.  So not nothing could refresh your
13  recollection, then?
14   A.  There is nothing I can think of that would
15  refresh my recollection.
16   Q.  Okay.  Have you ever heard of Tagnetics?
17   A.  Yes.
18   Q.  Okay.  How is it you've heard of Tagnetics?
19   A.  It is a company that we've invested in, and
20  a company that I run.
21   Q.  Okay.  And when you say, "we invested in",
22  who is "we"?
23   A.  The company, Compass Marketing.
24   Q.  Okay.  And does it own -- is it a

Page 90

1  corporation, a limited liability company, or some
2  other form of entity?
3      A.  It is a corporation.
4      Q.  Okay.  What percentage of the shares of
5  Tagnetics does Compass own?
6      MR. STERN:  Objection to relevance?  You can
7  answer.
8  BY THE WITNESS:
9      A.  I don't know.
10      Q.  More or less than 10 percent?
11      MR. STERN:  Objection to relevance.
12  BY MR. JORDAN:
13      Q.  Compass?
14      A.  Same answer, I do not know.
15      Q.  Okay.  Do you know how much it has invested
16  in Tagnetics?
17      A.  I do not.
18      Q.  Okay.  What was Tagnetics -- when did
19  Compass first invest in Tagnetics?
20      MR. STERN:  Objection, relevance.
21  BY THE WITNESS:
22      A.  I don't recall.
23      Q.  At the time it invested, what was
24  Tagnetics's business?

Page 91

1      A.  What was his business?
2      Q.  Correct.
3      MR. STERN:  Relevance objection.
4  BY MR. JORDAN:
5      Q.  You can go ahead.
6      A.  It sold products.  Manufactured and sold
7  products.
8      Q.  What kind of products?
9      A.  Electronic shelf labels.
10      Q.  Okay.  To whom that did it sell electronic
11  shelf labels?
12      MR. STERN:  Objection, relevance.
13  BY MR. JORDAN:
14      Q.  If it ever actually sold any?  I don't want
15  to assume any facts in evidence.  Did it ever sell any
16  electronic shelf items to anyone?
17      A.  Yes.
18      Q.  How long did it sell that --
19      MR. STERN:  Objection.  Relevance.  I don't know
20  if there is any confidentiality issues here.  This is
21  a company that's not even a party to this case and you
22  are asking about sales.
23      MR. JORDAN:  Oh, hold on, hold on, hold on,
24  Stephen.

Page 92

1  BY MR. JORDAN:
2      Q.  To whom did it sell the electronic shelf
3  labels?
4      MR. STERN:  Like I said, I don't even know whether
5  there's any confidential business issues there.  And
6  this is some other company that's not even a party to
7  this case you are asking him to testify about.
8      MR. JORDAN:  That's fine.
9      MR. STERN:  (Indiscernible, talk over), I
10  apologize, Greg, but (indiscernible, talk over).
11      MR. JORDAN:  Don't worry.  Don't worry.
12  BY MR. JORDAN:
13      Q.  To whom did it sell the electronic shelf
14  labels?
15      MR. STERN:  And I'm saying, look --
16      MR. JORDAN:  Are you instructing?
17      MR. STERN:  This is confidential information that
18  is not for public disclosure.  I'm going to --
19      MR. JORDAN:  How would you know?  You're just
20  guessing what this man is going to say?
21      MR. STERN:  I don't know.  That's why -- and so
22  I'm instructing him, if there's confidential
23  information.  I don't know.  I have no idea what the
24  answer to this is, and I have no idea what the terms

Page 93

1  of any agreements are.  This is not a party to this
2  case, so I'm just saying, if there are, I don't know.
3      MR. GARTEN:  Greg, maybe what I ought to suggest
4  is that we go on pause for a minute just to find out
5  if they're --
6      MR. JORDAN:  Hold on.  Let me let me ask the next
7  question and then we'll go from there.  Okay?
8      MR. GARTEN:  Okay.
9  BY MR. JORDAN:
10      Q.  All right.  Mr. White, while employed at
11  Compass, when, if ever, did David Boshea provide
12  services for Compass to work, to assist Tagnetics in
13  its business?
14      A.  I don't know the dates.
15      MR. STERN:  Are you going to say when or what?
16      THE WITNESS:  What was the question?
17  BY MR. JORDAN:
18      Q.  Let's just start with the "did".  Did David
19  Boshea provide services for Compass to assist a
20  relationship with Tagnetics?
21      A.  I believe so.
22      Q.  Okay.  And when did he provide those
23  services?
24      A.  I don't know the dates.

Page 94

1    Q.  Can you say approximately when he started?
2    A.  You would like me to guess?
3    Q.  I would like you to estimate.
4    A.  Share a word.
5    Q.  I am not asking you to guess, but could you
6  give me a range?
7    A.  I don't know.  So I would have to be
8  guessing.  If you would me to guess, I will guess.
9    Q.  All right. Go ahead and guess.
10    A.  The range between 2016 maybe, and 2019 or
11  '18.
12    Q.  Okay.  Was there a reason why he stopped
13  providing services on behalf of Compass to Tagnetics?
14    A.  Not that I know of.
15    Q.  Okay.  What services did David provide on
16  behalf of Compass for Tagnetics?
17    A.  That's not what I said.
18    Q.  I'm sorry.  What did you say?  Maybe I
19  misunderstood. ? What did David do?
20    MR. STERN:  Mr. Court Reporter, can you read back
21  the record, please?
22    MR. JORDAN:  No, no, hold on.  I will just move
23  on.
24  BY MR. JORDAN:

Page 95

1    Q.  What did David do for or on behalf of
2  Tagnetics?
3    A.  I didn't say that.
4    Q.  What do you mean?
5    A.  What do you mean?  I didn't say that.
6    Q.  Okay.  Did David Boshea ever provide, while
7  working at Compass, provide services on behalf of
8  Compass to assist Tagnetics?
9    A.  Please restate your question.
10    Q.  Okay.  Compass provided some services to
11  Tagnetics; is that correct?  At some point somebody
12  did?
13    A.  Can you just make it one question.  How many
14  questions are in there?  Just one question.
15    Q.  I will just start it again.  Here you go,
16  Mr. White.  All right.  At some point, someone from
17  Compass provided services to Tagnetics; is that
18  correct?
19    A.  Yes.
20    Q.  Okay.  And at some point, David Boshea, on
21  behalf of Compass provided services to Tagnetics; is
22  that correct?
23    A.  No, I wouldn't say that.  He provided
24  services to Compass.

Page 96

1    Q.  Right.  He provided services to Compass, to
2  benefit Compass in providing services to Tagnetics; is
3  that right?
4    A.  I wouldn't say that.
5    Q.  How would you describe what David Boshea did
6  in relation to Tagnetics?
7    A.  David Boshea was a salesman for Compass.
8    Q.  Okay.  So he sold -- what did he sell?  Did
9  he sell to Tagnetics or did he assisted Tagnetics in
10  selling something?
11    A.  I didn't say anything about Tagnetics.  I
12  said he was a salesman.
13    Q.  I know.  I understand that.  He was a
14  salesman for a Compass, and so I asked the question.
15  Did he sell something to Tagnetics?  Did he provide
16  services to assist Tagnetics to sell something or
17  something else?
18    MR. STERN:  Objection.  Form.
19  BY THE WITNESS:
20    A.  I'm not clear on your question, but he never
21  sold anything for/to Tagnetics.
22    Q.  What was David's relationship while working
23  at Compass with or for Tagnetics?
24    MR. STERN:  Objection to form.

Page 97

1  BY THE WITNESS:
2    A.  He was a salesman.
3    Q.  Okay.  And what did he sell?
4    A.  He sold everything from Duracell batteries,
5  M&Ms, he sold Chapstick, Advil, he sold Robitussin, he
6  sold Centrum vitamins.  He sold Dimetapp.  He sold Dr.
7  Scholl's.  He sols -- I can't think of what else, a
8  number of consumer products.
9    Q.  And those are all for the benefit of
10  Tagnetics?  Because that was my question.
11    A.  No, I didn't hear your question that way.
12    Q.  Okay.  When he was selling on behalf of
13  Compass to or for the benefit of Tagnetics, what was
14  he selling?
15    A.  You've made the assumption that he's selling
16  for the benefit of Tagnetics.  That's not what I said.
17    Q.  I didn't say he was.  I said he had been
18  selling to them.  You said he was a salesman, right?
19    A.  That he is a salesman.  And he never sold
20  anything for Tagnetics or to Tagnetics.
21    Q.  Did he try to sell something for Tagnetics?
22    A.  He may have, yes.
23    Q.  What would he have tried to sell to for
24  Tagnetics?

Page 98

1    A.  The electronic shelf labels (indiscernible)
2  from before.
3    Q.  Okay.  And when did he do that?  Oh, no, we
4  already figured out when he did that.  And did he sell
5  anything to Tagnetics?
6    A.  No.
7    Q.  Okay.  And I think you indicated, and this
8  is puzzling to me, that you are still operating
9  Tagnetics; is that right?
10    A.  I am.
11    Q.  Okay. Now, I looked up, you see on the
12  screen here we have J. White, Exhibit No. 5, here,
13  okay.  And this is -- I looked up Tagnetics on -- I
14  just did a web search and I came up with this kind of
15  design thing, and it says: Tagnetics is a leading
16  designer and marketer of power at the shelf, power
17  shelf, retail technology solutions.
18    The company's proprietary technology provides
19  constant power in two-way communications to enable
20  software, enable devices that deliver unparalleled
21  visibility and control of item-level movements to blue
22  chip customers in both chain retail, consumer packaged
23  goods.  And it has investment type, investment date,
24  view website, which takes you to an investment banker.

Page 99

1  And then the second page is huge to (indiscernible).
2  It says, Tagnetics.com is for sale by now, $8,895
3  dollars, and then they have a payment thing.
4    So Tagnetics doesn't have a website; is that
5  right?
6    MR. STERN:  Greg, can I ask?  Did you get this
7  from the internet, you said?
8    MR. JORDAN:  Yeah.
9  BY MR. JORDAN:
10    Q.  Does Tagnetics maintain a website, Mr.
11  White?
12    A.  I don't know what the current status is of
13  the website.
14    Q.  Okay.  And so I see that there, you know,
15  this would indicate they're looking for money and the
16  second page would indicate that the name is for sale,
17  but what is it -- are you saying it is currently
18  operating; is that right?
19    A.  I didn't say that.
20    Q.  Okay.  Is it currently operating?
21    A.  Is Tagnetics currently operating?  Yes.
22    MR. STERN:  Objection to relevance.
23    MR. JORDAN:  Okay.
24    MR. STERN:  Greg, can you proffer where those

Page 100

1  Tagnetics came from, what URL or what website that is?
2    MR. JORDAN:  Just a second.  Let's go off the
3  record for just a second.
4      (A short break was taken.)
5  BY MR. JORDAN:
6    Q.  I used Microsoft Bing as my search engine,
7  and I put the word Tagnetics in and the first thing
8  that pops up says, Tagnetics, Inc. Persimmon Capital
9  Partners.  Mr. White, who is Persimmon Capital
10  Partners, if you know?
11    MR. STERN:  Objection, relevance.
12  BY MR. JORDAN:
13    Q.  I am just trying to explain.  You asked me
14  where I found it.  So I don't know who Persimmon
15  Capital Partners is.  I am  asking him so I can answer
16  your question.  Who is Persimmons Capital Partners?
17    A.  It is a private equity firm.
18    MR. JORDAN:  Okay.  And this is -- so my internet
19  search today, this is the same page that shows here as
20  on the thing that I pulled off the Internet.  The
21  section says at the top, Persimmon Capital Partners,
22  about team portfolio.  So that's where I got it,
23  Stephen.
24    MR. STERN:  All right.  Thanks.

Page 101

1    MR. JORDAN:  And I don't quite know why when I
2  copied it and I copied it because I thought we're
3  having this deposition in December, so why my copy
4  didn't say Persimmons Capital Partners, got no clue.
5  I have no clue, but that's where I got it, if you're
6  asking.
7    MR. STERN:  I appreciate it.
8    MR. JORDAN:  And then when I searched down, I
9  found a separate item which indicated that the name
10  was for sale.  And I don't know how they found that.
11  I just did a quick search on it and I went on "spend
12  our day" looking for that today, but that's how I did
13  that.
14  BY MR. JORDAN:
15    Q.  When did you first hear of David Boshea?
16    A.  When did I first hear of Boshea?  I'm not
17  sure, a long time ago.
18    Q.  When did you first get to know him?
19    A.  Same answer.  A long time ago.
20    Q.  Okay.
21    A.  Over 20 years.
22    Q.  Before Compass, did you ever work in the
23  same company with David Boshea?
24    A.  Before Compass, did I work in the same

Page 102

1  company?  No.
2    Q.  Okay.  Before Compass -- I sorry.  Did
3  Compass ever provide its services for a company at
4  which David Boshea worked at before David joined
5  Compass?
6    A.  Can you restate your question?
7    Q.  Okay.  Well, let's just make it broader.
8  Did you ever work for a company that provided services
9  for a company at which David Boshea was working?
10   A.  Yes.
11   Q.  What company was that?
12   A.  Compass Marketing.
13   Q.  Okay.  And who did Compass Marketing provide
14  the services to?  What company?
15   A.  The company was Wyeth Pharmaceuticals.
16   Q.  Okay.  And what was David Boshea's position
17  with Wyeth  Pharmaceuticals, if you recall?
18   A.  I don't recall.  He was there a long time,
19  but he was in sales.
20   Q.  Okay.  Now at some point David Boshea left
21  Wyeth.  We have established he joined Compass.  Do you
22  know why he left Wyeth?
23   A.  I do not know why.
24   Q.  Did he leave Wyatt to join Compass?

Page 103

1    A.  No, but I do need to correct the record,
2  Greg.  I just remembered that we did work for another
3  company together.  The company was HSH Food Sales.  I
4  apologize.
5    Q.  Okay.  What was David's position at the food
6  sales company?
7    A.  Same thing.  He was a salesman.
8    Q.  Okay.  And what was your position?
9    A.  I was a salesman as well.
10   Q.  Okay.  Did you work under David or on the
11  same level at the food sales company?
12   A.  I wasn't under David, but I wasn't -- I
13  guess, lateral, but he was more senior; had been there
14  longer.
15   Q.  Okay.  When was that?
16   A.  I don't remember.  I think I was in college.
17   Q.  Okay.
18   A.  So that would be in the late eighties or
19  early nineties.
20   Q.  Okay.  Did you keep in touch with David
21  after you left college before he joined Compass?
22   A.  Yes.
23   Q.  What did you do to keep in touch with David?
24   A.  We kept in touch with each other.  We became

Page 104

1  friends.
2    Q.  Okay.  Where was David before -- I think
3  you're right.  Where was he before he joined Compass?
4    A.  I don't recall exactly.  I believe he was
5  with Energizer.
6    Q.  Okay.  Is Energizer a company that is --
7  what did he do at Energizer, if you recall?
8    A.  He was a salesman.
9    Q.  Okay.  Did you perceive that he was pretty
10  successful at Energizer?
11   A.  He was good at sales.  Yes.
12   Q.  Okay.  Did you encourage him to leave
13  Energizer to join Compass?
14   A.  Yes.
15   Q.  Well, first off --
16   A.  All right, Greg, let me correct.  I didn't
17  encourage him to leave Energizer.  I encouraged him to
18  join Compass, but not to leave Energizer.
19   Q.  I do not want you to take any kind of
20  characterization that you did anything.  Even if you
21  did, it is a few years.  So, no, I'm just -- it is not
22  a characterizing anything against Energizer.
23      So you encouraged David to join Compass.  Before
24  David joined Compass, what, if any, assistance did

Page 105

1  David provide in helping Compass start doing business?
2    A.  I don't recall exactly, but he worked for a
3  company that became a client that you referred to
4  earlier.  We identified as Wyeth.
5    Q.  Okay.  What, if any, involvement did David
6  have in drafting Compass's original business plan?
7    A.  None.
8    Q.  Okay.  What, if anything, did David Boshea
9  do to help Compass obtain a contract with Wyeth?
10   A.  I don't recall exactly.
11   Q.  Did he do anything to help get Compass into
12  the door at Wyeth?
13   A.  I'm sure that he did.  He worked there.
14   Q.  Okay.  I've got up on the screen the next
15  exhibit, which is a 17-page exhibit.  It is November
16  15, 2012, Broker Agreement between Wyeth LLC and
17  Compass Marketing Agreement.  And it is --
18   MR. STERN:  Was this document produced in
19  discovery?
20   MR. JORDAN:  I doubt it.  I don't think so.
21   MR. STERN:  Objection.  Relevance, grounds.
22   MR. JORDAN:  You know what, noted.  Okay.  Looking
23  at page 11, which is the signatures.  There is Eric
24  Fretland (phonetic), Ron Shoen (phonetic, and John

Page 106

1  White; is that your signature?
2      MR. STERN:  I am going to object to the use of
3  this document.  If you think this is relevant to the
4  litigation, it has not been produced.  It's not proper
5  to be examining the witness on it.
6      MR. JORDAN:  No.  You know what?  I don't control
7  what documents you asked for.  I have no obligation.
8  I'm presenting at a deposition, and if you didn't ask
9  for it, that's on you, not on me.
10  BY MR. JORDAN:
11     Q.  So anyway, is this your signature, Mr.
12  White?
13     MR. STERN:  (Indiscernible, talk over) a copy of
14  this agreement since it is something that --
15     MR JORDAN:  Is this a speaking objection?
16     MR. STERN:  I am just curious.  How would you have
17  had a copy, please?
18     MR. JORDAN:  Gosh, I don't know.  Maybe David
19  Boshea had it.
20  BY MR. JORDAN:
21     Q.  Is this your signature, Mr. White?
22     MR. STERN:  I believe our document requests do ask
23  you to produce anything that anticipate using this
24  litigation.

Page 107

1      MR JORDAN:  Okay.  Now you see it.  Now you see
2  it.  Okay.
3  BY MR. JORDAN:
4      Q.  Is that your signature, Mr. White?
5      A.  It appears to look like my signature.
6      Q.  Okay.  Is there any reason to believe it's
7  not your signature?
8      A.  Yes.
9      Q.  Why is that?
10     A.  Well, because the document is not authentic.
11     Q.  Why is it not authentic?
12     A.  It appears to have the wrong address in the
13  beginning of the document.
14     Q.  Okay.  What is the wrong address at the
15  beginning of the document?
16     A.  It is 222 Severin Avenue.
17     Q.  And why is that not authentic?
18     A.  I believe that was the address after we were
19  engaged with Wyeth.
20     Q.  Okay.  What was your address when you were
21  engaged with Wyeth?
22     A.  It was -- I believe it was 612 Third Street.
23     Q.  Okay.  And when did -- has Compass ever
24  maintained offices at 222 Severin Avenue, Suite 200,

Page 108

1  in Annapolis, Maryland?
2      A.  Yes.
3      Q.  Okay.  And when did it start maintaining its
4  offices at 222 Severin Avenue, Suite 200, Annapolis,
5  Maryland?
6      A.  I don't know the year.
7      Q.  Approximately when was it?
8      A.  I'd have to guess, if you'd like me to
9  guess.
10     Q.  Go ahead.
11     A.  My guess would be late 2014, '13, something
12  like that.
13     Q.  Okay.  Why do you think it was late 2013,
14  '14?
15     A.  Well, I don't.  I guessed it.  That was my
16  best guess.
17     Q.  Okay.  All right.  So anyway, now when did
18  Compass first start doing business with Wyeth?
19     A.  I believe it was in 2000.
20     Q.  Okay.
21     A.  Around that time.
22     Q.  Okay.  I am showing you what's been marked
23  as Exhibit 7.  It's a two-page -- it is a one-page
24  document.  Excuse me.  It says subject, RE: 4-1,

Page 109

1  follow.  Date for 4/1/2007.  7:38:58 p.m.  From
2  jwhite@compassmarketinginc.com to golf4me36@aol.com
3  and do you know who golf4me36@aol.com would be?
4      A.  I assume that is David Boshea.
5      Q.  Okay.  And we have already established, I
6  think, that jwhite@compassmarketinginc.com is your
7  email address -- was your email address in 2007; is
8  that correct?
9      A.  I believe so.
10     Q.  Okay.  And it says:  Dave, I know you very,
11  very well and have been waiting a long time to be able
12  to work beside you again.  I miss all those years of
13  both fun and getting big things done, from working
14  with Larry, Sash, Marty, to McCready, to Sam.  Do you
15  see that?
16     A.  I do see that.
17     Q.  Who's Larry?
18     A.  I don't know.
19     Q.  Who's Marty?
20     A.  I don't know.
21     Q.  Who's McCready?
22     A.  I don't know.
23     Q.  Who's Sam?
24     A.  I don't know.

Page 110

1    Q.  Okay.  I can't wait to do this.  I think we
2  will have a ton of fun and make lots of money.  I
3  agree they should work under you, but you should be
4  certain that they are on board with that.  I'd be most
5  worried about Jim or Arnie, but you will have to
6  measure that.  Do you know Jim or Arnie are?
7    A.  I do not.
8    Q.  Okay.  It says:  Also, you and I need to
9  make sure we discuss an exit plan for you, even
10  separate from me selling Compass.  Do you recall
11  writing that?
12    A.  I do not recall this email from -- an email
13  from 2007.
14    Q.  Is there any reason for you to believe you
15  didn't send this email?
16    A.  I'm not sure that this is an email or that
17  it's authentic.
18    Q.  That's a whole different question.  The fact
19  that you don't know, is there any reason to think that
20  it's not an email you sent or that is not authentic?
21    MR. STERN:  Objection, form.
22  BY THE WITNESS:
23    A.  Yes.
24    Q.  Okay.  What is that?

Page 111

1    A.  It's possible that it's not authentic.
2    Q.  It's possible that I could grow a full head
3  of hair.  Why is it -- what reason, if any, do you
4  have to believe it's not authentic?
5    MR. STERN:  Greg, please with the commentary.
6  Just please ask the questions.
7  BY MR. JORDAN:
8    Q.  Can you answer the question?
9    A.  Yeah, it doesn't look like it's copied to
10  anyone.  I can't see the bottom of it, but --
11    Q.  We will get to that.  We will get to that.
12  I am just talking about this email.
13    A.  It looks like it is only part of a
14  communication chain.
15    Q.  Okay.  Other than the fact that it is not
16  copied to someone, or anyone, and that it is a part of
17  a communication chain, is there any other reason for
18  you to believe that you didn't send this email?
19    A.  I didn't say that, but I said it -- I
20  believe it may not be authentic.
21    Q.  Okay.  Is there any reason for you to
22  believe you didn't send this email?
23    MR. GARTEN:  So I just want to know if Mr. White
24  needs more time to read the rest of the email just so

Page 112

1  that it --
2    MR. JORDAN:  Sure.  Here, read the whole thing.
3  BY MR. JORDAN:
4    Q.  We need to respect that we are friends and
5  that working together could possibly hurt our
6  relationship. (Has not happened before, but I was
7  always working for you!!!!)  I just wanted to find
8  expectations up front, so we limit the chances of
9  getting on to different tracks.  But I want us both to
10  agree how we can spit if we need to so we can be
11  certain to save our -- misspelling of "friendship".
12    Let's you and I plan on spending some time
13  together.  Dan may be coming out with me on Sunday
14  (just for the night.)  If you want to meet and discuss
15  anything with him, I can handle it.  And we now have a
16  fulltime general counsel so we can write it all up to
17  protect you and clarify everything.  I'll be real
18  careful to both protect our friendship and your
19  family.
20    Again, you may want to start parttime until you
21  feel secure on the revenue side.  Let's discuss this
22  weekend.  Can't wait to get started! John.  P.S.  I
23  want to see pictures of the vacation.  And then it
24  says: John White, Chairman, CEO, Compass Marketing

Page 113

1  Inc. with a Compass Marketing URL.  And then under
2  that there's an email.  Just make sure that, you know,
3  we see everything here.
4    It says, it's from golf4me36@aol.com dot to
5  jwhite@compassmarketinginc.com sent Sunday, April 1,
6  2007, 7:02 p.m., subject 4-1 Follow.  JW:  Hope all is
7  great.  I left you a "V" message today.  I feel like I
8  am caught up on things.  Let me know when you're in
9  Chicago, and I will set things up. (ellipsis) We leave
10  Friday for Easter in Michigan, I suppose that is, and
11  back on Sunday night.  I agree on your two points.
12    One, you/you and me need to meet with Arnie, Arnie
13  is in bold, and get him sized up and tied into the
14  (indiscernible) profession.  Two, yes, we need to set
15  me up separately from Jim/Ed.  They really didn't know
16  where to start on their proposal and figured that they
17  would report to me, and I would be worked into what
18  sales they bring in (ellipsis).
19    It was starting just -- I'm sorry.  It was just a
20  starting point in this process.  I was pushing them to
21  keep moving forward and get something to you like you
22  wanted.  I do think they should report to me, but
23  that's up to you.  Let's try to talk tomorrow.  I
24  would like to get your thoughts and direction on

Page 114

1 everything. You know me well (ellipsis). I have been
2 doing a lot of thinking and worrying. I am positive
3 and excited about everything. Best, DB. And then
4 it's got a little thing on the bottom where it shows
5 where it's printed, Sunday, April 1, 2007, America On
6 Line, golf4me36.
7     So going back up to the first portion of the
8 email, and I guess my question for you is, do you
9 recall -- other than we've already discussed what you
10 said about not copying anybody on it. And that I'm not
11 sure. What was the other thing that you said? You
12 questioned the authenticity, Mr. White?
13    A. Well, it has misspellings in it.
14    Q. Okay. Other than misspellings, back in
15 2000, do you generally use a spell checker on your
16 emails?
17    A. I don't recall from 2007 how I addressed my
18 emails, but I usually spell the word "friendship"
19 correctly.
20    Q. Okay. Other than those things, I guess, is
21 there any reason for you to believe you didn't send
22 this email?
23    A. It's possible, but this is not authentic.
24    Q. I understand that. My question is a

Page 115

1 different one. Is there any reason for you to believe
2 you didn't send the email?
3    A. Yes.
4    Q. Okay. And why is that?
5    A. I don't accept that it is an email. It's a
6 copy of something. It's got misspellings in it.
7    Q. Okay.
8    A. And my emails were breached by Michael
9 White.
10    Q. Uh-hum.
11    A. This appears to be related to the employment
12 of David Boshea.
13    Q. Right.
14    A. Like I admitted padding. And the golf4me,
15 the David Boshea address, is someone who forged my
16 name.
17    Q. Okay. Other than that --
18    A. The reason why --
19    Q. Is there a reason for you to believe that
20 you didn't send this email on the date and time it
21 shows?
22    A. I didn't say I didn't send it.
23    Q. Okay. You just don't know if you sent it?
24    A. I don't know if this is authentic.

Page 116

1    Q. Okay. That's a different question. You've
2 already talked about that. Is there any reason for
3 you to believe you didn't send this email?
4    A. Yes.
5    Q. Okay. And that's just because of the
6 authenticity questions that you said?
7    A. Because I don't agree that it's an email
8 that was sent to anyone.
9    Q. Okay.
10    A. And it doesn't appear to be authentic.
11    Q. Okay.
12    A. And it is from somebody who forged my name.
13    Q. Okay.
14    A. And assumed it.
15    Q. Okay. And so did you ever discuss an exit
16 plan with David Boshea?
17    A. I have answered. I don't recall any
18 conversations in 2007 about this employee.
19    Q. Okay. Is there anything to help you recall
20 whether you discussed an exit plan with David Boshea?
21    A. I can't think of anything.
22    Q. Okay, terrific. In the email, they talk
23 about --
24    MR. GARTEN: Take a minute break, please?

Page 117

1    MR. JORDAN: Why don't you take five minutes?
2    MR. GARTEN: Okay, thank you.
3         (A short break was taken.)
4    MR. REPORTER: We are off the record at 2:10 p.m.
5    MR. REPORTER: We are on the record at 2:19 p.m.
6 Central Time.
7 BY MR. JORDAN:
8    Q. So, Mr. White, if you recall, I was asking
9 you questions before about the shareholders and the
10 officers, and now we can talk about why at least I
11 view it was important, right? All right. So it says
12 here -- I brought up Exhibit 7, again. And it says --
13 it says: Let's you and I plan on spending some time
14 together. Dan may be coming out with me on Sunday
15 (just for the night).
16    MR. GARTEN: Hold on a second. Greg, David is
17 holding up his phone and it sounds like -- it looks
18 like someone is on the line. And we agreed that's not
19 the case?
20    MR. JORDAN: No. He is probably talking to
21 somebody on the telephone. I don't know, David, are
22 you talking to somebody?
23    MR. GARTEN: He is holding his phone up to his
24 computer. And it looks like he is on the phone with

Page 118

1 someone.
2     MR. JORDAN:  He probably is, I don't know, I can't
3 see it because I have this screen share here.
4     MR. BOSHEA:  Hey, Greg?
5     MR. JORDAN:  David, are you on the phone with
6 somebody else?
7     MR. BOSHEA:  I was on the phone.  I am conducting
8 business.  It has nothing to do with this.
9     MR. JORDAN:  All right.  Just turn your microphone
10 and your camera off and conduct your business.
11     MR. BOSHEA:  All right.  I am cool.  That's cool.
12     MR. GARTEN:  It is Alan Garten, again, Greg.
13 Please instruct Mr. Boshea that this is a confidential
14 proceeding, and he should not be, you know, a port
15 audio.  He should not have any friends on audio
16 listening to this deposition.
17     MR. JORDAN:  Who said he was?  I don't know that
18 it is confidential.
19     MR. BOSHEA:  I was conducting business.
20     MR. JORDAN:  He is conducting business.  We just
21 got off a break.  I think you guys are making a
22 mountain out of a molehill here.
23     MR. STERN:  He is conducting business and he is
24 holding the phone towards the camera for the device

Page 119

1 that he is on as if to hear what is going --
2 transpiring in this deposition.  That's what it looks
3 like to me.
4     MR. BOSHEA:  I am sorry for that.  It was a flaw
5 on my part.  I am sorry.
6     MR. JORDAN:  David, turn your microphone off.  Try
7 to stay off the phone.  This is all off the record.
8         (A short break was taken.)
9     MR. JORDAN:  Again, let's go back on the record.
10 BY MR. JORDAN:
11     Q.  So it says here that Dan may be coming out
12 with me on Sunday just for the night, if you want to
13 meet or discuss anything with him.  Who is Dan?
14     A.  I don't know who Dan is.
15     Q.  All right.  Do you have a brother named Dan?
16     A.  I do.
17     Q.  Okay.  Could it been that Dan White was
18 coming out with you on Sunday to meet with David
19 Boshea?
20     A.  I don't know what this document is.  I don't
21 really understand your question.
22     Q.  Okay.  Did Dan White have any say on hiring
23 decisions in 2007?
24     A.  No.

Page 120

1     Q.  As an officer, director, shareholder, or any
2 other capacity?
3     A.  No, I held that myself.
4     Q.  Okay.  All right.  The email mentioned that
5 you have a general counsel, was that Dan White, or
6 somebody else?
7     MR. GARTEN:  At what time, Greg, what email?
8     MR. JORDAN:  April 1, 2007.
9     THE WINTESS:  Bring the email back up, please?
10     MR. JORDAN:  Sure.
11 BY MR. JORDAN:
12     Q.  I have highlighted the portion of the email
13 that talks about the fulltime general counsel.  Was
14 that Dan White or somebody else?
15     A.  What's the question?
16     Q.  Did Compass have a general counsel in 2007?
17     A.  I believe that we did, but I don't recall
18 that particular date, but I believe we did, yes.
19     Q.  And was that Dan White or someone else?
20     A.  Daniel White was an attorney for the
21 company, but we had a general counsel named Lawrence
22 Scott.
23     Q.  Okay.  Who is Lawrence Scott?
24     A.  He was the general counsel for Compass

Page 121

1 Marketing at the time.
2     Q.  Okay.  And would he have drafted up
3 employment agreements?
4     A.  He may have.
5     Q.  Okay.
6     A.  He should have.
7     Q.  Okay.
8     A.  He was definitely copied on any offers that
9 were made.
10     Q.  Okay.  All right, I have up on the screen,
11 J. White Exhibit 8, which is a two-page document.  It
12 has some sort of a logo on the top.  Do you recognize
13 the logo?
14     A.  I do not.
15         (Exhibit 8 was displayed.)
16 BY MR. JORDAN:
17     Q.  Okay.  Do you know whether --
18     A.  It says Compass Marketing I can read that,
19 and it appears to be a logo.
20     Q.  Did Compass Marketing have a logo and its
21 name on letterhead back in the day?  Back in 2007?
22     A.  Yes.
23     Q.  Was it similar to the logo on top of this
24 letter?  If you recall?

Page 122

1    A.  I don't recall.
2    Q.  Okay.  And this is a document dated May 16,
3  2007.  Okay.
4    MR. GARTEN:  That was a seven on my screen.  Does
5  anybody else see that wrapped around --
6    MR. JORDAN:  Yes.
7    MR. GARTEN:  I got it.
8    MR. JORDAN:  It's wrapped around.
9    MR. GARTEN:  All right.
10  BY MR. JORDAN:
11    Q.  And this is -- we will go over it in detail,
12  but it's a two-page document.  It appears to be
13  unsigned.  It has your name on the bottom of the
14  second page.  All right.  And it says:  This letter
15  will confirm our preliminary offer for you to consider
16  employment at Compass Marketing.  To assume the
17  position of senior account executive, we offer you a
18  salary of $180,000 per year.  Okay.  When David Boshea
19  joined Compass Marketing, what was his position?
20    A.  He was a salesman.
21    Q.  Was he a senior account executive or account
22  executive?
23    A.  I don't recall, just 2007.
24    Q.  Is there anything I can assist you in

Page 123

1  recalling his position at the time?
2    A.  Well, if I had access to emails, that might
3  help.
4    Q.  Anything else?
5    A.  I had notes either his or mine at the time,
6  that might help.
7    Q.  Do you have notes of his or yours at the
8  time?
9    A.  I don't believe so.
10    Q.  Okay.  Is there any reason for you to
11  believe his position when he joined was not senior
12  account executive?
13    A.  I don't.
14    Q.  Okay.  Was his initial salary $180,000 per
15  year?
16    A.  I don't recall.  This was 15 years ago.
17    Q.  Is there anything you could assist you in
18  recalling?
19    A.  Same thing.  Notes, discussions with others
20  like jar my memory or emails.
21    Q.  Who would you speak with to help you recall
22  that?
23    A.  But probably our payroll folks that have the
24  records.

Page 124

1    Q.  Okay.  Would that have been in his
2  employment file that was produced in the case?
3    A.  No, that file was padded by Michael White.
4  He admitted that.
5    Q.  So his title would not be in his employment
6  file?
7    A.  No.  I'm saying his input is employment file
8  was, in fact, fabricated and added by Michael White.
9    Q.  Okay.  So my question is a different one.
10  Would there be something indicating his title in his
11  employment file?
12    A.  No.  His employment file itself is not
13  authentic.
14    Q.  Okay.
15    A.  It was --
16    Q.  So the documents that you guys produced in
17  the case are not authentic?  Is that what you're
18  saying?
19    A.  Possibly.  Correct.
20    Q.  Okay.  And your basis for that is Michael
21  White's testimony.  Any other basis?
22    A.  Yes.
23    Q.  What else?
24    A.  Yes, the other basis is David Boshea's

Page 125

1  forgery of my signature.
2    Q.  Okay.  What was that document in his
3  employment file?
4    A.  I don't believe it was.  I believe it's
5  produced by you.
6    Q.  Okay.  And then it says:  Additionally, an
7  undefined bonus based on corporate and personal
8  performance will be possible each year.  Was that a
9  term of David Boucher's employment when he joined
10  Compass Marketing?
11    A.  Ask that, again, please.
12    Q.  The sentence about the undefined bonus based
13  on corporate and personal performance, was that a term
14  of David Boshea's employment when he joined Compass
15  Marketing?
16    A.  I don't recall in 2007, 15 years ago.
17    Q.  Is there anything in this issue you were
18  recalling?
19    A.  Yes, the emails that I don't have access to,
20  some conversations with individuals, and or any notes
21  that David or myself would have had from that time
22  period.
23    Q.  But you don't have the emails or the notes,
24  correct?

Page 126

1   A.   Correct.  I answered that.
2   Q.   And the people that you would speak with,
3  who would have been at Compass Marketing in May of
4  2007 that could help you remember the terms of his
5  employment?
6   A.   David Boshea, himself would.
7   Q.   Who else, other than David Boshea, would
8  have knowledge? Not somebody who could look at a piece
9  of paper because you're telling me that the paper is
10 unreliable.  Is there anybody else who was employed or
11 otherwise knew about the terms of David Boshea's
12 employment, other than you and David Boshea, that you
13 can identify?
14   A.   Yes, it would be Lawrence Scott, the general
15 counsel of the company.
16   Q.   Okay.  And Lawrence Scott would know that
17 terms of David Boshea's employment?
18   A.   He likely drafted the terms, and I would
19 have been copied on any emails regarding the offer
20 itself.
21   Q.   Okay.  When is the last time you spoke with
22 Mr. Scott?
23   A.   It's been a long time, five years, I think.
24 Maybe longer.

Page 127

1   Q.   Okay.  Was he the general counsel until five
2  years ago at Compass?
3   A.   No.
4   Q.   Okay.
5   A.   Daniel White was.
6   Q.   Okay.  Daniel White was what?
7   A.   He was the general counsel at Compass.
8   Q.   When?
9   A.   Until he was terminated.
10   Q.   Okay.
11   A.   November, I believe it was November 2018.
12   Q.   Okay.  So what period of time -- just trying
13 to understand your answer, here, was -- when, if ever,
14 was Lawrence Scott, the general counsel of Compass?
15   A.   Well, he was the general counsel during this
16 period in 2007, and for a short duration afterwards.
17   Q.   Okay.  And it says:  Additionally, we all
18 include health insurance, a $500 car allowance, 401K,
19 home office expenses, laptop, copy machine, and
20 reimbursement of all business related travel.  Was
21 that a term of Dave Boshea's employment when he joined
22 Compass?
23   A.   I have answered.  I don't recall the terms
24 of David Boucher's agreement.

Page 128

1   Q.   Okay.  And other than the emails and notes
2  that you don't have, is there anybody who was working
3  at Compass at the time who would know those terms?
4   A.   Ye.
5   Q.   And that would be Lawrence Scott?
6   A.   And David Boshea.
7   Q.   Okay.  And other than Lawrence Scott and
8  David Boshea, was there anyone else you can identify
9  who would know the terms?
10   A.   I can't.
11   Q.   Okay.  And it says:  You will be granted two
12 weeks' vacation in 2007, and three weeks in 2008.
13 Were those the agreed terms of David Boshea's
14 compensation when he joined Compass?
15   A.   Again, I don't recall from 2007, 15 years
16 ago.
17   Q.   Okay.  In exchange for your execution of our
18 company, non-compete and non-disclosure, we will offer
19 a "involuntary exit package", of three times your
20 salary, and one year will be immediately vested with
21 additional two years accrued over the next three
22 years.  Was that a term of David Boshea's employment
23 when he joined Compass?
24   A.   I apologize.  I thought I have answered this

Page 129

1  question.  I don't recall any of the terms of the
2  agreement with David Boshea, 15 years ago.
3   Q.   Okay.
4   A.   Including hospital.
5   Q.   Okay.  And other than looking at the emails
6  and notes that you don't have, and talking with
7  Lawrence Scott or David Boshea, there's nothing there
8  to refresh your recollection; is that correct?
9   A.   I can't think of anything else right now.
10   Q.   Okay.  And it says:  This is this will cover
11 any involuntary termination from the company other
12 than for cause.  Oops.  And then the next paragraph
13 says:  Additionally, 100 percent of your business
14 related membership fees at White Eagle Golf Course
15 will be reimbursed for a total of $32,000 over three
16 years, $12,000 upfront and $10,000 fees, December.
17 Did Compass reimburse David Boshea $12,000 upfront,
18 and the other $22,000 referenced in this paragraph?
19   A.   I don't know.
20   Q.   Did you ever know?
21   A.   I'm sure I did 15 years ago, yes.
22   Q.   Did you recall that Compass agreed to pay
23 the membership fees at White Eagle Golf Course for
24 David Boshea?

Page 130

1    A.   I do not recall that.
2    Q.   Okay.  Is there anything that can assist you
3  in recalling whether Compass paid the White Eagle Golf
4  Course membership fees?
5    A.   Yes.
6    Q.   What?
7    A.   Records from White Eagle receiving those
8  payments.
9    Q.   Okay.  Would the payroll records refresh
10  your recollection, showing payments for David Boshea
11  for the membership fees?
12   A.   No. that would not --
13   Q.   That would not?
14   A.   That would not have gone through payroll.  I
15  hope not.
16   Q.   Okay.  Okay.  It says:  Upon acceptance of
17  this letter of intent, I will send you full employment
18  agreement for your consideration.  Call me with any
19  questions.  Best regards, and then it says, John
20  White.  Now, do you remember sending this letter to
21  David Boshea on or about May 16, 2007?
22   A.   I did not send this letter.
23   Q.   How do you know you did not send this
24  letter?

Page 131

1    A.   Because it's not authentic.
2    Q.   And why do you say that?
3    A.   It doesn't have my signature on it.
4    Q.   Okay.  If it doesn't have your -- what is
5  the significance of the fact that it doesn't have his
6  signature on it have to do with its authenticity?
7    A.   It's only one of the things.
8    Q.   I'm sorry.
9    A.   It's only one of the reasons I am certain
10  it's not authentic.
11   Q.   What is the other reason you are certain
12  it's not authentic?
13   A.   It does not copy the general counsel, who
14  would have drafted the letter, Lawrence Scott.  And
15  the date, as you can see, is not accurate, clear.
16  It's not in final form.
17   Q.   Okay.
18   A.   And it includes terms that we would not have
19  agreed to.
20   Q.   Okay.  Now, I am going to show you a
21  document that is entitled Compass Marketing Bank
22  Agreement Relating to Employment and Post-Employment
23  Compensation.  And it's an agreement between the
24  undersigned, individual employee, and Compass

Page 132

1  Marketing --
2    MR. STERN:  Shouldn't it say the compensation?
3    MR. JORDAN:  I'm sorry.  Excuse me.
4    MR. STERN:  Post-employment competition.
5    MR. JORDAN:  All right.  Post-employment
6  competition.  Thank you, Stephen.
7  BY MR. JORDAN:
8    Q.   And this is a five-page document.  Okay.
9  We'll go through it.  But on the bottom of the
10  document, it has the signature.  It's a date written
11  in 5/2/07, and signature for John Adams.  Okay.  And
12  this is a document that has initials on the bottom of
13  it, and it was produced -- it has the marks CM-0355 to
14  0359 on the bottom of each page because this is a
15  document that Compass produced in the discovery.
16  Okay.
17    Do you recall John Adams and Compass agreeing to
18  this employment agreement?
19   A.   I do not recall.
20   Q.   Okay.  And I note that it doesn't bear
21  your signature on it.  Do you know why a document, a
22  contract, Compass Marketing, Inc. had with its
23  employee, John Adams, would have -- would not bear
24  your signature?

Page 133

1    A.   Yes, if it is not authentic, that would be
2  why.
3    Q.   Okay.  So it is your position that this
4  document is not authentic?
5    A.   Yes.
6    Q.   Okay.  Because you wouldn't have sent out a
7  document that you would have not signed?
8    A.   That's only one of the reasons.
9    Q.   What other reason would there be?
10   A.   The other reason is that there are five
11  separate copies of this agreement.  We disclosed those
12  to you that were inside the file, his employment file
13  that Michael White admitted he padded.
14   Q.   Okay.
15   A.   Because there is another version with the
16  identical signature without his initials in the bottom
17  right hand corner.  Again, you have copies of those.
18  We have disclosed those to you.  And you have not
19  turned over the sixth -- the sixth set of copies, of
20  drafts of this agreement that you sent with John Adams
21  subpoena when you served him.
22   Q.   Okay.  So your position is that John Adams'
23  contract that Compass Marketing produced in the
24  lawsuit is not authentic.  Does John Adams have an

Page 134

1  employment contract?
2    A.  One question, please, Greg.  What's your
3  question?
4    Q.  Okay.  First off, does John Adams have an
5  employment contract with Compass?
6    A.  Yes.
7    Q.  Okay.  Stephen, have you guys produced John
8  Adams --
9    MR. STERN:  We produced everything that we have in
10 his file.
11 BY THE WITNESS:
12   A.  Yes.
13   Q.  Okay.
14   A.  It I dated from 2015.
15   Q.  Okay.
16   A.  It is dated; do you see.
17   Q.  Okay.
18   A.  It is the same agreement --
19   Q.  I am talking about when John Adams signed --
20 signed on, joined Compass, okay, you are saying that
21 John -- this document that Compass produced --
22   A.  You already asked me.
23   MR. STERN:  Let him finish his question.
24   THE WITNESS:  I know.

Page 135

1  BY MR. JORDAN:
2    Q.  All right.  Let me start again.  All right.
3  So when John Adams signed on in 2007, on or about May
4  2nd, 2007, you're saying that J. White Exhibit 9 is
5  not authentic; is that right?
6    A.  I am saying that this document that you're
7  presenting is not authentic, correct.
8    Q.  Okay.  And the reason for that is what?
9    A.  And the reason it is not authentic is
10 because there are five separate copies of this
11 agreement that are each different.  They're inside of a
12 file folder that was in Michael White's office that he
13 admitted under oath that he padded.  There are
14 additional versions that don't have John Adams'
15 initials in the bottom right hand corner.  And because
16 a sixth draft of this agreement you have not produced,
17 even though you attached it with the subpoena to John
18 Adams himself.
19   Q.  Okay.
20   A.  But there is a reason why I can't say that -
21 - and lastly that I didn't sign it.  That is why this
22 is not authentic.
23   Q.  Okay.
24   MR. JORDAN:  Stephen, have you produced all those

Page 136

1  versions of John Adams' agreement because I don't
2  believe you have.
3    MR. STERN:  We've produced everything that we were
4  able to locate and identify his file.  And all the
5  copies are out there. I mean, if there is anything
6  that's missing from that, let me know, but I am pretty
7  confident -- I am very confident that we produced all
8  those.
9    MR. JORDAN:  Okay.  you know, just that just to
10 square the circle, why don't you just send me all of
11 them again?  All the  John Adams' 2007 contracts?
12   MR. STERN:  I cannot do that right now.
13   MR. JORDAN:  No, that's fine.
14 BY MR. JORDAN:
15   Q.  Did John Adams' "valid contract" include a
16 severance term?
17   A.  No.  It was identical to the Boshea contract
18 that you brought up before from 2015.
19   Q.  (Indiscernible, talk over).
20   A.  (Indiscernible, talk over) same points.  He
21 was one of the employees that reduced, modified his
22 agreement in September of 2015.
23   Q.  Okay.  So John Adams received the same
24 severance package that David Boshea claims he

Page 137

1  received; is that what you're saying?
2    A.  No, it's not a severance.  I said -- what I
3  said was in September 2015 --
4    Q.  No, no, hold on.  Hold on, hold on, hold on.
5    A.  I am not finished.
6    Q.  I don't think we're talking -- we're not
7  communicating.  Mr. White.  I'm not interested in what
8  happened with John Adams in 2015.  Okay.  I'm only
9  interested in what happened with John Adams in 2007.
10   A.  (Indiscernible, talk over).
11   Q.  So focus like a laser beam on 2007.  In
12 2007, I have page 3 of 6, of John Adams agreement up
13 here.  Article 6 says: Severance terms, Paragraph A.
14 Were these the severance terms that were provided to
15 John Adams in 2007, without regard to whether they
16 were ever changed, okay, were these the severance
17 terms that were provided to John Adams in 2007 or not?
18   MR. GARTEN:  Read it first.
19   THE WITNESS:  Mr. Jordan, I am going to read this,
20 and then I would ask, again --
21   MR. JORDAN:  I have highlighted it on the screen
22 so that you can do exactly that.
23   MR. STERN:  Let him read it.
24   MR. GARTEN:  Give him a minute.

Page 138

1    THE WITNESS:  And I would ask Mr. Jordan to please
2   stop interrupting me in my answers.  You asked
3   specifically about John Adams --
4    MR. JORDAN:  Mr. White, if you can just read
5   Paragraph A, it will go a lot better.
6    THE WITNESS:  I would prefer to answer your
7   questions.
8    MR. JORDAN:  I would prefer if you read Paragraph
9   A because your counsel said to read it, so read
10  Paragraph A.
11   THE WITNESS:  That's not what he said.
12   MR. JORDAN:  All right, I want you to read
13  Paragraph A, anyway.
14   THE WITNESS:  And I would like you to stop
15  harassing me and stop speaking over my answers.
16   MR. JORDAN:  All right.  I will do my level best.
17   THE WITNESS:  Just please stop harassing me.
18   MR. GARTEN:  One at a time.  Right now, let Mr.
19  White just read this provision and then you can ask
20  your question.
21   THE WITNESS:  Okay.
22  BY MR. JORDAN:
23   Q.   Article 6, Paragraph A, are these the
24  severance terms that Compass provided to John Adams in

Page 139

1   2007?
2    A.   It's possible.
3    Q.   Okay.  When you say, "it's possible", what
4   do you mean by that?
5    A.   Well, there was intent, I believe, to offer
6   him that severance, but I'm not sure that that was
7   ever finalized because I didn't sign that contract and
8   this document is not authentic.
9    Q.   Okay.  When you say you're not sure it was
10  ever finalized, do you know whether it was finalized
11  or not, or you just don't recall?
12   A.   I'm not -- I don't recall it, and there is
13  no document with my signature on it.  So I'm not sure
14  we ever finalized the contract.
15   Q.   Okay.  Now, who is John Adams?
16   A.   John Adams is a salesman at Compass.
17   Q.   Okay.  What was John Adams' position with
18  Compass when he joined Compass?
19   A.   He was hired -- he was the vice president of
20  sales of a company, I can't remember the name of the
21  company.  It was 15 years ago.
22   Q.   No, no, at Compass, what was his position?
23   A.   I don't recall.  I don't remember.
24   Q.   Okay.

Page 140

1    A.   He was in sales, but I don't remember.
2    Q.   Did Compass have a formal or informal
3   organizational chart?
4    A.   I think it did.
5    Q.   Okay.
6    MR. GARTEN:  2007?
7    MR. JORDAN:  In 2007.  2007, right.
8   BY MR. JORDAN:
9    Q.   Would John Adams had been at the same level
10  as David Boshea, higher or lower on the organizational
11  chart, whether formal or informal?
12   A.   I don't recall.  I think they were both
13  salesmen, but I don't recall.
14   Q.   Okay.  Now I will tell you at John Adams'
15  deposition, I asked him, how is it that it came about
16  that you had a written employment agreement?  Did you
17  ask for one?  Answer:  It was a question.  I'm sorry.
18  And then the answer was:  It was a condition of
19  employment.  Was it a condition of employment that
20  John Adams had a written employment agreement?
21   A.   I told you, I don't recall 2007, 15 years
22  ago, what the condition of employment or what the
23  employment agreement was.  Could you pull up the
24  transcripts that you're referring to right now?

Page 141

1    Q.   No.
2    A.   That would be helpful.
3    Q.   So --
4    A.   Is that a "no", I guess?
5    Q.   Right, yes.
6    A.   Okay.
7    Q.   According to John Adams, David Boshea was in
8   the second tier or maybe the third tier at Compass.
9   You were in the first tier, and maybe Mike White was
10  in the second tier.  And David Boshea and the other
11  group vice presidents were in the third tier.  Would
12  you agree with Mr. Adams' statement?
13   A.   I don't know what his statement was.  I
14  can't see it.  I see your recollection of it.  And you
15  are again testifying to evidence that I can't review.
16  Can I please review John Adams statements that you're
17  alleging?
18   Q.   No.  No you can't.
19   A.   You want me to comment on your --
20   Q.   You don't get to ask questions.  You don't
21  make suggestions.  I get to take the deposition.  You
22  get to answer the questions.  That's how it works.  So
23  according to John Adams, David Boshea was in the
24  second tier or maybe the third tier at Compass, right?

Page 142

1  You, John White, were in the first tier and maybe Mike
2  White in the second tier and David Boshea and the
3  other group vice presidents in the third tier.  Now,
4  whether he is right, while we are indifferent, would
5  you agree with that statement.
6      A.  I don't even understand it.
7      Q.  Okay.  Let me say it again.
8      A.  You are generalizing some testimony that
9  John Adams had, but you refused to produce it.  And
10  you want me to concur with you your generalization of
11  that?
12     Q.  I am just trying to understand your
13  knowledge, Mr. White.
14     A.  And I am trying to understand your question.
15  I really am.  (Indiscernible, talk over).
16     Q.  Okay.  Let me talk slowly so you understand
17  it.  According to John Adams, David Boshea was in the
18  second tier or maybe the third tier at Compass.  You,
19  John White, were in the first tier and maybe Mike
20  White in the second tier.  And David Boshea and the
21  other group vice presidents, in the third tier.  Would
22  you agree with that?
23     A.  I don't know that that's what John Adams
24  said.

Page 143

1      Q.  It doesn't matter whether he said it or not,
2  would you agree with it?
3      A.  Say it again.  What am I agreeing to?
4      Q.  David Boshea was in the second tier or maybe
5  the third tier at Compass.  John White, you, were in
6  the first tier and maybe Mike White in the second
7  tier.  And David Boshea and other group vice
8  presidents in the third tier.  Would you agree with
9  that?
10     A.  No.
11     Q.  Why not?
12     A.  Well, first, I don't recall it, but it
13  doesn't sound descriptive of tiers.  We don't have
14  tiers.
15     Q.  Okay.  And then John Adams said that he was
16  in the fourth or at least a lower tier than David
17  Boshea.  Would you agree with that?
18     A.  No.  Again, we don't have tiers.
19     Q.  Okay.  Would you agree that David Boshea
20  informally was at a higher level in sales than John
21  Adams when they joined the company?
22     A.  I don't recall, but the answer is no.
23     Q.  Okay.  When you say you don't recall and the
24  answer is no, what do you mean?

Page 144

1      A.  I don't recall this specific time period,
2  but I know that we didn't have tiers or levels that
3  you're describing when hired.
4      Q.  Okay.  Were some salesmen more valuable than
5  other salesmen when you hired them, in your
6  estimation?
7      A.  More valuable?  Certainly.
8      Q.  Okay.  And I think you've already said David
9  Boshea was good at sales, right, you knew that?
10     A.  He was good at sales, yes.  As was John
11  Adams.
12     Q.  Okay.  What experience did you have with
13  John Adams before you hired him?
14     A.  I didn't have any experience with John
15  Adams.
16     Q.  Where did John Adams work before he came to
17  Compass, if you recall?
18     A.  I've answered.  I don't recall that.
19     Q.  Okay.
20     A.  He was the vice president of sales of a
21  company.  I can't remember the name.
22     Q.  I am showing you what is marked as J. White
23  Exhibit 10, which is an eight-page document.  And I
24  provided to your counsel the original emails that I

Page 145

1  believe we got from one of the White brothers.  This
2  is an email from jwhite@compassmarketinginc.com which
3  I think you've identified was your email previously,
4  correct?
5      A.  That is the same address as my email
6  address, right.
7          (Exhibit 10 was presented.)
8  BY MR. JORDAN:
9      Q.  And to golf4me36@aol.com, that's David
10  Boshea's -- was in 2007, is AOL email, correct?
11     A.  I believe that's correct.
12     Q.  Okay.  It says, subject, your agreement is
13  attached, not signed off by RGC, and then BU should NE
14  tomorrow.  So I presume not signed up by RGC but
15  should be tomorrow.  Do you see that?
16     A.  I can see what you're referring to.
17     Q.  Okay.  And then the date is Tuesday, 22 May
18  2007, 1:24:33 at 0400 Greenwich Mean Time.  And it
19  says: Send me Arnie's full name and address as well
20  as Jim's.  Thanks, John.  John White, Chairman, CEO.
21  And then the second page is just the continuation of
22  your email address.  And the third page is a --
23     A.  Please, can you go back to the second page?
24     Q.  Hold on.  Okay.  It says:  Compass

Page 146

1 Marketing, Inc.  http://www.compassmarketinginc.com.
2 Is there anything significant to you about that?
3    A.  Yes.
4    Q.  What is that?
5    A.  It is pretty far away from the signature,
6 where the signature should be.
7    Q.  Anything else?
8    A.  Some of the emails have ACTP, some of them
9 don't, but nothing other than that.
10    Q.  Okay.  And then there's a document, it just
11 the draft apparently was referred to, and it has the
12 title on it, Compass Marketing Inc. Agreement relating
13 to Employment and Post-Employment Competition.  It
14 says:  This agreement is between the David John Boshea
15 residing at 4839 Clearwater Lane, Naperville, Illinois
16 60564 Employee and Compass Marketing Inc., parent
17 "Compass" having a place of business at 612 Third
18 Street, Annapolis.  What is 612 Third Street,
19 Annapolis, by the way?
20    A.  That's the address we referred to earlier
21 that you had incorrectly in the Wyeth document you
22 presented.
23    Q.  Okay.  Do you know why it says 612 Third
24 street on this document?

Page 147

1    A.  I don't know what this document is so I
2 couldn't possibly know why it would have that address.
3    Q.  Okay.  And this is apparently a draft of
4 some document, and it includes Article 6, severance.
5 Do you recall sending the email to David Boshea
6 attaching this document?
7    A.  I did not do that.
8    Q.  How do you know you did not do that?
9    A.  So first off, it's not signed.  Second, the
10 address is not copied to the general counsel, Lawrence
11 Scott, who would have been copied on this.
12    Q.  Okay.
13    A.  And it's not a copied to Daniel White's work
14 address, I'm assuming, if he produced this.
15    Q.  Okay.  Anything else?
16    A.  As I recall, it is from -- his personal
17 email address, not his work e-mail address.
18    Q.  Okay.  Anything else?
19    A.  And it's -- yes, one more thing.  It's
20 almost identical to the document that David Boshea
21 produced, in which he forged my signature.
22    Q.  Okay.  And anything else?
23    A.  I have only had a second to look at it, but
24 the NE, misspelling again, somebody is misspelling in

Page 148

1 the header of the email address.
2    Q.  And BU is also misspelled.
3    A.  Yeah, there's a lot of misspellings in
4 there.  So somebody doesn't know how to spell.
5 Whoever doctored this doesn't know how to spell.
6    Q.  Yeah, whoever drafted this.
7    A.  Whoever doctored it.  Whoever doctored it
8 does not know how to spell.
9    Q.  Right.
10    A.  And it doesn't appear to be an email, it
11 looks like to me it is a portion of an email.  Very
12 small, it is only two inches and another page.  It
13 doesn't look anything like an email.
14    Q.  Okay.
15    A.  That's another reason.
16    MR. GARTEN:  Greg, some of the pages -- of that,
17 what you just had on the screen was grayed out, and I
18 don't know if that -- can you explain what the gray
19 out was?
20    MR. JORDAN:  I'm not aware of any gray out, but I
21 am not even going to --
22    MR. STERN:  Well, if you hold up the -- if you go
23 back to page 1 of that exhibit, it looks like it's not
24 a complete first page.

Page 149

1    MR. GARTEN:  And I want to --
2    MR. JORDAN:  Hold on.  All right.  Here is here is
3 an email from Michael White to me.  So I produced
4 this.  And this is from Daniel White to Michael White,
5 forwarding this and then going down, this is an actual
6 email, okay?
7    MR. STERN:  Is this different than the exhibit we
8 were just looking at because I don't have it marked --
9 BY MR. JORDAN:
10    Q.  This is the email, okay, that apparently
11 Daniel White was blind copied on by John White.  And
12 here is the email, so it is all on one page.  It just
13 happened to be the way it was printed off, so do you
14 see that?  Now, do you recall sending an email to
15 David Boshea, May 22, 2007, blind copying Daniel White
16 on the email?
17    A.  I did not send this email.
18    Q.  Okay.  And given that the email has the
19 date, May 22, 2007, 2:08 p.m., what is your basis for
20 saying that?  Or I am sorry, your email, I guess, May
21 22nd, 2007, 1:24:33, a 0400 Greenwich Mean Time.  How
22 would either of these individuals have altered this
23 date on the email?
24    A.  I don't know how they altered it, but they

Page 150

1  did.
2      Q.  Uh huh.  Okay.
3      A.  I am certain of that.
4      Q.  Okay.  And you're certain of that?
5      A.  Yes.
6      Q.  But you don't know how?
7      A.  I don't know how they altered it.  I'm only
8  certain that they did.
9      Q.  Okay.  All right.  And then I will represent
10  to you that I don't think it works in Zoom, where if I
11  open up the document, you don't see the document.
12  What's up?  Is the email still up on the screen?
13      MR. STERN:  The email is still up on the screen.
14      MR. JORDAN:  Yeah, that's what I thought.
15  BY MR. JORDAN:
16      Q.  Now what I did was -- is that I clicked open
17  the document, and it says, "enable editing" because
18  that's when you open up an email in Microsoft, it
19  always says that to prevent against viruses.  And this
20  is a document that was attached to the email, which is
21  the draft agreement, okay?
22      And your position is, is that you did not send
23  this document to David Boshea; is that right?
24      A.  I could not and did not.  Yes.

Page 151

1      Q.  All right.  How is it that you could not
2  have sent it to him?
3      A.  Because I never would have sent something
4  like this.
5      Q.  You say, "never would have", why is that?
6      A.  Well, the reasons why are, and please don't
7  interrupt me.  The reasons why are:  It is sent at two
8  o'clock in the morning.  It is also sent, not to
9  Daniel's Compass email address, like the other ones,
10  it is allegedly sent to his personal email address.
11  He forwards it not to his brother Michael's Compass
12  address, but to his personal email address, again, in
13  the middle of the night.  Because it includes terms
14  that are extraordinary, that we would never agree to,
15  and I would never agree to a half-a-million dollar
16  severance.  And because an identical draft of this was
17  actually forged by your client.
18      Q.  Okay.
19      A.  That's how I know.
20      Q.  Okay.  At the time Compass hired David
21  Boshea, who was involved in the decision to hire him?
22      A.  I already answered.  I don't recall 15 years
23  ago, in 2007.  I had the final deciding factor on
24  hiring employees.

Page 152

1      Q.  Okay.
2      A.  The email also was not copied to Lawrence
3  Scott, the general counsel, who would have been copied
4  on an offer like this.
5      Q.  Okay.  And this is the document that David
6  Boshea relies upon, and you are saying that your
7  signature is doctored on this agreement.  Why is it
8  that you say that it's doctored on this agreement?
9      A.  Because I can recognize it as forged.
10      Q.  Why is that?
11      A.  Because I can recognize my own signature.
12  That's not it.  That's a forged signature.
13      Q.  Okay.  What about it tells you it's forged?
14      A.  It does not look like my signature at all.
15      Q.  Other than that.  Other than that vague
16  idea, that it doesn't look like your signature, what
17  else?
18      A.  I am certain 100 percent that that is not my
19  signature.
20      MR. GARTEN:  This is Alan Garten.  I just would
21  like you to go to the top of the document so that he
22  can -- and slide throu8gh it so that he can add to his
23  answer.
24      MR. JORDAN:  Okay.  I am finished with that

Page 153

1  document.
2      MR. GARTEN:  I am not sure that he -- never mind.
3      MR. JORDAN:  All right.
4  BY MR. JORDAN:
5      Q.  What about the document -- I will put it up.
6  What about the document causes you concern, Mr. White?
7      MR. GARTEN:  I will withdraw any objection.
8      MR. JORDAN:  No.  I put it up.  We will start at
9  the top.
10      MR. GARTEN:  Okay.
11  BY MR. JORDAN:
12      Q.  There's some handwriting on there.  Do you
13  recognize the handwriting on the document?
14      A.  I do not.
15      Q.  Okay.  It says:  It blocks -- I sold
16  classify as key player to have this contract.  Do you
17  know what that is referring to?
18      A.  I can't make out -- if that's what it says,
19  I appreciate you reading it, but I don't know.
20      Q.  Okay.  Is there anything in the -- I have
21  the top of the document and the first to whereas
22  clauses up.  Read those and let me know if there's
23  anything about these terms that are noteworthy as to
24  showing that it was a doctored document.

Page 154

1    MR. GARTEN:  I think you are going to need to
2  upload -- blow that up, okay?  It's hard to read.
3    MR. JORDAN:  Is that better?
4    MR. GARTEN:  A little bit.  John, if you are
5  familiar with it, okay.
6    MR. JORDAN:  I have it at 125 percent.
7    THE WITNESS:  Thank you.
8  BY MR. JORDAN:
9    Q.  I have -- let me bring it up so that -- the
10  title of the document, does that give you any concern?
11    A.  No.
12    Q.  Okay.  The first paragraph give you any
13  concern?
14    A.  No.
15    Q.  Okay.  The recitals, there are one, two,
16  three, four recitals up.  Let me know if they give you
17  any concern?
18    A.  I have not read them yet.  Okay.  No
19  concern.
20    Q.  No concerns?
21    A.  Not with what I've read, no.
22    Q.  Okay.  And then the remainder of the
23  recitals and the wherefore, now therefore, paragraph;
24  let me know if you have any concerns about any of

Page 155

1  these terms?
2    A.  I don't have any concerns.
3    Q.  Okay.  Article 1, nondisclosure and non-
4  disparagement, it is the last line on page 1, all
5  right.  And then the next paragraph, and the paragraph
6  under that title, in the Paragraph A. of Article 2,
7  non-competition, is up.  Can you read those and let me
8  know if you have any concerns?
9    MR. STERN:  Objection, form.
10  BY THE WITNESS:
11    A.  I don't have any concerns.
12    Q.  Okay.  And is there any reason, anything up
13  to this point you would believe is doctored or changed
14  from an agreement that Compass would have with other
15  employees?
16    A.  Other than having handwriting on it, no.
17    Q.  Okay.  And then Article 2, paragraphs, there
18  is B, C, and then there's a D, and there's nothing in
19  Paragraph D.  Let me know when you're finished reading
20  those.
21    A.  Okay.
22    Q.  Is there anything in Article 2 that you
23  believe was doctored, changed from the standard
24  agreement that you believe David Boshea or somebody

Page 156

1  else doctored that would not be an agreement that
2  Compass would use?
3    MR. STERN:  Object to form.
4  BY THE WITNESS:
5    A.  Can you restate your question, please?
6    Q.  Was there anything in Article 2 that you
7  believe has been changed or modified from the terms
8  that Compass provides to its employees, generally, at
9  that time?
10    MR. STERN:  Objection to form.
11  BY THE WITNESS:
12    A.  I will state again, I don't remember at that
13  time, 2007, but it appears that Section D has been
14  eliminated.
15    Q.  Okay.  What was Section D, if you know?
16    A.  I don't know.  I don't recall from 15 years
17  ago what that contract would have said.
18    Q.  Okay.  Do you recall what you had offered to
19  employees in 2007, any terms?
20    A.  I don't recall 2007, 15 years ago to
21  specific agreements.
22    Q.  Okay.  So without regard to anything, you
23  wouldn't know by looking at this document, whether it
24  contain terms that Compass would have offered to David

Page 157

1  Boshea or not?
2    A.  That's incorrect.
3    Q.  Okay.  Why do you say that?
4    A.  Well, we haven't got down to it yet, but it
5  includes a one-half-a-million-dollar payment, which we
6  have never -- would never agree to --
7    Q.  Okay.  All right.  How about (indiscernible,
8  talk over).
9    A.  (Indiscernible, talk over) in the history of
10  the company.
11    Q.  Okay.
12    A.  No employee, in the history of the company
13  would ever get one-half-a-million-dollars.  That's how
14  I'm certain, in addition to my signature being forged,
15  that this document is a fraud.
16    Q.  Okay.  The Article 3, non-solicitation, is
17  there anything that leads you to believe that these
18  terms are fraudulent?
19    A.  There is nothing that leads me to believe
20  that.
21    Q.  Okay.  Article 4, the title of Article 4 is
22  on the bottom of page 2.  It says:  Article 4,
23  discoveries and works.  And then it goes down about --
24  it looks like half-a-page, to the line I can see

Page 158

1  invented, designed, or developed.  Read through there,
2  and then I will bring it up.
3     A.   These are these legal terms.  I will
4  probably need a lawyer to review this to determine if
5  there is anything in here that could answer your
6  question.
7     Q.   So you don't have any knowledge about what
8  -- with regard to this article, Compass would or would
9  not have provided to employees in a valid agreement?
10    A.   I'm sorry, Greg.  Can you ask that again?
11    Q.   I guess what I'm trying to get at is, you
12  don't have any recollection of what -- as far as
13  discoveries and works, you don't have any recollection
14  of what Compass provided or didn't provide to
15  employees in 2007?
16    A.   I have already answered that, yeah, I don't
17  recall 15 years ago what the terms were of any
18  agreements to employees.
19    Q.   Okay.
20    A.   Including this section.
21    Q.   Okay.  And then there's a remedy section.
22  Can you read that and let me know whether you believe
23  that is fraudulent, to use your term?
24    A.   No, I do not believe that's fraudulent.

Page 159

1     Q.   Okay.  And then there's Article 6, it is
2  titled severance.  Can you read that?
3        MR. STERN:  Greg, because this is a virtual
4  deposition, and it has been this, we don't get
5  complete stream, and it is blocking, at least on my
6  screen, the right-hand side.  I don't know if there is
7  any handwritten notes.  I see some handwritten on the
8  left, but it looks like there may be something
9  handwritten on the right.
10       MR. JORDAN:  I can make the screen smaller, so you
11  can see.
12       MR. STERN:  Thank you.
13       MR. JORDAN:  If you recall, I made it larger
14  because Alan asked me to do that.  Can you read this?
15       THE WITNESS:  Okay, I have read it.
16  BY MR. JORDAN:
17    Q.   Now, you've already said you don't recall
18  what you talked about with David Boshea in 2007 with
19  regard to its terms of employment.  And now you're
20  saying that you never would have offered the terms of
21  the severance, okay.  Why is it that you remember
22  that, what you didn't offer him, but you don't
23  remember what you did?
24    A.   Because we have never offered that

Page 160

1  outlandish amount of money to any employee in 20
2  years.  That's how I'm certain that we wouldn't have
3  offer it to a salesman.
4     Q.   So is it -- you are just saying that you
5  have no recollection that you ever offered this to
6  David Boshea?
7     A.   That's not what I said.
8     Q.   Okay.
9     A.   I said I did not offer this to David Boshea,
10  and I'm certain of that because we have never and
11  would never offer one-half-a-million dollars to a
12  salesman.
13    Q.   Okay.  Other than that you never would have
14  offered it.  Why is it you believe that you didn't
15  offer it?
16    A.   Because my signature has been forged on the
17  document.  Because there's handwriting on the document
18  itself.
19    Q.   Okay.
20    A.   And there are errors, et cetera, which make
21  it additionally reflective of a document that I would
22  not have signed.
23    Q.   Okay.  So your testimony is that you never
24  would have offered $540,000 in severance to David

Page 161

1  Boshea?
2     A.   I don't believe I would have.
3     Q.   Well, you don't believe you did, would have,
4  or that you didn't?
5     A.   I did not.
6     Q.   Okay.  And why do you say you did not?
7        MR. STERN:  Objection.  Asked and answered.
8        MR. JORDAN:  Go ahead.
9  BY THE WITNESS:
10    A.   I have already answered.  I can answer it,
11  again, if you like.
12    Q.   Sure.
13    A.   Because we have never, and would never,
14  offer one-half-a-million dollars to an employee.
15    Q.   Okay.  Anything else?
16    A.   And because my signature on this document is
17  forged and because there's handwriting and chicken
18  scratch all over the document.
19    Q.   Okay.  Do you know when the handwriting was
20  added to the document?
21    A.   This is your document.  I have no idea when
22  or where it came from.
23    Q.   Okay.  And then there is -- but you don't
24  recall.  All right, here, that's fine.  And then

Page 162

1  there's Article 7, term of employment.  Read that and
2  let me know if you believe there is anything in that
3  that is fraudulent.
4     A.  I don't believe there is anything in there
5  that is fraudulent.
6     Q.  Okay.  Article 8?
7     A.  I can see immediately the chicken scratch,
8  and I could see Section G is hand-edited.
9     Q.  Well, it certainly is underlined.
10    A.  Appears to be crossed out with an arrow.
11 (Indiscernible, talk over.)
12    Q.  The words (indiscernible, talk over).  Hold
13 on.
14    A.  I can't read.
15    Q.  The words that are crossed out are, I think,
16 underlined, are in addition, right?
17    A.  They appear to be crossed out, to me.
18    Q.  Okay, either way?
19    A.  Well, they appear to be crossed out, to me.
20 Not either way.
21    Q.  Okay.  That's fine.  Does it, without the
22 cross-out, if you will, is there anything in Article 8
23 that you view as fraudulent?
24    A.  Yes.

Page 163

1     Q.  What is that?
2     A.  Yeah, the handwritten edits, the chicken
3  scratch on the left, and the notes on the bottom of G
4  that are ineligible.  You can't identify what that is.
5     Q.  Okay.
6     A.  Those are all questionable.  Those are all
7  reflective of a contract that would not have been
8  signed.
9     Q.  Okay.  But you don't know when the chicken
10 scratch or that other writing was added on the
11 document, right?
12    A.  I only know I would never have signed a
13 document like that.
14    Q.  Okay.  But you don't know whether somebody
15 didn't make those notes after the document was signed,
16 either, right?  Because you don't have any knowledge
17 of this agreement?
18    A.  I am only looking at the document you
19 presented.  I don't know its origin.  I don't know its
20 history.  I don't know who wrote on here.  I don't
21 know anything other than what I'm looking at, that you
22 are looking at with me.
23    Q.  Okay.  Is there anything else other than on
24 the last page, other than circling in the J, and

Page 164

1  there's some cross-outs under J.  Is there anything
2  else that is different than the standard Compass
3  Marketing agreement?
4     A.  Yes.
5     Q.  What?
6     A.  It includes a forged signature of myself on
7  the document.
8     Q.  Okay.  Other than that?  Anything in Article
9  8, other than the chicken scratches, the cross-out,
10 the arrow, the notes on the bottom, the circling of J,
11 and some more chicken scratch and J, is there anything
12 that's different than the standard miscellaneous
13 provision in Compass's agreement?
14    A.  The only additional thing is the forged
15 document.
16    Q.  No.  We haven't even gotten to the
17 signature, yet.  I'm just talking about Article 8.
18    A.  I think we have identified all the things
19 that would concern me about its authenticity.
20    Q.  Okay.  Did Compass ever offer anyone
21 severance?
22    A.  I believe so.
23    Q.  Who did it offer severance to?
24    A.  I believe it appeared to offer it to John

Page 165

1  Adams.
2     Q.  Did it offer it to John Adams on the final
3  document?
4     A.  It's possible.
5     Q.  Okay.  Anyone else?
6     A.  I can't recall.
7     Q.  Okay.  Before entering into any of the
8  employment agreements, would the shareholders or
9  directors have to meet to approve the agreement?
10    A.  No.
11    Q.  Okay.  All right.  I am showing you the
12 Exhibit 13.  Is it up on the screen?
13    MR. GARTEN:  Yes.  I just want to tell you that it
14 looks like the left-hand side of that has been chopped
15 off because I think the words should be paycheck and I
16 am only seeing the letter Y.
17    MR. JORDAN:  Right, right.  I can't -- this is a
18 document that Compass produced.  It appears that Bates
19 numbers on the bottom, let me go to the bottom here.
20 this is CM0011, so I have no co9ntrol over that.  I
21 marked it in between the Bates number.
22 BY MR. JORDAN:
23    Q.  This is a document that Compass would have
24 produced, okay.  And there is the regular pay, it

Page 166

1 says: $350, 401K; and then it says: $35, AFLPRE.
2 What is the $350 on there?
3    A.  I don't know.
4    Q.  Okay.  And page 2 is an email to David
5 Boshea, all right, dboshea@compassmarketinginc.com,
6 which is that David Boshea's email address at Compass
7 Marketing?
8    A.  It appears to be.
9    Q.  Okay.  And it is to Mike White,
10 mwhite@compassmarketinginc.com.  Is that Michael
11 White's email at Compass Marketing in January 2017?
12    A.  I believe it was.
13    Q.  Okay.  And this email is dated January 12,
14 2017, at 4:17 p.m.
15    MR. STERN:  Greg, is this another one that we
16 produced with a Bates number?  Can you just read that
17 out loud, please?
18    MR. JORDAN:  Yes.  Hold on.  I am going to have to
19 close this note.  All of a sudden I am getting a bunch
20 of emails and I want to avoid blocking the --
21    MR. STERN:  There is a Bates number on the first
22 document.
23    MR. JORDAN:  I am going to bring it up.  What
24 happened was is that all of a sudden, I got a bunch of

Page 167

1 emails, and they are interfering with my ability to
2 move down the screen, here.
3    You will see at the bottom, it says CM-0012?  Do
4 you see that?
5    MR. STERN:  Yes, thank you.
6    MR. JORDAN:  Okay.  And I apologize, but email is
7 coming in the bottom right-hand corner of my email to
8 come up -- or my screen to come up, so I couldn't
9 manipulate it to see it.
10 BY MR. JORDAN:
11    Q.  So David email.  The email says:  Hey,
12 Buddy, I hope -- I am sorry.  Hey, Buddy.  Hope all is
13 well with you.  Just a reminder (smiley), I guess.
14 Thanks, man!  And it says:  Hey Buddy, and the second
15 email on January 2, 2017, at 1:39, Mike White wrote:
16 Hey Buddy, I took a look, small check was coded as
17 regular payroll check instead of as an expense
18 reimbursement, you are to fix on the next one.
19    Big check was SS deduction, since it is a new
20 year started.  And then, Happy New Year, Buddy.  Mike.
21 This block, and then on Saturday, December 31, 2016,
22 at 1:11 p.m. David Boshea wrote:  Happy New Year,
23 Buddy.  When you get a minute, please check with your
24 payroll company, it appears they  messed up my checks,

Page 168

1 here today.  No check today as the numbers in it.
2    Okay.  So -- and then above that is this $350.  Okay.
3    And I'm trying to figure out what the $350 is, and you
4 said you don't know that, right?
5    A.  I have no idea.
6    Q.  Okay.  And you don't know what happened to
7 David Boshea's payroll, right?
8    A.  No, but Michael White would be great to ask.
9    Q.  Okay.  I'm sure he would.  And then there is
10 a doc that is produced here.  This is -- again, these
11 are Compass produced documents.  This is four-page,
12 Exhibit 14.  The first page is a payment record for
13 $12,500, excuse me, I went too fast there.  And it is
14 CM-0100 and it is a check payment.  It looks like the
15 portion that -- of a payment record, Compass Marketing
16 Golf Club Membership, D. Boshea, $12,500.  And do you
17 know why -- and it says, 05/25/2007, White Eagle C.C.,
18 it is kind of cut off there, but you can read it.  Why
19 was Compass Marketing sending $12,500 to White Eagle
20 Golf Club?
21    A.  I don't think that's what this document
22 says.  It doesn't say who the money is sent to.  It
23 doesn't describe anything.  Your words exactly were
24 that this is a portion of an apparent payment.  Do you

Page 169

1 have the rest of the portion that you're referring to
2 here?
3    Q.  Here, how about this?  Do you see our
4 highlighting, checking M&T Bank, Golf Club Membership,
5 D. Boshea?
6    A.  Yes, I see that.
7    Q.  Okay.  Why would Compass be paying -- having
8 a check from M&T Bank for golf club membership, D.
9 Boshea on 5/25/2007; if you know?
10    A.  I am not sure that this is a check.  I don't
11 know what this is.
12    Q.  Okay.
13    A.  Other than your description of it as a
14 portion of a potential payment.
15    Q.  Okay.
16    A.  (Indiscernible).
17    Q.  Well, does --
18    A.  It does not look like a check to me at all.
19    Q.  I didn't say it was a check.  I said it was
20 the check stub.  Isn't that not a stub of a check when
21 compass sends out a check?  It wouldn't keep the check
22 because the other side could negotiate it.
23    A.  I don't know what this is.  I don't know
24 what this is.

Page 170

1    Q.  Okay.  Do you have any knowledge of Compass
2  Marketing paying for David Boshea's White Eagle Golf
3  Club membership fee?
4    A.  From 15 years ago in 2007, no, I do not.
5    Q.  Okay.  And then that next page is from
6  golf4me36@aol.com, which I think we have identified as
7  David Boshea to Michael White's email address on May
8  24, 2007, 3:23 p.m.  Subject, follow up.  And it has
9  to do -- it says:  Mike, hope all is great.  John told
10  me to get with you on a couple of things.  Email start
11  up.  Also, how do I purchase the laptop, check for
12  $12,500 for White Eagle membership.  We need to move
13  quick, so we get the nice deal.
14    If you can please fax a copy of the check made
15  payable to White Eagle at 630-305-6787, attention
16  Ruthann Wood, then you can just mail the check to me
17  and I will deliver it.  Home is 5546  Clearwater Lane,
18  Naperville, Illinois, 60564.  Cellphone, how do I get
19  this going?  Also, I have left some messages for John,
20  but I have to talk to him and make sure he knows I
21  have the Lowes appointment set for 6/13/07 at one
22  o'clock.  This is great.  Thanks, Mike.  I'm looking
23  forward to working with you, Dave.
24    And then it has an address on the bottom for the

Page 171

1  golf club.  Now, do you have any knowledge of David
2  Boshea, asking for a check to be sent to White Eagle
3  for his membership?
4    A.  This appears to be a communication between
5  David Boshea and Michael White.
6    Q.  Right.
7    A.  I do not have any firsthand knowledge of
8  this document or of a request from 15 years ago.
9    Q.  Okay.  And then there is a third page, a fax
10  transmission sheet and a fax cover page.  Michael
11  White to Ruthann Wood, White Eagle Golf Club, two
12  pages.  And I guess is this -- do you have any
13  knowledge of Michael White sending an email to Ruthann
14  White  -- I am sorry, a facsimile to Ruthann Wood at
15  White Eagle?
16    A.  I do not have any knowledge of that.
17    Q.  Okay.  And you don't have any -- do you have
18  any knowledge of Compass agreeing to pay anything to
19  White Eagle Golf Club for David Boshea's dues or
20  membership?
21    A.  I don't recall any of David Boshea's
22  agreements from 2007.
23    Q.  Okay.
24    A.  But that document appears to be a check

Page 172

1  payment, if it's accurate, to White Eagle, not through
2  the payroll for David Boshea, as you asked me earlier
3  today.
4    Q.  Okay.
5    MR. REPORTER:  Counselor, could we take a short
6  break so I could clear up a conflict I had.  We are
7  running a little past, which is fine, but I just need
8  15 minutes.
9    MR. JORDAN:  Okay.  We will take a break for 15
10  minutes.
11    MR. REPORTER:  Thank you.  We are off the record
12  at 3:35 Central Time.
13    (A short break was taken.)
14    MR. GARTEN:  There you are.  You've got him live
15  go ahead.  Got them live. Go ahead.
16  BY MR. JORDAN:
17    Q.  All right.  I'm looking here at -- I have J.
18  White, Exhibit 12 up on the screen, which is a four-
19  page document.  It's a letter that was sent to David
20  with attachment on March 2nd, 2020, and do you
21  recognize this document?
22    A.  It appears to be a document I do recognize,
23  yes.
24    (Exhibit 12 was displayed.)

Page 173

1  BY MR. JORDAN:
2    Q.  Okay.  And this is a letter that was sent to
3  David Boshea.  In the first paragraph, it says:
4  Regrettably, your position was one of the positions
5  selected to be eliminated due to necessary reductions
6  in force.  All right.  What was intended when you were
7  saying "due to this reduction in force"?
8    A.  We were intending to reduce the workforce.
9    Q.  Okay.  So is there any reason other than
10  reduction in force for David Boshea's termination?
11    A.  No.
12    Q.  Okay.  And David Boshea filed for
13  unemployment, and do you have any knowledge of any
14  contest of David Boshea's request for payment of
15  unemployment benefits?
16    A.  I do not have any knowledge.
17    Q.  Okay.  Do you know whether Compass ever
18  reprimanded David Boshea for anything?
19    A.  I don't.  I don't recall, but I can't speak
20  for certainty about anything or ever.
21    Q.  Okay.  Is there anything that would assist
22  you in recalling whether David Boshea was ever
23  reprimanded by Compass Marketing.
24    A.  Yes, his personnel file.

Page 174

1    Q.  Okay.  And is that -- that's the personnel
2  file that's been produced in this case?
3    A.  Yes.  That's the padded personnel file that
4  Michael White admitted padding.
5    Q.  Okay.  But do you know of anything that was
6  taken out of David Boshea's file regarding a
7  reprimand?
8    A.  I don't have any personal knowledge of
9  anything that was taken out of his file regarding a
10  reprimand.
11    Q.  Okay.  Now, one of the issues in the lawsuit
12  is -- let me find this here.
13    MR. JORDAN:  Stephen, what numbered exhibits did I
14  send you through?
15    MR. STERN:  Give me a second to pull that up.
16    MR. JORDAN:  It looks like ten.
17    MR. STERN:  I think you sent two sets of fives,
18  hold on one second.  Yes, the last one I have is ten.
19    MR. JORDAN:  Give me a second.  We just randomly
20  sent you 11 through 19.  Give us a little bit of time
21  here.
22  BY MR. JORDAN:
23    Q.  Okay.  I am going to bring up onto the
24  screen the Compass Marketing payroll register that was

Page 175

1  produced by Compass Marketing,  60 pages, and it
2  starts with -- it is hard to tell because  Compass
3  Marketing's Bates stamp is written over a word, but it
4  looks like it's 307.  Now, I am looking on page one
5  here.  This is the payroll records the period 7/16/14
6  and it has a $350 payment.  Do you know what that's
7  for?
8    A.  I don't recall or know what that's for.
9    Q.  Okay.  Are you aware that -- do you contest
10  the fact that Compass Marketing paid $700 a month in
11  $350 increments for David Boshea's White Eagle Country
12  Club dues?
13    MR. STERN:  Objection to form.
14  BY THE WITNESS:
15    A.  Pardon me, personally?
16    Q.  Right.
17    A.  Do I personally object?
18    Q.  No.  Do you know whether Compass Marketing
19  paid $700 a month in $350 increments to David Boshea
20  to compensate him or reimburse him for White Eagle
21  membership dues?
22    A.  I don't have any personal knowledge of that.
23    Q.  Okay.  Do you have any reason to contest the
24  fact that Compass Marketing paid, through its payroll,

Page 176

1  $350 a month -- I am sorry, $350 biweekly for a
2  Compass Marketing -- I mean, for -- excuse me, I will
3  start again.
4    Do you have any reason to contest the fact that
5  Compass Marketing paid three in a $350 biweekly to
6  David Boshea for -- I guess, let me start again.
7    It's $700 a month, in $350 increments, to pay or
8  compensate or reimburse him for White Eagle Country
9  Club dues?
10    MR. STERN:  Objection, form.
11  BY THE WITNESS:
12    A.  Can you ask the question again?
13    Q.  Sure.  Did Compass Marketing pay $350 a
14  month to David Boshea to pay or reimburse him for
15  White Eagle -- $350 twice a month for White Eagle
16  Country Club dues?
17    A.  I don't think so, but I don't know for sure.
18    Q.  Okay.  Do you know there is a $350 payments
19  here throughout the payroll register, each page, and
20  you don't know what the $350 is for; is that right?
21    A.  Can I inspect the document?
22    Q.  Sure.
23    A.  Can you go to the end?
24    MR. GARTEN:  You are going to need to get that box

Page 177

1  out of there, right?
2    MR. JORDAN:  I wasn't sure that that was up on
3  your screen.  I apologize for that.
4    MR. GARTEN:  Yeah.
5  BY THE WITNESS:
6    A.  So I don't see the $350.  Can you can you
7  scroll back to where the $350 payment stops?
8    Q.  Sure.  Last payment was about a year before
9  the end of his term.
10    A.  The last payment was one year before his
11  term?  What was that date?
12    Q.  Approximately, one year, 4/1/19 is that $350
13  payment.
14    MR. STERN:  Just to be clear, when does that show
15  -- people are joining the call and blocking out part
16  of the screen, so we can't see the dates.
17    MR. GARTEN:  Actually, I can see it.
18    MR. JORDAN:  I think you can manipulate that on
19  your side.
20    MR. STERN:  Okay.
21  BY MR. JORDAN:
22    Q.  Do you see that 4/1/2019?
23    A.  I do see that.
24    Q.  Okay.  And there is $350 paid to David

Page 178

1  Boshea.  Do you know what that was for?
2      A.  I do not.
3      Q.  Okay.  Do you have any reason to contest the
4  fact that it was for White Eagle Country Club dues?
5      A.  Do I have any personal reasons to contest
6  that?
7      Q.  Right.
8      A.  It shouldn't have been, but if it was, it
9  should not have been.
10     Q.  No, should, would, whatever, I don't know.
11     A.  Yes, I contest this, yes.
12     Q.  You are the Chief Executive Officer of the
13  company, why would you -- I think you said you
14  contested it.  Why would you contest it?
15     A.  He should not have a payment that ended in
16  April of 2019 outside of his payroll payment for
17  anything, regardless of what it is.
18     Q.  Okay.  So why is that?
19     A.  It appears to be theft.
20     Q.  Okay.  Why is that?
21     A.  It's not authorized, and I was unaware of
22  it.
23     Q.  Okay.
24     A.  In April of 2019.

Page 179

1      Q.  Okay.  What, if any, control did David
2  Boshea have over the payment of payroll for Compass
3  Marketing?
4      A.  He didn't have any control.  Michael White
5  had total control.
6      Q.  Okay.  And so the fact that David Boshea --
7      A.  Michael White had total control until April
8  of 2019.
9      Q.  Okay.
10     A.  Then Michael White no longer had control of
11  the payroll.
12     Q.  Okay.  And what's the significance of that
13  with relating to the $350?
14     A.  It appears that the $350 stopped being paid
15  to David Boshea when Michael White stopped having
16  control of the payroll.
17     Q.  Or at least paid through payroll.  You don't
18  know whether it stopped, do you?
19     A.  I'm only reading the documents.
20     Q.  Okay.
21     A.  I do know that the payroll payments stopped
22  in April 2019, the same time that Michael White
23  stopped having control over the payroll.
24     Q.  Okay.  But you don't know whether David

Page 180

1  Boshea received the $350 twice a month after April 1,
2  2019, do you?
3      A.  If he did, it would have been unauthorized
4  and theft.
5      Q.  Okay.  And how would it have been theft by
6  David Boshea?
7      MR. GARTEN:  Objection.  That is a asking a legal
8  question here, you know, for him to give legal
9  conclusion.
10     MR JORDAN:  I am not, Alan.  He was the one who
11  said it would be theft, so I am asking him, using his
12  words, why it would be theft.  I'm not asking for a
13  legal conclusion.  I'm asking him to explain his
14  answer.
15     MR. JORDAN:  Stephen, I can't hear you.
16     MR. STERN:  Objection to the extent it calls for a
17  legal conclusion, still (indiscernible).
18     MR. JORDAN:  I am not asking -- I am asking him to
19  explain his answer.
20  BY THE WITNESS:
21     A.  It would have been unauthorized, the payment
22  that he received after, or 2019, or before, that was
23  unauthorized, would have been, in fact, theft.
24     Q.  Okay.  And why is that?

Page 181

1      A.  Because unauthorized payments are theft.
2      Q.  Okay.  You didn't have any knowledge of him
3  receiving the money, right?
4      A.  Other than this payroll report, no.
5      Q.  Right.  And the payroll report that I had up
6  on the screen, I could put up again if you want, shows
7  the payment for years, right?
8      A.  That stopped in April 2019.
9      Q.  Right.
10     A.  And he didn't say anything about that.
11     Q.  And he didn't what?
12     A.  He didn't call that to anyone's attention
13  when it stopped -- when he stopped receiving it.
14     Q.  Okay.  How do you know that?
15     A.  Because I was the CEO of the company.
16     Q.  So did you handle the payroll after April 1,
17  2019?
18     A.  I did not.
19     Q.  Okay.  Would you have been the person that
20  if someone had a payroll question that they would go
21  to
22     A.  No.
23     Q.  Okay.  And in the counterclaim that Compass
24  Marketing filed, they mentioned that -- oh, hold on.

Page 182

1  This is not a great copy here, but here is an email
2  that we have. J. White to Mike White, well, let's go
3  to the bottom to have some context. All right. It's
4  an e-mail --
5      A.  What's the number on the on the document?
6      Q.  I think it's J. White, Exhibit 17.
7      MR. STERN:  Was this (indiscernible, talk over).
8  BY MR. JORDAN:
9      Q.  I believe this was a document that came from
10  Michael White. Yes. It says: Do David Boshea sent
11  an email to Michael White and John White on May 24 --
12      A.  We are not able to read this, Greg, so we
13  are not sure if the video is --
14      Q.  I said it is not a great copy, so I am
15  reading it.
16      A.  It is illegible. We can't read it. Go
17  ahead.
18      Q.  It says: David Boshea to Mike White, John
19  White, May 24, 2012, at 12:51 a.m. Mike: Hey, Bro,
20  White Eagle raised monthly fee to $750. Thanks, Dave.
21  And then here is another copy of the email and Michael
22  White forwarded it to you and then you respond to
23  Michael White:  I saw it. He copied me, too, just
24  ignore. Do you see that?

Page 183

1      MR. GARTEN:  And the date on that is?
2      MR. JORDAN:  May 25, 2012, at 7:43 a.m.
3      MR GARTEN:  Okay.
4  BY MR. JORDAN:
5      Q.  Did David Boshea advise you that the White
6  Eagle membership fees had raised to $750 a month?
7      A.  I don't believe so.
8      Q.  Okay. So is it your position that you never
9  received this email?
10      A.  It's my position that this email is not
11  authentic.
12      Q.  Okay. And why is that?
13      A.  For a couple of reasons. On the top right
14  hand corner, it appears that it's been printed with my
15  email address, and it is from somebody who admittedly
16  breached my emails, Michael White. And I can't read
17  it.
18      Q.  Okay. So other than that, why are you
19  saying that you never would have received this email?
20      A.  That's not what I said.
21      Q.  Okay. What did you say?
22      A.  Jason, can you read back to the record,
23  please?
24      Q.  Just say it again.

Page 184

1      A.  Jason, please read back the record.
2      MR. REPORTER:  Stand by.
3           (Record read as requested.)
4  BY THE WITNESS:
5      A.  And my answer was that it was not authentic.
6      Q.  Okay. So I'm confused. When you say it's
7  not authentic, does that mean you never received the
8  email?
9      A.  No, it means it's not authentic.
10      Q.  What's the difference between
11  receiving the email and it not being authentic?
12      A.  I can't say what emails I received from ten
13  years ago. I receive thousands of emails a month.
14      Q.  So you're saying you don't recall receiving
15  this email, or that you didn't receive the email?
16      A.  I'm saying this email is not authentic, and
17  I don't recall having received it.
18      Q.  Okay. And the reason that it's not
19  authentic is what?
20      A.  Because it's from somebody who's admitted to
21  breaching my email and it appears to be printed out
22  from my own email and produced by the individual,
23  Michael White, who admitted to breaching my emails.
24      Q.  Okay. So because Michael White breached

Page 185

1  your email and printed it out, does that mean that you
2  never received the email or that you just questioned
3  whether you received the email or something else?
4      A.  I didn't say that.
5      MR. STERN:  Object to form.
6  BY MR. JORDAN:
7      Q.  I don't know what you're saying. You're not
8  being -- you are being opaque.
9      A.  No. I will say it for the third time. I
10  think it's not authentic is my answer.
11      Q.  And the reason?
12      A.  Somebody printed this email as me. That's
13  why it's in the right-hand corner, it has my email
14  address. So somebody pretending to be me got in and
15  printed what looks like an email before it got
16  distorted. It's not an authentic document.
17      Q.  Okay.
18      A.  I am certain of that.
19      Q.  So you're certain it's not authentic, but
20  you can't say whether you ever received it or not?
21      MR. STERN:  Objection.
22  BY MR. JORDAN:
23      Q.  Any emails such as this? I'm confused.
24      MR. GARTEN:  You know, first of all you said

Page 186

1  you're certain that is not authentic.
2      THE WITNESS:  I did.
3      MR. GARTEN:  Yeah, okay.  Can you just break down
4  your question and not compound question, but as a --
5  just like a yes, no and then we can lead to the next
6  question.
7  BY MR. JORDAN:
8      Q.  Are you saying you never received this
9  email?
10     A.  No, I'm not saying that.
11     Q.  Okay.  So you don't know whether you
12  received this email or not?
13     A.  I didn't say that either.
14     Q.  All right.  So did you receive this email?
15  It kind of closes the loop.
16     A.  I don't recall what emails I received ten
17  years ago.  I received thousands of emails a month.
18     Q.  Okay, that's fine.
19     MR. STERN:  Just as a reminder, Greg, can you tell
20  us what exhibit number was that?
21     MR. JORDAN:  Give me a second, I closed it.
22     MR. GARTEN:  March 2nd '20 letter, David Boshea.
23  Is that the one?
24     MR. JORDAN:  That would be 17.

Page 187

1      MR. STERN:  Thank you.
2  BY MR. JORDAN:
3      Q.  Okay.  Now I have up on the screen the
4  Exhibit 19, which is the counterclaim and third-party
5  complaint Compass Marketing filed.  Have you reviewed
6  this document before?
7      A.  Not of late.
8          (Exhibit 19 was displayed.)
9      Q.  Okay.  Do you want to take the opportunity
10  to review it now?
11     A.  I am not here testifying on behalf of
12  Compass, but I'm happy to review it if you'd like.
13     Q.  I am not asking you to testify on behalf of
14  compass, but there may be facts that you wish you had
15  knowledge.  Let me know when you want me to turn the
16  page.  We are on page 1.
17     MR. STERN:  Just to be clear, Greg, while he's
18  reading, did you skip Exhibit 18?
19     MR. JORDAN:  I did.
20     MR. STERN:  Okay.  Thank you.
21     MR. JORDAN:  Alan has to go someplace.
22     THE WITNESS:  Okay.
23  BY MR. JORDAN:
24     Q.  I have the remainder of paragraph 1 through

Page 188

1  paragraphs 2 and 3 up on the screen.
2      A.  Okay.
3      Q.  I have the paragraph 4 through the remainder
4  of page 2 up on the screen.
5      A.  Okay.
6      Q.  All right.  I have page 3, paragraphs 7
7  through 11, up on the screen, factual allegations.
8      A.  Okay.
9      Q.  I have paragraph 12, which is the last
10  paragraph on page 3 up on the screen.
11     A.  Okay.
12     Q.  Okay.  And then have paragraphs 13 through
13  16 up on the screen.
14     A.  Okay.
15     Q.  Okay.
16     A.  I'm sorry.  I'm sorry.  Can you get back?  I
17  didn't see 15, 16, yeah.
18     MR. GARTEN:  Yeah, let's look at 16.
19     THE WITNESS:  15.
20     MR. GARTEN:  Go back up, yeah, just to 15.  Okay.
21     THE WITNESS:  Okay.
22  BY MR. JORDAN:
23     Q.  All right.  I now have the remainder of page
24  4 up on the screen.

Page 189

1      A.  Okay.
2      Q.  Okay.  And then I have page 5, paragraphs 20
3  and 21 up on the screen.
4      A.  Okay.
5      Q.  In paragraphs 4, it relates - it concerns
6  Joe Doe's, who is presently our unknown individuals,
7  who upon information and belief aided, and abetted,
8  and conspired with Boshea or whom Boshea aided,
9  abetted, or conspired with to harm Compass Marketing
10  in the manner set forth in this counterclaim and
11  third-party complaint.
12         Have you identified who these John Doe's are?
13     A.  Me personally or the company?
14     Q.  Do you know who the John Doe's are, whether
15  in your capacity as Chief Executive Officer,
16  personally, or otherwise?  And you are the only one
17  here.
18     A.  I have not concluded who those are.
19     Q.  Okay.  In paragraph 13, it says:  Shortly
20  after filing the complaint, a copy of the complaint
21  was circulated anonymously to third parties doing
22  business with Compass Marketing, including a real
23  estate broker located in Annapolis, Maryland,
24  assisting Compass Marketing to search for office

Page 190

1  space.  Do you see that?
2     A.  I see that.
3     Q.  Okay.  Do you have any knowledge of David
4  Boshea circulating, anonymously, the complaint in this
5  case to a real estate broker located in Annapolis?
6     A.  No.
7     Q.  Okay.  Do you know who the real estate
8  broker Compass refers to in the complaint?
9     A.  Yes.  It is Hyatt Real Estate, I believe is
10  the name.
11     Q.  Okay.  Do you know who at Hyatt Real Estate?
12     A.  I do not.
13     Q.  Do you recall working with John Gallagher,
14  who was a broker with Hyatt Real Estate?
15     A.  I do not recall.  They had some people, but
16  I don't remember him specifically.
17     Q.  Okay.  And did you ever have any
18  conversations with anyone at Hyatt Real Estate where
19  they said that because of receiving the complaint that
20  Hyatt Real Estate was stopping doing business with
21  Compass Marketing?
22     A.  I don't recall.
23     Q.  Do you know anybody who had such a
24  conversation?

Page 191

1     A.  I can't recall right now.
2     Q.  Is there anything I could help you recall?
3     A.  Probably a phone call to Hyatt.
4     Q.  Okay.  Is there any facts other than a
5  surmise that would lead you to believe that Hyatt Real
6  Estate stopped working with Compass because they
7  received this complaint anonymously?
8     A.  I'm sorry, can you ask that again?
9     Q.  Other than your surmise, do you have any
10  factual basis for saying that because Hyatt Real
11  Estate received the copy of the complaint, it stopped
12  working with Compass Marketing?
13     A.  I am not sure that's my surmise.  It's
14  Compass Marketing surmise, but is that your question,
15  what do I --
16     Q.  I can only ask you questions.  I can't ask
17  Compass Marketing.
18     A.  Okay.  So you're asking my personal opinion
19  about?
20     Q.  No, no.  Any facts other than a surmise that
21  they got the complaint and, therefore, they stop
22  working?
23     A.  I don't believe I can remember any facts
24  that are not -- have already been presented.

Page 192

1     Q.  Okay.  And then there is a distribution of
2  the complaint to an architecture firm, as well; is
3  that right?
4     A.  That's what it says.
5     Q.  Do you know anything about an architecture
6  firm receiving a copy of the complaint, anonymously,
7  or otherwise?
8     A.  I remember that they did, but I don't recall
9  who received it there.  I don't even remember the name
10  of the firm.
11     Q.  Okay.  Do you have any facts?  Do you know
12  of any facts that would support the allegation that
13  because the architecture firm received the complaint,
14  that they stopped working with Compass Marketing?
15     A.  Only that they stopped communicating with
16  us.
17     Q.  Okay.  So there was this stoppage of
18  communication, and you don't know why they stopped
19  communicating?
20     A.  Both Hyatt and the architecture firm stopped
21  communicating instantly following the receipt of these
22  anonymous mailings.
23     Q.  Okay.
24     A.  Within a couple of days.

Page 193

1     Q.  I am showing you what's marked is J. White
2  Exhibit 20, which is a five-page document with a
3  proposal for release dated 2/26/21 for 410 Rowe
4  Boulevard, LLC.  And what I'm going to do is go on to
5  page 4, and it says here, brokerage, okay?  It says:
6  landlord recognizes Jones Lang LaSalle Brokerage, Inc.
7  JLL, as tenant broker.  Landlord's broker, Hyatt
8  Commercial shall pay JLL a  commission per a separate
9  agreement.  Do you see that?
10     A.  I do see that.
11     Q.  So Hyatt Commercial was the landlord's
12  broker, and JLL was your broker?
13     MR. GARTEN:  Objection.  I want you to know, I
14  think you read it the opposite, you know, the
15  opposite.
16     MR. JORDAN:  JLL -- yeah, let me say it.  JLL,
17  Jones Lange LaSalle Brokerage, is the tenant broker,
18  correct?
19     MR. GARTEN:  Right, okay.
20     MR. JORDAN:  And Compass is the tenant, right?
21     MR. GARTEN:  Yeah, never mind, go ahead.
22  BY MR. JORDAN:
23     Q.  Is that right, Mr. White?
24     A.  That's what it says.

Page 194

1    Q.  Well, is it, in fact, did Compass hire JLL
2  is its broker?
3    A.  I'm not sure.  I believe that that's what
4  that said - this says.
5    MR. GARTEN:  Can we look at the bottom of the
6  document to see who signed this thing?
7  BY MR. JORDAN:
8    Q.  Do you recognize the signature on there?
9    A.  That appears to be mine.
10    Q.  Okay.  So, you signed it.  This is a Compass
11  document, starts with CM-0868 and continues -- I am
12  sorry.  No, that's page 4.  CM-0865 and continues
13  through 0869.  So Compass produced this and on page 4,
14  four, below, it has a signature block without his
15  signature from John Gallagher, Vice President of
16  Hyatt.  Do you see that?
17    A.  I do.
18    Q.  Okay.  Now, as I understand it, in the
19  paragraph -- there is a paragraph that says:
20  Condition and duration of offer.  It says the above
21  and in bold, non-binding proposal is offered on a non-
22  exclusive basis and landlord reserves the right to
23  offer the space simultaneously to others or withdraw
24  this proposal at any time.  Only a lease signed by

Page 195

1  both parties shall be binding.  Do you see that?
2    A.  Yes.
3    Q.  Hyatt Commercial provided a non-binding
4  proposal to Compass; is that right?
5    A.  That's what this says.
6    Q.  And then following receipt of this document,
7  I spoke with Mr. Gallagher, and he claims that they
8  delivered a lease to Compass and Compass stopped
9  communicating with Hyatt with regard to the lease.  Do
10  you dispute that?
11    A.  I have not spoken to Mr. Gallagher.
12    Q.  No, no.  I am asking did Hyatt deliver a
13  form of lease for the subject property to Compass?
14    A.  I don't know.  This was over two years ago.
15  I'm not sure what was delivered.  It was over two
16  years ago.
17    Q.  Now, actually, it's April 6th, 2021, is
18  clearly over a year ago.  So do you know --
19    A.  It is 2020, I believe.
20    Q.  I am sorry.
21    A.  I believe the signature date said 2020.
22    Q.  Okay.
23    A.  If you look down at the bottom.
24    Q.  I am not going to argue with you.  I will

Page 196

1  point out that the lawsuit wasn't filed in March of
2  '20 and April 2020.
3    A.  Can you look down at the signature to see
4  the date that it was signed, executed?
5    Q.  It say 4/6/2020.
6    A.  Correct.
7    Q.  All right.  I am not going to fence with
8  you, Mr. White.  A.  I don't intend to.
9    Q.  Excuse me.  Let me finish.  We've already
10  looked at the document where in March 2020 it
11  terminated Mr. Boshea.  He filed his complaint the
12  next year.  I don't really know why you would put 2020
13  on document, but the complaint wasn't on file in 2020.
14  So, you know, I don't want to get -- I don't want to
15  fence about the dates.  There's no way that it was in
16  2020.  So anyway, without regard to the date of the
17  letter --
18    MR. STERN:  Characterization, but I think we're --
19  either way, it is not really material to the questions
20  are being asked.
21    MR. JORDAN:  Right, yeah, fine.  Mr. White is
22  wrong.
23    MR. STERN:  Actually characterization there.  I
24  don't think that is correct.

Page 197

1    MR. JORDAN:  It is not a characterization.  It is
2  a fact.  So anyway, moving on.
3    MR. STERN:  (Indiscernible).  This is just not
4  correct.
5    MR. JORDAN:  Moving on.
6  BY MR. JORDAN:
7    Q.  Are you aware --
8    THE WITNESS:  I don't believe that I am wrong.
9    MR. JORDAN:  That's terrific.  I am so happy for
10  you.
11  BY MR. JORDAN:
12    Q.  Are you aware that Hyatt Commercial sent a
13  form of lease for 410 Rowe Boulevard, LLC, to Compass?
14    A.  I believe that is what that says.
15    Q.  And do you dispute -- well, let's -- what
16  does (indiscernible) say?
17    A.  I am sorry.  Can you ask your question,
18  again?
19    Q.  You said:  I believe that's what it says in
20  this non-binding letter of intent.  We already looked
21  at that.  Did Hyatt Commercial send a formal release
22  after April 6th to Compass?
23    A.  I don't know the dates of when something was
24  sent two years ago.

Page 198

1    Q.  No.  I didn't ask you for the date.  I asked
2  whether they sent a lease?
3    A.  You did ask about the date.
4    Q.  Okay.  Let's start again.
5    A.  You asked if it was --
6    Q.  Excuse me.  I said let's start again.  I'm
7  not willing to  engage in this pointless discussion
8  about dates.  Are you aware that Hyatt Commercial sent
9  a form of lease to Compass for 410 Rowe Boulevard,
10  LLC's property?
11    A.  I don't recall that.  If they did, they
12  could have, but I don't recall it.
13    Q.  And are you aware that according, at least,
14  to Mr. Gallagher, Compass never responded after
15  Compass received the form of the lease?
16    A.  No, I'm not aware of your hearsay
17  conversations with Mr. Gallagher.
18    Q.  Okay.  And with regard to the architect, who
19  you don't remember.
20    A.  That's not what I said.
21    Q.  Who was the architect?
22    A.  I said, I don't recall who the architecture
23  firm was.
24    Q.  Okay.  All right.  So with regard to the

Page 199

1  architecture firm, or any architect working at the
2  firm, who you do not recall, you don't have any
3  knowledge that they stopped working for Compass
4  because they received the complaint; is that correct?
5    A.  No, that's incorrect.  I actually have
6  knowledge that they stopped returning our emails
7  almost instantly after upon receiving the mailings.
8    Q.  Okay.  You know, you don't know, no one told
9  you that they stopped communicating with you because
10  they received the complaint?
11    MR. STERN:  Objection to form.
12  BY THE WITNESS:
13    A.  They told us that they did receive the
14  complaint, and then they stopped communicating with
15  us.
16    Q.  Okay.  And that's as much as you know?
17    A.  No.  I know more than that.
18    Q.  What else do you know?
19    A.  About what subject?
20    Q.  About the subject that you said you know
21  more about?
22    A.  I didn't say what subject I know more about.
23  I just simply said that's not all I know.
24    Q.  I am confused by your response.  I think you

Page 200

1  probably think you're clever.  That only makes one of
2  us.  So whe3n you said that you know more, what were
3  you referring to?
4    MR. STERN:  Greg, it is not productive.  It is
5  harassing.  Like just ask the questions, please.
6    MR. JORDAN:  All right.
7  BY MR. JORDAN:
8    Q.  All right.  What it that you know more
9  about then you said that in your response, Mr. White?
10    MR. GARTEN:  Objection as to form because it is --
11  why don't you be specific, what you said?
12    MR. JORDAN:  I can't, Alan.  Because he says he
13  knows more about it.  I am asking what he was
14  referring to and he said he knows more about it.  I
15  can't.  I don't know what he was referring to.  I
16  can't be any more specific than taking his exact words
17  and asking him to expand upon them.
18  BY MR. JORDAN:
19    Q.  So my question is:  Will you please expand
20  upon that response when you said you know more about
21  it.
22    A.  I didn't say I know more about it.  Your
23  question was, specifically, is that all you know?  Do
24  you know anymore?

Page 201

1    Q.  And you said?
2    A.  I know more, but it depends upon what
3  subject you are rferr8ing to.
4    Q.  So you weren't referring to the architect?
5    A.  Do I know other people at Hyatt other than
6  the one guy John Gallagher that you spoke to?  Yes.
7  Know Justin Mullen.  But, yeah, I know more but I
8  don't know specifically what you would like to discuss
9  more.
10    Q.  I would like to discuss more but the
11  architect, your knowledge as to -- other than the fact
12  that you are saying that they stopped communicating
13  with you, the linkage to receiving the complaint, do
14  you know any more about it than the fact that you have
15  already related?
16    A.  Can you ask the question, again, Greg?
17    Q.  Do you know any more about why the
18  architect, or architecture firm, stopped communicating
19  with Compass, other than what you testified previously
20  in this deposition?
21    A.  I don't believe so.
22    Q.  Now, you have indicated previously that
23  Compass Marketing is leasing space different than it
24  had when David Boshea was terminated, correct?

Page 202

1    A.   Yes.  Correct.
2    Q.   Is it paying more or less than it would have
3  paid for the property that Hyatt had?
4    A.   I don't recall the numbers from two years
5  ago.
6    Q.   Okay.  So the rental rate for Hyatt ten
7  years, five months, was found in the lease
8  commencement, upon the latter, a substantial
9  completion of tenant improvements for December 31,
10  2021.  Rent commencement, 150 days filing lease
11  commencement.  Rental rate, $38 per square foot, on an
12  NNN basis with a base rent escalating at 2.5 percent
13  per annum.
14     Being on the first anniversary of rent
15  commencement, that tenant, being Compass, would be
16  responsible for paying a proportionate share of
17  operating expenses, estimated to be $8.07 per square
18  foot.  In no event shall controllable operating
19  expenses increase more than 3 percent over the
20  previous year, controllable operating leases.
21     Now are the terms that Compass obtained under the
22  lease it  has now the same or different from these
23  terms?
24    A.   I'm not familiar with the terms of the

Page 203

1  lease, which we are in today.
2    Q.   Do you have any reason to believe that the
3  rental rate that Compass currently has is less than
4  $38 per square foot on an NNN basis?
5    A.   I don't have any reason to believe that.
6    Q.   Okay.  Do you believe that the rental rate
7  is more than $38 per square foot on an NNN basis for
8  the space that Compass currently leases?
9    A.   I don't know what the terms are, so I don't
10  have any reason to believe it's less or more.
11    Q.   Okay.  Is the space that Compass leases
12  larger or smaller or the same as the proposed square
13  footage on the Rowe Street property?
14    A.   I don't know the square footage.
15    Q.   Of what?
16    A.   Of either.  I see the square footage on the
17  document, but I don't know what the square footage is
18  of the current lease that we have.
19    Q.   Okay.  Did Compass eventually use an
20  architect for the space in which it occupies
21  currently?
22    A.   No.
23    Q.   Okay.  Was Compass in default on its lease
24  in the severance property at any time?

Page 204

1    A.   If they were, I don't recall.  Any time over
2  20 years?  What time period?
3    A.   From the beginning.  Well, let's just say in
4  the last three years before Compass moved out?
5    Q.   What's the question again, Greg?
6    A.   Was Compass ever in default under its lease,
7  the severance property, in the last three years before
8  it moved out?
9    A.   I don't recall.  I don't believe so, but I
10  don't recall for sure.
11    Q.   Okay.  Do you know how Compass derived $3.5
12  million as the last opportunity (indiscernible) in its
13  counterclaim?
14    MR. STERN:  Is that -- are you reading from the
15  counterclaim?
16    MR. JORDAN:  Yes.
17    MR. STERN:  That's not on the screen.
18    MR. JORDAN:  I understand that it is not on the
19  screen.
20  BY MR. JORDAN:
21    Q.   So do you know how it derives $2.5 million
22  is lost opportunity to reduce cost?
23    A.   I am not sure that's the number and I didn't
24  calculate it myself.

Page 205

1    Q.   Who calculated it?
2    A.   I would guess.  And it is only a guess.
3  It's the Chief Financial Officer.
4    Q.   Who is that?
5    A.   Lou Fernandes.
6    Q.   Okay.  Who at the architecture firm told you
7  that they received, or did anyone at the architecture
8  firm tell you that they received the complaint that
9  David Boshea filed?
10    A.   I don't remember which architecture firm it
11  was, and they didn't tell me directly.
12    Q.   Do you know, if anyone at the architecture
13  firm told someone at Compass that they received the
14  complaint that David Boshea filed?
15    A.   Someone did.  I just don't know who that
16  was.
17    Q.   Do you know how many hours Compass,
18  employees spent designing and making plans for the
19  Rowe Street office space?
20    A.   I don't recall.
21    Q.   Okay.  Did Compass suffer any damages its
22  reputation as a result of these broker or the
23  architecture firm receiving David Boshea's complaint?
24    A.   Yes.

Page 206

1    Q.  What were those damages?
2    A.  What I personally believe the company's
3  damages were; is that your question?
4    Q.  Sure.
5    A.  Am I not speaking for the company, they've
6  got their own -- but I believe their reputation in the
7  community was damaged.
8    Q.  Okay.  And what is your basis for saying
9  that?
10    A.  Well, the company has a good reputation in
11  the community and the real estate broker and the
12  landlord brokers are pretty significantly business in
13  the community in Annapolis.  So yeah, we probably
14  suffered a reputational risk to the brand.
15    Q.  Okay.  Do you know if anyone from the
16  brokerage firm or the architecture firm talked to
17  anybody else about receiving the complaint, such that
18  it would harm Compass's reputation in the Annapolis
19  community?
20    A.  I am sure that they did, but I can't recall
21  who talked to who.
22    Q.  Did anyone outside of the brokerage firm or
23  the architectural firm ever tells you or someone at
24  Compass of which you're aware that they discussed the

Page 207

1  terms of the complaint?
2    A.  Nobody told me directly.
3    Q.  Do you know if anybody at Compass was ever
4  told that?
5    A.  I can't speak for Compass or everybody at
6  Compass, but (indiscernible, talk over).
7    Q.  Well, did anybody -- I am sorry, I am just
8  trying to ask you because you're the only one here if
9  anyone at Compass, Lou Fernandes, all the way down,
10  said to you, you know, I talked to Joe Smith, who said
11  that the real estate broker and/or the architect is
12  telling people about the David Boshea complaint?
13    A.  I don't know.  No one told me that.
14    Q.  Okay.  As a result of this, does Compass
15  have a lesser reputation in the Annapolis area?
16    A.  I would guess that they do, but it is only a
17  guess.
18    Q.  What did you base your guess on?
19    A.  Same thing before, that two reputable
20  companies received defaming mailings.
21    Q.  Okay.  But you don't know if David Boshea
22  had anything to do with sending the defaming mailings,
23  right?
24    A.  I don't have any personal knowledge that

Page 208

1  David Boshea mailed the mailers.
2    Q.  Did anyone ever tell you that David Boshea
3  had something to do with sending the complaint to the
4  architect or architecture firm or the broker or the
5  brokerage firm?
6    A.  No.
7    Q.  Okay.  Did anyone say anything to you or
8  someone at Compass that Compass Marketing is a company
9  that cannot be trusted and it is a company that does
10  not honor its contractual obligations?
11    A.  I can't speak for what anybody at Compass
12  would have been told, but I can't recall that that was
13  said to me.
14    Q.  Okay.  Now just kind of turning back.  I
15  think previously we had said Michael White, together
16  with his son George White, as administrators of
17  Compass domain for Electronic Communication Document
18  Compass Marketing Inc., the .com domain
19  (indiscernible) prevented and continues to prevent
20  Compass from accessing records in the .com domain.
21    Now, I just want to make sure that I understand
22  your answer. What efforts did Compass undertake to
23  obtain a return of the .com domain?
24    MR. STERN:  Objection.  Asked and answered.

Page 209

1  BY THE WITNESS:
2    A.  What document are you -- can you put the
3  document back up, Greg?  What are you referring to?
4    Q.  If you recall, and I will, give me just a
5  second.
6    MR. GARTEN:  Greg, do you need like a few -- five
7  minutes or so?
8    MR. JORDAN:  No.  I am just trying to send the
9  last exhibit to Stephen and Tom.
10    MR GARTEN:  Okay.
11    MR. JORDAN:  Because I am going to ask him about
12  it.  And then I am going to get off the
13  interrogatories.  But I wanted to have that in advance
14  of asking him any questions about it.
15    MR. STERN:  I have the file.
16    MR. JORDAN:  Okay.
17  BY MR. JORDAN:
18    Q.  Do you see preliminary statement number 5 up
19  on the screen here?  Do you remember this?  This has
20  to do with Michael White and George White taking the
21  domain name.  Do you remember that?
22    A.  Yes, I do.
23    Q.  Okay.  And then to get back to my question,
24  which was, you know, whether or not, I asked you

Page 210

1 before, I just want to make sure I understand this.
2 What efforts did Compass Marketing undertake to
3 recover the domain name?
4    MR. STERN:  Objection.  Asked and answered.
5    MR. JORDAN:  I understand.
6 BY THE WITNESS:
7    A.  Greg, to be clear, you are asking me what's
8 my personal knowledge of what efforts Compass
9 Marketing undertook?
10   Q.  That is correct.
11   A.  My personal knowledge is that Compass
12 Marketing engaged cybersecurity experts and a company
13 called Data Link.  That Compass contacted Microsoft
14 and Google.  Compass -- I asked directly, three times
15 in writing to George White for the passcode and the
16 credentials.  And we reported to the police who
17 investigated and determined that George and Michael
18 White were still having access to the account after
19 they were terminated.
20   Q.  What police told you that?
21   A.  The Maryland State Police.
22   Q.  Okay.  So you're saying that the Maryland
23 State Police told you that Michael White, they did an
24 investigation and Michael White and George White had

Page 211

1 access to this?
2    A.  Yes.
3    Q.  Okay.  I have Exhibit 21 up on the screen,
4 and I just went online.  I can see that there is a
5 compassmarketinginc.com  domain name.  Did Compass
6 Marketing contact -- what did it do to contact and
7 communicate with Google?  I think you said you
8 contacted Google.  What did it do to communicate to
9 Google to obtain its domain name back?
10   A.  I'm not sure because I didn't contact them.
11 We have folks that were managing this.  I'm not an IT
12 expert (indiscernible), but I believe we contacted
13 them directly.  And also our outside service, cyber
14 service company, contacted them directly, and both of
15 them were not successful until the Maryland State
16 Police contacted them with a subpoena.
17   Q.  And when did they contact them with a
18 subpoena?
19   A.  I don't recall when that was.
20   Q.  In the last year?
21   A.  It was, I believe it was 2020, I believe,
22 but I'm not certain of it.
23   Q.  Okay.  There is a contact email on here, on
24 this "Whose Is" (phonetic) database that I can see

Page 212

1 that -- it says that it's a live URL, right now, and
2 the registry expiration is in 2026.  And has anyone
3 contacted Registrar Abuse at Google.com?
4    MR. STERN:  Objection.  Asked and answered.
5 BY THE WITNESS:
6    A.  I am not the one doing the communicating for
7 the company or for the outside service provider or for
8 the Maryland State Police, so I wouldn't know.
9    Q.  Did anybody contact, call the telephone
10 number that's provided?
11   A.  Again, since I didn't do the contact, I'm
12 not sure if anybody from the outside service provider,
13 our team internally, or the Maryland State Police
14 called that phone number.
15   Q.  So how long has it been since Compass hasn't
16 had this compassmarketinginc.com URL?
17   A.  I believe it was around April when Michael
18 White left, and David Boshea --
19   Q.  April of what year?
20   A.  I think it was April of 2019.
21   Q.  Okay.  Did it do something?  Did it file
22 some sort of legal action to recover that in 2019 from
23 Michael White, George White?
24   A.  I don't believe the company filed a legal

Page 213

1 action to recover that from Michael White and George
2 White.
3    Q.  Okay.  When did the police tell you that
4 they had some more information showing that Michael White
5 and George White had access to the control of the
6 domain?
7    A.  Just recently in a report they released.
8    Q.  Okay.  And since then that says Compass
9 taken to -- take back or replevin its domain name?
10   A.  It has only been a few days.
11   Q.  So now it's only a few days ago Compass
12 found out about this?
13   A.  From the Maryland State Police.
14   Q.  Okay.  So Compass is going to take action to
15 get back its domain name?  Has it taken -- since I
16 would think this would be important information to
17 Compass, and since it was contacted by the Maryland
18 State Police, what action has it taken?
19   MR. STERN  Objection.  Asked and answered.
20 BY THE WITNESS:
21   A.  Would you like Jason to read back my answer?
22   Q.  No.  I wouldn't because it is a different
23 question.  Since the time it received this information
24 that you're claiming is some days ago, what action has

Page 214

1  Compass taken?  It is a different question.
2      A.  What action in the last two days has Compass
3  taken?  None.
4      Q.  So you're saying that it happened two days
5  ago, that the Maryland State Police reported to
6  Compass, now?
7      A.  Ask again, please, Greg?
8      Q.  Are you saying that only two days ago, the
9  Maryland State Police told Compass that George White
10  and Michael White controlled the domain name?
11     A.  That's not what I said.
12     Q.  When did the Maryland State Police let you
13  know that George -- they had information showing that
14  George White and Michael White controlled the domain?
15     A.  The State Police released a report two days
16  ago that showed that George White and Michael White
17  had access to the email systems after their employment
18  with the company.
19     Q.  So you do or don't know who controls the
20  domain?
21     A.  I don't personally know who controls the
22  domain name.  I know that Michael White and George
23  White were the administrators of the account and they
24  both have admitted that they were the administrators.

Page 215

1      Q.  Okay.  So here we are three years later, and
2  when did you first suspect that George White and
3  Michael White controlled the domain?
4      A.  In about April 2019, when Michael White
5  left.
6      Q.  Okay.  And after they left, you didn't file
7  any kind of legal action to take back or replevin the
8  domain name, based upon your knowledge, right?
9      MR. STERN:  Objection.  Asked and answered.
10  BY MR. JORDAN:
11     Q.  Specifically, right after -- in April 2019,
12  I am asking a specific question about a specific time
13  that you have identified.  Did you take any action --
14     MR. STERN:  (Indiscernible, talk over).  He has
15  answered this question several times.
16     MR. JORDAN:  That's fine.  Answer it again.
17  BY THE WITNESS:
18     A.  Yes, we called the police.
19     Q.  But did you file any lawsuit against Michael
20  White and George White to take back or replevin the
21  domain name in April 2019, or any time in 2019?
22     A.  We called the Maryland State Police.
23     Q.  All right.  That's a different -- I didn't
24  ask whether you called the Maryland State Police, I

Page 216

1  asked whether you filed a civil complaint?
2      MR. STERN:  Objection.  Asked and answered several
3  times.
4  BY MR. JORDAN:
5      Q.  In 2019, did Compass file a civil complaint
6  (indiscernible, talk over).
7      MR. STERN:  Just because you rejected the date
8  doesn't mean (indiscernible, talk over).
9      MR. GARTEN:  Hold on.
10  BY MR. JORDAN:
11     Q.  In 2019, did Compass file a civil complaint
12  seeking to recover the domain name?
13     MR. STERN:  Objection.  Asked and answered.
14  BY THE WITNESS:
15     A.  In 2019, we did not file a lawsuit.  We
16  called the police.
17     Q.  In 2020 did Compass file a lawsuit to
18  recover the domain name?
19     MR. STERN:  Objection.  Asked and answered.
20  BY THE WITNESS:
21     A.  We called the police.  Rather than filing a
22  lawsuit, we called the police.
23     Q.  And in 2021, did Compass file a lawsuit to
24  recover the domain name?

Page 217

1      MR. STERN:  Objection.  Asked and answered.
2  BY THE WITNESS:
3      A.  Let me be clear, Greg, because you keep
4  asking the same question.  We have never filed a
5  lawsuit as a way to try to recover the domain name.
6  We called the law enforcement authorities.
7      Q.  Okay.  And I know there is a complaint,
8  which I don't know that I've reviewed, in which
9  Compass Marketing has sued Michael White and George
10  White, is that -- that's correct that Compass has sued
11  Michael White and George White; is that right?
12     MR. STERN:  Objection.  Relevance.
13     MR. JORDAN:  Go ahead and answer.
14     MR. STERN:  You can answer this one.
15  BY THE WITNESS:
16     A.  Yes.
17     Q.  Okay.  And as a part of that lawsuit, did it
18  have a count seeking to compel them to return the
19  domain name?
20     MR. STERN:  Objection.  Relevance.  The document
21  then that -- the complaint in that lawsuit speaks for
22  itself.
23     MR. JORDAN:  You know what?  It doesn't.  The
24  documents don't speak.  And I don't know why you're

Page 218

1  doing it.  I have said to you, I don't have the
2  complaint.  So I haven't read the complaint.  So I'm
3  asking a simple question as to whether based upon this
4  statement, you're saying that you knew back in 2019,
5  April 2019, that Michael White had reason to know, at
6  least.  That Michael White and George White took the
7  domain name.  And you are relying on that in this
8  lawsuit to not to say you can't produce documents.  So
9  I am trying to find out if there is a count in that
10  complaint seeking the return of that domain name.
11     MR. STERN:  Objection.  It is irrelevant.  But
12  answer to the extent that you can.
13  BY THE WITNESS:
14     A.  My personal knowledge, I don't know all the
15  counts.  I believe it is an over 20 count claim, 80
16  pages.  I don't know.
17     Q.  I am not asking you to tell me all the
18  counts, all the counts in the complaint.  I am asking
19  you specifically if there is a count in the complaint
20  seeking to recover the domain name?
21     MR. STERN:  Objection.  Relevance.  Same statement
22  as before.
23  BY THE WITNESS:
24     A.  It is an 80-page complaint, Greg.  I don't

Page 219

1  know what is in it.  I don't know what is not in it.
2  It is 80 pages.
3     Q.  You know, what?  How much are you suing for
4  in that complaint?
5     A.  I am not suing, Greg.  The company is suing.
6     Q.  The company, right.  How much is your
7  company suing for in that complaint?
8     MR. STERN:  Objection.  Relevance.  Are we doing a
9  deposition about the complaint that David Boshea has
10  filed in this case?  Or the other lawsuit that Compass
11  Marketing has filed against other people that are not
12  parties to this litigation?
13     MR. JORDAN:  We are only talking about David
14  Boshea's lawsuit.  And Compass's claim that it can't
15  produce relevant documents and I am trying to figure
16  out the -- what it has done to obtain those documents
17  so that it can vindicate David Boshea's position, in
18  response to your objection.  Now, how much is
19  Compass's --
20     MR. STERN:  (Indiscernible, talk over) several
21  times.
22     MR. JORDAN:  Excuse me.
23  BY MR. JORDAN:
24     Q.  How much is Compass Marketing suing --

Page 220

1  seeking to recover in that complaint?
2     MR. STERN:  Greg, Objection.  Asked and answered.
3  Relevance.  And (indiscernible, talk over).
4     MR. JORDAN:  No, no.  It has been asked.  It has
5  been asked and I have explained the relevance, but Mr.
6  White has not answered it.  So, no.
7  BY MR. JORDAN:
8     Q.  How much is Compass Marketing suing for in
9  that complaint?
10     MR. STERN:  Objection.  Also, objections before.
11     MR. GARTEN:  Character.
12  BY THE WITNESS:
13     A.  The complaint is public, Greg.  You can read
14  it yourself.
15     Q.  You know what?  Again, I could do lots of
16  things, but I haven't, and I don't have it.  Okay.  So
17  how much is Compass suing for in that complaint?
18     A.  I don't know.
19     MR. STERN:  Same objection.
20  BY THE WITNESS:
21     A.  I don't recall.  To make it plain --
22     Q.  Okay.  More or less than a billion dollars?
23     A.  I don't recall.  It is an 80-page complaint
24  with a lot of damages.

Page 221

1     Q.  Okay.  So your testimony is you don't
2  recall.  Have you read the complaint?
3     MR. STERN:  Objection.  Relevance.
4     MR. JORDAN:  Again, I Am not going to start with
5  you about the relevance.  I explained the relevance.
6  BY MR. JORDAN:
7     Q.  But have you read the complaint, Mr. White?
8     A.  Not lately, no.
9     Q.  No, I didn't ask if you've read it lately.
10  I have no idea when it was filed, but I think it's
11  been filed more than recently.
12     A.  It's a public document.
13     Q.  Again, thank you.  Thank you for letting me
14  know it is a public document.  That's not responsive.
15     MR. STERN:  I would like to take a break at this
16  moment because this is --
17     MR. JORDAN:  No.  I am almost finished.  We don't
18  need to take a break.
19     MR. STERN:  This is (indiscernible, talk over)
20  another lawsuit that is not -- none of the parties in
21  that lawsuit, other than the fact Compass Marketing is
22  a plaintiff and it is a defendant in this case.
23     MR. JORDAN:  Stephen, your client is using its
24  alleged inability to obtain documents from that domain

Page 222

1  as a basis for not producing documents in this case, so
2  I am asking questions about --
3      MR. STERN:  (Indiscernible, talk over).  I am
4  going to go and speak to the judge.
5      MR. JORDAN:  No, you know what --
6      MR. GAGLIARDO:  Let Mr. Jordan speak.
7      MR. STERN:  Greg, I will explain why.  If you can
8  cite some affirmative duty under the law that Compass
9  Marketing has to take action to obtain those records,
10 please let me know what that is.  I know
11 (indiscernible, talk over).
12     MR. JORDAN:  I don't need --
13     MR. STERN:  That's first of all.  Second of all,
14 he has now articulated several times that the action
15 taken was to go to the police, is what Compass
16 Marketing has done.  So I am not sure where you are
17 going with this, and what the purpose is.  He has
18 articulated several times, and I think we're going now
19 way down a rabbit hole that is not -- that has been
20 asked and answered several times, and it's veering
21 into a different lawsuit.
22     So we're giving -- I am giving you plenty of
23 latitude on this, but it is like (indiscernible, talk
24 over).

Page 223

1      MR. JORDAN:  I don't need you to give me latitude
2  on an item that is clearly relevant to this lawsuit
3  because you are claiming that you can't produce
4  documents.  And here we are, three years later, and
5  you haven't, as far as I can tell, taken affirmative
6  action in the court to recover those documents.  And
7  yet you're complaining that you don't have the
8  documents because of these fellows that you identified
9  in your discovery responses as having those things.
10     MR. STERN:  (Inaudible, talk over).
11     MR. JORDAN:  I cannot compel.  The only part of
12 the compel, the turnover of the domain name is Compass
13 Marketing.  And you are hiding behind -- your client
14 is hiding behind its inaction as a reason for not
15 producing the documents.  So I want to know what
16 actions it is taking in this lawsuit that it has
17 pending against these two White people to obtain the
18 domain, so that I can get the documents that will
19 vindicate my client's position.  It cannot be more
20 relevant than that.
21     MR. STERN:  All right.  First of all, the value of
22 what Compass Marketing are this the monetary damages
23 that Compass Marketing is seeking in some other
24 lawsuit has no bearing on your -- on the statements

Page 224

1  you just articulated, first of all.
2      Second of all, John White has now articulated
3  several steps that the company has taken with respect
4  to the loss of those -- the access to those emails.
5  Because whether or not they filed the lawsuit and what
6  that lawsuit seeks, just because it's not the action
7  you would prefer to take, doesn't mean it's an
8  improper action.  Like I said (indiscernible, talk
9  over).
10     MR. JORDAN:  I'm sorry, Stephen, that your client
11 isn't taking the direct action to recover the
12 documents that it is hiding behind the reason for not
13 having them.
14     MR. STERN:  (Indiscernible, talk over).
15     MR. JORDAN:  Can you bring the witness in so I can
16 ask my questions because we have exhausted -- you have
17 not convinced me and I'm not going to stop asking my
18 questions.
19     MR. STERN:  Greg, let me say a few more things and
20 then we are going to have to take a pause.  First of
21 all, (indiscernible, talk over).
22     MR. JORDAN:  I'm not taking the 9indiscernible,
23 talk over).
24     MR. STERN:  A single step law that requires

Page 225

1  Compass Marketing to take affirmative action in a
2  litigation to recoup that.  Secondly, you imply that
3  somehow Compass Marketing is deliberately not taking
4  action, and therefore, can hide these documents.  And
5  your lawsuit was filed, if I don't remember, until
6  sometime in early 2021.
7      So how did Compass Marketing know in 2019 that
8  this lawsuit was coming?  It didn't.  How did it know
9  in 2020 that this lawsuit was coming?  It didn't.  So
10 do not try to suggest that somehow the failure to file
11 a lawsuit in those years somehow is directly tied to
12 hiding documents in some future litigation like this.
13 (Indiscernible, talk over).
14     MR. JORDAN:  I hope that you don't think that I'm
15 implying that.  I am saying it.
16     MR. STERN:  Well, again, that's an absurd
17 assertion.
18     MR. JORDAN:  I am not really interested in your
19 characterizations.  I want to know how much they're
20 suing for and why it is, if they're not seeking their
21 current domain --
22     MR. STERN:  What does the monetary amount have to
23 do with whether or not Compass Marketing is trying to
24 get back its documents?  What does one have to do with

Page 226

1  the other?
2     MR. JORDAN:  That's for me to argue; isn't it?
3  (Indiscernible, talk over).
4     MR. STERN:  No, it is not.  Right now, this is
5  going down a path where you are seeking information
6  that is not relevant --
7     MR. JORDAN:  (Indiscernible, talk over).
8     MR. STERN:  It is a violation (indiscernible, talk
9  over).
10    MR. JORDAN:  I don't know why you can't let your
11 client -- why your client won't answer and why you are
12 trying to have your client avoid answering what is a
13 simple question.
14    MR. STERN:  I am not trying to have him avoid it.
15    MR. JORDAN:  Yes, you are.
16    MR. STERN:  (Indiscernible, talk over) you want it
17 answered, but (indiscernible, talk over).
18    MR. JORDAN:  (Indiscernible, talk over) bring him
19 back --
20    MR. STERN:  (Indiscernible, talk over) you want it
21 answered (indiscernible, talk over).
22    MR. JORDAN:  Bring him back.
23    MR. REPORTER:  Speak one at a time, please.
24    MR. JORDAN:  Can you bring him back?  I'll ask my

Page 227

1  questions and then we can finish.
2     MR. TOLLEFSON:  My name is Brian Tollefson and I
3  represent Compass Marketing in this case.  I have only
4  been on the case for a little a little while, so I'm
5  still getting up to speed.  It sounds like, Greg,
6  that, you know, you are concerned with actions that
7  Compass has taken in order to comply with discovery
8  requests in this matter.
9     And I think Mr. White has answered all the
10 questions to allow you to understand where they are,
11 as far as possession, custody, and control of those
12 documents.  They don't have possession, custody, or
13 control the documents.  And he has explained the
14 measures that he's taken in order to obtain that.
15    As far as the other lawsuit, I'm deeply concerned
16 that your questions seek to reveal privileged
17 information and/or highly confidential information.
18    MR. JORDAN:  Can I stop you there.
19    MR. TOLLEFSON:  I am not going to make any
20 representation --
21    MR. JORDAN:  Let me stop you there.
22    MR. TOLLEFSON:  (Indiscernible, talk over).
23    MR. JORDAN:  Brian, Brian, Brian, hold on.  Let
24 me stop you there.  All I asked him for was how much

Page 228

1  they are suing for and is there a count in the lawsuit
2  in which they seek return of the domain?
3     If I could care less about the strategies of how
4  they're prosecuting a lawsuit or any of the pleadings
5  in the lawsuit other than the complaint or the amended
6  complaint, which I haven't reviewed, then I could care
7  less.  It's impossible for me to care less than I do.
8  All I'm asking for is simple question.
9     MR. TOLLEFSON:  If I am not a lawyer, it there is
10 a number on the complaint you can get it from the
11 public record.  (Indiscernible, talk over).
12    MR. JORDAN:  (Indiscernible, talk over).
13    MR. TOLLEFSON:  If there is not a number on the
14 complaint than that information is going to be
15 privileged.  (Indiscernible, talk over).
16    MR. JORDAN:  Well, someone told me and I can't
17 verify it.  Someone told me you guys are suing for
18 over a billion dollars.  I don't know if that's true.
19    MR. TOLLEFSON:  I don't have a copy of the
20 complaint in front of me.  I don't know so we are
21 going to instruct him not to answer.
22    MR. JORDAN:  He can answer on, I guess, his
23 knowledge.
24    MR. TOLLEFSON:  Do you want to take a break and

Page 229

1  go read the complaint and see if there is a number in
2  there.  And then we will come back and give you the
3  number.  It will just be (indiscernible, talk over).
4     MR. HORDAN:  Okay.  Go through the complaint.  Do
5  two things.  Go through the complaint, find out the
6  number, go through the complaint and find out if they
7  sued for the return of the domain name and we will
8  come back in 10 minutes.  Okay?
9     MR. TOLLEFSON:  We will take it under advisement,
10 and we will take the break.
11    MR. JORDAN:  You just said -- you just offered.
12 I just took you up on your offer.
13    MR. GARTEN:  Okay.  I want to add to that.
14    MR. TOLLEFSON:  We are not getting off on the
15 right foot here.
16    MR. GARTEN:  I just -- Greg, you know, here is
17 what I suggest right now.  Give me just one minute to
18 caucus with these guys, so just hang in there.
19          (A short break was taken.)
20    MR. GARTEN:  Okay, Greg, I am back.  Are you
21 around?  Greg, can you hear me?
22    MR. JORDAN:  Give me just a second, Alan.  I am
23 communicating with my co-counsel.
24    MR. GARTEN:  Okay.  We are back on.  We are just

Page 230

1 waiting for Greg to come on.
2     MR. JORDAN: Okay. I am back.
3     MR. TOLLEFSON: So I am not really sure. It
4 seemed like you were asking me to pull up the
5 complaint, which I did. So Paragraph 3
6 (indiscernible) in the complaint, is asking for return
7 of Compass's networks. So they are asking for an
8 order to return control of Compass's network to
9 Compass.
10     MR. JORDAN: Okay. Again, I told you I have not
11 looked at the complaint. I don't know, it is not that
12 big of a deal. So it is filed. When did it file the
13 complaint?
14     MR. STERN: Whatever -- the - February 14th --
15     MR. JORDAN: He has it right there. I am not
16 trying to be difficult. I just --
17     MR. GARTEN: February 14th, 2022.
18     MR. JORDAN: Of this year?
19     MR. GARTEN: Yes.
20     MR. JORDAN: Okay. All right. Very good. All
21 right, I'm going to call -- Tom, can you please call
22 me because I don't want it to go to your switchboard
23 and we'll see if there's anything else, and then maybe
24 we'll pass the witness. Or, you know, Tom gives me an

Page 231

1 idea, (indiscernible).
2     MR. GARTEN: Are you taking a five-minute break?
3     MR. JORDAN: Let's take five minutes.
4     MR. GARTEN: Okay.
5          (A short break was taken.)
6     MR. REPORTER: We are off the record.
7     MR. GARTEN: We're back. I know you said you are
8 finished with the witness. There is something we want
9 to go over with you.
10     MR. JORDAN: Hold on.
11     MR. TOLLEFSON: We are going to have some
12 redirect.
13     MR. JORDAN: If you have redirect, redirect. If
14 we are going to have a conversation, I don't really
15 need it to be on the record.
16     MR. GARTEN: I think that what we want to talk to
17 you about belongs on the record.
18     MR. JORDAN: Okay. Go ahead.
19     MR. TOLLFESON: Thank you. So this is Brian
20 Tollefson speaking on behalf of Compass Marketing.
21 So, Greg, today, I believe that I heard some testimony
22 that may have revealed confidential proprietary
23 business information owned by Compass Marketing, and
24 John White likely has non-disclosure obligations that

Page 232

1 would prevent disclosure of this information.  And
2 what I'd like to ask from you is that Compass
3 Marketing's attorneys will be provided the opportunity
4 to review the transcript, and we would  like to
5 provide a redacted version of that transcript, if
6 there is time (indiscernible, talk over).
7     MR. JORDAN: No, no, absolutely not. No.  you
8 want to go to court and say after the fact that you
9 want some sort of a protective order, you can, but you
10 cannot redact it from my transcript.  You could say
11 that there is some sort of public --
12     MR. TOLLEFSON: Hold on, hold on, let me finish
13 because I think you misunderstand me.
14     MR. JORDAN: I clearly did.
15     MR. TOLLEFSON: Yeah, you misunderstand me.  So we
16 could go right to the Court right now and move for a
17 protective.  You know, we could go to the Court right
18 now and ask for a protective order.  (Indiscernible,
19 talk over).
20     MR. JORDAN: (Indiscernible, talk over).
21     MR. TOLLEFSON: Let me finish.
22     MR. JORDAN: No, no.  Cut to the chase.  Tell me
23 what it is that --
24     MR. TOLLEFSON: (Indiscernible, talk over).

Page 233

1     MR. JORDAN: Hold on, hold on.  Tell me  after you
2 get the transcript, tell me what is confidential and
3 then I will either agree or not agree, but it is a
4 little to amorphas for me to say that --
5     MR. TOLLEFSON: You are misunderstanding me.
6     MR. JORDAN: I am.
7     MR. TOLLEFSON: Let me try again.
8     MR. GARTEN: I have to move the cameras here.
9     MR. TOLLEFSON: I would like to mark the -- right
10 now, I am going to mark the transcript confidential
11 outside attorney eyes only.  You can use the
12 transcript.  This doesn't affect your ability to use
13 the transcript in this litigation in any way.
14     All I'm trying to do is on behalf of Compass
15 Marketing, prevent the disclosure of proprietary
16 business information.  And so under the typical
17 scenario, we would provide you with what's called a
18 redacted public version of the transcript.  But your
19 version is the whole thing.  It would just be more
20 confidential, just like you would have in any other
21 litigation where you have confidential documents, and
22 you have nonconfidential documents.
23     What I'd like to ask you is your agreement to
24 treat the transcript as outside attorneys only, highly

Page 234

1  confidential until we've had an opportunity to review
2  it.  And then if we determine that there is
3  confidential information in there, we will tell you
4  what it is, and then we can discuss.  But typically,
5  what I'm used to is providing a redacted copy that
6  would be the public copy, and this would avoid having
7  to go to the Court filing protective order and all
8  that nonsense.
9     MR. JORDAN:  Okay.  Here is what I'm willing to
10  do.  The transcript is going to come out in a week.
11  You guys could send me an email that identifies the
12  areas that you believe are confidential, and we can
13  discuss them.  And if I understand that other than,
14  you know, John White made some sort of statement that
15  isn't the best thing in the world for him in this
16  other lawsuit, that's a different matter.  You know,
17  it's not a matter of confidentiality.  It is a matter
18  of I really wish I hadn't said that.  You guys in the
19  next seven days, send me -- and, you know, we're both
20  here, we know what we're talking about.
21     That email is between you three, and Tom and I.
22  All right.  And then we will talk about it and we'll
23  say -- because I don't know anything that John White
24  said that that he couldn't have said on the public

Page 235

1  corner.  But it's hard for me to agree to that.
2     MR. TOLLEFSON:  Right.  And then --
3     MR. JORDAN:  And you can do that, and you don't
4  have to -- you won't have the transcript, I won't have
5  the transcript.  You're thinking of something that I
6  don't have any idea, honestly, what it is that's
7  confidential, so I just don't know.
8     MR. TOLLEFSON:  Thank you.  Thank you.  And you
9  may be entirely right.  A typical protective order of
10  this kind would give, you know, the parties ten days.
11     MR. JORDAN:  30 days (indiscernible, talk over).
12     MR. TOLLEFSON:  To then state it, and typically
13  you would just market or something like that.  So I
14  appreciate that offer.
15     MR. JORDAN:  I just don't know where you are
16  going.
17     MR. TOLLEFSON:  We will turn it around very fast.
18     MR. JORDAN:  Yeah, I don't know where you're
19  going.  So it's hard for me to say, but I'm not
20  closing the door.  I'm just saying that I don't know
21  what we're talking about.
22     MR. STERN:  Greg, I don't want to speak for Briand
23  and Brian knows this matter than me, but my
24  understanding of the procedure is it is temporarily

Page 236

1  deemed confidential and only for the attorneys in this
2  case.  And then once we get this worked out --
3     MR. JORDAN:  I am not agreeing to that.
4     MR. STERN:  Greg, it is lifted at that point.  The
5  idea is to give us the opportunity because if let's
6  say in that interim period, until we get back to you,
7  then there is, hey, you are free to use it wherever.
8  And the point is, we're trying to avoid that until we
9  have the opportunity to complete the review.  That's
10  it.  It is a temporary blanket confidentiality until we
11  have the opportunity to complete the review.  After
12  that, that's lifted, but for only those items that we
13  agree on.
14     MR. JORDAN:  Okay.  I have already said my piece.
15  Brian, do you want to take the lead or whatever, just
16  identify so I have some context, is again, I have sat
17  here for seven-and-a-half hours and I don't know
18  anything that discloses any business secrets, trade
19  secrets, or anything else.  But maybe there are, and I
20  know -- listen, if I could care less about Dan White,
21  Mike White, George White's lawsuit position, Compass's
22  lawsuit, position, I would, but I am at the limit of
23  my lack of interest, other than to the extent that I
24  don't have documents that I wish I had to vindicate my

Page 237

1  case.
2     So I'm not here trying to help them or anybody
3  else with another lawsuit.  At the same time, I don't
4  know what you're talking about, but you guys can
5  explain it in general terms because you don't have the
6  transcript, you can't say, well, John said this or
7  that because you don't have the transcript, either.  So
8  just send me an email, take your time, craft it up.
9  You know, I'm not running on an expedited basis.
10     I don't imagine you are either.  And even if I
11  did, the court reporter would tell you that I was
12  running on an expedited basis, even though I'm not.
13  So we'll talk about it.  But I don't know what you're
14  talking about, and I don't think you really want to
15  say it on the record, either.
16     MR. TOLLEFSON:  Okay.  But you agree that you will
17  agree to keep the transcript confidential when you
18  receive it until you and I have figured out whether or
19  not it includes Compass's proprietary business
20  information, correct?
21     MR. JORDAN:  No.
22     MR. TOLLEFSON:  Okay.  We don't have an agreement.
23     MR. JORDAN:  I am agreeing -- hold on just a
24  second.  I am agreeing that we're going to talk about

Page 238

1 it over the next seven days to figure out what the
2 heck you're talking about in general terms so I
3 understand where you're going. And those emails are
4 confidential, all right, because I don't know what
5 you're talking about, confidential. So it's hard for
6 me -- I don't want to I don't want to agree to
7 something in a vacuum.
8     MR. TOLLEFSON: That's fine. That's fine. I'll
9 do this rapidly with you because it sounds like you
10 are not agreeing to keep the transfer confidential.
11    MR. JORDAN: But I am willing to consider it.
12    MR. TOLLEFSON: Okay. So we have to figure this
13 out because we may have to file a motion with the
14 Court. Okay.
15    MR. JORDAN: I am not closing the door on it. I
16 am saying explain to me, in general terms, what we are
17 talking about so I can agree or not agree.
18    MR. TOLLEFSON: (Indiscernible, talk over).
19    MR. JORDAN: Hold on just a second.
20    MR. TOLLEFSON: I think that's the cart before the
21 horse because conceptually it sounds like we're on the
22 same page. The only thing that's unclear.
23    MR. STERN: (Indiscernible, talk over).
24    MR. TOLLEFSON: It is fine. I will make a more

Page 239

1 concise, written offer.
2     MR. JORDAN: That will be confidential. I just
3 want to represent on the record because you have them
4 going here. Those communications, no matter what you
5 say, will be -- Tom and I will keep those in
6 confidence. We won't even share them with David. So
7 that we have a fulsome conversation, and it could lead
8 to, you know, a verbal conversation about it.
9     And if I understand where you're going, we can
10 easily agree between ourselves there is a
11 confidentiality. I just don't know, you know, what he
12 said. I am thinking of, like, how much he pays in
13 square foot rent or, you know, what he did to get
14 these things?
15    Those are all matters that are going to come out
16 anyway. So I don't know. I am sure you're a very
17 persuasive guy, and you may be able to convince me.
18 So let's just go on that line. But I don't want to
19 agree to something that I have to say later, I am
20 going back on. That's all.
21    MR. TOLLEFSON: I understand. I was just trying
22 to get you to agree to a procedure. Not agree
23 (indiscernible).
24    MR. JORDAN: Let's just go through.

Page 240

1     MR. TOLLEFSON: I just want to be clear that, you
2 know, this is Compass Marketing's position.
3     MR. JORDAN: Right, right.
4     MR. TOLLEFSON: That it may have disclosed it is
5 confidential information today.
6     MR. JORDAN: And we will talk about it.
7     MR. TOLLEFSON: Thank you. Thank you for hearing
8 me out.
9     MR. JORDAN: You know, what, it is a pleasure
10 meeting you.
11    MR. GARTEN: Likewise. It has been a pleasure.
12    MR. JORDAN: I have never met him before.
13    MR. GARTEN: And I want to tell you that our
14 mutual friend, Cindy Johnson, said a lot of nice
15 things about you.
16    MR. JORDAN: I am glad that's on the record. You
17 guys have any questions for the witness?
18    MR. STERN: We do not. On behalf of Compass
19 Marketing, we do not. Turn it over to Alan in a
20 moment. We will read and sign the transcript.
21    MR. GARTEN: Okay. I have no redirect. I think
22 we can conclude it for today.
23    MR. JORDAN: Okay. Thank you, Mr. White, for
24 coming in today. I am sure you would have rather done

Page 241

1 something else, but it was illuminating.
2     MR. WHITE: Thank you.
3     MR. JORDAN: I am leaving now.
4     MR. REPORTER: We are off the record at 5:41 p.m.
5 Central Time. Good afternoon, everyone.
6                 (WHEREUPON, the deposition
7                 was adjourned at 5:41 p.m.
8                 Central Time.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 242

```
1              CERTIFICATE OF TRANSCRIPTIONIST
2
3      I CERTIFY THAT THE DEPOSITION OF FOREGOING
4   TRANSCRIPT OF SAID DEPOSITION IS A TRUE, CORRECT, AND
5   COMPLETE TRANSCRIPT OF THE STATEMENT GIVEN AT THE TIME
6   AND PLACE SPECIFIED.
7
8      I FURTHER CERTIFY THAT I AM NOT A RELATIVE OR
9   EMPLOYEE OR ATTORNEY OR EMPLOYEE OF SUCH ATTORNEY OR
10  COUNSEL, OR FINANCIALLY INTERESTED DIRECTLY OR
11  INDIRECTLY IN THIS ACTION.
12
13          IN WITNESS WHEREOF, I HAVE SET MY HAND:
14
15
16   _____
        Audrey Skaja
17      Thompson Court Reporters, Inc.
18
19
20
21
22
23
24
```

Page 244

```
                    CORRECTION PAGE
CASE NAME:_____
DEPOSITION OF:_____
DATE TAKEN:_____
PAGE        LINE       CHANGE
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
_____      _____      _____
DATE:_____
SIGNATURE OF DEPONENT:_____
```

Page 243

```
CASE NAME:_____

DEPOSITION OF:_____

DATE TAKEN:_____

TAKEN BEFORE:_____

      THIS IS TO CERTIFY THAT I HAVE READ THE

TRANSCRIPT OF MY DEPOSITION TAKEN IN THE ABOVE-ENTITLED

CAUSE AND THAT THE FOREGOING TRANSCRIPT ACURATELY STATES

THE QUESTIONS ASKED AND THE ANSWERS GIVEN BY ME AS THEY NOW

APPEAR.

        _____

SUBSCRIBED AND SWORN TO

BEFORE ME THIS _____ DAY

OF _____, 2022.

_____

NOTARY PUBLIC
```

**$**

**$10,000** 129:16
**$12,000** 129:16,17
**$12,500** 168:13,16,19
170:12
**$180,000** 69:22 70:5
122:18 123:14
**$180K** 75:24
**$2.5** 204:21
**$200,000** 76:14,20
**$200K** 75:23 76:1
**$22,000** 129:18
**$3.5** 204:11
**$32,000** 129:15
**$35** 166:1
**$350** 166:1,2 168:2,3
175:6,11,19 176:1,5,
7,13,15,18,20 177:6,
7,12,24 179:13,14
180:1
**$38** 202:11 203:4,7
**$500** 127:18
**$540,000** 160:24
**$700** 175:10,19 176:7
**$750** 182:20 183:6
**$8,895** 99:2
**$8.07** 202:17

**-**

**--I** 33:21

**0**

**00309** 8:9
**0359** 132:14
**0400** 145:18 149:21
**05/25/2007** 168:17
**0869** 194:13

**1**

**1** 34:11,19 36:3 44:5,6
68:6 113:5 114:5
120:8 148:23 155:3,4
180:1 181:16 187:16,
24

**1-1** 36:15
**10** 14:1 21:13,23
22:12,15,19 23:3,17
48:18 84:20 90:10
144:23 145:7 229:8
**10/15/15** 75:23
**100** 129:13 152:18
**100%** 84:18
**103** 12:9
**10:17** 5:13
**11** 38:1 105:23 174:20
188:7
**11-page** 48:7
**11:31** 44:2
**12** 166:13 172:18,24
188:9
**125** 154:6
**12:27** 82:13
**12:51** 182:19
**13** 108:11 165:12
188:12 189:19
**14** 108:14 168:12
**14th** 230:14,17
**15** 65:19 66:14,20,24
67:4,15,19 105:16
123:16 125:16 128:15
129:2,21 139:21
140:21 151:22
156:16,20 158:17
170:4 171:8 172:8,9
188:17,19,20
**150** 26:1,2 28:9 202:10
**15th** 67:14
**16** 122:2 130:21
188:13,17,18
**16th** 73:16
**17** 182:6 186:24
**17-page** 105:15
**18** 94:11 187:18
**18th** 5:12
**19** 174:20 187:4,8
**1998** 23:24 39:1,10
40:22 41:4,19 42:1
47:23
**1:07** 82:9
**1:11** 167:22
**1:24** 82:18
**1:24:33** 145:18 149:21

**1:30** 82:2
**1:39** 167:15

**2**

**2** 48:4,9 50:11 67:20
155:6,17,22 156:6
157:22 166:4 167:15
188:1,4
**2.5** 202:12
**2/26/21** 193:3
**20** 101:21 160:1
186:22 189:2 193:2
196:2 204:2 218:15
**200** 107:24 108:4
**2000** 108:19 114:15
**2001** 25:14,17 26:6
27:20 29:13,21
**2007** 21:13,24 22:23
27:10 29:20,22 56:1,2
85:5 86:12 109:7
110:13 113:6 114:5,
17 116:18 119:23
120:8,16 121:21
122:3,23 125:16
126:4 127:16 128:12,
15 130:21 135:3,4
136:11 137:9,11,12,
15,17 139:1 140:6,7,
21 145:10,18 149:15,
19,21 151:23 156:13,
19,20 158:15 159:18
170:4,8 171:22
**2008** 128:12
**2010** 85:5 86:3,12
**2011** 85:20 86:18
**2012** 39:2,10 40:22
41:4,19 42:1 47:23
105:16 182:19 183:2
**2013** 108:13
**2014** 87:18 108:11
**2015** 61:12,13 65:20
66:14,20,24 67:4,15,
19 71:23 72:1 73:16
76:19 85:20 86:3,18,
23 87:15 134:14
136:18,22 137:3,8
**2016** 74:8 76:1,4 94:10
167:21
**2017** 87:9 166:11,14
167:15

**2018** 39:18 127:11
**2019** 39:17 40:1,6
62:19,23 94:10
178:16,24 179:8,22
180:2,22 181:8,17
212:20,22 215:4,11,
21 216:5,11,15 218:4,
5 225:7
**2020** 87:10 172:20
195:19,21 196:2,10,
12,13,16 211:21
216:17 225:9
**2021** 195:17 202:10
216:23 225:6
**2022** 5:12 38:1 230:17
**2026** 212:2
**21** 8:9 189:3 211:3
**22** 145:17 149:15,19
**222** 107:16,24 108:4
**22nd** 149:21
**24** 170:8 182:11,19
**240-298-1956** 20:22
**25** 20:15 183:2
**2:07** 82:9
**2:08** 149:19
**2:10** 117:4
**2:19** 117:5
**2nd** 135:4 172:20
186:22

**3**

**3** 48:13 64:24 65:2,17
67:20 68:6 71:16
137:12 157:16 188:1,
6,10 202:19 230:5
**30** 12:5 81:5 235:11
**300** 24:21,22 25:24
26:3 28:6,8 30:12
**307** 175:4
**31** 29:2 167:21 202:9
**3:23** 170:8
**3:35** 172:12

**4**

**4** 48:14 73:14 157:21,
22 188:3,24 189:5
193:5 194:12,13

**4-1** 108:24 113:6
**4/1/19** 177:12
**4/1/2007** 109:1
**4/1/2019** 177:22
**4/6/2020** 196:5
**40** 88:12
**401k** 55:7,10 127:18
166:1
**410** 193:3 197:13
198:9
**4839** 146:15
**4:17** 166:14

**5**

**5** 50:12 62:23 63:22
98:12 189:2 209:18
**5/2/07** 132:11
**5/25/2007** 169:9
**50** 88:9
**5546** 170:17
**5:41** 241:4,7

**6**

**6** 61:23 84:20 137:12,
13 138:23 147:4
159:1
**6/13/07** 170:21
**60** 175:1
**600** 28:7
**60564** 146:16 170:18
**612** 107:22 146:17,18,
23
**615** 12:9
**630-305-6787** 170:15
**6th** 195:17 197:22

**7**

**7** 108:23 117:12 162:1
188:6
**7/16/14** 175:5
**7:02** 113:6
**7:38:58** 109:1
**7:43** 183:2

**8**

**8** 121:11,15 162:6,22
164:9,17

**80** 218:15 219:2

**80-page** 218:24
220:23

**9**

**9** 135:4

**9indiscernible** 224:22

**A**

**A** 29:11 35:9 36:10
44:1 82:15 100:4
117:3 119:8 172:13
229:19 231:5

**a.m.** 5:13 44:3 182:19
183:2

**Aaron** 51:9

**abetted** 187:7,9

**ability** 13:20 35:7
39:15 167:1 233:12

**able** 8:22 23:6 35:17
75:5 109:11 136:4
182:12 239:17

**about** 9:14 12:20,24
13:12 17:2 20:15 21:9
25:17 27:6 28:20,24
31:16 32:17 36:7
38:21 39:17 54:7,8,12
55:24 56:15 57:4,8,
12,13,18,23 60:7
62:23 67:19 78:2,10
81:5,23 82:2,7,9
84:14,15,17,18 85:20,
24 86:1,4 91:22 92:7
96:11 100:22 110:5
111:12 114:3,10
116:2,18,23 117:9,10
120:13 125:12 126:11
130:21 134:19 135:3
138:3 140:15 146:2
152:13 153:5,6,23
154:24 157:7,23
158:7 159:18 164:17,
19 169:3 173:20
177:8 181:10 191:19
192:5 196:15 198:3,8
199:19,20,21,22

**Adams** 16:1 17:10,19,
21 18:1,4,20 19:1

**Adams'** 133:22
135:14 136:1,11,15
139:17 140:14 141:12

**add** 152:22 229:13

**added** 43:7,13,15,16,
18 46:1 124:8 161:20
163:10

**addition** 157:14
162:16

**additional** 26:3 28:6
128:21 135:14 164:14

**additionally** 125:6
127:17 129:13 160:21

**address** 42:14 66:10,
12,13,15,19,23 67:3,6
107:12,14,18,20
109:7 115:15 145:5,6,
19,22 146:20 147:2,
10,14,17 148:1 151:9,
10,12 166:6 170:7,24
183:15 185:14

**addressed** 64:21
114:17

**adjourned** 241:7

**administrative** 55:14

**administrators** 39:19
62:24 208:16 214:23,
24

**admission** 45:5,18,21

**admit** 53:9

**admitted** 42:15,22
43:8,12 115:14 124:4
133:13 135:13 174:4
184:20,23 214:24

**admittedly** 183:15

**advance** 209:13

**advice** 11:9

**Advil** 97:5

**advise** 53:9 183:5

**advised** 53:4,6

**advisement** 229:9

**affect** 13:23 233:12

**affiliate** 21:22

**affiliates** 21:12 22:15

**affirm** 52:17

**affirmative** 52:23
222:8 223:5 225:1

**AFLPRE** 166:1

**after** 7:19 26:9 27:11
29:13 30:10 40:1
52:10 63:10 86:23
89:5 103:21 107:18
163:15 180:1,22
181:16 189:20 197:22
198:14 199:7 210:18
214:17 215:6,11
232:8 233:1 236:11

**afternoon** 241:5

**afterwards** 127:16

**again** 12:12 16:7
17:15 18:5,11,17
21:20 26:6 38:8 40:23
43:7 45:14,17 52:13
56:13 68:22 69:9
70:20 71:23 77:13,20
83:4 95:15 109:12
112:20 117:12 118:12
119:9 125:11 128:15
133:17 135:2 136:11
137:20 141:15 142:7
143:3,18 147:24
151:12 156:12 158:10
161:11 168:10 176:3,
6,12 181:6 183:24
191:8 197:18 198:4,6
201:16 204:5 212:11
214:7 215:16 220:15
221:4,13 225:16
230:10 233:7 236:16

**against** 8:6 13:4
104:22 150:19 215:19
219:11 223:17

**ago** 20:15 31:11,15
32:18 56:18 101:17,
19 113:16 125:16
127:2 128:16 129:2,
21 139:21 140:22
151:23 156:17,20
158:17 170:4 171:8
184:13 186:17
195:14,16,18 197:24
202:5 213:11,24
214:5,8,16

**agree** 5:5 11:21 12:1,3
70:4 76:12 79:14
110:3 112:10 113:11
116:7 141:12 142:5,
22 143:2,8,17,19
151:14,15 157:6
233:3 235:1 236:13
237:16,17 238:6,17
239:10,19,22

**agreeable** 10:3

**agreed** 76:13 117:18
128:13 129:22 131:19

**agreeing** 132:17 143:3
171:18 236:3 237:23,
24 238:10

**agreement** 7:23 27:4
39:1 47:3,8 55:15,23
56:1,6,8,14,16,21,22
57:5 58:3,13 59:23
60:13,17,22 62:4,9,
12,14 68:24 69:3,6
70:18 105:16,17
106:14 127:24 129:2
130:18 131:22,23
132:18 133:11,20
134:18 135:11,16
136:1,22 137:12
140:16,20,23 145:12
146:12,14 150:21
152:7,8 155:14,24
156:1 158:9 163:17
164:3,13 165:9 193:9
233:23 237:22

**agreements** 39:10
40:22 41:4,19,24
44:7,9,13 47:22 59:22
62:9 69:1 93:1 121:3
156:21 158:18 165:8
171:22

**ahead** 38:22 53:14
79:13 88:4 91:5 94:9
108:10 161:8 172:15
182:17 193:21 217:13
231:18

**aided** 189:7,8

**Al** 29:21

**Alan** 6:5 10:8 118:12
152:20 159:14 180:10
187:21 200:12 229:22
240:19

**alcohol** 13:24

**Alisa** 62:6

all 5:3 6:7 8:19 10:16
11:16 13:2 17:7 19:4
26:15 29:23 35:20
36:12,17 42:19 46:17
49:23 52:10 54:21
55:13 62:8,11,16,18
68:2 69:10 75:19
77:14,24 78:7,9,23
79:5 81:19,20 82:8
83:13 87:14 93:10
94:9 95:16 97:9
100:24 104:16 108:17
109:12 112:16 113:6
117:11 118:9,11
119:7,15 120:4
121:10 122:9,14
127:17,20 132:5
135:2,24 136:4,7,10,
11 138:12,16 149:2,
12 150:9 151:1
152:14 153:3 155:4
157:7 161:18,24
163:6 164:18 165:11
166:5,19,24 167:12
169:18 170:9 172:17
173:6 182:3 185:24
186:14 188:6,23
196:7 198:24 199:23
200:6,8,23 207:9
215:23 218:14,17,18
222:13 223:21 224:1,
2,21 227:9,24 228:8
230:20 233:14 234:7,
22 238:4 239:15,20

allegation 192:12

allegations 188:7

alleged 52:16 221:24

allegedly 151:10

alleging 141:17

allow 34:18 227:10

allowance 127:18

allowed 28:22,24

almost 147:20 199:7
221:17

along 8:24 10:15 72:5

already 19:24 56:17
76:10 78:18 88:20
98:4 109:5 114:9
116:2 134:22 144:8
151:22 158:16 159:17
161:10 191:24 196:9
197:20 201:15 236:14

also 5:24 6:1,2 9:9
23:5 46:23 61:23
84:20 110:8 148:2
151:8 152:2 170:11,
19 211:13 220:10

altered 46:1 149:22,24
150:7

alternative 8:21

always 24:4 112:7
150:19

am 5:21,23 6:20,21
7:5 8:19,20,23 9:3,6
11:3,10 12:17 13:22
14:4 16:8 17:8,13
18:8,10 21:4,5,7,8
22:7,14,17 23:9 27:9
28:15,18,22 29:4,7
31:16,18,19 32:6,11,
14 33:10,21 36:8,21
38:12 41:6,12,22
43:3,12 44:7 46:17,21
47:2,7 48:3,12 50:5,
16,21 52:22 53:2,8,13
58:9 62:16 63:18
67:22 68:4 69:5,8
70:11,14,16 74:12,15
75:4,11 77:9,11,12,
18,24 78:1,5,11 79:21
82:22 84:5,7 87:10,23
94:5 98:10 100:13,15
106:2,16 108:22
111:12 113:8 114:2
118:7,11 119:4,5
131:9,20 134:19
135:6 136:6,7 137:5,
19 142:12,14,15
143:3 144:22 148:21
149:20 150:3 152:18,
24 153:2 163:18
165:11,16 166:18,19,
23 167:12 169:10
171:14 174:23 175:4
176:1 180:10,11,18
182:14 185:18
187:11,13 191:13
193:1 194:11 195:12,
20,24 196:7 197:8,9,
17 199:24 200:13
204:23 206:5,20
207:7 209:8,11,12
212:6 215:12 218:9,
17,18 219:5,15 221:4,
17 222:2,3,16,22
225:15,18 226:14

227:19 228:9 229:20,
22 230:2,3,15 233:6,
10 236:3,22 237:23,
24 238:11,15,16
239:12,16,19 240:16,
24 241:3

ambiguous 39:4

amend 37:19 38:3,10
52:11 53:3,6

amended 46:1 49:23
53:12 228:5

amendment 50:3

America 114:5

amorphas 233:4

amount 69:22 70:5
160:1 225:22

amounted 23:3

an 12:23 24:3,5 26:3,
17 27:4,23 28:6 29:17
31:8,19 33:2 34:14
35:2 48:7 59:23 60:22
61:2 63:23 66:4,8
69:22 70:5 74:16 77:7
82:3 84:3 98:24
110:9,12,16,20 113:2
115:5 116:7,15,20
120:1,20 125:6
131:23 133:24 134:4
144:23 145:2 148:10,
11,13 149:3,5,14
150:18 151:16 152:4
155:14 156:1 161:14
162:10 166:4 167:17
168:24 170:24 171:13
182:1,4,11 185:15,16
192:2,5 202:11 203:4,
7,19 210:23 211:11
218:15,24 220:23
223:2 224:7 225:16
230:7,24 234:1,11
237:8,9,12,22

and 5:4,8,12,16,19
6:20,24 7:5,20,22 8:9,
11,22,23,24 9:1,19,24
10:7,16,22,23 11:1,2,
10 12:9 14:15 15:12,
16 16:2,5,22 17:5,10,
19,20,21,24 18:3,17,
20,24 19:1,14,18
22:2,14,15,18,23
24:1,4,19,20,23 25:4,
20,21,23 26:1,2,4,5,6,
7,9,18,21,23 27:6,9,

10,21,22 28:3,5,7,10,
13 29:3,8,16,19,21
30:11,13,19 31:9,17,
23 33:14 34:14,17,21
35:4,5,18 36:1,18
37:1,3,5,14,16,17,18,
22,23,24 38:10,12
39:2,4,7,9,10,11,13,
21,22 40:2,3,4,7,20,
21,22 41:2,4,17,18,
19,24 42:1,2,12,14,16
43:5,6,7,18,19 44:6,9,
13,19 45:1,13 46:23
47:15,21,22,23 48:11,
13,15,18,23 49:2,18,
22 50:1,10,11,12,13,
18 51:2,14,15,21
52:1,4,16,19,24
53:16,17,24 54:2,4,
13,15 55:10,13,17,22
57:5 58:4,21 60:5,8,
21,23 61:8,24 62:3,4,
6,8,19,24 63:1,8,10,
24 64:1,7,15,19 65:9,
16,17,20,23 66:1,4,7,
8,17,22 67:2,7,11
69:2,3,15,21 70:9
71:6 73:10,18 74:7
77:6,12,23 78:1,5,22,
23 83:14 84:7,11,18,
19,21 85:11,17,20
86:3,11,18,22,23
87:8,12 89:19,21,24
91:6,21 92:5,15,21,24
93:7,22 94:9,10 95:20
96:14 97:3,9,19 98:3,
4,7,13,14,15,16,21,23
99:1,3,14,15 100:7,18
101:1,2,8,10,11
102:13,16 103:8
105:16,17,24 106:8
107:17,23 108:3
109:3,5,10,11,13
110:2,8 111:16 112:4,
12,14,15,17,18,23
113:1,9,10,12,13,16,
17,21,24 114:2,3,8,10
115:4,8,14,20 116:5,
10,12,14,15 117:9,10,
12,13,17,18,24
118:10,14,23 120:19
121:2,19,20 122:2,11,
14 124:8,20 125:6,7,
13,20 126:2,12,16,18
127:16,17,19 128:1,5,

6,7,11,12,18,20
129:5,6,10,12,16,18
130:19 131:2,14,18,
22,23,24 132:8,11,13,
17,20 133:18 135:8,9,
15,21 136:4 137:20
138:1,14,15,19 139:7,
12 140:18 141:9,10,
14 142:1,2,9,14,19,20
143:6,7,15,23 144:8,
23 145:9,13,17,18,19,
21,22 146:10,11,13,
16 147:3,4,13,19,22
148:2,10,12,17 149:1,
4,5,11,18 150:4,9,17,
19,22,24 151:6,15,16
152:5,6,22 153:21,22
154:22,23 155:3,5,7,
12,17,18 157:23
158:2,13,21,22 159:1,
4,5,19 160:10,20
161:6,7,13,16,17,23,
24 162:1,8 163:3,24
164:11 165:15,24
166:1,4,9,13,20
167:1,6,14,20,21
168:2,3,6,9,13,14,16,
17 170:5,8,17,20,24
171:5,9,10,12,17
172:20 173:2,12,13
174:1 175:1,6 176:19
177:15,24 178:21
179:6,12 180:4,5,24
181:5,10,11,23
182:11,21,22 183:1,
12,15,16 184:5,11,16,
18,21,22 185:1,11,14
186:4,5 187:4 188:1,
12 189:2,3,7,8,10,16
190:17 191:21 192:1,
18,20 193:4,5,12,20
194:11,12,13,20,21,
22 195:6,7,8 196:2
197:15 198:13,18
199:14,16 200:14,17
201:1 204:23 205:2,
11,18 206:8,11 208:9,
19,24 209:4,9,12,20,
23 210:4,12,14,15,16,
17,24 211:4,6,13,14,
17 212:1,2,4,18
213:1,5,8,17,19
214:10,14,16,22,23
215:1,2,6,9,20 216:2,
13,19,23 217:1,7,9,

6,7,11,12,18,20
129:5,6,10,12,16,18
130:19 131:2,14,18,
22,23,24 132:8,11,13,
17,20 133:18 135:8,9,
15,21 136:4 137:20
138:1,14,15,19 139:7,
12 140:18 141:9,10,
14 142:1,2,9,14,19,20
143:6,7,15,23 144:8,
23 145:9,13,17,18,19,
21,22 146:10,11,13,
16 147:3,4,13,19,22
148:2,10,12,17 149:1,
4,5,11,18 150:4,9,17,
19,22,24 151:6,15,16
152:5,6,22 153:21,22
154:22,23 155:3,5,7,
12,17,18 157:23
158:2,13,21,22 159:1,
4,5,19 160:10,20
161:6,7,13,16,17,23,
24 162:1,8 163:3,24
164:11 165:15,24
166:1,4,9,13,20
167:1,6,14,20,21
168:2,3,6,9,13,14,16,
17 170:5,8,17,20,24
171:5,9,10,12,17
172:20 173:2,12,13
174:1 175:1,6 176:19
177:15,24 178:21
179:6,12 180:4,5,24
181:5,10,11,23
182:11,21,22 183:1,
12,15,16 184:5,11,16,
18,21,22 185:1,11,14
186:4,5 187:4 188:1,
12 189:2,3,7,8,10,16
190:17 191:21 192:1,
18,20 193:4,5,12,20
194:11,12,13,20,21,
22 195:6,7,8 196:2
197:15 198:13,18
199:14,16 200:14,17
201:1 204:23 205:2,
11,18 206:8,11 208:9,
19,24 209:4,9,12,20,
23 210:4,12,14,15,16,
17,24 211:4,6,13,14,
17 212:1,2,4,18
213:1,5,8,17,19
214:10,14,16,22,23
215:1,2,6,9,20 216:2,
13,19,23 217:1,7,9,

11,13,17,24 218:6,7
219:14,15 220:2,3,5,
16 221:22 222:4,17,
18,20 223:4,6,13
224:5,17,19 225:4,20
226:11 227:1,2,9,11,
13 228:1,16,24 229:1,
2,6,7,10 230:23
231:23 232:1,4,8,16,
18 233:2,16,21 234:2,
4,6,7,12,13,19,21,22
235:2,3,8,12,23
236:1,2,8,17,19
237:10,14,18 238:3
239:5,7,9,17 240:6,
13,20

**and/or** 207:11 227:17

**Anheuser-busch** 89:3,
4

**Annapolis** 83:6,12,13
108:1,4 146:18,19
189:23 190:5 206:13,
18 207:15

**anniversary** 202:14

**annual** 69:22 70:5

**annum** 202:13

**anonymous** 192:22

**anonymously** 189:21
190:4 191:7 192:6

**another** 42:14 80:20
103:2 133:15 148:12,
15 166:15 182:21
221:20 237:3

**answer** 10:2,12,16
11:7,11 12:2,19 13:20
19:6 21:5,17 22:5,18
23:4,22 24:15 27:18
38:17 41:7,11,14
45:10,14,17 46:24
47:1 58:9,10 62:17
71:7 77:12 79:7,19
80:18 88:13 90:7,14
92:24 100:15 101:19
111:8 127:13 138:6
140:17,18 141:22
143:22,24 152:23
158:5 161:10 180:14,
19 184:5 185:10
208:22 213:21 215:16
217:13,14 218:12
226:11 228:21,22

**answered** 45:13,17
56:17 76:10 88:20

116:17 126:1 127:23
128:24 144:18 151:22
158:16 161:7,10
208:24 210:4 212:4
213:19 215:9,15
216:2,13,19 217:1
220:2,6 222:20
226:17,21 227:9

**answering** 35:24
78:16 226:12

**answers** 19:8 28:23
34:16 37:16,17,19,23
38:2,3,4,10 48:5
49:17,23 52:24 78:15
138:2,15

**anticipate** 73:17
106:23

**any** 7:5,8 10:10,15
12:11 13:3,18,19,24
14:4,10,17 15:2,8,9
19:7,15 21:11,21
22:20 23:3,18 27:16
28:23 30:21 31:12,13
32:1,24 37:20 38:2,9
39:9 40:21 41:3,18,23
43:21 45:2,3,11,24
47:8,21,23 50:3 52:11
53:10 56:2,15,18,19
57:1,6,17 58:2 68:2,
12,24 69:1,6 72:7
74:10 75:2,17 76:5
81:11 88:22 91:14,15,
20 92:5 93:1 104:19,
24 105:5 107:6
110:14,19 111:3,17,
21 114:21 115:1
116:2,17 118:15
119:22 120:1 121:8
123:10 124:21 125:20
126:19 129:1,11
130:18 144:14 148:20
153:7 154:10,12,17,
24 155:2,8,11,12
156:19 158:7,12,13,
17 159:7 160:1
163:16 165:7 170:1
171:1,7,12,16,17,18,
21 173:9,13,16 174:8
175:22,23 176:4
178:3,5 179:1,4 181:2
185:23 190:3,17
191:4,9,20,23 192:11,
12 194:24 199:1,2
200:16 201:14,17

203:2,5,10,24 204:1
205:21 207:24 209:14
215:7,13,19,21
227:19 228:4 233:13,
20 235:6 236:18
240:17

**anybody** 40:16 47:20
61:8 80:12 86:8
114:10 122:5 126:10
128:2 190:23 206:17
207:3,7 208:11 212:9,
12 237:2

**anybody's** 45:3

**anymore** 200:24

**anyone** 38:6 53:19,20
55:20 56:15 71:22
72:1 91:16 111:10,16
116:8 128:8 164:20
165:5 190:18 205:7,
12 206:15,22 207:9
208:2,7 212:2

**anyone's** 181:12

**anything** 6:20 9:13
36:23 57:3,11,22
58:18 60:10 61:5,13,
15 67:17 69:16 71:8,
9,19,20 72:10 73:1
74:1 75:17 76:23
77:10 79:22 89:9,11
96:11,21 97:20 98:5
104:20,22 105:8,11
106:23 112:15
116:19,21 119:13
122:24 123:4,17
125:17 129:9 130:2
136:5 146:2,7 147:15,
18,22 148:13 153:20,
23 155:12,22 156:6,
22 157:17 158:5
161:15 162:2,4,22
163:21,23 164:1,8,11
168:23 171:18
173:18,20,21 174:5,9
178:17 181:10 191:2
192:5 207:22 208:7
230:23 234:23
236:18,19

**anyway** 14:20 46:17
106:11 108:17 138:13
196:16 197:2 239:16

**AOL** 145:10

**apologize** 23:10 92:10
103:4 128:24 167:6

177:3

**apparent** 168:24

**apparently** 9:7 73:15
146:11 147:3 149:10

**appear** 74:8 77:5
116:10 148:10
162:17,19

**appeared** 15:22
164:24

**appears** 37:7,12,20
49:1,4,6,9 66:3 76:1
77:7 107:5,12 115:11
121:19 122:12 156:13
162:10 165:18 166:8
167:24 171:4,24
172:22 178:19 179:14
183:14 184:21 194:9

**applicable** 59:2,7

**applied** 26:8

**applies** 81:5

**appointed** 31:2

**appointment** 6:23
170:21

**appreciate** 28:20
80:21 101:7 153:19
235:14

**approve** 165:9

**approximately** 25:11
26:5,6 29:19 85:5
94:1 108:7 177:12

**April** 113:5 114:5
120:8 178:16,24
179:7,22 180:1 181:8,
16 195:17 196:2
197:22 212:17,19,20
215:4,11,21 218:5

**architect** 198:18,21
199:1 201:4,11,18
203:20 207:11 208:4

**architectural** 206:23

**architecture** 192:2,5,
13,20 198:22 199:1
201:18 205:6,7,10,12,
23 206:16 208:4

**are** 5:3 10:5,20,22
11:13 12:17 13:18
15:13 16:21 17:1,18
18:16 19:7,15,16,17
26:22 27:6 28:24 29:4
32:6,9,12 33:13 36:1
37:3,17,23 41:21

42:7,17,18,19 43:10,
20 44:2,5,8,12 47:2,
19,20,21 48:11 50:18
53:10,15 56:6 60:21
61:22 64:21 65:18
73:8,14,24 74:14,23
77:24 78:3,7,8,12,13,
15,16 79:10,12,19
81:5,9 82:13,18
83:13,24 84:8 91:22
92:7,16 93:1,2,15
95:14 97:9 98:8 99:17
110:4,6 112:4 117:4,
5,21 118:5,21 124:17
131:11 133:10 134:20
135:10,11,13 136:5
138:23 141:15 142:4,
8 151:6,7,14 152:6
153:23 154:1,4,15
157:18 158:3 160:4,
20 162:15,16 163:4,6,
22 167:1,18 168:11
172:6,11,14 175:9
176:24 177:15 178:12
181:1 182:12,13
183:18 185:8 186:8
187:16 189:12,14,16,
18 191:24 196:20
197:7,12 198:8,13
201:3,12 202:21
203:1,9 204:14
206:12 209:2,3 210:7
214:8 215:1 218:7
219:3,8,11,13 222:16
223:3,4,13,22 224:20
226:5,11,15 227:6,10
228:1,17,20 229:14,
20,24 230:7 231:2,6,
7,11,14 233:5 234:12
235:15 236:7,19
237:10 238:3,10,16
239:15 241:4

**area** 207:15

**areas** 234:12

**argue** 195:24 226:2

**Arnie** 110:5,6 113:12

**Arnie's** 145:19

**around** 27:20 67:14
73:18 108:21 122:5,8
212:17 229:21 235:17

**arrow** 75:24 162:10
164:10

**article** 137:13 138:23

147:4 155:3,6,17,22
156:6 157:16,21,22
158:8 159:1 162:1,6,
22 164:8,17

**articulated** 222:14,18
224:1,2

**as** 6:7 7:19,20 8:24
9:10 11:9 12:7,9
15:16 18:12,20 19:13,
22 20:2 37:4 39:14,19
44:23 45:11,24 48:4
52:20 54:24 55:12,16
58:2,12 61:23 62:19,
24 63:21 69:19 71:15,
16 73:13 74:16,17
80:5 82:22 100:6,19
103:9 105:4 108:23
119:1 120:1 131:15
140:10 144:10,22
145:5,19,20 147:16
152:9 153:16,23
158:12 162:23
167:16,17 168:1
169:13 170:6 172:2
184:3 185:12,23
186:4,19 189:15
192:2 193:7 194:18
199:16 200:10 201:11
203:12 204:12 205:22
207:14 208:16 217:5,
17 218:3,22 222:1
223:5,9,14 227:11,15
233:24

**aside** 45:21

**ask** 5:3 7:2 9:1 10:9
13:10,14 17:2,15 21:4
26:20 38:8 39:13
40:23 42:8 44:12
58:11 68:22 69:9
70:20 77:18 79:7
80:20,24 93:6 99:6
106:8,22 111:6
125:11 137:20 138:1,
19 140:17 141:20
158:10 168:8 176:12
191:8,16 197:17
198:1,3 200:5 201:16
207:8 209:11 214:7
215:24 221:9 224:16
226:24 232:2,18
233:23

**asked** 10:20 45:13
58:10 61:1 76:18
79:14 96:14 100:13

106:7 134:22 138:2
140:15 159:14 161:7
172:2 196:20 198:1,5
208:24 209:24 210:4,
14 212:4 213:19
215:9 216:1,2,13,19
217:1 220:2,4,5
222:20 227:24

**asking** 11:14 12:17
17:8 27:7 38:12 46:21
47:7 53:2,8 68:1,7
69:5 70:4,16,21
77:10,11,24 78:6
84:21 91:22 92:7 94:5
100:15 101:6 117:8
171:2 180:7,11,12,13,
18 187:13 191:18
195:12 200:13,17
209:14 210:7 215:12
217:4 218:3,17,18
222:2 224:17 228:8
230:4,6,7

**assertion** 225:17

**assist** 58:18 72:10
73:2 93:12,19 95:8
96:16 122:24 123:17
130:2 173:21

**assistance** 104:24

**assisted** 96:9

**assisting** 189:24

**assume** 53:3 54:6 60:1
91:15 109:4 122:16

**assumed** 116:14

**assuming** 147:14

**assumption** 97:15

**asterisk** 75:23,24 76:2

**at** 5:4 9:6,12 10:24
11:4,7 12:7 15:2,5,9
17:12 18:9,19 24:4,7,
10 26:15 27:2,14
28:1,5 29:16,23 30:8
31:5,12 33:16,20
34:5,21 35:2 37:20
42:23 44:2 45:20,23
46:7 49:23 50:11 53:4
57:19 58:22 59:12,15
60:2,8,12 65:7,11
69:3,10 70:10,14,18
71:3,4,9,24 72:8,18,
19,22 73:1,3,18 74:24
75:6 76:21 77:6 79:14
82:8,13,18 83:2 84:23

87:2 90:23 93:10
95:7,11,16,20 96:23
98:16 100:21 102:3,4,
9,20 103:5,11 104:7,
10,11 105:12,23
106:8 107:14,24
108:4 117:4,5,10
120:7 121:1 122:16
123:1,5,7 126:3,8
127:2,7 128:3 129:5,
14,23 138:18 139:16,
22 140:9,14 141:8,24
142:18 143:5,16,20
144:9,10 145:18
146:15,17 147:23
149:8 151:7,20
152:14 153:8 154:6
156:8,12,23 158:11
159:5 163:18,21,22
166:6,11,14 167:3,15,
22 169:18 170:15,21
171:14 172:12,17
179:17 182:19 183:2
188:18 190:11,18
194:5,24 195:23
196:3,10 197:21
198:13 199:1 201:5
202:12 203:24 205:6,
7,12,13 206:23 207:3,
5,9 208:8,11 212:3
218:5 221:15 226:23
230:11 236:4,22
237:3 241:4,7

**attached** 67:8 135:17
145:13 150:20

**attaching** 147:6

**attachment** 172:20

**attempted** 63:15

**attention** 170:15
181:12

**attorney** 120:20
233:11

**attorney/client** 11:6

**attorneys** 12:10 232:3
233:24 236:1

**audio** 118:15

**authentic** 42:18 77:5
107:10,11,17 110:17,
20 111:1,4,20 114:23
115:24 116:10
124:13,17 131:1,10,
12 133:1,4,24 135:5,
7,9,22 139:8 183:11

184:5,7,9,11,16,19
185:10,16,19 186:1

**authenticity** 114:12
116:6 131:6 164:19

**author** 67:9

**authorities** 217:6

**authorized** 178:21

**available** 37:18,22

**Avenue** 107:16,24
108:4

**avoid** 166:20 226:12,
14 234:6 236:8

**aware** 11:10 47:19,21
148:20 175:9 197:7,
12 198:8,13,16
206:24

**away** 30:13,18 46:15
146:5

**ay** 68:5 76:3

---

**B**

**back** 13:15 18:12
27:12 30:11 44:2,5
57:15 58:1,7 59:16
63:15,22 67:24 72:11
75:24 76:1,2,14,20
82:8,16 84:19 94:20
113:11 114:7,14
119:9 120:9 121:21
145:23 148:23 177:7
183:22 184:1 188:16,
20 208:14 209:3,23
211:9 213:9,15,21
215:7,20 218:4
225:24 226:19,22,24
229:2,8,20,24 230:2
231:7 236:6 239:20

**Baden** 6:3

**bank** 73:3,4 131:21
169:4,8

**banker** 98:24

**bar** 9:4

**Barsky** 50:10

**base** 68:7 69:21 70:5,
17,22 71:24 202:12
207:18

**based** 11:5 37:17
125:7,12 215:8 218:3

**bases** 26:19

**basically** 55:8

**basis** 124:20,21,24
149:19 191:10 194:22
202:12 203:4,7 206:8
222:1 237:9,12

**Bates** 165:18,21
166:16,21 175:3

**batteries** 36:8 97:4

**be** 5:5 6:4,16,23 8:10,
18,22 10:7,11,17 11:9
12:18 13:3 15:22
16:15 17:7 21:4,7
25:24 27:16 28:15
30:24 36:17 37:7,12
49:1,4,23 50:22 53:12
55:4 56:21,22 60:18
66:3 69:2 70:10 71:3
73:5 74:8 77:5,7,23
79:1,16 81:6 82:3,8
84:5 86:12 87:9,18
94:7 103:18 106:5
108:11 109:3,11
110:3,4 111:20
112:10,13,17 113:17
115:11 116:10 117:14
118:14 119:11 121:19
122:12 124:5,10
125:8 126:14 128:5,
11,20 129:15 133:1,9
141:2 145:15 146:6
148:10 149:13 156:1
159:8 162:10,17,19
165:15 166:8 168:8
169:7 171:2,4,24
172:22 173:5 177:14
178:19 180:11,12
184:21 185:14 186:24
187:14,17 194:9
195:1 200:11,16
202:15,17 208:9
210:7 213:16 217:3
223:19 228:14 229:3
230:16 231:15 232:3
233:19 234:6 235:9
239:2,5,17 240:1

**beam** 137:11

**bear** 29:9 132:20,23

**bearing** 223:24

**bears** 66:1

**became** 29:17 103:24
105:3

**because** 8:21 9:15
10:12 11:13 19:18

22:10,11 23:13 35:1
36:7 40:16,19 41:1
42:1 44:17 53:9 64:13
97:10 101:2 107:10
116:5,7 118:3 126:9
131:1 132:14 133:6,
15 135:10,15 136:1
138:9 139:7 149:8
150:17 151:3,13,16
152:9,11 159:3,14,24
160:10,16,17 161:13,
16,17 163:16 165:15
169:22 175:2 181:1,
15 184:20,24 190:19
191:6,10 192:13
199:4,9 200:10,12
207:8 209:11 211:10
213:22 216:7 217:3
221:16 223:3,8 224:5,
6,16 230:22 232:13
234:23 236:5 237:5,7
238:4,9,13,21 239:3
**become** 37:22
**been** 7:19 14:5,7 16:24
19:11 20:3,4 24:5
30:9 31:14 32:2,3
37:21 39:17 42:13,15
44:17,18,19,22 45:12
46:1 55:12 58:24 65:8
72:16 73:13 80:8
87:12 97:17 103:13
106:4 108:22 109:11
114:1 119:17 124:1
126:3,19,23 140:9
147:11 152:3 156:7,
13 159:4 160:16
163:7 165:14 174:2
178:8,9 180:3,5,21,23
181:19 183:14 191:24
208:12 212:15 213:10
220:4,5 221:11
222:19 227:4 240:11
**before** 6:7,9 8:19 12:3
20:7 28:12 30:1,9
57:9,13 67:14 70:6
83:21 98:2 101:22,24
102:2,4 103:21 104:2,
3,23 112:6 117:9
136:18 144:13,16
165:7 177:8,10
180:22 185:15 187:6
204:4,7 207:19 210:1
218:22 220:10 238:20
240:12

**beginning** 5:14 42:13
79:15 107:13,15
204:3
**begins** 5:10
**behalf** 94:13,16 95:1,
7,21 97:12 187:11,13
231:20 233:14 240:18
**behind** 223:13,14
224:12
**being** 8:4 32:15,19
45:3 46:10 77:24
157:14 179:14 184:11
185:8 196:20 202:14,
15
**belief** 37:24 77:10
78:11 189:7
**believe** 15:12 16:2
18:23,24 20:20 23:24
24:6,22 25:14 28:2
29:20 30:4 31:9 37:13
38:11 43:14 49:17,21
53:6 55:21 62:2,5
66:16,21 78:5 81:4
85:24 93:21 104:4
106:22 107:6,18,22
108:19 109:9 110:14
111:4,18,20,22
114:21 115:1,19
116:3 120:17,18
123:9,11 125:4
127:11 136:2 139:5
145:1,11 155:13,23,
24 156:7 157:17,19
158:22,24 160:14
161:2,3 162:2,4
164:22,24 166:12
182:9 183:7 190:9
191:5,23 194:3
195:19,21 197:8,14,
19 201:21 203:2,5,6,
10 204:9 206:2,6
211:12,21 212:17,24
218:15 231:21 234:12
**believes** 52:15,19
**belongs** 231:17
**below** 52:21 65:23
194:14
**benefit** 88:21,23 96:2
97:9,13,16
**benefits** 173:15
**beside** 109:12
**best** 9:5 19:10 37:24

108:16 114:3 130:19
138:16 234:15
**better** 14:23 138:5
154:3
**between** 12:18 15:22
16:22 17:9,20,24
18:3,19,23 25:24 28:4
29:21 31:16 39:10
40:22 41:4,19 42:1
47:22,23 57:5 58:4
60:20,22 94:10
105:16 131:23 146:14
165:21 171:4 184:10
234:21 239:10
**big** 73:5,9 109:13
167:19 230:12
**billion** 220:22 228:18
**binding** 195:1
**Bing** 100:6
**bit** 6:23 14:20 23:10
27:1 50:15 154:4
174:20
**biweekly** 176:1,5
**blanket** 236:10
**blind** 149:11,15
**block** 167:21 194:14
**blocking** 159:5 166:20
177:15
**blocks** 153:15
**blow** 154:2
**blue** 98:21
**board** 25:20 28:3
31:2,23 32:10 33:11,
12,14 34:8 110:4
**boat** 87:17,20 88:3,7,
11 89:5
**bold** 113:13 194:21
**bonus** 76:2,21 125:7,
12
**books** 42:12 43:6
**Boshea** 5:11,19 6:22,
24 14:16 15:16 16:1,
22 17:10,19,20,21
18:3,20 19:1 26:18
27:4 28:12 29:14,16,
22 30:9 33:17,23 34:9
43:17 47:20 56:8,16,
20 57:5,8,13,18 58:4,
13 59:12,18,20,24
60:23 61:2 62:10,13,
18 65:20 66:17,21

67:19 68:7 70:21
71:14 72:16 73:22
75:6 76:19 80:15
82:24 83:5,9 84:23
85:21 93:11,19 95:6,
20 96:5,7 101:15,16,
23 102:4,9,20 105:8
106:19 109:4 115:12,
15 116:16,20 118:4,7,
11,13,19 119:4,19
122:18 126:6,7,12
128:6,8 129:2,7,17,24
130:10,21 136:17,24
140:10 141:7,10,23
142:2,17,20 143:4,7,
17,19 144:9 146:14
147:5,20 149:15
150:23 151:21 152:6
155:24 157:1 159:18
160:6,9 161:1 166:5
167:22 168:16 169:5,
9 170:7 171:2,5 172:2
173:3,12,18,22
175:19 176:6,14
178:1 179:2,6,15
180:1,6 182:10,18
183:5 186:22 189:8
190:4 196:11 201:24
205:9,14 207:12,21
208:1,2 212:18 219:9
**Boshea's** 34:16 43:21
47:5,8,9,16 48:6
55:13,17 58:23 59:4
60:5,7,11,17 61:3
69:11 70:17 71:24
72:5 73:15 74:10,14,
17,23 76:13 78:3,4
87:15,24 102:16
124:24 125:14
126:11,17 127:21
128:13,22 145:10
166:6 168:7 170:2
171:19,21 173:10,14
174:6 175:11 205:23
219:14,17
**both** 15:15 45:1 52:18
98:22 109:13 112:9,
18 140:12 192:20
195:1 211:14 214:24
234:19
**bottom** 36:2,14 37:3
50:21 74:7 111:10
114:4 122:13 132:9,
12,14 133:16 135:15

157:22 163:3 164:10
165:19 167:3,7
170:24 182:3 194:5
195:23
**Boucher's** 125:9
127:24
**Boulevard** 193:4
197:13 198:9
**Bowl** 87:17 88:2
**box** 176:24
**brain** 78:24
**brand** 206:14
**breached** 42:15,23
44:18 115:8 183:16
184:24
**breaching** 184:21,23
**break** 11:24 12:1,3,11
29:11 35:9 36:10 44:1
81:9,22 82:4,6,15
100:4 116:24 117:3
118:21 119:8 172:6,9,
13 186:3 221:15,18
228:24 229:10,19
231:2,5
**breaks** 12:19 13:3,8
**Brian** 6:1 227:2,23
231:19 235:23 236:15
**Briand** 235:22
**bring** 14:10,12 27:12
34:11 75:24 76:12,13,
20 113:18 120:9
154:9 158:2 166:23
174:23 224:15
226:18,22,24
**Bro** 182:19
**broader** 102:7
**broker** 105:16 189:23
190:5,8,14 193:7,12,
17 194:2 205:22
206:11 207:11 208:4
**brokerage** 193:5,6,17
206:16,22 208:5
**brokers** 206:12
**brother** 20:12 31:10
119:15 151:11
**brothers** 145:1
**brought** 14:13,16
117:12 136:18
**BU** 145:13 148:2
**Buddy** 167:12,14,16,

20,23
**bunch** 166:19,24
**burdensome** 39:5
**business** 90:24 91:1
92:5 93:13 105:1,6
108:18 118:8,10,19,
20,23 127:20 129:13
146:17 189:22 190:20
206:12 231:23 233:16
236:18 237:19

**but** 9:5,13 10:20 11:3,
21 12:15,20,24 13:3,
22 17:4 18:7,12 19:11
21:5 22:18 25:14,16
27:1,14 30:8 31:10
32:4,17 40:8 41:8
42:6 43:16 49:9 54:8
57:15 59:13 61:19
63:7,15 64:9 71:5
72:18,24 73:8,12,22
75:7,19 77:5,13,17,24
81:11 83:12,13 84:5
85:15 86:14 87:2,19
88:4 92:10 94:5 96:20
99:17 101:5,12
102:19 103:1,12,13
104:18 105:2 110:3,5
111:10,19 112:6,9
113:22 114:18,23
120:17,18,21 122:12
123:23 125:23 132:9
135:20 136:6 139:6
140:1,13 142:9
143:12,22 144:2
145:14 146:9 147:23
148:20 149:24 150:6
151:12 153:19 156:13
157:4 159:8,22
161:23 163:9,14
167:6 168:8,18
170:20 171:24 172:7
173:19 174:5 175:3
176:17 178:8 179:24
182:1 185:19 186:4
187:12,14 190:15
191:14 192:8 196:13,
18 198:12 201:2,7,10
203:17 204:9 206:6,
20 207:6,16,21
208:12 209:13
211:12,22 215:19
218:11 220:5,16
221:7,10 222:23
226:17 232:9 233:3,

18 234:4 235:1,19,23
236:12,19,22 237:4,
13,16 238:11 239:18
241:1
**button** 81:2
**by** 5:24 7:5 8:2,9 9:21
10:5 13:1 15:1 17:17
18:14 20:3,6 21:7,18
22:6,22 23:16,21
24:17 25:2,6,9,13,19
26:10 27:19,24 29:12
30:3,7,17,19 31:2,9
34:1,13,20 35:10,19
36:11 37:4,17,19
38:18,20 40:14,20
41:13 42:11,15 43:8
44:4 45:16 46:4,7,10
47:12 50:8 51:5 53:1
54:11 55:15 56:11,24
61:11 68:10,20 69:3,
13 70:1 71:2 74:4,21
75:6,16 82:21 83:1
88:1,5 89:7 90:8,12,
21 91:4,13 92:1,12
93:9,17 94:24 96:19
97:1 99:2,9 100:5,12
101:14 106:10,20
107:3 110:22 111:7
112:3 115:8 117:7
119:10 120:11 121:16
122:10 124:3,8 125:5
132:7 134:11 135:1
136:14 138:22 139:4
140:8 145:8,13,14
146:19 149:9,11
150:15 151:17 153:4,
11 154:8 155:10
156:4,11,23 159:16
161:9 165:22 167:10
172:16 173:1,23
174:22 175:1,14
176:11 177:5,21
180:5,20 182:8 183:4
184:2,4,22 185:6,22
186:7 187:2,23
188:22 193:22 194:7,
24 197:6,11 199:12,
24 200:7,18 204:20
209:1,17 210:6 212:5
213:17,20 215:10,17
216:4,10,14,20 217:2,
15 218:13,23 219:23
220:7,12,20 221:6
231:23

## C

**C.C.** 168:17
**calculate** 204:24
**calculated** 205:1
**call** 55:8 130:18
177:15 181:12 191:3
212:9 230:21
**called** 7:19 64:1
210:13 212:14
215:18,22,24 216:16,
21,22 217:6 233:17
**calls** 21:15 22:1
180:16
**came** 98:14 100:1
140:15 144:16 161:22
182:9
**camera** 46:15 118:10,
24
**cameras** 233:8
**can** 6:23 7:12 8:11
9:2,3 11:11 12:1 13:6
14:20 15:8 16:11,23
17:2,8 18:9,17 19:9,
10 20:21 21:17,19
22:18 24:15 26:7,12
27:11 29:8 34:11,21,
23 35:4,11,14,15,18,
22 36:4,5 37:11 38:8
40:11,15,23 41:9,15
43:3,23 45:14 48:1,17
50:6,12 51:12,16 52:8
53:19 58:7 63:18
68:21 69:8,9 70:15,20
72:10 73:18,21 76:8
78:4 80:24 81:10,21,
24 82:1,23 84:3 89:14
90:6 91:5 94:1,20
95:13 99:6,24 100:15
102:6 111:8 112:10,
15,16 117:10 121:18
122:24 126:13 128:8
130:2 131:15 137:22
138:4,19 141:16
145:16,23 148:18
152:9,11,22 155:7
156:5 157:24 158:10,
22 159:2,10,11,14
161:10 162:7 166:16
168:18 170:14,16
176:12,21,23 177:6,
17,18 183:22 186:3,5,

19 188:16 191:8,16,
23 194:5 196:3
197:17 201:16 209:2
211:4,24 217:14
218:12 219:17 220:13
222:7 223:5,18
224:15 225:4 226:24
227:1,18 228:10,22
229:21 230:21 232:9
233:11 234:4,12
235:3 237:4 238:17
239:9 240:22
**can't** 33:1 40:21 42:19
53:20 57:6 71:20
75:19 89:11 97:7
110:1 111:10 112:22
116:21 118:2 128:10
129:9 135:20 139:20
141:14,15,18 144:21
153:18 162:14 163:4
165:6,17 173:19
177:16 180:15 182:16
183:16 184:12 185:20
191:1,16 200:12,15,
16 206:20 207:5
208:11,12 218:8
219:14 223:3 226:10
228:16 237:6
**cannot** 12:9 41:2
43:24 44:10,14 47:23
69:2 74:13 75:7
136:12 208:9 223:11,
19 232:10
**capable** 70:14
**capacity** 120:2 189:15
**Capital** 100:8,9,15,16,
21 101:4
**car** 127:18
**card** 64:17
**care** 27:11 228:3,6,7
236:20
**careful** 112:18
**cart** 238:20
**case** 5:24 6:2,8 8:8
11:7 15:13 26:22
27:6,8 43:20 47:15
84:12 91:21 92:7 93:2
117:19 124:2,17
174:2 190:5 219:10
221:22 222:1 227:3,4
236:2 237:1
**categories** 70:6

**Catholic** 70:15
**caucus** 229:18
**caught** 113:8
**cause** 129:12
**caused** 40:20
**causes** 153:6
**ceased** 32:19
**Cellphone** 170:18
**Central** 5:13 44:3
82:14,19 117:6
172:12 241:5,8
**Centrum** 97:6
**CEO** 112:24 145:20
181:15
**certain** 21:5 22:12,17
110:4 112:11 131:9,
11 150:3,4,8 152:18
157:14 160:2,10
185:18,19 186:1
211:22
**certainly** 36:22 49:14
144:7 162:9
**certainty** 173:20
**certificates** 26:1 28:9
**certification** 37:5,15
48:19,23,24
**certify** 37:15
**cetera** 160:20
**chain** 98:22 111:14,17
**Chairman** 31:23 32:9
33:10,11 34:8 112:24
145:20
**challenge** 5:6
**challenging** 5:3
**chances** 112:8
**change** 24:24 25:4,11,
17 29:23 30:5 38:3,10
52:11 70:17
**changed** 25:7 27:21
33:6,9 53:12 137:16
155:13,23 156:7
**Chapstick** 97:5
**Character** 220:11
**characterization**
45:23 74:13 104:20
196:18,23 197:1
**characterizations**
225:19

**characterizing** 104:22

**chart** 140:3,11

**chase** 21:3 232:22

**check** 26:7 167:16,17, 19,23 168:1,14 169:8, 10,18,19,20,21 170:11,14,16 171:2, 24

**checker** 114:15

**checking** 28:18 169:4

**checks** 167:24

**Chicago** 80:11 113:9

**chicken** 161:17 162:7 163:2,9 164:9,11

**Chief** 31:24 32:12,15, 19,23 33:22 34:5 65:24 178:12 189:15 205:3

**chip** 61:23 98:22

**chopped** 165:14

**chose** 86:7

**Cindy** 240:14

**circle** 136:10

**circling** 163:24 164:10

**circulate** 9:9

**circulated** 189:21

**circulating** 190:4

**circumstances** 52:16

**cite** 222:8

**civil** 12:5 216:1,5,11

**claim** 218:15 219:14

**claiming** 213:24 223:3

**claims** 39:6 136:24 195:7

**clarify** 7:7 50:6 112:17

**classify** 153:16

**clauses** 153:22

**clear** 50:14,22 79:1 96:20 131:15 172:6 177:14 187:17 210:7 217:3 240:1

**clearly** 5:4 195:18 223:2 232:14

**Clearwater** 146:15 170:17

**clever** 84:5 200:1

**clicked** 150:16

**client** 46:10 81:7 89:2 105:3 151:17 221:23 223:13 224:10 226:11,12

**client's** 223:19

**clients** 89:1

**close** 166:19

**closed** 186:21

**closer** 14:21 42:9

**closes** 186:15

**closing** 235:20 238:15

**club** 80:3,5,7,13,16 168:16,20 169:4,8 170:3 171:1,11,19 175:12 176:9,16 178:4

**clue** 101:4,5

**CM-0012** 167:3

**CM-0100** 168:14

**CM-0355** 132:13

**CM-0865** 194:12

**CM-0868** 194:11

**CM0011** 165:20

**co-** 5:24

**co-counsel** 229:23

**co9ntrol** 165:20

**coaching** 28:23

**Coast** 82:3

**coded** 167:16

**colleagues** 6:3

**college** 103:16,21

**Columbus** 51:15 61:23

**com** 39:21,23 40:6 48:16 63:2,13,21 64:8,12,14 208:18,20, 23

**come** 85:3,6 86:4,9,21 167:8 229:2,8 230:1 234:10 239:15

**comes** 85:21

**coming** 86:5 87:1 112:13 117:14 119:11,18 167:7 225:8,9 240:24

**commencement** 202:8,10,11,15

**comment** 141:19

**commentary** 78:2,10, 17 111:5

**Commercial** 193:8,11 195:3 197:12,21 198:8

**commission** 193:8

**communicate** 12:10, 20 28:21 59:1 211:7,8

**communicating** 137:7 192:15,19,21 195:9 199:9,14 201:12,18 212:6 229:23

**communication** 16:15 111:14,17 171:4 192:18 208:17

**communications** 15:22 39:20 40:4,6,7 57:4 98:19 239:4

**community** 206:7,11, 13,19

**companies** 207:20

**company** 23:19 24:21 30:11,12,19,21 33:15, 17,18 42:13 64:4 72:15 83:11,14 89:19, 20,23 90:1 91:21 92:6 101:23 102:1,3,8,9, 11,14,15 103:3,6,11 104:6 105:3 120:21 126:15 128:18 129:11 139:20,21 143:21 144:21 157:10,12 167:24 178:13 181:15 189:13 206:5,10 208:8,9 210:12 211:14 212:7,24 214:18 219:5,6,7 224:3

**company's** 98:18 206:2

**compass** 5:11,24 6:2 8:6 15:16 20:24 21:8, 9,11,20,21 22:12,19 23:17,23 29:17,23 33:2,4 34:15 35:12 38:24 39:2,8,14,20, 21,22 40:1,2,5,19 41:2,17,23 44:10,14 47:10,22,23 48:5 53:24 57:5 58:4,22 59:11,15,17 60:6,23 61:8 62:7 63:2,12,17, 19,21 64:3 65:5,6

67:5 71:22,24 72:1,7 83:1,2,4 84:11 85:21 86:6,24 87:17 88:18 89:23 90:5,13,19 93:11,12,19 94:13,16 95:7,8,10,17,21,24 96:1,2,7,14,23 97:13 101:22,24 102:2,3,5, 12,13,21,24 103:21 104:3,13,18,23,24 105:1,9,11,17 107:23 108:18 110:10 112:24 113:1 120:16,24 121:18,20 122:16,19 125:10,14 126:3 127:2,7,14,22 128:3, 14,23 129:17,22 130:3 131:21,24 132:15,17,22 133:23 134:5,20,21 138:24 139:16,18,22 140:2 141:8,24 142:18 143:5 144:17 145:24 146:12,16,17 151:9, 11,20 155:14 156:2,8, 24 158:8,14 164:2,20 165:18,23 166:6,11 168:11,15,19 169:7, 21 170:1 171:18 173:17,23 174:24 175:1,2,10,18,24 176:2,5,13 179:2 181:23 187:5,12,14 189:9,22,24 190:8,21 191:6,12,14,17 192:14 193:20 194:1, 10,13 195:4,8,13 197:13,22 198:9,14, 15 199:3 201:19,23 202:15,21 203:3,8,11, 19,23 204:4,6,11 205:13,17,21 206:24 207:3,5,6,9,14 208:8, 11,17,18,20,22 210:2, 8,11,13,14 211:5 212:15 213:8,11,14, 17 214:1,2,6,9 216:5, 11,17,23 217:9,10 219:10,24 220:8,17 221:21 222:8,15 223:12,22,23 225:1,3, 7,23 227:3,7 230:9 231:20,23 232:2 233:14 240:2,18

**Compass's** 12:10 84:23 85:3,6 105:6 164:13 206:18 219:14,19 230:7,8 236:21 237:19

**compassmarketinginc. com** 211:5 212:16

**compel** 217:18 223:11,12

**compensate** 175:20 176:8

**compensation** 54:24 55:13,17 57:8,13,18 58:24 59:4 60:5,7,11 68:8,11,14,16 69:2, 15,22 70:5,8,17,22 71:9,23 72:1,2,5,8,18, 20,22 73:6 76:14,20 87:16,24 128:14 131:23 132:2

**competition** 132:4,6 146:13

**complaining** 223:7

**complaint** 52:16 187:5 189:11,20 190:4,8,19 191:7,11,21 192:2,6, 13 196:11,13 199:4, 10,14 201:13 205:8, 14,23 206:17 207:1, 12 208:3 216:1,5,11 217:7,21 218:2,10,18, 19,24 219:4,7,9 220:1,9,13,17,23 221:2,7 228:5,6,10, 14,20 229:1,4,5,6 230:5,6,11,13

**complete** 13:3 148:24 159:5 236:9,11

**completely** 10:23

**completion** 202:9

**complex** 22:16

**comply** 227:7

**compound** 186:4

**computer** 6:20 7:6 8:21 9:16,18 23:13 35:4,5,17 117:24

**computer's** 36:7

**computers** 6:18

**conceptually** 238:21

**concern** 153:6 154:10, 13,17,19 164:19

**concerned** 227:6,15

**concerning** 11:11

**concerns** 154:20,24 155:2,8,11 189:5

**concise** 239:1

**conclude** 240:22

**concluded** 189:18

**conclusion** 21:16 22:2 180:9,13,17

**conclusions** 22:14

**concur** 142:10

**condition** 140:18,19, 22 194:20

**conduct** 118:10

**conducting** 118:7,19, 20,23

**conference** 5:10

**confidence** 239:6

**confident** 136:7

**confidential** 92:5,17, 22 118:13,18 227:17 231:22 233:2,10,20, 21 234:1,3,12 235:7 236:1 237:17 238:4,5, 10 239:2 240:5

**confidentiality** 91:20 234:17 236:10 239:11

**confirm** 6:14 20:21 23:5 74:13 122:15

**conflict** 172:6

**confused** 184:6 185:23 199:24

**confusing** 18:18

**consider** 122:15 238:11

**consideration** 130:18

**consistent** 11:1 38:23

**conspired** 189:8,9

**constant** 98:19

**consumer** 97:8 98:22

**contact** 211:6,10,17, 23 212:9,11

**contacted** 63:24 210:13 211:8,12,14, 16 212:3 213:17

**contain** 156:24

**contained** 47:4 53:11

**contemporaneous** 74:24

**content** 19:2

**contents** 37:16

**contest** 173:14 175:9, 23 176:4 178:3,5,11, 14

**contested** 178:14

**context** 182:3 236:16

**continuation** 145:21

**continue** 63:9 69:3 81:17 86:4

**continued** 63:1

**continues** 39:22 194:11,12 208:19

**contract** 61:3,7,9,17 62:1,7 105:9 132:22 133:23 134:1,5 136:15,17 139:7,14 153:16 156:17 163:7

**contracts** 15:11 44:19 59:2,7,9,11 136:11

**contractual** 208:10

**control** 35:5,7 63:8,15 98:21 106:6 179:1,4, 5,7,10,16,23 213:5 227:11,13 230:8

**controllable** 202:18, 20

**controlled** 214:10,14 215:3

**controls** 214:19,21

**conversation** 67:8,12, 18 73:17 75:1 190:24 231:14 239:7,8

**conversations** 57:1,8, 18,23 59:3 116:18 125:20 190:18 198:17

**convicted** 14:5,7

**convince** 239:17

**convinced** 224:17

**convo** 73:16

**cool** 118:11

**copied** 101:2 111:9,16 121:8 126:19 147:10, 11,13 149:11 152:2,3 182:23

**copies** 66:22 133:11, 17,19 135:10 136:5

**copy** 14:16 101:3 106:13,17 115:6 127:19 131:13 170:14

182:1,14,21 189:20 191:11 192:6 228:19 234:5,6

**copying** 114:10 149:15

**corner** 36:2 133:17 135:15 167:7 183:14 185:13 235:1

**corporate** 54:4 125:7, 13

**corporation** 22:20 23:3 24:3,5 90:1,3

**correct** 7:10 10:19 18:21 29:17,18 30:15 32:22 33:19 38:3 41:5,9,10,12,20,22 42:2,3,4 45:10 46:2,5 48:20 49:18 62:1,4,7 65:4 69:18 72:20,21 86:2,17 91:2 95:11, 18,22 103:1 104:16 109:8 124:19 125:24 126:1 129:8 135:7 145:4,10,11 193:18 196:6,24 197:4 199:4 201:24 202:1 210:10 217:10 237:20

**correctly** 114:19

**cost** 204:22

**could** 7:2 8:17 15:17 17:2 27:16 34:17 35:4 40:16 58:18 59:1 60:10 61:5,15 67:17, 24 70:9 71:19 76:23 89:9,12 94:5 111:2 112:5 119:17 123:17 126:4,8 140:23 150:24 151:1 158:5 162:8 169:22 172:5,6 181:6 191:2 198:12 220:15 228:3,6 232:10,16,17 234:11 236:20 239:7

**couldn't** 40:23 147:2 167:8 234:24

**counsel** 5:15,22,23 6:1 7:24 10:5,10,13 11:4 35:24 37:4 53:4,6,8,9 58:22 112:16 120:5, 13,16,21,24 126:15 127:1,7,14,15 131:13 138:9 144:24 147:10 152:3

**counsel's** 11:9

**Counselor** 172:5

**count** 217:18 218:9, 15,19 228:1

**counted** 13:4

**counterclaim** 84:6 181:23 187:4 189:10 204:13,15

**counting** 13:8

**Country** 175:11 176:8,16 178:4

**counts** 218:15,18

**couple** 5:1 86:9 87:10 170:10 183:13 192:24

**Course** 129:14,23 130:4

**court** 5:7,14 8:7,9,12 11:2 13:15 23:6 28:16 58:7 74:16 94:20 223:6 232:8,16,17 234:7 237:11 238:14

**cover** 129:10 171:10

**coy** 84:5

**craft** 237:8

**cramp** 78:24

**create** 40:2

**credentials** 210:16

**credit** 64:17

**cross-** 12:6

**cross-out** 162:22 164:9

**cross-outs** 164:1

**crossed** 162:10,15,17, 19

**curious** 106:16

**current** 83:24 99:12 203:18 225:21

**currently** 21:13 99:17, 20,21 203:3,8,21

**custody** 227:11,12

**customary** 70:6

**customers** 98:22

**cut** 21:3 50:17,21 87:24 168:18 232:22

**CV** 8:9

**cyber** 211:13

**cybersecurity** 63:24 210:12

**D**

**D-A.-V-I-D** 8:14

**damaged** 206:7

**damages** 205:21 206:1,3 220:24 223:22

**Dan** 112:13 117:14 119:11,13,14,15,17, 22 120:5,14,19 236:20

**Dana** 51:10

**Daniel** 24:19 25:23 28:5,7,10 31:10 50:18,21,24 51:2 58:21 59:1,3,8,19 67:2,5 120:20 127:5,6 147:13 149:4,11,15

**Daniel's** 151:9

**Data** 210:13

**database** 211:24

**date** 5:12 21:13 22:24 31:17 32:17 38:1 68:1 98:23 109:1 115:20 120:18 131:15 132:10 145:17 149:19,23 177:11 183:1 195:21 196:4,16 198:1,3 216:7

**dated** 38:1 65:19 122:2 134:14,16 166:13 193:3

**dates** 25:10 30:8,10 93:14,24 177:16 196:15 197:23 198:8

**Dave** 18:3 67:7,8 109:10 127:21 170:23 182:20

**David** 5:19 7:18 8:6, 13 16:22 17:10,19,20, 21 18:19 26:18 27:3 29:14,16,22 33:16,17, 23 34:6,9,16 43:17,21 47:4,7,9,16,20 48:6 56:8,16,20 57:5,8,12, 18 58:4,13 59:12,17, 19,24 60:7,11,23 61:2,3 62:10,13,18 65:20 66:17,21 67:18 68:6 69:11 70:17,21 71:14,24 72:5,16

73:15 74:17,23 76:13,
19 78:2,3 80:15 82:24
83:5,9 84:23 85:21
87:15,24 93:11,18
94:15,19 95:1,6,20
96:5,7 101:15,23
102:4,9,16,20 103:10,
12,20,23 104:2,23,24
105:1,5,8 106:18
109:4 115:12,15
116:16,20 117:16,21
118:5 119:6,18
122:18 124:24 125:9,
14,21 126:6,7,11,12,
17 127:24 128:6,8,13,
22 129:2,7,17,24
130:10,21 136:24
140:10 141:7,10,23
142:2,17,20 143:4,7,
16,19 144:8 145:9
146:14 147:5,20
149:15 150:23 151:20
152:5 155:24 156:24
159:18 160:6,9,24
166:4,6 167:11,22
168:7 170:2,7 171:1,
5,19,21 172:2,19
173:3,10,12,14,18,22
174:6 175:11,19
176:6,14 177:24
179:1,6,15,24 180:6
182:10,18 183:5
186:22 190:3 201:24
205:9,14,23 207:12,
21 208:1,2 212:18
219:9,13,17 239:6

**David's** 96:22 103:5
**day** 57:19 86:13,22
87:6 101:12 121:21
**days** 86:15 192:24
202:10 213:10,11,24
214:2,4,8,15 234:19
235:10,11 238:1
**DB** 114:3
**dboshea@
compassmarketingin.
com.** 66:18
**dboshea@
compassmarketinginc.
com** 166:5
**deal** 6:24 73:5,9
170:13 230:12
**dealings** 48:15

**Dear** 65:20
**December** 42:16,22
43:9 45:1 65:19 101:3
129:16 167:21 202:9
**decide** 10:13 11:8
**deciding** 151:23
**decision** 56:7 151:21
**decisions** 54:24
119:23
**declared** 7:21
**deduction** 167:19
**deductions** 70:6,7
**deemed** 236:1
**deeply** 227:15
**defaming** 207:20,22
**default** 203:23 204:6
**defendant** 34:15 35:24
48:5 52:15,17,19
221:22
**defenses** 52:17,23
**Define** 30:23
**defined** 63:22
**definitely** 121:8
**deliberately** 225:3
**deliver** 98:20 170:17
195:12
**delivered** 195:8,15
**depending** 27:14 85:4
**depends** 10:20 201:2
**deponent** 12:7
**depose** 26:18
**deposition** 5:10 7:6
8:4 10:21 12:21 13:3,
8 15:3,10 17:4 19:9
20:7,9 26:20 29:1
42:16,23 43:8,13
45:21,23 46:8 79:15
101:3 106:8 118:16
119:2 140:15 141:21
159:4 201:20 219:9
241:6
**depositions** 5:3 6:8
**derive** 88:21,23
**derived** 204:11
**derives** 204:21
**describe** 15:17,18,19
96:5 168:23
**described** 52:18 55:15

**describing** 144:3
**description** 15:9
169:13
**descriptive** 143:13
**design** 98:15
**designed** 158:1
**designee** 54:4
**designer** 98:16
**designing** 205:18
**detail** 122:11
**details** 55:13,17 63:14
**determine** 10:11
60:17 72:19 158:4
234:2
**determined** 77:15
210:17
**detracted** 46:1
**developed** 158:1
**device** 6:15,16 7:6
118:24
**devices** 7:8 98:20
**did** 14:10,11,12 15:2,
4,5,14 16:5 18:10
23:17 24:7,9,20,23
25:4,11,17 26:5
29:19,22 30:4,5,21
31:8,9,10 32:15 33:20
37:8,13 40:8 43:22
49:7,9,16 54:19,24
55:5,23 58:6 59:11
60:1,21 61:1,2 62:5,
13,19 63:5,11,17,19,
20,21 67:9,12 69:10
71:22 72:1 75:9 76:7,
12,16,19 78:20 79:1,4
83:1 84:20,22 85:3,6,
21 86:3 87:17,20,21
88:2,21,23 89:4 90:18
91:10,15,18 92:2,13
93:11,18,22 94:15,18,
19 95:1,6,12 96:5,8,9,
15 97:3,21 98:3,4,14
99:6 101:11,12,15,16,
18,22,24 102:2,8,13,
24 103:2,10,20,23
104:7,9,12,20,21,24
105:5,8,11,13 107:23
108:3,17 116:15
119:22 120:16,17,18
121:20 129:17,20,21,
22 130:22,23 136:15
140:2,4,16 144:12,16

147:7,8 149:17 150:1,
8,16,22,24 159:23
160:9 161:3,5,6
164:20,23 165:2
174:13 176:13 179:1
180:3 181:16,18
183:5,21 186:2,14
187:18,19 190:17
192:8 194:1 195:12
197:21 198:3,11
199:13 203:19 205:7,
15,21 206:20,22
207:7,18 208:2,7,22
210:2,23 211:5,6,8,17
212:9,21 213:3
214:12 215:2,13,19
216:5,11,15,17,23
217:17 225:7,8 230:5,
12 232:14 237:11
239:13
**didn't** 18:22 48:1
60:14 68:21 74:1
95:3,5 96:11 97:11,17
99:19 101:4 104:16
106:8 110:15 111:18,
19,22 113:15 114:21
115:2,20,22 116:3
135:21 139:7 144:2,
14 158:14 159:22
160:14 161:4 163:15
169:19 179:4 181:2,
10,11,12 184:15
185:4 186:13 188:17
198:1 199:22 200:22
204:23 205:11 210:10
212:11 215:6,23
221:9 225:8,9
**die** 36:7
**difference** 60:20
184:10
**different** 17:6,8 18:7
19:13 43:1 44:12
76:18 110:18 112:9
115:1 116:1 124:9
135:11 149:7 164:2,
12 201:23 202:22
213:22 214:1 215:23
222:21 234:16
**difficult** 230:16
**Dimetapp** 97:6
**direct** 8:1 34:4 224:11
**directed** 86:7,8
**direction** 113:24

**directly** 205:11 207:2
210:14 211:13,14
225:11
**director** 120:1
**directors** 25:20 28:3
31:2 165:9
**disability** 13:19
**disagree** 11:3
**discern** 76:9 87:11
**disclosed** 133:11,18
240:4
**discloses** 236:18
**disclosure** 92:18 232:1
233:15
**discovered** 37:18
**discoveries** 157:23
158:13
**discovery** 17:1 19:5
74:17 105:19 132:15
223:9 227:7
**discretion** 35:6
**discuss** 28:22 34:22
110:9 112:14,21
116:15 119:13 201:8,
10 234:4,13
**discussed** 16:13 114:9
116:20 206:24
**discussion** 56:15
198:7
**discussions** 55:23
56:2,18,19 57:12
123:19
**disparagement** 155:4
**display** 35:4
**displayed** 34:19 48:9
65:2 121:15 172:24
187:8
**displaying** 34:24
**dispute** 76:13 195:10
197:15
**distinct** 26:22
**distorted** 185:16
**distribution** 192:1
**District** 8:7,8
**do** 6:9,10 8:19,20,21,
22 9:2,5,22 10:17
11:12,16,18 12:3,11,
13 13:4,7,15,17 17:2
22:8 26:22 27:3,8
28:16 33:2,3,4,5 34:2

35:13,20 36:2,14,19,
20 37:5 38:2 40:10,18
43:14,19 44:16 46:8,
13 48:8,10,16,23
49:3,11,22 51:8,11,
22,24 52:5,7 53:14
54:12 55:5 56:19
57:7,17 59:2,6 60:7
61:12,21 62:22 63:5,
17,19,21 64:16 65:11,
13,16,18 66:1,9,11,18
67:22 68:13 71:14,18
72:7 74:8,9 76:8 77:2
81:21 82:22 83:20
84:6 86:7 88:18
90:14,15,17 94:19
95:1,4,5 98:3 102:21,
23 103:1,23 104:7,19
105:9,11 106:22
108:13 109:3,14,16
110:1,6,7,10,12 111:3
113:22 114:8,15
118:8 119:15,16
121:12,14,17 123:7
130:1,20,23 131:2,6
132:17,19,21 134:16
136:12 137:22 138:16
139:4,10 143:24
145:15 146:23 147:5,
7,8 149:13,14 153:12,
14,16 156:18 157:3
158:24 159:14 161:6,
19 167:3 168:16,24
169:3 170:1,4,9,11,18
171:1,7,12,16,17
172:20,22 173:13,16,
17 174:5 175:6,9,17,
18,23 176:4,18
177:22,23 178:1,2,3,5
179:18,21 180:2
181:14 182:10,24
187:9 189:14 190:1,3,
7,11,12,13,15,23
191:9,15 192:5,11
193:4,9,10 194:8,16,
17 195:1,9,18 197:15
199:2,18 200:23
201:5,13,17 203:2,6
204:11,21 205:12,17
206:15 207:3,16,22
208:3 209:6,18,19,20,
21,22 211:6,8 212:11,
21 214:19 220:15
225:10,23,24 228:7,
24 229:4 233:14

234:10 235:3 236:15
238:9 240:18,19

**doc** 168:10

**docs** 15:13

**doctor's** 6:22

**doctored** 148:5,7
152:7,8 153:24
155:13,23 156:1

**document** 14:13,15
15:9 34:14,18,21
35:11,20,22 37:6
38:14 41:21 47:15
48:7 49:7,12,13,15,
16,20 60:14,16,18,21
71:15 77:4 105:18
106:3,22 107:10,13,
15 108:24 119:20
121:11 122:2,12
125:2 131:21 132:8,
10,12,15,21 133:4,7
134:21 135:6 139:8,
13 144:23 146:10,21,
24 147:1,4,6,20
150:11,17,20,23
152:5,21 153:1,5,6,
13,21,24 154:10
156:23 157:15
160:17,21 161:16,18,
20,21 163:11,13,15,
18 164:7,15 165:3,18,
23 166:22 168:21
171:8,24 172:19,21,
22 176:21 182:5,9
185:16 187:6 193:2
194:6,11 195:6
196:10,13 203:17
208:17 209:2,3
217:20 221:12,14

**documents** 14:10,12,
17 15:2,5 16:9,12,16,
18,21,23,24 17:1,3
19:17,22 37:13 39:21
42:17 43:20,21 106:7
124:16 168:11 179:19
217:24 218:8 219:15,
16 221:24 222:1
223:4,6,8,15,18
224:12 225:4,12,24
227:12,13 233:21,22
236:24

**Doe's** 189:6,12,14

**does** 21:11,20 22:19
23:17 27:9 33:23

53:24 54:22 61:8
68:15 77:16,19 78:6,
21 79:5,24 89:24 90:5
99:10 122:4 131:13
133:24 134:4 148:8
152:14 154:10 162:21
169:17,18 177:14
184:7 185:1 197:16
207:14 208:9 225:22,
24

**doesn't** 10:12 27:16
46:13 69:17 77:5 99:4
111:9 116:10 131:3,4,
5 132:20 143:1,13
148:4,5,10,13 152:16
168:22,23 216:8
217:23 224:7 233:12

**doing** 26:23 78:7,8
105:1 108:18 114:2
189:21 190:20 212:6
218:1 219:8

**dollar** 151:15

**dollars** 99:3 160:11
161:14 220:22 228:18

**domain** 39:20,22,24
40:2,4,6 48:16 63:1,3,
13,21 64:2,5,6,8,12
208:17,18,20,23
209:21 210:3 211:5,9
213:6,9,15 214:10,14,
20,22 215:3,8,21
216:12,18,24 217:5,
19 218:7,10,20
221:24 223:12,18
225:21 228:2 229:7

**don't** 6:20,21 9:23
10:12 11:21 12:15
13:11 15:6,21 16:7,9,
17 18:2,5,11 19:3
23:4,22 25:10,14
26:14 27:11,17,18
29:5,6 30:8,10,18
31:7,10,14 32:4,17
34:3 38:5,9,11,15
40:16 42:6 43:16
45:2,8 47:13,18 48:21
49:9,10,11,12,13,14,
19 53:6,17,21 54:16,
17 55:21 56:2,9,13,17
57:1 58:2,14,16,17
59:13,15 60:1,9 61:4,
14,19 62:15,21 63:7,
14,20 64:9,19,21
65:7,8 67:10,16 69:16

70:13 71:5 72:6,9,24
73:6,8,10,12,22 75:19
76:10,17,22 77:4,13,
20 78:22 79:3,8 80:1,
14,17 81:11,13 83:22
85:8,15 86:8 87:19
88:6,8,10,17,20 89:8
90:9,22 91:14,19
92:4,11,21,23 93:2,
14,24 94:7 99:12
100:14 101:1,10
102:18 103:16 104:4
105:2,10,20 106:6,18
108:6,15 109:18,20,
22,24 110:19 114:17
115:5,23,24 116:7,17
117:1,21 118:2,17
119:14,20 120:17
122:1,23 123:9,13,16
125:4,16,19,23
127:23 128:2,15
129:1,6,19 135:14
136:1,10 137:6
139:11,12,23 140:1,
12,13,21 141:13,20
142:6,23 143:12,13,
18,22,23 144:1,18
146:9 147:1 148:18
149:8,24 150:6,7,10,
11 151:6,22 153:19
155:2,11 156:12,16,
20 158:7,12,13,16
159:4,6,17,22 161:2,
3,23 162:4 163:9,14,
16,19,20 166:3 168:4,
6,21 169:10,23
171:17,21 173:19
174:8 175:8,22
176:17,20 177:6
178:10 179:17,24
183:7 184:14,17
185:7 186:11,16
190:16,22 191:23
192:8,9,18 195:14
196:8,12,14,24 197:8,
23 198:11,12,19,22
199:2,8 200:11,15
201:8,21 202:4 203:5,
9,14,17 204:1,9,10
205:10,15,20 207:13,
21,24 211:19 212:24
214:19,21 217:8,24
218:1,14,16,24 219:1
220:16,18,21,23
221:1,17 222:12

223:1,7 225:5,14
226:10 227:12
228:18,19,20 230:11,
22 231:14 234:23
235:3,6,7,15,18,20,22
236:17,24 237:3,5,7,
10,13,14 238:4,6
239:11,16,18

**done** 6:7 63:15 109:13
219:16 222:16 240:24

**don't** 237:22

**door** 105:12 235:20
238:15

**dot** 113:4

**dot.com** 63:1

**doubt** 105:20

**down** 27:2 34:17 37:2
74:7 101:8 149:5
157:4,23 167:2 186:3
195:23 196:3 207:9
222:19 226:5

**downsized** 83:18,19

**Dr** 97:6

**draft** 59:1 135:16
146:11 147:3 150:21
151:16

**drafted** 59:8,23 121:2
126:18 131:14 148:6

**drafting** 59:19,21
105:6

**drafts** 133:20

**drug** 14:1

**due** 41:16 173:5,7

**dues** 171:19 175:12,21
176:9,16 178:4

**duly** 7:17,20

**Dupaula** 61:23

**Duracell** 97:4

**duration** 60:6 127:16
194:20

**during** 7:22 12:10
21:12,23 22:23 23:19
29:1 85:2,17,19 86:11
127:15

**duties** 33:6,11,13

**duty** 222:8

**dwhite@
compassmarketinginc.
com.** 67:3

**E**

**e-mail** 147:17 182:4

**each** 9:23 16:6 24:21, 22 26:1,2,10 27:24 28:9 38:24 46:24 52:14,18,20 85:21 86:1 103:24 125:8 132:14 135:11 176:19

**Eagle** 80:3,5,13,16 129:14,23 130:3,7 168:17,19 170:2,12, 15 171:2,11,15,19 172:1 175:11,20 176:8,15 178:4 182:20 183:6

**earlier** 19:22 105:4 146:20 172:2

**early** 103:19 225:6

**easily** 239:10

**East** 82:3

**Easter** 113:10

**editing** 150:17

**editorial** 45:9

**edits** 163:2

**Effective** 75:23

**effort** 40:3

**efforts** 63:11 208:22 210:2,8

**eight-page** 34:14 144:23

**eighties** 103:18

**either** 20:3 41:12 56:20 83:16 123:5 149:22 162:18,20 163:16 186:13 196:19 203:16 233:3 237:7, 10,15

**elected** 31:13

**electronic** 39:20 91:9, 10,16 92:2,13 98:1 208:17

**eliminated** 156:14 173:5

**ellipsis** 113:9,18 114:1

**else** 6:15,17,21 7:7 9:14 30:14 31:1 38:6, 12 44:23 47:20 53:18 55:3,20 56:9 61:9 64:7 69:16 71:5,8,9,

11 96:17 97:7 118:6 120:6,14,19 122:5 123:4 124:23 126:7, 10 128:8 129:9 146:7 147:15,18,22 152:17 156:1 161:15 163:23 164:2 165:5 185:3 199:18 206:17 230:23 236:19 237:3 241:1

**else's** 71:22 72:1

**email** 9:10 17:18 18:21 42:14 66:8,10, 12,13,14,19,23 67:3, 5,7,9,20 109:7 110:12,15,16,20 111:12,18,22,24 113:2 114:8,22 115:2, 5,20 116:3,7,22 120:4,7,9,12 145:2,3, 5,10,22 147:5,17 148:1,10,11,13 149:3, 6,10,12,14,16,17,18, 20,23 150:12,13,18, 20 151:9,10,12 152:2 166:4,6,11,13 167:6, 7,11,15 170:7,10 171:13 182:1,11,21 183:9,10,15,19 184:8, 11,15,16,21,22 185:1, 2,3,12,13,15 186:9, 12,14 211:23 214:17 234:11,21 237:8

**emailed** 64:14

**emails** 15:11,14,18,19, 20,21 16:6,21,23 17:9,20,24 18:3,5,9, 16,19,22,24 19:2,4,7, 15,21 42:14,24 64:21 114:16,18 115:8 123:2,20 125:19,23 126:19 128:1 129:5 144:24 146:8 166:20 167:1 183:16 184:12, 13,23 185:23 186:16, 17 199:6 224:4 238:3

**employed** 71:4 83:1,5, 9 93:10 126:10

**employee** 29:17 43:7, 17 44:18,21 45:11,24 47:5,10,23 66:4 72:7 116:18 131:24 132:23 146:16 157:12 160:1 161:14

**employees** 15:23,24 18:24 53:17 62:8,11, 16 73:11 136:21 151:24 155:15 156:8, 19 158:9,15,18 205:18

**employees'** 18:24 72:4

**employment** 27:4 39:18 43:13,15,21 47:9,16 58:24 59:2,4, 7,9,11,22,23 60:5,6,8, 11,13,22 61:2,3,17,24 62:4,7,12,13 70:10, 18,23 71:9 85:2 115:11 121:3 122:16 124:2,5,7,11,12 125:3,9,14 126:5,12, 17 127:21 128:22 130:17 131:22 132:18 133:12 134:1,5 140:16,19,20,22,23 146:13 159:19 162:1 165:8 214:17

**enable** 98:19,20 150:17

**encourage** 104:12,17

**encouraged** 104:17,23

**end** 176:23 177:9

**ended** 84:8 178:15

**Energizer** 104:5,6,7, 10,13,17,18,22

**enforceable** 27:4

**enforcement** 27:6

**engage** 198:7

**engaged** 63:23 107:19, 21 210:12

**engine** 100:6

**enough** 9:6 23:9

**entered** 38:24 39:10 41:4,19,24 47:22

**entering** 165:7

**entire** 50:17,23

**entirely** 10:19 235:9

**entities** 21:12

**entitled** 131:21

**entity** 21:22 24:1 90:2

**equal** 28:8

**equally** 28:4

**equity** 21:14,23 100:17

**Eric** 105:23

**errors** 37:21 160:20

**Esavano** 51:10

**escalating** 202:12

**established** 102:21 109:5

**estate** 189:23 190:5,7, 9,11,14,18,20 191:6, 11 206:11 207:11

**estimate** 84:3 94:3

**estimated** 202:17

**estimation** 144:6

**et** 160:20

**even** 5:6 13:13 38:14 59:16 63:19 64:6 91:21 92:4,6 104:20 110:9 135:17 142:6 148:21 164:16 192:9 237:10,12 239:6

**event** 202:18

**events** 15:12

**eventually** 203:19

**ever** 14:5,7 20:7,10,24 21:21 24:23 31:19 61:2,3 71:14 80:2,8, 12,15 83:1 89:16 91:14,15 93:11 95:6 101:22 102:3,8 107:23 116:15 127:13 129:20 137:16 139:7, 10,14 157:13 160:5 164:20 173:17,20,22 185:20 190:17 204:6 206:23 207:3 208:2

**every** 64:5

**everybody** 30:13 207:5

**everyone** 6:13 241:5

**everything** 64:7 97:4 112:17 113:3 114:1,3 134:9 136:3

**evidence** 12:8 91:15 141:15

**exact** 25:10 63:14 200:16

**exactly** 25:15 26:23 43:16 62:18 63:5,7 84:2 104:4 105:2,10 137:22 168:23

**examination** 8:1 12:6,

**7**

**examined** 7:20 47:16

**examining** 106:5

**except** 9:7 12:8

**exchange** 25:22,23 26:3 128:17

**exchanged** 28:8

**excited** 114:3

**exclusive** 194:22

**excuse** 45:6 46:20 71:23 77:9,18,22 78:14 80:24 81:4 108:24 132:3 168:13 176:2 196:9 198:6 219:22

**executed** 196:4

**execution** 128:17

**executive** 31:24 32:12, 15,20,23 33:10,11,22 34:5 65:24 122:17,21, 22 123:12 178:12 189:15

**exhausted** 224:16

**exhibit** 34:11,19 36:3, 15 44:5,6 48:4,9 50:11 64:24 65:2,17 67:13,20 68:3,6 71:16 73:14,19 98:12 105:15 108:23 117:12 121:11,15 135:4 144:23 145:7 148:23 149:7 165:12 168:12 172:18,24 182:6 186:20 187:4,8,18 193:2 209:9 211:3

**exhibits** 8:20,23 9:10, 19 15:13,15,16 36:17 84:20 174:13

**exist** 44:10

**existence** 59:17

**exists** 61:20

**exit** 110:9 116:15,20 128:19

**expand** 200:17,19

**expectations** 112:8

**expedited** 237:9,12

**expense** 40:3 167:17

**expenses** 127:19 202:17,19,20

**experience** 144:12,14
**expert** 78:11 211:12
**experts** 210:12
**expiration** 212:2
**explain** 100:13 148:18
  180:13,19 222:7
  237:5 238:16
**explained** 220:5 221:5
  227:13
**extensive** 53:16
**extent** 15:12 22:1
  52:23 54:3 180:16
  218:12 236:23
**extraordinary** 151:14
**eyes** 233:11

---

**F**

**fabricated** 124:8
**facsimile** 171:14
**fact** 37:8 56:7 75:6
  84:8 110:18 111:15
  124:8 131:5 175:10,
  24 176:4 178:4 179:6
  180:23 194:1 197:2
  201:11,14 221:21
  232:8
**factor** 151:23
**facts** 52:16 53:10
  91:15 187:14 191:4,
  20,23 192:11,12
**factual** 53:10 188:7
  191:10
**faded** 18:12
**failure** 225:10
**faint** 14:20
**Fallen** 5:14
**familiar** 22:14 154:5
  202:24
**family** 112:19
**far** 11:9 20:2 37:18
  50:4 62:19 80:5 146:5
  158:12 223:5 227:11,
  15
**farther** 27:17
**fast** 36:23 168:13
  235:17
**fax** 170:14 171:9,10
**February** 230:14,17

**federal** 11:2 12:5,8
**fee** 170:3 182:10
**feel** 49:24 112:21
  113:7
**fees** 129:14,16,23
  130:4,11 183:6
**feet** 83:20
**fellows** 223:8
**felony** 14:5
**fence** 196:7,15
**Fernandes** 205:5
  207:9
**Fernandez** 51:9
**few** 104:21 209:6
  213:10,11 224:19
**fifteen** 56:18 57:15,24
  58:1,20 59:16
**fight** 11:4
**figure** 18:8 29:8 33:21
  87:23 168:3 219:15
  238:1,12
**figured** 98:4 113:16
  237:18
**file** 43:21 44:21 45:3,
  11 46:1 47:5,10,16
  124:2,3,6,7,11,12
  125:3 133:12 134:10
  135:12 136:4 173:24
  174:2,3,6,9 196:13
  209:15 212:21 215:6,
  19 216:5,11,15,17,23
  225:10 230:12 238:13
**filed** 8:6 26:17 52:17
  173:12 181:24 187:5
  196:1,11 205:9,14
  212:24 216:1 217:4
  219:10,11 221:10,11
  224:5 225:5 230:12
**files** 43:7,11,13,15,18
  44:18
**filing** 189:20 202:10
  216:21 234:7
**final** 131:16 151:23
  165:2
**finalized** 139:7,10,14
**Financial** 205:3
**find** 22:18 36:8 63:12
  81:1 93:4 112:7
  174:12 218:9 229:5,6
**fine** 7:3 11:24 12:22

17:15 19:20 24:14
  30:2 38:19 45:14 92:8
  136:13 161:24 162:21
  172:7 186:18 196:21
  215:16 238:8,24
**finish** 9:24 22:11
  46:24 47:1 134:23
  196:9 227:1 232:12,
  21
**finished** 31:20 32:7
  51:6 52:2 74:5,6
  137:5 152:24 155:19
  221:17 231:8
**firm** 63:23 64:7
  100:17 192:2,6,10,13,
  20 198:23 199:1,2
  201:18 205:6,8,10,13,
  23 206:16,22,23
  208:4,5
**first** 7:19 25:7 29:13
  35:23 37:1 46:22
  48:6,22 62:18 65:10,
  18 67:13 90:19 100:7
  101:15,16,18 104:15
  108:18 114:7 134:4
  137:18 141:9 142:1,
  19 143:6,12 147:9
  148:24 153:21 154:12
  166:21 168:12 173:3
  185:24 202:14 215:2
  222:13 223:21 224:1,
  20
**firsthand** 171:7
**fit** 33:22
**five** 8:23 9:19 39:12,
  13,14 46:14 85:14,23
  117:1 126:23 127:1
  133:10 135:10 202:7
  209:6 231:3
**five-minute** 231:2
**five-page** 132:8 193:2
**fives** 174:17
**fix** 167:18
**flaw** 119:4
**focus** 137:11
**folder** 135:12
**folks** 123:23 211:11
**follow** 11:8 109:1
  113:6 170:8
**following** 192:21
  195:6

**follows** 7:20
**food** 103:3,5,11
**foot** 202:11,18 203:4,7
  229:15 239:13
**footage** 203:13,14,16,
  17
**for** 5:23 6:5,12 8:5,8,
  11,12,18 9:2 10:14,
  17,20 11:5 12:6,8
  13:8 15:3,10 16:1
  17:4 19:21 20:4,7
  21:15 22:1 25:23
  26:1,2,3,7,12,19 28:8,
  9 30:24 33:4 36:6
  38:17 39:20 40:7
  50:6,22 52:18 54:14,
  15,21 55:14 56:5,7,12
  58:22 59:13,24 64:9
  76:2 77:11,16,19
  78:6,14,19,21 79:3,5,
  22,23,24 81:6,23
  82:4,5 84:11,13 85:15
  86:24 92:18 93:4,12,
  19 94:16 95:1 96:7,
  14,23 97:9,13,16,20,
  21,23 99:2,15,16
  100:3 101:10,12
  102:3,8,9 103:2 105:2
  106:7,9 109:1 110:9,
  14 111:17,21 112:7,
  14 113:10 114:8,21
  115:1,19 116:2
  117:15 118:24 119:4,
  12 120:20,24 122:15
  123:10 124:20 127:16
  128:17 129:12,15,23
  130:10,11,18 132:11
  135:8 140:17 149:19
  168:12 169:8 170:2,
  11,12,19,21,24 171:2,
  3,19 172:2,9 173:10,
  12,14,18,20 175:7,8,
  11,20 176:1,2,6,8,14,
  15,17,20 177:3 178:1,
  4,16 179:2 180:8,12,
  16 181:7 183:13
  185:9 189:24 191:10
  193:3 195:13 197:9,
  13 198:1,9 199:3
  202:3,6,9,16 203:7,20
  204:10 205:18 206:5,
  8 207:5 208:11,17
  210:15 212:6,7
  217:21 219:3,7 220:8,

17 221:13 222:1
  223:14 224:12 225:20
  226:2 227:4,24 228:1,
  7,8,17 229:7 230:1,6,
  7 232:16,18 233:4
  234:15 235:1,19,22
  236:1,12,17 238:5
  240:7,17,22,23
**for/to** 96:21
**force** 173:6,7,10
**foregoing** 37:16 39:7
**forged** 14:15 44:20
  46:10 47:4 60:15
  61:18 115:15 116:12
  147:21 151:17 152:9,
  12,13 157:14 160:16
  161:17 164:6,14
**forgery** 125:1
**form** 24:1 33:24 46:3
  47:11 56:10,23 61:10
  68:9,19 69:12,24 71:1
  90:2 96:18,24 110:21
  131:16 155:9 156:3,
  10 175:13 176:10
  185:5 195:13 197:13
  198:9,15 199:11
  200:10
**formal** 31:13 140:2,11
  197:21
**formed** 23:23 24:1
  30:21
**former** 83:23
**forth** 37:23 52:21
  189:10
**forward** 80:21 113:21
  170:23
**forwarded** 182:22
**forwarding** 149:5
**forwards** 151:11
**found** 100:14 101:9,10
  202:7 213:12
**four** 50:11 65:18,20
  154:16 194:14
**four-** 172:18
**four-page** 168:11
**fourth** 143:16
**Frank** 51:22
**fraud** 14:8 157:15
**fraudulent** 157:18
  158:23,24 162:3,5,23

**free** 49:24 236:7

**Fretland** 105:24

**Friday** 113:10

**friend** 240:14

**friends** 104:1 112:4
118:15

**friendship** 112:11,18
114:18

**from** 6:3 10:9 13:19
18:23 21:12,24 22:3,
23 26:22 30:11 33:17
35:18 39:1,18,23
42:13 46:2,15 56:18
61:12 63:2,13 64:7,13
72:15 74:22,23 78:10
83:8,17 86:3,12,18
87:9 88:21 89:4 93:7
95:16 97:4 98:2 99:7
100:1 109:1,13
110:10,12,13 113:4,
15 114:17 116:12
125:21 128:15 129:11
130:7 134:14 136:6,
18 145:1,2 146:5
147:16 149:3,4
155:14,23 156:7,16
161:22 169:8 170:4,5
171:8,22 182:9
183:15 184:12,20,22
194:15 202:4,22
204:3,14 206:15
208:20 212:12,22
213:1,13 221:24
228:10 232:2,10

**front** 78:4 80:22 112:8
228:20

**full** 51:1 60:4 111:2
130:17 145:19

**fulltime** 112:16
120:13

**fully** 42:4

**fulsome** 239:7

**fun** 109:13 110:2

**functional** 55:2

**funny** 73:22

**future** 76:14 225:12

---

**G**

**Gagliano** 84:21

**Gagliardo** 5:21 7:4,10

---

8:20 9:3,12,17 35:3
43:23 222:6

**Gallagher** 190:13
194:15 195:7,11
198:14,17 201:6

**game** 28:20 81:6

**Garten** 6:5 10:8,19
12:17,23 81:24 82:2
93:3,8 111:23 116:24
117:2,16,23 118:12
120:7 122:4,7,9
137:18,24 138:18
140:6 148:16 149:1
152:20 153:2,7,10
154:1,4 165:13
172:14 176:24 177:4,
17 180:7 183:1,3
185:24 186:3,22
188:18,20 193:13,19,
21 194:5 200:10
209:6,10 216:9
220:11 229:13,16,20,
24 230:17,19 231:2,4,
7,16 233:8 240:11,13,
21

**general** 36:1 39:7
48:12 63:15 112:16
120:5,13,16,21,24
126:14 127:1,7,14,15
131:13 147:10 152:3
237:5 238:2,16

**generalization** 142:10

**generalizing** 142:8

**generally** 59:9,12
63:7,17,19,20,23 73:5
114:15 156:8

**gentlemen** 81:4

**George** 39:19 40:20
41:2,17 42:2 48:15
50:18 51:2 62:19
63:10 64:14,20
208:16 209:20
210:15,17,24 212:23
213:1,5 214:9,13,14,
16,22 215:2,20 217:9,
11 218:6 236:21

**get** 6:7 8:24 14:20
18:11 27:10 28:13
30:20 63:15,21 64:13
67:24 81:21 99:6
101:18 105:11 111:11
112:22 113:13,21,24
141:20,21,22 157:13

---

158:11 159:4 167:23
170:10,13,18 176:24
188:16 196:14
209:12,23 213:15
223:18 225:24 228:10
233:2 236:2,6 239:13,
22

**getting** 57:15 109:13
112:9 166:19 227:5
229:14

**give** 8:18 15:8 17:13
27:13 45:8,9 56:8
76:3 84:3 94:6 137:24
154:10,12,16 174:15,
19,20 180:8 186:21
209:4 223:1 229:2,17,
22 235:10 236:5

**given** 149:18

**gives** 27:5 230:24

**giving** 27:1 28:7
222:22

**glad** 240:16

**go** 8:16,24 9:17 17:4,5
21:6 27:16 28:12 35:8
36:22 37:2 38:21
39:12 48:12 49:22
53:14 65:17 74:7
79:13 82:16 88:4 91:5
93:4,7 94:9 95:15
100:2 108:10 119:9
122:11 132:9 138:5
145:23 148:22 152:21
161:8 165:19 172:15
176:23 181:20 182:2,
16 187:21 188:20
193:4,21 217:13
222:4,15 229:1,4,5,6
230:22 231:9,18
232:8,16,17 234:7
239:18,24

**goes** 27:15 39:6 65:9
157:23

**going** 5:2 8:19,23 11:3
12:18 17:13 26:22
27:2 29:7 41:6 50:16
52:22 56:21,22 58:1
65:17 72:11 74:12
75:4 76:20 77:12
79:19 81:14,15 82:22
92:18,20 93:15 106:2
114:7 119:1 131:20
137:19 148:21 149:5
154:1 166:18,23

---

170:19 174:23 176:24
193:4 195:24 196:7
209:11,12 213:14
221:4 222:4,17,18
224:17,20 226:5
227:19 228:14,21
230:21 231:11,14
233:10 234:10
235:16,19 237:24
238:3 239:4,9,15,20

**golf** 80:3,5,7,13,16
129:14,23 130:3
168:16,20 169:4,8
170:2 171:1,11,19

**golf4me** 115:14

**golf4me36** 114:6

**golf4me36@aol.com**
109:2,3 113:4 145:9
170:6

**gone** 83:14 130:14

**good** 9:6,13 46:14
53:4 104:11 144:9,10
206:10 230:20 241:5

**goods** 98:23

**Google** 63:24 64:10,
11,14 210:14 211:7,8,
9

**Google.com** 212:3

**Gosh** 106:18

**got** 100:22 101:4,5
105:14 114:4 115:6
118:21 122:7 145:1
157:4 166:24 172:14,
15 185:14,15 191:21
206:6

**gotten** 164:16

**grand** 20:9,16,18

**granted** 128:11

**gray** 148:18,20

**grayed** 148:17

**great** 40:3 80:18 113:7
168:8 170:9,22 182:1,
14

**Greenwich** 145:18
149:21

**Greenwood** 62:3,6

**Greg** 9:9,12 10:20
12:17 50:15 69:8
70:20 73:21 81:24
92:10 93:3 99:6,24
103:2 104:16 111:5

---

117:16 118:4,12
120:7 134:2 148:16
158:10 159:3 166:15
182:12 186:19 187:17
200:4 201:16 204:5
209:3,6 210:7 214:7
217:3 218:24 219:5
220:2,13 222:7
224:19 227:5 229:16,
20,21 230:1 231:21
235:22 236:4

**Gregory** 5:18 6:19

**ground** 8:16 46:22,23
77:22

**grounds** 39:3 105:21

**group** 141:11 142:3,
21 143:7

**grow** 111:2

**guarantee** 79:24

**guess** 7:7 33:21 64:20
82:22 87:18 94:2,5,8,
9 103:13 108:8,9,11,
16 114:8,20 141:4
149:20 158:11 167:13
171:12 176:6 205:2
207:16,17,18 228:22

**guessed** 108:15

**guessing** 92:20 94:8

**guy** 201:6 239:17

**guys** 6:10 81:5 118:21
124:16 134:7 228:17
229:18 234:11,18
237:4 240:17

---

**H**

**had** 6:22 9:15,18 23:9
25:21 26:4 30:14 32:4
40:1,5 41:19 53:23
54:1,13,15,18 58:13
59:3 61:24 62:3,6,8,
11 67:18 69:7 77:23
78:24 83:9 84:6 97:17
103:13 106:17,19
120:21 123:2,5
125:21 132:22 140:9,
16,20 142:9 146:21
147:23 148:17 151:23
156:18 172:6 179:5,7,
10 181:5,20 183:6
187:14 190:15,23
201:24 202:3 207:22

208:3,15 210:24
212:16 213:4,5
214:13,17 218:5
234:1 236:24

**hadn't** 234:18

**hair** 111:3

**half** 28:9 82:7 84:4,10,
17

**half-a-million** 151:15

**half-a-page** 157:24

**hand** 7:16 23:9 36:2
133:17 135:15 183:14

**hand-edited** 162:8

**handle** 112:15 181:16

**handwriting** 65:11,12,
14,15 153:12,13
155:16 160:17
161:17,19

**handwritten** 159:7,9
163:2

**hang** 229:18

**happen** 26:5

**happened** 62:18 112:6
137:8,9 149:13
166:24 168:6 214:4

**happening** 19:19 84:8

**happens** 27:11

**happy** 70:11 167:20,
22 187:12 197:9

**harassing** 138:15,17
200:5

**hard** 154:2 175:2
235:1,19 238:5

**harm** 189:9 206:18

**has** 7:21 21:20,21 24:4
27:3,4,23 34:14 37:22
39:17 40:5 44:17,22
45:11 46:1 52:15,23
53:6 54:7 60:3,4
64:24 65:20 73:13
83:14,18 84:15,16,18
90:15 98:23 106:4
107:23 112:6 114:13
118:8 121:12 122:13
132:10,12,13 146:11
149:18 156:7,13
159:4 160:16 165:14
170:8,24 175:6
185:13 187:21 194:14
202:22 203:3 206:10
209:19 212:2,15

213:10,15,18,24
214:2 215:14 217:9,
10 219:9,11,16 220:4,
6 222:9,14,16,17,19
223:16,24 224:2,3
227:7,9,13 230:15
231:24 240:11

**hasn't** 20:3 212:15

**have** 5:1 6:19,20 7:23
9:12 10:1 11:8 13:2,7,
24 14:5,7 16:15,24
20:7,10,16,24 21:11
24:8,14,23 27:7 30:9,
21 31:14,19,21,22,23
32:2,4 33:6,9 35:16
37:15,21 38:14,17
42:13,15 43:19 44:18,
19,20,22,24 45:2,5,
10,17,24 46:8,9 49:11
51:1,14,15 52:15
53:4,18 54:20 55:12,
16,19,23 56:17 57:7,
17 58:2,7,14,24 59:8,
16,18,20 61:9,12
62:8,11,13 65:7 67:12
69:7 72:16,19 73:3,6,
13 74:17 78:1,9,10,18
79:16,20 80:2,8,12
81:1 83:2,8,20 84:23
87:12 89:16 92:23,24
94:7 97:22,23 98:12
99:3,4 101:5 102:21
105:6 106:7,16
107:12 108:8 109:5,
11 110:2,5 111:4
112:15 114:1 116:17
118:3,15 119:15,22
120:5,12,16 121:2,4,
6,10,20 123:7,23
124:1 125:19,21,23
126:3,8,19 127:23
128:2,24 129:6
130:14 131:3,4,5,6,
14,18 132:23 133:6,7,
17,18,24 134:4,7,9
135:14,16,24 136:2
137:12,21 140:2
143:13,18 144:2,12,
14 146:8 147:2,11,23
149:8,22 151:2,3,5
152:3 153:16,20
154:6,9,18,24 155:2,
8,11,14 156:17,24
157:6 158:7,9,12,13,
16 159:15,20,24

160:2,5,10,13,22,24
161:2,3,10,13,21
163:7,12,16 164:18
165:9,20,23 166:18
168:5 169:1 170:1,6,
19,20,21 171:1,7,12,
16,17 172:17 173:13,
16 174:8,18 175:22,
23 176:4 178:3,5,8,9,
15 179:2,4 180:3,5,
21,23 181:2,19 182:2,
3 183:19 187:3,5,24
188:3,6,9,12,23
189:2,12,18 190:3,17
191:9,24 192:11
195:11 198:12 199:2,
5 201:14,22 202:2
203:2,5,10,18 207:15,
24 208:12 209:13,15
211:3,11 214:24
215:13 217:4,18
218:1 220:5,16 221:2,
7,10 223:7 224:16,20
225:22,24 226:12,14
227:3,12 228:19
230:10 231:11,13,14,
22 233:8,20,21,22
234:24 235:4,6 236:9,
11,14,16,24 237:5,7,
18,22 238:12,13
239:3,7,19 240:4,12,
17,21,24

**haven't** 157:4 164:16
218:2 220:16 223:5
228:6

**having** 7:19 54:12
75:2 101:3 146:17
155:16 169:7 179:15,
23 184:17 210:18
223:9 224:13 234:6

**he** 6:22,23,24 7:1 11:7
16:18 17:5,11 18:12
19:8 28:13,15 35:2
42:23 43:13,16,18
45:21 54:1,4,6,7,14,
20,23,24 55:1,3,5,7,
12 57:9,13,19 58:22
59:1,20,23 60:1 61:24
62:3,5 69:6 71:4
73:15,22 76:3 78:4
83:1 85:3,6 86:3,5,7,
12,19,21,24 87:1,2,5,
6,9 93:22 94:1,12
95:23 96:1,8,9,12,13,

15,20 97:2,3,4,5,6,7,
12,14,17,18,19,21,22,
23 98:3,4 102:18,19,
21,22,24 103:7,13,21
104:3,4,7,8,9,11
105:2,11,13 117:20,
23,24 118:2,14,15,17,
20,23 119:1 120:24
121:2,4,6,8 122:20,21
123:11 124:4 125:9,
14 126:18 127:1,7,9,
15,21 128:14,23
133:13 135:12,13
136:20,24 138:11
139:18,19 140:1
142:4 143:1,15
144:10,16,20 147:14,
21 151:11 152:21,22
153:2 168:9 170:20
178:15 179:4 180:3,
10,22 181:10,11,12,
13 182:23 195:7
196:11 200:12,13,14,
15 215:14 222:14,17
227:13 228:22 230:15
234:24 239:11,12,13

**He'd** 86:9

**he's** 16:18 54:4 97:15
187:17 227:14

**head** 111:2

**header** 148:1

**headquarters** 83:3,5,8

**health** 55:7,10 127:18

**hear** 11:17,19,21 23:6
35:14 36:4,5 40:16,24
43:22,23,24 74:1,2
75:10 76:7 81:24
97:11 101:15,16
119:1 180:15 229:21

**heard** 20:24 45:1 80:2
89:16,18 231:21

**hearing** 44:23 46:7
240:7

**hearsay** 10:14 198:16

**heck** 238:2

**held** 8:10 21:13,21,22
22:12 24:21 25:22
26:10 27:24 28:6
31:19,22,23 120:3

**help** 14:22 60:10,17,
18 61:5,15,18 67:17
68:1 71:19,20 72:14

76:23 89:9 105:9,11
116:19 123:3,6,21
126:4 191:2 237:2

**helped** 89:1

**helpful** 8:18 141:2

**helping** 105:1

**here** 5:10 6:5,22 9:8
10:13 19:19 20:1 21:3
35:15,18 37:1,3,13
38:21,22 44:5 46:17
60:4 68:23 73:13 81:7
82:23 91:20 95:15
98:12 100:19 112:2
113:3 117:12 118:3,
22 119:11 127:13
137:13 149:2,12
158:5 161:24 163:20
165:19 167:2 168:1,
10 169:2,3 172:17
174:12,21 175:5
176:19 180:8 182:1,
21 187:11 189:17
193:5 207:8 209:19
211:23 215:1 223:4
229:15,16 233:8
234:9,20 236:17
237:2 239:4

**herein** 7:19 37:23

**hey** 118:4 167:11,12,
14,16 182:19 236:7

**hide** 225:4

**hiding** 223:13,14
224:12 225:12

**higher** 140:10 143:20

**highlighted** 120:12
137:21

**highlighting** 169:4

**highly** 227:17 233:24

**him** 7:2 14:20 16:14,
19 17:6 27:5,12 28:17
55:16 68:7 70:4 75:1
78:5 92:7,22 100:15
101:18 104:12,17
112:15 113:13 119:13
133:21 134:23
137:23,24 139:6
140:15 144:13 151:2,
21 159:22 170:20
172:14 175:20 176:8,
14 180:8,11,13,18
181:2 190:16 200:17
209:11,14 226:14,18,

22,24 227:24 228:21
234:15 240:12
**himself** 26:1 54:23
126:6 135:18
**hire** 55:13,17 60:8,9,
12 151:21 194:1
**hired** 32:23 33:7 57:9,
14,19,20 59:12,20
139:19 144:3,5,13
151:20
**hiring** 58:23 119:22
151:24
**his** 19:8 30:11 35:5
39:19 42:22 43:8,13
45:20,23 47:10 54:8,9
55:2 57:8,13,18 60:2,
6,8,9,13 62:24 68:7
69:6 70:6,8,22,23
71:9 75:2 76:20 85:2
91:1 117:17,23
122:19 123:1,5,7,11,
14 124:1,5,7,10,12
125:2 126:4 131:5
133:12,16 134:10,23
136:4,21 139:22
141:13 147:16,17
151:10,11,12 152:22
171:3 173:24 174:9
177:9,10 178:16
180:11,13,19 194:14
196:11 200:16 208:16
228:22
**history** 157:9,12
163:20
**hold** 22:19 23:2,17
24:20 31:8 33:11,21
46:13,14 81:1 91:23
93:6 94:22 117:16
137:4 145:24 148:22
149:2 162:12 166:18
174:18 181:24 216:9
227:23 231:10 232:12
233:1 237:23 238:19
**holding** 117:17,23
118:24
**holds** 21:13
**hole** 222:19
**home** 83:17 127:19
170:17
**honestly** 74:1 235:6
**honor** 208:10

**hope** 113:6 130:15
167:12 170:9 225:14
**HORDAN** 229:4
**horse** 238:21
**hospital** 129:4
**host** 64:4 87:20
**hosts** 64:6,8
**hour** 13:4 82:7
**hours** 13:2,7 14:1
205:17 236:17
**how** 20:16 25:16 30:5
33:9 36:17 69:10
75:21 82:5 83:20,24
84:8,12 85:3,6,20
86:11,12,18,23 87:5,
21 88:2,7,10,18 89:18
90:15 91:18 92:19
95:13 96:5 101:10,12
106:16 112:10 114:17
130:23 140:15 141:22
147:8 148:4,5,8
149:21,24 150:6,7
151:1,19 157:7,13
160:2 169:3 170:11,
18 180:5 181:14
204:11,21 205:17
212:15 219:3,6,18,24
220:8,17 225:7,8,19
227:24 228:3 239:12
**HSH** 103:3
**http://www.
compassmarketinginc.
com.** 146:1
**huge** 99:1
**huh** 150:2
**hurt** 112:5
**Hyatt** 190:9,11,14,18,
20 191:3,5,10 192:20
193:7,11 194:16
195:3,9,12 197:12,21
198:8 201:5 202:3,6

**I**

**I'D** 30:18 108:8 110:4
232:2 233:23
**I'LL** 112:17 226:24
238:8
**I'M** 92:15,18,22 93:2
94:18 96:20 101:16
104:21 105:13 106:8

110:16 113:19 114:10
124:7 129:21 131:8
132:3 137:7,8 139:6,
12,13 140:17 147:14
148:20 150:7 157:14
158:10,11 160:2,10
163:21 164:17 168:3,
9 170:22 172:17
179:19 180:12,13
184:6,16 185:23
186:10 187:12 188:16
191:8 193:4 194:3
195:15 198:6,16
202:24 211:10,11,22
212:11 218:2 224:10,
17,22 225:14 227:4,
15 228:8 230:21
233:14 234:5,9
235:19,20 237:2,9,12
**I'VE** 19:18 35:7
105:14 144:18 154:21
217:8
**idea** 20:16 92:23,24
152:16 161:21 168:5
221:10 231:1 235:6
236:5
**identical** 133:16
136:17 147:20 151:16
**identified** 23:19 44:19
52:18 74:17 78:18
105:4 145:3 164:18
170:6 189:12 215:13
223:8
**identifies** 234:11
**identify** 19:21 52:14
126:13 128:8 136:4
163:4 236:16
**identity** 38:23
**if** 5:6 6:24 8:17 10:13,
21 11:24 12:1,17
13:10,12 17:1,3,8
19:7,15 27:2 28:16,20
29:8 30:23 34:17
36:21,22 37:20 38:12
41:10 43:23 47:16
48:21,23 49:13 50:12,
14,23 53:2 59:16
61:19 63:5,19 66:23
67:24 68:2 69:10
70:9,10 73:12 77:6,11
79:5,10,22 83:1 86:7
87:19 88:22 91:14,20
92:22 93:2,5,11 94:8

100:10 101:5 102:17
104:7,20,24 105:5,8
106:3,8 108:8 111:3,
23 112:10,14 115:23,
24 117:8 119:1,12
121:24 123:2 127:13
131:4 133:1 136:5
138:4,8 144:17
147:14 148:18,22
150:10 153:18,22
154:4,16,24 155:8
156:15 158:4 159:6,
13 161:11 162:2,22
169:9 170:14 172:1
178:8 179:1 180:3
181:6,20 182:13
187:12 195:23 198:5,
11 204:1 205:12
206:15 207:3,8,21
209:4 212:12 218:9,
19 221:9 222:7 225:5,
20 228:3,9,13,18
229:1,6 230:23
231:13 232:5 234:2,
13 236:5,20 237:10
239:9
**ignore** 182:24
**illegible** 182:16
**Illinois** 146:15 170:18
**illuminating** 241:1
**imagine** 237:10
**immediately** 128:20
162:7
**impair** 13:20
**impaired** 9:4
**imply** 225:2
**implying** 225:15
**important** 25:16
117:11 213:16
**impossible** 228:7
**improper** 224:8
**improvements** 202:9
**in** 5:5,8,11,17,19,24
6:2,4,7,8,10,15,16,17,
20,21 7:1,5,8,9,12
8:7,21 11:6 12:18
13:8 14:1 15:2,8,9,13
16:6,13,24 17:3 19:4,
8,24 20:3,11,18 21:21
22:3,20 23:3,18
25:17,22 26:3,18,20
27:5,12 28:8,13,15,17

29:7,22 31:2 35:5,17
36:7 37:8 38:16 39:6,
15,17,18,23 40:7,17
41:3,7 42:4,16,22
43:8,9,12,20,21 45:1,
3 47:4,10,15 49:17
52:16,17 53:11,18
54:9,17 56:1,2 58:10,
19 60:3,11 61:9
62:18,23 63:2,15,22,
24 67:20 68:3,5,7,15,
16 69:2,5,17 70:4,6,
19,22,23 71:6,8,10,
11,12,23 72:1,10,11
73:2 74:8,10,17 75:2,
5 76:1,3,5,14,19 78:1,
2,4,11,23 79:21
80:11,22 83:5,12,13,
16,23 84:6,7,12 85:22
86:12,19,20,21,24
87:1,9,18 89:19,21
90:16,19 91:15 93:12
95:14 96:2,6,9 98:19,
22 100:7 101:3,22,24
102:19 103:16,18,20,
23,24 105:1,6,18
107:12 108:1,19
109:7 113:8,10,13,18,
20 114:13,14 115:6
116:18,22 119:2,23
120:16 121:21
122:11,24 123:17
124:1,2,5,8,10,16
125:2,16,17 126:3
127:16 128:12,17
129:18 130:3 131:16
132:11,15 133:16,23
134:9 135:3,12,15
136:22 137:3,7,8,9,
11,15,17 138:2,24
140:1,7 141:7,9,10,
11,23 142:1,2,3,17,
19,20,21 143:4,5,6,8,
16,20 144:5 145:10
146:21 147:21,24
148:3 150:10,18
151:8,12,21,23
153:20 155:6,18,22
156:6,19 157:9,12,14
158:5,9,15 159:18
160:1,24 162:2,4,16,
22 163:24 164:8,13
165:21 166:11 167:7
168:1 170:4 173:3,6,
7,10,22 174:2,11

175:10,19 176:5,7
178:15,24 179:22
180:23 181:8,23
185:13,14 189:5,10,
15,19,23 190:4,5,8
194:1,18,21 196:1,10,
13,15 197:19 198:7
200:9 201:20 202:7,
18 203:1,20,23,24
204:3,6,7,12 206:6,
10,12,13,18 207:15
208:20 209:13 210:15
211:20 212:2,22
213:7 214:2 215:4,11,
21 216:5,11,15,17,23
217:8,21 218:4,7,9,
18,19 219:1,4,7,10,17
220:1,8,17 221:20,22
222:1 223:6,9,16,23
224:15 225:1,6,7,9,
11,12,18 227:3,7,8,14
228:1,2,5,20 229:1,8,
18 230:6 233:13,20
234:3,10,15,18 236:1,
6 237:5 238:2,7,16
239:5,12 240:19,24

**inability** 221:24

**inaction** 223:14

**inappropriate** 10:23

**inaudible** 223:10

**Inc** 5:12 8:7 21:1,9
100:8 113:1 132:22
146:1,12,16 193:6
208:18

**Inc's** 34:15

**Inc.'s** 48:5

**Inc..net** 40:2

**Inc.com** 39:21

**inches** 148:12

**include** 25:21 40:7
68:12 69:15 127:18
136:15

**included** 47:10 68:16

**includes** 68:11,14
131:18 147:4 151:13
157:5 164:6 237:19

**including** 55:14,22
56:6,14 62:9,10 129:4
158:20 189:22

**incoming** 40:5

**inconsistencies** 68:24

**inconsistent** 68:17
69:7

**incorporation** 24:7,10
31:5,17

**incorrect** 41:11,12
157:2 199:5

**incorrectly** 146:21

**increase** 89:5 202:19

**increments** 175:11,19
176:7

**Indeed** 40:1

**indicate** 99:15,16

**indicated** 98:7 101:9
201:22

**indicates** 58:22

**indicating** 124:10

**indictment** 20:12

**indifferent** 142:4

**indiscernible** 14:13,16
16:10,20 17:16 18:6
22:9,15,16 23:1,2,15
26:13 38:18 42:16
46:12,16,19 67:16
74:19,20 77:7 79:9,17
80:19,23 92:9,10 98:1
99:1 106:13 113:14
136:19,20 137:10
142:15 157:7,9
162:11,12 169:16
180:17 182:7 197:3,
16 204:12 207:6
208:19 211:12 215:14
216:6,8 219:20 220:3
221:19 222:3,11,23
224:8,14,21 225:13
226:3,7,8,16,17,18,
20,21 227:22 228:11,
12,15 229:3 230:6
231:1 232:6,18,20,24
235:11 238:18,23
239:23

**individual** 28:1
131:24 184:22

**individuals** 31:12
125:20 149:22 189:6

**ineligible** 163:4

**informal** 140:2,11

**informally** 31:4,6
143:20

**information** 37:18,22,
24 39:5,15 40:8 45:3

52:19 53:18 92:17,23
189:7 213:4,16,23
214:13 226:5 227:17
228:14 231:23 232:1
233:16 234:3 237:20
240:5

**informed** 55:12,16

**ingested** 13:24

**initial** 123:14

**initials** 132:12 133:16
135:15

**input** 124:7

**inside** 133:12 135:11

**inspect** 176:21

**instance** 10:14 11:5
30:24

**instantly** 192:21 199:7

**instead** 167:17

**instruct** 11:1,7 73:21
118:13 228:21

**instructing** 92:16,22

**instructions** 38:24

**insulting** 21:7

**insurance** 55:7 127:18

**intend** 196:8

**intended** 173:6

**intending** 173:8

**intent** 130:17 139:5
197:20

**interest** 21:21 24:20
236:23

**interested** 58:10 78:1,
2,11 79:21 137:7,9
225:18

**interesting** 56:5

**interests** 23:18

**interfere** 77:23

**interfering** 167:1

**interim** 236:6

**internally** 212:13

**internet** 99:7 100:18,
20

**interrogatories** 34:17
35:12 39:16 41:8 44:8
47:15 48:7,20 49:17
52:20 53:3,7 209:13

**interrogatory** 37:9
38:17 39:3 50:9 52:12
53:11

**interrupt** 46:21 79:8,
10,23 151:7

**interrupting** 79:12,17
138:2

**into** 39:1,10 40:12
41:4,19 42:1 47:22
48:13 105:11 113:13,
17 165:7 222:21

**introduce** 5:15

**introduces** 35:24

**invented** 158:1

**inversion** 25:22

**invest** 90:19

**invested** 89:19,21
90:15,23

**investigated** 210:17

**investigation** 20:19
210:24

**investment** 98:23,24

**invoices** 64:13

**involuntary** 128:19
129:11

**involved** 151:21

**involvement** 105:5

**involving** 14:8 17:19

**ipad** 35:2

**irrelevant** 218:11

**is** 5:7,12,13,18 6:2,6,
14,17,19,22 7:3,4,8,
22 8:3,4,8,9,13,14,20
9:15,23 10:3,13,19
11:10,11,13,23 12:2,
13,16,19,22,23,24
14:4,14,15,19,20,23
17:3,6,11,13 18:18,21
19:6,12,13,18,19,20
20:1,2,4,10,17,18,22
22:16,23 23:11,13
24:12 25:16 26:15,16,
17,20,21,23 27:6
28:13 29:14,17,18
30:14 32:21 33:15,18,
19,22 34:14 35:23
36:17,21,23,24 37:5,
10,14 38:6,9,11,12,16
39:2,3,4,5,8,15 40:22
41:4,9,10,17,20,23
42:2,3,4,5,6,12,14,20
43:1 44:15,16,17
45:6,7,10,18 46:2,5
47:6,7 48:4,5,7,13,18,

19,20,21,22,24 49:2,
5,13,21 50:3 51:22
52:4,10 53:10,17,19,
20 54:17 56:21 57:3,
11,22 58:1,5,11,12,18
60:10,14,16,24 61:1,
5,15,17,19 62:1,4
64:4,18,19,22,24
65:1,3,6,8,9,10,14,15,
16,23 66:4,5,6,7,8,12,
17,19 67:13,17,19
68:3,4,5,6,16 69:5,20,
22 70:16 71:5,6,11,
12,19 72:10,20 73:1,7
75:2,5,9,12,17 76:5,
15,23 77:2,3,6 79:8
80:5,10,11,18 81:6,23
82:17,22 83:6,11,12
85:11 86:6 87:10
89:9,14,18,19,22,24
90:3 91:20 92:6,17,
18,20,24 93:1,4
95:11,17,21 96:2
97:19 98:8,9,13,15
99:1,2,4,12,16,17,18,
20,21 100:1,9,15,16,
17,18,19 104:6,21
105:15,17,23 106:1,3,
11,14,15,21 107:4,6,
9,10,11,14,16,17
108:23 109:4,6,7
110:14,16,19,20,24
111:3,13,15,16,17,21
113:6,10,13 114:8,20,
23,24 115:1,4,5,15,
19,24 116:2,12,19
117:16,18,20,23,24
118:2,12,13,18,20,23
119:1,7,13,14,20
120:23 121:11 122:2,
11,24 123:10,17
124:7,9,12,17,20,24
125:17 126:9,10,21
128:2 129:8,10 130:2
131:4,11,15,21 132:8,
12,14 133:1,3,4,10,
15,22,24 134:16,18
135:4,5,7,8,9,20,21,
22 136:5 137:1 139:8,
12,15,16 140:15
141:4 142:4 143:22,
24 144:22,23 145:2,5,
10,12,17,21,22 146:2,
4,5,14,18 147:1,3,10,
16,24 148:2,11,12

149:2,4,5,7,10,12,19
150:12,13,16,20,22,
23 151:1,5,7,8,10
152:5,7,10,18,20
153:17,20 154:3
155:4,7,12,13,18,22
157:15,16,19,21
158:5,11,23 159:1,3,
5,6,21 160:4,14,23
161:16,21,23 162:2,3,
4,5,8,9,22 163:1,4,23
164:1,2,11,14 165:12,
17,20,23,24 166:2,4,
6,9,10,13,15,21,24
167:6,12,19 168:2,3,
9,10,11,12,13,14,18,
22,24 169:10,11,23,
24 170:5,9,17,22
171:9,12 172:7,18
173:2,9,21 174:1,12,
18 175:2,3,5 176:18,
20 177:12,24 178:17,
18,20 180:7,24 182:1,
13,14,16,21 183:1,8,
10,12,15 184:16,19
185:10 186:1,23
187:4 188:9 189:6
190:9 191:2,4,14
192:1,2 193:1,2,4,17,
20,23 194:1,2,10,19,
21 195:4,17,19
196:19,21,24 197:1,3,
14 199:4 200:4,10,19,
23 201:23 202:2
203:3,7,11,17 204:14,
18,22 205:2,4 206:3,8
207:11,16 208:8,9
210:10,11 211:4,23,
24 212:2 213:14,22,
24 214:1 217:7,10,11
218:9,11,15,19,24
219:1,2,5,6,18,24
220:8,13,17,23 221:1,
14,16,19,20,21,22,23
222:10,15,17,19,23
223:2,12,14,16,23
224:12 225:3,11,20,
23 226:4,6,8,12 227:2
228:1,8,9,13,14
229:1,16 230:6,11,12
231:8,19 232:2,6,11,
23 233:2,3,14,19,23
234:2,4,5,9,10,17,21
235:6,24 236:4,5,7,8,
10,16 238:24 239:10

240:2,4,9

isn't 169:20 224:11
226:2 234:15

issue 12:23 19:13 20:1
125:17

issued 26:2 28:6,10

issues 91:20 92:5
174:11

it 6:16 8:17 10:19
11:10 12:24 13:14,15
14:16 18:7,12,18
19:23 20:15 21:22
22:1,16 23:24 24:1,2,
3,4,7,9 25:14 26:16,
23 27:9,16 29:14,20
30:4,5,9,21 31:11
32:19 33:21 34:4,14,
22 35:4,8,18 36:3,14,
22 37:7,14,20 38:22
39:3,4,6,10,11 41:6,9,
19,24 42:4,20 43:5
44:11,15,16,17,23
45:6,7,10 46:13 48:2,
4,8,10,23,24 49:1,4,5,
6,9 50:11 51:14 52:14
53:22 54:1,18,23
55:4,22 56:5,14 58:1,
21,22 59:1 60:3,17
61:20 63:9 64:18,22,
24 65:5,6,7,8,19,20,
23 66:1,3,5,6,8,17,18,
21,22 67:2,11,13
68:15,23 69:14,17
70:8 71:3 72:16 73:5,
8,16 74:22,23 75:11,
12,21,22 76:1 77:6
78:23 79:1,14,20,23,
24 80:10,11 81:23
82:3,17 83:12,18
84:12,13,15,16,18
85:4,23 86:8,9,14
87:12,23 88:21,23
89:1,18,19,24 90:3,
15,23 91:6,10,14,15,
18 92:2,13 95:13,15
98:15,23 99:2,17,20
100:14,17,22 101:2,5,
7,11 102:7 104:21
105:15,17,20 106:4,5,
9,14,19 107:1,2,5,11,
12,16,22 108:3,7,13,
15,19,23,24 109:10
110:8 111:3,9,10,13,
15,16,19,20 112:1,15,

16,23 113:4,19 114:4,
10,13 115:5,6,20,22,
23 116:10,12,14
117:11,12,13,17,24
118:3,8,12,18 119:2,
4,11,17 121:11,18,19,
23 122:7,11,12,13,14
124:15 125:4,6
126:14 127:11,17
128:11 129:10
130:16,19 131:3,4,5,
6,13,18 132:2,9,10,
13,20,21 133:1,3
134:14,16,18 135:9,
17,21 136:17 137:18,
21,23 138:5,9 139:9,
10,12,13,21 140:4,15,
17,18,19 141:14,22
142:6,7,9,17 143:1,2,
3,12 145:12,18,24
146:5,10,11,12,13,23
147:2,4,16,23 148:7,
10,11,12,23 149:8,12,
13,24 150:7,10,17,18
151:1,2,7,8,10,11,13
152:7,9,12,13,14,16,
22 153:5,8,15,18,19,
24 154:5,6,9 155:4,16
156:13,23 157:4,22,
23,24 158:2 159:1,4,
5,8,13,15,21 160:3,4,
14,15,21 161:10,22
162:9,21 164:6,23,24
165:2,12,13,18,21,24
166:1,8,9,12,23
167:3,9,14,19,24
168:1,13,14,17,18,22
169:13,18,19,21,22
170:8,9,17,24 172:22
173:3 174:16 175:1,2,
3,6 177:17 178:4,8,
14,17,19,22 179:14,
18 180:3,5,11,12,16,
21 181:13 182:10,14,
15,16,18,22,23 183:8,
14,15,17,24 184:5,9,
11,17,21 185:1,9,13,
15,20 186:15,21
187:10,12 189:5,19
190:9 191:11 192:4,9
193:5,14,16,24 194:1,
10,14,18,20 195:15,
19 196:4,5,10,15,19
197:1,19 198:5,12
200:4,8,10,13,14,21,

22 201:2,14,23 202:2,
22 203:20 204:8,18,
21,24 205:1,2,10
206:18 207:16 208:9
209:12,14 211:6,8,11,
21,22 212:1,15,17,20,
21 213:10,15,17,18,
22,23 214:1,4 215:16
217:17,23 218:1,11,
15,24 219:1,2,14,16,
17 220:4,6,14,16,21,
23 221:9,10,14,22
222:23 223:16,19
224:12 225:8,9,15,20
226:2,4,8,14,16,20
227:5 228:9,10,17
229:3,9 230:3,11,12,
15,22 231:15 232:10,
20 233:3,19 234:2,4,
17,22 235:6,12,17,24
236:4,7,10 237:5,8,
13,15,18,19 238:1,9,
11,15,21,24 239:7,8
240:4,6,9,11,19,22
241:1

it's 6:14 13:13 23:13
32:17 41:22 47:20
48:7 50:14 53:16 54:8
56:4 63:21 64:9,20
69:14 80:7 82:2 85:15
106:4 107:6 108:23
110:17,20 111:1,2,4,9
113:4 114:4,5,23
115:5,6 116:7 122:8,
12 125:4 126:23
131:1,7,9,10,12,16,23
132:10 137:2 139:2,3
147:9,13,19 148:23
152:8,13 154:2 165:4
172:1,19 175:4 176:7
178:21 182:3,6
183:10,14 184:6,9,18,
20 185:10,13,16,19
191:13 195:17 203:10
205:3 212:1 213:11
221:10,12 222:20
224:6,7 228:7 234:17
235:1,19 238:5

item 101:9 223:2

item-level 98:21

items 91:16 236:12

its 24:7 25:23 39:15
40:3,7 63:12 83:18
93:13 102:3 108:3

121:20 131:6 132:22
156:8 159:19 163:19
164:19 175:24 194:2
203:23 204:6,12
205:21 208:10 211:9
213:9,15 221:23
223:14 225:24

itself 61:17 124:12
126:20 160:18 217:22

---

**J**

J-O-H-N 8:13

James 51:15 61:23

Jan 74:8 76:3

January 38:1 76:1,3
166:11,13 167:15

jar 123:20

Jason 5:13 183:22
184:1 213:21

Jay 44:6 48:4 64:23
65:17

JD 65:24

Jerry 51:8

Jesse 52:5

Jim 110:5,6

Jim's 145:20

Jim/ed 113:15

JLL 193:7,8,12,16
194:1

job 33:6 60:2

Joe 189:6 207:10

John 5:10 6:5 7:18
8:4,13 16:22 17:9,19,
20 18:1,4,20 26:11
27:7 43:17 51:8,22
52:4 59:18 60:3,4
62:3 65:24 66:8 67:8
75:13 76:3 105:24
112:22,24 130:19
132:11,17,23 133:20,
22,24 134:4,7,19,21
135:3,14,17 136:1,11,
15,23 137:8,9,12,15,
17 138:3,24 139:15,
16,17 140:9,14,20
141:7,16,23 142:1,9,
17,19,23 143:5,15,20
144:10,13,14,16
145:20 146:14 149:11
154:4 164:24 165:2

170:9,19 182:11,18
189:12,14 190:13
194:15 201:6 224:2
231:24 234:14,23
237:6

**Johnson** 240:14

**join** 102:24 104:13,18,
23

**joined** 5:24 29:22 30:9
102:4,21 103:21
104:3,24 122:19
123:11 125:9,14
127:21 128:14,23
134:20 139:18 143:21

**joining** 177:15

**joins** 6:24

**Jones** 193:6,17

**JORAN** 23:13

**Jordan** 5:18,22 6:19
7:3,11,14 8:2 9:6,11,
15,18,21 11:3,15,18,
20,23 12:22 13:1
14:19 15:1 16:11,17,
21 17:7,15,17 18:10,
13,14,17 19:4,7,13,20
20:1,5,6 21:17 22:5,
22 23:16 24:14 25:6
26:14 27:9,16,19
28:15,19,24 29:4,6,
10,12 30:2 34:1,11,
13,20 35:10,16,19
36:5,9,11 38:19,20
40:14 41:9,13 44:4
45:14 50:8,16,23
51:4,5 53:1 54:6,10,
11 73:24 74:3,4,15,21
75:9,12,15,16 81:4,9,
16,19,21 82:1,5,8,11,
16,20,21 87:23 88:1
90:12 91:4,13,23
92:1,8,11,12,16,19
93:6,9,17 94:22,24
99:8,9,23 100:2,5,12,
18 101:1,8,14 105:20,
22 106:6,10,15,18,20
107:1,3 111:7 112:2,3
117:1,7,20 118:2,5,9,
17,20 119:6,9,10
120:8,10,11 121:16
122:6,8,10 132:3,5,7
135:1,24 136:9,13,14
137:19,21 138:1,4,8,
12,16,22 140:7,8

145:8 148:20 149:2,9
150:14,15 152:24
153:3,4,8,11 154:3,6,
8 159:10,13,16 161:8
165:17,22 166:18,23
167:6,10 172:9,16
173:1 174:13,16,19,
22 177:2,18,21
180:10,15,18 182:8
183:2,4 185:6,22
186:7,21,24 187:2,19,
21,23 188:22 193:16,
20,22 194:7 196:21
197:1,5,6,9,11 200:6,
7,12,18 204:16,18,20
209:8,11,16,17 210:5
215:10,16 216:4,10
217:13,23 219:13,22,
23 220:4,7 221:4,6,
17,23 222:5,6,12
223:1,11 224:10,15,
22 225:14,18 226:2,7,
10,15,18,22,24
227:18,21,23 228:12,
16,22 229:11,22
230:2,10,15,18,20
231:3,10,13,18 232:7,
14,20,22 233:1,6
234:9 235:3,11,15,18
236:3,14 237:21,23
238:11,15,19 239:2,
24 240:3,6,9,12,16,23
241:3

**judge** 10:13 222:4

**July** 39:17 40:1,6
62:23

**Jumping** 38:22

**jury** 20:9,16,18 78:4,
5,23 80:22 81:14,15

**just** 5:1 7:2 8:18,19
10:23 18:7,17 19:20
21:3,5,6 22:10,17
23:5,8 27:17 28:13
29:4 30:13 32:4 34:21
35:1 36:6,8,21 37:2
44:23 45:9 48:3 49:19
50:14,15,21 51:19
52:1,22 53:2 55:2
58:16 62:17 63:11
65:10 69:9 71:16
74:5,12 75:11 77:6,14
78:21 80:21 81:12,17
82:2,23 84:3,19 86:9
87:6,23 92:19 93:2,4,

18 94:22 95:13,14,15
98:14 100:2,3,13
101:11 102:7 103:2
104:21 106:16 111:6,
12,23,24 112:7,14
113:2,19 115:23
116:5 117:15 118:9,
20 119:12 122:23
127:12 136:9,10
138:4,17,19 139:11
142:12 145:21 146:10
148:17 149:8,12
152:20 160:4 164:17
165:13 166:16 167:13
170:16 172:7 174:19
177:14 182:23 183:24
185:2 186:3,5,19
187:17 188:20 197:3
199:23 200:5 204:3
205:15 207:7 208:14,
21 209:4,8 210:1
211:4 213:7 216:7
224:1,6 229:3,11,12,
16,17,18,22,24
230:16 233:19,20
235:7,13,15,20
236:15 237:8,23
238:19 239:2,11,18,
21,24 240:1

**Justin** 201:7

**JW** 113:6

**jwhite@**
**compassmarketinginc.**
**com** 109:2,6 113:5
145:2

**jwhite@**
**compassmarketinginc.**
**com.** 66:9

---

**K**

**Kane** 51:8

**keep** 27:2 103:20,23
113:21 169:21 217:3
237:17 238:10 239:5

**keeps** 73:23

**kept** 103:24

**Kevin** 51:16,17

**key** 153:16

**kind** 55:15 56:5 84:22
91:8 98:14 104:19
168:18 186:15 208:14
215:7 235:10

**knew** 78:23 79:1
126:11 144:9 218:4

**know** 6:9,21 7:1 8:19
11:15,23,24 12:15
16:17 19:11 20:2 21:5
22:18 23:4 26:14
27:17,18 29:14 34:22
36:21,24 37:16 38:2,
5,7,9,11,13,15 41:10
42:5,6 43:16 47:13,
17,18 48:3,21 49:13,
24 50:1,12 51:6 52:1,
24 53:2,17,21 54:12,
16,17 56:4 59:15 60:1
61:19 62:15,20 63:6,
7,14,20 64:9,19,22
65:7,21 66:24 69:16
70:13 71:14 72:17
73:19,22 74:5 75:5
77:3,11,15 78:19,22
79:3,6 80:1,6,14,17,
20 81:14 84:2 85:8,15
86:7,19 87:19 88:6,8,
10,17,18,20 89:8
90:9,14,15 91:19
92:4,19,21,23 93:2,
14,24 94:7,14 96:13
99:12,14 100:10,14
101:1,10,18 102:22,
23 105:22 106:6,18
108:6 109:3,10,18,20,
22,24 110:6,19
111:23 113:2,8,15
114:1 115:23,24
117:21 118:2,14,17
119:14,20 121:17
126:16 128:3,9
129:19,20 130:23
132:21 134:24 136:6,
9 139:10 141:13
142:23 144:2 146:23
147:1,2,8 148:4,5,8,
18 149:24 150:6,7
151:19 153:17,19,22
154:16,24 155:8,19
156:15,16,23 158:22
159:6 161:19 162:2
163:9,12,14,19,20,21
166:3 168:4,6,17
169:9,11,23 173:17
174:5 175:6,8,18
176:17,18,20 178:1,
10 179:18,21,24
180:8 181:14 185:7,
24 186:11 187:15

189:14 190:7,11,23
192:5,11,18 193:13,
14 195:14,18 196:12,
14 197:23 199:8,16,
17,18,20,22,23 200:2,
8,15,20,22,23,24
201:2,5,7,8,14,17
203:9,14,17 204:11,
21 205:12,15,17
206:15 207:3,10,13,
21 209:24 212:8
214:13,19,21,22
217:7,8,23,24 218:5,
14,16 219:1,3 220:15,
18 221:14 222:5,10
223:15 225:7,8,19
226:10 227:6 228:18,
20 229:16 230:11,24
231:7 232:17 234:14,
16,19,20,23 235:7,10,
15,18,20 236:17,20
237:4,9,13 238:4
239:8,11,13,16 240:2,
9

**knowledge** 37:24
44:22 45:3,11,18,24
46:6,9 52:15,19 54:7,
8 60:4 126:8 142:13
158:7 163:16 170:1
171:1,7,13,16,18
173:13,16 174:8
175:22 181:2 187:15
190:3 199:3,6 201:11
207:24 210:8,11
215:8 218:14 228:23

**known** 59:17 61:23

**knows** 170:20 200:13,
14 235:23

---

**L**

**labels** 91:9,11 92:3,14
98:1

**lack** 13:11 55:15,22,24
56:6,14 236:23

**landlord** 193:6 194:22
206:12

**landlord's** 193:7,11

**Lane** 146:15 170:17

**Lang** 193:6

**Lange** 193:17

**laptop** 127:19 170:11

larger 159:13 203:12

Larry 109:14,17

Lasalle 193:6,17

laser 137:11

last 8:14 14:1 74:7
126:21 155:4 163:24
174:18 177:8,10
188:9 204:4,7,12
209:9 211:20 214:2

lastly 135:21

late 6:23 103:18
108:11,13 187:7

lately 221:8,9

later 8:10 215:1 223:4
239:19

lateral 103:13

latitude 27:1,14
222:23 223:1

latter 202:8

laughing 73:23 74:2

law 217:6 222:8
224:24

Lawrence 120:21,23
126:14,16 127:14
128:5,7 129:7 131:14
147:10 152:2

lawsuit 8:6 39:6
133:24 174:11 196:1
215:19 216:15,17,22,
23 217:5,17,21 218:8
219:10,14 221:20,21
222:21 223:2,16,24
224:5,6 225:5,8,9,11
227:15 228:1,4,5
234:16 236:21,22
237:3

lawyer 158:4 228:9

lead 30:20 186:5
191:5 236:15 239:7

leading 98:15

leads 157:17,19

leaned 18:12

lease 62:9 84:7 194:24
195:8,9,13 197:13
198:2,9,15 202:7,10,
22 203:1,18,23 204:6

leases 203:8,11

leasing 201:23

least 17:12 117:10
143:16 159:5 179:17

198:13 218:6

leave 75:14 86:22 87:8
102:24 104:12,17,18
113:9

leaving 241:3

left 33:17 102:20,22
103:21 113:7 159:8
163:3 170:19 212:18
215:5,6

left-hand 165:14

legal 21:15 22:2,3,14
32:3 52:23 58:22
158:3 180:7,8,13,17
212:22,24 215:7

less 85:16,23 86:21
90:10 202:2 203:3,10
220:22 228:3,7
236:20

lesser 207:15

let 8:3 9:24 10:2,21,22
11:24 21:20 22:10,18
28:15,17 29:7 34:4,21
36:23 37:2 44:12
46:24 50:1,12 51:6
52:1,13 58:11 65:21
71:23 73:19 74:5
75:21 80:20 83:4 93:6
104:16 113:8 134:23
135:2 136:6 137:23
138:18 142:7,16
153:22 154:9,16,24
155:7,19 158:22
162:2 165:19 174:12
176:6 187:15 193:16
196:9 214:12 217:3
222:6,10 224:19
226:10 227:21,23
232:12,21 233:7

let's 27:17 37:2 38:21
50:11 82:16 93:18
100:2 102:7 112:12,
21 113:23 117:13
119:9 182:2 188:18
197:15 198:4,6 204:3
231:3 236:5 239:18,
24

letter 68:6,18,24 69:7,
10,18,19,21 70:3,9,
11,14,19,24 71:6,10,
11,12,13,17 121:24
122:14 130:17,20,22,
24 131:14 165:16
172:19 173:2 186:22

196:17 197:20

letterhead 65:1,3,6
121:21

letting 221:13

level 103:11 138:16
140:9 143:20

levels 144:2

liability 23:19 90:1

lifted 236:4,12

like 8:16 9:4 19:22
23:5 27:13 28:22 42:8
57:1 75:13 79:19,20
82:3,5 85:5 86:13
87:9 92:4 94:2,3
107:5 108:8,12 111:9,
13 113:7,21,24
115:14 117:17,18,24
119:3 123:20 137:11
138:14 148:11,13,23
151:4,9 152:4,14,16,
21 157:24 159:8
161:11 163:13 165:14
168:14 169:18 174:16
175:4 185:15 186:5
187:12 200:5 201:8,
10 209:6 213:21
221:15 222:23 224:8
225:12 227:5 230:4
232:2,4 233:9,20,23
235:13 238:9,21
239:12

likely 126:18 231:24

Likewise 240:11

limit 13:4 23:18 112:8
236:22

limitations 37:23

limited 37:17 39:15
45:18 90:1

line 6:2,13 66:4 114:6
117:18 155:4 157:24
239:18

line-by-line 17:5

lines 10:15

Link 210:13

linkage 201:13

list 19:11 53:16

listen 236:20

listening 6:4 7:8
118:16

litigation 19:12,17,24
20:4 26:21 27:5

106:4,24 219:12
225:2,12 233:13,21

little 6:23 14:20 23:9
27:1,13 50:15 114:4
154:4 172:7 174:20
227:4 233:4

live 172:14,15 212:1

LLC 105:16 193:4
197:13

LLC's 198:10

local 5:21 11:2

locate 39:9 40:21 41:3,
18,23 44:10,14 47:24
136:4

located 80:10 83:11
189:23 190:5

log 35:17

logged 6:17,20,21 7:5,
8

logging 6:15 9:7

logo 121:12,13,19,20,
23

logs 7:1

long 82:5,22 86:11,12,
14,18,23 87:5 91:18
101:17,19 102:18
109:11 126:23 212:15

longer 103:14 126:24
179:10

look 15:2,5 18:9 34:21
50:11 72:19 73:3
80:21 92:15 107:5
111:9 126:8 147:23
148:13 152:14,16
167:16 169:18 188:18
194:5 195:23 196:3

looked 15:9 18:19
98:11,13 196:10
197:20 230:11

looking 35:2 36:6 73:1
84:11,13 99:15
101:12 105:22 129:5
149:8 156:23 163:18,
21,22 170:22 172:17
175:4

looks 111:13 117:17,
24 119:2 148:11,23
157:24 159:8 165:14
168:14 174:16 175:4
185:15

loop 186:15

loss 84:7 224:4

lost 35:7 84:22 204:22

lot 22:13 49:15 53:17
114:2 138:5 148:3
220:24 240:14

lots 110:2 220:15

Lou 51:9 205:5 207:9

loud 23:9 166:17

louder 14:22 23:12

lower 140:10 143:16

Lowes 170:21

lunch 81:23 82:4,6

---

**M**

M&ms 97:5

M&t 169:4,8

machine 72:11 127:19

made 37:21 45:21
56:7 68:3,5 73:15
97:15 121:9 159:13
170:14 234:14

mail 170:16

mailed 208:1

mailers 208:1

mailings 192:22 199:7
207:20,22

maintain 33:2 99:10

maintained 30:14
64:2 107:24

maintaining 68:17
69:6 108:3

maintains 64:5,11

make 7:2 9:23 10:24
13:14 23:8 26:14 34:4
54:24 65:10 78:17
81:12 95:13 102:7
110:2,9 113:2 141:21
153:18 159:10 160:20
163:15 170:20 208:21
210:1 220:21 227:19
238:24

makes 56:5 64:11
200:1

making 29:4 33:14
73:24 118:21 205:18

man 92:20 167:14

managed 54:23 55:7

**management** 53:24
54:2,13,15,19 55:6,8,
9

**managing** 33:14 55:10
211:11

**Mancini** 51:22

**manipulate** 167:9
177:18

**manner** 189:10

**Manufactured** 91:6

**many** 83:20 85:6,10,
11,20 88:7,10 95:13
205:17

**March** 172:20 186:22
196:1,10

**mark** 233:9,10

**marked** 36:17 48:4
73:13 108:22 144:22
149:8 165:21 193:1

**market** 235:13

**marketer** 98:16

**Marketing** 5:12,24
6:2 8:7 21:1,9,21
23:23 29:23 34:15
39:2,8,14,20,21,23
40:1,2,5,19 41:2,17,
23 44:10,14 48:5
59:17 65:5,6 83:1
89:23 102:12,13
105:17 112:24 113:1
121:1,18,20 122:16,
19 125:10,15 126:3
131:21 132:1,22
133:23 146:1,12,16
164:3 166:7,11
168:15,19 170:2
173:23 174:24 175:1,
10,18,24 176:2,5,13
179:3 181:24 187:5
189:9,22,24 190:21
191:12,14,17 192:14
201:23 208:8,18
210:2,9,12 211:6
217:9 219:11,24
220:8 221:21 222:9,
16 223:13,22,23
225:1,3,7,23 227:3
231:20,23 233:15
240:19

**Marketing's** 83:2,4
175:3 232:3 240:2

**marks** 132:13

**Marty** 52:4 109:14,19

**Maryland** 8:8 83:6
85:22 86:12,19,20,24
108:1,5 189:23
210:21,22 211:15
212:8,13 213:13,17
214:5,9,12 215:22,24

**material** 196:19

**matter** 5:11 6:6 10:15
11:12 39:14 143:1
227:8 234:16,17
235:23 239:4

**matters** 28:22 239:15

**maximum** 86:15

**may** 5:12 6:23 7:24
10:9,11 11:5,7 17:7
21:4 22:2 30:9 31:14
32:2,4 49:11 52:15,24
72:16 74:22,23 79:19
97:22 111:20 112:13,
20 117:14 119:11
121:4 122:2 126:3
130:21 135:3 145:17
149:15,19,20 159:8
170:7 182:11,19
183:2 187:14 231:22
235:9 238:13 239:17
240:4

**maybe** 57:15 93:3
94:10,18 106:18
126:24 141:8,9,24
142:1,18,19 143:4,6
230:23 236:19

**Mccready** 109:14,21

**me** 7:5 8:18 9:2,24
11:24 14:19 15:8
16:12,23 17:2 18:7
19:9,21 21:20 22:10
25:16 26:23 28:7
29:6,9 34:4,21 35:14
36:5,24 37:2,19,20
38:8 44:12 45:6,8,9
46:20,21,24 48:23
49:23 50:1,12,23 51:6
52:1,13 53:15 56:5
58:11 59:18 60:17,19
61:18 65:21 68:1
70:11,15 71:20,23
73:5,19 74:5,22,23
75:21,23 76:2,3 77:5,
9,13,14,18,22 78:8,
13,14,21,22 79:8,12,

14,17,21,23 80:20,24
81:4 82:24 83:4 84:3
93:6 94:2,6,8 98:8
100:13 104:16 106:9
108:8,24 110:10
112:13 113:8,12,15,
17,22 114:1 117:14
119:3,12 126:9
130:18 132:3 134:22
135:2 136:6,10 138:2,
15,17 141:19 142:7,
10,16 145:19 148:11
149:3 151:7 153:22
154:9,16,24 155:7,19
157:19 158:22 159:14
162:2,17,19 163:22
164:19 165:19 168:13
169:18 170:10,16
172:2 174:12,15,19
175:15 176:2,6
182:23 185:12,14
186:21 187:15 189:13
193:16 196:9 198:6
205:11 207:2,13
208:13 209:4 210:7
217:3 218:17 219:22
221:13 222:10 223:1
224:17,19 226:2
227:21,24 228:7,16,
17,20 229:17,21,22
230:4,22,24 232:12,
13,15,21,22 233:1,2,
4,5,7 234:11,19
235:1,19,23 237:8
238:6,16 239:17
240:8

**mean** 10:12 16:14
24:12 33:3 49:11
53:24 54:22 55:9
67:22 84:2 86:14
95:4,5 136:5 139:4
143:24 145:18 149:21
176:2 184:7 185:1
216:8 224:7

**meaning** 21:7 59:20

**means** 73:17 184:9

**meant** 54:17 78:23
79:2

**measure** 110:6

**measures** 227:14

**medication** 13:19,22
14:3

**medications** 14:2

**meet** 112:14 113:12
119:13,18 165:9

**meeting** 26:9 28:2,5
29:13 240:10

**meetings** 25:21 26:4,7,
8

**member** 80:13,15

**members** 9:4

**membership** 23:18
129:14,23 130:4,11
168:16 169:4,8 170:3,
12 171:3,20 175:21
183:6

**memory** 123:20

**mental** 13:19

**mention** 5:2

**mentioned** 43:17
70:23 71:10 120:4
181:24

**message** 28:13 113:7

**messages** 170:19

**messed** 167:24

**met** 80:12 240:12

**Michael** 16:4,22 17:9,
19,21,24 19:1 26:2
28:11 39:17 40:20
41:1,16 42:2,15,22
43:8,10,12,15 44:24
45:5,18,22 46:7 48:15
50:18 51:2 53:22,23
54:12,18 55:24 56:3
62:19,24 63:10 64:15,
20 65:15 67:1 115:8
124:3,8,20 133:13
135:12 149:3,4
166:10 168:8 170:7
171:5,10,13 174:4
179:4,7,10,15,22
182:10,11,21,23
183:16 184:23,24
208:15 209:20
210:17,23,24 212:17,
23 213:1,4 214:10,14,
16,22 215:3,4,19
217:9,11 218:5,6

**Michael's** 20:12
151:11

**Michigan** 113:10

**microphone** 14:21
23:14 40:12 42:9
118:9 119:6

**Microsoft** 64:1,6
100:6 150:18 210:13

**middle** 8:14 151:13

**might** 13:13 53:18
65:7 69:6 87:12
123:2,6

**migrate** 40:3

**Mike** 66:22 141:9
142:1,19 143:6 166:9
167:15,20 170:9,22
182:2,18,19 236:21

**miles** 46:15

**million** 204:12,21

**mind** 153:2 193:21

**mine** 37:7 49:4 66:3
75:24 123:5 194:9

**minute** 28:18 75:14
93:4 116:24 137:24
167:23 229:17

**minuted** 25:21 26:4,6

**minutes** 26:8 117:1
172:8,10 209:7 229:8
231:3

**miscellaneous** 164:12

**mischaracterizes** 41:7

**misdemeanor** 14:8

**miss** 109:12

**missing** 136:6

**misspelled** 148:2

**misspelling** 112:11
147:24

**misspellings** 114:13,
14 115:6 148:3

**misunderstand**
232:13,15

**misunderstanding**
233:5

**misunderstood** 17:12
35:1 94:19

**moderate** 36:22

**moderator** 29:8

**modification** 69:15
70:8

**modified** 69:2 136:21
156:7

**molehill** 118:22

**moment** 11:4 221:16
240:20

monetary 223:22
225:22

money 76:2 99:15
110:2 160:1 168:22
181:3

Monterrey 52:4

month 86:13 175:10,
19 176:1,7,14,15
180:1 183:6 184:13
186:17

monthly 64:13 182:20

months 202:7

more 5:3 18:16 21:23
23:3,17 34:4 37:21
85:11,14 88:9,12,14,
15,16 90:10 103:13
111:24 144:4,7
147:19 164:11
199:17,21,22 200:2,8,
13,14,16,20,22 201:2,
7,9,10,14,17 202:2,19
203:7,10 220:22
221:11 223:19 224:19
233:19 238:24

Morgan 24:19 28:5
30:10,19

morning 87:8 151:8

most 9:4 110:4

mostly 83:14,16

motion 26:18,19
238:13

mountain 118:22

mouth 23:9

move 42:9 48:3 50:1,
13 81:13 94:22 167:2
170:12 232:16 233:8

moved 36:23 78:1,9,
10 83:8,12 204:4,8

movements 98:21

moving 46:17 47:2
78:12 113:21 197:2,5

Mr 5:1,18,21,22,23
6:5,6,9,12,19,22,24
7:1,3,4,7,10,11,12,14,
15,21 8:2,12,17,20
9:3,6,9,11,12,15,17,
18,21,22 10:19 11:3,
13,15,16,18,20,23
12:17,22,23 13:1
14:15,19,22,23 15:1,
16 16:1,2,3,11,13,17,

20,21,24 17:7,11,15,
16,17 18:10,13,14,17
19:4,6,7,10,13,16,20,
22 20:1,2,5,6,8 21:15,
17 22:1,5,10,11,21,22
23:5,7,8,11,12,13,15,
16,20 24:12,14,15
25:1,5,6,8,12,18
26:11,14,17 27:9,13,
16,19,20,23 28:12,15,
16,18,19,22,24 29:3,
4,6,10,12,24 30:2,6,9,
16,19 33:24 34:1,11,
13,20,22 35:3,4,7,10,
12,14,16,19,21 36:3,
4,5,6,9,11,12 38:16,
19,20 40:9,12,13,14,
15 41:6,9,13,14 42:8,
10 43:14,22,23 44:2,
4,7 45:6,13,14 46:3,
13,20 47:2,11 50:6,8,
14,16,20,23 51:1,4,5
52:22 53:1 54:3,6,8,
10,11 56:10,23 60:17
61:10 68:9,19 69:12,
24 71:1 73:21,24
74:2,3,4,10,12,13,14,
15,19,21,22 75:4,5,6,
7,9,11,12,13,15,16
76:18 77:9,22 78:9
81:1,4,8,9,10,16,17,
19,20,21,24 82:1,2,5,
7,8,10,11,12,13,16,
18,20,21,23 84:21,22
87:22,23 88:1,4 89:6
90:6,11,12,20 91:3,4,
12,13,19,23 92:1,4,8,
9,11,12,15,16,17,19,
21 93:3,6,8,9,10,15,
17 94:20,22,24 95:16
96:18,24 99:6,8,9,10,
22,23,24 100:2,5,9,
11,12,18,24 101:1,7,
8,14 105:18,20,21,22
106:2,6,10,11,13,15,
16,18,20,21,22 107:1,
3,4 110:21 111:5,7,23
112:2,3 114:12
116:24 117:1,2,4,5,7,
8,16,20,23 118:2,4,5,
7,9,11,12,13,17,19,
20,23 119:4,6,9,10
120:7,8,10,11 121:16
122:4,6,7,8,9,10
126:22 132:2,3,4,5,7

134:9,23 135:1,24
136:3,9,12,13,14
137:7,18,19,21,23,24
138:1,4,8,12,16,18,22
140:6,7,8 141:12
142:13 145:8 148:16,
20,22 149:1,2,7,9
150:13,14,15 152:20,
24 153:2,3,4,6,7,8,10,
11 154:1,3,4,6,8
155:9 156:3,10 159:3,
10,12,13,16 161:7,8
165:13,17,22 166:15,
18,21,23 167:5,6,10
172:5,9,11,14,16
173:1 174:13,15,16,
17,19,22 175:13
176:10,24 177:2,4,14,
17,18,20,21 180:7,10,
15,16,18 182:7,8
183:1,2,3,4 184:2
185:5,6,21,22,24
186:3,7,19,21,22,24
187:1,2,17,19,20,21,
23 188:18,20,22
193:13,16,19,20,21,
22,23 194:5,7 195:7,
11 196:8,11,18,21,23
197:1,3,5,6,9,11
198:14,17 199:11
200:4,6,7,9,10,12,18
204:14,16,17,18,20
208:24 209:6,8,10,11,
15,16,17 210:4,5
212:4 213:19 215:9,
10,14,16 216:2,4,7,9,
10,13,19 217:1,12,13,
14,20,23 218:11,21
219:8,13,20,22,23
220:2,4,5,7,10,11,19
221:3,4,6,7,15,17,19,
23 222:3,5,6,7,12,13
223:1,10,11,21
224:10,14,15,19,22,
24 225:14,16,18,22
226:2,4,7,8,10,14,15,
16,18,20,22,23,24
227:2,9,18,19,21,22,
23 228:9,12,13,16,19,
22,24 229:4,9,11,13,
14,16,20,22,24 230:2,
3,10,14,15,17,18,19,
20 231:2,3,4,6,7,10,
11,13,16,18,19 232:7,
12,14,15,20,21,22,24

233:1,5,6,7,8,9 234:9
235:2,3,8,11,12,15,
17,18,22 236:3,4,14
237:16,21,22,23
238:8,11,12,15,18,19,
20,23,24 239:2,21,24
240:1,3,4,6,7,9,11,12,
13,16,18,21,23 241:2,
3,4

much 9:13 14:23
23:11 83:24 84:8,12
87:21 88:2,18 90:15
199:16 219:3,6,18,24
220:8,17 225:19
227:24 239:12

Mullen 201:7

multiple 87:13

mute 81:2

mutual 240:14

mw@
compassmarketinginc.
com. 66:23

mwhite@
compassmarketinginc.
com. 166:10

my 5:13 6:3 8:13,14,
21 9:5,24 11:10
13:12,23 19:6 20:12
23:6,9 31:9,10 36:7
37:12,24 38:17 41:10
42:14,23 43:1,22
44:20 45:17 46:9 47:1
64:6,7 66:13 73:3,4
75:4 78:15 79:19 82:9
84:22 89:15 97:10
100:6,18 101:3 107:5
108:11,15 114:8,17,
24 115:8,15 116:12
119:5 122:4 123:20
124:9 125:1 131:3
138:2,15,16 139:13
145:5 147:21 152:11,
14,18 157:14 159:5
160:16 161:16 167:1,
7,8,24 183:10,14,16
184:5,21,22,23
185:10,13 191:13,18
200:19 209:23 210:8,
11 213:21 218:14
223:19 224:16,17
226:24 227:2 229:23
232:10 235:23
236:14,23,24

myself 24:18 28:4,6
120:3 125:21 164:6
204:24

---

**N**

name 5:13 8:11,12,13,
14 15:8 99:16 101:9
115:16 116:12 121:21
122:13 139:20 144:21
145:19 190:10 192:9
209:21 210:3 211:5,9
213:9,15 214:10,22
215:8,21 216:12,18,
24 217:5,19 218:7,10,
20 223:12 227:2
229:7

named 19:1 119:15
120:21

names 43:17 50:17

Naperville 80:11
146:15 170:18

NE 145:13 147:24

necessarily 54:17

necessary 173:5

need 9:24 11:24 15:13
26:14 28:16 38:2,10,
12 41:14 45:8,9 48:12
49:23 53:2,11 70:13
81:12,14 103:1 110:8
112:4,10 113:12,14
154:1 158:4 170:12
172:7 176:24 209:6
221:18 222:12 223:1
231:15

needed 50:3

needs 111:24

negotiate 169:22

netfirms.com 64:5

network 40:4 44:17
63:8,16 230:8

networks 230:7

never 96:20 97:19
151:3,5,14,15 153:2
157:6 159:20,24
160:10,11,13,23
161:13 163:12 183:8,
19 184:7,10 185:2
186:8 193:21 198:14
217:4 240:12

new 20:2 25:24 33:7,
22 40:2,4 58:11

167:19,20,22

**next** 81:13 86:22 87:8
93:6 105:14 128:21
129:12 155:5 167:18
170:5 186:5 196:12
234:19 238:1

**nice** 170:13 240:14

**night** 86:22 87:8
112:14 113:11 117:15
119:12 151:13

**nineties** 103:19

**NNN** 202:12 203:4,7

**no** 6:14,17 7:5,7 8:10
10:13 11:18 12:19
13:22 14:3,6,9,18
20:1,9,16 34:3 43:1,
12 45:6,7,10,15,21,24
46:5 47:2 48:22 49:8
57:10,16,21,24 58:20
60:16 64:4,17 67:21
70:2 76:7 77:1 81:6,
10,19 85:1,13 86:5
87:12 88:20 92:23,24
94:22 95:23 97:11
98:3,6,12 101:4,5
102:1 103:1 104:21
106:6,7 117:20
119:24 120:3 124:3,7,
12 127:3 130:12
136:13,17 137:2,4
139:13,22 141:1,4,18
143:10,18,22,24
153:8 154:11,14,18,
20,21 155:16 157:12
158:24 160:5 161:21
164:16 165:10,20
168:1,5,8 170:4
173:11 175:18 178:10
179:10 181:4,22
184:9 185:9 186:5,10
190:6 191:20 194:12
195:12 196:15 198:1,
16 199:5,8,17 202:18
203:22 207:13 208:6
209:8 213:22 220:4,6
221:8,9,10,17 222:5
223:24 226:4 232:7,
22 237:21 239:4
240:21

**Nobody** 207:2

**nod** 43:24

**non-** 155:3 194:21

**non-binding** 194:21
195:3 197:20

**non-compete** 128:18

**non-competition**
155:7

**non-disclosure** 128:18
231:24

**non-solicitation**
157:16

**nonconfidential**
233:22

**nondisclosure** 155:3

**none** 87:13 105:7
214:3 221:20

**nonresponsive** 78:17

**nonsense** 234:8

**normally** 86:15 87:6

**Northern** 8:8

**not** 5:6,7,8 6:22 7:5
8:21 9:13 10:19 11:3,
7,9 12:20 13:3,8 14:4
15:13 17:11,13 18:10
19:18,19 20:9 21:7
22:7,8,12,14,17 25:16
26:22 27:3 28:21,23,
24 29:3,4 30:20 32:14
38:14 39:5 41:9 42:4,
17,18 44:11 46:5,20
47:6 48:12 52:24
53:8,13,14,15 54:5,9
56:8,15,22 58:3,5,9,
13 59:6 60:16,24
61:17,21 64:18 66:6
67:22 69:8,20 71:4,18
72:8,20 73:12 75:5
76:7,15 77:9,23,24
78:1,2,5,7,10,11,16
79:1,4,10,19,20 81:15
84:5 85:10,11 88:4
89:12 90:14,17 91:21
92:6,18 93:1 94:5,14,
17 96:20 97:16
101:16 102:23
104:18,19,21 106:4,9
107:7,10,11,17 110:7,
12,16,20 111:1,4,15,
20 112:6 114:10,23
117:18 118:14,15
121:14 123:11 124:5,
12,17 126:8 130:1,12,
13,14,15,22,23 131:1,
10,12,13,15,16,18

132:19,23 133:1,4,7,
18,24 135:5,7,9,16,22
137:2,5,6,7,17 138:11
139:6,8,9,11,12,13
143:1,11 145:13,14
147:7,8,9,10,13,17
148:8,20,21,23
149:17 150:22,24
151:1,8,11 152:2,12,
14,18 153:2,14
154:18,21 156:1
157:1 158:9,24 160:7,
9,22 161:5,6 162:20
163:7 169:10,18,20
170:4 171:7,16 172:1
173:16 178:2,9,15,21
180:10,12,18 181:18
182:1,12,13,14
183:10,20 184:5,7,9,
11,16,18 185:7,10,16,
19,20 186:1,4,10,12
187:7,11,13 189:18
190:12,15 191:13,24
194:3 195:11,15,24
196:7,19 197:1,3
198:7,16,20 199:2,23
200:4 202:24 204:17,
18,23 206:5 208:10
209:24 211:10,11,15,
22 212:6,12 214:11
216:15 218:8,17
219:1,5,11 220:6
221:4,8,14,20 222:1,
16,19 223:14 224:5,6,
12,17,22 225:3,10,18,
20,23 226:4,6,14
227:19 228:9,13,21
229:14 230:3,10,11,
15 232:7 233:3
234:17 235:19 236:3
237:2,9,12,19 238:10,
15,17 239:22 240:18,
19

**notary** 5:8

**note** 25:22 132:20
166:19

**noted** 11:16 26:15
105:22

**notes** 26:3 73:15
74:10,14,18,24 75:3
78:3,4 123:5,7,19
125:20,23 128:1
129:6 159:7 163:3,15
164:10

**noteworthy** 153:23

**nothing** 20:2 27:3,7
57:16 71:11,12 89:12,
14 118:8 129:7 146:9
155:18 157:19

**nothing's** 50:17

**notice** 8:5

**noticing** 5:15

**noting** 75:11

**November** 39:18
105:15 127:11

**now** 10:11,21 11:4,12
12:5 22:13 26:24
34:24 35:11,14,23
38:22 40:19 49:10
50:11,19 51:1 61:22
64:23 71:16 83:11
84:9,16 87:15 98:11
99:2 102:20 107:1
108:17 112:15 117:10
129:9 130:20 131:20
136:12 138:18 139:15
140:14,24 142:3
149:14 150:16 154:23
159:17,19 171:1
174:11 175:4 187:3,
10 188:23 191:1
194:18 195:17 201:22
202:21,22 208:14,21
212:1 213:11 214:6
219:18 222:14,18
222:2 226:4 229:17
232:16,18 233:10
241:3

**number** 8:8 30:14
38:22 39:3,12,13
49:24 50:10 52:12
53:11 62:23 63:22
97:8 165:21 166:16,
21 182:5 186:20
204:23 209:18
212:10,14 228:10,13
229:1,3,6

**numbered** 174:13

**numbers** 20:22 165:19
168:1 202:4

**numerous** 15:7 16:7,9

**oath** 5:6 7:22 20:18
45:1,19 135:13

**object** 11:5 41:6 52:22
68:19 74:12 106:2
156:3 175:17 185:5

**objection** 11:15 12:23
17:14 21:15 22:1,4,
11,21 23:20 24:12,15
25:1,5,8,12,18 26:11,
12,15 27:23 29:24
30:6,16 33:24 45:13
46:3 47:11 54:3
56:10,23 61:10 68:9
69:12,24 71:1 75:4,9,
12 87:22 89:6 90:6,
11,20 91:3,12,19
96:18,24 99:22
100:11 105:21 106:15
110:21 153:7 155:9
156:10 161:7 175:13
176:10 180:7,16
185:21 193:13 199:11
200:10 208:24 210:4
212:4 213:19 215:9
216:2,13,19 217:1,12,
20 218:11,21 219:8,
18 220:2,10,19 221:3

**objectionable** 10:11

**objections** 10:17,24
23:6 36:1,18 37:5
39:8 41:7 48:11,12
220:10

**objective** 11:13

**objects** 10:13 39:2

**obligation** 106:7

**obligations** 208:10
231:24

**obtain** 63:12 105:9
208:23 211:9 219:16
221:24 222:9 223:17
227:14

**obtained** 202:21

**obviously** 10:21 12:19
60:16

**occupies** 203:20

**occur** 25:11 29:19

**Oddly** 9:6

**of** 5:1,6,10,11,14,17,
19 6:3,10 7:8 8:4,5,8,
9 9:4,13,22 11:2,12
12:5,7,8,16,20 13:12
14:5,7,16 15:9,11,12,

O

**O'** 50:10

**o'clock** 151:8 170:22

15,19,21 17:3 18:9
19:2,8 20:4,21,24
21:13,23 22:2,3,11,
13,17,19 23:14,18
24:1,7,10,21 25:20,
22,23 26:8,10,19,21
27:1,22,24 28:3,7
29:1,17,22,23 30:14
31:2,5,17,23 32:9
33:1,10,11 34:8,15,16
35:12 36:18 37:3,24
38:1,2,24 39:19 40:19
41:1,16 42:1,13,18
44:22 45:3 46:6,9,14,
22 47:19 48:6,20
49:15 50:5,11,21
51:1,21 52:15,20
53:5,10,17,19,20
55:13,15,17,22,24
56:5,6,14 57:6,7,17
58:14,23 59:17 60:4,
6,8,9,12 61:12 62:18,
24 63:8,12,14,16
67:13,20 68:6,17,23,
24 69:1,21,22 70:3,5,
6,8,9,23 71:20 72:4,7
74:16,24 75:19 77:10
78:4,11,17,24 79:15
80:2,13,15,22 84:6,7,
18,22 85:2 86:9 87:10
89:1,11,14,16,18
90:2,4 91:8 93:1
94:13,14,16 95:1,7,21
97:7,8,9,12,13,16
98:14,16,21 99:12
101:15,16 104:19
106:2,13 107:13,15
109:12 110:2 111:3,
10,13,16,24 112:8,11,
23 114:2,7 115:6,12
116:5,21 118:22
120:12 121:12,23
122:13,17,18 123:7
125:1,9,14 126:3,4,9,
11,15,17 127:12,14,
20,21,24 128:13,17,
19,22 129:1,9,13,15
130:16,17 131:5,7,9
132:9,12,14 133:8,11,
17,19,20 135:10,11,
16 136:1,10,21,22
137:12 139:19,20
140:18,19,22 141:14
142:10 143:13 144:20
145:1,21 146:8,17

147:3 148:1,3,11,16,
20,23 149:22 150:3,4
151:13,16 152:21
153:21 154:10,22,24
155:6 157:9,12,21,22
158:12,14,17 159:19,
20 160:1,10,21 162:1
163:3,7,17 164:6,10
165:7,14 166:19,20,
24 167:7,17 168:15,
18,24 169:1,13,14,20
170:1,10,14 171:1,7,
8,13,16,18,21 173:4,
13,14 174:5,6,8,9,11,
17,20 175:22 177:1,9,
16 178:12,16,17,21,
24 179:2,8,10,12,16
181:2,15 182:21
183:13 184:13
185:18,24 186:15,17
187:7,11,13,24 188:4,
23 189:20 190:3,19
191:11 192:1,6,10,12,
17,21,24 194:5,15,20
195:6,13 196:1,16
197:13,20,23 198:9,
15,16 200:1 202:9,14,
16,24 203:15,16,18
205:22 206:22,24
207:1,14 208:14,16,
23 209:14 210:8
211:14,22 212:19,20,
22 213:5 214:23
215:7 217:17 218:10
220:15,24 221:20
222:13,22 223:8,11,
12,21 224:1,2,4,20
227:11 228:2,3,4,19,
20 229:7 230:7,8,12,
18 231:20 232:1,5,9,
11 233:14,15,18
234:14,17,18 235:5,9,
24 236:22,23 239:12
240:14,18

**off**  29:14 50:17,21
65:10 81:11 82:13
100:2,20 104:15
117:4 118:10,21
119:6,7 134:4 145:13
147:9 149:13 165:15
168:18 172:11 209:12
229:14 231:6 241:4

**offer**  83:16 122:15,17
126:19 128:18 139:5
152:4 159:22 160:3,9,

11,15 161:14 164:20,
23,24 165:2 194:20,
23 229:12 235:14
239:1

**offered**  156:18,24
159:20,24 160:5,14,
24 194:21 229:11

**offers**  121:8

**office**  6:3 31:3,8,19,22
32:1 33:20 83:2,17,
18,19,24 84:12,13,23
85:3 127:19 135:12
189:24 205:19

**officer**  31:24 32:13,16,
20,23 33:22 34:5 66:1
74:16 120:1 178:12
189:15 205:3

**officers**  30:22,23 31:6,
7 117:10

**offices**  31:13 32:3,4
83:13,23,24 84:9,24
85:7,22 107:24 108:4

**offline**  82:23

**often**  85:3

**oh**  6:12 37:8 43:6
91:23 98:3 181:24

**okay**  7:11 8:16 9:20
10:5,7,9 11:3,15,20
13:10,18,24 14:17
16:5 18:13,19 19:7
20:1,5,11,13,16,21,24
21:3,11,17 22:5,8,19
23:17,23 24:4,10,14,
23 25:16 26:9 27:20
29:10,16,21 30:13,20
31:5,8,16,19,22 32:1,
6,9,12,24 33:6,16,20
34:8 35:16,23 36:4,9
37:1,14 38:6,22
40:11,19 41:16 42:4,
20 43:10,14,19 44:5,
12,21 45:2,20 46:6,
11,18 47:2,14,19
48:11,18 49:2,7,10,
16,21 50:2,22 51:1,4,
7,12,13,14,19,20,21
52:1,3,8,9 53:8,22
54:10 55:2,5,12,16,
20,22 56:4,19 57:3,7,
11,17 58:1,6,16,18,21
59:2,7,11,23 60:3,6,
14,20 61:1,8,13,19,22
62:3,6,10,16,22 63:5,

10 64:2,11,16,19,23,
24 65:9,16,22 66:4,7,
17 67:2,7,11,17,22
68:2,13,15,23 69:10,
17 71:8,14,22 72:16,
22 73:10,13 74:3,6,10
75:15,21 76:5,12 77:2
78:5 79:18 80:2,8,10,
12,15,18 81:8,16
82:8,10,11,20 83:11,
14,18,20,23 84:11,17,
19 85:2,5,9,17,20
86:3,6,11,18,23 87:5,
7,9,14,21 88:21 89:4,
12,16,18,21,24 90:4,
15,18 91:10 93:7,8,22
94:12,15 95:6,10,20
96:8 97:3,12 98:3,7,
11,13 99:14,20,23
100:18 101:20 102:2,
7,13,16,20 103:5,8,
10,15,17,20 104:2,6,
9,12 105:5,8,14,22
107:1,2,6,14,20,23
108:3,13,17,20,22
109:5,10 110:1,8,24
111:15,21 114:14,20
115:4,7,17,23 116:1,
5,9,11,13,15,19,22
117:2 119:17,22
120:4,23 121:2,5,7,
10,17 122:2,3,18
123:10,14 124:1,9,14,
20 125:2,6 126:16,21
127:1,4,6,10,12,17
128:1,7,11,17 129:3,
5,10 130:2,9,16
131:4,17,20 132:8,11,
16,20 133:3,6,14,22
134:4,7,13,15,17,20
135:8,19,23 136:9,23
137:8,16 138:21
139:3,9,15,17,24
140:5,14 141:6 142:7,
16 143:15,19,23
144:4,8,12,19 145:12,
17,24 146:10,23
147:3,12,15,18,22
148:14 149:6,10,18
150:2,4,9,21 151:18,
20 152:1,5,13,24
153:10,15,20 154:2,5,
12,15,18,22 155:3,12,
17,21 156:15,18,22
157:3,7,11,16,21

158:19,21 159:1,15,
21 160:8,13,19,23
161:6,15,19,23 162:6,
18,21 163:5,9,14,23
164:8,20 165:5,7,11,
24 166:4,9,13 167:6
168:2,6,9 169:7,12,15
170:1,5 171:9,17,23
172:4,9 173:2,9,12,
17,21 174:1,5,11,23
175:9,23 176:18
177:20,24 178:3,18,
20,23 179:1,6,9,12,
20,24 180:5,24 181:2,
14,19,23 183:3,8,12,
18,21 184:6,18,24
185:17 186:3,11,18
187:3,9,20,22 188:2,
5,8,11,12,14,15,20,21
189:1,2,4,19 190:3,7,
11,17 191:4,18 192:1,
11,17,23 193:5,19
194:10,18 195:22
198:4,18,24 199:8,16
202:6 203:6,11,19,23
204:11 205:6,21
206:8,15 207:14,21
208:7,14 209:10,16,
23 210:22 211:3,23
212:21 213:3,8,14
215:1,6 217:7,17
220:16,22 221:1
229:4,8,13,20,24
230:2,10,20 231:4,18
234:9 236:14 237:16,
22 238:12,14 240:21,
23

**omission**  37:20

**on**  5:2 6:2,13,17 7:23
9:1,7 10:20,23 11:4,5
13:22 14:4 27:14,23
28:12 30:20 33:23
35:4,11,17,20 36:2,7,
14,23 37:6 39:3,6
44:2 46:13,17 47:2
48:3,8,13,14,18,20
49:2,24 50:10,13,18,
20 51:10,15 52:5
53:17 56:3 57:19
61:22 64:23 65:1,18
66:14,19,24 67:4,14,
19,20 68:6 69:20
73:15 75:18 76:9
77:10 78:1,9,10,12
81:1,7,10,13,17

82:16,18 85:4 87:21
88:2,7,10,18 91:23
93:4,6 94:13,15,22,23
95:1,7,20 96:20 97:12
98:11,13 100:20
101:11 103:10 105:14
106:5,9 110:4 112:9,
12,13,21 113:8,11,16,
24 114:4,5,10,15
115:20 117:5,13,14,
16,18,21,24 118:5,7,
15 119:1,5,9,12,18,22
121:8,10,12,21,23
122:4,13 125:7,13
126:19 130:21 131:3,
6 132:9,12,14,21
134:20 135:3 137:4,
11,21 139:13 140:10
141:19 145:24
146:12,24 147:11
148:17 149:2,11,12,
16,23 150:12,13
151:23 152:4,7,8
153:12,13 155:4,16
157:22 159:5,7,9
160:16,17 161:16
162:13 163:3,10,20,
23 164:6,10 165:2,12,
19 166:2,18,21
167:15,18,21 169:9
170:7,10,24 172:18,
20 174:18 175:4
177:2,18 181:6,24
182:5,11 183:1,13
187:3,11,13,16 188:1,
4,7,10,13,24 189:3
193:4 194:8,13,21
196:13 197:2,5
202:11,14 203:4,7,13,
16,23 204:17,18
207:18 209:19 211:3,
23 216:9 218:7
222:23 223:2,24
227:4,23 228:10,13,
22 229:12,14,24
230:1 231:10,15,17,
20 232:12 233:1,14
234:24 236:13 237:9,
12,15,23 238:15,19,
21 239:3,18,20
240:16,18

**once** 27:10 85:24 86:1,
4 87:12 236:2

**one** 5:4 6:3,6,14,17,19
7:5,7 8:18 9:22 13:12

14:13 17:3 20:21
26:1,2,19 28:9,10,18
33:1 38:23 39:3 42:5
46:22 49:24 50:10
52:12 53:11 58:11
61:12 71:3 81:1 84:5
88:14,15 89:1 95:13,
14 113:12 115:1
124:9 128:20 131:7,9
133:8 134:2 136:21
138:18 140:17 145:1
147:19 149:12 154:15
166:15 167:18 170:21
173:4 174:11,18
175:4 177:10,12
180:10 186:23 189:16
199:8 200:1 201:6
207:8,13 212:6
217:14 225:24 226:23
229:17

**one-half-a-million**
160:11 161:14

**one-half-a-million-
dollar** 157:5

**one-half-a-million-
dollars** 157:13

**one-page** 108:23

**Onedrive** 64:7

**ones** 15:6 17:5 19:23
151:9

**online** 211:4

**only** 11:10 18:4,20
19:11 20:10,17 34:23
42:6 44:24 45:5 50:5
78:6 79:21 111:13
131:7,9 133:8 137:8
147:23 148:12 150:7
163:12,18 164:14
165:16 179:19 189:16
191:16 192:15 194:24
200:1 205:2 207:8,16
213:10,11 214:8
219:13 223:11 227:3
233:11,24 236:1,12
238:22

**onto** 174:23

**Oops** 129:12

**opaque** 185:8

**open** 8:22 9:1 150:11,
16,18

**operating** 98:8 99:18,
20,21 202:17,18,20

**operations** 40:3

**opinion** 191:18

**opportune** 82:4

**opportunity** 187:9
204:12,22 232:3
234:1 236:5,9,11

**opposed** 44:23

**opposing** 26:19

**opposite** 193:14,15

**opposition** 26:17

**or** 6:16,18,22 9:19
10:10,14,15 11:6,9
12:10 13:14,18,19,24
14:8 15:8 17:5,20,21
18:16 19:21 20:3
21:12,13,20,22 22:11,
14 23:17 24:11 25:17
27:3 30:9 31:1 33:17
37:20,21 38:3,10
39:17 41:10,12 45:6,
7,15,23 46:1,2 47:8,
20 49:7 52:11,15,17
53:12 55:3 56:8,9,21
58:3,12 59:18 61:8
62:23 63:12 64:20
66:19 67:14,19 68:11
70:18 71:15 73:12
74:13 78:5,21 79:20
81:10,21 82:9 83:17
84:5,15 85:17 86:7,15
90:1,10 93:15 94:10
95:1 96:9,16,23
97:13,20 100:1
103:10,18 110:5,6,16,
20 111:16 119:13
120:1,5,14,19 122:21
123:5,7,20 125:20,21,
23 126:10 129:7
130:21 135:3 137:17
139:11 140:2,10,11,
22 141:8,24 142:18
143:1,4,16 144:2
149:20 155:13,24
156:7 157:1 158:1,8,
14 161:4,22 163:10
165:8 167:8 171:8,19
173:20 175:8,20
176:7,8,14 179:17
180:22 184:15 185:2,
3,20 186:12 189:8,9,
13,16 192:7 194:23
199:1 201:18 202:2,
22 203:10,12 205:7,

22 206:16,22,23
207:5 208:4,7 209:7,
24 212:7,13 213:9
214:19 215:7,20,21
219:10 220:22 224:5
225:23 227:12 228:4,
5 230:24 233:3
235:13 236:15,19
237:2,6,18 238:17
239:13

**order** 8:9 227:7,14
230:8 232:9,18 234:7
235:9

**organizational** 140:3,
10

**origin** 163:19

**original** 105:6 144:24

**Oriole** 81:6

**Orioles** 28:20

**other** 6:6,15,16 7:6
9:16,18,23 10:10,15,
22 14:1,3,4,17 15:2,5,
12 16:6 17:22,23
21:22 32:1,4,24 35:17
38:6 40:16 42:7,12
43:19,21 46:24 57:16,
24 58:20 67:21,23
68:15 69:14,16 70:3,
16,17,21,23 71:12
72:11,17 73:1 79:22
90:2 92:6 103:24
111:15,17 114:9,11,
14,20 115:17 120:2
124:21,24 126:7,12
128:1,7 129:5,11,18
131:11 133:9,10
141:10 142:3,21
143:7 144:5 146:9
151:9 152:15 155:14,
16 160:13 163:10,21,
23,24 164:8,9 169:13,
22 173:9 181:4
183:18 191:4,9,20
201:5,11,19 219:10,
11 221:21 223:23
226:1 227:15 228:5
233:20 234:13,16
236:23

**others** 43:18 123:19
194:23

**otherwise** 6:18 12:24
45:23 46:2 53:12
70:18 126:11 189:16

192:7

**ought** 93:3

**our** 6:17 22:15 26:18,
19 44:17,18 46:22,23,
24 63:8,16 67:8,12
89:1 101:12 106:22
112:5,11,18 122:15
123:23 128:17 169:3
189:6 199:6 211:13
212:13 240:13

**ourselves** 239:10

**out** 10:22 18:8,12
22:18 26:11 29:8,9
33:21 86:9 87:23 93:4
98:4 112:13 117:14
118:22 119:11,18
133:6 136:5 148:17,
19,20 153:18 162:10,
15,17,19 166:17
168:3 169:21 174:6,9
177:1,15 184:21
185:1 196:1 204:4,8
213:12 218:9 219:16
229:5,6 234:10 236:2
237:18 238:1,13
239:15 240:8

**outlandish** 160:1

**outside** 46:6 63:23
178:16 206:22 211:13
212:7,12 233:11,24

**over** 8:16 9:23 17:16
22:9 23:1,2,9 35:7
53:23 54:1,13,19
74:19,20 77:8,13
78:8,13,15 79:9,17
80:23 92:9,10 101:21
106:13 122:11 128:21
129:15 133:19
136:19,20 137:10
138:15 142:15 157:8,
9 161:18 162:11,12
165:20 175:3 179:2,
23 182:7 195:14,15,
18 202:19 204:1
207:6 215:14 216:6,8
218:15 219:20 220:3
221:19 222:3,11,24
223:10 224:9,14,21,
23 225:13 226:3,7,9,
16,17,18,20,21
227:22 228:11,12,15,
18 229:3 231:9 232:6,
19,20,24 235:11
238:1,18,23 240:19

overbroad 39:4
oversight 53:23 54:1,
13,15,18,19
owed 76:3
own 89:24 90:5
152:11 184:22 206:6
owned 76:2 231:23
ownership 29:22

**P**

p.m. 82:13,18 109:1
113:6 117:4,5 149:19
166:14 167:22 170:8
241:4,7
P.S. 112:22
package 55:14,18
57:9,13,19 58:24 59:5
128:19 136:24
packaged 98:22
packages 60:5,8,11
padded 44:19,22 45:4,
12 46:2 124:3 133:13
135:13 174:3
padding 115:14 174:4
page 37:3 48:13,14,18
50:5,11,12,19 51:14,
21 61:22 66:7 67:13,
20 68:6 69:20 75:18
76:9 99:1,16 100:19
105:23 122:14 132:14
137:12 145:21,22,23
148:12,23,24 149:12
155:4 157:22 163:24
166:4 168:12 170:5
171:9,10 172:19
175:4 176:19 187:16
188:4,6,10,23 189:2
193:5 194:12,13
238:22
pages 65:10 148:16
171:12 175:1 218:16
219:2
paid 130:3 175:10,19,
24 176:5 177:24
179:14,17 202:3
pandemic 83:15
paper 46:14 73:2
126:9
paragraph 35:23
129:12,18 137:13

138:5,8,10,13,23
154:12,23 155:5,6,19
173:3 187:24 188:3,9,
10 189:19 194:19
230:5
paragraphs 65:18,21
155:17 188:1,6,12
189:2,5
Pardon 14:19 29:6
175:15
parent 146:16
parliamentary 37:1
part 20:4 50:5,7,21
111:13,16 119:5
177:15 217:17 223:11
partially 42:3
participants 5:4
particular 31:3 49:15,
20 120:18
parties 5:5 7:23 17:18
18:9,16,20 189:21
195:1 219:12 221:20
235:10
Partners 100:9,10,15,
16,21 101:4
parttime 112:20
party 5:15 91:21 92:6
93:1
pass 230:24
passcode 210:15
past 172:7
path 27:2 226:5
pause 93:4 224:20
pay 64:16 76:1,2
129:22 165:24 171:18
176:7,13,14 193:8
payable 25:22 26:3
170:15
paycheck 165:15
paying 169:7 170:2
202:2,16
payment 99:3 157:5
168:12,14,15,24
169:14 172:1 173:14
175:6 177:7,8,10,13
178:15,16 179:2
180:21 181:7
payments 130:8,10
176:18 179:21 181:1

payroll 53:24 54:2,13,
15,19,21 55:3 70:7
72:15,19 123:23
130:9,14 167:17,24
168:7 172:2 174:24
175:5,24 176:19
178:16 179:2,11,16,
17,21,23 181:4,5,16,
20
pays 64:17 239:12
Pellegrino 51:22
pending 12:2 223:17
people 40:17 61:22
72:17 88:7,10 126:2
177:15 190:15 201:5
207:12 219:11 223:17
per 67:8,12 85:17,24
86:1,4,16 122:18
123:14 193:8 202:11,
13,17 203:4,7
perceive 104:9
percent 21:13,23
22:12,16,19 23:3,18
90:10 129:13 152:18
154:6 202:12,19
percentage 26:10
27:22,24 72:4 90:4
perfect 13:13
perfectly 70:14
performance 125:8,13
period 21:12,23 22:23
23:19 58:15 85:18,19
86:11 125:22 127:12,
16 144:1 175:5 204:2
236:6
perjury 14:8
Persimmon 100:8,9,
14,21
Persimmons 100:16
101:4
person 33:7,22 38:24
52:14,18,20 67:11
181:19
personal 44:22 45:2,
11,24 46:6,9 54:19
125:7,13 147:16
151:10,12 174:8
175:22 178:5 191:18
207:24 210:8,11
218:14
personally 175:15,17

189:13,16 206:2
214:21
personnel 53:23 54:1,
13 55:6,8,9 173:24
174:1,3
persuasive 239:17
Pharmaceuticals
102:15,17
phone 6:16 117:17,23,
24 118:5,7,24 119:7
191:3 212:14
phones 6:18
phonetic 50:10 51:9,
10,17 61:24 105:24
211:24
physical 83:2 84:23
physically 5:7
pictures 112:23
piece 26:21 46:14
126:8 236:14
place 146:17
plain 220:21
plaintiff 29:7 34:16
48:6 55:16 221:22
plaintiff's 39:16
plan 55:8 105:6 110:9
112:12 116:16,20
117:13
plans 205:18
player 153:16
Plea 39:11
pleadings 228:4
please 5:15 7:15 8:11
15:17 22:5 28:12
30:23 34:12 36:23
40:11,12 41:15 42:9
46:24 73:21 77:13
79:8 80:20 81:18
94:21 95:9 106:17
111:5,6 116:24
118:13 120:9 125:11
134:2 138:1,17
141:16 145:23 151:6
156:5 166:17 167:23
170:14 183:23 184:1
200:5,19 214:7
222:10 226:23 230:21
pleasure 240:9,11
plenty 222:22
plug 36:6,8

plus 22:4
point 9:12 11:8 27:2,
14 29:16 30:9 31:12
33:16 76:21 87:2
95:11,16,20 102:20
113:20 155:13 196:1
236:4,8
pointless 198:7
points 113:11 136:20
police 64:1 210:16,20,
21,23 211:16 212:8,
13 213:3,13,18 214:5,
9,12,15 215:18,22,24
216:16,21,22 222:15
pops 100:8
port 118:14
portfolio 100:22
portion 60:4 114:7
120:12 148:11
168:15,24 169:1,14
position 11:10 102:16
103:5,8 122:17,19
123:1,11 133:3,22
139:17,22 150:22
173:4 183:8,10
219:17 223:19
236:21,22 240:2
positions 173:4
positive 114:2
possesses 52:20
possession 61:9 63:12
227:11,12
possible 44:15,16,17
111:1,2 114:23 125:8
139:2,3 165:4
possibly 112:5 124:19
147:2
post 87:17
Post-employment
131:22 132:4,5
146:13
potential 169:14
potentially 39:16 40:8
power 98:16,19
prefer 138:6,8 224:7
preliminary 36:24
39:11,12 48:14 62:22
122:15 209:18
preparation 15:10
16:13 17:4

**prepared** 74:24

**preparing** 15:3

**prescribed** 14:2

**prescription** 14:3

**present** 5:7 7:5 10:11 78:22 81:14,15

**presented** 15:16 145:7 146:22 163:19 191:24

**presenting** 106:8 135:7

**presently** 189:6

**preserved** 10:17

**president** 30:24 31:1 139:19 144:20 194:15

**presidents** 141:11 142:3,21 143:8

**presume** 145:14

**presuming** 6:14

**pretending** 185:14

**pretty** 18:18 53:16 104:9 136:6 146:5 206:12

**prevent** 39:22 63:2 150:19 208:19 232:1 233:15

**prevented** 39:22 63:1 208:19

**previous** 202:20

**previously** 71:4 145:3 201:19,22 208:15

**primary** 63:22

**printed** 114:5 149:13 183:14 184:21 185:1, 12,15

**prior** 5:2 6:8 28:2 58:10 61:13 69:1 87:15,16

**private** 100:17

**privilege** 10:16 11:6, 12

**privileged** 16:15 227:16 228:15

**probably** 73:4 84:10 117:20 118:2 123:23 158:4 191:3 200:1 206:13

**problem** 26:17 79:8 81:19

**procedural** 6:6

**procedure** 12:5 235:24 239:22

**proceed** 7:24 10:21 12:7

**proceeding** 7:22 118:14

**process** 20:17 21:6 113:20

**processed** 55:3

**produce** 19:14,20 42:19 106:23 142:9 218:8 219:15 223:3

**produced** 16:24 19:4, 8,23 20:3 43:20 105:18 106:4 124:2, 16 125:5 132:13,15 133:23 134:7,9,21 135:16,24 136:3,7 147:14,21 149:3 165:18,24 166:16 168:10,11 174:2 175:1 184:22 194:13

**producing** 222:1 223:15

**productive** 200:4

**products** 91:6,7,8 97:8

**profession** 113:14

**proffer** 99:24

**proper** 106:4

**properly** 39:9 40:21 41:3,18,23 44:9,13 47:21

**property** 195:13 198:10 202:3 203:13, 24 204:7

**proportionate** 202:16

**proposal** 113:16 193:3 194:21,24 195:4

**proposed** 203:12

**proprietary** 98:18 231:22 233:15 237:19

**prosecuting** 228:4

**protect** 112:17,18

**protective** 232:9,17,18 234:7 235:9

**provide** 16:11,23 17:8 19:9 39:15 93:11,19, 22 94:15 95:6,7 96:15 102:3,13 105:1 158:14 232:5 233:17

**provided** 9:24 10:1 12:1 16:19 38:2 56:21,22 59:13 95:10, 17,21,23 96:1 102:8 137:14,17 138:24 144:24 158:9,14 195:3 212:10 232:3

**provider** 212:7,12

**provides** 12:6 98:18 156:8

**providing** 56:15 94:13 96:2 234:5

**provision** 27:5 138:19 164:13

**public** 5:8 92:18 220:13 221:12,14 228:11 232:11 233:18 234:6,24

**pull** 140:23 174:15 230:4

**pulled** 17:5 100:20

**purchase** 170:11

**purported** 47:4

**purpose** 69:21 70:3 222:17

**purposes** 8:5 55:14

**pursuant** 8:5

**pushing** 113:20

**put** 9:1 22:13 100:7 153:5,8 181:6 196:12 209:2

**putting** 80:22

**puzzling** 98:8

---

**Q**

**qualify** 12:24

**quarter** 85:24 86:1,4

**question** 9:24 10:10, 12,14 11:11 12:2,3 13:10,14 18:18 21:19 22:5,13,17 24:15 32:21 34:2 38:8 39:13 40:23 41:10,15 43:1, 2,22 44:12 45:7 46:21 48:1 52:13 58:12 59:14 62:21 68:4,21 71:7 76:18 77:18 78:18 80:21,24 93:7, 16 95:9,13,14 96:14, 20 97:10,11 100:16

102:6 110:18 111:8 114:8,24 116:1 119:21 120:15 124:9 129:1 134:2,3,23 138:20 140:17 142:14 156:5 158:6 176:12 180:8 181:20 186:4,6 191:14 197:17 200:19,23 201:16 204:5 206:3 209:23 213:23 214:1 215:12, 15 217:4 218:3 226:13 228:8

**questionable** 163:6

**questioned** 114:12 185:2

**questions** 10:2,20 13:13 21:4 26:20 27:7,18 29:24 81:17 84:22 95:14 111:6 116:6 117:9 130:19 138:7 141:20,22 191:16 196:19 200:5 209:14 222:2 224:16, 18 227:1,10,16 240:17

**quick** 101:11 170:13

**quite** 101:1

---

**R**

**rabbit** 222:19

**raise** 7:15

**raised** 84:12 182:20 183:6

**randomly** 174:19

**range** 94:6,10

**ranged** 85:4 86:14

**rapidly** 238:9

**rate** 202:6,11 203:3,6

**rather** 216:21 240:24

**RE** 75:22 108:24

**reach** 29:7

**read** 13:15 37:15 38:14 44:7,11 48:23 49:24 50:12 51:12,16, 19 52:1,8,13 58:7 65:16,21 69:19 70:9, 11,13,15 73:19 75:19, 21 94:20 111:24 112:2 121:18 137:18,

19,23 138:4,8,9,12,19 153:22 154:2,18,21 155:7 158:1,22 159:2, 14,15 162:1,14 166:16 168:18 182:12,16 183:16,22 184:1,3 193:14 213:21 218:2 220:13 221:2,7,9 229:1 240:20

**reading** 12:16 51:6 75:22 153:19 155:19 179:19 182:15 187:18 204:14

**ready** 7:13 34:22 50:1, 13

**real** 112:17 189:22 190:5,7,9,11,14,18,20 191:5,10 206:11 207:11

**really** 9:6 46:13 56:5 113:15 119:21 142:15 196:12,19 225:18 230:3 231:14 234:18 237:14

**reason** 32:24 42:5,6, 12,14 52:11 81:6,11 94:12 107:6 110:14, 19 111:3,17,21 114:21 115:1,18,19 116:2 123:10 131:11 133:9,10 135:8,9,20 148:15 155:12 173:9 175:23 176:4 178:3 184:18 185:11 203:2, 5,10 218:5 223:14 224:12

**reasons** 42:7,19 131:9 133:8 151:6,7 178:5 183:13

**Rebecca** 50:10

**recall** 15:6 16:1,7,10 18:2,5,11 19:3 56:2,9, 18,19 58:16 59:3 60:7,9,10 61:4,6,14, 16 67:10,16,18 68:1 71:5,18,19,21 72:6,7, 9,14,24 73:6,8,10,11, 12 76:22,23 90:22 102:17,18 104:4,7 105:2,10 110:10,12 114:9,17 116:17,19 117:8 120:17 121:24

122:1,23 123:16,21
125:16 127:23 128:15
129:1,22 130:1
132:17,19 139:11,12,
23 140:12,13,21
143:12,22,23 144:1,
17,18 147:5,16
149:14 151:22
156:16,18,20 158:17
159:13,17 161:24
165:6 171:21 173:19
175:8 184:14,17
186:16 190:13,15,22
191:1,2 192:8 198:11,
12,22 199:2 202:4
204:1,9,10 205:20
206:20 208:12 209:4
211:19 220:21,23
221:2

**recalling** 72:11 73:2
123:1,18 125:18
130:3 173:22

**receipt** 192:21 195:6

**receive** 69:11 79:20
184:13,15 186:14
199:13 237:18

**received** 136:23 137:1
180:1,22 183:9,19
184:7,12,17 185:2,3,
20 186:8,12,16,17
191:7,11 192:9,13
198:15 199:4,10
205:7,8,13 207:20
213:23

**receiving** 130:7 181:3,
13 184:11,14 190:19
192:6 199:7 201:13
205:23 206:17

**recently** 213:7 221:11

**recitals** 154:15,16,23

**recitation** 76:5

**recognize** 37:6 49:3
65:11 66:1,10,19
77:20 121:12 152:9,
11 153:13 172:21,22
194:8

**recognizes** 193:6

**recollection** 57:4,7,12,
17,23 58:2,11,12,14
89:13,15 129:8
130:10 141:14
158:12,13 160:5

**record** 5:2 7:23 8:3,11
10:17 13:11 44:2
50:6,22 58:8 81:10,11
82:13,16,18 94:21
100:3 103:1 117:4,5
119:7,9 168:12,15
172:11 183:22 184:1,
3 228:11 231:6,15,17
237:15 239:3 240:16
241:4

**records** 39:23 42:12
43:6 63:2 73:2 123:24
130:7,9 175:5 208:20
222:9

**recoup** 225:2

**recover** 210:3 212:22
213:1 216:12,18,24
217:5 218:20 220:1
223:6 224:11

**recreate** 19:10

**redact** 232:10

**redacted** 232:5 233:18
234:5

**redeemed** 30:11,19

**redirect** 231:12,13
240:21

**reduce** 69:21 71:22
72:1 173:8 204:22

**reduced** 71:24 72:5,8,
18,20,22 73:6,7,11
87:16 136:21

**reducing** 70:16

**reduction** 68:7 70:4,
22 71:8 75:1 173:7,10

**reductions** 75:22
173:5

**refer** 21:8

**reference** 68:2,5 74:11
75:2,18 76:5 77:2

**referenced** 67:20
129:18

**referred** 71:6,16
105:3 146:11,20

**referring** 16:18 41:21,
22 42:17 58:15 77:5
140:24 145:16 153:17
169:1 200:3,14,15
201:4 209:3

**refers** 71:13 190:8

**reflect** 8:3 13:11

**reflective** 160:21
163:7

**refresh** 57:3,11,22
89:12,15 129:8 130:9

**refuse** 11:11 63:9

**refused** 63:8 142:9

**regard** 47:19 48:15
53:18 55:5 59:4 67:13
75:17 82:24 137:15
156:22 158:8 159:19
195:9 196:16 198:18,
24

**regarding** 69:1 75:1
126:19 174:6,9

**regardless** 178:17

**regards** 130:19

**register** 174:24 176:19

**Registrar** 212:3

**registry** 212:2

**Regrettably** 173:4

**regular** 70:7 165:24
167:17

**regularly** 87:1

**reimburse** 129:17
175:20 176:8,14

**reimbursed** 129:15

**reimbursement**
127:20 167:18

**rejected** 216:7

**related** 115:11 127:20
129:14 201:15

**relates** 189:5

**relating** 44:6 47:9
61:3 131:22 146:12
179:13

**relation** 20:11 83:23
96:6

**relationship** 93:20
96:22 112:6

**release** 63:9 193:3
197:21

**released** 213:7 214:15

**relevance** 10:14 22:4,
21 24:12 25:1,5,18
27:23 29:24 87:22
89:6 90:6,11,20 91:3,
12,19 99:22 100:11
105:21 217:12,20
218:21 219:8 220:3,5
221:3,5

**relevant** 19:12,15,17
26:16 39:5 88:4 106:3
219:15 223:2,20
226:6

**relies** 152:6

**relying** 218:7

**remainder** 51:21
154:22 187:24 188:3,
23

**remedy** 158:21

**remember** 15:21
25:10,14 30:8,10
31:7,10,14 32:5,17
46:21 49:9,10,11,12,
14,19 57:1 58:17
62:22 75:22 83:22
89:10 103:16 126:4
130:20 139:20,23
140:1 144:21 156:12
159:21,23 190:16
191:23 192:8,9
198:19 205:10
209:19,21 225:5

**remembered** 103:2

**remembering** 58:19

**reminder** 6:13 167:13
186:19

**Remote** 5:2

**remotely** 5:5,17,20
6:15

**rent** 202:10,12,14
239:13

**rental** 202:6,11 203:3,
6

**repeat** 18:18 21:19
40:15 43:3 63:18 75:4

**rephrase** 13:14

**replevin** 213:9 215:7,
20

**report** 72:15 113:17,
22 181:4,5 213:7
214:15

**reported** 210:16 214:5

**reporter** 5:1,7 6:9
7:12,15,21 8:12 13:15
14:19,23 18:10 23:6,
7,11 28:16,18 29:6
40:12 42:8 44:2 58:7
82:13,18 94:20 117:4,
5 172:5,11 184:2
226:23 231:6 237:11

241:4

**Reporters** 5:14

**reports** 50:22 72:19

**represent** 5:16,18
150:9 227:3 239:3

**representation** 7:2
75:7 227:20

**represented** 10:5
33:15

**representing** 6:1
74:16 75:6

**reprimand** 174:7,10

**reprimanded** 173:18,
23

**reputable** 207:19

**reputation** 205:22
206:6,10,18 207:15

**reputational** 206:14

**request** 26:19 171:8
173:14

**requested** 184:3

**requests** 47:15 106:22
227:8

**requires** 224:24

**reserve** 10:24 37:19

**reserves** 194:22

**resides** 5:9

**residing** 146:15

**respect** 112:4 224:3

**respectfully** 65:24

**respond** 182:22

**responded** 54:1
198:14

**responding** 47:14

**response** 10:1 18:11
39:2 40:15 44:8 50:9
53:11 54:18 199:24
200:9,20 219:18

**responses** 36:19 37:4,
9 51:3 52:11 53:3,5
54:6 223:9

**responsibility** 54:21

**responsible** 202:16

**responsive** 10:1 39:16
40:8 77:23,24 79:10,
16 221:14

**rest** 70:9 111:24 169:1

**restate** 41:15 48:2
95:9 102:6 156:5

**result** 12:9 205:22
207:14

**retail** 98:17,22

**retired** 30:11

**return** 28:8 208:23
217:18 218:10 228:2
229:7 230:6,8

**returning** 199:6

**returns** 53:5

**reveal** 227:16

**revealed** 231:22

**revenue** 112:21

**revenues** 89:4

**review** 15:14 20:4
34:18 73:18 141:15,
16 158:4 187:10,12
232:4 234:1 236:9,11

**reviewed** 15:15 17:3
19:8 187:5 217:8
228:6

**reviewing** 19:12 52:10

**rferr8ing** 201:3

**RGC** 145:13,14

**right** 7:16 10:24 11:16
13:2 17:7 26:24
29:14,21 33:18 34:24
35:20 36:2,12 37:19
40:22 46:17 50:19
52:10 60:4 68:2
69:11,23 73:8,10
77:14 78:9 79:5
81:19,20 82:8 83:6
87:3,14 93:10 94:9
95:16 96:1,3 97:18
98:9 99:5,18 100:24
104:3,16 108:17
115:13 117:11 118:9,
11 119:15 120:4
121:10 122:9,14
129:9 132:5 133:17
135:2,5,15 136:12
138:12,16,18 140:7,
24 141:5,24 142:4
144:9 145:6 148:9
149:2 150:9,23 151:1
153:3 155:5 157:7
159:9 161:24 162:16
163:11,16 165:11,17
166:5 168:4,7 171:6
172:17 173:6 175:16
176:20 177:1 178:7
181:3,5,7,9 182:3

183:13 186:14 188:6,
23 191:1 192:3
193:19,20,23 194:22
195:4 196:7,21
198:24 200:6,8
207:23 212:1 215:8,
11,23 217:11 219:6
223:21 226:4 229:15,
17 230:15,20,21
232:16,17 233:9
234:22 235:2,9 238:4
240:3

**right-hand** 159:6
167:7 185:13

**risk** 206:14

**Robert** 24:18 28:5
30:10

**Robitussin** 97:5

**role** 33:2 55:2

**Ron** 105:24

**room** 6:17 38:16
40:17 75:14

**Rowe** 193:3 197:13
198:9 203:13 205:19

**rule** 12:14,15,16 29:2
46:23 77:22 81:4

**rules** 8:17 10:23 11:2
12:5,8,9 46:22

**run** 89:20

**running** 172:7 237:9,
12

**Ruthann** 170:16
171:11,13,14

---

**S**

**said** 17:11 19:18,22
22:10 27:13 28:23
35:1 37:12,17 38:9,11
41:1 42:5 43:4 45:22
47:6 49:19 53:20
54:18 58:5 60:24
62:16 63:11 75:2
76:15,17 78:23 92:4
94:17 96:12 97:16,17,
18 99:7 111:19
114:10,11 116:6
118:17 137:2,3 138:9,
11 142:24 143:1,15
144:8 156:17 159:17
160:7,9 168:4 169:19
178:13 180:11 182:14

183:20 185:24 190:19
194:4 195:21 197:19
198:6,20,22 199:20,
23 200:2,9,11,14,20
201:1 207:10 208:13,
15 211:7 214:11
218:1 224:8 229:11
231:7 234:18,24
236:14 237:6 239:12
240:14

**salary** 75:1,22 122:18
123:14 128:20

**sale** 99:2,16 101:10

**sales** 91:22 102:19
103:3,6,11 104:11
113:18 139:20 140:1
143:20 144:9,10,20

**salesman** 96:7,12,14
97:2,18,19 103:7,9
104:8 122:20 139:16
160:3,12

**salesmen** 140:13
144:4,5

**Sam** 109:14,23

**same** 7:2 23:4,20,22
25:8,12 30:6 48:14,
19,22,24 49:1 71:15
72:8 84:14,15 86:21
88:13 90:14 100:19
101:19,23,24 103:7,
11 123:19 134:18
136:20,23 140:9
145:5 179:22 202:22
203:12 207:19 217:4
218:21 220:19 237:3
238:22

**Sash** 109:14

**sat** 20:7 236:16

**Saturday** 167:21

**save** 112:11

**saw** 182:23

**say** 16:5 22:8 30:18
39:6 41:9,11 44:8,16,
21,23 49:10 53:14
55:9 58:6 68:13 76:7,
16 78:20 79:1,4,22
81:10 85:5,11,15
89:21 92:20 93:15
94:1,18 95:3,5,23
96:4,11 97:17 99:19
101:4 111:19 115:22
119:22 131:2 132:2

135:20 139:3,9 142:7
143:3,23 151:5 152:8
157:3 161:6 168:22
169:19 181:10
183:21,24 184:6,12
185:4,9,20 186:13
193:16 196:5 197:16
199:22 200:22 204:3
208:7 218:8 224:19
232:8,10 233:4
234:23 235:19 236:6
237:6,15 239:5,19

**saying** 11:5 29:4
43:10,12 47:3 56:7
60:22 73:7 82:2 92:15
93:2 99:17 124:7,18
134:20 135:4,6 137:1
149:20 152:6 159:20
160:4 173:7 183:19
184:14,16 185:7
186:8,10 191:10
201:12 206:8 210:22
214:4,8 218:4 225:15
235:20 238:16

**says** 12:14 16:18
28:15 36:3,14 37:14
38:22 39:11,14 52:14
53:23 55:22 56:5,14
60:3 65:5,23 66:8,9,
18 67:2,7,11 68:23
69:14 71:3 73:16
98:15 99:2 100:8,21
108:24 109:10 110:8
112:24 113:4 117:11,
12,13 119:11 121:18
122:14 125:6 127:17
128:11 129:10,13
130:16,19 137:13
145:12,19,24 146:14,
23 150:17,19 153:15,
18 157:22 166:1
167:3,11,14 168:17,
22 170:9 173:3
182:10,18 189:19
192:4 193:5,24 194:4,
19,20 195:5 197:14,
19 200:12 212:1
213:8

**scenario** 233:17

**scheduled** 8:9

**Scholl's** 97:7

**school** 70:15

**Scott** 120:22,23
126:14,16,22 127:14

128:5,7 129:7 131:14
147:11 152:3

**scratch** 161:18 162:7
163:3,10 164:11

**scratches** 164:9

**screen** 9:2 35:11,21
48:8 50:20 51:10,16
52:5 64:23 65:18
98:12 105:14 118:3
121:10 122:4 137:21
148:17 150:12,13
159:6,10 165:12
167:2,8 172:18
174:24 177:3,16
181:6 187:3 188:1,4,
7,10,13,24 189:3
204:17,19 209:19
211:3

**scroll** 34:17 35:5
50:14,16 177:7

**search** 40:7 98:14
100:6,19 101:11
189:24

**searched** 101:8

**second** 8:18 26:12
66:7 81:1 99:1,16
100:2,3 117:16
122:14 141:8,10,24
142:2,18,20 143:4,6
145:21,23 147:9,23
167:14 174:15,18,19
186:21 209:5 222:13
224:2 229:22 237:24
238:19

**Secondly** 225:2

**secretary** 31:1 32:3

**secrets** 236:18,19

**section** 100:21 156:13,
15 158:20,21 162:8

**secure** 112:21

**see** 8:21 27:17 29:6,8
34:23 35:11,20,22
36:2,14,16,19 39:11
40:8,10,18 48:8,10,
16,17 50:23 51:8,16,
23 52:5 64:23 65:19
67:7 74:8 75:20 76:8,
10,17 81:11 84:7
98:11 99:14 107:1
109:15,16 111:10
112:23 113:3 118:3
122:5 131:15 134:16

141:14 145:15,16 149:14 150:11 157:24 159:7,11 162:7,8 167:3,4,9 169:3,6 177:6,16,17,22,23 182:24 188:17 190:1, 2 193:9,10 194:6,16 195:1 196:3 203:16 209:18 211:4,24 229:1 230:23

**seeing** 50:5,20 165:16

**seek** 227:16 228:2

**seeking** 216:12 217:18 218:10,20 220:1 223:23 225:20 226:5

**seeks** 224:6

**seemed** 73:5 230:4

**seems** 22:13 26:23 82:3

**seized** 63:8

**selected** 173:5

**sell** 91:10,15,18 92:2, 13 96:8,9,15,16 97:3, 21,23 98:4

**selling** 96:10 97:12,14, 15,18 110:10

**send** 8:23 9:19 26:7 110:15 111:18,22 114:21 115:2,20,22 116:3 130:17,22,23 136:10 145:19 149:17 150:22 174:14 197:21 209:8 234:11,19 237:8

**sending** 8:20 84:20 130:20 147:5 149:14 168:19 171:13 207:22 208:3

**sends** 169:21

**senior** 103:13 122:17, 21 123:11

**sent** 19:2 28:13 110:20 113:5 115:23 116:8 133:6,20 151:2,3,7,8, 10 168:22 171:2 172:19 173:2 174:17, 20 182:10 197:12,24 198:2,8

**sentence** 125:12

**separate** 26:21 101:9 110:10 133:11 135:10

193:8

**separately** 113:15

**September** 66:14,20, 24 67:4,14,15,19 73:16 76:19 136:22 137:3

**series** 36:18

**serve** 31:2

**served** 70:15 133:21

**service** 56:14 211:13, 14 212:7,12

**services** 93:12,19,23 94:13,15 95:7,10,17, 21,24 96:1,2,16 102:3,8,14

**set** 34:16 35:12 37:23 48:6,20,22 52:20 113:9,14 133:19 170:21 189:10

**sets** 174:17

**seven** 13:2,4,7 67:16, 21,23,24 72:12 122:4 234:19 238:1

**seven-and-a-half** 236:17

**several** 215:15 216:2 219:20 222:14,18,20 224:3

**severance** 27:5 39:1,9 40:21 41:3,18,24 44:7,9,13 47:3,8,22 55:15,23,24 56:6,8, 16,21,22 57:5 58:3,13 68:3,5,12,14,16,17 69:6,11,16,17,19 74:11 75:3,18,20 76:6,7,8,9,11,17 136:16,24 137:2,13, 14,16 138:24 139:6 147:4 151:16 159:2, 21 160:24 164:21,23 203:24 204:7

**Severin** 107:16,24 108:4

**shall** 69:3 70:10 193:8 195:1 202:18

**Shannon** 6:3

**share** 28:9 94:4 118:3 202:16 239:6

**shareholder** 24:11 26:10 120:1

**shareholders** 24:8,11, 18,23 25:20 28:3,4 117:9 165:8

**shareholdings** 25:17 27:21,22

**shares** 24:22 25:23,24 26:1,2,3,10 27:24 28:3,6,7,8,9 30:11,12, 14 90:4

**shares'** 25:24

**sheet** 171:10

**shelf** 91:9,11,16 92:2, 13 98:1,16,17

**Shoen** 105:24

**short** 29:11 35:9 36:10 44:1 100:4 117:3 119:8 127:16 172:5, 13 229:19 231:5

**Shortly** 189:19

**should** 6:13 12:24 62:8,11 110:3 113:22 118:14,15 121:6 145:13,15 146:6 165:15 178:9,10,15

**shouldn't** 132:2 178:8

**show** 73:4 131:20 177:14

**showed** 17:6 50:9 214:16

**showing** 16:14 48:4 108:22 130:10 144:22 153:24 165:11 193:1 213:4 214:13

**shows** 100:19 114:4 115:21 181:6

**side** 81:12 112:21 159:6 165:14 169:22 177:19

**sign** 37:8,13 49:7,15 60:15 61:2 135:21 139:7 240:20

**signature** 37:6,13 44:20 46:9 47:4 49:2, 3,22 66:1,2 106:1,11, 21 107:4,5,7 125:1 131:3,6 132:10,11,21, 24 133:16 139:13 146:5,6 147:21 152:7, 11,12,14,16,19 157:14 160:16 161:16 164:6,17 194:8,14,15

195:21 196:3

**signatures** 105:23

**signed** 39:9 40:21 41:3,18,24 44:9,13 47:8,21 49:11,14,16 54:6 60:22 61:24 62:4,7,9,11,13 66:5 69:3 71:15 133:7 134:19,20 135:3 145:13,14 147:9 160:22 163:8,12,15 194:6,10,24 196:4

**significance** 22:4 52:23 131:5 179:12

**significant** 146:2

**significantly** 206:12

**signing** 49:12,14,19

**similar** 71:15 121:23

**simple** 78:18 218:3 226:13 228:8

**simply** 77:7 199:23

**simultaneously** 194:23

**since** 33:6 38:1 39:5 40:6 83:15 106:14 167:19 212:11,15 213:8,15,17,23

**single** 224:24

**sir** 10:4 14:18 32:8

**sit** 13:8

**six** 9:19

**Sixteen** 70:14

**sixth** 51:14 133:19 135:16

**size** 84:10,14,15,18

**sized** 113:13

**skip** 187:18

**slide** 35:8 152:22

**slower** 69:9

**slowly** 142:16

**small** 148:12 167:16

**smaller** 83:19,24 84:8 159:10 203:12

**smiley** 167:13

**Smith** 207:10

**so** 6:16,23 8:19,22 9:23 13:12 16:14 18:8,9 19:11 20:11, 17,20 21:6,8 22:17

23:10 24:6 26:7,9,12 27:1,6,11,20 28:16 29:13 30:13 35:18 36:8 38:14 39:12 40:19 41:1,9 42:18,20 43:10 44:7,21 45:2 46:17 49:6 50:4,14, 17,21 51:1 52:18 54:6,18 55:12,16,21 58:16 59:1,18,23 60:21 62:2,16,17 66:16 67:17 69:17 72:16 73:6,22 74:22 75:2 77:14 78:2,12 79:5 82:8,23 83:18 84:8,19,20,22 86:1 87:9 89:12 92:21 93:2,21 94:7 96:8,14 99:4,14 100:14,15,18, 22 101:3 103:18 104:21,23 105:20 106:11 108:17 109:9 111:23,24 112:8,10, 16 114:7 116:15 117:8,11 119:11 123:9 124:5,9,16 127:12 133:3,22 135:3 136:23 137:11, 22 138:9 139:13 141:3,22 142:16 145:14 147:1,9 148:4 149:3,12,13 152:21, 22 154:9 156:22 158:7 159:10 160:4, 23 164:22 165:20 167:8,11 168:2 170:13 172:6 173:9 176:17 177:6,16 178:18 179:6 180:11 181:16 182:12,14 183:7,8,18 184:6,14, 24 185:14,19 186:11, 14 191:18 192:17 193:11 194:10,13 195:18 196:14,16 197:2,9 198:24 200:2, 19 201:4,21 202:6 203:9 204:9,21 206:13 209:7 210:22 212:8,15 213:11,14 214:4,19 215:1 218:2, 8 219:17 220:6,16 221:1 222:1,16,22 223:15,18 224:15 225:7,9 227:4 228:20

229:18 230:3,5,7,12
231:19,21 232:15
233:16 235:7,13,19
236:16 237:2,7,13
238:2,5,12,17 239:6,
16,18
**software** 98:20
**sold** 91:6,14 96:8,21
97:4,5,6,19 153:15
**sols** 97:7
**solutions** 98:17
**solved** 35:16
**some** 6:15 8:16,20
11:6 15:11,12,15
17:21,23 22:2 27:2,14
29:16 30:8 31:12
33:16 40:5 42:18 46:7
48:11 64:24 65:10
73:11 76:21 78:17
84:6 87:2 90:1 92:6
95:10,11,16,20
102:20 112:12 117:13
121:12 125:20 142:8
144:4 146:8 147:4
148:16 153:12 159:7
164:1,11 170:19
182:3 190:15 212:22
213:4,24 222:8
223:23 225:12
231:11,21 232:9,11
234:14 236:16
**somebody** 43:4 44:23
64:17 95:11 116:12
117:21,22 118:6
120:6,14 126:8
147:24 148:4 155:24
163:14 183:15 184:20
185:12,14
**somehow** 35:17 225:3,
10,11
**someone** 31:1 38:12
43:23 74:2 95:16
111:16 115:15 117:18
118:1 120:19 181:20
205:13,15 206:23
208:8 228:16,17
**someplace** 187:21
**something** 10:15 17:6,
7 28:16 40:20 43:4,5
55:3 56:9 59:21 71:5
73:24 86:6 96:10,15,
16,17 97:21 106:14
108:11 113:21 115:6

124:10 151:3 159:8
185:3 197:23 208:3
212:21 231:8 235:5,
13 238:7 239:19
241:1
**sometime** 27:20 67:14
225:6
**son** 39:19 62:24
208:16
**Songer** 51:9
**sorry** 6:12 16:8 18:10
31:20 32:6 38:21
43:3,6 63:18 67:8
68:4 94:18 102:2
113:19 119:4,5 131:8
132:3 140:17 149:20
158:10 167:12 171:14
176:1 188:16 191:8
194:12 195:20 197:17
207:7 224:10
**sort** 78:17 121:12
212:22 232:9,11
234:14
**sound** 143:13
**sounds** 117:17 227:5
238:9,21
**source** 23:14
**space** 83:18 84:1,12,
13 190:1 194:23
201:23 203:8,11,20
205:19
**speak** 5:4 14:22 37:11
40:11,12 54:14,16
56:12,13 123:21
126:2 173:19 207:5
208:11 217:24 222:4,
6 226:23 235:22
**speaking** 17:13 26:15
75:9,12 106:15
138:15 206:5 231:20
**speaks** 217:21
**specializes** 63:24
**specific** 17:1 39:8
43:17 64:14 144:1
156:21 200:11,16
215:12
**specifically** 63:20
138:3 190:16 200:23
201:8 215:11 218:19
**speculate** 77:10
**speed** 36:22 227:5

**spell** 8:12 114:15,18
148:4,5,8
**spend** 87:21 88:2
101:11
**spending** 112:12
117:13
**spent** 88:18 205:18
**spit** 112:10
**split** 25:24 28:4
**spoke** 126:21 195:7
201:6
**spoken** 195:11
**square** 83:20 136:10
202:11,17 203:4,7,12,
14,16,17 239:13
**SS** 167:19
**stamp** 175:3
**stand** 77:19 78:6,21
79:5,24 184:2
**standard** 155:23
164:2,12
**stands** 77:11,16 78:14,
19 79:3,22,23
**start** 18:17 21:20
71:23 77:20 83:4
93:18 95:15 105:1
108:3,18 112:20
113:16 135:2 153:8
170:10 176:3,6 198:4,
6 221:4
**started** 6:7 94:1
112:22 167:20
**starting** 113:19,20
**starts** 51:15 65:19
175:2 194:11
**state** 5:8,16 8:11 18:22
22:3 26:12 38:23
156:12 210:21,23
211:15 212:8,13
213:13,18 214:5,9,12,
15 215:22,24 235:12
**stated** 7:23 18:23
24:14 70:19
**statement** 36:24 37:1
39:11,12 46:7 48:14
53:10 56:20 62:23
63:22 81:13 141:12,
13 142:5 209:18
218:4,21 234:14
**statements** 81:12
141:16 223:24

**States** 8:7
**status** 99:12
**stay** 86:19,22,24 87:5,
6,8 119:7
**step** 26:11 224:24
**Stephan** 23:14
**Stephen** 5:23 9:19
16:11 19:5 27:9 35:16
91:24 100:23 132:6
134:7 135:24 174:13
180:15 209:9 221:23
224:10
**steps** 224:3
**Stern** 5:23 6:6,12 7:1,
7 9:9 11:13 16:3,20,
24 17:11,16 19:6,10,
16,22 20:2 21:15
22:1,10,21 23:5,7,8,
11,15,20 24:12 25:1,
5,8,12,18 26:11,17
27:13,23 28:12,19,22
29:3,24 30:6,16 33:24
35:3,7 36:4,6 38:16
41:6 45:13 46:3 47:11
50:6,14,20 51:1 52:22
54:3,8 56:10,23 61:10
68:9,19 69:12,24 71:1
73:21 74:2,12,19
75:4,11,13 81:1,8,10,
17,20 82:7,10,12
84:21 87:22 88:4 89:6
90:6,11,20 91:9,23,19
92:4,9,15,17,21 93:15
94:20 96:18,24 99:6,
22,24 100:11,24
101:7 105:18,21
106:2,13,16,22
110:21 111:5 118:23
132:2,4 134:9,23
136:3,12 137:23
148:22 149:7 150:13
155:9 156:3,10 159:3,
12 161:7 166:15,21
167:5 174:15,17
175:13 176:10
177:14,20 180:16
182:7 185:5,21
186:19 187:1,17,20
196:18,23 197:3
199:11 200:4 204:14,
17 208:24 209:15
210:4 212:4 213:19
215:9,14 216:2,7,13,
19 217:1,12,14,20

218:11,21 219:8,20
220:2,10,19 221:3,15,
19 222:3,7,13 223:10,
21 224:14,19,24
225:16,22 226:4,8,14,
16,20 230:14 235:22
236:4 238:23 240:18
**Stern's** 22:11
**Steve** 74:1
**still** 32:6,9,12 64:13
69:8 78:8 83:12 88:4
98:8 150:12,13
180:17 210:18 227:5
**stipulate** 5:16,19 6:10
**stock** 22:20 23:2
**stockholding** 29:23
**stole** 42:20 43:4,5,11
**stolen** 42:13,21 43:7
44:18
**stop** 32:15 73:22
138:2,14,15,17
191:21 224:17
227:18,21,24
**stoppage** 192:17
**stopped** 86:5 87:1
94:12 179:14,15,18,
21,23 181:8,13 191:6,
11 192:14,15,18,20
195:8 199:3,6,9,14
201:12,18
**stopping** 190:20
**stops** 177:7
**straight** 45:9
**strategies** 228:3
**stream** 159:5
**street** 107:22 146:18,
24 203:13 205:19
**stub** 169:20
**stuff** 19:12 32:3
**subject** 37:22 39:7
108:24 113:6 145:12
170:8 195:13 199:19,
20,22 201:3
**submitted** 37:4
**subpoena** 133:21
135:17 211:16,18
**subset** 17:22,23 18:8
**subsidiaries** 21:11
**subsidiary** 21:22

**substance** 12:20 15:19
29:1

**substantial** 202:8

**successful** 104:10
211:15

**such** 45:21 52:19
185:23 190:23 206:17

**sudden** 78:24 166:19,
24

**sued** 217:9,10 229:7

**suffer** 205:21

**suffered** 206:14

**suffering** 13:19

**suggest** 81:13 93:3
225:10 229:17

**suggested** 38:16

**suggesting** 19:16 35:3

**suggestions** 141:21

**suggests** 54:4

**suing** 219:3,5,7,24
220:8,17 225:20
228:1,17

**Suite** 107:24 108:4

**Sunday** 112:13 113:5,
11 114:5 117:14
119:12,18

**Super** 87:17 88:2

**supersede** 68:24 69:11

**supplement** 8:24
38:10

**supplemented** 53:12

**support** 192:12

**suppose** 113:10

**supposed** 46:20 55:1,4

**sure** 8:13 9:23 13:14
16:1 22:7,8 23:8 26:7
29:5 31:18 33:14 34:4
42:10 48:12 51:13
53:13,14,15 64:9
65:10 67:22 70:21
73:20 85:15 101:17
105:13 110:9,16
112:2 113:2 114:11
120:10 129:21 139:6,
9,13 153:2 161:12
168:9 169:10 170:20
176:13,17,22 177:2,8
182:13 191:13 194:3
195:15 204:10,23
206:4,20 208:21

210:1 211:10 212:12
222:16 230:3 239:16
240:24

**surmise** 191:5,9,13,
14,20

**suspect** 215:2

**swear** 7:12

**swearing** 5:17,19 6:10

**switchboard** 230:22

**switching** 84:19

**sworn** 5:5 7:17,20

**system** 64:7

**systems** 214:17

---

**T**

**T-E** 8:15

**Tagnetics** 89:16,18
90:5,16,18,19 93:12,
20 94:13,16 95:2,8,
11,17,21 96:2,6,9,11,
15,16,21,23 97:10,13,
16,20,21,24 98:5,9,
13,15 99:4,10,21
100:1,7,8

**Tagnetics's** 90:24

**Tagnetics.com** 99:2

**take** 11:24 12:1 35:18
74:22,23 81:22
104:19 116:24 117:1
141:21 172:5,9 187:9
213:9,14 215:7,13,20
221:15,18 222:9
224:7,20 225:1
228:24 229:9,10
231:3 236:15 237:8

**taken** 8:5 29:11 35:9
36:10 44:1 75:6 82:15
100:4 117:3 119:8
172:13 174:6,9 213:9,
15,18 214:1,3 222:15
223:5 224:3 227:7,14
229:19 231:5

**takes** 98:24

**taking** 13:18 45:21
81:9 200:16 209:20
223:16 224:11,22
225:3 231:2

**talk** 9:23 17:16 22:9
23:1,2 28:24 74:19,20
77:8,13 79:9,17 80:23

92:9,10 106:13
113:23 116:22 117:10
136:19,20 137:10
142:15,16 157:8,9
162:11,12 170:20
182:7 207:6 215:14
216:6,8 219:20 220:3
221:19 222:3,11,23
223:10 224:8,14,21,
23 225:13 226:3,7,8,
16,17,18,20,21
227:22 228:11,12,15
229:3 231:16 232:6,
19,20,24 234:22
235:11 237:13,24
238:18,23 240:6

**talked** 116:2 159:18
206:16,21 207:10

**talking** 21:9 28:19
31:16 78:8,13,15
81:5,7 82:23 111:12
117:20,22 129:6
134:19 137:6 164:17
219:13 234:20 235:21
237:4,14 238:2,5,17

**talks** 120:13

**team** 100:22 212:13

**technologically** 9:4

**technology** 9:7 98:17,
18

**telephone** 20:22
117:21 212:9

**tell** 37:2 45:20 48:23
49:22 50:23 53:15
59:18 73:14 76:19
77:14 78:21,22 82:24
140:14 165:13 175:2
186:19 205:8,11
208:2 213:3 218:17
223:5 232:22 233:1,2
234:3 237:11 240:13

**telling** 74:15 79:21,23
126:9 207:12

**tells** 152:13 206:23

**temporarily** 235:24

**temporary** 236:10

**ten** 85:12,16 88:16
174:16,18 184:12
186:16 202:6 235:10

**tenant** 193:7,17,20
202:9,15

**term** 85:2 125:9,13
127:21 128:22 136:16
158:23 162:1 177:9,
11

**terminated** 33:17
34:6,9 39:18 127:9
196:11 201:24 210:19

**termination** 129:11
173:10

**terms** 22:2,3 58:23
60:5,8,12 68:17,23
69:1 70:23 92:24
126:4,11,17,18
127:23 128:3,9,13
129:1 131:18 137:13,
14,17 138:24 151:13
153:23 155:1 156:7,
19,24 157:18 158:3,
17 159:19,20 202:21,
23,24 203:9 207:1
237:5 238:2,16

**terrific** 87:14 116:22
197:9

**testified** 7:20 20:10
201:19

**testify** 20:18 75:8 78:4
92:7 187:13

**testifying** 141:15
187:11

**testimony** 7:22 17:12
20:10,14 44:24 58:2
124:21 142:8 160:23
221:1 231:21

**text** 51:1

**than** 7:6 8:10 10:16
14:1,3 18:16 21:23
23:3,12,17 27:17 38:6
43:19 57:16,24 58:20
67:21,23 68:15 69:14,
16 70:4,16,21 71:12
72:11 73:1 79:22
85:12,14,16,23 88:9,
12,14,15,16 90:10
111:15 114:9,14,20
115:17 126:7,12
128:1,7 129:5,12
143:16,20 144:4
146:9 149:7 152:15
155:16 160:13
163:21,23,24 164:2,8,
9,12 169:13 173:9
181:4 183:18 191:4,9,
20 199:17 200:16

201:5,11,14,19,23
202:2,19 203:3,7
216:21 220:22
221:11,21 223:20
228:5,7,14 234:13
235:23 236:23

**thank** 6:12 14:23,24
23:7,8,12 82:12 117:2
132:6 154:7 159:12
167:5 172:11 187:1,
20 221:13 231:19
235:8 240:7,23 241:2

**Thanks** 100:24 145:20
167:14 170:22 182:20

**that** 6:9,13,14,20 7:3
8:3,20,22,24 9:1,2,15,
24 10:1,2,3,7,10,11,
18,19,20,22,24 11:4,
7,9,10,12,16,18,23
12:1,2,3,6,11,13,15,
16,22,24 13:5,7,10,
14,16,20 14:14,15,22,
23 15:9,12,13,15
16:14,18 17:2,6,11,12
18:21 19:1,7,8,10,12,
13,16,17,18,19,20,23
20:3,4,11,17,18,21
21:4,5,7,8,23 24:4
25:16,22 26:4,5,8,9,
12,18,20,21,23 27:4,
6,11,16,23 28:1,2,13
29:5,13,17,18,19
30:4,14,15,24 32:19
33:14,18,19,20,23
34:23 35:2,3,5,20
36:16,17,19,23 37:4,
10,15,16,19,20,21,22
38:13,16,17,21 39:3
40:3,9,17,18,22,24
41:4,10,20,22 42:2,3,
5,6,12,14,17,23 43:3,
5,8,10,13,18,20 44:8,
9,10,11,14,20,21,23
45:1,10,22 46:2,5,22,
23 47:3,6,7,23 48:16,
17,19,20,22 49:9,12,
13,21 50:3,17,19,20
51:12,19,23 52:6,8,
10,24 53:20,23 54:1,
3,4,7,22 55:4 56:4,7,
9,17,20 57:2,3,11,16
58:2,5,15,18,22 59:1,
9 60:1,3,10,14,15,16,
18,20,21,22,24 61:1,

5,9,15,17,19 62:1,4,5,
19 63:11,18,23 64:5,
19 65:1,3,14,15,19,23
66:10,12,13,14,19,24
67:4,5,9,17,18,19,20
68:1,13 69:14,15,16,
22 70:20 71:5,6,12,
20,21,24 72:10,16,18,
20,22 73:2,7,11,15,
17,18 74:8,15,16,23
75:2,4,5,8,9,17 76:5,
13,15,19,23,24 77:4,
15 78:12,18 79:4,7
80:18,21 81:11 83:6,8
84:12,16,17,19 85:11,
17,19,24 86:6,7,9
87:2,10,16,18,19,21,
24 88:18,20,21 89:9,
14,19,20 91:10,18
92:17 93:4 94:14
95:3,5,11,17,22,23
96:3,4,13 97:10,11,
15,19 98:3,4,8,9,20
99:4,14,16,18,19
100:1,8,19,20 101:9,
10,12,13 102:8,11
103:2,15,18 104:6,9,
20 105:3,13 106:1,14,
23 107:4,9,17,18
108:12,15,21 109:4,6,
8,15,16 110:4,6,11,
16,19,20,24 111:1,2,
11,15,16,18,19 112:1,
4,5 113:2,10,16
114:10,11,24 115:4,5,
17,19 116:2,6,7,8
118:13,17 119:1,4,11,
17 120:3,4,5,13,14,
17,18,19 121:8,18
122:4,5 123:2,6,22,23
124:1,2,3,4,16,17,20
125:2,8,11,13,19,21
126:1,2,4,9,12,16
127:21 128:2,5,22
129:6,8,22 130:1,2,
12,13,14 131:2,5,18,
21 132:12,15,20
133:1,3,7,10,12,13,
20,22,23 134:9,20,21
135:4,5,6,8,11,12,13,
14,20,21 136:3,6,7,9,
12,18,21,24 137:1,14,
17,22 138:24 139:4,6,
7 140:15,16,19,24
141:2,4,15,16 142:5,

8,11,22,23 143:9,15,
17,19 144:2,9,18,24
145:5,11,15 146:2,4,
9,21 147:2,7,8,20
148:16,18,23 149:10,
14,18,20 150:3,4,8,
10,16,18,20 150:3,4,8,
10,16,18,20 151:1,5,14 152:5,6,8,
10,15,16,18,21,22,24
153:2,17,23,24 154:2,
3,9,10 155:6,14,22,24
156:1,6,8,9,12,13,17,
24 157:3,15,17,19,20
158:5,10,16,22,23
159:2,14,20,21,22,24
160:2,4,5,10,13,14,
21,23 161:4 162:1,2,
3,5,15,23 163:1,4,7,
10,13,21 164:2,8,19
165:13,14,18,20,23
166:6,10,15,16,24
167:4 168:2,4,10,15,
24 169:1,6,10,20
170:5 171:16,24
172:19 173:2,21
174:1,3,5,9,15,24
175:9,10,22,24 176:4,
20,24 177:2,3,11,12,
14,18,22,23 178:1,4,
6,15,18,20 179:6,12,
14,21,22 180:7,22,24
181:5,8,10,12,14,19,
20,23,24 182:2,9,24
183:1,5,8,10,12,14,
18,19 184:5,7,15,18
185:1,2,4,18 186:1,
10,13,20,23,24
187:14 190:1,2,19
191:5,8,10,14,20,24
192:3,8,12,14,15
193:9,10,23 194:3,4,
9,16,19 195:1,4,7,10
196:1,4,15,24 197:8,
12,14,21 198:8,11,13
199:3,4,6,9,13,17,20
200:1,2,8,9,20,23
201:6,12,14,22 202:3,
15,21 203:2,3,5,6,8,
11,18 204:14,18
205:4,7,8,13,14,15
206:3,9,17,20,24
207:4,11,13,16,19,24
208:2,8,9,12,21
209:13,21 210:10,11,
13,17,20,22,23 211:4,

11,19,24 212:1,14,22
213:1,3,4,8,24 214:4,
5,8,9,13,16,22,24
215:2,13 217:8,10,11,
17,21 218:4,5,6,7,9,
10,12 219:4,7,9,10,
11,14,17 220:1,9,17
221:20,21,24 222:8,
10,14,19 223:2,3,7,8,
16,18,20,23 224:3,6,
10,12,24 225:2,7,9,
10,14,15 226:6 227:6,
14,16 228:14 229:13
230:11 231:16,21,22,
24 232:2,5,8,11,23
233:4 234:2,5,8,11,
12,13,14,18,21,23,24
235:1,3,5,13,14,20
236:3,4,6,8,12,18,23,
24 237:7,11,16,24
239:2,7,15,18,19
240:1,4,13

that's 17:15 24:14
30:2 38:19 45:14 78:7
85:17 91:21 92:6,8,21
94:17 97:16 100:22
101:5,12 106:9
110:18 113:23 116:1,
5 117:18 118:11
119:2 133:8 136:6,13
138:11 141:22 142:23
145:9,11 146:20
148:15 150:14,18
151:19 152:12 153:18
157:2,13 158:24
160:2,7 161:24
162:21 164:12 168:21
174:1,2,3 175:6,8
183:20 185:12 186:18
191:13 192:4 193:24
194:3,12 195:5 197:9,
19 198:20 199:5,16,
23 204:17,23 212:10
214:11 215:16,23
217:10 221:14 222:13
225:16 226:2 228:18
234:16 235:6 236:9,
12 238:8,20,22
239:20 240:16

the 5:2,4,5,6,7,8,10,
11,13,15,17,19,20
6:2,3,10,13 7:2,12,15,
21,23 8:3,5,7,8,9,11,
12 9:2,4,7,15,18,22
10:2,12,16,17,20,21,

22,23,24 11:1,2,10,
13,17,19,21 12:2,3,5,
6,7,8,13,15,16,18,20
13:3,4,11,15 14:1,3,
15,21 15:10,11,12,13,
15,18,19,20,24 16:15
17:3,4,8,12,18,24
18:5,8,9,11,16,20,22,
24 19:2,6,10,21,22,23
20:4,10,16,17 21:3,5,
6,12,13,18,19,23
22:1,5,6,19,23 23:5,
14,18,19,21 24:7,10,
11,15,17,21,23 25:2,
7,9,10,13,17,19,20,23
26:4,7,8,10,12,17
27:18,21,22,24 28:2,
3,5,20,23,24 29:1,7,8,
22 30:3,7,8,10,11,12,
14,17,19,21 31:2,5,6,
7,10,16,23,24 32:2,3,
9,12,17,19,21 33:10,
11,12,14,16,17,18
34:2,5,8,15,18,21,23
35:7,11,12,17,21,22,
23,24 36:1,2,7,14,17,
18 37:1,3,6,9,13,15,
16,18,19,23,24 38:1,
3,8,10,14,23 39:2,3,5,
6,7,19,21,23 40:6,12,
17,23 41:1,7,16 42:1,
6,9,11,12,13,16,17
43:6,13,15,19 44:2,5,
6,8 45:8,9,16 46:4,15
47:3,12,14 48:8,13,
14,16,19,20,21,22,24
49:1,3,16,17 50:5,6,9,
16,17,20,22,23 51:1,
8,10,14,15,21 52:5,
11,13,14,15,16,17,18,
19,20,22,24 53:3,5,7,
9,10 54:3,6,14,21
55:3,7,13,14,15,17,
22,24 56:4,6,11,12,
14,24 57:15,19,24
58:7,20,23 59:2,9,12,
17,19,20 60:2,6,8,9,
12,16,18,20,21 61:7,
10,11,17 62:22,24
63:1,2,11,14,21 64:1,
2,6,7,8,12,14,23 65:7,
11,18 66:2,7 67:7,11,
13,18,21,23 68:6,10,
11,17,20,23 69:1,13,
17,18,19,20,21 70:1,

3,4,6,9,10,11,13,16
71:2,6,10,11,12,15,
17,24 72:4,8,11,15,19
73:1,19 74:7,12,16,
20,24 75:1,6,14,19,20
76:8,9,10,14,17
77:20,22 78:4,5 79:14
80:2,5,13,15,22 81:1,
3,6,7,10,11,13,14,15,
23 82:13,16,18 83:8,
11,14,15,23,24 84:6,
9,10,14,15,18 85:2,4,
21 86:11,22 87:6,8,
17,19 88:2,5,7,10
89:4,5,7,23 90:4,8,21,
23 92:2,13,23,24
93:6,14,16,18,24
94:10,21 96:14,19
97:1,9,13,15,16 98:1,
11,16,18 99:1,7,12,
13,15,16 100:2,7,19,
20,21 101:9,22,24
102:14,15 103:1,3,5,
10,11,18 105:12,14,
23 106:2,3,5 107:10,
12,13,14,15,18 108:6
110:18,22 111:5,6,8,
10,15,24 112:2,8,14,
21,23 113:13 114:4,7,
11,12,18 115:2,11,14,
15,18,20 116:5,22
117:4,5,9,15,18,19,
21,24 118:5,7,24
119:7,9,12 120:4,9,
12,13,15,20,24 121:1,
10,12,13,21,23
122:13,16 123:1,5,7,
23 124:2,16,17,24
125:12,19,23 126:2,4,
9,11,14,15,18,19,21
127:1,7,14,15,23
128:1,3,9,13,21
129:1,5,11,12,18,23
130:3,9,11 131:5,7,9,
11,13,14,15,23 132:2,
9,10,12,13,14,15
133:8,10,12,15,16,19,
23 134:11,18,24
135:8,9,15,17 136:4,
10,11,17,21,23
137:14,16,19,21
138:1,6,11,14,17,21,
23 139:14,19,20
140:9,10,18,22,23
141:8,9,10,11,21,22,

23,24 142:1,2,3,17,
18,19,20,21 143:4,5,
6,8,16,21,22,23
144:20,21,24 145:1,5,
17,21,22,23 146:5,6,
8,11,14,19,20,21
147:5,9,10,20,24
148:1,16,17,18,22
149:7,10,12,13,16,18,
23 150:11,12,13,17,
20,21 151:6,7,8,9,13,
20,21,23 152:2,3,5,21
153:5,6,9,13,20,21
154:7,9,10,12,15,22,
23 155:4,5,6,10,23
156:4,7,11 157:9,10,
12,16,21,22,24
158:17 159:6,7,9,10,
15,20,21 160:16,17
161:9,18,19,20 162:7,
12,15,21 163:2,3,9,
10,15,18,24 164:2,7,
9,10,12,14,16,18
165:2,7,8,9,11,12,14,
15,16,19,21,24 166:2,
20,21 167:2,3,7,11,
14,18 168:1,3,12,14,
22 169:1,20,21,22
170:11,13,14,16,21,
24 172:2,11,18 173:3,
4,8 174:1,3,11,18,23,
24 175:5,10,14,23
176:4,11,12,19,20,21,
23 177:5,6,7,9,10,15,
16 178:3,12 179:2,6,
11,12,13,14,16,19,21,
22,23 180:1,10,16,20,
21 181:3,5,6,7,15,16,
19,23 182:3,5,13,21
183:1,5,13,22 184:1,
4,7,10,11,15,18,22
185:2,3,9,11,13
186:2,5,15,23 187:3,
4,9,15,22,24 188:1,3,
4,7,9,10,13,19,21,23,
24 189:3,10,13,14,16,
20 190:4,7,8,10,19
191:11,21 192:2,6,9,
10,12,13,20,21
193:11,14,17,20
194:5,8,18,20,22,23
195:9,13,21,23 196:1,
3,4,10,11,13,15,16,19
197:8,23 198:1,3,15,
18,21,22,24 199:1,4,

7,10,12,13,20 200:5
201:4,6,10,11,13,14,
16,17 202:3,4,6,7,8,
14,19,21,22,24 203:2,
6,8,9,11,12,13,14,16,
17,18,20,24 204:3,4,
5,7,12,14,17,18,23
205:3,6,7,8,12,13,18,
22 206:2,5,6,10,11,
13,14,15,16,17,18,22,
23,24 207:1,8,9,11,
12,15,22 208:1,3,4,
18,20,23 209:1,2,8,
12,15,19,20 210:3,6,
15,16,18,21,22 211:3,
15,20 212:2,5,6,7,8,9,
11,12,13,24 213:3,5,
13,17,20,23 214:2,5,
8,10,12,14,15,17,18,
19,21,23,24 215:3,7,
17,18,20,22,24 216:7,
12,14,16,18,20,21,22,
24 217:2,4,5,6,15,18,
20,21,23 218:1,2,6,
10,12,13,14,17,18,19,
20,23 219:5,6,9,10,16
220:5,12,13,20 221:2,
5,7,20,21 222:4,8,14,
15,17 223:6,7,11,12,
15,17,18,21,22,24
224:3,4,5,6,11,12,15,
22 225:10,22 226:1
227:4,9,13,15 228:1,
2,3,4,5,10,13,19
229:1,2,4,5,6,7,10,14
230:4,6,11,12,14,24
231:6,8,15,17 232:3,
4,8,16,17,22 233:2,8,
9,10,11,13,15,16,18,
19,24 234:6,7,10,11,
15,18,24 235:4,5,10,
20,24 236:1,4,5,8,9,
11,15,22,23 237:3,5,
7,11,15,17 238:1,10,
13,15,20,21,22 239:3
240:16,17,20 241:4,6

**theft** 14:8 178:19
180:4,5,11,12,23
181:1

**their** 7:21,23 22:3
36:18 43:18 61:9
113:16 206:6 214:17
225:20

**them** 8:21,22 15:17

19:9,14 22:14 42:18
43:19 49:15 59:13
61:12 63:13 64:16,17
65:21 97:18 113:20
136:11 144:5 146:8
154:18 172:15 200:17
211:10,13,14,15,16,
17 217:18 224:13
234:13 237:2 239:3,6

**themselves** 5:16 54:14
56:12

**then** 7:1 10:16 18:12
35:5 36:18,24 37:1,5,
14 39:11,13 42:16
47:14 48:13,18 51:14,
21 52:4 58:21 65:9,
20,23 66:4,7,8,17
67:2,7,11 77:14 78:22
85:23 86:18,22,23
87:10,12 89:13 93:7
99:1,3 101:8 112:23
113:1 114:3 125:6
129:12 130:19 137:20
138:19 140:18 143:15
145:13,17,21 146:10
149:5 150:9 154:22
155:5,17,18 157:23
158:2,21 159:1
161:23,24 166:1
167:20,21 168:2,9
170:5,16,24 171:9
179:10 182:21,22
186:5 188:12 189:2
192:1 195:6 199:14
200:9 209:12,23
213:8 217:21 224:20
227:1 228:6 229:2
230:23 233:3 234:2,4,
22 235:2,12 236:2,7

**there** 6:6,14,17 7:4
9:17 10:13 12:1,19,23
14:4,20 15:6,21 16:7,
9,21 17:1,7 18:16
19:7,15 20:1,2 21:3
24:18 30:21 31:12,14,
18 35:8,23 36:1,21,
23,24 37:5,14 38:6,9,
11,12,16 42:7 43:20
44:8,13 47:21 48:11,
13,18 49:2 50:3 52:4,
10 53:17,19 56:7,15,
20 57:3,11,22 58:3,18
60:10 61:5,15,22 64:4
65:9,10,23 66:4,7

67:17 68:3 71:11,19
72:10,17 73:1,17
74:10 75:2,17 76:5,23
77:2 80:8 81:6 84:22
87:3,16 88:15 89:9,14
91:20 92:5 93:2,7
94:12 95:14 99:14
102:18 103:13
105:13,23 107:6
110:14,19 111:17,21
114:21 115:1,19
116:2,19 122:24
123:10,17 124:10
125:17 126:10 128:2,
8 129:7 130:2 133:9,
10,15 135:10,13,20
136:5 139:5,12 146:2
148:4 153:12,20
154:15 155:12,17,22
156:6 157:17,19
158:1,5 159:6,8
160:20 161:23 162:2,
4,22 163:23 164:1,11
165:24 166:2,21
168:9,13,18 171:9
172:14 173:9,21
176:18 177:1,24
187:14 191:2,4 192:1,
9,17 194:8,19 196:23
211:4,23 217:7 218:9,
19 227:18,21,24
228:1,9,13 229:1,2,18
230:15 231:8 232:6,
11 234:2,3 236:7,19
239:10

**there's** 92:5,22 113:2
129:7 146:10 148:3
153:12,22 155:18
158:21 159:1 160:17
161:17 162:1 164:1
196:15 230:23

**therefore** 37:17
154:23 191:21 225:4

**therein** 37:21

**thereof** 37:16

**these** 16:6 18:15 19:4
27:7,18 37:3,6 38:1
42:19 49:22,23 64:21
74:17,23 75:5 81:12
137:14,16 138:23
149:22 153:23 155:1
157:17 158:3 168:10
189:12 192:21 202:22
205:22 223:8,17

225:4 229:18 239:14

**they** 5:16 8:6 12:7
15:18 16:5,8 17:18,20
18:3,23,24 24:20 25:4
27:7,10 30:13,14,18
33:9 43:5 53:4 63:5,7,
20 83:8,9,20 99:3
101:10 110:3,4
113:15,16,18,22
116:22 137:15 140:12
143:21 149:24 150:7,
8 154:16 162:17,19
167:1,24 181:20,24
190:15,19 191:6,21
192:8,14,15,18 195:7
198:2,11 199:3,4,6,9,
10,13,14 201:12
204:1 205:7,8,11,13
206:20,24 207:16
210:19,23 211:17
213:4,7 214:13,23,24
215:6 224:5 227:10,
12 228:1,2 229:6
230:7

**they're** 19:14 93:5
99:15 135:11 225:19,
20 228:4

**they've** 206:5

**thing** 50:17 98:15 99:3
100:7,20 103:7 112:2
114:4,11 123:19
147:19 164:14 194:6
207:19 233:19 234:15
238:22

**things** 5:1 9:22 10:22
36:2 63:11 84:6
109:13 113:8,9
114:20 131:7 164:18
170:10 220:16 223:9
224:19 229:5 239:14
240:15

**think** 6:7,13 8:17 9:3
13:13 16:14 17:6,12
19:11,14 23:13 27:9
30:18 33:1 40:16
49:21 53:15,19,20
54:14 56:12 57:6
64:5,9,11 65:8 68:11
71:6,20 73:24 80:7
85:23 86:8 89:11,14
97:7 98:7 103:16
104:2 105:20 106:3
108:13 109:6 110:1,
19 113:22 116:21

118:21 126:23 129:9
137:6 140:4,12 144:8
145:3 150:10 154:1
162:15 164:18 165:15
168:21 170:6 174:17
176:17 177:18 178:13
182:6 185:10 193:14
196:18,24 199:24
200:1 208:15 211:7
212:20 213:16 221:10
222:18 225:14 227:9
231:16 232:13 237:14
238:20 240:21

**thinking** 114:2 235:5
239:12

**third** 24:21 34:16
35:12 48:20,21
107:22 141:8,11,24
142:3,18,21 143:5,8
145:22 146:17,18,23
171:9 185:9 189:21

**third-party** 187:4
189:11

**this** 5:18,24 6:2,8,17,
19 7:4,6,22 8:3,4 9:8,
12 11:2,4 14:15 17:3
19:12,17,24 20:3,4
22:23 23:2 24:13
25:11 26:22 27:2,5,6,
14,15,17,23 29:8
33:7,21 34:14 37:10,
12 39:6 40:4 41:21
43:20 44:7 47:15
48:19,21,22 49:7,13,
14,20 50:4,6,12 52:17
53:10,18 54:7,17 56:3
58:10,14 60:12 65:9
67:13,24 68:3,18,23
69:7,10,19 70:19,23
73:18 75:18 77:4,6
79:15 80:22 81:10
84:12 91:20,21 92:6,
7,17,20,24 93:1 98:7,
13,14 99:6,15 100:18,
19 101:3 105:18
106:3,11,14,15,21,23
110:1,12,15,16
111:12,18,22 112:21
113:20 114:22,23
115:11,20,24 116:3,
18 118:3,8,13,16
119:2,7,20 121:23
122:2,11,14 123:16
125:17 127:15 128:24

129:10,18 130:17,20,
22,23 132:8,12,14,18
133:3,11,20 134:21
135:6,10,16,21
137:19 138:19 139:8
144:1 145:1 146:14,
24 147:1,3,6,11,14
148:5,6 149:4,5,7,10,
17,22 150:19,23
151:4,16 152:4,5,7,8,
20 153:16 155:13
156:23 157:15 158:4,
8,20 159:3,4,14
160:5,9 161:16,21
163:17 165:17,20,23
166:13,15,19 167:21
168:2,10,11,21,24
169:3,10,11,23,24
170:19,22 171:4,8,12
172:21 173:2,7 174:2,
12 175:5 178:11
181:4 182:1,7,9,12
183:9,10,19 184:15,
16 185:12,23 186:8,
12,14 187:6 189:10
190:4 191:7 192:17
194:4,6,10,13,24
195:5,6,14 197:3,20
198:7 201:20 207:14
209:19 210:1 211:1,
11,24 212:16 213:12,
16,23 215:15 217:14
218:3,7 219:10,12
221:15,16,19,22
222:1,17,23 223:2,16,
22 225:8,9,12 226:4
227:3,8 230:18
231:19 232:1 233:12,
13 234:6,15 235:10,
23 236:1,2 237:6
238:9,12 240:2

**Thompson** 5:14

**those** 9:1,9 10:15,24
16:11,13,23,24 22:2
25:21 30:12 32:3
33:13 40:7 42:18
57:23 74:14 93:22
97:9 99:24 109:12
114:20 128:3,13
130:7 133:11,17,18
135:24 136:8 153:22
155:7,20 163:6,15
189:18 206:1 219:16
222:9 223:6,9 224:4
225:11 227:11 236:12

238:3 239:4,5,15

**though** 13:13 64:6
135:17 237:12

**thought** 31:20 101:2
128:24 150:14

**thoughts** 113:24

**thousands** 184:13
186:17

**three** 24:18 28:4 83:13
86:15 128:12,19,21
129:15 154:16 176:5
204:4,7 210:14 215:1
223:4 234:21

**threshold** 39:14

**throu8gh** 152:22

**through** 6:15 7:8 17:5
21:6 36:22 39:1 49:22
50:1,10,16 51:12,16,
22 52:1,8 65:17 84:20
130:14 132:9 158:1
172:1 174:14,20
175:24 179:17 187:24
188:3,7,12 194:13
229:4,5,6 239:24

**throughout** 176:19

**thus** 37:18 78:22

**tie** 9:13

**tied** 87:17 113:13
225:11

**tier** 141:8,9,10,11,24
142:1,2,3,18,19,20,21
143:4,5,6,7,8,16

**tiers** 143:13,14,18
144:2

**time** 5:4,13 10:9 11:1,
10 13:4 20:10,17
24:4,7,10 25:7 28:1
31:5,16 33:16,20
34:5,17 37:20 44:3
53:5 57:19 58:14,23
59:12 60:2,8,9,12
65:7 71:24 72:8,11,
18,23 73:18 74:24
75:6 77:6 81:23 82:3,
4,9,14,17,19 86:21
90:23 101:17,19
102:18 108:21 109:11
111:24 112:12 115:20
117:6,13 120:7 121:1
123:1,5,8 125:21
126:21,23 127:12
128:3 138:18 144:1

145:18 149:21 151:20
156:9,13 172:12
174:20 179:22 185:9
194:24 203:24 204:1,
2 213:23 215:12,21
226:23 232:6 237:3,8
241:5,8

**timeline** 33:23

**times** 85:6,12,14,16,21
86:10 87:10 128:19
210:14 215:15 216:3
219:21 222:14,18,20

**title** 34:15 124:5,10
146:12 154:10 155:6
157:21

**titled** 159:2

**to** 5:1,2,4,6,17,19,22
6:10 7:2,6,7 8:5,9,16,
19,20,22,23,24 9:7,
15,18,22,24 10:2,9,
11,13,14,24 11:4,7,8,
11,24 12:3,18 13:2,8,
14,15,20 14:21 15:22
16:5,12,18,23 17:2,4,
13,18 18:8,16,20
19:2,9,10,12,13,17
20:11 21:3,5,6,7,8,13
22:1,3,4,13,23 23:3,5,
6,8 25:16,21,24 26:1,
2,14,18,22,23 27:3,8,
10,18,23 28:2,6,10,
13,15,16,22,24 29:7,
8,24 30:12,20 31:2,13
33:21 34:16,18,22
35:7,17,24 36:1,6,7,8,
18,21 37:2,4,7,12,18,
19,20,24 38:2,10,17,
21 39:3,5,6,7,8,12,15,
16,22 40:1,4,5,6 41:6,
7,14,16,17,21,22,23
42:8,9,15,17 43:7,13,
15,18 44:6,7,8,23
45:8,9,11,18,24 46:1,
3,14,20 47:9,11,14,19
48:5,12,15,23 49:1,4,
22,23,24 50:1,3,9,16,
22 52:11,20,22,24
53:3,5,6,9,11,12,18,
22 54:3,24 55:1,4,5,
12,17 56:8,10,16,21,
22,23 57:22 58:2,12,
15,24 59:1,4,18 61:3,
10,13 62:17 63:1,9,
12,15,21 64:14 65:10,

16,17 66:3,17 67:13,
24 68:3,5,6,7,9,19
69:11,12,21,22,24
70:4,5,10,11,12,13,
17,21 71:1,6,7,13,16
72:19 73:5,6,22 74:7,
8,11,12,16 75:3,4,5,8,
14,17,18,21,24 76:1,
6,12,13,14,20 77:2,5,
7,10,12,18,23 78:16,
17 79:1,7,14,16,19,20
80:21 81:1,5,6,7,12,
13,14,15,22 82:22,24
83:19,23 84:5,6,7,19,
20 85:3,5,6,20,21
86:3,4,7,12,18 87:9,
11,14,15,16,17,23
90:6,11 91:10,15,16,
21 92:2,6,7,13,18,20,
24 93:1,3,4,12,15,19
94:2,3,5,7,8,13 95:8,
10,17,21,24 96:1,2,6,
9,15,16,24 97:13,18,
20,21,23 98:5,8,19,
21,24 99:1,22 100:13
101:18 102:14,24
103:1,23 104:12,13,
17,18,19,23 105:3,9,
11 106:2,3,5,23
107:5,6,12 108:8
109:2,11,12,14 110:1,
5,8,14,19 111:4,9,11,
16,18,21,23,24 112:4,
7,9,10,11,14,16,18,
20,22,23 113:4,12,14,
16,17,20,21,22,23,24
114:7,21 115:1,11,19
116:3,8,10,19 117:20,
22,23 118:8,16 119:1,
3,7,12,18 121:19,23
122:12,15,16 123:2,
10,21 125:19 127:13
129:8,22 130:20
131:6,19,20,22
132:13,17 133:12,18
135:17 136:4,9,17
137:14,15,17,19
138:1,6,9,12,14,24
139:5 140:24 141:7,
15,19,20,21,22,23
142:9,10,12,14,17
143:3 144:16,24
145:9,16,23 146:2,11,
13,20 147:5,10,13,16,
20,23 148:4,5,8,10,

11,21,23 149:1,3,4,
13,14 150:10,19,20,
23 151:2,8,10,11,12,
14,15,21 152:2,21,22
153:16,17,21,23
154:1,2 155:13 156:3,
8,10,18,20,22,24
157:4,6,14,17,19,24
158:4,8,9,11,14,18,23
159:14,19 160:1,3,5,
9,11,24 161:14,20
162:10,17,19 164:16,
23,24 165:2,9,13,19
166:4,8,9,18,20,23
167:1,7,8,9,18 168:3,
6,8,19,22 169:1,18
170:7,9,10,12,15,16,
20,23 171:2,4,11,13,
14,18,24 172:1,19,22
173:2,5,7,8 174:15,23
175:2,13,19,20,23
176:4,5,7,14,23,24
177:7,14,24 178:3,5,
19 179:13,15 180:8,
13,16,18 181:12,21
182:2,3,11,12,18,20,
22 183:6,22 184:20,
21,23 185:5,14 186:5
187:9,10,12,13,15,17,
21 188:20 189:9,21,
24 190:5,8 191:3,5
192:2 193:4,13 194:6,
9,22,23 195:4,8,9,11,
13,24 196:3,7,8,14,
16,19 197:13,22
198:7,9,14,18,24
199:11 200:3,10,14,
15,17 201:3,4,6,8,10,
11,13 202:17 203:2,5,
10 204:22 206:14,16,
21 207:8,10,22 208:3,
7,13,19,21,22 209:3,
8,9,11,12,13,20,23
210:1,2,7,15,16,18
211:1,6,8,9 212:22
213:1,5,9,14,16,21
214:5,17 215:7,20
216:12,17,23 217:5,
18 218:1,3,5,8,9,12,
17,20 219:12,15,16,
18 220:1,21 221:4,15,
18,24 222:4,9,15
223:1,2,6,15,17
224:4,7,11,17,20
225:1,2,10,11,19,22,

23,24 226:2,12,14
227:5,7,10,14,16,19
228:7,14,21,24
229:13,17 230:1,4,8,
16,21,22 231:9,11,14,
15,16 232:2,4,8,16,
17,22 233:4,8,9,10,
12,14,23 234:1,5,7,9,
10 235:1,4,12,19,22
236:3,5,6,7,8,9,11,15,
23,24 237:2,14,17,24
238:1,6,10,11,12,13,
16 239:3,8,13,15,17,
18,19,22 240:1,13,19

today  8:10 10:5 13:21
14:10 15:3 17:2 21:24
65:8 84:18 100:19
101:12 113:7 168:1
172:3 203:1 231:21
240:5,22,24

today's  5:12 31:17

together  39:18 103:3
112:5,13 117:14
208:15

told  18:7 140:21 170:9
199:8,13 205:6,13
207:2,4,13 208:12
210:20,23 214:9
228:16,17 230:10

Tollefson  6:1 227:2,
19,22 228:9,13,19,24
229:9,14 230:3
231:11,20 232:12,15,
21,24 233:5,7,9
235:2,8,12,17 237:16,
22 238:8,12,18,20,24
239:21 240:1,4,7

TOLLFESON  231:19

Tom  5:21 7:4 8:22
34:11,18 209:9
230:21,24 234:21
239:5

tomorrow  113:23
145:14,15

ton  110:2

too  36:23 168:13
182:23

took  167:16 218:6
229:12

top  65:11 100:21
121:12,23 152:21
153:9,21 183:13

total  28:7 76:3 129:15
179:5,7

touch  12:18 103:20,
23,24

towards  118:24

tracks  112:9

trade  236:18

train  84:22

transcript  232:4,5,10
233:2,10,12,13,18,24
234:10 235:4,5 237:6,
7,17 240:20

transcripts  140:24

transfer  238:10

transmission  171:10

transpiring  119:2

travel  127:20

treasurer  31:1 32:2

treat  233:24

trial  12:8

tried  97:23

trip  86:16 87:17,20
88:3,19 89:5

true  6:14 37:23
228:18

trusted  208:9

truth  13:23

truthfully  13:20,22

try  63:21 77:12 79:7
97:21 113:23 119:6
217:5 225:10 233:7

trying  18:8 21:6 28:13
30:20 33:21 36:8,21
50:22 62:17 77:18
78:16 84:5,7 87:11,
14,23 100:13 127:12
142:12,14 158:11
168:3 207:8 209:8
218:9 219:15 225:23
226:12,14 230:16
233:14 236:8 237:2
239:21

Tuesday  65:19 145:17

turn  118:9 119:6
187:15 235:17 240:19

turned  133:19

turning  208:14

turnover  223:12

twenty  31:14

twenty-some  31:11

twice  83:12 176:15
180:1

two  18:16 25:24 28:8
36:1 50:11 65:9 86:15
113:11,14 128:11,21
148:12 151:7 154:15
171:11 174:17
195:14,15 197:24
202:4 207:19 214:2,4,
8,15 223:17 229:5

two-page  108:23
121:11 122:12

two-party  18:15

two-way  98:19

type  98:23

typical  233:16 235:9

typically  234:4 235:12

_____

U

Uh  150:2

Uh-hum  115:10

unable  39:8 41:17,23

unauthorized  180:3,
21,23 181:1

unaware  178:21

uncle  31:9

unclear  238:22

undefined  125:7,12

under  7:22 12:8 13:18
20:18 29:2 44:24
45:19 103:10,12
110:3 113:1 135:13
155:6 164:1 202:21
204:6 222:8 229:9
233:16

underlined  162:9,16

undersigned  131:24

understand  10:18
11:12,16,18 12:11,12,
13,15 13:5,6,7,11,15
19:23 21:7,8 27:22
34:2 48:1 58:9 59:14
62:17,21 68:21 75:7
87:2,15 96:13 114:24
119:21 127:13 142:6,
12,14,16 194:18
204:18 208:21 210:1,
5 227:10 234:13
238:3 239:9,21

understanding  13:12
19:6 69:8 235:24

undertake  63:12
208:22 210:2

undertook  210:9

unduly  39:4

unemployment
173:13,15

unforged  60:18

United  8:7

unknown  189:6

unless  12:23 28:19
69:2 81:5

unparalleled  98:20

unreliable  126:10

unsigned  47:9 122:13

unsuccessful  28:14

unsure  13:12

until  112:20 127:1,9
179:7 211:15 225:5
234:1 236:6,8,10
237:18

up  9:1 27:10 34:11
35:20 37:11 40:11
46:14 48:8 49:24
50:14 51:15,22 52:5
64:23 65:18 73:24
84:8 98:11,13,14
100:8 105:14 112:8,
16 113:8,9,13,15,23
114:7 117:12,17,23
120:9 121:2,10
136:18 137:12 140:23
145:14 148:22
150:11,12,13,18
153:5,8,22 154:2,9,16
155:7,12 158:2
165:12 166:23 167:8,
24 170:8,11 172:6,18
174:15,23 177:2
181:5,6 187:3 188:1,
4,7,10,13,20,24 189:3
209:3,18 211:3 227:5
229:12 230:4 237:8

upfront  129:16,17

upload  154:2

upon  37:17 130:16
152:6 189:7 199:7
200:17,20 201:2
202:8 215:8 218:3

**URL** 100:1 113:1 212:1,16

**us** 8:18 17:4 20:3 36:4 43:23 63:9 64:18 69:3 81:24 112:9 174:20 186:20 192:16 199:13,15 200:2 236:5

**use** 9:15,18 59:10,12 64:6 106:2 114:15 156:2 158:23 203:19 233:11,12 236:7

**used** 100:6 234:5

**using** 106:23 180:11 221:23

**usually** 86:21 114:18

---

**V**

**vacation** 112:23 128:12

**vacuum** 238:7

**vague** 39:4 152:15

**valid** 136:15 158:9

**validity** 5:6

**valuable** 144:4,7

**value** 223:21

**Vandusan** 51:17

**various** 36:1 61:22

**vary** 22:2

**veering** 222:20

**verbal** 239:8

**verify** 74:13 228:17

**version** 34:23 133:15 232:5 233:18,19

**versions** 135:14 136:1

**versus** 5:11

**very** 9:13 22:16 78:17 109:10,11 136:7 148:11 230:20 235:17 239:16

**vested** 128:20

**via** 9:10 76:1,21

**vice** 31:1 139:19 141:11 142:3,21 143:7 144:20 194:15

**video** 6:16 81:7 182:13

**view** 9:13 98:24

117:11 162:23

**vindicate** 219:17 223:19 236:24

**violation** 226:8

**virtual** 83:15,16 159:3

**viruses** 150:19

**visibility** 98:21

**vitamins** 97:6

**voice** 23:11

---

**W**

**W-H-I-** 8:14

**wait** 110:1 112:22

**waiting** 28:15 109:11 230:1

**waiving** 39:7

**want** 9:22 17:1 23:8 48:23 49:22 65:16 70:10 81:21 91:14 104:19 111:23 112:9, 14,20,23 119:12 138:12 141:19 142:10 149:1 165:13 166:20 181:6 187:9,15 193:13 196:14 208:21 210:1 223:15 225:19 226:16,20 228:24 229:13 230:22 231:8, 16 232:8,9 235:22 236:15 237:14 238:6 239:3,18 240:1,13

**wanted** 112:7 113:22 209:13

**was** 7:17,20 15:12 17:11 18:7 20:11,13, 15 23:7,23,24 24:1,2, 3,18 25:14 26:2 28:10 29:11,20 30:20,21 31:11 32:19 33:17,21 34:6,9,19 35:2,3,9,17 36:10 42:21 43:5,8 44:1 45:20 46:22,23 47:4,7,8 48:9,19 54:4 55:2,4 56:7,14,20,22 57:9,13,19 58:3,21,22 59:12,19,20 60:1,15, 20 62:17 63:14 65:2 66:13,14,19,21,24 67:4,5 69:21 70:3,8 71:4,16 72:5,8,17,18, 20,22 73:7,9,12,17

74:10 77:6,22 80:12, 15 82:2,15,24 83:5,9 84:11,13,20,21 85:23, 24 86:15,19,24 87:2, 13,16,19,24 88:15 90:18,23 91:1 93:16 94:12 96:7,12,13,22 97:2,10,12,13,17,18 100:4 101:10 102:9, 11,15,16,18,19 103:3, 5,7,8,9,13,15,16 104:2,3,4,8,9,11 105:18 107:18,20,22 108:7,13,15,19 109:7 112:6 113:19,20 114:11 116:8 117:3,8, 11 118:7,17,19 119:4, 8,17 120:5,13,19,20, 24 121:8,15,23 122:4, 19,20,21 123:11,14, 16 124:2,3,8,15 125:2,4,8,13 126:10 127:1,5,6,7,9,11,13, 14,15,20 128:2,8,22 132:13 135:12 136:17,21 137:3 139:5,6,9,10,17,19, 21,22 140:1,17,18,19, 23 141:7,9,13,23 142:17 143:4,15,20 144:9,10,20 145:3,7, 10 146:11 148:17,19 149:11,13 150:16,20 151:16,21 152:2 153:24 155:23 156:6, 15 161:19 163:10,15 166:12,24 167:16,19 168:19 169:19 172:13,19,24 173:2,4, 6,22 174:5,9,24 177:2,8,10,11 178:1, 4,8,21 180:10,22 181:15 182:7,9 184:5 186:20 187:8 189:21 190:14,20 192:17 193:11,12 195:14,15 196:4,15 197:23 198:5,21,23 200:13, 15,23 201:24 202:7 203:23 204:6 205:11, 16 206:7 207:3 208:12 209:24 211:19,21 212:17,20 213:17 221:10 222:15 225:5,8,9 227:24

229:19 231:5 237:11 239:21 241:1,7

**wasn't** 55:1 59:15 86:14 103:12 177:2 196:1,13

**way** 10:22 29:7 31:10 36:6 42:4 44:11 68:15,16 69:5 86:9 97:11 146:19 149:13 162:18,20 196:15,19 207:9 217:5 222:19 233:13

**we** 5:3,19 6:7,9,23 7:1 8:19,24 9:12,22,23 10:23 12:1,19 13:2 14:20 15:13 16:14 17:6 19:10 21:8 24:21 26:4,6,20,22 28:5 29:8 35:8 40:7 42:5 43:24 44:2,5,19 46:23 48:12 51:1,14 55:8 58:7 59:9,13 61:12 63:15,23,24 64:1,13, 20,23 74:16 77:15 78:9,12,22 81:9,13 82:13,18,23 83:16 87:19 89:21,22 93:4 98:3,12 102:21 103:2, 24 105:4 107:18 109:5 110:1,9 111:11 112:4,8,10,15,16 113:3,9,14 117:4,5, 10,18 118:20 120:17, 18,21 122:11,17 127:17 128:18 131:18 133:11,18 134:9 136:3,7 139:14 142:4 143:13,18 144:2 145:1 146:20 149:7 151:14 153:8 157:4,5 159:4,24 160:2,10 161:13 164:16,18 166:15 170:6,12,13 172:5,6,9,11 173:8 174:19 177:16 182:2, 12,16 186:5 187:16 194:5 197:20 203:1, 18 206:13 208:15 210:16 211:11,12 215:1,18,22 216:15, 21,22 217:4,6 219:8, 13 221:17 223:4 224:16,20 227:1 228:20 229:2,7,9,10,

14,24 231:6,8,11,14, 16 232:4,15,17 233:17 234:2,3,4,12, 20,22 235:17 236:2,6, 8,10,12 237:22 238:12,13,16 239:6,7, 9 240:6,18,19,20,22 241:4

**we'll** 10:21 27:13 39:12 82:8 93:7 132:9 230:23,24 234:22 237:13

**we're** 7:13 27:1 29:3 34:8 36:6 49:24 50:20 65:17 101:2 137:6 196:18 222:18,22 231:7 234:19,20 235:21 236:8 237:24 238:21

**we've** 6:7 19:11,16 89:19 114:9 136:3 196:9 234:1

**web** 5:10 98:14

**website** 98:24 99:4,10, 13 100:1

**week** 86:13 234:10

**weekend** 112:22

**weeks** 128:12

**weeks'** 128:12

**WEG** 78:14

**WEGC** 76:2 77:2,3, 11,15,16,19 78:6,14, 19,21 79:3,5,22,24

**Weiss** 43:8

**well** 7:7 9:10 12:13 15:8,17 17:13 27:13 29:13 33:10,15 37:2 49:19 53:16 59:15 68:14 70:15 74:2 79:14 82:5 87:1 102:7 103:9 104:15 107:10 108:15 109:11 114:1, 13 123:2 127:15 139:5 143:12 145:19 148:22 151:6 157:4 161:3 162:9,19 167:13 169:17 182:2 192:2 194:1 197:15 204:3 206:10 207:7 225:16 228:16 237:6

**went** 30:13,18 59:16 101:11 168:13 211:4

**were** 13:20 15:6,18, 21,24 16:7,8,9,13,14 17:18,20,24 18:3,8, 15,22,23,24 19:1,4,23 23:6 24:11 26:9 27:21,24 28:3,6,8 30:19 31:6,7,12,18,20 34:5 37:4 38:2 42:23 43:7 49:17 59:19 70:18,23 72:17 73:11 75:5 76:20 82:23 83:5 88:7,10 107:18,20 115:8 121:9 125:17 128:13 133:12 136:3 137:14,16,17 140:12 141:9,11 142:1,19 143:5 144:4 149:8 158:17 168:23 173:6, 8 200:2 204:1 206:1,3 210:18,19 211:11,15 214:23,24 230:4

**weren't** 19:8 201:4

**what** 6:9 8:19 11:15, 23 12:13 14:12,14 15:5,14 16:5,8,10,17, 18 17:11 19:2,18,19 20:11 22:15 24:1,20 26:9,14,23 27:6,21,24 31:22 33:3,13,20 37:2,10 42:4,7,20 43:5,14,16 44:22 46:6 47:6 48:3 49:10 53:2, 24 54:12,17,19,22 55:5,8,23 58:5,6,11, 12 59:3,7,11,18,19 60:7,20,24 62:17,18 63:5,11,14,17,19,20 64:11 65:16 67:22 68:1,2,4,5,15,16 69:5 70:3,16,17,22 71:16 72:4,14 73:7,8,13 76:15,16 77:3,11,15, 16,19 78:6,14,19,20, 21,23 79:1,3,5,21,23, 24 80:5,20 81:14,15 82:16,22 84:2,8 88:21,23 90:4,18,23 91:1,8 92:20,23,24 93:3,15,16 94:15,17, 18,19 95:1,4,5 96:5,8, 22 97:3,7,13,16,23 99:12,17 100:1 102:11,14,16 103:5,8, 23 104:7,24 105:5,8, 22 106:6,7 107:14,20

110:24 111:3 113:17 114:9,11 119:1,2,20 120:7 122:19 124:17, 23 125:2 127:6,12 130:6 131:4,11 133:9 135:8 137:1,2,7,9 138:11 139:3,17,22 140:22 141:13 142:23 143:3,24 144:12,22 145:16 146:4,18 147:1 148:17,18 149:19 150:14,16 152:13,16 153:5,6,17, 18 154:21 156:15,17, 18 158:7,11,12,14,17 159:18,22,23 160:7 163:1,4,21 164:5 166:2,23 168:3,6,21 169:11,23,24 173:6 174:13 175:6,8 176:20 177:11 178:1, 17 179:1 181:11 183:20,21 184:12,19 185:7,15 186:16,20 191:15 192:4 193:4, 24 194:3 195:5,15 197:14,15,19 198:20 199:18,19,22 200:2,8, 11,13,15 201:2,8,19 203:9,15,17 204:2 206:1,2,8 207:18 208:11,22 209:2,3 210:2,8,20 211:6,8 212:19 213:18,24 214:2,11 217:23 219:1,3,16 220:15 222:5,10,15,17 223:15,22 224:5 225:22,24 226:12 229:17 231:16 232:2, 23 233:2,23 234:4,5, 9,20 235:6,21 237:4, 13 238:1,4,16 239:4, 11,13 240:9

**what's** 19:19 71:12 73:22 108:22 120:15 134:2 150:12 179:12 182:5 184:10 193:1 204:5 210:7 233:17

**whatever** 16:14 27:11 42:20 45:22 78:11 178:10 230:14 236:15

**whatsoever** 27:8

**whe3n** 200:2

**when** 6:24 7:1,12 8:24 9:7 20:13 21:8 23:23 24:1,3 25:4,11 26:5 29:19,21 30:21 32:15 34:8,22 35:1 44:21 46:21 47:14 49:16 50:1,12 51:6 52:2 53:24 54:18 55:9 59:19 65:21 73:19 74:5 82:24 83:1,5,9 84:11 85:11 86:24 87:15 89:21 90:18 93:11,15,22 94:1 97:12 98:3,4 101:1,8, 15,16,18 103:15 107:20,23 108:3,7,17 113:8 122:18 123:11 125:9,14 126:21 127:8,13,21 128:14, 23 133:21 134:19 135:3 139:3,9,18 143:21,23 144:3,5 150:18 155:19 161:19,21 163:9 167:23 169:20 173:6 177:14 179:15 181:13 184:6 187:15 197:23 200:20 201:24 211:17,19 212:17 213:3 214:12 215:2,4 221:10 230:12 237:17

**where** 5:8 21:22 27:15 33:22 46:14 55:3 56:20 61:19 78:23 80:10 83:11 99:24 100:14,22 101:5 104:2,3 113:16 114:4, 5 144:16 146:6 150:10 161:22 177:7 190:18 196:10 222:16 226:5 227:10 233:21 235:15,18 238:3 239:9

**whereas** 153:21

**wherefore** 154:23

**WHEREUPON** 241:6

**wherever** 236:7

**whether** 6:16,21 11:8 12:17 19:14 22:12 27:3 38:9,11 41:22 42:6 45:11,24 47:20 49:23 53:8,9 58:3,12 71:14 73:7 74:14 79:20 84:7 92:4

116:20 121:17 130:3 137:15 139:10 140:11 142:4 143:1 156:23 158:22 163:14 173:17,22 175:18 179:18,24 185:3,20 186:11 189:14 198:2 209:24 215:24 216:1 218:3 224:5 225:23 237:18

**which** 6:21 8:6 11:6 13:8 15:6 16:3 17:5 21:12 26:22 35:24 48:5,7,12 64:24 68:6 71:16 73:14 78:8 79:8 89:2 98:24 101:9 102:4,9 105:15,23 121:11 144:23 145:2 147:21 150:20 157:5 160:20 166:6 170:6 172:7,18 187:4 188:9 193:2 203:1,20 205:10 206:24 209:24 217:8 228:2,6 230:5

**while** 27:6 84:21 86:19 93:10 95:6 96:22 142:4 187:17 227:4

**white** 5:11 6:5 7:18 8:4,12,13,14,17 9:22 11:16,23 14:19,22 16:2,3,4,22 17:9,19, 21,24 19:1 20:8 24:16,19 27:7,20 28:5,10,11 34:22 35:4,12,14,21 36:3, 12,14 39:17,19 40:9, 13,15,20 41:2,14,16, 17 42:2,8,10,15,22 43:10,12,14,15,22 44:6,7 45:6,22 46:7, 13,20 47:2 48:4,15 50:18,24 51:2,8 53:22,23 54:12,18 55:24 56:3 58:21 59:1,3,8,18,19 60:3,4 62:19,24 63:10 64:14, 15,20,24 65:17,24 66:8,22 67:1,2 71:15 73:14,16 74:13,22 75:5,7,24 76:18 77:9, 22 78:9 80:2,5,13,16 81:21 82:23 93:10 95:16 98:12 99:11

100:9 106:1,12,21 107:4 111:23 112:24 114:12 115:9 117:8 119:17,22 120:5,14, 19,20 121:11 124:3,8 127:5,6 129:14,23 130:3,7,20 133:13 135:4 137:7 138:4,19 141:9 142:1,2,13,19, 20 143:5,6 144:22 145:1,20 149:3,4,11, 15 153:6 166:9 167:15 168:8,17,19 170:2,12,15 171:2,5, 11,13,14,15,19 172:1, 18 174:4 175:11,20 176:8,15 178:4 179:4, 7,10,15,22 182:2,6, 10,11,18,19,20,22,23 183:5,16 184:23,24 193:1,23 196:8,21 200:9 208:15,16 209:20 210:15,18,23, 24 212:18,23 213:1,2, 4,5 214:9,10,14,16, 22,23 215:2,3,4,20 217:9,10,11 218:5,6 220:6 221:7 223:17 224:2 227:9 231:24 234:14,23 236:20,21 240:23 241:2

**White's** 23:12 25:23 28:7 44:24 45:5,18 50:21 65:15 67:5 124:21 135:12 147:13 166:11 170:7 236:21

**who** 6:4 10:7 15:24 17:18 18:8,15,22,23 19:2 24:10 31:5 38:7 39:17 42:15,20 43:4 47:16 53:18 55:16 64:2,8,19,20,22 80:12 89:22 100:9,14,16 102:13 109:3 115:15 116:12 118:17 119:13,14 120:23 123:21 126:3,7,8,10 128:2,3,9 131:13 139:15 147:11 151:21 152:3 163:20 164:23 168:22 180:10 183:15 184:23 189:6,7,12,14, 18 190:7,11,14,23 192:9 194:6 198:18, 21,22 199:2 205:1,4,

6,15 206:21 207:10 210:16 214:19,21
**who's** 6:1 109:17,19, 21,23 184:20
**whoever** 148:5,6,7
**whole** 19:13 110:18 112:2 233:19
**whom** 5:16 38:24 52:14 91:10 92:2,13 189:8
**whose** 65:1,3,14 66:12,19,23 67:3 72:7,17,19 211:24
**why** 17:13 22:8 32:19, 21 42:19 44:16 47:7 53:14,15,20 61:1 68:13 87:23 92:21 94:12 101:1,3 102:22, 23 107:9,11,17 108:13 111:3 115:4, 18 117:1,10 131:2 132:21 133:2 135:20, 21 136:10 143:11 146:23 147:2 151:5,6, 7 152:7,10 157:3 159:21 160:14 161:6 168:17,18 169:7 178:13,14,18,20 180:12,24 183:12,18 185:13 192:18 196:12 200:11 201:17 217:24 222:7 225:20 226:10, 11
**will** 5:5,15 6:4 7:15 8:22,23 9:5,9,11 10:2, 17 12:2 13:3 14:22 17:15 19:20 36:17 39:13 45:17,20 50:13 68:24 69:4 70:10,18 71:3,4,9 73:14 77:20 78:5,22 79:7,10,23 94:8,22 95:15 110:2,5 111:11 113:9 122:11, 15 125:8 128:11,18, 20 129:10,15 130:17 138:5,16 140:14 150:9 153:5,7,8 156:12 158:2,3 162:22 167:3 170:17 172:9 176:2 185:9 195:24 200:19 209:4 222:7 223:18 229:2,3, 7,9,10 232:3 233:3 234:3,22 235:17

237:16 238:24 239:2, 5 240:6,20
**Williams** 52:5
**willing** 198:7 234:9 238:11
**WINTESS** 120:9
**wish** 187:14 234:18 236:24
**WITENSS** 24:17
**with** 5:7,14 6:24 7:5 8:17 11:1,21 12:10,18 14:10 22:14 23:5 27:3,8 28:21,23 29:9 33:2 36:22 38:23,24 39:19 44:5,6 47:3,9 48:15,16 51:15 55:5, 24 56:2,15,19 57:8, 12,18 59:3,4 60:6 62:7 64:17 67:13,18 68:17 69:1,7 72:5 73:17 75:1,17 81:17 82:24 84:6 93:18,20 96:23 98:14 101:23 102:17 103:20,23,24 104:5 105:9 107:19, 21 108:18 109:14 110:4 111:5 112:13, 15 113:1,12 116:16, 20 117:14,24 118:5,8 119:12,13,18 123:19, 21 125:20 126:2,21 128:20 129:2,6 130:18 131:6 132:22 133:15,20 134:5 135:17 137:8,9 139:13,17 141:12 142:5,10,22 143:2,8, 17 144:12,14 152:24 154:5,21 155:14 158:8 159:18 162:10 163:22 166:16 167:1, 13,23 170:10,23 172:20 175:2 179:13 183:14 189:8,9,22 190:13,14,18,20 191:6,12 192:14,15 193:2 194:11 195:7,9, 24 196:7 198:17,18, 24 199:9,14 201:13, 19 202:12,24 207:22 208:3,16 209:20 211:7,16,17 214:18 220:24 221:4 222:17 224:3 225:23,24

227:6,7 229:18,23 231:8,9 233:17 237:3 238:9,13 239:6
**withdraw** 153:7 194:23
**withheld** 19:16
**Within** 192:24
**without** 39:7 47:19 133:16 137:15 156:22 162:21 194:14 196:16
**witness** 5:5,8,9,17 6:11 7:12,15,17,19,21 11:17,19,21 12:18 21:18 22:6 23:21 25:2,9,13,19 28:21,23 30:3,7,17 34:18 42:11 45:16 46:4 47:12 52:24 56:11,24 61:11 68:10,20 69:13 70:1 71:2 74:20 81:3,23 88:5 89:7 90:8,21 93:16 96:19 97:1 106:5 110:22 134:11, 24 137:19 138:1,6,11, 14,17,21 154:7 155:10 156:4,11 159:15 161:9 175:14 176:11 177:5 180:20 184:4 186:2 187:22 188:19,21 197:8 199:12 209:1 210:6 212:5 213:20 215:17 216:14,20 217:2,15 218:13,23 220:12,20 224:15 230:24 231:8 240:17
**witnesses** 5:20 18:11 54:16 56:13
**won't** 13:23 226:11 235:4 239:6
**Wood** 170:16 171:11, 14
**word** 69:17,19 75:20 76:8,9,10,17 94:4 100:7 114:18 175:3
**words** 11:17,19,22 12:12 54:14,16 56:12, 13 59:20 74:7 162:12, 15 165:15 168:23 180:12 200:16
**work** 33:4 83:16 93:12 101:22,24 102:8 103:2,10 109:12

110:3 144:16 147:13, 17
**worked** 86:9 102:4 105:2,13 113:17 236:2
**workforce** 173:8
**working** 27:10 86:20, 24 95:7 96:22 102:9 109:13 112:5,7 128:2 170:23 190:13 191:6, 12,22 192:14 199:1,3
**works** 20:17 141:22 150:10 157:23 158:13
**world** 234:15
**worried** 110:5
**worry** 92:11
**worrying** 114:2
**would** 8:16,18 9:1 10:7 11:9 12:7 13:11 16:15 19:11 26:11,20 28:20,21 30:24 38:7, 13 41:11 42:8 44:11 46:23 53:4 55:12,16, 19 57:11 58:24 59:8 60:17,18 61:18 68:1, 11 69:15 71:20 72:14, 18 73:2,3,4,16 75:13 77:23 81:12 82:3,5 85:15 86:12,19,21,23 87:5,6,9,18 89:14 92:19 94:2,3,7,8 96:5 97:23 99:15,16 103:18 106:16 108:11 109:3 113:17,24 121:2 123:21 124:1,5, 10 125:21 126:2,3,6, 7,14,16,18 128:3,5,9 130:9,12,13,14 131:14,18 132:23 133:1,7,9 137:20 138:1,6,8,14 140:9 141:2,11 142:4,21 143:2,8,17,19 147:2, 11 149:22 151:3,5,14, 15 152:3,20 155:13, 14 156:1,2,17,24 157:6,13 158:8 159:20 160:11,13,21, 24 161:2,3,13 163:7, 12 164:19 165:8,23 168:8,9 169:7 173:21 178:10,13,14 180:3,5, 11,12,21,23 181:19,

20 183:19 186:24 191:5 192:12 196:12 201:8,10 202:2,15 205:2 206:18 207:16 208:12 213:16,21 221:15 224:7 232:1,4 233:9,17,19,20 234:6 235:10,13 236:22 237:11 240:24
**wouldn't** 53:9 59:16 84:2 95:23 96:4 133:6 156:23 160:2 169:21 212:8 213:22
**Wow** 80:19 81:3
**wrapped** 122:5,8
**write** 112:16
**writing** 69:2 75:19 110:11 163:10 210:15
**written** 39:1,9 40:21 41:3,18,24 44:9,13 47:21 61:24 62:3,6,8 77:6 132:10 140:16, 20 175:3 239:1
**wrong** 107:12,14 196:22 197:8
**wrote** 163:20 167:15, 22
**Wyatt** 102:24
**Wyeth** 102:15,17,21, 22 105:4,9,12,16 107:19,21 108:18 146:21

---

### Y

**Ye** 128:4
**yeah** 73:4 77:12 84:17 88:24 99:8 111:9 148:3,6 150:14 158:16 163:2 177:4 186:3 188:17,18,20 193:16,21 196:21 201:7 206:13 232:15 235:18
**year** 32:18 85:6,17,21 86:1,10 87:10,19 108:6 122:18 123:15 125:8 128:20 167:20, 22 177:8,10,12 195:18 196:12 202:20 211:20 212:19 230:18

**years** 20:15 31:11,15
56:18 57:15,24 58:1,
20 59:16 67:16,21,23,
24 70:14 72:12 85:4
87:13 101:21 104:21
109:12 123:16 125:16
126:23 127:2 128:15,
21,22 129:2,16,21
139:21 140:21 151:22
156:16,20 158:17
160:2 170:4 171:8
181:7 184:13 186:17
195:14,16 197:24
202:4,7 204:2,4,7
215:1 223:4 225:11

**yes** 6:12 7:14 10:4,6
12:4 13:6,9 15:19
19:6 20:23 21:2,10
24:22 25:3 29:15
31:4,21 32:8 33:8
34:7,10 35:15,22
36:13 37:10,12 45:6,
7,15 49:5,6,7 51:18
54:8 55:11 60:13
61:12 63:4 72:3,13
75:12 80:4,9 83:7,10
87:4,20 88:15 89:17
91:17 95:19 97:22
99:21 102:10 103:22
104:11,14 107:8
108:2 110:23 113:14
115:3 116:4 120:18
121:22 122:6 124:22,
24 125:19 126:14
129:21 130:5 133:1,5
134:6,12 141:5
144:10 146:3 147:19
150:5,24 162:24
164:4 165:13 166:18
167:5 169:6 172:23
173:24 174:3,18
178:11 182:10 186:5
190:9 195:2 201:6
202:1 204:16 205:24
209:22 211:2 215:18
217:16 226:15 230:19

**yet** 6:22 73:10 154:18
157:4 164:17 223:7

**you** 6:9,10,12 7:1,24
8:11,17,23 9:1,2,9,14,
17,19,23 10:1,2,5,12,
17 11:7,8,11,12,13,
15,16,18,21,23,24
12:2,3,9,11,13,17

13:4,6,7,10,14,15,18,
24 14:5,7,10,12,15,
23,24 15:2,5,8,9,14,
17 16:11,15,18,23
17:1,2,3,8,12 18:7,17,
19 19:9,11,14,16,20
20:3,7,17,21,24 21:4,
5,6,17,19 22:8,18
23:6,7,8,12 24:14,15
26:7,11,14,15,17
27:1,2,6,11 28:12,16,
20,24 29:4,5,14
30:20,23 31:8,19,20,
22 32:4,6,9,12,15,19
33:2,3,4,7,20 34:2,5,
11,17,21 35:1,4,11,
14,15,20 36:2,4,5,14,
19,21 37:2,6,8,11
38:2,6,8,9,11,12,17
39:13 40:8,11,15,16,
23 41:9,10,14,15,21
42:23 43:3,4,10,14,
19,20,22,23,24 44:16,
21,22 45:1,2,8,9,10,
14,20,23 46:7,8,13
47:3,7,16,19,20 48:1,
3,4,8,16,23 49:3,7,10,
11,12,16,21,22,24
50:6,9,12,14,23 51:8,
12,16,22 52:5,8 53:2,
4,14,15,19 54:12,16
55:9,23 56:4,6,9,19
57:3,7,17 58:2,6,10,
16,19 59:2,3,13,18
60:7,10,14,21,22
61:2,5,8,15,19 62:16,
19,22 63:5,11,18,19
64:11,16,19 65:11,16,
18 66:1,9,18,24 67:9,
12,18,22 68:13,21
69:5,8,9 70:10,12,13,
16,20 71:14,16,19
72:7,10,14,17,18
73:2,6,8,10,14,18,21,
24 74:8,15,16,22
75:13,21 76:7,8,12,
13,16,18,19,23 77:2,
10,11,14,15,23,24
78:6,7,8,13,15,16,18,
22,23,24 79:3,6,7,10,
11,12,14,16,19,20,21,
22,23 80:2,6,8,12,20
81:5,6,11,13,21,24
82:5,12,24 84:3 85:11
86:7,19,24 87:21

88:2,18 89:9,16,21
90:6,15 91:5,21 92:7,
16,19 93:15 94:1,2,3,
5,8,18,20 95:4,5,13,
15 96:5 97:18 98:7,8,
11,24 99:6,7,14,17,24
100:10,13 101:15,18,
22 102:6,8,17,21
103:10,20,21,23
104:7,9,12,19,20,23
105:3,22 106:3,6,7,8,
9,16,23 107:1,20
108:13,22 109:3,10,
12,14 110:3,5,6,8,9,
10,14,19,20 111:3,8,
18,21,22 112:7,12,14,
17,20 113:2,7,21,23
114:1,8,9,11,15,21
115:1,2,19,20,23
116:3,6,15,19,20
117:1,2,8,9,13,22
118:5,14,21 119:12,
15,18 120:5 121:12,
17,24 122:15,17,24
123:7,10,17,21
124:16 125:5,17,23
126:2,4,12,21 128:2,
8,11 129:6,20,22
130:2,17,20,23 131:2,
11,15,20 132:6,17,21
133:6,7,12,17,18,20,
21 134:7,16,20,22
135:16,17,24 136:2,9,
10,18 137:22 138:2,4,
8,12,14,19 139:3,4,9,
10,11 140:14,16,21,
23 141:9,12,14,18,19,
20,21 142:1,5,8,9,10,
16,18,22 143:2,5,8,
17,19,23,24 144:5,9,
12,13,17,22 145:15,
23 146:2,21,23 147:5,
8 148:17,18,22
149:13,14 150:6,10,
11,18,22 151:1,5
152:6,8,13,21 153:6,
12,16,19 154:1,4,7,
10,12,16,24 155:7,8,
13,22,24 156:5,6,15,
18,22 157:3,17 158:7,
10,11,13,22 159:2,10,
12,13,14,17,18,20,21,
22,23 160:4,5,13,14,
23 161:3,4,6,11,19,23
162:2,22,23 163:4,9,

14,16,18,21 165:11,
13 166:16 167:3,4,5,
13,18,23 168:3,4,6,
16,18,24 169:3,9
170:1,10,14,16,23
171:1,12,17 172:2,11,
14,20 173:6,13,17,22
174:5,14,17,20 175:6,
9,18,23 176:4,12,18,
20,23,24 177:6,18,22
178:1,3,12,13,14
179:17,18,24 180:2,8,
15 181:2,6,14,16,19
182:22,24 183:5,8,18,
19,21,22 184:6,7,14,
15 185:1,2,3,8,20,24
186:3,8,11,14,19
187:1,5,9,13,14,15,
18,20 188:16 189:12,
14,16 190:1,3,7,11,
13,17,23 191:2,5,8,9,
16 192:5,11,18 193:1,
9,13,14 194:8,10,16
195:1,10,18,23,24
196:3,8,12,14 197:7,
10,12,15,17,19 198:1,
3,5,8,13,19 199:2,8,9,
16,18,20,24 200:2,3,
8,9,11,19,20,23,24
201:1,3,4,6,8,12,13,
14,16,17,19,22 203:2,
6 204:11,14,21 205:6,
8,12,17 206:15,23
207:3,8,10,18,21
208:2,7 209:2,3,4,6,
18,19,21,24 210:7,20,
23 211:7 213:3,21
214:8,12,19 215:2,6,
13,19,24 216:1,7
217:3,14,23 218:1,4,
7,8,12,17,19 219:3
220:13,15 221:1,2,5,
7,13 222:5,7,16,22
223:1,3,5,7,8,13
224:1,7,15,16 225:2,
14 226:5,10,11,15,16,
20,24 227:6,10,18,21,
24 228:10,17,24
229:2,11,12,16,20,21
230:4,10,21,24 231:2,
7,9,13,17,19 232:2,7,
8,9,10,13,15,17
233:1,5,11,17,20,21,
22,23 234:3,11,12,14,
16,18,19,21 235:3,4,

8,10,13,15 236:6,7,15
237:4,5,6,7,9,10,11,
14,16,17,18 238:9
239:3,4,8,11,13,17,22
240:1,7,9,10,13,15,
16,23,24 241:2

**you'd** 108:8 187:12

**you'll** 10:16

**you're** 10:22 13:12
22:8,12 26:23 28:19
34:22,23 42:17 46:14,
20 50:1,13 51:6 52:2
53:14 58:15 68:1 73:7
74:5 77:4 78:7 81:14,
15 92:19 101:5 104:3
113:8 124:17 126:9
135:4,6 137:1 139:9
140:24 141:16 144:3
145:16 150:4 155:19
159:19 169:1 184:14
185:7,19 186:1
191:18 200:1 206:24
207:8 210:22 213:24
214:4 217:24 218:4
223:7 235:5,18 237:4,
13 238:2,3,5 239:9,16

**you've** 65:21 73:19
89:18 97:15 116:1
144:8 145:3 159:17
172:14 221:9

**you/you** 113:12

**your** 7:8,15 8:11,12
9:13 10:1,10 11:4,8,
17,19,22 12:10,12,16
13:11,20 15:3 18:18
20:13,21 22:13 23:11,
13 24:15 26:19 27:8
33:6 37:4 40:15
41:11,15 45:22 46:10
47:3 48:1 49:21 57:4,
7,12,22 58:1,9,10,11,
12 59:14 62:17,21
66:14 68:4,21 69:1,3
71:7 72:22 74:24 75:7
77:10 78:1,2,10 81:7,
17 82:9 84:6 89:12
95:9 96:20 97:11
100:16 102:6 103:8
106:1,11,21 107:4,7,
20 109:6,7 112:18
113:11,24 114:15
118:9,10 119:6,21
122:13 124:20 127:13
128:17,19 129:8,13

130:10,18 131:4
132:21,24 133:3,22
134:2 138:6,9,20
141:14,19 142:10,12,
14 144:5,24 145:3,12,
22 149:19,20 150:22
151:17 152:6,16
156:5 158:5,23
160:23 161:21 167:23
168:23 169:13 173:4
177:3,19 183:8 185:1
186:4 189:15 191:9,
14 193:12 197:17
198:16 199:24 200:9,
22 201:11 206:3,8
207:18 208:22 215:8
219:6,18 221:1,23
223:9,13,24 224:10
225:5,18 226:10,11,
12 227:16 229:12
230:22 233:12,18,23
237:8
**yours**  49:5 73:7 123:7
**yourself**  220:14

---

**Z**

---

**zero**  87:13
**Zoom**  150:10