Exhibit A

| From: | Stephen Stern |
|---|---|
| To: | Gregory Jordan; Thomas J. Gagliardo |
| Cc: | Heather Yeung |
| Subject: | Boshea v. Compass Marketing, Inc. - Compass Marketing"s Expert Disclosure |
| Date: | Monday, September 13, 2021 4:09:39 PM |
| Attachments: | image001.png |
| | Compass Marketing Expert Disclosure (00151419xEC90E).pdf |
| | CV - Curt Baggett - 2021 (00151424xEC90E).pdf |

Greg and Tom:

Attached please find Compass Marketing's expert disclosure.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| DAVID J. BOSHEA | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * | |
| Defendant. | * | |

## DEFENDANT COMPASS MARKETING, INC.'S EXPERT DISCLOSURE

Defendant Compass Marketing, Inc. ("Compass Marketing"), by and through its undersigned counsel and pursuant to Rule 26(a)(2)(C) as well as this Court's Scheduling Order [Dkt. No. 20], hereby makes the following Expert Disclosure.

1. <u>Subject Matter on Which the Expert Witness is Expected to Present Evidence</u>. Compass Marketing has retained Curt Baggett, an expert document examiner, to provide an opinion as to whether the Compass Marketing, Inc. Agreement Relating to Employment and Post-Employment Competition (the "Alleged Agreement") upon which Plaintiff David Boshea relies in bringing this lawsuit and which is attached to the Original Complaint for Breach of Contract (the "Original Complaint") and Amended Complaint for Breach of Contract (the "Amended Complaint") as Exhibit A was signed by John White, Compass Marketing's CEO. A copy of Mr. Baggett's CV is attached hereto and provided with this Expert Disclosure.

2. <u>Summary of Facts and Opinions the Expert is Expected to Testify About</u>. Compass Marketing expects that Mr. Baggett will share an opinion, based on his analysis, that concludes

John White did not sign the Alleged Agreement and that the signature purporting to be John White's signature is indeed a forgery.

Dated: September 13, 2021

Respectfully submitted,

*/s/ Stephen B. Stern*
Stephen B. Stern, Bar No.: 25335
Heather K. Yeung, Bar No.: 20050
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(Phone): (410) 216-7900
(Fax): (410) 705-0836
Email: stern@kaganstern.com
Email: yeung@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2021, the foregoing Defendant Compass Marketing, Inc.'s Expert Disclosure was served on the following via email:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, MD 20910
Email: tgagliardo@gelawyer.com

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 1100
Chicago, Illinois 60654
Email: gjordan@jz-llc.com

*Attorneys for Plaintiff David Boshea*

/s/ Stephen B. Stern
Stephen B. Stern

Forensic Document Examination Application by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Handwriting University Annual Conference, Las Vegas, Nevada
Advanced Statement Analysis by Faith Wood
Identity Theft and Prevention by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Clear Lake High School

2011 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Speaker – "How to Avoid a Forgery", Military Order of Purple Hearts Annual Meeting, Dallas, Texas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination"; Appointment as Guest Lecturer and Consultant by Stefanie Page, Instructor, Forensic Science Department, Jesuit College Preparatory School of Dallas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas

2016 Speaker – Handwriting University International Handwriting Conference in Las Vegas, NV (Sept.)

2018 Instructor via written presentation at the 18th Wroclaw Symposium of Questioned Document Examination at University of Wroclaw in Poland June 6-8, 2018

**Past and Present Memberships**

American College of Forensic Examiners International
American Legion
Center of Forensic Profiling
Forensic Expert Witness Association
IMS Expert Services
Military Order of World Wars
National Questioned Document Association
Sheriff's Association of Texas
Texas Police Association
Veterans of Foreign Wars
World Federation of Handwriting Experts
National Association of Distinguished Professionals
SEAK-Expert Witness Resources

**Published Articles and Books**

Ethics for Experts
Handwriting Certification Course
How to Help Attorneys With Your Case
How to Spot a Forgery
Taking the Witness Stand

9/13/2021