# Exhibit B

| | |
|---|---|
| **From:** | Stephen Stern |
| **To:** | Gregory Jordan; Thomas J. Gagliardo |
| **Cc:** | Heather Yeung |
| **Subject:** | Boshea v. Compass Marketing, Inc. - Supplemental Expert Production |
| **Date:** | Tuesday, October 19, 2021 12:24:12 PM |
| **Attachments:** | image001.png |
| | David J. Boshea Jr (00154723xEC90E).pdf |
| | Baggett CV 2021 (00154764xEC90E).pdf |
| | Baggett Case Summary Update (00154763xEC90E).pdf |
| | Baggett Addendum Case Summary (00154766xEC90E).pdf |

Greg and Tom:

We received the attached yesterday. It includes a short report from Curt Baggett, along with an updated CV, Addendum to the CV, and Case Summary Update.

Also, below is a share file link that includes Mr. Baggett's long, more detailed report. It is too dense (too many MBs) to include as an attachment to the email.

https://www.dropbox.com/s/o91bqgon371er7l/John%20D.%20White%20Long%20Report%20%2800154725xEC90E%29.PDF?dl=0

While the report(s) speaks for itself, it is noteworthy that Mr. Baggett not only concludes that the signature purporting to be John White's signature is a forgery, but he also concludes that it was forged by Mr. Boshea.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

## *Handwriting Expert, LLC*
## *Curt Baggett*
Expert Document Examiner
533 Park Lane
Richardson, Texas 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
**www.ExpertDocumentExaminer.com**

---

### Questioned Document Examiner Letter

Subject: **David J. Boshea Jr.**
Date: October 18, 2021

I have examined eight (8) documents with the known handwriting and signatures of David J. Boshea, Jr. For the purpose of this examination I have labeled these exhibits 'DBK1' through 'DBK8'.

Today I have compared the handwriting and signatures of David J. Boshea Jr. on the 'DBK' documents to the John D. White signature on the questioned document, identified herein as **'Q1'**, to determine if the author of the David J. Boshea Jr. handwriting and signatures on the 'DBK' documents was the same person who authored the name of John D. White on the questioned document: **Compass Marketing, Inc AGREEMENT Relating to Employment and Post-Employment Competition between David John Boshea (Employee) and Compass Marketing, Inc (Compass) and purportedly signed by John D. White on page 5 of 6 (undated).**

An examination of handwriting includes establishing patterns of writing habits to help identify the author. Handwriting is formed by repeated habits of writing by the author, which are created by neuro-pathways established in the brain. These neuro-pathways control muscular and nerve movement for writing, whether the writing done is by the hand, foot or mouth.

In support of my opinion, I have included an excerpt from *Handwriting Identification, Facts and Fundamentals* by Roy A. Huber and A.M. Headrick (CRC Press LLC, 1999, pp 50-51) wherein the leading forefathers of document examination in the USA agree that one significant difference in the fundamental structure of a writing compared to another is enough to preclude common authorship:

> [Ordway] Hilton stated: "It is basic axiom of identification in document problems that a limited number of basic differences, even in the face of numerous strong similarities, are controlling and accurately establish nonidentity."

> [Wilson R.] Harrison made similar comments: "...the fundamental rule which admits of no exception when handwritings are being compared...is simple – whatever features two specimens of handwriting may have in common, they cannot be considered to be of

common authorship if they display but a single consistent dissimilarity in any feature which is fundamental to the structure of the handwriting, and whose presence is not capable of reasonable explanation."

[James V.P.] Conway expressed the same theme when he wrote: "A series of fundamental agreements in identifying individualities is requisite to the conclusion that two writings were authored by the same person, whereas a single fundamental difference in an identifying individuality between two writings precludes the conclusion that they were executed by the same person."

and finally,

[Albert S.] Osborn and others have generally agreed that despite numerous similarities in two sets of writings, a conclusion of identity cannot be made if there is one or more differences in fundamental features of the writings.

The techniques promulgated by the scientific community in the forensic document examination field generate reliable results and are generally accepted.

Based upon thorough analysis of these items, and from an application of accepted forensic document examination tools, principles and techniques, it is my professional expert opinion that **the same person authored the name of John D. White on the questioned document. David J. Boshea Jr. did indeed forge the signature of John D. White on the questioned document, 'Q1'.**

I am willing to testify to this fact in a court of law and I will provide exhibits to the Court showing that I had sufficient data and that my opinion is correct. My Curriculum Vitae is attached and incorporated herein by reference.

Respectfully submitted,

Curt Baggett

The above Letter of Opinion was sworn and subscribed before me by Curt Baggett this _18th_ day of _October_____, 2021.

State of Texas

County of Dallas

§
§
§
§

PATRICIA J. HALE
My Notary ID # 130525886
Expires February 5, 2024

Notary Public – State of Texas

# LEGAL DATA

## UNITED STATES v. JANET L. THORNTON

*Case No. 02-M-9150-01, decided January 24, 2003*

This issue is governed by Fed.R.Evid. 702, which states as follows:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case. [This rule was amended in 2000 in response to *Daubert v. Merrell Dow Pharmaceuticals, Inc.* (1993) and *Kumho Tire Co. Ltd. v. Carmichael* (1999).]

In *Daubert*, the court, focusing on the admissibility of scientific expert testimony, held that the trial judge has the task of ensuring that an expert's testimony both rests on a reliable foundation and is relevant to the task at hand. In *Kumho Tire*, the court held that a trial judge's gatekeeping obligation applies not only to testimony based on scientific knowledge, but also to testimony based on technical and other specialized knowledge.

Among the studies cited by Mr. Hammond is a study by Professor Sargur Srihari on the individuality of handwriting. Using handwriting of 1500 individuals, his conclusions were that, using computer software, they were able to establish with a 98% confidence that the writer can be identified. Taking the results over the entire population, they were able to validate handwriting individuality with a 96% confidence. By considering finer features, Professor Srihari opined that they should be able to validate handwriting individuality with a near 100% confidence. A study by Dr. Moshe Kam indicates that professional document examiners had only a 6.5% error rate compared to an error rate of 38.3% for nonprofessionals. Dr. Kam concluded by stating that professional document examiners possess writer identification skills absent in the general population. Another study by Professor Kam indicated that professionals concluded that forgeries were genuine 0.49% of the time whereas laypersons did so 6.47% of the time. Professionals mistakenly concluded that genuine signatories were forgeries 7.05% of the time; laypersons did so 26.1% of the time. Another study by Jodi Sita, Brian Found and others found that forensic document examiners made errors in 3.4% of their opinions, while 19.1% of the control group gave erroneous opinions.

The above studies provide solid evidence that handwriting individuality can be validated with a very high degree of confidence, and that professional forensic document examiners have developed an expertise and training that allow them to correctly identify a person's handwriting with a much lower error rate than laypersons. On the other hand, the affidavit of Dr. Saks raises legitimate questions concerning the validity of these studies and the accuracy of handwriting identification in general.

However, in *Daubert*, the U.S. Supreme Court made it clear that "it would be unreasonable to conclude that the subject of scientific testimony must be known to a certainty; arguably, there are no certainties in science. . . . Science . . . represents a process for proposing and refining theoretical explanations about the world that are subject to further testing and refinement." It is sufficient if the proposed testimony can be supported by appropriate validation, i.e., good grounds, based on what is known.

Employee then in the records of COMPASS, shall be deemed in every respect effective service of legal process upon Employee in any such action or proceeding.

H.      Employee hereby waives, to the fullest extent permitted by applicable law, any objection that Employee now or hereafter may have to personal jurisdiction or to the laying of venue of any action or proceeding brought in any court referenced in Article 8.F and hereby agrees not to plead or claim the same.

I.      Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J.      At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement. ~~Employee~~

K.      Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L.      Employee affirms that Employee has sought the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to he legally bound, the parties hereto have caused this Agreement to be signed.

by COMPASS MARKETING, INC.

Date:

/s/

John D. White, CEO

by EMPLOYEE

Date:

/s/ David Boshea

David John Boshea



# Compass MARKETING
INCORPORATED

## Salary Reduction Form
## Plan Year ~ January 1, 2009 through December 31, 2009

**Your Information**

Name: David J. Boshea, Jr          S.S.# 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

Address: 4839 Clearwater, LN

City: Naperville          State: IL   Zip: 60564

Home Phone: 630-922-4552          Work Phone: 630-922-7965

Marital Status: ☐ Single/Divorced   ☒ Married          Date of Birth: 4/21/1962

Enrollment Type: ☒ Open Enrollment   ☐ New Hire          Effective Date of Coverage: 1/1/2009

**Medical & Dental Plan**

| Per Pay Deductions | | Employee | Emp/Child(ren) | Emp/Spouse | Family | Waiving |
|---|---|---|---|---|---|---|
| Medical | CareFirst - HSA HMO | ☐ $17.40 | ☐ $32.25 | ☐ $40.05 | ☐ $48.75 | ☐ $0.00 |
| Medical | CareFirst - HSA PPO | ☐ $60.40 | ☐ $111.25 | ☐ $139.05 | ☒ $169.25 | ☐ $0.00 |
| Dental | Sun Life - PPO | ☐ $5.20 | ☐ $16.20 | ☐ $22.20 | ☒ $29.20 | ☐ $0.00 |

**Authorization & Certification**

*I authorize Compass Marketing, Inc. to make the appropriate payroll deductions for the coverages that I elect. I understand that there can be no change permitted to the above elections during the plan year unless there is a change in my life status and I notify the Human Resources Department of this change in writing (within 30 days of the lifestatus change).*

Employee Signature: *David J. Boshea*          Date: 12-18-08

**Waiver**

*I hereby certify that I have been offered the opportunity to participate in the Compass Marketing, Inc. benefits program and have decided NOT to elect coverages offered above. I understand that by waiving coverage now for me and/or my dependents, I will not be able to enroll again until the next open enrollment period (November 1st) unless I have a qualified life status change and I notify the Human Resources Department of this change in writing (within 30 days of the life status change).*

Employee Signature: _____          Date: _____

12-18-08

QDE
Exhibit **DBK1**



*Compass* **MARKETING**
INCORPORATED

# H S A Salary Reduction Form
## January 1, 2009 - December 31, 2009

This Salary Reduction Agreement (SRA) authorizes your employer to reduce your salary to the indicated amount shown below for the exclusive purpose of facilitating a contribution to your Health Savings Account.

**HEALTH SAVINGS ACCOUNT ELIGIBILITY INFORMATION:** In order to establish a Health Savings Account, you must be classified as an "Eligible Individual" under IRC Section 223, applicable sub-sections and rulings, collectively called the "Code". You are eligible for an HSA ONLY If you can meet the following requirements: (1) you are covered by a high-deductible health plan (HDHP); (2) you are not covered by another health plan that is not a HDHP (including a general-purpose FSA set-up by you or your spouse); (3) you are not able to be claimed as a dependent by another taxpayer; (4) you are not entitled to benefits under Medicare.

By completing this agreement, you are indicating that as of the effective date of your contribution election, you are an "Eligible Individual" as defined above, and authorize your employer to facilitate your monthly contributions to your HSA on your behalf. Note: You are eligible to make the IRS maximum contribution for an entire year if enrolled in a eligible HSA-compatible health plan for the entire 12-month period. You must remain in a HSA-compatible plan for this entire 12-month period to avoid tax penalties (January 2009 - December 2009).

## Instructions

**Step 1:** Complete the **PERSONAL INFORMATION** section. All Information is required.
**Step 2:** Complete the **HSA CONTRIBUTION ELECTION** section with your total monthly contribution amount.
**Step 3:** Sign in the **SIGNATURES** section and return to your employer for processing.

### PERSONAL INFORMATION

| Name: | First: David | Last: Boshea, Jr. | MI: John | S.S.# 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 |
|---|---|---|---|---|
| Home Address: | Street: 4839 Clearwater LN. | | | Home Phone: 630-922-4552 |
| | City: Naperville | State: IL | Zip: 60564 | Date of Birth: 4-2-1962 |

### HSA CONTRIBUTION ELECTION

I ELECT A BI-WEEKLY CONTRIBUTION OF $ _100.00_ TO MY HSA EFFECTIVE _1-1-09_

DO NOT INCLUDE ANY EMPLOYER CONTRIBUTIONS IN YOUR BI-WEEKLY ELECTION AMOUNT.

The 2009 annual maximum contribution amount may not exceed $3,000 for individual coverage or $5,950 for family coverage. Catch-up contributions are allowed for employees aged 55+,

Attention current MSA or H.S.A. account holders with accounts at other financial institutions, please remember that the total annual contributions to all accounts may not exceed federally mandated limits.

### SIGNATURES

*Employee Signature:* As of the effective date of my HSA Contribution Election. I certify that I am an "Eligible Individual" as defined by the Code and do hereby elect a Health Savings Account in accordance with Section 223 and Section 125 of the Internal Revenue Code. I understand this request will not be processed until all paperwork is completed, accepted and approved by my employer. I further understand that I am responsible for ensuring that all contributions made to my HSA do not exceed the annual maximum allowed by the IRS.

Signature: _____     Date: _12-18-08_

*Employer Signature:* The employee's election of the Health Saving's Account Contribution is accepted as of the date shown below.

Signature: _____     Date: _12-18-08_     QDE Exhibit **DBK2**

| Paychex Use Only | |
|---|---|
| Client Account Number _____ | Date _____ |
| Worker Number _____ | Time _____ |
| PRS _____ | Contact _____ |
| Verified By _____ | CSS Initials _____ |

Scanning Instructions are located in Paychex Procedures.

**PAYCHEX**

**Direct Deposit Signup Form**

**Worker Instructions:**
1. Complete the "WORKER - Required Information" section.
2. Complete the Direct Deposit section to specify where you want your pay deposited.
3. Sign the bottom of the form.
4. Retain a copy of this form for your records. Return the original to your employer.

**Employer Instructions:**
1. Complete the "EMPLOYER - Required Information" section.
2. Return this form to your local Paychex office.*
*See below for acceptable bank documentation.

**WORKER – Required Information**

PLEASE PRINT

Worker Name _David Beshea_

Last four digits of Social Security Number _8 7 9 7_

**EMPLOYER – Required Information**

PLEASE PRINT

Company Name _COMPASS MARKETING_

Service Location/Client Acct. Number _P526_

Federal ID Number _____

---

**Complete for Direct Deposit and Sign Below**

I authorize my employer to deposit my wages/salary to the following bank account(s):

**Bank Account #1**

☒ Checking
Bank Name _SANDY SPRING BANK_

☐ Savings
Bank Name _____

☐ Chase Pay Card *Plus*
Please complete the attached application if you would like to sign up for Chase Pay Card Plus.

I wish to deposit (check one):
☐ Remainder of Net Pay
☐ _____ % of Net
☐ Specific Dollar Amount $ _100_ . _00_

Please attach one of the following for Checking or Savings accounts (check one):
☐ Voided check
☐ Deposit slip (only accepted if the verbiage "ACH R/T" appears before the routing number)
☐ Bank letter or specification sheet (the signature of your local bank representative MUST be included)

**Bank Account #2**

☐ Checking
Bank Name _____

☐ Savings
Bank Name _____

☐ Chase Pay Card *Plus*
Please complete the attached application if you would like to sign up for Chase Pay Card Plus.

I wish to deposit (check one):
☐ Remainder of Net Pay
☐ _____ % of Net
☐ Specific Dollar Amount $ _____ .00

Please attach one of the following for Checking or Savings accounts (check one):
☐ Voided check
☐ Deposit slip (only accepted if the verbiage "ACH R/T" appears before the routing number)
☐ Bank letter or specification sheet (the signature of your local bank representative MUST be included)

---

**Employer Section Only**

If bank documentation provided is different from what is listed above, the following must be completed by the employer:

I confirm that the above named employee has added or changed a bank account for direct deposit transactions processed by Paychex, Inc.

Employer Signature _____

Worker Signature _____ Date _0 1 , 0 8 , 0 9_
By signing above, I am agreeing that I am either the accountholder or have the authority of the accountholder to authorize my employer to make direct deposits into the named account.

Accountholder Signature _____
(If worker doesn't have authority to authorize deposits to the accountholder's account.)

1-8-09
ODE
Exhibit
DBK3

DP0002  12/08

Ex B - Updated Report - 8



# H S A Salary Reduction Form
## January 1, 2010 - December 31, 2010

This Salary Reduction Agreement (SRA) authorizes your employer to reduce your salary to the indicated amount shown below for the exclusive purpose of facilitating a contribution to your Health Savings Account.

**HEALTH SAVINGS ACCOUNT ELIGIBILITY INFORMATION:** In order to establish a Health Savings Account, you must be classified as an "Eligible Individual" under IRC Section 223, applicable sub-sections and rulings, collectively called the "Code". You are eligible for an HSA ONLY if you can meet the following requirements: (1) you are covered by a high-deductible health plan (HDHP); (2) you are not covered by another health plan that is not a HDHP (including a general-purpose FSA set-up by you or your spouse); (3) you are not able to be claimed as a dependent by another taxpayer; (4) you are not entitled to benefits under Medicare.

By completing this agreement, you are indicating that as of the effective date of your contribution election, you are an "Eligible Individual" as defined above, and authorize your employer to facilitate your monthly contributions to your HSA on your behalf. Note: You may contribute the IRS maximum annual amount if enrolled in a eligible HSA-compatible health plan through the following calendar year in its entirety. You must remain in a HSA-compatible plan for this period to avoid tax penalties (January 2010 - December 2010).

## Instructions

**Step 1:** Complete the **PERSONAL INFORMATION** section. All information is required.

**Step 2:** Complete the **HSA CONTRIBUTION ELECTION** section with your total monthly contribution amount.

**Step 3:** Sign in the **SIGNATURES** section and return to your employer for processing.

### PERSONAL INFORMATION

| Name: | First: David | Last: Boshea | MI: J | S.S.# 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 |
|---|---|---|---|---|
| Home Address: | Street: 4839 Clearwater Lane | | | Home Phone: 630-922-4552 |
| | City: Naperville | State: IL | Zip: 60564 | Date of Birth: 4-2-62 |

### HSA CONTRIBUTION ELECTION

I ELECT A BI-WEEKLY CONTRIBUTION OF $ 150.00 TO MY HSA EFFECTIVE 1-15-2010

DO NOT INCLUDE ANY EMPLOYER CONTRIBUTIONS IN YOUR BI-WEEKLY ELECTION AMOUNT.

The 2010 annual maximum contribution amount may not exceed $3,050 for individual coverage or $6,150 for family coverage. Individuals age 55 and older who are covered by a HDHP can make a calendar year catch-up contribution of $1,000 each year until enrolling in Medicare. *Attention current MSA or H.S.A. account holders with accounts at other financial institutions, please remember that the total annual contributions to all accounts may not exceed federally mandated limits.*

### SIGNATURES

*Employee Signature:* As of the effective date of my HSA Contribution Election, I certify that I am an "Eligible Individual" as defined by the Code and do hereby elect a Health Savings Account in accordance with Section 223 and Section 125 of the Internal Revenue Code. I understand this request will not be processed until all paperwork is completed, accepted and approved by my employer. I further understand that I am responsible for ensuring that all contributions made to my HSA do not exceed the annual maximum allowed by the IRS.

Signature: _[signature]_     Date: 1-10-2010

*Employer Signature:* The employee's election of the Health Saving's Account Contribution is accepted as of the date shown below. 1-10-2010

Signature: _____     Date: _____

QDE
Exhibit
**DBK4**

Ex B - Updated Report - 9

Department of Homeland Security
U.S. Citizenship and Immigration Services

OMB No. 1615-0047; Expires 03/31/07
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Boshea, Jr | David | J | N A |

| Address (Street Name and Number) | | Apt. # | Date of Birth (month/day/year) |
|---|---|---|---|
| 4839 Clearwater LN | | | 4/2/1962 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Naperville | IL | 60564 | 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 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☒ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien #) A
☐ An alien authorized to work until _____
(Alien # or Admission #)

| Employee's Signature | Date (month/day/year) |
|---|---|
| | 6/12/2007 |

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

| Preparer's/Translator's Signature | Print Name |
|---|---|
| | |

| Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |
|---|---|
| | |

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: US PASS PORT | | | | |
| Issuing authority: US A | | | | |
| Document #: 310708852 | | | | |
| Expiration Date (if any): 02/2017 | | | | |
| Document #: | | | | |
| Expiration Date (if any): | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 6/5/07 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

| Signature of Employer or Authorized Representative | Print Name M.W.Whitie | Title VP Operations |
|---|---|---|
| Business or Organization Name | Address (Street Name and Number, City, State, Zip Code) | Date (month/day/year) |

**Section 3. Updating and Reverification.** To be completed and signed by employer.

| A. New Name (if applicable) | B. Date of Rehire (month/day/year) (if applicable) |
|---|---|
| | |

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

| Document Title: | Document #: | Expiration Date (if any): |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Date (month/day/year) |
|---|---|
| | |

NOTE: This is the 1991 edition of the Form I-9 that has been rebranded with a current printing date to reflect the recent transition from the INS to DHS and its components.

Form I-9 (Rev. 05/31/05)Y Page 2
6-12-2007 DBK5

# Form W-4 (2006)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2006 expires February 16, 2007. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-

earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2006. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

## Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for yourself if no one else can claim you as a dependent — — — — — — — — — — — — — — — — — — — A  **1**

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B  **0**

C  Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) — — — — — — — — —  C  **1**

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return — — — — — —  D  **2**

E  Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) — —  E  **0**

F  Enter "1" if you have at least $1,500 of **child or dependent care** expenses for which you plan to claim a credit _ _  F  **1**
(Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  **Child Tax Credit** (including additional child tax credit):
- If your total income will be less than $55,000 ($82,000 if married), enter "2" for each eligible child.
- If your total income will be between $55,000 and $84,000 ($82,000 and $119,000 if married), enter "1" for each eligible child plus "1" **additional** if you have four or more eligible children. — — — — — — — — — — — — — — — — —  G  **0**

H  Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ H  **5**

For accuracy, complete all worksheets that apply.
- If you plan to **itemize** or claim **adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have **more than one job** or are **married** and you and your spouse both work and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

**Form W-4**

**Department of the Treasury Internal Revenue Service**

## Employee's Withholding Allowance Certificate

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2006**

1  Type or print your first name and middle initial: **David J.**  Last name: **Boshea, Jr.**  2  Your social security number: **382 11 9797**

Home address (number and street or rural route): **4839 Clearwater Lane**

3  ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: **Naperville, Il. 60514**

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line **H** above or from the applicable worksheet on page 2)  5  **9**

6  Additional amount, if any, you want withheld from each paycheck  6  $

7  I claim exemption from withholding for 2006, and I certify that I meet **both** of the following conditions for exemption.
- Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability and
- This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.

If you meet both conditions, write "Exempt" here _ _ _ _ _ _ _ _ _ _ _ _ _ _ ▶  7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

**Employee's signature** (Form is not valid unless you sign it.) ▶  Date ▶ **6-12-07**   **6-12-2007**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)  9  Office code (optional)  10  Employer identification number (EIN)

**QDE Exhibit DBK6**

For Privacy Act and Paperwork Reduction Act Notice, see page 2.  Cat. No. 10220Q  Form **W-4** (2006)

Ex-B - Updated Report - 11



United Way
of Central Maryland

uwcm.org

Learn. Give. Help.

## 1. My information   Please print firmly and clearly. Your personal information is kept confidential.

Female ☒ Male   Birth year 19 6 2   Emp. ID (optional)

First Name: D a v i d    MI: J    Last Name: B o s h e a

Employer: C o m p a s s   M a r k e t i n g   I N C    Work Phone: 4 4 3   7 5 8   5 5 0 4

Home Address: 4 8 3 9   C l e a r w a t e r   L N

City: N a p e r v i l l e    State: I L    Zip: 6 0 5 6 4    Home Phone: 6 3 0   9 2 2   4 5 5 2

Home email:

---

**Leadership Society Challenge Match**
☒ Please match my gift, so I may become a member of the Leadership Society at the $1,000 level today. (minimum gift of $750) See back for details.

☐ Please tell me how to include United Way of Central Maryland in my will or estate plan.

### 2. My total gift   $ 240.00   Thank you.

☐ My Gift to United Way of Central Maryland:
Where my gift will help the most people.   $_____

☒ Invest in United Way's Impact Areas:

299. Basic Needs   $_____

599. Family Safety   $_____

799. School Readiness   $ 240.00

999. Youth Achieving Potential   $_____

☒ **Designation Option**   *A minimum gift of $50 per year is required for each designation made. If your designation is less than $50, it will revert to United Way of Central Maryland. Designations must be received by United Way of Central Maryland no later than March 3st. Must be a charitable health and human service tax exempt organization or other United Way in the United States. See www.uwcm.org for more details.

I n t e r n a t i o n a l   F o u n d a t i o n   f o r   R e s e a r c h
Program/Agency name and address   Foundation of Depression   Directory code   Per year*   $ 240.00

W W W . d e p r e s s i o n . o r g
Program/Agency name and address   Directory code   Per year*   $_____

Complete only if you wish to exclude a specific United Way Partner from receiving any part of your gift.
Partner exclusion(s):

Ex B - Updated Report - 12
United Way of Central Maryland applies a fee of 17.5 percent on designations. The fee will not exceed $375 for United Way partners.

### 3. Preferred payment method:
PLEASE CHOOSE A, B, C or D

A. ☒ Payroll deduction: $ 10.00 per pay period
for a total annual gift of   $ 240
Per year

B. ☐ Charge   $_____
Per year
One-time $_____ Monthly $_____ Quarterly $_____
( ) Visa  ( ) MasterCard  ( ) Discover  ( ) American Express
Credit Card #
Expiration date ___/___ Please charge me on/or starting ___/___

C. ☐ Direct Debit or EFT
I would like to deduct $_____ continuously each month by direct debit payment or electronic funds transfer.
Account Type: ☐ Checking ☐ Savings
Bank Account Number
Routing Number   QDE 2-27-08
Name on the Account   Exhibit DBK7
To be billed monthly starting ___/___/___
Month   Day   Year

D. ☐ Check (Payable to United Way of Central Maryland)
☐ Select here if you wish to remain anonymous. Otherwise, your name will be released to the designated program/agency.

### 4. Sign and date here to authorize pledge and payment method

David Bosh   2/27/08
mm/dd/yy

# Borrowers' Certification and Authorization

## CERTIFICATION

The Undersigned certify the following:

1. I/We have applied for a mortgage loan through  Midwest Equity Mortgage, LLC          . In applying for the loan, I/We completed a loan application containing various information on the purpose of the loan, the amount and source of the down payment, employment and income information, and the assets and liabilities. I/We certify that all of the information is true and complete. I/We made no misrepresentations in the loan application or other documents, nor did I/We omit any pertinent information.

2. I/We understand and agree that  Midwest Equity Mortgage, LLC          reserves the right to change the mortgage loan review processes to a full documentation program. This may include verifying the information provided on the application with the employer and/or the financial institution.

3. I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements when applying for this mortgage, as applicable under the provisions of Title 18, United States Code, Section 1014.

## AUTHORIZATION TO RELEASE INFORMATION

To Whom It May Concern:

1. I/We have applied for a mortgage loan through  Midwest Equity Mortgage, LLC          . As part of the application process,  Midwest Equity Mortgage, LLC          and the mortgage guaranty insurer (if any), may verify information contained in my/our loan application and in other documents required in connection with the loan, either before the loan is closed or as part of its quality control program.

2. I/We authorize you to provide to  Midwest Equity Mortgage, LLC          and to any investor to whom  Midwest Equity Mortgage, LLC          may sell my mortgage, any and all information and documentation that they request. Such information includes, but is not limited to, employment history and income; bank, money market and similar account balances; credit history; and copies of income tax returns.

3.  Midwest Equity Mortgage, LLC          or any investor that purchases the mortgage may address this authorization to any party named in the loan application.

4. A copy of this authorization may be accepted as an original.

Borrower Signature _____
David J Boahea

SSN: 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     Date:  4/16/10

Co-Borrower Signature _____

SSN: _____     Date: _____

4-16-10 QDE
Exhibit
DBK8

# CURT BAGGETT

**Expert Document Examiner**
533 Park Lane, Richardson, TX 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
www.ExpertDocumentExaminer.com

Curt Baggett is a leading handwriting expert in the United States. He is also a skilled authority in document examination and as an expert witness and he has completed over 6.000 cases. Mr. Baggett has examined documents and/or testified in court cases as a handwriting expert in all 50 states, Washington, D.C., the Bahamas, Brazil, Canada, Chile, England, Ireland, Mexico, Pakistan, Puerto Rico, Thailand and New Zealand, Korea, China, Australia and Denmark.

The U.S. Department of Justice, the State of Arizona, State of Arkansas, the State of California, Louisiana Public Defender Board, and the State of Texas have retained him. Mr. Baggett has appeared as a handwriting expert on WOLF-BLITZER-CNN; CHARLES GIBSON-ABC, INSIDE EDITION, CBS Network Radio, CBS, CNBC, CNN, FOX, JUDGE ALEX, TEXAS JUSTICE and GOOD MORNING TEXAS and was a consultant as a forensic document examiner for a number one television show, "CSI: Crime Scene Investigation". Mr. Baggett is the co-author of "The Handwriting Certification Home Study Course" and "How To Spot a Forgery" and has been a guest on various other television and radio programs discussing handwriting and forensic document examination.

Mr. Baggett once held the position as Dean of the School of Forensic Document Examination at Handwriting University. In addition to lecturing and teaching document examination, Mr. Baggett has analyzed handwriting for over 40 years. He has been qualified as an expert witness in Justice of the Peace, Municipal, District, State, U.S. District, and Federal Bankruptcy Courts, Eastern Caribbean Supreme Court, High Court of Tynwald British Isles and the Provincial Courts of Canada.

His education and training in document examination and psychology include: U.S. Army, Military Police Officer's School; B.A. and M.Ed., McNeese State University, Lake Charles, Louisiana; and post-graduate studies at the University of Houston, Houston, Texas.

Curt Baggett's library is extensive and includes literature on questioned document examination, forensic handwriting analysis, behavior profiling, and statement analysis.

Laboratory equipment used for examination consists of a Stereo Star Zoom American Optical 7x – 30x twin microscope; Micronta illuminated 30x microscope; stereo microscope S/ST series; universal DigiScoping adapter; numerous magnifying devices; protractor and metric measuring devices; Pentax ME camera; Pentax macro 1.4, 50mm flat copy lens; overhead projector; light table, and transparencies.

## Curt Baggett's Education and Training in Handwriting and Document Examination Include:

An in person two-year apprenticeship with Dr. Ray Walker as a handwriting expert and questioned document examiner. Dr. Walker's qualifications have been affirmed in the Court of Appeals, Fifth District of Texas at Dallas, and had historical rulings in his favor. A leading authority in the field of handwriting analysis and document examination, Dr. Walker is the author of The Questioned Document Examiner and the Justice System.

The American Bureau of Document Examiners certifies Mr. Baggett. He also has a certificate of completion from the American Institute of Applied Science.

**Lectures, Conferences, and Classes Attended:**

2004 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended classes taught by Reed Hayes, QDE, Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE

2004 School of Forensic Document Examination's Teleclass Curriculum
    Examination of Anonymous Writing by Reed Hayes, QDE
    Document Examination Terminology by Don Lehew, QDE
    Notary Public by Don Lehew, QDE
    Advanced Forgery Identification by Don Lehew, QDE
    Instructor

2005 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Tremors and line Quality taught by Reed Hayes, QDE
    Demonstrative Evidence taught by Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE
    Photography through microscopes by David Babb, QDE
    Paper and Watermarks by John McGuire, QDE
    Lecturer

2005 School of Forensic Document Examination's Teleclasses
    Natural Variation taught by Reed Hayes, QDE
    The Discrimination of Handwriting by Don Lehew, QDE
    Procedures for Examining Signatures by Don Lehew, QDE
    Courtroom Procedures and Roles by Don Lehew, QDE
    Instructor

2006 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Medical Problems Affecting handwriting by Dr. Richard Frazier, QDE
    Legal Issues for Document Examiners by Dr. Richard Frazier, QDE
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Health Factors Affecting Handwriting by Dr. Joe Alexander, QDE
    Prescription Forgery and Medical Crimes by Diane King, Lecturer

2007 Handwriting University Annual Conference, Dallas, Texas
    Trainer and Instructor

2007 School of Forensic Document Examination's Teleclasses
    Instructor - Handwriting Basics and Exemplars
    Instructor - Multiple Classes on Case Studies and Examinations

2008 Handwriting University Annual Conference, Las Vegas, Nevada
    Trainer and Instructor

2009 School of Forensic Document Examination's Live Teleclasses
    Attended a variety of classes taught by Robert Baier, QDE, Police Instructor

2009 Handwriting University Annual Conference, Las Vegas, Nevada
    Critical Incident Stress: Statement Analysis and Interview v. Interrogation by Faith Wood

# CURT BAGGETT
## FORENSIC DOCUMENT EXAMINER
### SUMMARY OF CASES

I have been qualified or appointed and/or accepted by a State or by the Court as an Expert and/or have
testified in trial or by deposition or made an appearance from 2013 through April 2020
in the following cases and/or cities.

| | |
|---|---|
| April 20, 2020 | In the 347th Judicial District Court, Nueces County, Texas<br>Cause No. 2019DCV-2377-H /<br>MO, JHO, MO, AO, RO, AG & JMO VS. Joe A. Ortiz & Maria Elena O. Valenzuela<br>Huseman Law Firm, PLLC; Atty. Paul Dodson for Joe A. Ortiz<br>Oral **DEPOSTITION** of Curt Baggett taken via Zoom Video Conference |
| February 26, 2020 | Probate Court No. 1, Tarrant County Courthouse in Fort Worth, TX 76196<br>No. 2019-PR01032-1 / Judge Chris Ponder / PH: 817-884-1200<br>In the Estate of Albert George Schaefer, Deceased<br>Atty. James Pratz for George Schaefer<br>Oral **DEPOSITION** of Curt Baggett taken in Bedford, TX by Atty. Benjamin Sauer |
| January 21, 2020 | In the Supreme Court of the Commonwealth of the Bahamas, Nassau, Bahamas<br>Common Law and Equity Division / No. 2018/CLE/gen/00517<br>Bernard C. Bain VS. Florinda Robins / Justice Keith Thompson<br>Michael W. Horton, Esq. for Bernard Bain<br>**Curt Baggett Approved as Expert by Court and Testified via Skype.** |
| January 6, 2020 | In the Third Judicial District Court, Union Parish, Farmerville, Louisiana 71241<br>No. 46540 / Judge Thomas W. Rogers / 2nd floor, Courtroom 2 318-368-3055<br>Betty Jean Glosson Hill VS. Tina Hill Conley and the Unopened Succession of<br>Dwayne Hill, specifically decedent Dwayne Hill<br>Atty. Barry Dowd for DeCarlos Hill<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| December 16, 2019 | In the Probate Court No. 2, Harris County, Houston, TX 77002<br>Cause No. 473646 / Judge Michael Newman PH: 832-927-1402<br>Estate of Jim Howard Warren, Deceased<br>Atty. for Richard Crain, Defendant (Contestant of Will): Jimmy Walker<br>**Curt Baggett Approved as Expert by Court and Testified for Defendant.** |
| December 5, 2019 | In the 16th Judicial Circuit Court, Macomb County, Mt. Clemens, Michigan<br>File No. 2014-6592 DO/IV-D: 913207057 / Chief Judge James M. Biernat<br>Reynolds, Kenyana Williams VS. Carlton Reynolds<br>**Curt Baggett Approved as Expert by Court and Testified via Video / Computer.** |
| December 2, 2019 | In the 418th Judicial District Court, Montgomery County, Conroe, TX 77301<br>No. 1812-16596-CV / Judge Tracy A. Gilbert / PH: 936-538-3618<br>In the Matter of Natali M. Ormiston and Fred Ormiston and in the interest of Ava<br>Ormiston / Atty. for Natalie: Cheryl Ellsworth Jahani<br>**Curt Baggett Appearance only. Judge ordered mediation. Case Settled same day.** |

Forensic Document Examination Application by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Handwriting University Annual Conference, Las Vegas, Nevada
Advanced Statement Analysis by Faith Wood
Identity Theft and Prevention by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Clear Lake High School

2011 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Speaker – "How to Avoid a Forgery", Military Order of Purple Hearts Annual Meeting, Dallas, Texas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination"; Appointment as Guest Lecturer and Consultant by Stefanie Page, Instructor, Forensic Science Department, Jesuit College Preparatory School of Dallas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas

2016 Speaker – Handwriting University International Handwriting Conference in Las Vegas, NV (Sept.)

2018 Instructor via written presentation at the 18th Wroclaw Symposium of Questioned Document Examination at University of Wroclaw in Poland June 6-8, 2018

## Past and Present Memberships

American College of Forensic Examiners International
American Legion
Center of Forensic Profiling
Forensic Expert Witness Association
IMS Expert Services
Military Order of World Wars
National Questioned Document Association
Sheriff's Association of Texas
Texas Police Association
Veterans of Foreign Wars
World Federation of Handwriting Experts
National Association of Distinguished Professionals
SEAK-Expert Witness Resources

## Published Articles and Books

Ethics for Experts
Handwriting Certification Course
How to Help Attorneys With Your Case
How to Spot a Forgery
Taking the Witness Stand

| November 4, 2019 | In the 3rd Judicial District Court, Parish of Union, Farmerville, Louisiana 71241 Case No. 46540 / Betty Jean Closson Hill VS. No. 46,540 Tina Hill Conley and The Unopened Succession of Dwayne Hill, Specifically Decedent, Dwayne Hill Judge Thomas W. Rogers, Courtroom 2, 2nd floor / Atty. for De Carlos Hill: Barry W. Dowd. **Curt Baggett Appearance only. Case continued to 1-6-20.** |
|---|---|
| October 25, 2019 | In the 294th Judicial District Court, Van Zandt County, Canton, Texas 75103 Cause No. 13-00076 / Judge Chris Martin / Court PH: 903-567-7555 Shawn Davis VS. Donnie Rae Thompson, Sr. / Atty. for Plaintiff: Brian Richardson **Curt Baggett Approved as Expert by Court and Testified (for Plaintiff)** |
| October 24, 2019 | In the 11th Judicial Circuit Court, Circuit Civil Division, Miami-Dade County, FL Case No. 16-023775 CA 32 / Moise Lamour, Plaintiff VS. Mount Sinai Medical Center of Florida, Inc. and Dr. Michael T. Dalley, Defendants Atty. Benjamin Korn for Moise Lamour **DEPOSITION** of Curt Baggett taken in Dallas, TX by Atty. Brandon |
| October 21, 2019 | In the Terrebonne Parish Court, Houma, Louisiana 70360 / PH: 985-868-5660 No. 024003 / Judge Randall Bethancourt, Division E Atty. Gregory Schwab for Darlene Williams (Dorothy Stripling Triggs) **Curt Baggett Approved as Expert by Court and Testified.** |
| October 17, 2019 | In the 269th Civil Court, Harris County, Houston, TX 77002 moved to the 127th District Civil Court / Case No            / Judge R.K. Sandill Able Castro VS. Larry Gomez / Atty. Mike Monks for Defendant **Curt Baggett Approved as Expert by Court and Testified.** |
| October 11, 2019 | In the 39th Judicial District Court, Stonewall County, Texas Cause No. 1908 / The State of Texas vs. Colton Kimmel / Judge Shane Hadaway **Curt Baggett Appointed and Retained by Order of the Court as an Independent Expert for Colton Kimmel** |
| October 4, 2019 | In the Superior Court of Arizona, Maricopa County, Phoenix, AZ 85003 CV 2018-004234 / Judge Sherry Stephens / Courtroom 712 Jon C. Clark VS. Jennifer A. Clark / Atty. for Plaintiff: Cheri L. McCracken **Curt Baggett Approved as Expert by Court and Testified for Plaintiff. Judge ruled in favor of Curt's Client, Plaintiff Jon Curtis Clark** |
| September 17, 2019 | Hearing In the United States of America Southern District of Ohio Western Division Case No. 1:17-cr-117 / Honorable Judge Michael Barrett / Cincinnati, OH 45202 USA, Plaintiff VS. Qian Williams, Defendant / Atty. for Defendant: Richard Monahan **Court Appointed Curt Baggett as Expert and Curt Testified** (for Defendant) |
| September 9, 2019 | In the Parish of DeSoto, Mansfield, Louisiana 71052 Docket No. 79,877-A / Judge Amy B. McCartney, 2nd floor Verlene Buckley VS. Eliza Buckley / Atty. Rita K. Bacot for Verlene Buckley **Curt Baggett Approved as Expert by Court and Testified (for Plaintiff) and won.** |

| July 30, 2019 | In the Probate Court No. 1, Tarrant County, Fort Worth, Texas |
| | Cause No. 2017-PR02025-1 / Judge Christopher W. Ponder / Room 260A |
| | In the Estate of Edgar Allen Meredith / Atty. Morgan Burkhart for Jessica Meredith |
| | **Curt Baggett Appearance only. Case Postponed.** |

July 30, 2019     In the Probate Court No. 1, Tarrant County, Fort Worth, Texas
Cause No. 2017-PR02025-1 / Judge Christopher W. Ponder / Room 260A
In the Estate of Edgar Allen Meredith / Atty. Morgan Burkhart for Jessica Meredith
**Curt Baggett Appearance only. Case Postponed.**

July 25, 2019     In Cass County Probate Court, Linden, Texas 75563
Case No. D.O. 087 / Judge Donald Dowd / PH: 903-756-7511
Probate Hearing for Mae Frances Blick Bausley / Atty. J. Michael Brock for Lancelot
Bausley / **Curt Baggett Approved as Expert by Court and Testified (for
Lancelot Bausley). Curt won case for client and Judge ruled in favor of Lancelot
Bausley.**

July 23, 2019     In the 23rd Judicial District Court, Parish of Ascension, Gonzales, Louisiana 70737
Probate No. 18.573 Div A / Judge Jason Verdigets / PH: 225-621-8500
Succession of Robert E. Henry / Atty. Lana Ourso Chaney for Walter Smith
**Curt Baggett Approved as Expert by Court and Testified.**

June 26, 2019     In Philadelphia City Hall, Courtroom 414 on 4th floor, Philadelphia, PA 19107
Case: 1560 PR of 2017 / Judge George Overton / PH: 215-686-1776
Re: Estate of Regina t. Haber / Atty. Thomas Cunningham for Jeanieann Ferrari
**Curt Baggett Appearance only.**

May 13, 2019     In the 16th Judicial Circuit Monroe County Court, Florida 33070
Case No. 17-CA-000618 P / Judge Louis M. Garcia / PH: 305-292-3423
Bank of America, N.A. VS. Alina, Arlene & Ada Rodriguez
Atty. for Arlene Rodriguez, Omar Arcia Ph: 954-437-9066
**Curt Baggett Approved as Expert by Court and Testified. Judge ruled favorable to
Curt's client, Defendant Arlene Rodriguez.**

April 17, 2019     In the Galveston County Courthouse, Galveston, Texas 77550
Case No. 15-CV-1044 / Judge Patricia Grady / PH: 409-762-8621 / Jury Trial
James A. Green and Prince Ella Green V. Signora Lynch
Attorney for Greens, Plaintiffs: Andres Arguello PH: 281-884-3960
**Curt Baggett Approved as Expert by Court and Testified. After Curt's testimony,
Judge ruled favorable to Curt's client, Plaintiffs Prince Ella & James Albert Green.**

April 16, 2019     In the Circuit Court of Cook County, Illinois County Department, Chancery Division
No. 09 CH 12423 / Judge Sanjay T. Tailor / 20th floor / 312-603-4181
Elite Financial Investments, Inc., Plaintiff VS. Melissa Sweiss, Defendant
Attorney for Tom Kaput, Plaintiff: Lee Jacobson (312) 600-5038 / 773-343-3889
**Curt Baggett Approved as Expert by Court and Testified. Judge ruled favorable to
Curt's client.**

April 9, 2019     In the First Judicial District Court of Caddo Parish, Louisiana
Number 608, 673-B / Charles Lively Byrd, Jr., Independent Executor of the
Succession of Joe Edmondson Fortson VS. Carol M. Cotton and Benjamin Patrick
Cotten. Atty. for Carol & Benjamin Cotten: Richard E. Hiller, Esq.
**Curt Baggett Approved as an Expert following a Daubert Hearing - Appearance.
CASE SETTLED favorable to Curt's client.**

| April 5, 2019 | In the Superior Court of New Jersey Chancery Division – Family Part Middlesex County / Docket No.: FV-12-1003-19 / Kaitlin Guner, Plaintiff VS. Michael M. Satterfield, Defendant / **Curt Baggett Appearance. CASE SETTLED favorable to Curt's client.** |
|---|---|
| March 4, 2019 | In the 44th Civil Judicial District Court, Dallas County, Dallas, TX 75202 Cause No. DC-18-00202 / Judge Bonnie Lee Goldstein / 5th floor Paul W. McCowan, Plaintiff VS. Santander Consumer USA Inc., et al, Defendant **Curt Baggett Approved as Expert by Court following a Daubert Hearing and Testified.** Continued from 10-5-18 |
| February 18, 2019 | Justice of the Peace, Precinct 3, Place 2 in Richardson, Texas 75080 Case Number: JS-1700561N / Judge Steven L. Seider / PH: 214-904-3042 Nam, Soon Lee , Plaintiff VS. H5C LLC, Defendant Atty. for Defendant: Selim Fiagome / Judge ruled in favor of Defendant **Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| January 29, 2019 | In The Probate Court 2 of Tarrant County, Fort Worth, Texas 76196 No. 218-PR00332-2 / Judge Brooke Allen In The Estate of John Louis Wilson, Deceased Atty. Alex Tandy for Defendant, Twila Byard **Curt Baggett Approved as Expert by Court following Daubert Hearing** |
| November 16, 2018 | In the Collin County Court at Law No. 4, McKinney, Texas 75071 Cause No. 004-01142-2018 / Judge David Rippel Drew Burgess, Petitioner VS. ASA Watkins, Collin County VSF, INC. & Safari Towing and Recovery, Co-Respondents / Attorney for Plaintiff: Bradley Voyles **Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff) |
| October 17, 2018 | In the 11th Judicial Circuit Court , Miami-Dade County, FL Case No. 2017-002035-CA-01 (11) Civil Division State Farm Mutual Automobile Insurance Company, Petitioner VS. Elba Barquero, individually, Respondents (Atty. for Respondent, Cam Justice) Oral **DEPOSITION** of Curt Baggett taken in Plano, TX by Atty. Joel Bernstein |
| October 16, 2018 | In the Court of Common Pleas of Mercer County, Pennsylvania, Mercer, PA No. 2013-3437 / Senior Judge Paul F. Lutty Jr. Nationstar Mortgage LLC, Plaintiff VS. Rebecca A. Crimone and Raymond S. Crimone, Defendants Pro Se – Jury Trial **Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| October 5, 2018 | In the 44th Civil Judicial District Court, Dallas County, Dallas, TX 75202 Cause No. DC-18-00202 / Judge Bonnie Lee Goldstein / 5th floor Paul W. McCowan, Plaintiff VS. Santander Consumer USA Inc., et al, Defendant **Curt Baggett made appearance at Hearing for Plaintiff – Judge dismissed Defendant's Motion to disqualify Curt Baggett as an Expert.** Continued to 3-4-19 |

| September 18, 2018 | In the 17th Judicial District Court of Tarrant County, Ft. Worth, TX 76196 |
| | No. 017-283888-16 / Judge Melody Wilkinson / PH: 817-884-1567 / 3rd floor |
| | Ting Phetsalod, Plaintiff VS. Bounpanh Khounsaknarath, et al, Defendant |
| | Attorney for Plaintiff, Rocky D. Crocker |
| | **Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff) |

| September 6, 2018 | In the 6th NH Circuit Court – Probate Division, Concord, New Hampshire |
| | Docket No. 317-2017-EQ-00967 |
| | Jonathan S. Stankatis Revocable Trust, As Amended |
| | Atty. for Jonathan S. Stankatis Revocable Trust: Robert D. Hunt, Esq. |
| | Oral **DEPOSITION** of Curt Baggett taken in Plano, TX by Atty. Kevin M. O'Shea |

| September 4, 2018 | In the 4th Judicial Circuit Court of Duval County Div. FM-C Room 742 |
| | Case No. / Judge John I. Guy / Jacksonville, FL 32202 |
| | Esther L. Ash, Pro Se |
| | Court Testimony by Affidavit and APPEARANCE by Curt Baggett |

| August 27, 2018 | Hearing In the United States of America Southern District of Ohio Western Division |
| | Case No. 1:17-cr-117 / Honorable Judge Michael Barrett / Cincinnati, OH 45202 |
| | USA, Plaintiff VS. Qian Williams, Defendant / Atty. for Defendant: Bill Gallagher |
| | **Court Appointed Curt Baggett as Expert and Curt Testified** (for Defendant) |

| August 23, 2018 | In the 73rd Judicial District Court of Bexar County, San Antonio, Texas 78205 |
| | No. 2017C118687 / |
| | Christie Martinez-Encinas, et al, Plaintiff VS. Connie M. Mercado, Defendant |
| | Atty. for Defendant: David Conrad Beyer |
| | Order signed by Judge to Disallow QDE Expert Wendy Carlson's Testimony for Plaintiff |
| | **Curt Baggett Court Appearance Only** for Hearing. Trial scheduled for 11-5-18. |

| August 21, 2018 | In the 325th Judicial District Associate Court of Tarrant County, Ft. Worth, TX 76196 |
| | No. 325-625377-17 / Judge Lori L. DeAngelis 5th floor |
| | In the Matter of the Marriage of Ronald Wayne Hice, Jr. and Jessica Doris Hice |
| | Atty. Andrew Howard & Atty. Ronald Harden for Jessica Hice |
| | **Curt APPEARED**, and opposition attorney admitted to the court that Curt was right that the Notary falsified the document because she never saw or administered the oath to the signer. |

| August 9, 2018 | In the United States Middle District Court of Florida, Jacksonville Division |
| | Case No. 3:17-00348-CIV-HES/MCR / Benjamin Michael DuBay, Plaintiff VS. |
| | Stephen King; Media Rights Capital; Imagine Entertainment; Sony Pictures Entertainment; Marvel Entertainment; Simon & Schuster, Defendants |
| | Attorney for Plaintiff: Rob Cook, Esq in St. Augustine, FL |
| | Oral **DEPOSITION** of Curt Baggett taken in Dallas, TX by Atty. Vincent Cox |

| July 30, 2018 | **Curt Baggett APPOINTED by Dept. of Justice, Federal Bureau of Prisons** |
| | RE: 18875078, Buholtz, Kenneth for Buholtz Analysis |
| | System Document Number T5141754 / United States Treasury |

| July 27, 2018 | In the 160th Judicial District Court of Dallas County, Texas<br>Cause No. DC-17-11515 / Eva Shiells, Plaintiff VS. Ryan Hamilton, Mathew<br>Hamilton, and American General Life Insurance, Defendants<br>Attorney for Eva Shiells (wife of attorney): Theodore Shiells<br>Attorney for Defendants: Atty. Lauren Cadilac represented at Depo by Atty. Willie<br>Joseph for Defendants / Oral **DEPOSITION** of Curt Baggett taken at George Allen<br>Courts Building, Court 5B by Attorney Theodore Shiells |
|---|---|
| July 5, 2018 | In the Circuit Court of Cook County, Illinois / County Department-Chancery Division<br>Case No. 2015 CH 02216 / Sherry Spellers, Plaintiff VS. Metropolitan Life<br>Insurance Co., et al, Defendant taken at Hyatt Place, Dallas, TX 75243<br>Eric M. White, Atty. for Plaintiff via cell phone / Phyllis Y. Price, Atty. for Defendant<br>Oral **DEPOSITION** of Curt Baggett taken in Dallas, TX by Atty. Phyllis Price.<br>Trial set for Sept. 10th & 11th, 2018 / **CASE SETTLED on 9-10-18.** |
| July 3, 2018 | In the Superior Court of the State of Arizona, Count of Maricopa in Phoenix, Arizona<br>Case No.: CV 2015-013305 / Judge Margaret R. Mahoney / PH: 602-506-0387<br>Juan Thomas, Plaintiff, Pro Se VS. B.H. Madera At Metro LLC & Morrison, Ekre, &<br>Bart Management Services, Inc. / **Curt Baggett Approved as Expert by Court and<br>Testified** (for Plaintiff) via SKYPE on Computer |
| July 1, 2018 | **COURT APPOINTED** In the United State of America Southern District of Ohio<br>Western Division / Case No. 1:17-cr-117 / Honorable Judge Michael Barrett<br>USA, Plaintiff VS. Qian Williams, Defendant<br><br>Bill Gallagher, Attorney for Defendant<br>**Order from Judge Barrett to Appoint Curt Baggett as Handwriting Expert** |
| June 27, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. CACE15018890 / Judge Barry Stone / Courtroom 4150, 4th floor<br>US Bank Nat. Assn., Plaintiff VS. Derelle W. Bunn, Defendant<br>Attorney Mark Klein for Defendant<br>Oral **DEPOSITION** of Curt Baggett taken in Courtroom |
| June 12, 2018 | In the 15th Judicial Circuit Court of Palm Beach County, West Palm Beach, FL 33401<br>Case No.: 2018-CA-000154 / Judge Dana M. Santino / PH: 561-355-2431<br>Joshua Blanchard, Trustee, Plaintiff VS. John LeBeau; Unknown Tenant, Defendant<br>Atty. Labeed A. Choudhry for Defendant / Room 6A, 6th floor<br>Judge Dismissed in favor of Defendant<br>**Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| June 6, 2018 | In the 24th Judicial District Court of Victoria County, Texas 77902<br>Cause No. 16-10-80111-A / Court PH: 361-575-0581<br>Warren V. Alkek VS. Gary Branfman<br>Attorney Charlie J. Cilfone for Plaintiff<br>Court Ruled in favor of Plaintiff, Warren Alkek<br>**Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff) |

| May 29, 2018 | For the 24th Judicial District Court of Victoria County, Texas 77902<br>Cause No. 16-10-80111-A<br>Warren V. Alkek VS. Gary Branfman<br>Attorney Charlie Cilfone for Plaintiff<br>Oral and Videotaped **DEPOSITION** of Curt Baggett at the offices of Werner Law Group in Victoria, Texas |
|---|---|
| May 23, 2018 | In the Superior Courts of the Cordele Judicial Circuit, State of Georgia<br>Fitzgerald, GA / 2nd floor<br>Case No.      / Judge David Hobby<br>Atty. Kyle C. Cook for Estate of McDonald<br>**Curt Baggett Approved as Expert by Court and Testified** |
| May 17, 2018 | In the 55th District Civil Court of Harris County, Houston, Texas 77002<br>Cause No. 2016-40009 / Judge Jeff Shadwick / 9th floor PH: 832-927-2650<br>Fajardo, Miguel VS. Hernandez, Francisca Aida and Miguel<br>Attorney for Plaintiff, Louis A. McWherter / **Court Appearance Only**. When Curt showed up to testify, Defendant admitted to forgery and so stipulated in court. |
| April 19, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. 14-018936 / Judge Joel Lazarus / Courtroom 14160, 14th floor<br>HSBC Bank USA. Plaintiff V. Cary O. Lopez; Camille Lopez; et al, Defendants<br>Diana Ho-Yen, Esq. Attorney for Defendants / **Curt Testified.** |
| April 18, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. 14-008519 CF 10A / Judge Ernest A. Kollra / Courtroom 5750, 5th floor<br>State of Florida, Plaintiff V. John B. Robinson, Defendant<br>JURY Trial / Court PH: 954-831-7721 / Bruce Raticoff, Esq. Atty. for Defendant<br>**Curt Baggett Approved as Expert by Court and Testified** (for Defendant). |
| April 10 & 11, 2018 | In the 422nd Court of Kaufman County / 100 W. Mulberry, Kaufman, Texas 75142<br>Case No. 99505-422 / Tracy Gray V. Dennis Jones / Visiting Judge Martin Lowry<br>Atty. Elizabeth Alvarez for Tracy Gray<br>**Curt Baggett Approved as Expert by Court and Testified** (for Judicial Candidate Tracy Gray). Baggett's testimony helped the court rule for a Special Election and Tracy Gray won 2,253 to 1,849. |
| April 5, 2018 | In the 301st Judicial District Court of Dallas County, Dallas, Texas<br>No. DF-1614244 / Judge Mary Brown<br>In the Matter of the Marriage of Dawn Weeks Spalding and Stephen G. Spalding<br>Oral **DEPOSITION** of Curt Baggett recorded at Office of Robert Wood, Esq.,<br>Atty. for Steve Spalding / 6688 N. Central Expy. #1000, Dallas TX 75206 |
| March 29, 2018 | International Chamber of Commerce / International Court of Arbitration<br>ICC Case 22192/RD/MK    Jack J. Grynberg (U.S.A.) and RSM Production Corporation (U.S.A.), Claimants V. Rodeo Resources. L.P. (U.S.A.) and Jim Ford (U.S.A.), Respondents / Arbitration Hearing at Office of Gary McGowan, 5009 Caroline St., Suite 100, Houston, TX 77004<br>Attorneys E. F. Mano DeAyala and Andrew C. Wright for Respondents |

**Curt Baggett Approved as Expert by Court and Testified** (for Respondents).

| | |
|---|---|
| March 26, 2018<br>And Feb. 26, 2018 | In the 303rd District Court, Dallas District Court, Dallas, Texas 75201 4th floor<br>Cause No. DF-17-18700 In the Matter of the Marriage of Patrice Dianne Jennison<br>and Raymond Jennison / Judge Dennise Garcia<br>Anthony Green, Esq for Raymond Jennison<br>**Curt Baggett Sworn in as Expert Witness on 2-26-18 and present to testify on 3-26-18. Case settled on 3-26-18 before Curt testified.** |
| February 15, 2018 | In the 95th Judicial District Court of Dallas County, TX<br>No. DC-17-16812<br>Marsha Lee, Executrix of the Estate of Josephine Dennis, Plaintiff<br>VS. Brack Nelson and Herbert Harris, Defendants<br>Attorney for Plaintiff: Michael E. Robinson<br>Oral **DEPOSITION** – Curt testified in Plano, Texas – Collin County |
| February 12, 2018 | Curt was **Court Appointed** and Court Approved as an Expert to render an opinion<br>In the United Stated District Court of South Dakota Western Division<br>United States of America, Plaintiff VS. Frank Gallardo, Defendant<br>Case No. CR 15-50061<br>Expert Opinion Letter on signatures of Frank Thunder Hawk Gallardo<br>Date: February 12, 2018 |
| February 8, 2018 | In the 15th Judicial Circuit Court in Palm Beach County, WBP, FL 33401<br>Case No. 50-2009-CA-025627 (AF) / Judge Edward L. Artau PH: 561-355-2431<br>JP Morgan Chase Bank, Plaintiff VS. Yolette E. Sanguinetti, et al, Defendant<br>Attys. For Defendant: Brian Korte & Daniel Bialczak - 9th floor, Courtroom 9D<br>**Curt Baggett Approved as Expert by Court and Testified** (for Defendant). |
| January 5, 2018 | In the Probate Court of Dekalb County, State of Georgia<br>Estate No. 2016-2288 / In the Estate of Jean Mitchell Jones, Deceased<br>Thomas F. Jones, attorney for Jacqueline Woods<br>Oral **DEPOSITION** (Curt testified via skype) |
| December 20, 2017<br>And Dec. 27, 2017 | In the 418th Judicial District Court of Montgomery County, Conroe, Texas 77301<br>Suite 217 / Court PH: 936-538-3618<br>Judge Tracy A. Gilbert / Associate Judge Scharlene R. Overstreet<br>No. 17-03-04143 / In the Matter of the Marriage of Kathryn M. Danner and<br>George Earl Danner / Robert Clements Atty. for Kathryn Danner<br>**Curt Baggett Approved as Expert by Court and Testified** (for Kathryn Danner).<br>Curt's client, Kathryn Danner won over 2 million dollars. |
| December 13, 2017 | In the Justice of the Peace Court, Precinct 3, Place 1, Dallas County, TX<br>Docket Number: JS-16-00417-A / Judge Al Cercone / PH: 214-321-4106<br>James Elbaor, Plaintiff VS. The Manning Group, Defendant<br>Plaintiff's Atty. Matt McKool / Plaintiff won case.<br>**Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff). |

November 29, 2017    In the Department of Workforce Development Equal Rights Division
ERD Case No. CR 201503242 / EEOC Case No. 26G201600194C
Administrative Law Judge Alice DeLaO
819 N. 6th St. room 723, Milwaukee, WI 53203-1687
Client: Kelvin Goodwin
**Curt Attended Mediation.**

October 17, 2017    In the New York Supreme Court in Kings County, Brooklyn, NY
Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636
Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino
Atty. Gerald Slotnik for Michael Yovino / Continued from 7-31-17
**Curt Baggett Approved as Expert by Court and Testified.**

October 3, 2017    In the Justice of the Peace Court Precinct 1, Place 2, Lancaster, TX
Case No. JS-1700096K / Judge Valencia Nash / PH: 972-228-2272
Paul McCowan, Pro Se Plaintiff VS. Santander Consumer USA, Defendant
**Court Appearance Only.**

September 13, 2017    In the Court of Common Pleas, Ross County, Chillicothe, OH
Case No. 17CI000227 / Judge Scott W. Nusbaum / Court Ph: 740-702-3032
Todd Holdren et al, Plaintiff VS. Ingle-Barr, Inc. et al, Defendant
Plaintiff Attorney Mark A. Preston
**Curt Baggett Approved as Expert by Court and Testified.**

August 11, 2017    In the Sixth Judicial Circuit of Pinellas County, St. Petersburg, Florida
Case No. 15 004281 CI 11 / Judge Pamela A.M. Campbell
Daisy Datin VS. Arty Joe's, Inc. / Courtroom E, 3rd floor
Defendant Attorney Jawdet I. Rubaii / Non-Jury Trial
Case Continued from 7-27-17 / **Court Appearance only.**
Directed Verdict in Favor of Arty Joe's, Inc. before Curt was to take the stand as
Expert Witness for Arty Joe's, Inc.

July 31, 2017    In the New York Supreme Court in Kings County, Brooklyn, NY
Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636
Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino
Atty. Gerald Slotnik for Michael Yovino / Continued from 3-2-17
**Curt Baggett Approved as Expert by Court and Testified.** Continued to 10-17-17

July 27, 2017    In the Sixth Judicial Circuit of Pinellas County, St. Petersburg, Florida
Case No. 15 004281 CI 11 / Judge Pamela A.M. Campbell
Daisy Datin VS. Arty Joe's, Inc. / Courtroom E, 3rd floor
Defendant Attorney Jawdet I. Rubaii / Non-Jury Trial
**Court Appearance only.** Case Continued to 08-11-17

July 14, 2017    In the 134th Judicial District Court of Dallas County, Dallas, Texas
George L. Allen, Sr. Courts Building, 6th Floor West (old)
Cause No. DC09-13760   Judge Dale Tillery / Court PH: 214-653-6995
Comerica Bank VS. Emmanuel Mainoo
Defendant Attorney Rachel Khirallah

**Curt Baggett Approved as Expert by Court and Testified.**

June 20, 2017          In the Guadalupe County Court At Law, Seguin, Texas
                       Cause No. 2006-PC-0273    Judge Robin V. Dwyer / PH: 830-303-8869
                       In the Estate of Raymond Oatman Whipple, Jr., Deceased
                       Attorney John A. Mead  - Jury Trial
                       **Curt Baggett Approved as Expert by Court and Testified.**

June 15, 2017          In the 153rd District Court of Tarrant County, Ft. Worth, Texas 76196
                       Tom Vandergriff Civil Courts Building, 3rd floor – 100 N. Calhoun Street
                       Judge Susan Heygood McCoy    PH: 817-884-2691
                       Case No.
                       Metro Mobile electronic LLC  VS.  Collie Duran
                       Defendant Attorney: Frank Newman, Jr., Esq.
                       **Curt Baggett Approved as Expert by Court and Testified.**   Continued from 6-9-17

June 15, 2017          In Dallas County Court at Law No. 2, Dallas, Texas
                       George L. Allen, Sr. Courts – 5th floor
                       Cause No. CC-17-01445-B          Judge King Fifer
                       Rafael Rivera, Plaintiff  VS.  Nenidia Guillen Robles and all
                       other occupants, Defendants
                       Attorney for Defendant, Thomas Jackson
                       **Curt Baggett Approved as Expert by Court and Testified.**

June 14, 2017          In the 431st Judicial District Court of Denton County, Denton, Texas
                       Cause No. 2011-70623-431    Judge Brody Shanklin
                       In the Matter of the Marriage of Farah Diba Deendar-Yacoob
                       And Tabrez Yacoob
                       Atty. Andrew Howard
                       **Curt Baggett Approved as Expert by Court and Testified.**  Case Continued

June 13, 2017          In the 322nd Judicial District Court of Tarrant County, Ft. Worth, Texas
                       No. 322-614688-17    Judge Nancy L. Berger
                       In the Matter of the Marriage of Maria Delgado Lopez Yammine
                       And Imad Joseph Yammine / **Court Appearance Only.**
                       Atty. Ryan Hardy    NO SHOW by other attorney – CONTINUED to 9-20-17

June 9, 2017           In the 153rd District Court of Tarrant County, Ft. Worth, Texas 76196
                       Tom Vandergriff Civil Courts Building, 3rd floor – 100 N. Calhoun Street
                       Judge Susan Heygood McCoy    PH: 817-884-2691
                       Case No.
                       Metro Mobile electronic LLC  VS.  Collie Duran
                       Defendant Attorney: Frank Newman, Jr., Esq.
                       **Curt Baggett Approved as Expert by Court and Testified.** / Continued to 6-15-17

May 26, 2017           In the 15th Judicial Circuit Court in Palm Beach County, WPB, FL 33401
                       JPMorgan Chase Bank, National Association Successor in Interest to Washington
                       Mutual Bank, Plaintiff V. Yolette E. Sanguinetti, et al, Defendants
                       Case No. 50-2009-CA-025627 (AF) / Court PH: 561-355-2431

Brian Korte, Esq. – Attorney for Defendants
Oral **DEPOSITION** (Curt Testified via Skype from Dallas, TX)

May 2, 2017    In the District Court Division, Rockingham County, North Carolina
14 CVD 1034 / Judge James Allen Grogan / PH: 336-634-6012
Robert Lance Hash, Sr., Plaintiff VS. Kristen E. Kovach, Defendant
Atty. H. Craig Farver for Defendant
**Curt Baggett Approved as Expert by Court and Testified via Skype.**

April 11, 2017    In the Tarrant County Court at Law No. 1 in Fort Worth, Texas 76196
Case: 2017-000668-1 / Judge Don Pierson / Court PH: 817-884-1457
TFHSP, LLP as Trustee V. Edgar Acosta and all occupants
4th Floor, Room 490 / Moses, Palmer, & Howell, LLP for Defendants
**Appearance Only.** Mediation Ordered by Judge.

March 2, 2017    In the New York Supreme Court in Kings County, Brooklyn, NY
Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636
Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino
Atty. Gerald Slotnik for Michael Yovino
**Curt Baggett Approved as Expert by Court and Testified.** Continued to 7-31-17

Feb. 24, 2017    In the Circuit Court of the Eleventh Judicial Circuit
for Dade County, Miami, Florida
US Bank NA V. The Estate of Orestes Guirola Et Al
Case No. 12-24740 CA / Job #: 2549280 PH: 817-456-3327
Attorneys Carlos D. Lerman & Steven Liberty
Oral **DEPOSITION** (Curt testified via Skype in Dallas, TX)

Feb. 2, 2017    In the Superior Court of Washington for King County, Seattle, WA
Case No. 15-2-03115-5 SEA / Hipps vs. Virginia Mason Medical Center
Clerk of Court PH: **(206) 296-9300**
Defendant Attorneys William J. Leedom & David M. Norman
BENNETT BIGELOW & LEEDOM P.S. | BBLLAW.COM
Oral **DEPOSITION** (Curt testified via Skype in Plano, TX)

January 4, 2017    In the 310th Judicial District Court, Harris County, Houston, Texas
Cause No. 2015-24273 / Judge Lisa Millard
Sylvia Jimenez Scott VS. Angel Fidencio Trevino
Atty. Duana Boswell-Loechel - Litigation Director- Lone Star Legal Aid
Curt Baggett Approved as Expert by Court and Testified

Oct. 20, 2016    In the Ninth Judicial Circuit Court, Orange County, Orlando, FL
Probate Division / Court Room 20A / Case Continued from 8-2-16.
Case No. 15-CP-1939 / Judge Jose R. Rodriguez
In Re: Estate of Donald Leroy Hall
Petitioner Attorney Daniel de Paz
**Curt Baggett Approved as Expert by Court on 8-2-16 and Testified**
via Skype from Richardson, TX

Sept. 8, 2016    In The Supreme Court of the Commonwealth of the Bahamas
                 Ansbacher House, Nassau, Bahamas
                 2013/CLE/gen/007823 / Justice Ian Winder
                 Clayton Hillgrove Taylor V. Bank of the Bahamas
                 Attorney Arthur L. Minns
                 **Curt Baggett Approved as Expert by Court and Testified.**

Aug. 10, 2016    In the 18th District Court Johnson County, Cleburne, Texas
                 Guinn Justice Center, Room 204, 3rd floor
                 Case No. F50740 / Judge John Neill / PH: 817-556-6820
                 Def. Attorney Don W. Bonner / Jury Trial
                 **Curt Baggett Approved as Expert by Court and Testified.**

Aug. 3, 2016     In the Probate Court No. 1 Dallas County, Dallas, Texas
                 No. PR-13-968-1 Old Criminal Courts Building 2nd floor
                 Judge Brenda Hull Thompson / PH: 214-653-7236
                 Joe Davis Trial / Attorney Michael Todd
                 **Curt Baggett Approved as Expert by Court and Testified.**

Aug. 2, 2016     In the Circuit County for Orange County, Orlando, FL
                 Probate Division / Court Room 20A
                 Case No. 15-CP-1939 / Judge Jose R. Rodriguez
                 In Re: Estate of Donald Leroy Hall
                 Petitioner Attorney Daniel de Paz
                 **Curt Baggett Approved as Expert by Court to testify on 10-20-16 via Skype.**
                 Case Continued to 10-20-16.

June 23, 2016    In the 201st Judicial District, Travis County, Austin, Texas
                 345th District Courtroom, 4th floor, #412 PH: 512-854-9457
                 Cause No. D-1-FM-14-005909 / Judge Stephen Yelenosky
                 In the Matter of the Marriage of
                 Estela Trevino Dyer and Donald Edmund Dyer
                 Attorneys Cristi Trusler & Rebekah Duke Jury Trial.
                 **Curt Baggett Approved as Expert by Court and Testified.**

June 8, 2016     In the Supreme Court of the Commonwealth of the Bahamas
                 Probate Side, No. 2015/PRO/cpr/00006 / Justice Ian Winder
                 Eleanor Brennen v. Carlton McMinns
                 Michael W. Horton, Esq. / Nassau, Bahamas
                 **Curt Baggett Approved as Expert by Court and Testified.**

June 6, 2016     In the Supreme Court, Commonwealth of the Bahamas
                 Family Division, No. 00145 / Madam Justice Rhonda Bain
                 Steven Bernard D'Alewyn and Rosalyn Vanessa D'Alewyn
                 Alexander P. Maillis II, Esq. / Nassau, Bahamas
                 **Curt Baggett Approved as Expert by Court and Testified.**

| June 2, 2016 | In the Tarrant County Family Law Center / Ft. Worth, TX<br>Case No. 360-5933-76-16 / Judge Cynthia Mendoza<br>360th Court / Ph: 817-884-2720<br>Tanner J. Lippert V. Savannah Rhea<br>Jeff Branch, Esq.<br>**Curt Baggett Approved as Expert by Court and Testified.** |
|---|---|
| May 16, 2016 | In the 18th Judicial Circuit Court / Brevard County, Florida<br>Case No. 2010 CA 033662 / Judge Lisa Davidson<br>Moore Justice Center / Courtroom 2b / Ph: 321-617-7281<br>PNC V. Courtney Roberts<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| April 15, 2016 | In The County Court at Law No. 1 / Tarrant County, Texas<br>Cause No. 2014-000426-1 / Judge Don Pierson<br>Court Clerk Ph: 817-884-2418 / 817-212-7074<br>David Hart v. Harley Davidson / Jack Peacock, Esq.<br>**Appearance. Case Continued.** |
| April 13, 2016 | Eighth Judicial District Court / Clark County, Las Vegas, Nevada<br>Regional Justice Center / Ph: 702-671-4344<br>Case # P-15-086345-E / Judge (Commissioner) Wesley Yamashita<br>Probate Estate of Wright, Charles Lowell / David C. Johnson, Esq.<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| February 10, 2016 | In The Essex County Superior Court / Newark, New Jersey<br>Case No. DC 010854-15 / Judge Frank Covello<br>NJ Higher Education V. Manuel F. Ponte<br>Jose B. Moreira, Esq. Law Firm<br>**Immediately after Judge Covello approved Curt Baggett to<br>testify in his court, the opposition attorney settled.** |
| January 14, 2016 | In The Probate Court No. 1 of Dallas County, Texas<br>Cause No. PR-15-03152-1 / Judge Brenda Hull Thompson<br>Estate of David Clemmons, Deceased<br>Susan M. Herndon, Esq. |
| December 17, 2015 | Justice of the Peace, Precinct 3, Place 1 / Dallas, Texas<br>Case # JS-1431021A / Judge Albert B. Cercone<br>Carol M. Kam V. Western Surety / Pyke, David **Appearance only.** |
| December 15, 2015 | Harris County 308th Judicial District Court / Houston, Texas<br>No. 2011-15816 / Associate Judge Alyssa Lemkuil<br>Bishop V. Burroughs / Catherine Herrington Hale, Esq. |
| December 14, 2015 | Cameron County Court at Law No 2 / Brownsville, Texas<br>Judge Laura L. Betancourt<br>Robert Robertson, Esq. |

| November 30, 2015 | Woods County Courthouse / Alva, Oklahoma<br>CF-2013-87 / Judge Justin Eilers<br>The State of Oklahoma V. Michael Lynn Freeman<br>Tim Pool, Esq. / **Appearance only.** Testimony filed. |
|---|---|
| November 19, 2015 | In the County Court at Law No. 1 / Dallas County, Texas<br>No. CC-15-04952-A / Judge D'Metria Benson<br>Investors Mgs. Center V. John Dobbins |
| November 18, 2015 | Court of Common Pleas in Franklin County, Ohio<br>Case No. 14 JU 11807 / Magistrate Sanchez<br>Criminal Division / State of Ohio V. Cassius Crome, Jr.<br>Byron Potts, Esq. / Columbus, Ohio |
| November 13, 2015 | The Circuit Court of Taney County / Branson, Missouri<br>Estate No. 10AF-PR00229 / Division 1 Judge Tony Williams<br>Regions Bank V. Ron Davis - Appearance only.<br>Diana Brazeale, Esq. and Kelley Webb, Esq. |
| October 14, 2015 | Harris County Civil Courts at Law #2, (Houston) Texas<br>No. 947381 / Judge Theresa W. Chang<br>Dixie Farm Texaco, Inc. V. Darinder Pal Singh, et al<br>Carl A. Parker, Esq. |
| October 8, 2015 | County Court at Law in Kerr County, Texas<br>Cause No. CCL 15-3 / Judge Susan Harris<br>In the Matter of the Estate of Antonio Ayala, Jr.<br>Samira Mery Lineberger, Esq. |
| September 21, 2015 | State of Texas V. Judge Alfred Isassi<br>Case No. 15-CRF-0182 / Judge Robert Flores<br>105th District Court of Kleberg County Texas (Kingsville)<br>Eric Flores Esq. Attorney of Record |
| September 14, 2015 | Circuit Court of Taney County, Missouri / Probate Division<br>Page G. Schumacher Trust V. Regions Bank<br>Estate No. 10AF-PR00229<br>Branson, Missouri / Ron Davis Attorney of Record<br>Diana Brazeale, Esq. and Kelley Webb, Esq. |
| September 10, 2015 | Court of Common Pleas in Franklin County, Ohio<br>Criminal Division / State of Ohio V. Cassius Crome, Jr.<br>Case No. 14 JU 11807 / Judge Preisse<br>Byron Potts, Esq. / Columbus, Ohio |
| September 2, 2015 | 246th District Court of Harris County, (Houston) Texas<br>Case No. 2014-01759 / Judge Charley E. Prine, Jr.<br>Zuraima Newson V. Frank Newsom<br>Edmond N. O'Suji, Esq. |

| August 17, 2015 | Appearance: Virginia In the Circuit Court of Orange |
|---|---|
| | CL 13000165 Judge Gaylord Fincus |
| | Robert Mayo, Plaintiff and Pro Se |

August 17, 2015    Appearance: Virginia In the Circuit Court of Orange
CL 13000165 Judge Gaylord Fincus
Robert Mayo, Plaintiff and Pro Se

August 12, 2015    Herman Lee Gibbons Case Lee and Roman Gibbons Client
Dallas County Probate Court #3
Judge Margaret Jones Esq.
Bryan Bethune Attorney of record

July 30, 2015    Betty Tillis Bankruptcy / Case No. 15-04059
Judge Michael D. Lynn
Northern District of Texas / Fort Worth, Texas
Andrew Dunlap Attorney of Record
**Curt Baggett Approved as Expert by Court and Testified** for Betty Tillis
Court ruled in favor of Curt's testimony for Betty Tillis

May 7, 2015    Judge Clay Poynor
James Reed Level VS Jesse Sayles Level
Attorney George R. Bienfang
County court of law No. 2 / Case No 14-04-258
Wise County Richport, Texas

May 15, 2015    Deutsche Bank National Trust Company, As Trustee For American
Home Mortgage Assets Trust 2006-6, Mortgage-Backed Pass-
Through Certificates Series 2006-6 vs. Diane Mandel, et al.
Judicial Officer James R. Thompson
Case No. 2011-CA-055212
Twentieth Circuit Court, Lee County, Florida

March 27, 2015    Dakota Land and Cattle Company and DesLacs Valley Land Corp.
V Jonathon Lochthowe
Case # 51-2013-CV00456 / Judge Richard L. Hager
North Central Judicial District / Ward County Court House
315 SE 3rd St P.O Box 5005 / Minot, ND 58702

January 26, 2015    AET Enterprises Inc. vs. AET Enterprise, LLC
Case No. CJ-2013-144 and Julie Pitts d/b/a AET Enterprise, LLC vs.
The Coves et al., Case No. CJ-2013-145
Dale Marler and Mark Antinaro Attorneys of Record
501 West 1st Street Claremore, Oklahoma 74017

January 8, 2015    Elaine Lett Murphy
Cause # 231-558967-14 / Judge Sullivan presiding
Laurie Robinson R.N. Attorney of Record
Arbitration Sisemore Law Firm
Prenuptial Agreement and Property Dispute

| | |
|---|---|
| December 8, 2014 | Farrell v. Farrell et All Cause # G -2010-992-T/I |
| | Judge Dewayne Farrell |
| | Jackson, Mississippi |
| | Ross Barnett Attorney of Record |
| | |
| December 4, 2014 | Mallard Point Golf Course Cause # 2013-449 |
| | Lonoke County Circuit Court / Lonoke Arkansas |
| | Judge Sandy Huckabee |
| | Jeff Moore Attorney of Record |
| | Fraudulent Conveyance Suit |
| | |
| November 6, 2014 | Kenneth Bryson V Kenneth Allison |
| | 207th District Court / Judge Bruce Boyer |
| | Comal County Courthouse |
| | New Braunfels, Texas |
| | David Conrad Beyer Attorney of Record |
| | |
| October 23, 2014 | Arapahoe County Elections |
| | How To Spot A Forgery Lecture and Seminar |
| | Corene Henage Interim Deputy of Elections |
| | 5334 Prince Street Littleton, Colorado 80120 |
| | |
| October 10, 2014 | Olympia Alvarado Vs Marla Alvarado Wolters et al.; |
| | Cause No. 2013-CL-09746 |
| | 150th Judicial District Court |
| | Bexar County Texas |
| | John Mead Attorney of Record 210-710-0981 |
| | |
| October 3, 2014 | Leonardo Hernandez Cause # 314-CV-02818-P |
| | 95th Judicial Court Dallas Texas |
| | Judge Ken Molberg |
| | Dallas County Court |
| | 600 Commerce Dallas, Texas |
| | Sara Scott Attorney of Record |
| | |
| September 29, 2014 | Elaine Lett Murphy |
| | Laurie Robinson R.N. Attorney of Record |
| | Cause # 231-558967-14 / Judge Jesus Navarez |
| | 231st Judicial Court |
| | Fort Worth, Texas |
| | |
| September 19, 2014 | National Union Fire Insurance |
| | Company of Pittsburgh, PA |
| | Through its attorney of record Jeffrey R. Parsons |
| | Dallas, Texas |
| | Calvin Leavelle Deposition |
| | |
| September 18, 2014 | Sate of Oklahoma County of Delaware |
| | Jay, Oklahoma |

|  | Angela Girdner Deposition |
|  | Betty Cartwight Attorney of Record |

| September 17, 2014 | Delaware County Court |
|  | Judge Berry Benney |
|  | 13th Judical District Court |
|  | Cause # PB-06-84 |
|  | 327 5th Street Jay Oklahoma |
|  | John Watermelon /Edna Sultzer |

| September 16, 2014 | District Court of Gregg County |
|  | 188th Judical Court |
|  | Judge Daniel Brabham |
|  | Hope McPherson v. Johnnie Gunn,Carolyn Gunn and John C. |
|  | Gunn Cause # 2011-2012A |

| August 13, 2014 | NYI9879 Civil Court The City of New York |
|  | County of Richmond |
|  | Judge Teresa Cippoteal |
|  | Attorney of Record Gary Pillersdorf |
|  | Celina Pawlowska V. |
|  | New York City Transit Authority The Metropolitan Transportation |
|  | Authority and the City of New York |

| August 1, 2014 | United States District Court for the District of Montana |
|  | Ahmed A. Al-Aissa V Sears, Roebuck and Co. |
|  | Law Office of Urgin, Alexander, Zadick and Higgins P.C. |
|  | Deposition |

| July 16, 2014 | Surrogates Court of New York |
|  | Judge Diane A. Johnson |
|  | 2 Johnson Street |
|  | Brooklyn, New York 11201 |
|  | Cause # 2065/A-207 |
|  | Respondent John James Rollins |
|  | In The Matter of the Proceeding of Raymond Rollins as |
|  | Administrator of the Estate of Pearl James |

| June 2, 2014 | Surrogates Court of New York |
|  | Judge Diane A. Johnson |
|  | 2 Johnson Street |
|  | Brooklyn, New York 11201 |
|  | Cause # 2065/A-207 |
|  | Respondent John James Rollins |
|  | In The Matter of the Proceeding of Raymond Rollins as |
|  | Administrator of the Estate of Pearl James |

| May 19, 2014 | Cause No ESPR018476 |
|  | Joanne Crew Probate |

|  | In The Iowa Probate Court in and for Cedar County |
|--|--|
|  | Judge Mike Lawson |
|  | Tipton, Iowa |
| May 15, 2014 | Cause No DC-13-290 |
|  | Israel Garcia V Zulema Gonzalez A.K.A Zulema Morin |
|  | In the District Court |
|  | 229th Judical Distict |
|  | Duval County, Texas |
|  | Deposition |
| May 11, 2014 | San Antonio, Texas |
|  | No 2728;Cause No. 2012-CI-19200 Court 57 / Judge Phyllis Speedlin |
|  | In the Matter of the Marriage of Gobel |
|  | Attorney James E. Monnig |
| May 12, 2014 | Cause DC-13-13137-D |
|  | Leonardo Hernandez Garcia V. General Packaging Corp. |
|  | Dallas County, Texas |
|  | 95th Judical, District |
|  | Arnold, Arnold, & Itkin LLP Paul Skrabanek |
| April 22, 2014 | In the County Court at Law, Harris County, Texas |
|  | Case No. 1035401 |
|  | Angle Salon Corporation V. Dung Chau, Oanh Bui, Vi Phuong |
|  | Pham D/B/A Pro Salon Defendants |
|  | Attorney Allan Cease |
|  | Deposition |
| April 14, 2014 | George Risner V. Harris County Republican Party |
|  | 269 District Court |
|  | Harris County, Houston |
|  | Case 2014-02621 / Judge Don Burgess |
|  | Appeals Court Judge from Beaumont, Texas |
| March 10, 2014 | The 42nd Judicial District of the *Louisiana* District Court |
|  | Mansfield, Louisiana at the DeSoto Parish Annex Bldg. |
|  | Judge Robert Burgess presiding |
|  | Cause # 74275 In Succession Kattie Russell –vs.-Ben Russell |
|  | Attorney of Record: Christopher Sices |
| March 5, 2014 | Court of Common Place |
|  | Harrison County, OH |
|  | Case No. CVH 20130022 / Judge Lintons Lewis Jr. |
|  | Sharon Stitt vs. Jamie |
| February 13, 2014 | Eastern Caribbean Supreme Court |
|  | Tortola British Virgin Islands |
|  | Robert J. Tarlecky case |

Attorney of Record: Bob W. Lentz

| | |
|---|---|
| January 30, 2014 | In the Circuit Court of the First Judicial Circuit |
| | Santa Rosa County, Florida |
| | Case No. 2011 CA 000054 |
| | Deposition |
| | Wells Fargo Bank, NA vs. Douglas Paul Perryman, Tricia Rene |
| | Simon / Attorney Farrar |
| January 22, 2014 | In the Federal Court |
| | New Orleans, LA |
| | Hale Boggs Federal Building |
| | Docket Number 2013-0190 / Judge Bruce T. Smith |
| | United States Coast Guard vs. Nelson G. Hopper |
| | Attorney Bill Hidalgo (985) 249-5195 |
| January 16, 2014 | In the 138th District Court |
| | Cameron County, Texas |
| | Cause No. 2012-DCL-4772-B / Judge Arturu C. Nelson |
| | Michelle Atkinson vs. Orlando Robles |
| January 10, 2014 | In the 302nd District Court |
| | Dallas County, Texas |
| | Cause No. 1200649-V / Judge Tena Callahan |
| | In the interest of Elva Steele |
| January 9, 2014 | In the Branch 1 Court |
| | Marathon County |
| | Cause No. 2013-SC-669 / Judge Jill Falstad |
| | Stanley Miller Estate vs. Diane Story, Wausau, Wisconsin |
| | Attorney Andrew Schmidt (715) 845-9621 |
| December 16, 2013 | Appeal Hearing |
| | State of Georgia Employment Commission |
| | Adam Carson vs. The State of Georgia |
| | Hearing Officer: Jacqueline Kennedy Dvorak |
| November 5, 2013 | In the 224th District Court |
| | Bexar County, Texas |
| | Kader Solomon v. Wael M. Sulieman |
| | Cause No. 2013-CI-06053 / Judge Larry Noll |
| October 31, 2013 | In the 251st District Court |
| | Randall County, Texas |
| | Cause No. 63,887-C |
| | Lawrence Schaeffer and Estelle Archer: Plaintiffs, |
| | Counter-Defendants v. David Allison and Austin Equity Investor: |
| | Ltd., Defendants, Counter-Plaintiffs and Richard K. Archer: |
| | Intervenor and Eileen Allison: Intervenor |

| | |
|---|---|
| October 4, 2013 | In the 219th District Court |
| | Collin County, Texas |
| | Cause No. 219-02861-2013 |
| | Ex Parte V. Allison Moore / Judge Scott. J. Becker |
| | |
| October 2, 2013 | In the Chancery Court |
| Sparta, Tennessee | White County, Tennessee |
| Attorney Doug Fields | Cause No. 2012-CV-39 |
| | Robinson V. Robinson / Judge Ronald Thurman |
| | |
| August 27, 2013 | In the Chancery Court |
| Attorney Dantone, Frank | Washington County, Mississippi |
| | Cause No. 20120419 / Judge Franklin S. Thackston |
| | |
| July 23, 2013 | In the 20th Judicial District |
| Attorney Walter L. Taylor | Milam County, Texas |
| | Shannon Farr v. Terry Nevitt Farr, et al. |
| | Cause No. CV-35-208 / Judge John W. Youngblood |
| | |
| July 19, 2013 | U. S. Department of Justice, |
| Attorney Noaman Azhar | Executive Office for Immigration Review |
| | Dallas County, Texas |
| | In the Matter of Md. Rafiqul Islam Khan in Removal Proceedings |
| | Case No. A-203-278-078 / Judge Robert Wayne Kimball |
| | |
| July 8, 2013 | Taverna v. Fonseca |
| | Miami Dade County, Florida |
| | Judge Rosa I. Rodriguez |
| | |
| June 17, 2013 | In the County Court In and For Broward County Florida |
| | Myriam Etienne v. Hope Health Career Institute |
| | Case No. 11-11558 / Judge Luis H. Schiff |
| | |
| June 7, 2013 | In the Small Claims Division of the County Court |
| Attorney William H. Davie II | In and For Clay County, Florida |
| | Tiffany Raye Gaskell v. Alexandra Bethany Crystal Day |
| | Case No. 2012-SC-000157 |
| | |
| May 13, 2013 | Thirteenth Judicial Circuit Court |
| Attorney Jim Erwin | County of Pickens, South Carolina |
| | James Earl Shivers v. Mary Eugena Shivers |
| | Case No. 2008-DR-39-253 / Judge Alvin Johnson |
| | |
| April 30, 2013 | County Court at Law 1 |
| Attorney Andres Reyes | Webb County, State of Texas |
| | In the Estate of Rosa Maria Mares, Deceased |
| | Case No. 2012PB5000008-L1 / Judge Alvino Ben Morales |

April 22, 2013                          Collin County, State of Texas
Attorney Cyndi Nahas                    State of Texas v. Allison Faye Moore
                                        File No. 416-81602-2012
* Court Appointed Expert                Judge Chris Oldner

March 23, 2013                          19th Judicial District Court
Attorneys Fred Koenke and               Parish of East Baton Rouge
Scott Collier                           State of Louisiana
                                        State of Louisiana v. Dominique Smith
                                        No. 08-08-0005 / Judge Anthony J. Marabella

February 11, 2013                       Circuit Court for Escambia County
Attorney Robert C. Allen                Probate Division, State of Florida
                                        In Re: Estate of Erma Averhart
                                        File No. 1972-CP-3767 / Judge J. Scott Duncan

# Addendum to Curt Baggett's Court Case Summary for Recent Cases in 2021

| September 14, 2021 | In the Skagit County Superior Court in Washington State, Bench Trial<br>205 W. Kincaid, Mount Vernon, WA 98273 / Court PH: 360-416-1200<br>Case # 19-2-00914-29 / Inger Gibson v. Joshua Varner / Judge Brian L Stiles<br>Courtroom One (1st floor) / Atty. Alexis Oles for Plaintiff<br>**Curt Baggett Approved as Expert by Court & Testified via Zoom for Plaintiff** |
|---|---|
| August 30, 2021 | In the Ector County Courthouse, 300 N. Grant Avenue, Odessa, TX 79761<br>24397-CCL Estate of Juan Ceniceros / Judge Brooke Hendricks / Room 234<br>Court PH: 432-498-4110 / Atty. Steve Ashley for Juan Ceniceros<br>Atty. Steve Ashley and Curt Baggett Won on Motion to set aside forged document<br>**Curt Baggett Approved as Expert by Court & Testified in person for Juan Ceniceros** |
| August 10, 2021 | In the 412th Judicial District Court of Brazoria County, 111 E. Locust St.<br>Angleton, Texas 77515, 3rd floor, Room 320A / Judge Justin R. Gilbert<br>Cause No. 109650-CV / Shawntonya Lavinghousez VS. Unique Mica Green<br>Atty. Kevin Madden for Plaintiff / Plaintiff won case / Jury Trial<br>**Curt Baggett Approved as Expert by Court and Testified in person for Plaintiff** |
| August 4, 2021 | In the 369th Judicial District Count in Anderson County, 500 N. Church Street<br>Palestine, Texas 75801, 2nd floor / Judge Michael Davis<br>Cause No. 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 / Billy Joe Gibson, et al VS. Hobert H. Holman, et al<br>Atty. Nicholas T. Martinez for Defendants /<br>**Curt Baggett Approved as Expert by Court and Testified in person for Defendants** |
| July 21, 2021 | In the 217th District Court of Angelina County, Lufkin, TX 75902<br>Cause No. 2019-0706 / Court PH: 936-637-0217 / Judge Bob Inselmann<br>The State of Texas vs. Billy Ray Pegues / Attorney Stephanie Stroud Prosecutor<br>**Curt Baggett Approved as Expert by Court & Testified in person for State of Texas**<br>**State Won** |
| June 30, 2021 | In the Montgomery County Court at Law No. 2, 210 W. Davis St., Conroe, TX 77301<br>Cause No. 19-38881-P / In the Estate of: Jasper Duncan Cartwright<br>Judge Claudio L. Laird / 3rd floor / Court PH: 936-539-7832<br>Atty. John Urquhart for Russell Cartwright<br>**Curt Baggett Approved as Expert by Court and Testified in person** |
| April 28, 2021 | In the Supreme Court of Nassau, Bahamas Bank Lane, N-167 PH: 242-322-3315<br>Atty. Krystal D. Rolle for Janice Curry<br>**Curt Baggett Approved as Expert by Court & Testified via Zoom** |

# Handwriting Expert, LLC

## *Curt Baggett*

Expert Document Examiner
533 Park Lane
Richardson, Texas 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
**www.ExpertDocumentExaminer.com**

October 18, 2021

### *FORENSIC HANDWRITING AND DOCUMENT EXAMINER EXPERT REPORT*

Forensic Document Examination
Requested by:

**Stephen B. Stern, Esq.**
stern@kaganstern.com
(410) 793-1610 (direct)
**Kagan Stern Marinello & Beard, LLC**
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

Regarding
John D. White

# Curt Baggett's
# Handwriting Expert Report on

## John D. White

Examination and Opinion For Questioned Signature
And Basis and Reasons for Expert Opinion

# TABLE OF CONTENTS

SECTION 1     CURRICULUM VITAE OF CURT BAGGETT

SECTION 2     EXHIBITS (QUESTIONED AND KNOWN SIGNATURES)

SECTION 3     DETAILED REPORTS – BASIS FOR OPINION

SECTION 4     LIST OF DIFFERENCES AND ENLARGED EXHIBITS

SECTION 5     LEGAL DATA
              United States v. Janet L. Thornton, Case No. 02-M-9150-01
              To support accuracy of Handwriting Experts at 93.5%

SECTION 6     LIST OF TRIALS AND OTHER TESTIMONIES

SECTION 7     LIST OF PUBLICATIONS

SECTION 8     COMPENSATION

# SECTION 1

Curriculum Vitae of
Curt Baggett

# CURT BAGGETT

**Expert Document Examiner**
533 Park Lane, Richardson, TX 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
www.ExpertDocumentExaminer.com

Curt Baggett is a leading handwriting expert in the United States. He is also a skilled authority in document examination and as an expert witness and he has completed over 6.000 cases. Mr. Baggett has examined documents and/or testified in court cases as a handwriting expert in all 50 states, Washington, D.C., the Bahamas, Brazil, Canada, Chile, England, Ireland, Mexico, Pakistan, Puerto Rico, Thailand and New Zealand, Korea, China, Australia and Denmark.

The U.S. Department of Justice, the State of Arizona, State of Arkansas, the State of California, Louisiana Public Defender Board, and the State of Texas have retained him. Mr. Baggett has appeared as a handwriting expert on WOLF-BLITZER-CNN; CHARLES GIBSON-ABC, INSIDE EDITION, CBS Network Radio, CBS, CNBC, CNN, FOX, JUDGE ALEX, TEXAS JUSTICE and GOOD MORNING TEXAS and was a consultant as a forensic document examiner for a number one television show, "CSI: Crime Scene Investigation". Mr. Baggett is the co-author of "The Handwriting Certification Home Study Course" and "How To Spot a Forgery" and has been a guest on various other television and radio programs discussing handwriting and forensic document examination.

Mr. Baggett once held the position as Dean of the School of Forensic Document Examination at Handwriting University. In addition to lecturing and teaching document examination, Mr. Baggett has analyzed handwriting for over 40 years. He has been qualified as an expert witness in Justice of the Peace, Municipal, District, State, U.S. District, and Federal Bankruptcy Courts, Eastern Caribbean Supreme Court, High Court of Tynwald British Isles and the Provincial Courts of Canada.

His education and training in document examination and psychology include: U.S. Army, Military Police Officer's School; B.A. and M.Ed., McNeese State University, Lake Charles, Louisiana; and post-graduate studies at the University of Houston, Houston, Texas.

Curt Baggett's library is extensive and includes literature on questioned document examination, forensic handwriting analysis, behavior profiling, and statement analysis.

Laboratory equipment used for examination consists of a Stereo Star Zoom American Optical 7x – 30x twin microscope; Micronta illuminated 30x microscope; stereo microscope S/ST series; universal DigiScoping adapter; numerous magnifying devices; protractor and metric measuring devices; Pentax ME camera; Pentax macro 1.4, 50mm flat copy lens; overhead projector; light table, and transparencies.

## Curt Baggett's Education and Training in Handwriting and Document Examination Include:

An in person two-year apprenticeship with Dr. Ray Walker as a handwriting expert and questioned document examiner. Dr. Walker's qualifications have been affirmed in the Court of Appeals, Fifth District of Texas at Dallas, and had historical rulings in his favor. A leading authority in the field of handwriting analysis and document examination, Dr. Walker is the author of The Questioned Document Examiner and the Justice System.

The American Bureau of Document Examiners certifies Mr. Baggett. He also has a certificate of completion from the American Institute of Applied Science.

**Lectures, Conferences, and Classes Attended:**

2004 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended classes taught by Reed Hayes, QDE, Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE

2004 School of Forensic Document Examination's Teleclass Curriculum
    Examination of Anonymous Writing by Reed Hayes, QDE
    Document Examination Terminology by Don Lehew, QDE
    Notary Public by Don Lehew, QDE
    Advanced Forgery Identification by Don Lehew, QDE
    Instructor

2005 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Tremors and line Quality taught by Reed Hayes, QDE
    Demonstrative Evidence taught by Katherine Koppenhaver, QDE, Bill Koppenhaver, QDE
    Photography through microscopes by David Babb, QDE
    Paper and Watermarks by John McGuire, QDE
    Lecturer

2005 School of Forensic Document Examination's Teleclasses
    Natural Variation taught by Reed Hayes, QDE
    The Discrimination of Handwriting by Don Lehew, QDE
    Procedures for Examining Signatures by Don Lehew, QDE
    Courtroom Procedures and Roles by Don Lehew, QDE
    Instructor

2006 School of Forensic Document Examination's Annual Conference, Dallas, Texas
    Attended the following lectures, in addition to general sessions:
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Medical Problems Affecting handwriting by Dr. Richard Frazier, QDE
    Legal Issues for Document Examiners by Dr. Richard Frazier, QDE
    Deposition and Cross Examinations by Dr. Richard Frazier, QDE
    Health Factors Affecting Handwriting by Dr. Joe Alexander, QDE
    Prescription Forgery and Medical Crimes by Diane King, Lecturer

2007 Handwriting University Annual Conference, Dallas, Texas
    Trainer and Instructor

2007 School of Forensic Document Examination's Teleclasses
    Instructor - Handwriting Basics and Exemplars
    Instructor - Multiple Classes on Case Studies and Examinations

2008 Handwriting University Annual Conference, Las Vegas, Nevada
    Trainer and Instructor

2009 School of Forensic Document Examination's Live Teleclasses
    Attended a variety of classes taught by Robert Baier, QDE, Police Instructor

2009 Handwriting University Annual Conference, Las Vegas, Nevada
    Critical Incident Stress: Statement Analysis and Interview v. Interrogation by Faith Wood

Forensic Document Examination Application by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Handwriting University Annual Conference, Las Vegas, Nevada
Advanced Statement Analysis by Faith Wood
Identity Theft and Prevention by Robert Baier, QDE, Police Instructor
Trainer and Instructor for Introduction to Forensic Document Examination

2010 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Clear Lake High School

2011 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Lecturer and Instructor, "How to Spot a Forgery", Denver Elections Division, Denver, Colorado

2012 Speaker – "How to Avoid a Forgery", Military Order of Purple Hearts Annual Meeting, Dallas, Texas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination"; Appointment as Guest Lecturer and Consultant by Stefanie Page, Instructor, Forensic Science Department, Jesuit College Preparatory School of Dallas

2013 Speaker – "Introduction to the Science of Handwriting and Forensic Document Examination", Irma Lerma Rangel Young Women's Leadership School, Dallas, Texas

2016 Speaker – Handwriting University International Handwriting Conference in Las Vegas, NV (Sept.)

2018 Instructor via written presentation at the 18th Wroclaw Symposium of Questioned Document Examination at University of Wroclaw in Poland June 6-8, 2018

## Past and Present Memberships

American College of Forensic Examiners International
American Legion
Center of Forensic Profiling
Forensic Expert Witness Association
IMS Expert Services
Military Order of World Wars
National Questioned Document Association
Sheriff's Association of Texas
Texas Police Association
Veterans of Foreign Wars
World Federation of Handwriting Experts
National Association of Distinguished Professionals
SEAK-Expert Witness Resources

## Published Articles and Books

Ethics for Experts
Handwriting Certification Course
How to Help Attorneys With Your Case
How to Spot a Forgery
Taking the Witness Stand

Page 3 of 3

# SECTION 2

Exhibits of
Signatures

John D. White

QUESTIONED
SIGNATURE
'Q1'

*[handwritten in top margin: bargain /solo, classify — as key player to keep in Compass]*

# COMPASS MARKETING, INC

# AGREEMENT RELATING TO EMPLOYMENT AND

# POST-EMPLOYMENT COMPETITION

This Agreement is between the David John Boshea, residing at 4839 Clearwater LN. Naperville, IL. 60564 ("Employee") and COMPASS MARKETING, INC ("COMPASS"), having a place of business at 612 Third Street, Annapolis

## RECITALS

WHEREAS, COMPASS is a leading provider of consumer products and more specifically, the marketing, distribution and sales services to retailers and non-traditional or alternative distributors in the following categories: food, health-beauty care, over the counter medicine, consumer products, and pet care.

WHEREAS, COMPASS has a proprietary interest in its business and financial plans and systems, methods of operation and other secret and confidential information, knowledge and data ("Proprietary Information") which includes, but is not limited to, all confidential, proprietary or non-public information, ideas and concepts, client names and contact information, annual and strategic business plans; financial plans, reports and systems including, profit and loss statements, sales, accounting forms and procedures and other information regarding costs, pricing and the financial condition of COMPASS and its business segments and groups; management development reviews, including information regarding the capabilities and experience of COMPASS employees; intellectual property including research and development, reports, protocols, computer software and databases; information regarding COMPASS's relationships with its clients, customers, and suppliers and prospective clients, partners, customers and suppliers, policy and procedure manuals, information regarding materials and documents in any form or medium (including oral, written, tangible, intangible, or electronic) concerning any of the above, or any past, current or future business activities of COMPASS that is not publicly available; compensation, recruiting and training, and human resource policies and procedures; and data compilations, research, reports, structures, compounds, techniques, methods, processes, and know-how.

WHEREAS, all such Proprietary Information is developed at great expense to COMPASS and is considered by COMPASS to be confidential trade secrets;

WHEREAS, Employee, as a senior executive, will have access to COMPASS's Proprietary Information, directly in the course of Employee's employment, and indirectly through interaction with and presentations by other COMPASS senior executives;

WHEREAS, COMPASS will introduce Employee to COMPASS clients, customers, suppliers and others, and will encourage, and provide resources for, Employee to develop personal relationships with COMPASS's clients, customers, suppliers and others;

WHEREAS, COMPASS will provide specialized training and skills to Employee in connection with the performance of Employee's duties at COMPASS which training involves the disclosure by COMPASS to Employee of Proprietary Information;

WHEREAS, COMPASS will be vulnerable to unfair post-employment competition by Employee because Employee will have access to and knowledge of COMPASS's Proprietary Information, will have a personal relationship with COMPASS's clients, customers, suppliers and others, and will generate good will which Employee acknowledges belongs to COMPASS;

NOW, THEREFORE, in consideration of Employee's employment with COMPASS, the severance benefit and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Employee agrees to enter into this Agreement with COMPASS as a condition of employment pursuant to which COMPASS will limit Employee's rights, including, but not limited to, the right to compete against COMPASS, during and following termination of employment on the terms set forth in this Agreement. Intending to be legally bound, the parties agree as follows:

## ARTICLE 1. NON-DISCLOSURE AND NON-DISPARAGEMENT:

QDE
Exhibit
Q1

Initial

Employee then in the records of COMPASS, shall be deemed in every respect effective service of legal process upon Employee in any such action or proceeding.

H.      Employee hereby waives, to the fullest extent permitted by applicable law, any objection that Employee now or hereafter may have to personal jurisdiction or to the laying of venue of any action or proceeding brought in any court referenced in Article 8.F and hereby agrees not to plead or claim the same.

I.      Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J.      At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement.

K.      Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L.      Employee affirms that Employee has sought the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to he legally bound, the parties hereto have caused this Agreement to be signed.

by COMPASS MARKETING, INC.

Date:

/s/

John D. White, CEO

by EMPLOYEE

Date:

/s/ David John Boshea

David John Boshea

QDE
Exhibit
Q1



# KNOWN
# SIGNATURES
# 'K1' through 'K8'

Signature Page For John White

K1 - 1

K1 - 2

K1 - 3

K1 - 4

K1 - 5

QDE
Exhibit
K1

## ARTICLE 6. MISCELLANEOUS:

A. As used throughout this Agreement, COMPASS includes COMPASS MARKETING, Inc. and its subsidiaries and affiliates or any corporation, joint venture, or other entity in which COMPASS MARKETING, Inc. or its subsidiaries or affiliates has an equity interest in excess of ten percent (10%).

B. This Agreement shall supersede and substitute for any previous employment or post-employment agreements between Employee and COMPASS.

C. If Employee's employment with COMPASS terminates solely by reason of a transfer of stock or assets of, or a merger or other disposition of, a subsidiary of COMPASS (whether direct or indirect), such termination shall not be deemed a termination of employment by COMPASS for purposes of this Agreement, provided that COMPASS requires the subsequent employer, by agreement, to expressly assume and agree to perform this Agreement in the same manner and to the same extent that COMPASS would be required to perform it if no such transaction had taken place.

D. Removed.

E. In the event any one or more of the provisions of this Agreement shall be or become invalid, illegal or unenforceable in any respect, the validity legality and enforceability of the remaining provisions of this Agreement shall not be affected thereby.

F. The terms of this Agreement shall be governed by the laws of the State of Maryland, without regard to conflicts of laws principles thereof. For purposes of any action or proceeding, Employee irrevocably submits to the non-exclusive jurisdiction of the courts of Maryland and the courts of the United States of America located in Maryland for the purpose of any judicial proceeding arising out of or relating to this Agreement, and acknowledges that the designated forum has a reasonable relation to the Agreement and to the parties' relationship with one another. Notwithstanding the provisions of this Article 8.F COMPASS may, in its discretion, bring an action or special proceeding in any court of competent jurisdiction for the purpose of seeking temporary or preliminary relief pending resolution of a dispute.

G.

I. Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J. At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement.

K. Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L. Employee affirms that Employee has sought the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to he legally bound, the parties hereto have caused this Agreement to be signed:

by COMPASS MARKETING, INC.

Date: 4/15/2019

/s/

John D. White, CEO

K2

by Drew Rayman

Date: 4/10/19

/s/

4-15-19
QDE
Exhibit
K2

A.     As used throughout this Agreement, COMPASS includes COMPASS MARKETING, Inc. and its subsidiaries and affiliates or any corporation, joint venture, or other entity in which COMPASS MARKETING, Inc. or its subsidiaries or affiliates has an equity interest in excess of ten percent (10%).

B.     This Agreement shall supersede and substitute for any previous employment or post-employment agreements between Employee and COMPASS.

C.     If Employee's employment with COMPASS terminates solely by reason of a transfer of stock or assets of, or a merger or other disposition of, a subsidiary of COMPASS (whether direct or indirect), such termination shall not be deemed a termination of employment by COMPASS for purposes of this Agreement, provided that COMPASS requires the subsequent employer, by agreement, to expressly assume and agree to perform this Agreement in the same manner and to the same extent that COMPASS would be required to perform it if no such transaction had taken place.

D.     Removed.

E.     In the event any one or more of the provisions of this Agreement shall be or become invalid, illegal or unenforceable in any respect, the validity legality and enforceability of the remaining provisions of this Agreement shall not be affected thereby.

F.     The terms of this Agreement shall be governed by the laws of the State of Maryland, without regard to conflicts of laws principles thereof. For purposes of any action or proceeding, Employee irrevocably submits to the non-exclusive jurisdiction of the courts of Maryland and the courts of the United States of America located in Maryland for the purpose of any judicial proceeding arising out of or relating to this Agreement, and acknowledges that the designated forum has a reasonable relation to the Agreement and to the parties' relationship with one another. Notwithstanding the provisions of this Article 8.F COMPASS may, in its discretion, bring an action or special proceeding in any court of competent jurisdiction for the purpose of seeking temporary or preliminary relief pending resolution of a dispute.
G.

I.     Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J.     At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement.

K.     Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L.     Employee affirms that Employee has sought the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to be legally bound, the parties hereto have caused this Agreement to be signed:

by COMPASS MARKETING, INC.

Date:

/s/

John D. White, CEO

$K3$

by Kevin Van Deusen

Date:

/s/

$9-26-17$
QDE
Exhibit
$K3$

Date: _____

/s/ _____

John D. White, CEO

K4

Date: 3/6/2017 _____

/s/ Jamie Nash _____

Jamie Nash

3-6-17
QDE
Exhibit
K4

Date: 3/6/2017 _____

Initial: JN _____

Counsel of COMPASS MARKETING, Inc. (or any successor) as Employee's agent for service of legal process in connection with any such action or proceeding and Employee agrees that service of legal process upon such agent, who shall promptly advise Employee of any such service of legal process at the address of Employee then in the records of COMPASS, shall be deemed in every respect effective service of legal process upon Employee in any such action or proceeding.

H.    Employee hereby waives, to the fullest extent permitted by applicable law, any objection that Employee now or hereafter may have to personal jurisdiction or to the laying of venue of any action or proceeding brought in any court referenced in Article 8.F and hereby agrees not to plead or claim the same.

I.    Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J.    At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement.

K.    Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L.    Employee affirms that Employee has had the opportunity to seek the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to he legally bound, the parties hereto have caused this Agreement to be signed:

By **COMPASS MARKETING, INC.**

Date: ___6/15/16___

/s/ _____

K5

By **EMPLOYEE**

Date: ___6/15/16___

/s/ _____

6-15-16
QDE
Exhibit
**K5**

Ex B - Updated Report - 54

Date: 6/15/16
Initial: JGS

agreement, to expressly assume and agree to perform this Agreement in the same manner and to the same extent that COMPASS would be required to perform it if no such transaction had taken place.

D.      Employee shall not be required to mitigate damages or the amount of any payment provided for under this Agreement by seeking other employment or otherwise.

E.      In the event any one or more of the provisions of this Agreement shall be or become invalid, illegal or unenforceable in any respect, the validity legality and enforceability of the remaining provisions of this Agreement shall not be affected thereby.

F.      The terms of this Agreement shall be governed by the laws of the State of Maryland, without regard to conflicts of laws principles thereof. For purposes of any action or proceeding, Employee irrevocably submits to the non-exclusive jurisdiction of the courts of Maryland and the courts of the United States of America located in Maryland for the purpose of any judicial proceeding arising out of or relating to this Agreement, and acknowledges that the designatedforum has a reasonable relation to the Agreement and to the parties' relationship with one another. Notwithstanding the provisions of this Article 8.F COMPASS may, in its discretion, bring an action or special proceeding in any court of competent jurisdiction for the purpose of seeking temporary or preliminary relief pending resolution of a dispute.

G.      Employee expressly consents to the application of Article 8.F to any judicial action or proceeding arising out of or relating to this Agreement. COMPASS shall have the right to serve legal process upon Employee in any manner permitted by law. In addition, Employee irrevocably appoints the General Counsel of COMPASS MARKETING, Inc. (or any successor) as Employee's agent for service of legal process in connection with any such action or proceeding and Employee agrees that service of legal process upon such agent, who shall promptly advise Employee of any such service of legal process at the address of Employee then in the records of COMPASS, shall be deemed in every respect effective service of legal process upon Employee in any such action or proceeding.

H.      Employee hereby waives, to the fullest extent permitted by applicable law, any objection that Employee now or hereafter may have to personal jurisdiction or to the laying of venue of any action or proceeding brought in any court referenced in Article 8.F and hereby agrees not to plead or claim the same.

I.      Notwithstanding any other provision of this Agreement, COMPASS may, to the extent required by law, withhold applicable federal, state and local income and other taxes from any payments due to Employee hereunder.

J.      At any time during the validity of this Agreement, Employee agrees that COMPASS may notify third parties about Employee's rights and obligations under this Agreement.

K.      Employee affirms that Employee has read this Agreement and has asked questions needed to understand the terms, consequences and binding effect of this Agreement and fully understands them.

L.      Employee affirms that Employee has sought the advice of an attorney of his/her choice before signing this Agreement.

IN WITNESS WHEREOF, and intending to be legally bound, the parties hereto have caused this Agreement to be signed.

by COMPASS MARKETING, INC.

Date: _____

/s/ _____

John D. White, CEO

by EMPLOYEE

Date: _____

/s/ _____

John Mancini

8-1-2007
QDE
Exhibit
K7

# MANUFACTURERS AND TRADERS TRUST COMPANY
## CERTIFIED BANKING RESOLUTIONS OF CORPORATION

**ACCOUNT NUMBER:**   00015004207852301

**DEPOSITOR:**   COMPASS MARKETING INC

| | |
|---|---|
| Name   JOHN D WHITE | Name |
| Title | Title |
| Address | Address |
| | |
| Telephone | Telephone |
| SSN | SSN |
| Signature | Signature |
| | |
| Name | Name |
| Title | Title |
| Address | Address |
| | |
| Telephone | Telephone |
| SSN | SSN |
| Signature | Signature |

I certify that the resolutions set forth below or provided separately to M&T Bank were duly adopted by the Board of Directors of Depositor, a corporation duly organized and validly existing under the laws of the State of ____ VA ____ (the "Depositor"), by unanimous consent or at a meeting duly called and held on ____; that each of such resolutions is in full force and effect and none has been rescinded, revoked or modified; and that none of such resolutions nor any action pursuant thereto will violate any law, certificate of incorporation, by-law or agreement by which Depositor or any of its assets is bound. RESOLVED: that

1.   Manufacturers and Traders Trust Company ("M&T Bank") is hereby designated a depository for the Depositor and the officers or employees named herein or on a Rider hereto are hereby authorized to open a deposit account (the "Account") on behalf of Depositor.

2.   M&T Bank may purchase, give credit for, cash, accept, certify and pay from funds on deposit in the Account, without inquiry, all items signed, drawn, accepted or endorsed on behalf of Depositor, whether under a title, the words "Authorized Signature" or otherwise, with the actual or purported facsimile signature of any one of the persons whose names, titles and specimen signatures appear above or on a Rider hereto; or his or her successor in office (each an "Authorized Signer"), regardless of the circumstances under which the signature shall have become affixed so long as the signature in the actual signature of an Authorized Signer or resembles the facsimile signature of an Authorized Signer previously certified to M&T Bank. Depositor shall indemnify M&T Bank against all claims, damages, liabilities, costs and expenses (including, but not limited to, attorneys' fees and disbursements) incurred by M&T Bank in connection with honoring any signature of any Authorized Signer (including any facsimile signature that resembles the facsimile signature of an Authorized Signer previously certified to M&T Bank) or any related to honor the signature of any person who is not an Authorized Signer. Depositor acknowledges and agrees that any requirement of Depositor that any item or other instrument for the payment of money signed, drawn, accepted or endorsed on behalf of Depositor bear the signature of more than one Authorized Signer is solely an internal requirement of Depositor and imposes no duty of enforcement on M&T Bank.

3.   Any Authorized Signer may, on behalf of Depositor, transact with and through M&T Bank all such business as he or she deems advisable upon such terms as he or she deems proper, including, but not limited to, discounting, selling, assigning, delivering and negotiating items, guaranteeing the obligations of others, applying for and using any ATM or debit card, providing access to the Account, contracting for automated clearing house ("ACH") payments and funds transfer services, cash management, trust and investment products and any other services and transactions in any way related to the Account or the funds on deposit from time to time therein, and pledging, assigning or granting security interests or other rights in the Account to M&T Bank or to third parties, and in connection with any such transaction of business, do or perform all such acts or other things as he or she shall deem proper, including, but not limited to, signing, drawing, accepting, endorsing, executing and delivering items, guaranties, assignments, pledges, receipts, waivers, releases, indemnities and other instruments, agreements and documents, accepting, receiving, withdrawing and waiving demands and notices and incurring and paying liabilities, costs and expenses.

4.   In the event an Authorized Signer acting on behalf of Depositor shall apply for or contract with M&T Bank for any electronic funds transfer service that M&T Bank may make available to Depositor, including, but not limited to, any service that contemplates M&T Bank's execution of payment orders initiated by Depositor for the wire or ACH transfer of funds to or from an Account of Depositor, such Authorized Signer shall be empowered on behalf of Depositor to designate one or more persons (who may, but need not be, Authorized Signers), each of whom, acting alone, shall be authorized on behalf of Depositor to transmit payment orders to M&T Bank for the transfer of funds to or from Depositor's Account.

5.   Each person identified as an Authorized Signer, and each person or persons designated by an Authorized Signer to act on behalf of Depositor (who may, but need not be, Authorized Signers), shall have the power and authority to transact business and bind Depositor through electronic medium (e.g., the Internet) and M&T Bank may rely on any of the following to the same extent as the actual signature and proof of identity of each such person to bind Depositor: any electronic signature or digital signature, under applicable law, of such person; any identifier issued by M&T Bank, its affiliates or any other party (e.g., Personal Identification Number associated with ATM or other card or any access device) to such person; or any other criteria that M&T Bank may reasonably rely on which may serve as an indicator of authentication for such person.

I further certify that each person whose name appears above or on a Rider hereto opposite an office has been duly elected or appointed to and now holds such office of Depositor; that each other person whose name then appears is acting for Depositor in the capacity opposite such other person's name; and that each signature on this certification or a Rider hereto is a true specimen of the signature of the person whose signature it purports to be.

☐   I further certify that I am the sole owner of all the issued and outstanding stock of Depositor.

**Signature of Corporate Secretary**

Print Name   John White

Original - Account Services; Copy - Branch
PA046 (12/03)

**Date**

ANS



ODE
Exhibit
K8

# SECTION 3

Detailed Report
Basis For Opinion

# CURT BAGGETT'S
## HANDWRITING EXPERT REPORT
## EXAMINATION OF QUESTIONED SIGNATURE OF
## JOHN D. WHITE
## AND
## BASIS AND REASONS FOR EXPERT OPINION

## EXAMINATION REQUESTED

This forensic document examiner was asked to conduct an examination of one (1) questioned signature of **John D. White** to determine authenticity of the questioned signature by comparing the questioned signature to known signatures.

## EXHIBITS

Documents examined were transmitted via Internet and printed from a Samsung Xpress printer. The documents included eight (8) documents with the known signatures of John D. White, labeled herein as 'K1' through 'K8' and one (1) document which contains the questioned signature of **John D. White**, labeled herein as 'Q1'. All documents are exhibited with clear numbers for reference and for identification and there is no need to describe each document individually.

**'Q1': Compass Marketing, Inc AGREEMENT Relating to Employment and Post-Employment Competition between David John Boshea (Employee) and Compass Marketing, Inc (Compass) and purportedly signed by John D. White on page 5 of 6 (undated).**

# OBSERVATIONS, DESCRIPTIONS AND/OR LIMITATIONS

The identification of any signature/handwriting is based on the agreement, without unexplainable difference, of the handwriting characteristics displayed. These characteristics include the form of the letters, the beginning, connecting, and ending strokes, the proportions of letters, both inter-letter and intra-letter, the slope, size, and curvature of the writing/printing. The outstanding significant features of the writing are other factors used to analyze, compare and evaluate. The elimination of an author is based on a lack of some or all of the above-noted characterizations.

The quality of documents and signatures were sufficient for examination. The exemplars of known samples of the signatures were compared one to another to verify that the same person authored each sample and to determine the natural variation in the regular normal design of signatures. The patterns of writing were verified under the microscope and by using other scientific instruments such as metric measuring devices, light table, and handheld magnifying devices. The handwriting characteristics displayed in the known signatures are all very similar. Original documents were requested, no originals were immediately available.

Handwriting is not only handwriting, but also 'brain' writing. Handwriting is formed by repeated habits of writing by the author, which are created by neuron-pathways established in the brain. These neuron-pathways control muscular and nerve movement for writing, whether the writing done is by the hand, foot, or mouth. An examination of handwriting includes establishing patterns of writing habits to help identify the author.

The signature on the **'Q1'** document was enlarged and examined scientifically in a side-by-side comparison to the known samples, under a microscope and on a light table. Measurements of letter height, lateral expansion, angles, slant and line quality were examined under a microscope. Significant differences of the handwriting characteristics were displayed in the questioned signature when compared to the known signatures. The questioned signature, when compared to the known and signatures, displayed dis-similar and irregular line quality, flow, size, shape, slants, positions of letters, stops and starts, end and beginning strokes.

No forensic lighting examination was conducted on the questioned document since no original was provided and no ink or paper examination could be conducted.

Indented writing is an impression created by the pressure of a writing instrument on a page on top of the questioned item. These impressions may be deciphered using various techniques, which include side lighting and electro static processing. No ESDA machine was used in this examination since no original of the questioned document was provided.

Some limitations are imposed on the examiners when originals are not available for an examination. However, the size, shape, form, beginning, ending, spacing, curves, angles, height, width, added or missing letters, or an absence of regular writing habits all can easily be detected from clear copies. Some Indications of forgery were noted on the questioned signature in the size, shape, line quality, letter distortion, and shaky starts and stops.

# METHODOLOGY

A Meticulous examination of the questioned signature to the known signatures was conducted using a side-by-side comparison with the unaided eye, handheld magnifying loupes, microscope, photocopy enlargements, grids, a light table, and metric measuring devices. The scientific methodology used in this examination consists of the 'ACE' method, which means 'Analyze, Compare, and Evaluate'. The FBI, U.S. Treasury Department, and the US Postal Services reportedly use this reliable method in their questioned document laboratories. ASTM recommends this method as the standard in this field. This method was also accepted and affirmed by the District of Columbia Court of Appeals in Case No. 08-CF-1361, *Pettus V. United States*. In addition, this examiner adds the Peer Review Methodology, which requests a second independent examination by a qualified handwriting expert. The State and Federal Court qualified expert I selected to peer review this case confirmed my opinion.

# EXAMINATION

The questioned signature was examined and noted to have significant dis-similarities present between the size, height, width of letters, angles, and connecting strokes when compared to the known signatures.

My hypothesis was formed without bias as to authorship of the questioned document. My examination revealed significant differences, not likely seen by an untrained or poorly skilled examiner. My conclusion was logical and based on results of the above-described reliable methodology, analysis, comparison and evaluation.

All tests were done with accepted scientific methodology, techniques, and scientific instruments, which I relied on to assist me in my decision to the questioned signature.

My scientific examination revealed forgery in the questioned signature of **John D. White**. In fact, the measurable distinctions of each letter, pattern, angle, and slant, and the results of my tests indicate that **John D. White** was not the author of the signature on the questioned document, **'Q1'**.

# CONCLUSION

The leading forefathers of document examination in the USA agree that one significant difference in the fundamental structure of a writing compared to another is enough to preclude common authorship. *Handwriting Identification, Facts and fundamentals*, Ray A. Huber and A.M. Headrick, CRC Press LLC, 1999, pp 50-51:

[Ordway] Hilton stated: "It is a basic axiom of identification in document problems that a limited number of basic differences, even in the face of numerous strong similarities, are controlling and accurately establish nonidentity."

[Wilson R.] Harrison made similar comments: "...the fundamental rule which admits of no exception when handwritings are being compared...is simple — whatever features two specimens of handwriting may have in common, they cannot be considered to be of common

authorship if they display but a single consistent dissimilarity in any feature which is fundamental to the structure of the handwriting, and whose presence is not capable of reasonable explanation."

[James V.P.] Conway expressed the same theme when he wrote: "A series of fundamental agreements in identifying individualities is requisite to the conclusion that two writings were authored by the same person, whereas a single fundamental difference in an identifying individuality between two writings precludes the conclusion that they were executed by the same person."

And finally,

[Albert S.] Osborn and others have generally agreed that despite numerous similarities in two sets of writings, a conclusion of identity cannot be made if there are one or more differences in fundamental features of the writings.

The techniques promulgated by the scientific community in the forensic document examination field generate reliable results and are generally accepted.

Based on a significant number of differences of identifiable handwriting characteristics among the questioned and known signatures, it is my professional expert opinion that a different person wrote the name of **John D. White** on the questioned document. Someone did indeed forge the signature of **John D. White** on the **'Q1'** document. I have a duty to the Court to present the truth and evidence to the best of my ability.

I have applied the generally accepted Questioned Document Examiner principles and methods reliable to the facts in this case.

I am willing to testify to facts herein stated in a court of law and I will provide to the Court exhibits to show that my testimony is based on sufficient facts or data and that my opinion is correct. My Affidavit and Curriculum Vitae are attached and incorporated herein by reference.

Respectfully Submitted,

*Curt Baggett*

Curt Baggett, Expert Forensic Document Examiner

The above Letter of Opinion was sworn and subscribed before me by Curt Baggett this _18th_ day of ___October___, 2021.

State of Texas                                    §

§

§

County of Dallas                                 §

PATRICIA J. HALE
My Notary ID # 130525886
Expires February 5, 2024

*Patricia J. Hale*

Notary Public – State of Texas

# SECTION 4

## List of Differences
## And Enlarged Exhibits

### *Handwriting Expert, LLC*
### *Curt Baggett*
Expert Document Examiner
533 Park Lane
Richardson, Texas 75081
Phone: 972.644.0285
cbhandwriting@gmail.com
**www.ExpertDocumentExaminer.com**

## List of Differences in the Questioned Signature of John D. White
## When Compared to the Known Signatures of John D. White

1. Name written above typed base line and the bottom of the name slants down

2. 'J' in John is shaky with stops and starts and has a different shape

3. The last 2 letters are too big and too tall and overlap

4. Line Quality is shaky on full name

5. Last letter written separately

6. 2nd letter after 'J' has separate stroke

7. End stroke angles right and then down

8. End stroke is too short

9. Entire Shape of 'John D. White' does not match any 'K's

10. The bottom of the 'J' loop is curved and angles up or is retraced

11. The end stroke of the 'J' has no upstroke and curves to the right at the end

12. The 1st letter past the 'J' in John begins from top down in the middle of the 'D' and the 'D' is pointed at the bottom and is slanted to the right



Date: /s/

John D. White, CEO



QDE
Exhibit
Q1

Date:

/s/



John D. White, CEO


QDE
Exhibit
Q1

Date:

/s/

John D. White, CEO

unmarked Copy

QDE
Exhibit
Q1



Date:

/s/

Q1

Date:

/s/

K4
3-6-17

Date:

/s/

K3
9-26-17

Date:

/s/

K5
6-15-18

/s/

K2
4-15-19

Telephone
SSN
Signature

K8 Top of Page

/s/

K7
8-1-2007

K6
8-2-11

3 1 2 4 3 11°

5253

3612/1.00 state- Updated Report - 68    119,239.00

Date:

/s/ _[signature]_

John D. White, CEO

Q1

_[signature]_ K1 - 1

_[signature]_ K1 - 2

_[signature]_ K1 - 3

_[signature]_ K1 - 4

_[signature]_ K1 - 5

Date:

/s/ _[signature]_

John D. White, CEO

K4
3-6-17

150%

K3
9-26-17

K5
6-15-16

K2
4-15-19

K6
8-2-11

K7
8-1-2007

K7
8-1-2007

K8  Top of Page

/s/

Date:

/s/

Telephone

SSN

Signature

Name

Title

Address

Telephone

SSN

Signature

I certify that the resolutions set forth below or provided separately to M&
under the laws of the State of _____ (the "Depositor"), by unani
in full force and effect and none has been rescinded, revoked or modifie
by-law or agreement by which Depositor or any of its assets is bound. F

1.    Manufacturers and Traders Trust Company ("M&T Bank") is here
ereby authorized to open a deposit account (the "Account") on behalf

M&T D...

# SECTION 5

## Legal Data
United States V. Janet L. Thornton, Case No. 02-M-9150-01
To support accuracy of Handwriting Experts at 93.5%

# LEGAL DATA

## UNITED STATES v. JANET L. THORNTON

### *Case No. 02-M-9150-01, decided January 24, 2003*

This issue is governed by Fed.R.Evid. 702, which states as follows:

> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case. [This rule was amended in 2000 in response to *Daubert v. Merrell Dow Pharmaceuticals, Inc.* (1993) and *Kumho Tire Co. Ltd. v. Carmichael* (1999).]

In *Daubert*, the court, focusing on the admissibility of scientific expert testimony, held that the trial judge has the task of ensuring that an expert's testimony both rests on a reliable foundation and is relevant to the task at hand. In *Kumho Tire*, the court held that a trial judge's gatekeeping obligation applies not only to testimony based on scientific knowledge, but also to testimony based on technical and other specialized knowledge.

Among the studies cited by Mr. Hammond is a study by Professor Sargur Srihari on the individuality of handwriting. Using handwriting of 1500 individuals, his conclusions were that, using computer software, they were able to establish with a 98% confidence that the writer can be identified. Taking the results over the entire population, they were able to validate handwriting individuality with a 96% confidence. By considering finer features, Professor Srihari opined that they should be able to validate handwriting individuality with a near 100% confidence. A study by Dr. Moshe Kam indicates that professional document examiners had only a 6.5% error rate compared to an error rate of 38.3% for nonprofessionals. Dr. Kam concluded by stating that professional document examiners possess writer identification skills absent in the general population. Another study by Professor Kam indicated that professionals concluded that forgeries were genuine 0.49% of the time whereas laypersons did so 6.47% of the time. Professionals mistakenly concluded that genuine signatories were forgeries 7.05% of the time; laypersons did so 26.1% of the time. Another study by Jodi Sita, Brian Found and others found that forensic document examiners made errors in 3.4% of their opinions, while 19.1% of the control group gave erroneous opinions.

The above studies provide solid evidence that handwriting individuality can be validated with a very high degree of confidence, and that professional forensic document examiners have developed an expertise and training that allow them to correctly identify a person's handwriting with a much lower error rate than laypersons. On the other hand, the affidavit of Dr. Saks raises legitimate questions concerning the validity of these studies and the accuracy of handwriting identification in general.

However, in *Daubert*, the U.S. Supreme Court made it clear that "it would be unreasonable to conclude that the subject of scientific testimony must be known to a certainty; arguably, there are no certainties in science. . . . Science . . . represents a process for proposing and refining theoretical explanations about the world that are subject to further testing and refinement." It is sufficient if the proposed testimony can be supported by appropriate validation, i.e., good grounds, based on what is known.

# SECTION 6

## List of Trials and Other Testimonies

# Addendum to Curt Baggett's Court Case Summary for Recent Cases in 2021

| | |
|---|---|
| September 14, 2021 | In the Skagit County Superior Court in Washington State, Bench Trial<br>205 W. Kincaid, Mount Vernon, WA 98273 / Court PH: 360-416-1200<br>Case # 19-2-00914-29 / Inger Gibson v. Joshua Varner / Judge Brian L Stiles<br>Courtroom One (1st floor) / Atty. Alexis Oles for Plaintiff<br>**Curt Baggett Approved as Expert by Court & Testified via Zoom for Plaintiff** |
| August 30, 2021 | In the Ector County Courthouse, 300 N. Grant Avenue, Odessa, TX 79761<br>24397-CCL Estate of Juan Ceniceros / Judge Brooke Hendricks / Room 234<br>Court PH: 432-498-4110 / Atty. Steve Ashley for Juan Ceniceros<br>Atty. Steve Ashley and Curt Baggett Won on Motion to set aside forged document<br>**Curt Baggett Approved as Expert by Court & Testified in person for Juan Ceniceros** |
| August 10, 2021 | In the 412th Judicial District Court of Brazoria County, 111 E. Locust St.<br>Angleton, Texas 77515, 3rd floor, Room 320A / Judge Justin R. Gilbert<br>Cause No. 109650-CV / Shawntonya Lavinghousez VS. Unique Mica Green<br>Atty. Kevin Madden for Plaintiff / Plaintiff won case / Jury Trial<br>**Curt Baggett Approved as Expert by Court and Testified in person for Plaintiff** |
| August 4, 2021 | In the 369th Judicial District Count in Anderson County, 500 N. Church Street<br>Palestine, Texas 75801, 2nd floor / Judge Michael Davis<br>Cause No. 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 / Billy Joe Gibson, et al VS. Hobert H. Holman, et al<br>Atty. Nicholas T. Martinez for Defendants /<br>**Curt Baggett Approved as Expert by Court and Testified in person for Defendants** |
| July 21, 2021 | In the 217th District Court of Angelina County, Lufkin, TX 75902<br>Cause No. 2019-0706 / Court PH: 936-637-0217 / Judge Bob Inselmann<br>The State of Texas vs. Billy Ray Pegues / Attorney Stephanie Stroud Prosecutor<br>**Curt Baggett Approved as Expert by Court & Testified in person for State of Texas**<br>                                                       **State Won** |
| June 30, 2021 | In the Montgomery County Court at Law No. 2, 210 W. Davis St., Conroe, TX 77301<br>Cause No. 19-38881-P / In the Estate of: Jasper Duncan Cartwright<br>Judge Claudio L. Laird / 3rd floor / Court PH: 936-539-7832<br>Atty. John Urquhart for Russell Cartwright<br>**Curt Baggett Approved as Expert by Court and Testified in person** |
| April 28, 2021 | In the Supreme Court of Nassau, Bahamas Bank Lane, N-167 PH: 242-322-3315<br>Atty. Krystal D. Rolle for Janice Curry<br>**Curt Baggett Approved as Expert by Court & Testified via Zoom** |

## CURT BAGGETT
## FORENSIC DOCUMENT EXAMINER
## SUMMARY OF CASES

I have been qualified or appointed and/or accepted by a State or by the Court as an Expert and/or have
testified in trial or by deposition or made an appearance from 2013 through April 2020
in the following cases and/or cities.

| | |
|---|---|
| April 20, 2020 | In the 347th Judicial District Court, Nueces County, Texas<br>Cause No. 2019DCV-2377-H /<br>MO, JHO, MO, AO, RO, AG & JMO VS. Joe A. Ortiz & Maria Elena O. Valenzuela<br>Huseman Law Firm, PLLC; Atty. Paul Dodson for Joe A. Ortiz<br>Oral **DEPOSTITION** of Curt Baggett taken via Zoom Video Conference |
| February 26, 2020 | Probate Court No. 1, Tarrant County Courthouse in Fort Worth, TX 76196<br>No. 2019-PR01032-1 / Judge Chris Ponder / PH: 817-884-1200<br>In the Estate of Albert George Schaefer, Deceased<br>Atty. James Pratz for George Schaefer<br>Oral **DEPOSITION** of Curt Baggett taken in Bedford, TX by Atty. Benjamin Sauer |
| January 21, 2020 | In the Supreme Court of the Commonwealth of the Bahamas, Nassau, Bahamas<br>Common Law and Equity Division / No. 2018/CLE/gen/00517<br>Bernard C. Bain VS. Florinda Robins / Justice Keith Thompson<br>Michael W. Horton, Esq. for Bernard Bain<br>**Curt Baggett Approved as Expert by Court and Testified via Skype.** |
| January 6, 2020 | In the Third Judicial District Court, Union Parish, Farmerville, Louisiana 71241<br>No. 46540 / Judge Thomas W. Rogers / 2nd floor, Courtroom 2 318-368-3055<br>Betty Jean Glosson Hill VS. Tina Hill Conley and the Unopened Succession of<br>Dwayne Hill, specifically decedent Dwayne Hill<br>Atty. Barry Dowd for DeCarlos Hill<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| December 16, 2019 | In the Probate Court No. 2, Harris County, Houston, TX 77002<br>Cause No. 473646 / Judge Michael Newman PH: 832-927-1402<br>Estate of Jim Howard Warren, Deceased<br>Atty. for Richard Crain, Defendant (Contestant of Will): Jimmy Walker<br>**Curt Baggett Approved as Expert by Court and Testified for Defendant.** |
| December 5, 2019 | In the 16th Judicial Circuit Court, Macomb County, Mt. Clemens, Michigan<br>File No. 2014-6592 DO/IV-D: 913207057 / Chief Judge James M. Biernat<br>Reynolds, Kenyana Williams VS. Carlton Reynolds<br>**Curt Baggett Approved as Expert by Court and Testified via Video / Computer.** |
| December 2, 2019 | In the 418th Judicial District Court, Montgomery County, Conroe, TX 77301<br>No. 1812-16596-CV / Judge Tracy A. Gilbert / PH: 936-538-3618<br>In the Matter of Natali M. Ormiston and Fred Ormiston and in the interest of Ava<br>Ormiston / Atty. for Natalie: Cheryl Ellsworth Jahani<br>**Curt Baggett Appearance only. Judge ordered mediation. Case Settled same day.** |

## Curt Baggett – Expert Document Examiner

| | |
|---|---|
| November 4, 2019 | In the 3rd Judicial District Court, Parish of Union, Farmerville, Louisiana 71241 Case No. 46540 / Betty Jean Closson Hill VS. No. 46,540 Tina Hill Conley and The Unopened Succession of Dwayne Hill, Specifically Decedent, Dwayne Hill Judge Thomas W. Rogers, Courtroom 2, 2nd floor / Atty. for De Carlos Hill: Barry W. Dowd. **Curt Baggett Appearance only. Case continued to 1-6-20.** |
| October 25, 2019 | In the 294th Judicial District Court, Van Zandt County, Canton, Texas 75103 Cause No. 13-00076 / Judge Chris Martin / Court PH: 903-567-7555 Shawn Davis VS. Donnie Rae Thompson, Sr. / Atty. for Plaintiff: Brian Richardson **Curt Baggett Approved as Expert by Court and Testified (for Plaintiff)** |
| October 24, 2019 | In the 11th Judicial Circuit Court, Circuit Civil Division, Miami-Dade County, FL Case No. 16-023775 CA 32 / Moise Lamour, Plaintiff VS. Mount Sinai Medical Center of Florida, Inc. and Dr. Michael T. Dalley, Defendants Atty. Benjamin Korn for Moise Lamour **DEPOSITION of Curt Baggett taken in Dallas, TX by Atty. Brandon** |
| October 21, 2019 | In the Terrebonne Parish Court, Houma, Louisiana 70360 / PH: 985-868-5660 No. 024003 / Judge Randall Bethancourt, Division E Atty. Gregory Schwab for Darlene Williams (Dorothy Stripling Triggs) **Curt Baggett Approved as Expert by Court and Testified.** |
| October 17, 2019 | In the 269th Civil Court, Harris County, Houston, TX 77002 moved to the 127th District Civil Court / Case No        / Judge R.K. Sandill Able Castro VS. Larry Gomez / Atty. Mike Monks for Defendant **Curt Baggett Approved as Expert by Court and Testified.** |
| October 11, 2019 | In the 39th Judicial District Court, Stonewall County, Texas Cause No. 1908 / The State of Texas vs. Colton Kimmel / Judge Shane Hadaway **Curt Baggett Appointed and Retained by Order of the Court as an Independent Expert for Colton Kimmel** |
| October 4, 2019 | In the Superior Court of Arizona, Maricopa County, Phoenix, AZ 85003 CV 2018-004234 / Judge Sherry Stephens / Courtroom 712 Jon C. Clark VS. Jennifer A. Clark / Atty. for Plaintiff: Cheri L. McCracken **Curt Baggett Approved as Expert by Court and Testified for Plaintiff. Judge ruled in favor of Curt's Client, Plaintiff Jon Curtis Clark** |
| September 17, 2019 | Hearing In the United States of America Southern District of Ohio Western Division Case No. 1:17-cr-117 / Honorable Judge Michael Barrett / Cincinnati, OH 45202 USA, Plaintiff VS. Qian Williams, Defendant / Atty. for Defendant: Richard Monahan **Court Appointed Curt Baggett as Expert and Curt Testified** (for Defendant) |
| September 9, 2019 | In the Parish of DeSoto, Mansfield, Louisiana 71052 Docket No. 79,877-A / Judge Amy B. McCartney, 2nd floor Verlene Buckley VS. Eliza Buckley / Atty. Rita K. Bacot for Verlene Buckley **Curt Baggett Approved as Expert by Court and Testified (for Plaintiff) and won.** |

# Curt Baggett – Expert Document Examiner

| July 30, 2019 | In the Probate Court No. 1, Tarrant County, Fort Worth, Texas<br>Cause No. 2017-PR02025-1 / Judge Christopher W. Ponder / Room 260A<br>In the Estate of Edgar Allen Meredith / Atty. Morgan Burkhart for Jessica Meredith<br>**Curt Baggett Appearance only. Case Postponed.** |
|---|---|
| July 25, 2019 | In Cass County Probate Court, Linden, Texas 75563<br>Case No. D.O. 087 / Judge Donald Dowd / PH: 903-756-7511<br>Probate Hearing for Mae Frances Blick Bausley / Atty. J. Michael Brock for Lancelot<br>Bausley / **Curt Baggett Approved as Expert by Court and Testified (for**<br>**Lancelot Bausley). Curt won case for client and Judge ruled in favor of Lancelot**<br>**Bausley.** |
| July 23, 2019 | In the 23rd Judicial District Court, Parish of Ascension, Gonzales, Louisiana 70737<br>Probate No. 18.573 Div A / Judge Jason Verdigets / PH: 225-621-8500<br>Succession of Robert E. Henry / Atty. Lana Ourso Chaney for Walter Smith<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| June 26, 2019 | In Philadelphia City Hall, Courtroom 414 on 4th floor, Philadelphia, PA 19107<br>Case: 1560 PR of 2017 / Judge George Overton / PH: 215-686-1776<br>Re: Estate of Regina t. Haber / Atty. Thomas Cunningham for Jeanieann Ferrari<br>**Curt Baggett Appearance only.** |
| May 13, 2019 | In the 16th Judicial Circuit Monroe County Court, Florida 33070<br>Case No. 17-CA-000618 P / Judge Louis M. Garcia / PH: 305-292-3423<br>Bank of America, N.A. VS. Alina, Arlene & Ada Rodriguez<br>Atty. for Arlene Rodriguez, Omar Arcia Ph: 954-437-9066<br>**Curt Baggett Approved as Expert by Court and Testified. Judge ruled favorable to**<br>**Curt's client, Defendant Arlene Rodriguez.** |
| April 17, 2019 | In the Galveston County Courthouse, Galveston, Texas 77550<br>Case No. 15-CV-1044 / Judge Patricia Grady / PH: 409-762-8621 / Jury Trial<br>James A. Green and Prince Ella Green V. Signora Lynch<br>Attorney for Greens, Plaintiffs: Andres Arguello PH: 281-884-3960<br>**Curt Baggett Approved as Expert by Court and Testified. After Curt's testimony,**<br>**Judge ruled favorable to Curt's client, Plaintiffs Prince Ella & James Albert Green.** |
| April 16, 2019 | In the Circuit Court of Cook County, Illinois County Department, Chancery Division<br>No. 09 CH 12423 / Judge Sanjay T. Tailor / 20th floor / 312-603-4181<br>Elite Financial Investments, Inc., Plaintiff VS. Melissa Sweiss, Defendant<br>Attorney for Tom Kaput, Plaintiff: Lee Jacobson (312) 600-5038 / 773-343-3889<br>**Curt Baggett Approved as Expert by Court and Testified. Judge ruled favorable to**<br>**Curt's client.** |
| April 9, 2019 | In the First Judicial District Court of Caddo Parish, Louisiana<br>Number 608, 673-B / Charles Lively Byrd, Jr., Independent Executor of the<br>Succession of Joe Edmondson Fortson VS. Carol M. Cotton and Benjamin Patrick<br>Cotten. Atty. for Carol & Benjamin Cotten: Richard E. Hiller, Esq.<br>**Curt Baggett Approved as an Expert following a Daubert Hearing - Appearance.**<br>**CASE SETTLED favorable to Curt's client.** |

| April 5, 2019 | In the Superior Court of New Jersey Chancery Division – Family Part Middlesex County / Docket No.: FV-12-1003-19 / Kaitlin Guner, Plaintiff VS. Michael M. Satterfield, Defendant / **Curt Baggett Appearance. CASE SETTLED favorable to Curt's client.** |
|---|---|
| March 4, 2019 | In the 44th Civil Judicial District Court, Dallas County, Dallas, TX 75202 Cause No. DC-18-00202 / Judge Bonnie Lee Goldstein / 5th floor Paul W. McCowan, Plaintiff VS. Santander Consumer USA Inc., et al, Defendant **Curt Baggett Approved as Expert by Court following a Daubert Hearing and Testified.** Continued from 10-5-18 |
| February 18, 2019 | Justice of the Peace, Precinct 3, Place 2 in Richardson, Texas 75080 Case Number: JS-1700561N / Judge Steven L. Seider / PH: 214-904-3042 Nam, Soon Lee , Plaintiff VS. H5C LLC, Defendant Atty. for Defendant: Selim Fiagome / Judge ruled in favor of Defendant **Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| January 29, 2019 | In The Probate Court 2 of Tarrant County, Fort Worth, Texas 76196 No. 218-PR00332-2 / Judge Brooke Allen In The Estate of John Louis Wilson, Deceased Atty. Alex Tandy for Defendant, Twila Byard **Curt Baggett Approved as Expert by Court following Daubert Hearing** |
| November 16, 2018 | In the Collin County Court at Law No. 4, McKinney, Texas 75071 Cause No. 004-01142-2018 / Judge David Rippel Drew Burgess, Petitioner VS. ASA Watkins, Collin County VSF, INC. & Safari Towing and Recovery, Co-Respondents / Attorney for Plaintiff: Bradley Voyles **Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff) |
| October 17, 2018 | In the 11th Judicial Circuit Court , Miami-Dade County, FL Case No. 2017-002035-CA-01 (11) Civil Division State Farm Mutual Automobile Insurance Company, Petitioner VS. Elba Barquero, individually, Respondents (Atty. for Respondent, Cam Justice) Oral **DEPOSITION** of Curt Baggett taken in Plano, TX by Atty. Joel Bernstein |
| October 16, 2018 | In the Court of Common Pleas of Mercer County, Pennsylvania, Mercer, PA No. 2013-3437 / Senior Judge Paul F. Lutty Jr. Nationstar Mortgage LLC, Plaintiff VS. Rebecca A. Crimone and Raymond S. Crimone, Defendants Pro Se – Jury Trial **Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| October 5, 2018 | In the 44th Civil Judicial District Court, Dallas County, Dallas, TX 75202 Cause No. DC-18-00202 / Judge Bonnie Lee Goldstein / 5th floor Paul W. McCowan, Plaintiff VS. Santander Consumer USA Inc., et al, Defendant **Curt Baggett made appearance at Hearing for Plaintiff – Judge dismissed Defendant's Motion to disqualify Curt Baggett as an Expert.** Continued to 3-4-19 |

| September 18, 2018 | In the 17th Judicial District Court of Tarrant County, Ft. Worth, TX 76196 |
|---|---|

September 18, 2018 — In the 17th Judicial District Court of Tarrant County, Ft. Worth, TX 76196
No. 017-283888-16 / Judge Melody Wilkinson / PH: 817-884-1567 / 3rd floor
Ting Phetsalod, Plaintiff VS. Bounpanh Khounsaknarath, et al, Defendant
Attorney for Plaintiff, Rocky D. Crocker
**Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff)

September 6, 2018 — In the 6th NH Circuit Court – Probate Division, Concord, New Hampshire
Docket No. 317-2017-EQ-00967
Jonathan S. Stankatis Revocable Trust, As Amended
Atty. for Jonathan S. Stankatis Revocable Trust: Robert D. Hunt, Esq.
Oral **DEPOSITION** of Curt Baggett taken in Plano, TX by Atty. Kevin M. O'Shea

September 4, 2018 — In the 4th Judicial Circuit Court of Duval County Div. FM-C Room 742
Case No. / Judge John I. Guy / Jacksonville, FL 32202
Esther L. Ash, Pro Se
Court Testimony by Affidavit and APPEARANCE by Curt Baggett

August 27, 2018 — Hearing In the United States of America Southern District of Ohio Western Division
Case No. 1:17-cr-117 / Honorable Judge Michael Barrett / Cincinnati, OH 45202
USA, Plaintiff VS. Qian Williams, Defendant / Atty. for Defendant: Bill Gallagher
**Court Appointed Curt Baggett as Expert and Curt Testified** (for Defendant)

August 23, 2018 — In the 73rd Judicial District Court of Bexar County, San Antonio, Texas 78205
No. 2017C118687 /
Christie Martinez-Encinas, et al, Plaintiff VS. Connie M. Mercado, Defendant
Atty. for Defendant: David Conrad Beyer
Order signed by Judge to Disallow QDE Expert Wendy Carlson's Testimony for
Plaintiff
**Curt Baggett Court Appearance Only** for Hearing. Trial scheduled for 11-5-18.

August 21, 2018 — In the 325th Judicial District Associate Court of Tarrant County, Ft. Worth, TX 76196
No. 325-625377-17 / Judge Lori L. DeAngelis  5th floor
In the Matter of the Marriage of Ronald Wayne Hice, Jr. and Jessica Doris Hice
Atty. Andrew Howard & Atty. Ronald Harden for Jessica Hice
**Curt APPEARED,** and opposition attorney admitted to the court that Curt was right
that the Notary falsified the document because she never saw or administered the
oath to the signer.

August 9, 2018 — In the United States Middle District Court of Florida, Jacksonville Division
Case No. 3:17-00348-CIV-HES/MCR / Benjamin Michael DuBay, Plaintiff VS.
Stephen King; Media Rights Capital; Imagine Entertainment; Sony Pictures
Entertainment; Marvel Entertainment; Simon & Schuster, Defendants
Attorney for Plaintiff: Rob Cook, Esq in St. Augustine, FL
Oral **DEPOSITION** of Curt Baggett taken in Dallas, TX by Atty. Vincent Cox

July 30, 2018 — **Curt Baggett APPOINTED by Dept. of Justice, Federal Bureau of Prisons**
RE: 18875078, Buholtz, Kenneth for Buholtz Analysis
System Document Number T5141754 / United States Treasury

| | |
|---|---|
| July 27, 2018 | In the 160th Judicial District Court of Dallas County, Texas<br>Cause No. DC-17-11515 / Eva Shiells, Plaintiff VS. Ryan Hamilton, Mathew<br>Hamilton, and American General Life Insurance, Defendants<br>Attorney for Eva Shiells (wife of attorney): Theodore Shiells<br>Attorney for Defendants: Atty. Lauren Cadilac represented at Depo by Atty. Willie<br>Joseph for Defendants / Oral **DEPOSITION** of Curt Baggett taken at George Allen<br>Courts Building, Court 5B by Attorney Theodore Shiells |
| July 5, 2018 | In the Circuit Court of Cook County, Illinois / County Department-Chancery Division<br>Case No. 2015 CH 02216 / Sherry Spellers, Plaintiff VS. Metropolitan Life<br>Insurance Co., et al, Defendant taken at Hyatt Place, Dallas, TX 75243<br>Eric M. White, Atty. for Plaintiff via cell phone / Phyllis Y. Price, Atty. for Defendant<br>Oral **DEPOSITION** of Curt Baggett taken in Dallas, TX by Atty. Phyllis Price.<br>Trial set for Sept. 10th & 11th, 2018 / **CASE SETTLED on 9-10-18.** |
| July 3, 2018 | In the Superior Court of the State of Arizona, Count of Maricopa in Phoenix, Arizona<br>Case No.: CV 2015-013305 / Judge Margaret R. Mahoney / PH: 602-506-0387<br>Juan Thomas, Plaintiff, Pro Se VS. B.H. Madera At Metro LLC & Morrison, Ekre, &<br>Bart Management Services, Inc. / **Curt Baggett Approved as Expert by Court and<br>Testified** (for Plaintiff) via SKYPE on Computer |
| July 1, 2018 | **COURT APPOINTED** In the United State of America Southern District of Ohio<br>Western Division / Case No. 1:17-cr-117 / Honorable Judge Michael Barrett<br>USA, Plaintiff VS. Qian Williams, Defendant<br><br>Bill Gallagher, Attorney for Defendant<br>**Order from Judge Barrett to Appoint Curt Baggett as Handwriting Expert** |
| June 27, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. CACE15018890 / Judge Barry Stone / Courtroom 4150, 4th floor<br>US Bank Nat. Assn., Plaintiff VS. Derelle W. Bunn, Defendant<br>Attorney Mark Klein for Defendant<br>Oral **DEPOSITION** of Curt Baggett taken in Courtroom |
| June 12, 2018 | In the 15th Judicial Circuit Court of Palm Beach County, West Palm Beach, FL 33401<br>Case No.: 2018-CA-000154 / Judge Dana M. Santino / PH: 561-355-2431<br>Joshua Blanchard, Trustee, Plaintiff VS. John LeBeau; Unknown Tenant, Defendant<br>Atty. Labeed A. Choudhry for Defendant / Room 6A, 6th floor<br>Judge Dismissed in favor of Defendant<br>**Curt Baggett Approved as Expert by Court and Testified** (for Defendant) |
| June 6, 2018 | In the 24th Judicial District Court of Victoria County, Texas 77902<br>Cause No. 16-10-80111-A / Court PH: 361-575-0581<br>Warren V. Alkek VS. Gary Branfman<br>Attorney Charlie J. Cilfone for Plaintiff<br>Court Ruled in favor of Plaintiff, Warren Alkek<br>**Curt Baggett Approved as Expert by Court and Testified** (for Plaintiff) |

# Curt Baggett – Expert Document Examiner

| | |
|---|---|
| May 29, 2018 | For the 24th Judicial District Court of Victoria County, Texas 77902<br>Cause No. 16-10-80111-A<br>Warren V. Alkek VS. Gary Branfman<br>Attorney Charlie Cilfone for Plaintiff<br>Oral and Videotaped **DEPOSITION** of Curt Baggett at the offices of Werner Law Group in Victoria, Texas |
| May 23, 2018 | In the Superior Courts of the Cordele Judicial Circuit, State of Georgia<br>Fitzgerald, GA / 2nd floor<br>Case No.          / Judge David Hobby<br>Atty. Kyle C. Cook for Estate of McDonald<br>**Curt Baggett Approved as Expert by Court and Testified** |
| May 17, 2018 | In the 55th District Civil Court of Harris County, Houston, Texas 77002<br>Cause No. 2016-40009 / Judge Jeff Shadwick / 9th floor PH: 832-927-2650<br>Fajardo, Miguel VS. Hernandez, Francisca Aida and Miguel<br>Attorney for Plaintiff, Louis A. McWherter / **Court Appearance Only.** When Curt showed up to testify, Defendant admitted to forgery and so stipulated in court. |
| April 19, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. 14-018936 / Judge Joel Lazarus / Courtroom 14160, 14th floor<br>HSBC Bank USA. Plaintiff V. Cary O. Lopez; Camille Lopez; et al, Defendants<br>Diana Ho-Yen, Esq. Attorney for Defendants / **Curt Testified.** |
| April 18, 2018 | In the 17th Judicial Circuit Court of Broward County, Ft. Lauderdale, FL 33301<br>Case No. 14-008519 CF 10A / Judge Ernest A. Kollra / Courtroom 5750, 5th floor<br>State of Florida, Plaintiff V. John B. Robinson, Defendant<br>JURY Trial / Court PH: 954-831-7721 / Bruce Raticoff, Esq. Atty. for Defendant<br>**Curt Baggett Approved as Expert by Court and Testified** (for Defendant). |
| April 10 & 11, 2018 | In the 422nd Court of Kaufman County / 100 W. Mulberry, Kaufman, Texas 75142<br>Case No. 99505-422 / Tracy Gray V. Dennis Jones / Visiting Judge Martin Lowry<br>Atty. Elizabeth Alvarez for Tracy Gray<br>**Curt Baggett Approved as Expert by Court and Testified** (for Judicial Candidate Tracy Gray). Baggett's testimony helped the court rule for a Special Election and Tracy Gray won 2,253 to 1,849. |
| April 5, 2018 | In the 301st Judicial District Court of Dallas County, Dallas, Texas<br>No. DF-1614244 / Judge Mary Brown<br>In the Matter of the Marriage of Dawn Weeks Spalding and Stephen G. Spalding<br>Oral **DEPOSITION** of Curt Baggett recorded at Office of Robert Wood, Esq.,<br>Atty. for Steve Spalding / 6688 N. Central Expy. #1000, Dallas TX 75206 |
| March 29, 2018 | International Chamber of Commerce / International Court of Arbitration<br>ICC Case 22192/RD/MK    Jack J. Grynberg (U.S.A.) and RSM Production Corporation (U.S.A.), Claimants V. Rodeo Resources. L.P. (U.S.A.) and Jim Ford (U.S.A.), Respondents / Arbitration Hearing at Office of Gary McGowan, 5009 Caroline St., Suite 100, Houston, TX 77004<br>Attorneys E. F. Mano DeAyala and Andrew C. Wright for Respondents |

# Curt Baggett – Expert Document Examiner

Curt Baggett Approved as Expert by Court and Testified (for Respondents).

| | |
|---|---|
| March 26, 2018<br>And Feb. 26, 2018 | In the 303rd District Court, Dallas District Court, Dallas, Texas 75201  4th floor<br>Cause No. DF-17-18700  In the Matter of the Marriage of Patrice Dianne Jennison<br>and Raymond Jennison  /  Judge Dennise Garcia<br>Anthony Green, Esq for Raymond Jennison<br>Curt Baggett Sworn in as Expert Witness on 2-26-18 and present to testify on 3-<br>26-18. Case settled on 3-26-18 before Curt testified. |
| February 15, 2018 | In the 95th Judicial District Court of Dallas County, TX<br>No. DC-17-16812<br>Marsha Lee, Executrix of the Estate of Josephine Dennis, Plaintiff<br>VS. Brack Nelson and Herbert Harris, Defendants<br>Attorney for Plaintiff: Michael E. Robinson<br>Oral DEPOSITION – Curt testified in Plano, Texas – Collin County |
| February 12, 2018 | Curt was Court Appointed and Court Approved as an Expert to render an opinion<br>In the United Stated District Court of South Dakota Western Division<br>United States of America, Plaintiff  VS.  Frank Gallardo, Defendant<br>Case No.  CR 15-50061<br>Expert Opinion Letter on signatures of Frank Thunder Hawk Gallardo<br>Date: February 12, 2018 |
| February 8, 2018 | In the 15th Judicial Circuit Court in Palm Beach County, WBP, FL 33401<br>Case No. 50-2009-CA-025627 (AF)  /  Judge Edward L. Artau  PH: 561-355-2431<br>JP Morgan Chase Bank, Plaintiff  VS.  Yolette E. Sanguinetti, et al, Defendant<br>Attys. For Defendant: Brian Korte & Daniel Bialczak -  9th floor, Courtroom 9D<br>Curt Baggett Approved as Expert by Court and Testified (for Defendant). |
| January 5, 2018 | In the Probate Court of Dekalb County, State of Georgia<br>Estate No. 2016-2288  /  In the Estate of Jean Mitchell Jones, Deceased<br>Thomas F. Jones, attorney for Jacqueline Woods<br>Oral DEPOSITION (Curt testified via skype) |
| December 20, 2017<br>And Dec. 27, 2017 | In the 418th Judicial District Court of Montgomery County, Conroe, Texas 77301<br>Suite 217  /  Court PH: 936-538-3618<br>Judge Tracy A. Gilbert  /  Associate Judge Scharlene R. Overstreet<br>No. 17-03-04143  /  In the Matter of the Marriage of Kathryn M. Danner and<br>George Earl Danner  /  Robert Clements Atty. for Kathryn Danner<br>Curt Baggett Approved as Expert by Court and Testified (for Kathryn Danner).<br>Curt's client, Kathryn Danner won over 2 million dollars. |
| December 13, 2017 | In the Justice of the Peace Court, Precinct 3, Place 1, Dallas County, TX<br>Docket Number: JS-16-00417-A  /  Judge Al Cercone  /  PH: 214-321-4106<br>James Elbaor, Plaintiff  VS.  The Manning Group, Defendant<br>Plaintiff's Atty. Matt McKool  /  Plaintiff won case.<br>Curt Baggett Approved as Expert by Court and Testified (for Plaintiff). |

November 29, 2017     In the Department of Workforce Development Equal Rights Division
ERD Case No. CR 201503242 / EEOC Case No. 26G201600194C
Administrative Law Judge Alice DeLaO
819 N. 6th St. room 723, Milwaukee, WI 53203-1687
Client: Kelvin Goodwin
**Curt Attended Mediation.**

October 17, 2017     In the New York Supreme Court in Kings County, Brooklyn, NY
Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636
Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino
Atty. Gerald Slotnik for Michael Yovino / Continued from 7-31-17
**Curt Baggett Approved as Expert by Court and Testified.**

October 3, 2017     In the Justice of the Peace Court Precinct 1, Place 2, Lancaster, TX
Case No. JS-1700096K / Judge Valencia Nash / PH: 972-228-2272
Paul McCowan, Pro Se Plaintiff VS. Santander Consumer USA, Defendant
**Court Appearance Only.**

September 13, 2017     In the Court of Common Pleas, Ross County, Chillicothe, OH
Case No. 17CI000227 / Judge Scott W. Nusbaum / Court Ph: 740-702-3032
Todd Holdren et al, Plaintiff VS. Ingle-Barr, Inc. et al, Defendant
Plaintiff Attorney Mark A. Preston
**Curt Baggett Approved as Expert by Court and Testified.**

August 11, 2017     In the Sixth Judicial Circuit of Pinellas County, St. Petersburg, Florida
Case No. 15 004281 CI 11 / Judge Pamela A.M. Campbell
Daisy Datin VS. Arty Joe's, Inc. / Courtroom E, 3rd floor
Defendant Attorney Jawdet I. Rubaii / Non-Jury Trial
Case Continued from 7-27-17 / **Court Appearance only.**
Directed Verdict in Favor of Arty Joe's, Inc. before Curt was to take the stand as
Expert Witness for Arty Joe's, Inc.

July 31, 2017     In the New York Supreme Court in Kings County, Brooklyn, NY
Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636
Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino
Atty. Gerald Slotnik for Michael Yovino / Continued from 3-2-17
**Curt Baggett Approved as Expert by Court and Testified.** Continued to 10-17-17

July 27, 2017     In the Sixth Judicial Circuit of Pinellas County, St. Petersburg, Florida
Case No. 15 004281 CI 11 / Judge Pamela A.M. Campbell
Daisy Datin VS. Arty Joe's, Inc. / Courtroom E, 3rd floor
Defendant Attorney Jawdet I. Rubaii / Non-Jury Trial
**Court Appearance only.** Case Continued to 08-11-17

July 14, 2017     In the 134th Judicial District Court of Dallas County, Dallas, Texas
George L. Allen, Sr. Courts Building, 6th Floor West (old)
Cause No. DC09-13760 Judge Dale Tillery / Court PH: 214-653-6995
Comerica Bank VS. Emmanuel Mainoo
Defendant Attorney Rachel Khirallah

# Curt Baggett – Expert Document Examiner

**Curt Baggett Approved as Expert by Court and Testified.**

June 20, 2017    In the Guadalupe County Court At Law, Seguin, Texas
                 Cause No. 2006-PC-0273    Judge Robin V. Dwyer / PH: 830-303-8869
                 In the Estate of Raymond Oatman Whipple, Jr., Deceased
                 Attorney John A. Mead - Jury Trial
                 **Curt Baggett Approved as Expert by Court and Testified.**

June 15, 2017    In the 153rd District Court of Tarrant County, Ft. Worth, Texas 76196
                 Tom Vandergriff Civil Courts Building, 3rd floor – 100 N. Calhoun Street
                 Judge Susan Heygood McCoy    PH: 817-884-2691
                 Case No.
                 Metro Mobile electronic LLC VS. Collie Duran
                 Defendant Attorney: Frank Newman, Jr., Esq.
                 **Curt Baggett Approved as Expert by Court and Testified.** Continued from 6-9-17

June 15, 2017    In Dallas County Court at Law No. 2, Dallas, Texas
                 George L. Allen, Sr. Courts – 5th floor
                 Cause No. CC-17-01445-B    Judge King Fifer
                 Rafael Rivera, Plaintiff VS. Nenidia Guillen Robles and all
                 other occupants, Defendants
                 Attorney for Defendant, Thomas Jackson
                 **Curt Baggett Approved as Expert by Court and Testified.**

June 14, 2017    In the 431st Judicial District Court of Denton County, Denton, Texas
                 Cause No. 2011-70623-431    Judge Brody Shanklin
                 In the Matter of the Marriage of Farah Diba Deendar-Yacoob
                 And Tabrez Yacoob
                 Atty. Andrew Howard
                 **Curt Baggett Approved as Expert by Court and Testified.** Case Continued

June 13, 2017    In the 322nd Judicial District Court of Tarrant County, Ft. Worth, Texas
                 No. 322-614688-17    Judge Nancy L. Berger
                 In the Matter of the Marriage of Maria Delgado Lopez Yammine
                 And Imad Joseph Yammine / **Court Appearance Only.**
                 Atty. Ryan Hardy    NO SHOW by other attorney – CONTINUED to 9-20-17

June 9, 2017     In the 153rd District Court of Tarrant County, Ft. Worth, Texas 76196
                 Tom Vandergriff Civil Courts Building, 3rd floor – 100 N. Calhoun Street
                 Judge Susan Heygood McCoy    PH: 817-884-2691
                 Case No.
                 Metro Mobile electronic LLC VS. Collie Duran
                 Defendant Attorney: Frank Newman, Jr., Esq.
                 **Curt Baggett Approved as Expert by Court and Testified.** / Continued to 6-15-17

May 26, 2017     In the 15th Judicial Circuit Court in Palm Beach County, WPB, FL 33401
                 JPMorgan Chase Bank, National Association Successor in Interest to Washington
                 Mutual Bank, Plaintiff V. Yolette E. Sanguinetti, et al, Defendants
                 Case No. 50-2009-CA-025627 (AF) / Court PH: 561-355-2431

|  | Brian Korte, Esq. -- Attorney for Defendants<br>Oral **DEPOSITION** (Curt Testified via Skype from Dallas, TX) |
|---|---|
| May 2, 2017 | In the District Court Division, Rockingham County, North Carolina<br>14 CVD 1034 / Judge James Allen Grogan / PH: 336-634-6012<br>Robert Lance Hash, Sr., Plaintiff VS. Kristen E. Kovach, Defendant<br>Atty. H. Craig Farver for Defendant<br>**Curt Baggett Approved as Expert by Court and Testified via Skype.** |
| April 11, 2017 | In the Tarrant County Court at Law No. 1 in Fort Worth, Texas 76196<br>Case: 2017-000668-1 / Judge Don Pierson / Court PH: 817-884-1457<br>TFHSP, LLP as Trustee V. Edgar Acosta and all occupants<br>4th Floor, Room 490 / Moses, Palmer, & Howell, LLP for Defendants<br>**Appearance Only.** Mediation Ordered by Judge. |
| March 2, 2017 | In the New York Supreme Court in Kings County, Brooklyn, NY<br>Courtroom 461 / Judge Katherine A. Levine / PH: 347-404-9636<br>Case No. 5118215 LNT / Fredrick Rufrano V. Michael Yovino<br>Atty. Gerald Slotnik for Michael Yovino<br>**Curt Baggett Approved as Expert by Court and Testified.** Continued to 7-31-17 |
| Feb. 24, 2017 | In the Circuit Court of the Eleventh Judicial Circuit<br>for Dade County, Miami, Florida<br>US Bank NA V. The Estate of Orestes Guirola Et Al<br>Case No. 12-24740 CA / Job #: 2549280 PH: 817-456-3327<br>Attorneys Carlos D. Lerman & Steven Liberty<br>Oral **DEPOSITION** (Curt testified via Skype in Dallas, TX) |
| Feb. 2, 2017 | In the Superior Court of Washington for King County, Seattle, WA<br>Case No. 15-2-03115-5 SEA / Hipps vs. Virginia Mason Medical Center<br>Clerk of Court PH: **(206) 296-9300**<br>Defendant Attorneys William J. Leedom & David M. Norman<br>BENNETT BIGELOW & LEEDOM P.S. | BBLLAW.COM<br>Oral **DEPOSITION** (Curt testified via Skype in Plano, TX) |
| January 4, 2017 | In the 310th Judicial District Court, Harris County, Houston, Texas<br>Cause No. 2015-24273 / Judge Lisa Millard<br>Sylvia Jimenez Scott VS. Angel Fidencio Trevino<br>Atty. Duana Boswell-Loechel - Litigation Director- Lone Star Legal Aid<br>Curt Baggett Approved as Expert by Court and Testified |
| Oct. 20, 2016 | In the Ninth Judicial Circuit Court, Orange County, Orlando, FL<br>Probate Division / Court Room 20A / Case Continued from 8-2-16.<br>Case No. 15-CP-1939 / Judge Jose R. Rodriguez<br>In Re: Estate of Donald Leroy Hall<br>Petitioner Attorney Daniel de Paz<br>**Curt Baggett Approved as Expert by Court on 8-2-16 and Testified**<br>via Skype from Richardson, TX |

# Curt Baggett – Expert Document Examiner

| | |
|---|---|
| Sept. 8, 2016 | In The Supreme Court of the Commonwealth of the Bahamas<br>Ansbacher House, Nassau, Bahamas<br>2013/CLE/gen/007823 / Justice Ian Winder<br>Clayton Hillgrove Taylor V. Bank of the Bahamas<br>Attorney Arthur L. Minns<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| Aug. 10, 2016 | In the 18th District Court Johnson County, Cleburne, Texas<br>Guinn Justice Center, Room 204, 3rd floor<br>Case No. F50740 / Judge John Neill / PH: 817-556-6820<br>Def. Attorney Don W. Bonner / Jury Trial<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| Aug. 3, 2016 | In the Probate Court No. 1 Dallas County, Dallas, Texas<br>No. PR-13-968-1 Old Criminal Courts Building 2nd floor<br>Judge Brenda Hull Thompson / PH: 214-653-7236<br>Joe Davis Trial / Attorney Michael Todd<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| Aug. 2, 2016 | In the Circuit County for Orange County, Orlando, FL<br>Probate Division / Court Room 20A<br>Case No. 15-CP-1939 / Judge Jose R. Rodriguez<br>In Re: Estate of Donald Leroy Hall<br>Petitioner Attorney Daniel de Paz<br>**Curt Baggett Approved as Expert by Court to testify on 10-20-16 via Skype.**<br>Case Continued to 10-20-16. |
| June 23, 2016 | In the 201st Judicial District, Travis County, Austin, Texas<br>345th District Courtroom, 4th floor, #412 PH: 512-854-9457<br>Cause No. D-1-FM-14-005909 / Judge Stephen Yelenosky<br>In the Matter of the Marriage of<br>Estela Trevino Dyer and Donald Edmund Dyer<br>Attorneys Cristi Trusler & Rebekah Duke Jury Trial.<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| June 8, 2016 | In the Supreme Court of the Commonwealth of the Bahamas<br>Probate Side, No. 2015/PRO/cpr/00006 / Justice Ian Winder<br>Eleanor Brennen v. Carlton McMinns<br>Michael W. Horton, Esq. / Nassau, Bahamas<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| June 6, 2016 | In the Supreme Court, Commonwealth of the Bahamas<br>Family Division, No. 00145 / Madam Justice Rhonda Bain<br>Steven Bernard D'Alewyn and Rosalyn Vanessa D'Alewyn<br>Alexander P. Maillis II, Esq. / Nassau, Bahamas<br>**Curt Baggett Approved as Expert by Court and Testified.** |

# Curt Baggett – Expert Document Examiner

| | |
|---|---|
| June 2, 2016 | In the Tarrant County Family Law Center / Ft. Worth, TX<br>Case No. 360-5933-76-16 / Judge Cynthia Mendoza<br>360th Court / Ph: 817-884-2720<br>Tanner J. Lippert V. Savannah Rhea<br>Jeff Branch, Esq.<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| May 16, 2016 | In the 18th Judicial Circuit Court / Brevard County, Florida<br>Case No. 2010 CA 033662 / Judge Lisa Davidson<br>Moore Justice Center / Courtroom 2b / Ph: 321-617-7281<br>PNC V. Courtney Roberts<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| April 15, 2016 | In The County Court at Law No. 1 / Tarrant County, Texas<br>Cause No. 2014-000426-1 / Judge Don Pierson<br>Court Clerk Ph: 817-884-2418 / 817-212-7074<br>David Hart v. Harley Davidson / Jack Peacock, Esq.<br>**Appearance. Case Continued.** |
| April 13, 2016 | Eighth Judicial District Court / Clark County, Las Vegas, Nevada<br>Regional Justice Center / Ph: 702-671-4344<br>Case # P-15-086345-E / Judge (Commissioner) Wesley Yamashita<br>Probate Estate of Wright, Charles Lowell / David C. Johnson, Esq.<br>**Curt Baggett Approved as Expert by Court and Testified.** |
| February 10, 2016 | In The Essex County Superior Court / Newark, New Jersey<br>Case No. DC 010854-15 / Judge Frank Covello<br>NJ Higher Education V. Manuel F. Ponte<br>Jose B. Moreira, Esq. Law Firm<br>**Immediately after Judge Covello approved Curt Baggett to**<br>**testify in his court, the opposition attorney settled.** |
| January 14, 2016 | In The Probate Court No. 1 of Dallas County, Texas<br>Cause No. PR-15-03152-1 / Judge Brenda Hull Thompson<br>Estate of David Clemmons, Deceased<br>Susan M. Herndon, Esq. |
| December 17, 2015 | Justice of the Peace, Precinct 3, Place 1 / Dallas, Texas<br>Case # JS-1431021A / Judge Albert B. Cercone<br>Carol M. Kam V. Western Surety / Pyke, David **Appearance only.** |
| December 15, 2015 | Harris County 308th Judicial District Court / Houston, Texas<br>No. 2011-15816 / Associate Judge Alyssa Lemkuil<br>Bishop V. Burroughs ,' Catherine Herrington Hale, Esq. |
| December 14, 2015 | Cameron County Court at Law No 2 / Brownsville, Texas<br>Judge Laura L. Betancourt<br>Robert Robertson, Esq. |

# Curt Baggett – Expert Document Examiner

| | |
|---|---|
| November 30, 2015 | Woods County Courthouse / Alva, Oklahoma<br>CF-2013-87 / Judge Justin Eilers<br>The State of Oklahoma V. Michael Lynn Freeman<br>Tim Pool, Esq. / **Appearance only.** Testimony filed. |
| November 19, 2015 | In the County Court at Law No. 1 / Dallas County, Texas<br>No. CC-15-04952-A / Judge D'Metria Benson<br>Investors Mgs. Center V. John Dobbins |
| November 18, 2015 | Court of Common Pleas in Franklin County, Ohio<br>Case No. 14 JU 11807 / Magistrate Sanchez<br>Criminal Division / State of Ohio V. Cassius Crome, Jr.<br>Byron Potts, Esq. / Columbus, Ohio |
| November 13, 2015 | The Circuit Court of Taney County / Branson, Missouri<br>Estate No. 10AF-PR00229 / Division 1 Judge Tony Williams<br>Regions Bank V. Ron Davis - Appearance only.<br>Diana Brazeale, Esq. and Kelley Webb, Esq. |
| October 14, 2015 | Harris County Civil Courts at Law #2, (Houston) Texas<br>No. 947381 / Judge Theresa W. Chang<br>Dixie Farm Texaco, Inc. V. Darinder Pal Singh, et al<br>Carl A. Parker, Esq. |
| October 8, 2015 | County Court at Law in Kerr County, Texas<br>Cause No. CCL 15-3 / Judge Susan Harris<br>In the Matter of the Estate of Antonio Ayala, Jr.<br>Samira Mery Lineberger, Esq. |
| September 21, 2015 | State of Texas V. Judge Alfred Isassi<br>Case No. 15-CRF-0182 / Judge Robert Flores<br>105th District Court of Kleberg County Texas (Kingsville)<br>Eric Flores Esq. Attorney of Record |
| September 14, 2015 | Circuit Court of Taney County, Missouri / Probate Division<br>Page G. Schumacher Trust V. Regions Bank<br>Estate No. 10AF-PR00229<br>Branson, Missouri / Ron Davis Attorney of Record<br>Diana Brazeale, Esq. and Kelley Webb, Esq. |
| September 10, 2015 | Court of Common Pleas in Franklin County, Ohio<br>Criminal Division / State of Ohio V. Cassius Crome, Jr.<br>Case No. 14 JU 11807 / Judge Preisse<br>Byron Potts, Esq. / Columbus, Ohio |
| September 2, 2015 | 246th District Court of Harris County, (Houston) Texas<br>Case No. 2014-01759 / Judge Charley E. Prine, Jr.<br>Zuraima Newson V. Frank Newsom<br>Edmond N. O'Suji, Esq. |

| August 17, 2015 | Appearance: Virginia In the Circuit Court of Orange |
| | CL 13000165 Judge Gaylord Fincus |
| | Robert Mayo, Plaintiff and Pro Se |

August 12, 2015       Herman Lee Gibbons Case Lee and Roman Gibbons Client
Dallas County Probate Court #3
Judge Margaret Jones Esq.
Bryan Bethune Attorney of record

July 30, 2015       Betty Tillis Bankruptcy / Case No. 15-04059
Judge Michael D. Lynn
Northern District of Texas / Fort Worth, Texas
Andrew Dunlap Attorney of Record
**Curt Baggett Approved as Expert by Court and Testified** for Betty Tillis
Court ruled in favor of Curt's testimony for Betty Tillis

May 7, 2015       Judge Clay Poynor
James Reed Level VS Jesse Sayles Level
Attorney George R. Bienfang
County court of law No. 2 / Case No 14-04-258
Wise County Richport, Texas

May 15, 2015       Deutsche Bank National Trust Company, As Trustee For American
Home Mortgage Assets Trust 2006-6, Mortgage-Backed Pass-
Through Certificates Series 2006-6 vs. Diane Mandel, et al.
Judicial Officer James R. Thompson
Case No. 2011-CA-055212
Twentieth Circuit Court, Lee County, Florida

March 27, 2015       Dakota Land and Cattle Company and DesLacs Valley Land Corp.
V Jonathon Lochthowe
Case # 51-2013-CV00456 / Judge Richard L. Hager
North Central Judicial District / Ward County Court House
315 SE 3rd St P.O Box 5005 / Minot, ND 58702

January 26, 2015       AET Enterprises Inc. vs. AET Enterprise, LLC
Case No. CJ-2013-144 and Julie Pitts d/b/a AET Enterprise, LLC vs.
The Coves et al.,Case No. CJ-2013-145
Dale Marler and Mark Antinaro Attorneys of Record
501 West 1st Street Claremore, Oklahoma 74017

January 8, 2015       Elaine Lett Murphy
Cause # 231-558967-14 / Judge Sullivan presiding
Laurie Robinson R.N. Attorney of Record
Arbitration Sisemore Law Firm
Prenuptial Agreement and Property Dispute

# Curt Baggett – Expert Document Examiner

| | |
|---|---|
| December 8, 2014 | Farrell v. Farrell et All Cause # G -2010-992-T/I<br>Judge Dewayne Farrell<br>Jackson, Mississippi<br>Ross Barnett Attorney of Record |
| December 4, 2014 | Mallard Point Golf Course Cause # 2013-449<br>Lonoke County Circuit Court / Lonoke Arkansas<br>Judge Sandy Huckabee<br>Jeff Moore Attorney of Record<br>Fraudulent Conveyance Suit |
| November 6, 2014 | Kenneth Bryson V Kenneth Allison<br>207th District Court / Judge Bruce Boyer<br>Comal County Courthouse<br>New Braunfels, Texas<br>David Conrad Beyer Attorney of Record |
| October 23, 2014 | Arapahoe County Elections<br>How To Spot A Forgery Lecture and Seminar<br>Corene Henage Interim Deputy of Elections<br>5334 Prince Street Littleton, Colorado 80120 |
| October 10, 2014 | Olympia Alvarado Vs Marla Alvarado Wolters et al.;<br>Cause No. 2013-CL-09746<br>150th Judicial District Court<br>Bexar County Texas<br>John Mead Attorney of Record 210-710-0981 |
| October 3, 2014 | Leonardo Hernandez Cause # 314-CV-02818-P<br>95th Judicial Court Dallas Texas<br>Judge Ken Molberg<br>Dallas County Court<br>600 Commerce Dallas, Texas<br>Sara Scott Attorney of Record |
| September 29, 2014 | Elaine Lett Murphy<br>Laurie Robinson R.N. Attorney of Record<br>Cause # 231-558967-14 / Judge Jesus Navarez<br>231st Judicial Court<br>Fort Worth, Texas |
| September 19, 2014 | National Union Fire Insurance<br>Company of Pittsburgh, PA<br>Through its attorney of record Jeffrey R. Parsons<br>Dallas, Texas<br>Calvin Leavelle Deposition |
| September 18, 2014 | Sate of Oklahoma County of Delaware<br>Jay, Oklahoma |

|  | Angela Girdner Deposition<br>Betty Cartwight Attorney of Record |
|---|---|
| September 17, 2014 | Delaware County Court<br>Judge Berry Benney<br>13th Judical District Court<br>Cause # PB-06-84<br>327 5th Street Jay Oklahoma<br>John Watermelon /Edna Sultzer |
| September 16, 2014 | District Court of Gregg County<br>188th Judical Court<br>Judge Daniel Brabham<br>Hope McPherson v. Johnnie Gunn,Carolyn Gunn and John C.<br>Gunn Cause # 2011-2012A |
| August 13, 2014 | NYI9879 Civil Court The City of New York<br>County of Richmond<br>Judge Teresa Cippoteal<br>Attorney of Record Gary Pillersdorf<br>Celina Pawlowska V.<br>New York City Transit Authority The Metropolitan Transportation<br>Authority and the City of New York |
| August 1, 2014 | United States District Court for the District of Montana<br>Ahmed A. Al-Aissa V Sears, Roebuck and Co.<br>Law Office of Urgin, Alexander, Zadick and Higgins P.C.<br>Deposition |
| July 16, 2014 | Surrogates Court of New York<br>Judge Diane A. Johnson<br>2 Johnson Street<br>Brooklyn, New York 11201<br>Cause # 2065/A-207<br>Respondent John James Rollins<br>In The Matter of the Proceeding of Raymond Rollins as<br>Administrator of the Estate of Pearl James |
| June 2, 2014 | Surrogates Court of New York<br>Judge Diane A. Johnson<br>2 Johnson Street<br>Brooklyn, New York 11201<br>Cause # 2065/A-207<br>Respondent John James Rollins<br>In The Matter of the Proceeding of Raymond Rollins as<br>Administrator of the Estate of Pearl James |
| May 19, 2014 | Cause No ESPR018476<br>Joanne Crew Probate |

In The Iowa Probate Court in and for Cedar County
Judge Mike Lawson
Tipton, Iowa

May 15, 2014
Cause No DC-13-290
Israel Garcia V Zulema Gonzalez A.K.A Zulema Morin
In the District Court
229th Judical Distict
Duval County, Texas
Deposition

May 11, 2014
San Antonio, Texas
No 2728;Cause No. 2012-CI-19200 Court 57 / Judge Phyllis Speedlin
In the Matter of the Marriage of Gobel
Attorney James E. Monnig

May 12, 2014
Cause DC-13-13137-D
Leonardo Hernandez Garcia V. General Packaging Corp.
Dallas County, Texas
95th Judical, District
Arnold, Arnold, & Itkin LLP Paul Skrabanek

April 22, 2014
In the County Court at Law, Harris County, Texas
Case No. 1035401
Angle Salon Corporation V. Dung Chau, Oanh Bui, Vi Phuong
Pham D/B/A Pro Salon Defendants
Attorney Allan Cease
Deposition

April 14, 2014
George Risner V. Harris County Republican Party
269 District Court
Harris County, Houston
Case 2014-02621 / Judge Don Burgess
Appeals Court Judge from Beaumont, Texas

March 10, 2014
The 42nd Judicial District of the Louisiana District Court
Mansfield, Louisiana at the DeSoto Parish Annex Bldg.
Judge Robert Burgess presiding
Cause # 74275 In Succession Kattie Russell –vs.-Ben Russell
Attorney of Record: Christopher Sices

March 5, 2014
Court of Common Place
Harrison County, OH
Case No. CVH 20130022 / Judge Lintons Lewis Jr.
Sharon Stitt vs. Jamie

February 13, 2014
Eastern Caribbean Supreme Court
Tortola British Virgin Islands
Robert J. Tarlecky case

Attorney of Record: Bob W. Lentz

| | |
|---|---|
| January 30, 2014 | In the Circuit Court of the First Judicial Circuit |
| | Santa Rosa County, Florida |
| | Case No. 2011 CA 000054 |
| | Deposition |
| | Wells Fargo Bank, NA vs. Douglas Paul Perryman, Tricia Rene |
| | Simon / Attorney    Farrar |
| January 22, 2014 | In the Federal Court |
| | New Orleans, LA |
| | Hale Boggs Federal Building |
| | Docket Number 2013-0190 / Judge Bruce T. Smith |
| | United States Coast Guard vs. Nelson G. Hopper |
| | Attorney Bill Hidalgo (985) 249-5195 |

January 16, 2014       In the 138th District Court
Cameron County, Texas
Cause No. 2012-DCL-4772-B / Judge Arturu C. Nelson
Michelle Atkinson vs. Orlando Robles

January 10, 2014       In the 302nd District Court
Dallas County, Texas
Cause No. 1200649-V / Judge Tena Callahan
In the interest of Elva Steele

January 9, 2014       In the Branch 1 Court
Marathon County
Cause No. 2013-SC-669 / Judge Jill Falstad
Stanley Miller Estate vs. Diane Story, Wausau, Wisconsin
Attorney Andrew Schmidt (715) 845-9621

December 16, 2013       Appeal Hearing
State of Georgia Employment Commission
Adam Carson vs. The State of Georgia
Hearing Officer: Jacqueline Kennedy Dvorak

November 5, 2013       In the 224th District Court
Bexar County, Texas
Kader Solomon v. Wael M. Sulieman
Cause No. 2013-CI-06053 / Judge Larry Noll

October 31, 2013       In the 251st District Court
Randall County, Texas
Cause No. 63,887-C
Lawrence Schaeffer and Estelle Archer: Plaintiffs,
Counter-Defendants v. David Allison and Austin Equity Investor:
Ltd.,   Defendants, Counter-Plaintiffs and Richard K. Archer:
Intervenor and Eileen Allison: Intervenor

| | |
|---|---|
| October 4, 2013 | In the 219th District Court<br>Collin County, Texas<br>Cause No. 219-02861-2013<br>Ex Parte V. Allison Moore / Judge Scott. J. Becker |
| October 2, 2013<br>Sparta, Tennessee<br>Attorney Doug Fields | In the Chancery Court<br>White County, Tennessee<br>Cause No. 2012-CV-39<br>Robinson V. Robinson / Judge Ronald Thurman |
| August 27, 2013<br>Attorney Dantone, Frank | In the Chancery Court<br>Washington County, Mississippi<br>Cause No. 20120419 / Judge Franklin S. Thackston |
| July 23, 2013<br>Attorney Walter L. Taylor | In the 20th Judicial District<br>Milam County, Texas<br>Shannon Farr v. Terry Nevitt Farr, et al.<br>Cause No. CV-35-208 / Judge John W. Youngblood |
| July 19, 2013<br>Attorney Noaman Azhar | U. S. Department of Justice,<br>Executive Office for Immigration Review<br>Dallas County, Texas<br>In the Matter of Md. Rafiqul Islam Khan in Removal Proceedings<br>Case No. A-203-278-078 / Judge Robert Wayne Kimball |
| July 8, 2013 | Taverna v. Fonseca<br>Miami Dade County, Florida<br>Judge Rosa I. Rodriguez |
| June 17, 2013 | In the County Court In and For Broward County Florida<br>Myriam Etienne v. Hope Health Career Institute<br>Case No. 11-11558 / Judge Luis H. Schiff |
| June 7, 2013<br>Attorney William H. Davie II | In the Small Claims Division of the County Court<br>In and For Clay County, Florida<br>Tiffany Raye Gaskell v. Alexandra Bethany Crystal Day<br>Case No. 2012-SC-000157 |
| May 13, 2013<br>Attorney Jim Erwin | Thirteenth Judicial Circuit Court<br>County of Pickens, South Carolina<br>James Earl Shivers v. Mary Eugena Shivers<br>Case No. 2008-DR-39-253 / Judge Alvin Johnson |
| April 30, 2013<br>Attorney Andres Reyes | County Court at Law 1<br>Webb County, State of Texas<br>In the Estate of Rosa Maria Mares, Deceased<br>Case No. 2012PB5000008-L1 / Judge Alvino Ben Morales |

**Curt Baggett – Expert Document Examiner**

April 22, 2013
Attorney Cyndi Nahas

* *Court Appointed Expert*

Collin County, State of Texas
State of Texas v. Allison Faye Moore
File No. 416-81602-2012
Judge Chris Oldner

March 23, 2013
Attorneys Fred Koenke and
Scott Collier

19th Judicial District Court
Parish of East Baton Rouge
State of Louisiana
State of Louisiana v. Dominique Smith
No. 08-08-0005 / Judge Anthony J. Marabella

February 11, 2013
Attorney Robert C. Allen

Circuit Court for Escambia County
Probate Division, State of Florida
In Re: Estate of Erma Averhart
File No. 1972-CP-3767 / Judge J. Scott Duncan

# SECTION 7

## List of Publications

# List of Publications

1. Ethics for Experts

2. Handwriting Certification Course

3. How to Help Attorneys With Your Case

4. How to Spot a Forgery

5. Taking the Witness Stand

# SECTION 8

## COMPENSATION

# Handwriting Expert, LLC

Curt Baggett, Expert Document Examiner
533 Park Lane
Richardson, Texas 75081
Phone: 972-644-0285
email: cbhandwriting@gmail.com
website: www.ExpertDocumentExaminer.com

# INVOICE

**Date: October 18, 2021**

**Invoice No.: 1018-2021**

To: **Stephen B. Stern, Esq. Kagan Stern Marinello & Beard, LLC**
e-mail: stern@kaganstern.com / (410) 705-0836 (fax)
(410) 793-1610 (direct) / (410) 216-7900, ext. 1009 / www.kaganstern.com
238 West Street / Annapolis, Maryland 21401
Client: John D. White, Ron Bateman / PH: 443-623-1779  rbateman@compassmarketinginc.net

Regarding: John D. White

| DATE | SERVICE | RATE | TOTAL |
|------|---------|------|-------|
| 9-21-21<br>10-18-21 | Exam on 1 questioned signature of John D. White<br>Notarized Expert Opinion Letter on John D. White<br>Upgrade to Long Detailed Report on the 'Q1' signature of John D. White (Reg. Price $1,000.00 - $300.00 credit of short letter = $700.00) | | $400.00<br>$300.00<br>$700.00 |
| | Two additional exams:<br>Exam On handwriting/signatures of Michael White<br>Exam On handwriting/signatures of David Boshea<br>Notarized Expert Opinion Letter on David J. Boshea | | $400.00<br>$400.00<br>$300.00 |
| | One Day Reservation Fee for zoom DEPO 10/22/21<br>Court Prep Fee | | $2,000.00<br>$500.00 |
| | **TOTAL** | | **$5,000.00** |
| | **Paid on 9-10-21** | | **--$700.00** |
| | **Paid on 10-5-21** | | **--$1,300.00** |
| | **Paid on 10-7-21** | | **--$2,500.00** |
| | **Balance Due** | | **$500.00** |

We accept CC: Visa, MC, AMEX, & Discover or
mail a check to:  Curt Baggett, Handwriting Expert
533 Park Lane / Richardson, TX 75081
(include copy of this invoice)

Page 1

*Thank You!*

Compass MARKETING  **COMPASS MARKETING INC**
222 SEVERN AVE, SUITE 200
ANNAPOLIS, MD 21403

MANUFACTURERS & TRADERS TR CO
7-11/520

**5253**

08/02/2011

PAY TO THE
ORDER OF       Michael R White

$**119,239.00

One hundred nineteen thousand two hundred thirty-nine and 00/100************************************************************** DOLLARS

Michael R White
39650 Hiawatha Circle
Mechanicsville, MD 20659

2010 Taxes $83118.00 Fed $36121.00 state

⑈005253⑈ ⑉052000⑊⑊3⑉    ⑈97008⑊243⑈

---

**COMPASS MARKETING INC**
08/02/2011        **Michael R White**

2010 Taxes $83118.00 Fed $36121.00 state

*K6*

5253
119,239.00

---

Checking - M&T Bank  2010 Taxes $83118.00 Fed $36121.00 state

119,239.00

08/02/2011        **Michael R White**
COMPASS MARKETING INC

2010 Taxes $83118.00 Fed $36121.00 state

119,239.00  5253

---

Checking - M&T Bank  2010 Taxes $83118.00 Fed $36121.00 state


*8-2-11*
QDE
Exhibit
**K6**

119,239.00





Ex B - Updated Report - 55