Exhibit E

| From: | Stephen Stern |
|---|---|
| To: | Gregory Jordan; Thomas J. Gagliardo |
| Cc: | Heather Yeung |
| Subject: | RE: Boshea v. Compass Marketing, Inc. - Compass Marketing"s Expert Disclosure |
| Date: | Monday, September 13, 2021 4:56:18 PM |
| Attachments: | image001.png |

Please clarify what is defective about the disclosure. Our disclosure is under Rule 26(a)(2)(C), which does not require a report to be provided.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Monday, September 13, 2021 5:38 PM
**To:** Stephen Stern <Stern@kaganstern.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - Compass Marketing's Expert Disclosure

Stephen,

Your disclosure is deficient under Rule 26. Let me know whether your client intends to comply with Rule 26(a)(2) immediately. If not, we will file the appropriate motion to bar your client's witness.
Gregory J. Jordan
Licensed in Illinois and Indiana
**NOTE OUR NEW ADDRESS:**
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid

penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. If you have received this in error, please do not forward or use this information. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Monday, September 13, 2021 4:10 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>; Thomas J. Gagliardo <tgagliardo@gelawyer.com>
**Cc:** Heather Yeung <yeung@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - Compass Marketing's Expert Disclosure

Greg and Tom:

Attached please find Compass Marketing's expert disclosure.

Stephen



**Stephen B. Stern, Esq.**
stern@kaganstern.com

**Kagan Stern Marinello & Beard, LLC**
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
238 West Street
Annapolis, Maryland 21401
www.kaganstern.com