**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

DAVID J. BOSHEA                              *

    Plaintiff,                              *

                                  Case No. 1:21-CV-00309-ELH

v.                                          *

COMPASS MARKETING, INC.                      *

    Defendant.                              *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>ORDER</u>

Upon consideration of Defendant/Counter-Plaintiff Compass Marketing, Inc.'s Motion in Limine to Exclude Irrelevant, Inadmissible and Unduly Prejudicial Evidence Prohibited under FRE 401. 402, and 403, and any opposition thereto,  it is this _____ day of _____, 2022, by the Unisted States District Court for the District of Maryland, hereby:

**ORDERED**, that Plaintiff/Counter-Defendant and his counsel are prohibited from introducing any evidence, argument or reference in testimony or examination of any past sexual harassment allegations against Compass Marketing and/or John White; and it is further

**ORDERED**, that Plaintiff/Counter-Defendant and his counsel are prohibited from introducing any evidence, argument or reference in testimony or examination of John White's alleged mismanagement of Compass Marketing; and it is further

**ORDERED**, that Plaintiff/Counter-Defendant and his counsel are prohibited from introducing any evidence, argument or reference in testimony or examination of any businesses owned in whole, or in part, by John White except for the defendant, Compass Marketing; and it is further

**ORDERED**, that Plaintiff/Counter-Defendant and his counsel are prohibited from introducing any evidence, argument or reference in testimony or examination of the possibility of an award of attorneys' fees in this matter.

_____
Ellen Lipton Hollander
United States District Judge