IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
    *Plaintiff*,

v.                                  Civil Action No. ELH-21-309

COMPASS MARKETING, INC.,
    *Defendant*.

**ORDER**

The Court held a hearing on March 10, 2023, in connection with several motions in limine. The motions included:

    ECF 120:    Plaintiff's "Motion in Limine to Bar Compass Marketing, Inc. from Presenting Curt Baggett as an Expert Witness at Trial";

    ECF 121:    Plaintiff's "Motion in Limine to Bar Compass Marketing, Inc. from Presenting Jeffrey A. Payne as an Expert or Expert Rebuttal Witness at Trial."

The motions were fully briefed, and argument was presented. For the reasons stated on the record, the Court shall permit defendant to substitute Mr. Payne as its expert, in lieu of Mr. Baggett. Therefore, Mr. Payne will serve as defendant's expert. Additionally, discovery shall be reopened for the limited purpose of allowing plaintiff to depose Mr. Payne. In the absence of good cause, or unless otherwise agreed, discovery must conclude by **April 14, 2023**.

The remaining motions in limine (ECF 119; ECF 122; ECF 124; ECF 125) are under advisement.

Accordingly, ECF 120 and ECF 121 are DENIED, AS MOOT.

So ORDERED, this 10th day of March, 2023.

                                                                     /s/
                                                    Ellen L. Hollander
                                                    United States District Judge