**United States District Court**
**District Of Maryland**

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

June 23, 2023

LETTER TO COUNSEL

    Re:   *David John Boshea v. Compass Marketing, Inc.*  
           Civil No.:  ELH-21-0309

Dear Counsel:

    This will confirm and amplify the substance of our discussions during the telephone conferences held on June 13, 2023, and June 22, 2023.  The following revised schedule shall now govern:

1. Defendant's motion to reopen discovery is due by the close of business on **July 14, 2023.**  Plaintiff's opposition is due within **14 days** of docketing of the motion.  The matter will be referred to a magistrate judge.

2. The pretrial conference has been rescheduled to **October 13, 2023, at 4:00 p.m**.  It will be held in Chambers.

3. The trial (jury, 5 days), previously set for July 31, 2023, has been rescheduled.  It will now commence on **October 30, 2023**.  Counsel are directed to report to Courtroom 5B at 9:30 a.m. on that date.

    Despite the informal nature of this letter, it is an Order of the Court and the Clerk shall docket it as such.

                                                  Sincerely,

                                                   /s/  
                                                   Ellen Lipton Hollander  
                                                   United States District Judge