IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID J. BOSHEA

  Plaintiff,

v.

             Case No. 1:21-CV-00309-ELH

COMPASS MARKETING, INC.

  Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant Compass Marketing, Inc.'s Motion for Leave to File a Motion in Limine to Exclude Lawrence Scott as a Witness at Trial, ~~and any opposition thereto~~, it is this 15th day of Sept., 2023, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that Exhibit A attached to the Motion for Leave to File a Motion in Limine to Exclude Lawrence Scott is hereby accepted and shall be docketed as a motion in limine.

*Provided, however, that by 9/25/23, plaintiff may move to rescind this Order as improvidently granted.*

               */s/ Ellen L. Hollander*
               Ellen Lipton Hollander
               United States District Court Judge