## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 26, 2023

LETTER TO COUNSEL

    Re:   *David John Boshea v. Compass Marketing, Inc.*
             Civil No. ELH-21-00309

Dear Counsel:

    I have reviewed ECF 203 and, in response, I revised the Preliminary Jury Instructions. A copy is attached.

                                       Sincerely,

                                        /s/
                                      Ellen Lipton Hollander
                                      United States District Judge

Enclosure