IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
   *Plaintiff*.

v.

COMPASS MARKETING, INC.,
   *Defendant*.

Civil No. ELH-21-00309

**ORDER**

Upon consideration of Compass Marketing, Inc.'s Request for Judicial Notice, it is this 26th day, of October, 2023, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that the Motion (ECF 196) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge