# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 3, 2023

LETTER TO COUNSEL

    Re:    *David J. Boshea v. Compass Marketing, Inc.*
               Civil No.:  ELH-21-00309

Dear Counsel:

    As you know, the Court held another telephone scheduling conference on October 31, 2023, because of the unavailability of expert witnesses during the proposed trial period. As a result, the trial (jury, 5 days), is now scheduled to begin on **Tuesday, February 20, 2024, at 9:30 a.m.**  It is anticipated that the trial will conclude on or about **February 26, 2024.**

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                                  Very truly yours,

                                                                  /s/
                                                                Ellen L. Hollander
                                                              United States District Judge