dIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**(Northern Division)**

|  |  |  |
|---|---|---|
| DAVID J. BOSHEA | ) | |
| Plaintiff, | ) | C.A. No. 1:21-CV-00309-ELH |
| v. | ) | |
| COMPASS MARKETING, INC. | ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL**

    Brian A. Tollefson and the law firm of Tollefson IP, having noticed their appearance on behalf of Defendant Compass Marketing, Inc. on March 2, 2022, hereby request leave of Court pursuant to Local Rule 101(2)(b), to withdraw from this Action. Plaintiff David Boshea recently produced documents in this matter containing highly sensitive, confidential Compass Marketing, Inc. information, raising issues that need to be addressed immediately.  Counsel would like to withdraw from this Action to address these issues without creating any conflicts with the presently scheduled trial.  Compass Marking, Inc. continues to be represented by Stephen Stern and Shannon Hayden of Kagan & Stern. Compass Marketing, Inc. consents to this withdrawal, and no party will be prejudiced by the withdrawal.

Dated: February 14, 2024                              Respectfully Submitted,

                                                               /s/Brian A. Tollefson  
                                                               Brian A. Tollefson, MDD Bar No. 16289  
                                                               TollefsonIP  
                                                                326 First Street, #202  
                                                                Annapolis, MD 21403  
                                                                brian@tollefsonip.com  
                                                                443-699-2450