UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND (BALTIMORE)

|  |  |
|---|---|
| DAVID J. BOSHEA ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:21-CV-00309-ELH |
| ) | |
| v. ) | |
| ) | |
| COMPASS MARKETING, INC. ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Brian A. Tollefson and the law firm of Tollefson IP's Notice of Withdrawal (Doc. 218), it is hereby:

**ORDERED** that Leave to Withdraw is **HEREBY GRANED**.

**ENTERED** this ____ day of _____, 2024.

_____

Judge Ellen Lipton Hollander, United States District Judge