IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff, | * |
| | Case No. 1:21-CV-00309-ELH |
| v. | * |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of Defendant Compass Marketing, Inc.'s Motion for Leave to File Motion for Sanctions for Spoliation, ~~and any opposition thereto~~ filed 8:48 P.M. on 2/15/24, it is this 16th day of Feb., 2024, by the United States District Court for the District of Maryland, hereby: *ELH*

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the Motion for Sanctions for Spoliation is hereby accepted for filing.

*Provided, however, that by 9 a.m. on Feb. 20, 2024, plaintiff may move to rescind this Order as improvidently granted. ELH*

Ellen L. Hollander
Ellen Lipton Hollander
United States District Court Judge