# EXHIBIT B

| | |
|---|---|
| From: | Stephen Stern |
| To: | Tom Gagliardo; Gregory Jordan |
| Cc: | Shannon Hayden; Brian Tollefson |
| Subject: | RE: Boshea v. Compass Marketing, Inc. - David Boshea"s Deposition |
| Date: | Thursday, December 28, 2023 1:14:43 PM |
| Attachments: | image001.png |

It will be in Chicago (CST)



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**KAGAN STERN**

**From:** Tom Gagliardo <tgagliardo@gelawyer.com>
**Sent:** Thursday, December 28, 2023 1:14 PM
**To:** Stephen Stern <Stern@kaganstern.com>; Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Please specify time zone. I am available all day on the 17th but defer to Greg.

**Thomas J. Gagliardo, Esq.**
Of Counsel
Gilbert Employment Law PC
8403 Colesville Road, Suite 1000 | Silver Spring, MD 20910
telephone 301.608.0880 Ext. 825| fax 301.608.0881
Direct Dial 240 247 0825
Email: tgagliardo@GELawyer.com
Visit us at www.gelawyer.com

CONFIDENTIALITY: **The information contained in this e-mail may be attorney privileged and confidential information** intended only for the use of the individual or entity to whom this message is originally addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. **If you have received this communication in error, please immediately notify the sender and destroy this message after so notifying the sender. Please notify us by telephone, at 301.608.0880, or by return e-mail, immediately.**

NO TAX ADVICE: IRS rules restrict written federal tax advice from lawyers under Circular 230, including in e-mails. **The sender of this message does not practice in the area of federal or state tax law. Nothing in this message is intended to be used as tax advice. Nor may it be used to avoid any penalty under federal tax laws.**

This message is not intended to support the promotion or marketing of any transaction.

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Thursday, December 28, 2023 1:04 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Tom Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Let's go with January 17 (Wednesday). Start time likely will be 9:30, maybe 10:00. I will circle back on the start time along with the location after the start of the new year.

Also, as a reminder, please supplement your document production with additional communications to/from Dan and/or Michael White.

Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

 Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Wednesday, December 27, 2023 3:39 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Stephen,

David and I are available Monday and Wednesday during the week of January 15.

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)

gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Thursday, December 21, 2023 2:42 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Greg:

My wife is having a medical procedure the first week in January, so that will not work and I am currently scheduled to be in Arizona on January 8.

Please provide dates the week of January 15, which also should avoid the need for any 11:00 start times and the possibility of going into the evening.

Also, please supplement the production of documents (which you are obligated to do) with any communications between David and Dan or Michael White, as well as with any communications between you and Dan or Michael White.

Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com



Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Thursday, December 21, 2023 12:14 PM

**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Stephen,

The 11:00 am start time takes into account court hearing time in the morning. We can start earlier on the 4th, the 5th, or the 8th. No other dates are available during the week of the 8th.

Gregory J. Jordan

Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Thursday, December 21, 2023 11:11 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>; Brian Tollefson <brian@tollefsonip.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Greg:

I am not sure why the late start time of 11:00. In the event that we need a full day, I would think that everyone would prefer not to be there into the evening. Plus, starting at 11:00 could limit the days the deposition can be conducted. I would prefer that we start at either 9:30 or 10:00 am CST.

As for the dates, can you clarify about January 8 – is it only that day that week or is it the entire week of January 8?

Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

**KAGAN STERN**

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Tuesday, December 19, 2023 1:58 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Stephen,

If you want an in-person deposition, we can schedule the deposition during the first week of January or on January 8 starting at 11:00 am (CST) on each day. Let me know which date works best for you.

Please make arrangements for Tom Gagliardo to participate via Zoom, since he will not be able to travel for the deposition.

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 1100
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC **

To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received this in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Monday, December 18, 2023 10:00 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** RE: Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Greg:

I am following up on scheduling David's deposition. It is now almost one week after you said you were returning from Florida and planning to speak with David. With it being so close to Christmas and New Year's now, please send multiple dates in January when David will be available for his deposition.

Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371



---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Thursday, December 7, 2023 11:40 AM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

I will be in Florida until next Wednesday afternoon. I will meet with David on my return and get back to you.


Gregory J. Jordan
Licensed in Illinois and Indiana

Jordan & Zito LLC
350 North Clark Street, Suite 425
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com

**Notice from Jordan & Zito LLC:

To comply with United States Treasury regulations, we advise you that any discussion of Federal tax issues in
this communication was not intended or written to be used, and cannot be used, by any person (a) for the purpose of avoiding
penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any
matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from
disclosure. It is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do
not forward or use this information in any way; and (2) contact me immediately. Neither this information block, the
typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a
specific statement to the contrary is included in this message.

Jordan & Zito LLC

**From:** Stephen Stern <Stern@kaganstern.com>
**Date:** Thursday, December 7, 2023 at 11:16 AM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Thomas J. Gagliardo <tgagliardo@gelawyer.com>, Shannon Hayden <hayden@kaganstern.com>
**Subject:** Boshea v. Compass Marketing, Inc. - David Boshea's Deposition

Greg:

I assume you have seen the court's order by now granting Compass Marketing the opportunity to depose Mr. Boshea. Please let us know some dates when he will be available for his deposition in Chicago.

Thank you,
Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com



Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.