# EXHIBIT E

4:14

< 4   **JW**   
Judge >

Mon, Sep 18 at 10:52 AM

I'm sure you saw judges latest ruling ugggg. Now we can't call Scott as a witness. U said his schedule is on line . Were do I find it ? Also I made the revision on my pretrial write up u advised me Morgan had 25% at start and you were good with everything else …. I emailed it to you . Thx buddy

Payne is on Bernie's witness list .

iMessage