# EXHIBIT F

David J. Boshea - January 29, 2024

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
 2                       (Northern Division)

 3

    _____
 4                             )
    DAVID J. BOSHEA,           )
 5                             )
             Plaintiff,        )
 6                             )
         -vs-                  )  No. 1:21-CV-00309-ELH
 7                             )
    COMPASS MARKETING, INC.,   )
 8                             )
 9           Defendant.        )

10  _____)

11

12

13            The videotaped deposition of DAVID J.

14       BOSHEA, called by the Defendant for examination,

15       pursuant to notice and pursuant to the Federal

16       Rules of Civil Procedure for the United States

17       District Courts pertaining to the taking of

18       depositions, taken before Noreen E. Resendez,

19       Registered Professional  Reporter and Notary

20       Public within and for the County of DuPage and

21       State of Illinois, at 111 East Wacker Drive,

22       Suite 2600, Chicago, Illinois, commencing at the

23       hour of 9:44 a.m. on Monday, January 29, 2024.

24
```

```
 1          A P P E A R A N C E S:

 2          JORDAN & ZITO, LLC, By
            MR. GREGORY J. JORDAN
 3          350 North LaSalle Street, Suite 1100
            Chicago, Illinois  60654
 4          312.489.8174
            gjordan@jz-llc.com
 5
                -and-
 6
            GILBERT EMPLOYMENT LAW, PC
 7          MR. THOMAS J. GAGLIARDO (remote attendance)
            1100 Wayne Avenue, Suite 900
 8          Silver Spring, Maryland  20910
            888.676.8096
 9          tgagliardo@gelawyer.com

10              On behalf of the Plaintiff;

11
            KAGAN STERN MARINELLO & BEARD, LLC, By
12          MR. STEPHEN B. STERN
            MS. SHANNON M. HAYDEN (remote attendance)
13          238 West Street
            Annapolis, Maryland  21401
14          410.216.7900
            stern@kaganstern.com
15
                On behalf of the Defendant.
16

17

18

19

20      ALSO PRESENT:

21     Mr. Brian P. Bruce, Sr., videographer
       Mr. John White, Compass Marketing (via remote)
22     Mr. Ronald Bateman, Compass Marketing (via remote)

23

24
```

| | |
|---|---|
| 1 | (Deposition Exhibit No. 51 was |
| 2 | introduced to the witness.) |
| 3 | BY MR. STERN: |
| 4 | Q.   Showing you what's been marked |
| 5 | Exhibit 51.  It's an e-mail from you to Mr. Jordan |
| 6 | dated January 19, 2024 at 8:33 a.m. |
| 7 | Do you see that? |
| 8 | A.   What is the time? |
| 9 | Q.   January 19th, 2024 at 8:33 a.m. |
| 10 | A.   Yes, I see it. |
| 11 | Q.   And you were forwarding to Mr. Jordan |
| 12 | an e-mail that you sent to Michael White and |
| 13 | Daniel White dated September 12th, 2023, at |
| 14 | 7:33 a.m., right? |
| 15 | A.   Correct. |
| 16 | Q.   And the subject of that e-mail was |
| 17 | "revision trial prep." |
| 18 | You see that? |
| 19 | A.   For myself, yes. |
| 20 | Q.   So you sent your trial prep materials |
| 21 | to Daniel White and Michael White, right? |
| 22 | A.   Yes. |
| 23 | Q.   Why were you sending them trial prep |
| 24 | materials for this case? |

| | | |
|---|---|---|
| 1 | A. | They're friends and they're smart and |
| 2 | they know what is going on. | |
| 3 | Q. | Did they make any suggestions to you |
| 4 | about -- | |
| 5 | A. | No. |
| 6 | Q. | No?  Were you seeking your input? |
| 7 | | MR. JORDAN:  David, let him finish his |
| 8 | question. | |
| 9 | | THE WITNESS:  Oh, sorry, sorry. |
| 10 | BY MR. STERN: | |
| 11 | Q. | Were you seeking their input? |
| 12 | A. | Yes. |
| 13 | Q. | So what did you ask them about your |
| 14 | trial prep? | |
| 15 | A. | If they had anything they could help me |
| 16 | add, am I missing anything. | |
| 17 | Q. | Well, this says revision trial prep. |
| 18 | Did you send them an earlier draft of it? | |
| 19 | A. | I don't remember. |
| 20 | Q. | You don't remember if you sent them an |
| 21 | earlier draft or not? | |
| 22 | A. | I don't. |
| 23 | Q. | Looking at this, does this remind you |
| 24 | that this was a revised version of it? | |

| | | |
|---|---|---|
| 1 | A. | Let me look at it. |
| 2 | | Yes, I did want to add some spelling. |
| 3 | Q. | You were checking with them on the |
| 4 | spelling of things? | |
| 5 | A. | No.  I had some wrong spellings.  So I |
| 6 | must have sent them the one without the right | |
| 7 | spelling and then sent them the one with the right | |
| 8 | spelling. | |
| 9 | Q. | So the only revisions you made were |
| 10 | spelling changes? | |
| 11 | A. | I believe so. |
| 12 | Q. | That was it? |
| 13 | A. | I believe, yes. |
| 14 | Q. | You didn't ask for any other input from |
| 15 | them? | |
| 16 | A. | No. |
| 17 | Q. | No what? |
| 18 | A. | I did not.  Just the one time. |
| 19 | | (Deposition Exhibit No. 52 was |
| 20 | | introduced to the witness.) |
| 21 | BY MR. STERN: | |
| 22 | Q. | Showing you what's marked as |
| 23 | Exhibit 52.  It's an e-mail you sent to Mr. Jordan | |
| 24 | dated January 19, 2024 at 8:16 a.m. in which you | |