IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,

*Plaintiff.*

v.

COMPASS MARKETING, INC.,

*Defendant.*

Civil Action No. ELH-21-00309

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is this 27th day of February 2024, by the United States District Court for the District of Maryland, **ORDERED**:

Compass Marketing, Inc.'s "Motion for Sanctions for Spoliation" (ECF 226) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge