IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
David John Boshea              *
                               *
       v.                      *     Case No. 1:21-cv-00309-ELH
                               *
Compass Marketing, Inc.        *
                               *
```

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:41 am, Feb 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## EXHIBITS: Plaintiff David Boshea

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/21/24 | 2/21/24 | David Boshea Resume |
| 2 | FEB 20, 2024 | FEB 21, 2024 | April 1, 2007, John White email to David Boshea |
| 3 | | | David Boshea April 2007 Memo to John White |
| 4 | FEB 21, 2024 | FEB 21, 2024 | May 16, 2007, John White offer letter to David Boshea |
| 5 | | | John White May 22, 2007, email to David Boshea blind copied to Daniel White and forwarded to Michael White |
| 6 | 2/21/24 | 2/21/24 | John White May 22, 2007, email attachment sent to David Boshea attached to Boshea Exhibit 5 |
| 7 | | | John White May 22, 2007, email information page for attachment sent to David Boshea |
| 8 | 2/21/24 | 2/21/24 | Compass Marketing, Inc. Agreement related to employment and Post-Employment Compensation |
| 9 | | | John Adams Severance Agreement |
| 10 | 2/21/24 | | David Boshea September 16, 2015, Notes |
| 11 | | | David Boshea January 3, 2017, Paystub and email chain with Michael White |
| 12 | | | David Boshea Payroll Records |
| 13 | 2/21/24 | 2/21/24 | Compass Termination Notice |
| 14 | 2/21/24 | 2/21/24 | David Boshea March 12, 2020, email to John White |
| 15 | 2/21/24 | 2/21/24 | March 16, 2020, Email from David Boshea to Erin Songer Re: Follow Up on Separation |
| 16 | 2/21/24 | 2/21/24 | David Boshea October 22, 2020, email to John White |
| 17 | 2/21/24 | 2/21/24 | David Boshea December 7, 2020, email to John White |
| 18 | 2/22/24 | 2/22/24 | Donna Eisenberg Expert Report |
| 19 | 2/26/24 | | John White Transcript |

Exhibit List (06/2018)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov