FILED ___ ENTERED
____ LOGGED _____ RECEIVED

9:42 am, Feb 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID J. BOSHEA,   *

v.   *   Civil Action No. 1:21-cv-00309-ELH

COMPASS MARKETING, INC.   *

* * * * * * * * * * * * *

## COMPASS MARKETING, INC.'S EXHIBITS

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 2/21/24 | 2/21/24 | March 2, 2020 David Boshea Termination Letter & Proposed Severance Agreement |
| 2 | | | May 24, 2007 Email from David Boshea to Michael White Re: Follow Up |
| 3 | | | June 12, 2007 Salary Reduction Form for David Boshea January 1, 2007 through December 31, 2007 (Redacted) |
| 4 | | | Maryland New Hire Registry Reporting Form (Redacted) |
| 5 | | | Illinois Withholding Allowance Worksheet (Redacted) |
| 6 | 2/26/24 | 2/26/24 | March 5, 2020 Email from Rebecca Obarski to John White Re: David Boshea Employment Terms |
| 7 | | | March 5, 2020 Email from Rebecca Obarski to Erin Songer Re: Personnel File of David Boshea |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 8 | 2/21/24 | 2/21/24 | August 11, 2020 Email from David Boshea to John White FW: Compass Separation |
| 9 | 2/21/24 | 2/21/24 | May 29, 2020 Email from David Boshea to John White FW: Dave Boshea Employment Terms |
| 10 | | | June 11, 2020 Email from David Boshea to John White Re: Loser |
| 11 | | | August 1, 2020 Email from David Boshea to John White (No subject) |
| 12 | | | August 11, 2020 Email from David Boshea to John White FW: Dave Boshea Employment Terms |
| 13 | | | REMOVED |
| 14 | | | David Boshea Call Log |
| 15 | 2/23/24 | 2/23/24 | October 31, 2021 John D. White Signature Examination by Jeffrey Payne |
| 16 | 2/23/24 | 2/23/24 | October 31, 2021 Rebuttal of the Findings of Donna O. Eisenberg by Jeffrey Payne |
| 17 | 2/23/24 | 2/23/24 | Jeffrey Payne Testimony as of January 2024 |
| 18 | | | January 4, 2021 Text between David Boshea, Daniel White, and Michael White |
| 19 | | | REMOVED |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 20 | 2/22/24 | 2/22/24 | June 7, 2021 Email from David Boshea to Daniel White Re: Contracts |
| 21 | 2/22/24 | 2/22/24 | June 16, 2021 Email from David Boshea to Daniel White (Untitled) |
| 22 | | | September 17, 2021 Email from Gregory Jordan to Michael White Re: John White Signature Samples |
| 23 | 2/21/24 | 2/21/24 | December 28, 2020 Text Messages between David Boshea and Michael White |
| 24 | | | September 16, 2021 Text Message between David Boshea, Michael White, and Daniel White (Redacted) |
| 25 | | | January 12, 2021 Email from Daniel White to Gregory Jordan Re: David Boshea |
| 26 | 2/21/24 | 2/21/24 | December 27, 2020 Email from David Boshea to Gregory Jordan and Daniel White Re: Compass |
| 27 | | | David Boshea's Responses to Defendant Compass Marketing Inc.'s First Set of Interrogatories to Plaintiff David J. Boshea (Redacted) |
| 28 | 2/21/24 | | David Boshea's Amended Responses to Defendant Compass Marketing's First Set of Interrogatories to Plaintiff David J. Boshea (Redacted) |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 29 | 2/21/24 | 2/21/24 | December 27, 2020 Email from David Boshea to Daniel White Re: Greg |
| 30 | | | REMOVED |
| 31 | 2/21/24 | 2/21/24 | Compass Marketing, Inc. Agreement Relating to Employment and Post-Employment Competition (Unexecuted) (Nagle, Obarski & Holzhauer, P.C.) |
| 32 | | | Compass Marketing, Inc. Agreement Relating to Employment and Post-Employment Competition (Executed) |
| 33 | | | September 17, 2021 Email from Daniel White to Gregory Jordan |
| 34 | | | September 13, 2021 Email from Gregory Jordan to Daniel White Re: Boshea v. Compass Marketing, Inc. - Compass Marketing's Expert Disclosure |
| 35 | | | August 15, 2021 Email from Gregory Jordan to Daniel White Re: Dan Mike |
| 36 | | | January 15, 2021 Email from Gregory Jordan to Daniel White Re: Local Counsel Referral |
| 37 | | | December 23, 2020 Email from Gregory Jordan to Daniel White Re: Follow Up |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 38 | | | September 20, 2021 Email from Gregory Jordan to Michael White Re: Documents |
| 39 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition (revision 1) |
| 40 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition |
| 41 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition |
| 42 | | | June 3, 2021 Email from David Boshea to Daniel White FW: Compass Marketing Severance Agreement |
| 43 | 2/21/24 | 2/21/24 | January 5, 2021 Email from David Boshea to Daniel White and Michael White (No subject) |
| 44 | | | January 7, 2021 Email from David Boshea to Daniel White Re: Compass |
| 45 | | | December 21, 2020 Email from Daniel White to David Boshea Re: Follow Up |
| 46 | | | REMOVED |
| 47 | | | June 16, 2021 Email from David Boshea to Daniel White (No subject) |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 48 | | | REMOVED |
| 49 | | | June 29, 2021 Email from David Boshea to Daniel White FW: 1:21-cv-00309-ELH Boshea v. Compass Marketing, Inc. |
| 50 | | | REMOVED |
| 51 | | | June 27, 2023 Email from David Boshea to Michael White and Gregory Jordan (No subject) |
| 52 | 2/22/24 | 2/22/24 | September 12, 2023 Email from David Boshea to Michael White and Daniel White Re: revision trial prep |
| 53 | 2/22/24 | 2/22/24 | October 6, 2023 Email from Michael White to David Boshea (No subject) |
| 54 | 2/22/24 | 2/22/24 | September 18, 2023 Text Message from David Boshea to Michael White |
| 55 | | | REMOVED |
| 56 | | | October 5, 2021 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to John Adams |
| 57 | | | REMOVED |
| 58 | | | REMOVED |
| 59 | | | REMOVED |

David J. Boshea v. Compass Marketing, Inc.
Civil Action No. 1:21-cv-00309-ELH
Defendant's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 60 | | | REMOVED |
| 61 | | | January 26, 2021 Email from D. Boshea to Daniel White FW: Document |
| 62 | 2/21/24 | | April 2007 David Boshea Memo to John White |
| 63 | | | REMOVED |
| 64 | | | REMOVED |
| 65 | | | REMOVED |
| 66 | | | REMOVED |
| 67 | | | REMOVED |
| 68 | 2/21/24 | | Affidavit of David J. Boshea in Support of His Response in Opposition to Compass Marketing, Inc.'s Motion for Partial Summary Judgment |
| 69 | | | REMOVED |
| 70 | | | REMOVED |
| 71 | | | REMOVED |