IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Boshea
**Plaintiff**          *

v.                     *          Civil No.: ELH-21-00309

Compass Marketing, Inc. *
**Defendant**
                  ******

**CERTIFICATION - EXHIBITS TO BE SUBMITTED TO JURY**

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been <u>admitted into evidence</u> are to be sent to the jury room for use in jury deliberations.

Counsel for Plaintiff                    Counsel for Defendant

_____                _____

_____                _____

Date: February 27, 2024

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)