___ FILED      ___ ENTERED
___ LOGGED      ___ RECEIVED

9:42 am, Feb 28 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

**Boshea**

**vs.**

**Compass Marketing, Inc.**

Civil No. ELH-21-00309                              **Court's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|-------------|----------------|----------|-------------|
| 1 | 2/27/24 | 2/27/24 | Jury Note #1 |
| 2 | 2/27/24 | 2/27/24 | Jury Note #2 |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |
|   |         |         |             |

Exhibit List (Rev. 3/1999)