CASE NUMBER: ELH-21-00309
CASE NAME: Boshea vs Compass Marketing, Inc.

Who gave Mrs. Eisenberg the initial Q1 sample and all known samples?

Who gave Mr. Payne the initial Q1 sample and all known samples?

JUROR NUMBER: 9

DATE: Feb 27, 2024
TIME: 2:03 pm

For Court Use Only:
Recv'd by: _____
DATE: FEB 27 2024   TIME: 2:03 pm
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CASE NUMBER: ELH-21-00309
CASE NAME: Boshea vs Compass Marketing, Inc.

We have a verdict.

JUROR NUMBER: 1

DATE: Feb. 27, 2024
TIME: 4.39 pm

For Court Use Only:
Recv'd by: _____  DATE: FEB 27 2024  TIME: _____
Court Exhibit #: 2

Jury Note (Rev. 2/2009)