___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

9:43 am, Feb 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Boshea**
**Plaintiff**     *

vs.     *     Case No.: ELH-21-00309

**Compass Marketing, Inc.**
**Defendant**     *

*

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL | ALL |

All Plaintiff's exhibits returned: 2/27/24

All Defendant's exhibits returned: 2/27/24

Received the above listed exhibits this date: 2/27/24

Counsel for Plaintiff(s): [signature]

Counsel for Defendant(s): [signature]

Date: February 27, 2024