**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 5, 2024

LETTER TO COUNSEL

Re:  *David J. Boshea v. Compass Marketing, Inc.*
     Civil No.:  ELH-21-00309

Dear Counsel:

I have reviewed your proposed submissions with respect to the entry of judgment. In light of your submissions, I have prepared a proposed Judgment, which I have attached for your review. Please provide me with any proposed changes and comments by the close of business on **Wednesday, March 6, 2024.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge

ELH/kw

Enclosure