IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA,<br>*Plaintiff.*<br><br>v.<br><br>COMPASS MARKETING, INC.,<br>*Defendant*. | Civil No. ELH-21-00309 |

## JUDGMENT

The jury having returned a verdict on February 27, 2024 (ECF 246), in favor of plaintiff, David J. Boshea, and against defendant Compass Marketing, Inc., as to Count I and Count II, it is this 8th day of March, 2024, by the United States District Court for the District of Maryland

**ORDERED:**

Judgment is entered in favor of plaintiff and against defendant, as follows:

1) As to Count I, judgment is entered in favor of plaintiff David Boshea in the amount of $193,000.00, plus prejudgment interest at the rate of 6.00%, dating from March 3, 2020;

2) As to Count II, judgment is entered in favor of David Boshea and against Compass Marketing, Inc. in the amount of $540,000.00, plus post-judgment interest at a rate that comports with federal law, *i.e.*, 5.00%;

3) Plaintiff is not entitled to duplicate recovery. Therefore, the total award to plaintiff is as follows:

   a) $540,000.00 in compensatory damages;

   b) pre-judgment interest at the rate of 6.00% per annum, but only on the sum of $193,000.00, dating from March 3, 2020; and

      c) post-judgment interest at the rate of 5.00% per annum.

4) In accordance with the Maryland Wage Payment Collection Law, plaintiff is entitled to seek an award of attorney's fees. If plaintiff intends to move for an award of attorney's fees, such motion shall be filed by April 12, 2024;

5) If plaintiff seeks to recover costs, plaintiff must comply with Local Rule 109.1;

6) The Clerk shall administratively CLOSE this case.


      /s/
      Ellen L. Hollander
      United States District Judge