IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| DAVID J. BOSHEA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMPASS MARKETING, INC. ) <br> Defendant. ) <br> ) | Case No.: 1:21-CV-00309-ELH |

## ORDER

This matter having come before the Court on Plaintiff's Uncontested Motion for an Extension of Time for File his Petition for Attorney Fees and Costs, the premise having been considered and there being no objection said motion shall and hereby is GRANTED on this 10th day of April 2024. The Petition is due by the close of Business on 4/19/24.

Ellen L. Hollander
United States District Judge