**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

|  |  |
|---|---|
| DAVID J. BOSHEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:21-CV-00309-ELH |
| ) | |
| COMPASS MARKETING, INC., ) | |
| ) | |
| Defendant. ) | |

**UNCONTESTED MOTION TO AMEND APRIL 10, 2024 ORDER**

David Boshea respectfully moves under Rule 60 of the Federal Rules of Civil Procedure for an order amending the Court's April 10, 2024 order granting David Boshea's Uncontested Motion for Extension of Time to File Attorney Fee Motion and in support states:

David Boshea filed a motion seeking an extension of time to file his fee application until seven days following the disposition of the two posttrial motions filed by Defendant Compass Marketing, Inc. Plaintiff's current deadline is April 12, 2024.

David Boshea submitted a proposed order, which mistakenly did not identify the period he sought as an extension. Thus, the Court entered its order extending the period for filing the fee application until April 19, 2024.

David Boshea will undoubtedly incur fees after April 19, 2024, since his counsel will need to review Compass' reply brief and the Court's order. Further, Compass has requested a hearing on its motion. Although David Boshea does not support that motion, if the Court grants the motion for a hearing, David Boshea will incur additional fees and costs.

To resolve the situation, David Boshea requests that the Court enter an order granting an extension of time within which to file his fee application until seven days following disposition of the two posttrial motions filed by Defendant Compass Marketing, Inc.

Granting this motion will not prejudice Compass Marketing.

The Defendant has consented to this request.

WHEREFORE, Plaintiff David Boshea respectfully requests that the Court grant this Motion and extend the deadline to file his petition as set forth above.

Dated:  April 16, 2024                                         Respectfully submitted,

/s/ Gregory J. Jordan
Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Street, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com

Thomas J. Gagliardo (Bar No. 08499)
Of Counsel
Gilbert Employment Law, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

COUNSEL FOR DAVID J. BOSHEA

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Motion to Amend April 10, 2024 Order was served via this Court's ECF system and by electronic mail on April 16, 2024 addressed to the following:

**Defendant's Counsel:**

Stephen B. Stern
stern@kaganstern.com

Shannon M. Hayden
hayden@kaganstern.com

Bruce L. Marcus
bmarcus@marcusbonsib.com

Justin A. Redd
jredd@kg-law.com

David B. Hamilton
David.hamilton@wbd-us.com


/s/ Gregory J. Jordan
Gregory J. Jordan