IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **DAVID J. BOSHEA** | * |
| Plaintiff, | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DAVID J. BOSHEA'S RESPONSE IN OPPOSITION TO COMPASS MARKETING, INC. REQUEST FOR HEARING

David J. Boshea, for his response in opposition to Compass Marketing,Inc.'s Request for Hearing, states that no purpose will be served by convening a hearing on Defendant Compass Marketing, Inc.'s Renewed Motion for Judgment as a Matter of Law, or, in the Alternative, Motion for a New Trial

WHEREFORE, David J. Boshea respectfully requests this Court deny Compass Marketing,Inc.'s Request for Hearing, and for other just relief.

Dated:  April 19, 2024          Respectfully submitted,

/s/ Gregory J. Jordan
Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Street, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com

        Thomas J. Gagliardo (Bar No. 08499)
Of Counsel
Gilbert Employment Law, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

COUNSEL FOR DAVID J. BOSHEA

**CERTIFICATE OF SERVICE**

Gregory Jordan certifies that he served David J. Boshea's Response in Opposition to Compass Marketing, Inc. Request for Hearing through the Court's CM/ECF system to stern@kaganstern.com, and hayden@kaganstern.com on April 19, 2024.

                                              /s/   Gregory J. Jordan
                                                 Gregory J. Jordan