# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-cv-00309-ELH |

## LOCAL RULE 101.2.a CERTIFICATE AND MOTION
## FOR LEAVE TO WITHDRAW AS COUNSEL

Justin A. Redd and Kramon & Graham, P.A. hereby move this Court under Local Rule 101.2.a for leave to withdraw his appearance as counsel in this action for Non-Party, Michael R. White and states as follows:

1. Undersigned counsel entered his appearance as Mr. White's counsel in this action on November 15, 2021 (ECF No. 68).

2. On May 3, 2024, at least 7 days before the filing of this Certificate and Motion, undersigned counsel communicated to Mr. White via telephone:

    A. advising him of his proposed withdrawal as his counsel; and

    B. notifying him that he should either have new counsel enter an appearance or to advise the Clerk of Court that he will be proceeding without counsel.

3. The name and last known address of the client are:

> Michael R. White
> 39650 Hiawatha Circle
> Mechanicsville, MD  20659

WHEREFORE, undersigned counsel requests that he be granted to leave to withdraw his appearance as Mr. White's counsel in this action.

**I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Respectfully submitted,

Dated:  May 10, 2024

/s/ *Justin A. Redd*
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jredd@kg-law.com

*Attorneys for Non-Party Michael R. White*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2024, the foregoing was filed and served via CM/ECF on all counsel of record.

                                                */s/ Justin A. Redd*
                                                Justin A. Redd