IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID JOHN BOSHEA,

    Plaintiff,

v.

COMPASS MARKETING, INC.

    Defendant.

Case No. 1:21-cv-00309-ELH

*[Handwritten annotation: "Denied for failure to comply with Local Rule 101.2(a), which requires written notice to the client. ELH USDJ 5/10/24"]*

**PROPOSED ORDER**

Upon consideration of the Local Rule 101.2.a Certificate and Motion for Leave to Withdraw as Counsel, it is this ___ day of _____, 2024 by the United States District Court for the District of Maryland ORDERED that:

1. The Motion for Leave to Withdraw as Counsel is GRANTED;

2. Justin A. Redd, Esquire and Kramon & Graham, P.A.'s appearance is hereby WITHDRAWN ; and

3. Non-Party Michael R. White shall advise the Clerk of Court whether he will be having new counsel enter an appearance or if he will be proceeding without counsel.

_____
Ellen L. Hollander
United States District Judge

4863-2610-6556, v. 1