# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, | |
| Plaintiff, | |
| v. | Case No. 1:21-cv-00309-ELH |
| COMPASS MARKETING, INC. | |
| Defendant. | |

## LOCAL RULE 101.2.a CERTIFICATE AND MOTION
## FOR LEAVE TO WITHDRAW AS COUNSEL

Justin A. Redd and Kramon & Graham, P.A. hereby move this Court under Local Rule 101.2.a for leave to withdraw his appearance as counsel in this action for Non-Party, Michael R. White and states as follows:

1. Undersigned counsel entered his appearance as Mr. White's counsel in this action on November 15, 2021 (ECF No. 68).

2. On May 6, 2024, at least 7 days before the filing of this Certificate and Motion, undersigned counsel served written notice on Mr. White via email:

    A. advising him of his proposed withdrawal as his counsel; and

    B. notifying him that he should either have new counsel enter an appearance or to advise the Clerk of Court that he will be proceeding without counsel.

2

3. The name and last known address of the client are:

>Michael R. White
>39650 Hiawatha Circle
>Mechanicsville, MD  20659

WHEREFORE, undersigned counsel requests that he be granted to leave to withdraw his appearance as Mr. White's counsel in this action.

**I HEREBY CERTIFY UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Respectfully submitted,

Dated:  May 13, 2024

/s/ *Justin A. Redd*
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jredd@kg-law.com

*Attorneys for Non-Party Michael R. White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2024, the foregoing was filed and served via CM/ECF on all counsel of record.

                                                        */s/ Justin A. Redd*
                                                        Justin A. Redd