IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | Case No. 1:21-cv-00309-ELH |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2024, the Local Rule 101.2.a Certificate and Motion to Leave to Withdraw as Counsel at ECF 266 was filed and served via CM/ECF on all counsel of record; a copy was served on Michael R. White via email; and a paper copy will be sent via first-class United States mail postage pre-paid to:

> Michael R. White
> 39650 Hiawatha Circle
> Mechanicsville, MD  20659

Respectfully submitted,

Dated:  May 13, 2024

/s/ *Justin A. Redd*
Justin A. Redd (Bar No. 18614)
KRAMON & GRAHAM, P.A.
750 East Pratt Street, Suite 1100
Baltimore, Maryland 21202
(410) 752-6030
(410) 539-1269 (fax)
jredd@kg-law.com

*Attorneys for Non-Party Michael R. White*

4892-0090-3358, v. 1