# EXHIBIT 2



University of Southern California
Annenberg School of Communications
3502 Watt Way
Los Angeles, CA 90089
rexc@usc.edu

June 5, 2019

John White
Chief Executive Officer
Compass Marketing
222 Severn Avenue
Annapolis, MD 201403

Dear Mr. White,

As part of a graduate course of study, we request your permission to evaluate Compass Marketing Inc. as the organization undergoes the structural split between Compass and The SRL Network. In particular the study will focus on an evaluation into how organization manages the divergence of the two companies, specific to employees, clients, and resources, and the overlap employees, clients, and resources that will be receiving support from both organizations.

SCOPE OF WORK
The analysis will consist of an organizational exploration of the divergence of responsibilities and teams as the organization grows to incorporate the new division. The focus of research will consist of employees that will work within both organizations, clients for whom Compass will expand services to incorporate The SRL Network while maintaining marketing services through Compass, and additional support staff hired specifically for responsibilities associated with The SRL Network.

APPROACH
To being the investigative we propose an in depth analysis of foundational documents pertaining to the creation and expansion of The SRL Network including divisional and organizational mission statements, divisional and organizational management charts, divisional and organizational messaging and communication strategies, and divisional and organizational branding documents. Should any of this information not be available, participating graduate candidate, Christine Rex, will provide recommended charts and statements based on the interviews and investigative research conducted per the terms of this study.

To accompany the documental evaluation, we would like to conduct voluntary one-time interviews with company employees. All interviews will be limited to no longer than 30 minutes and interviewees will be given no less than 14-day notice to the proposed interview session. All interviews will be conducted in private, and participants will be informed prior to agreeing to the interview that information will be shared with Compass Marketing Inc. CEO, John White.

Proposed interviewees include but are not limited to:
- Compass Marketing Inc. CEO, John White
- President of Compass Marketing Inc., Todd Mitchell,
- Chairman of The SRL Network, Jerry Cain,
- Compass Marketing Inc. Chief of Staff, Erin Songer,
- Flex employees
    - Jesse Williams
    - Gunnar Staples

- - Axle Ansell
  - Julia Flood
  - Alisa Greenwood

PROJECT OUTCOME
    In conclusion of the research and interviews, graduate candidate, Christine Rex, will provide a formal evaluation and strategy for both the separation of the two companies as well as the overlapping work responsibilities between the two organizations. The study will be compiled into a formal written evaluation and accompanied by a presentation conducted by graduate candidate, Christine Rex, synthesize findings of the research for personal use by Compass Marketing CEO John White to use at his discretion.
Anticipated conclusion of the research and presentation of the findings to Compass Marketing CEO, John White, is August 20, 2019.

TERMS OF AGREEMENT
    All of the information collected within this study is confidential, and at your request sealed by University of Southern California course instructors and the graduate candidate, Christine Rex, under Non Disclosure Agreements.

ACCEPTANCE
    By agreeing to the terms of this study, you are giving permission for graduate candidate Christine Rex to begin evaluating and conducting interviews to fulfill the scope of work outlined above.

_____

John White                                                                                                                   June 17, 2019
CEO Compass Marketing Inc.

_____

Christine Rex                                                                                                      June 17, 2019
Graduate Candidate
University of Southern California
Annenberg School of Communications

**Instructors**

*Professor Brad Shipley*

Teaching in the Communication Management program, Dr. Brad Shipley aspires to provide a learning experience that will result in practical application of Communication Theory and Research by exposing students to a variety of pedagogical approaches. An advocate for Experiential Learning, Brad has designed many learning simulations and has had articles published in leading Experiential Learning Journals. He currently teaches classes on topics such as Research Methods, Leadership, Group Communication, Persuasion, and Crisis Communication. Brad earned his PhD from USC Annenberg in Organizational Communication. His current research uses both quantitative and qualitative methods to better understand Organizational Justice in the workplace. Brad has also provided training and development consulting for such organizations as The United States Peace Corp, Edwards Pharmaceuticals, and Westinghouse. Brad is married to his high school sweetheart Anne and they have three children: Chandler, Jessica, and Sophie
shipley@usc.edu

*Professor Jane Macoubrie*

Jane Macoubrie received an M.A. and Ph.D. in Communication Studies from the University of Washington, after studying problem solving at Antioch University Seattle. After UWA, she joined the faculty at North Carolina State University, where she developed and taught a required course in communication research methods, and courses in group communication and communication in organizational decision making. From 1998 to 2005, Jane also conducted research on public participation methods, a longstanding interest, and on public attitudes in technology policy areas such as nanotechnology. In 2005, she joined a consulting organization, the National Center for State Courts, where her role was centered on research-based consulting projects and communication in change management. In addition to teaching for USC Annenberg, she has been on the Research on Teaching and Learning team at Cisco Systems' Networking Academies, and has conducted market assessment research for emerging technologies.
macoubri@usc.edu

**Researcher**

*Christine Rex*

Christine Rex is a Masters candidate in the Communication Management program at the University of Southern California Annenberg School of Communication. Through her professional career, she has experience in governmental, private sector, and non-profit communications. For six years she worked as a Press Secretary on Capitol Hill for US Representative Cynthia Lummis (WY). Following a job opportunity in California, Christine transitioned into public relations consulting for Silicon Valley venture capital funds and industrial agriculture. In 2017 she launched a nonprofit that retrofits children's' ride-on wagons and pedal cars with an IV compatible hitch, allowing hospitalized children an opportunity to get out of there hospital rooms. The organization, Wy's Rides, delivered over 90 of their cars to the top three Children's Hospitals within the first two years. Her graduate research interests include brand identity and the rise of content marketing, in particular the story-telling marketing of the one-for-one organizations. She is currently in Business Development for The SRL Network, a branch of Compass Marketing Inc.
rexc@usc.edu