# EXHIBIT 3



## Annapolis Police Department, MD
### INCIDENT FIELD SUPPLEMENT

INCIDENT# 2022-00025398

**EVENT**

| INCIDENT TYPE | | | LOCATION | | |
|---|---|---|---|---|---|
| Suspicious Activity | | | 1031 BAY RIDGE AVE ANNAPOLIS | MD | 21403 |
| INCIDENT DATE/TIME 11/30/2022 08:35 | DISPATCH DATE/TIME 11/30/2022 08:39 | ARRIVED DATE/TIME 11/30/2022 08:44 | | | |

**SUBJECT**

| SUBJECT JACKET/ROLE | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|
| Adult   Complainant | WHITE, JOHN |
| DOB 11/17/1969   AGE 53 | ADDRESS (STREET, CITY, STATE, ZIP) |
| RACE White | SEX Male   HEIGHT   WEIGHT   HAIR   EYE |
| DL NUMBER/STATE | PRIMARY PHONE (571)577-0043   EMAIL |

**SUBJECT**

(blank)

**VEHICLE**

(blank)

### INCIDENT - SUPPLEMENTAL NARRATIVE

**BWC RECORDED EVENT**

On 11/30/22 at approximately 0840 hours, I responded to 1031 Bay Ridge Ave, Annapolis and spoke to JOHN WHITE W/M DOB (11/17/1969) for a report of suspicious activity.

WHITE advised that at approximately 0800 hours, he was walking in the Eastport Shopping Center parking lot in front of Adams Ribs headed to the gym. WHITE advised that a white van with "Mccormick painting" written on the side pulled into a parking space blocking his path. WHITE advised he moved to the walkway at which time a WHITE MALE WITH A BEARD walked up behind him. WHITE advised that he felt like the unknown subject was following him. WHITE advised that the van backed up and repositioned itself which was pointed directly at him.

ADDITIONAL SUBJECTS, VEHICLES AND NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Ross | 11/30/2022 | Wang, Prince Hur | 11/30/2022 |

APD Incident Supp 2022-00025398

(Narrative Continued)

WHITE advised that he lost sight of the unknown subject following him as he approached Walgreens.

WHITE advised that he is currently involved in a federal law suit and believes he was being followed in relation to the law suit. A canvass of the area checked negative. I will speak with store owners to check camera footage.



# Annapolis Police Department, MD
## INCIDENT FIELD SUPPLEMENT

INCIDENT# 2022-00025398

**EVENT**

| INCIDENT TYPE | | | LOCATION | | |
|---|---|---|---|---|---|
| Suspicious Activity | | | 1007 BAY RIDGE AVE ANNAPOLIS    MD    21403 | | |
| INCIDENT DATE/TIME 11/30/2022 08:30 | DISPATCH DATE/TIME | ARRIVED DATE/TIME | | | |

**SUBJECT**

| SUBJECT JACKET/ROLE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT | WEIGHT | HAIR | | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | EMAIL | | | |

**SUBJECT**

| SUBJECT JACKET/ROLE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
| DOB | AGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT | WEIGHT | HAIR | | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | EMAIL | | | |

**VEHICLE**

| VEHICLE ROLE | | | | | |
| VEH YR | TYPE/MAKE/MODEL | | | | STYLE |
| PLATE / STATE | | VIN | TOP COLOR | | BOTTOM COLOR |
| ADDITIONAL DESCRIPTIVE INFORMATION | | | | | |

### INCIDENT - SUPPLEMENTAL NARRATIVE

On 12/5/22 at approximately 1100 hours, I responded to 1007 Bay Ridge Ave, Annapolis to speak with DANIEL LEDERBERG, the owner of the shopping center, and GLENN NORRIS, the store manager for Eastport Liquors. I was able to access camera footage for 11/30/22 between the hours of 0730 and 0820 hours. I did not see any vehicles matching the suspicious vehicle that WHITE described. I also did not observe WHITE in the area that the incident took place. I made my way to Walgreens located at 1005 Bay Ridge Ave, and reviewed camera footage of the sidewalk leading towards Adam's Ribs where WHITE advised the incident took place. I reviewed footage from the same hours of 0730 to 0820 hours and did not observe the suspicious vehicle or WHITE in the area.

ADDITIONAL SUBJECTS, VEHICLES AND NARRATIVE MAY BE PRINTED ON FOLLOWING PAGES

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| Ross | 11/30/2022 | Wang, Prince Hur | 12/05/2022 |

APD Incident Supp 2022-00025398

(Narrative Continued)

At approximately 1145 hours, I notified WHITE via email that I did not observe any evidence from the camera footage that could have captured the incident as it was described. I advised him that although the actions may have been suspicious, they were indeed not criminal in any way. I advised WHITE that no further action would be taken at the time of this report.

# https://www.thechesapeaketoday.com/2022/12/09/trade-secrets-theft-saga-kidnapping-attempt-of-compass-marketing-ceo-john-white-causes-him-to-be-moved-to-undisclosed-location-just-before-expected-ruling-in-rico-case-by-federal-judge/

## TRADE SECRETS THEFT SAGA: Kidnapping Attempt of Compass Marketing CEO John White Causes Him to be Moved to Undisclosed Location Just Before Expected Ruling in RICO Case by Federal Judge

### SEASON TWO – EPISODE #6
### *EXCLUSIVE REPORT*

BY KEN ROSSIGNOL

THE CHESAPEAKE TODAY

**Editorial Opinion & Commentary on the News**

ANNAPOLIS, MD. – An attempt to kidnap or harm John White as he walked near his office was a near miss as White became aware of a man following him on a side street in Eastport. White told THE CHESAPEAKE TODAY that he spotted a man following him and tried to step behind a large pole as he quickly moved around a corner. At that time, a van pulled up next to him, and White ran for his life, eluding both strangers in a scene straight out of a movie.

In a series of texts and telephone conversations, White confirmed that he had left Maryland as he was whisked away by his full-time security team. The security for White has been in place since he discovered an unauthorized life insurance policy on him placed by his brothers, St. Mary's Orphans Court Judge Michael White and St. Mary's Deputy

States Attorney Daniel White. John White immediately filed a report with the Annapolis Police Department about the kidnapping attempt that took place on November 30, 2022. He provided a screenshot of the business card with the case number given to him by the police.

**Annapolis Police Department**
Honor, Respect, Integrity, Service

Case Number: 22-25398

Download our App from the App Store

Like us on Facebook

follow us on twitter
@AnnapolisPD

From: **John White** <jwhitecompass16@gmail.com>
Date: Mon, Dec 5, 2022 at 14:45
Subject: Re: Update on our case
To: Megan Ross <mrross@annapolis.gov>
CC: Chuck Rubac <chuck.rubac@gmail.com>, Ron Bateman <rbateman655@gmail.com>

Officer Ross,

Thank you for this information.

While I understand you will not be able to invest more time into this matter given the lack of evidence of any crime you have been able to secure, obviously you understand we will continue to investigate.

Given the timing of the very unusual litigation in VA filed a couple weeks ago (you didn't ask us but that is very unusual) and the additional litigation in Federal Court filed by the former Attorney General of the United States Rod Rosenstein, where a decision is soon expected, we are taking serious this situation. While we hope it was just suspicious activity as you have conclude, I am in parallel the victim of a $400 million theft that is public, so hopefully you will understand if we continue to chase down the leads.

Given that your review of one of the two assailants I reported would not be able to be identified because of the camera angle, might you share the contact information for us to contact the management company to follow up further.

The second assailant, and myself, should be able to be clearly seen from the multiple camera above we inventoried overhead. Those cameras have clear visibility from Adams to Walgreens and all the way to the gym, where I enters following the suspicious activity.

The first communication I had following the event was at 7:48 am with Sheriff Bateman. If we could review the footage showing the walkway, from 6:30 to 7:48 I'm certain we will be able to confirm that I and another were present, and that the man in the green pullover was following behind me, or we will en able to conclude I made it all up.

Either way, we would appreciate if you could refer us to the security company contact and/or management company so we might be able to use our own resources for further review of the tapes.

If we do find anything we will bring it back to your attention. If we can't even identify me or the man following me we will not contact you again on this matter.

Again, thank you for the time and resources you have invested into this already. Also, thank you for keeping Annapolis safe every day.

John White


On Mon, Dec 5, 2022 at 1:34 PM Megan Ross <mrross@annapolis.gov> wrote:
> Correction it will be unable to obtain a tag due to the angles.

>> On Mon, Dec 5, 2022 at 13:23 Megan Ross <mrross@annapolis.gov> wrote:
>> Sir,
>>
>> I have reviewed as much footage as I can obtain regarding the incident. I can tell you given the cameras I can view a vehicle tag will be able to be obtained due to the angle of each camera. No criminal offense occurred therefore a CYA suspicious activity report was taken in case any further action was needed. At this point there is no further police involvement in this matter.

>>> On Mon, Dec 5, 2022 at 13:20 John White <jwhitecompass16@gmail.com> wrote:
>>> Officer,
>>>
>>> If you did not see me than you could not have reviewed the time of the footage that I walk/ran through from Adams to Walgreens.
>>>
>>> Means It happened earlier than I thought, or that I'm lying.

Since I'm able to rule out that I'm not lying let me go back and check the evidence we have related to the time it happened (texts from me to Sheriff and others etc) so I can pinpoint the exact time.

After it happened the Sheriff advised I immediately call you guys. I was so shook up I told him I needed to take a shower and calm down. Given that I was unable to even get through your interview without losing it, I hope you will accept the additional evidence supporting the time this happened, and review the tapes one more time.

Standby for more details.
Thank you
John White


On Mon, Dec 5, 2022 at 12:25 PM Megan Ross <mrross@annapolis.gov> wrote:
Again,

I have reviewed all footage attainable. Given the times, I even started it sooner and extended it I don't see you or any of the described people or vehicles. Again I'm not saying it didn't happen but there is no evidence leading to it did.

On Mon, Dec 5, 2022 at 12:22 John White <jwhitecompass16@gmail.com> wrote:
Officer,
Thank you for your efforts.

Might I ask if you could clarify if the video you reviewed showed anything at all, including myself?

Also, did you also review the camera footage from inside the inner walkway from Adams to Walgreens? This footage should clearly show the man that was following behind me, and myself running from him.

Thanks again for clarifying, and for your efforts.

John White

On Mon, Dec 5, 2022 at 11:54 AM Megan Ross <mrross@annapolis.gov> wrote:
Mr. White,

I have reviewed camera footage from the shopping center as well as Walgreens that shows the side wall leading to Adams. I have no evidence of the incident as you described it. I am not saying it couldn't have happened but I have no evidence as of now showing and validating it did. At the time of the report and as of right now no crimes have been committed and I have utilized the investigative tools provided. Although it was a suspicious incident it was no criminal. I will not be taking any further action with this case. It will be closed pending any additional information is gained or needed.

On Mon, Dec 5, 2022 at 10:59 Megan Ross <mrross@annapolis.gov> wrote:
There is no update. If there is anything to relay it will be given once information is obtained.

On Mon, Dec 5, 2022 at 10:57 Ron Bateman <rbateman655@gmail.com> wrote:
Curious, did you interview anyone at the McCormick paint company on Old Solomon's Island Rd or attempt to get any footage from the shopping center?

Ron Bateman

On Mon, Dec 5, 2022 at 9:57 AM Megan Ross <mrross@annapolis.gov> wrote:
There is no update

On Mon, Dec 5, 2022 at 09:55 John White <jwhitecompass16@gmail.com> wrote:
Officer Ross,

Can you advise if you were able to secure the video camera footage that may show either the tag on the white van or descriptions of the two suspicious individuals?

Any other updates would be helpful.

I have left the state while you investigate, but Sheriff (former) Ron Bateman and his team remain in Annapolis investigating.

If you could please brief Ron on the status that would be helpful.

Thank you, and welcome back.
John White

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

--
OFC Ross #6342
Patrol Squad D
Email: mrross@annapolis.gov
Work#: 443-370-0691
Annapolis Police Department

911 OPERATOR 1 (00:01):
9 1 1. Where is your emergency?

911 OPERATOR 2 (00:03):
Hey APD, it's gonna be at 1031 Bay Ridge Avenue.

911 OPERATOR 1 (00:07):
Okay.

911 OPERATOR 2 (00:09):
Uh, caller's phone number I have is 571-577-0043. He's, uh, he's stating that he avoided a hit at that location.

911 OPERATOR 1 (00:22):
Avoided a hit?

911 OPERATOR 2 (00:24):
Yes. Somebody put a hit out on him. Yeah.

911 OPERATOR 1 (00:27):
Sir, are you still on the phone?

JOHN WHITE (00:28):
Yes, ma'am. My name's John White.

911 OPERATOR 1 (00:33):
John White. And when you say you avoided a hit, what you mean by that?

JOHN WHITE (00:40):
A van approached, uh, the guys were behind me. (crying). Can you just send a police officer please?

911 OPERATOR 1 (00:52):
I'm sorry. You said a van approached and what did they do?

JOHN WHITE (00:56):
They stopped the car. A gentleman came up behind me. I ran. Can you send a police officer please, that I can speak to and document this?

911 OPERATOR 1 (01:07):

Sir, what did they do when they stepped up behind you? What did they say? Did they have any weapons?

JOHN WHITE (01:12):

I'm sorry, ma'am. Can you tell me your name please?

911 OPERATOR 1 (01:14):

PCO Simmons. Can you tell me how long ago this happened?

JOHN WHITE (01:17):

30 minutes.

911 OPERATOR 1 (01:19):

Okay. What color? You said it's a white van, is that right?

JOHN WHITE (01:22):

White van, yes, ma'am. With McCormick Paint sign on the side of the van.

911 OPERATOR 1 (01:27):

Okay. So you said a man got out of the van. What, what did they do when they got out of the vsn?

JOHN WHITE (01:32):

Excuse me. Excuse me. Excuse me ma'am. Excuse me, ma'am. Excuse me ma'am,

911 OPERATOR 1 (01:37):

I'm sorry. Your phone's breaking up.

RONALD BATEMAN (01:40):

Hi there, can you hear me?

911 OPERATOR 1 (01:42):

Yes. Is this still John?

RONALD BATEMAN (01:45):

Um, I'm sorry. My name is, uh, Ron Bateman. I'm the former sheriff of the county. I'm, uh, I'm in charge. I'm in charge of John's security. He's a little upset right now. Um, so ...

911 OPERATOR 1 (01:56):

Yeah. Who is John? Is he, is he an owner of the athletic club? Who, who is he?

2

RONALD BATEMAN (02:01):

No, no, John White is the owner of Compass Marketing. Um, and uh, I just got to him and, uh, apparently his wife was threatened on the way as he was walking to the gym this morning. So he'd like, I, I'm encouraging him to call the police to report the incident.

911 OPERATOR 1 (02:15):

Okay. So his wife was threatened?

RONALD BATEMAN (02:18):

No, his life. Correct. (laughing).

911 OPERATOR 1 (02:19):

His life. Okay. I'm trying to figure out when they got out of the van, how did they threaten him and did they have any weapons?

RONALD BATEMAN (02:27):

I, I do not know that yet. 'cause I literally just got here.

911 OPERATOR 1 (02:30):

I know, that's why I was asking John, but John gave up on answering the questions, which is, they're pretty important questions, so

RONALD BATEMAN (02:36):

I understand that.

911 OPERATOR 1 (02:37):

Can you ask John if they had any weapons? If they took anything from him? And how was his life threatened?

RONALD BATEMAN (02:42):

I will do that. I know they did not take anything. They did not take anything from him. I know that.

911 OPERATOR 1 (02:46):

Okay. Well, I'm gonna stand by on the phone. Can you ask him those questions for me please?

RONALD BATEMAN (02:50):

I will.

911 OPERATOR 1 (02:51):

Thank you.

RONALD BATEMAN (03:04):

A couple of questions she needs to ask. Um, did they have any weapons? Did you see any weapons? He didn't. He did not see any weapons.

911 OPERATOR 1 (03:11):

Okay. And what did they do to threaten his life?

RONALD BATEMAN (03:13):

And what did they do to threaten your life?

JOHN WHITE (03:16):

They stopped. Blocked my path. And then the guy came up behind me and I literally just ran, uh, … I right after, when I went this way he backed up.

RONALD BATEMAN (03:43):

So, um, this van that he told you about um, unusually. And then he takes the same path every day to the gym when he walks from his house. So what he said is the, uh, totally out of character, this van pulls up and blocks his, his path that he's walking. Um, and then, uh, someone from the rear, um, approached him, uh, quickly and, uh, and then the van moved again as John moved. And they were, they were literally the van and the person behind him were communicating each other, uh, somehow. And, uh, and then John ended up taking off running. What is significant is that John has a federal lawsuit pending, uh, against a large group of people, uh, in federal court in, in, in Baltimore. Um, so it's pretty, uh, pretty dangerous crowd, uh, that we, he has filed suit against.

911 OPERATOR 1 (04:42):

What road was he walking on when this took place?

RONALD BATEMAN (04:45):

What road was that on, John?

RONALD BATEMAN (04:49):

Chesapeake?

RONALD BATEMAN (04:51):

The parking lot, uh, same parking lot that the Annapolis Athletic Club is in.

911 OPERATOR 1 (04:56):

Oh, okay. So the Eastport Shopping Center.

RONALD BATEMAN (04:58):

Yeah.

RONALD BATEMAN (04:58):

Yeah.

911 OPERATOR 1 (04:58):

Okay. And again, about how long, you said about 30 minutes ago this happened, is that right?

RONALD BATEMAN (05:03):

Yes. Yes ma'am.

911 OPERATOR 1 (05:04):

Okay. And he's inside the, the athletic club now, right?

RONALD BATEMAN (05:08):

Yeah, I'm out, I'm outside with him. 'cause service sucks in there.

911 OPERATOR 1 (05:11):

Okay. That's fine. We'll send someone over to the athletic club to speak to him, okay?

RONALD BATEMAN (05:15):

Thank you very much.

911 OPERATOR 1 (05:16):

You are welcome. Bye-Bye

RONALD BATEMAN (05:18):

Bye-Bye.