# EXHIBIT 4

**DISTRICT COURT OF MARYLAND FOR** ANNE ARUNDEL Co.

LOCATED AT (COURT ADDRESS) 7500 RITCHIE HWY GLEN BURNIE MD 21061

DISTRICT COURT CASE NUMBER:

DEFENDANT'S NAME (LAST, FIRST, M.I.) BATEMAN, RONALD S.

| COMPLAINANT | DEFENDANT |
|---|---|
| NAME (LAST, FIRST, M.I.): GROSSMAN, P.D. — TITLE: CORPORAL | NAME (LAST, FIRST, M.I.): BATEMAN, RONALD |
| AGENCY: AC   SUB-AGENCY: 03   I.D. NO. (POLICE): 993 | MAFIS NAME: — |
| WORK TELEPHONE: —   HOME TELEPHONE: — | I.D. NO.: —   RACE: W   SEX: M   HT: 6'0   WT: 185 |
| ADDRESS: —   APT. NO.: — | CC/OCA: 16-712929   HAIR: GRY   EYES: BRO |
| CITY: —   STATE: —   ZIP CODE: — | CITY: PASADENA   STATE: MD   ZIP CODE: 21122 |

☒ DOMESTIC VIOLENCE   ☐ HATE CRIME
☐ VULNERABLE ADULT ABUSE   ☐ CHILD ABUSE

Page 1 of 1

**STATEMENT OF CHARGES**

IT IS FORMALLY CHARGED THAT THE DEFENDANT

1. CJIS CODE: 1415   AR: 1   ON OR ABOUT (DATE): April 10, 2016

IN PASADENA, A.A. Co., MD., did assault Elsie Mae Bateman in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

IN VIOLATION OF:
☒ MD. ANN. CODE ART 3 SEC. 203 ; ☐ COMMON LAW OF MD: ___ ; ☐ PUB. LOCAL LAW ART. ___ SEC. ___

PROBABLE CAUSE ☐ Y ☐ N

☐ COMAR OR AGENCY CODE NO. ___ ; ☐ ORDINANCE NO. ___ ; AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE

COMMISSIONER INITIALS ___ ID NO. ___

2. CJIS CODE: ___   AR: ___   ON OR ABOUT (DATE): ___   AT (PLACE): ___

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: 4/10/16   ISSUING PEACE OFFICER: Cpl P.D. GROSSMAN
AGENCY: AC   SUB-AGENCY: 03   I.D. NO.: 993

TR# 150001090315

STATE'S ATTORNEY

DC-CR-002 (Rev. 7/2014) Print date 04/2015



**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

LOCATED AT (COURT ADDRESS)
7500 Ritchie Hwy.
Glen Burnie, MD 21061

DISTRICT COURT CASE NUMBER

RELATED CASES

### COMPLAINANT

| NAME (LAST, FIRST, M.I.) | | TITLE |
|---|---|---|
| Cpl. P. D. Grossman | | |

| AGENCY | SUB-AGENCY | I.D. NO. (POLICE) |
|---|---|---|
| AC | 003 | 0993 |

| WORK TELEPHONE | HOME TELEPHONE |
|---|---|
| (410) 222-8050 | N/A |

ADDRESS: 8495 Veterans Highway   APT. NO.

| CITY | STATE | ZIP CODE |
|---|---|---|
| Millersville | MD | 21108 |

DOMESTIC VIOLENCE XXX    HATE CRIME
VULNERABLE ADULT ABUSE    CHILD ABUSE

Page 1 of 3

### DEFENDANT

| NAME (LAST, FIRST, M.I.) | | | | | TITLE |
|---|---|---|---|---|---|
| Bateman, Ronald S. | | | | | |

MAFIS (LAST, FIRST, M.I.)    TITLE

| I.D. NO. | RACE | SEX | HT | WT | D.O.B (MM/DD/YY) |
|---|---|---|---|---|---|
| | 2 | M | 6'00" | 180 | 09/12/1961 |

| CC/OCA NO. | HAIR | EYES | OTHER DESCRIPTION |
|---|---|---|---|
| 16-712929 | Gry | Bro | |

STATE: MD

WORK TELEPHONE    HOME

ADDRESS    APT. NO.

| CITY | STATE | ZIP CODE |
|---|---|---|
| Pasadena | MD | 21122 |

### STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

On 4/10/16 at approximately 1922 hrs., I responded to ▮▮▮▮▮ in Pasadena, A. A. Co., MD for a report of a possible domestic assault that just occurred. When I arrived, I spoke to the victim, Ms. Elsie Bateman. Ms. Bateman said that she and her husband, Mr. Ronald Bateman, got into an argument tonight after she came home from dinner. Ms. Bateman said she went outside to rearrange their vehicles and Mr. Bateman came outside and told her to keep away from his stuff. Ms. Bateman said they ultimately continued their argument inside their house in the master bedroom. Ms. Bateman said Mr. Bateman told her to get out of the house. Ms. Bateman advised she was going to leave the house, but she did not have any money. Ms. Bateman said she grabbed Mr. Bateman's money clip because it had cash. Ms. Bateman claimed Mr. Bateman had "cut her money off." Ms. Bateman advised Mr. Bateman became angry because she was attempting to take his money. Ms. Bateman said they continued arguing and then Mr. Bateman pushed her onto the bed. Ms. Bateman

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

PROBABLE CAUSE CHARGES #
LACK OF PROBABLE CAUSE CHARGES #

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

| DATE | ARRESTING OFFICER |
|---|---|
| April 10, 2016 | P. D. Grossman |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AC | 003 | 0993 |

I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT

THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE

| DATE | JUDICIAL OFFICER | COMMISSIONER I.D. NO. |
|---|---|---|

TRACKING NUMBER 150001090315

PC DC/CR 4 (Rev. 4/2002)
COURT COPY

**DISTRICT COURT OF MARYLAND FOR** Anne Arundel County

LOCATED AT (COURT ADDRESS)
7500 Ritchie Hwy
Glen Burnie, MD 21061

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST M.I.)
Bateman, Ronald S.

MAFIS NAME

Page 2 of 3

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

began yelling for her ▇▇▇▇▇▇▇▇▇▇▇▇▇ said he came into the master bedroom and saw Mr. Bateman holding his mother down on the bed. ▇▇ said Mr. Bateman was using both hands to hold Ms. Bateman down. ▇▇ advised he was able get Mr. Bateman off of his mother. Ms. Bateman then told ▇▇▇▇ to go back into his bedroom.

Ms. Bateman said they continued to argue in the hallway, just outside of the master bedroom. Ms. Bateman said Mr. Bateman grabbed her again and she slapped him in the face. Ms. Bateman said Mr. Bateman pushed her to the floor in their craft room. Ms. Bateman said she began screaming for ▇▇▇▇ gain. ▇▇▇ said he went into the craft room to help his mother and saw that she was lying on the floor with Mr. Bateman holding Ms. Bateman on the floor. ▇▇ admitted seeing his mother slap Mr. Bateman in the face, but in his opinion, it was in self defense. Ms. Bateman said Mr. Bateman threw her into a wall in the craft room and she hit the back of her head. Ms. Bateman said Mr. Bateman hit her in the left side of her face and her mouth. I saw very slight redness along Ms. Bateman's left cheek near her left eye. The blood vessels in her left eye appeared to be busted and Ms. Bateman had a small swollen spot on the left side of her lower lip. Ms. Bateman claimed that all of these injuries occurred during the time Mr. Bateman threw her on the bed in the master bedroom and when he threw her onto the floor in their craft room. Ms. Bateman did not need any medical assistance at the scene.

I spoke to Mr. Bateman about the incident. Mr. Bateman, who had been drinking, admitted to getting into an argument with his wife. Mr. Bateman said his wife tried to take his money before she left the house. Mr. Bateman said he did not strike Ms. Bateman at any time, but said he did hold her down on the bed in an effort to

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE: April 10, 2016
ARRESTING OFFICER: P. D. Grossman  993



AGENCY: AC   SUB-AGENCY: 003   I.D. NO.: 0993

TRACKING NUMBER: 150001090315

PC DC/CR 4A (Rev 4/02)
COURT COPY

**DISTRICT COURT OF MARYLAND FOR** ...... Anne Arundel County ......

LOCATED AT (COURT ADDRESS)

7500 Ritchie Hwy
Glen Burnie, MD 21061

DISTRICT COURT CASE NUMBER

DEFENDANT'S NAME (LAST, FIRST M.I.)

Bateman, Ronald S.

MAFIS NAME

Page 3 of 3

## STATEMENT OF PROBABLE CAUSE (CONTINUED)
ARREST ON TRAFFIC / NATURAL RESOURCES / MASS TRANSIT CITATIONS / CRIMINAL CHARGES / MUNICIPAL ORDINANCES / PUBLIC LOCAL LAWS

retrieve the money clip she had taken without his permission.

All events occurred in Anne Arundel County, MD.

CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

| DATE | ARRESTING OFFICER |
|---|---|
| April 10, 2016 | P. D. Grossman  993 |

| AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|
| AC | 003 | 0993 |

TRACKING NUMBER
150001090315

PC DC/CR 4A (Rev 4/02)
COURT COPY