# EXHIBIT 5

Compass MARKETING

John White <jwhite@compassmarketinginc.com>

## A Q&A with Patrick Miller: Amazon's Growth Flywheel | Profitero
1 message

**chuck.rubac@gmail.com** <chuck.rubac@gmail.com>　　　　　　　　　　　　　　　　Sun, Oct 6, 2019 at 8:26 PM
To: jwhite@compassmarketinginc.com

https://www.profitero.com/2016/04/a-qa-with-patrick-miller-amazons-growth-flywheel/