# EXHIBIT 6

LAW OFFICES
## KAGAN STERN MARINELLO & BEARD, LLC
238 WEST STREET
ANNAPOLIS, MARYLAND 21401
Telephone 410-216-7900
Facimile 410-705-0836

Compass Marketing, Inc.
c/o John White, CEO
222 Severn Avenue - Building 14 - Suite 200
Annapolis, Maryland 21403

August 5, 2019

**Matter:** 191668
**ATTN:**
**Invoice:** 703
**RE:** Shareholder Dispute

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Jul-08-19 | Meet with J. White regarding status and strategy. | 0.60 | 225.00 | SBS |
| Jul-09-19 | Telephone call with C. Rubac regarding status and strategy. | 0.30 | 112.50 | SBS |
| Jul-15-19 | Meet with C. Rubac and R. Bateman (1.4); preliminary review and analysis of Ascential financial report (.5). | 1.90 | 712.50 | SBS |
| Jul-16-19 | Research civil RICO claim elements (3.0) [Half Charge = $225.00]; research civil RICO standing requirements (1.0); draft memo regarding same (.3). | 2.80 | 420.00 | EMM |
| Jul-17-19 | Research civil RICO predicate offenses (1.3); research and identify issues regarding civil RICO claim elements (2.0); draft memo regarding same (.3) [No Charge = $45.00]. | 3.30 | 495.00 | EMM |
| Jul-18-19 | Meet with J. White regarding strategy. | 0.20 | 75.00 | SBS |
|  | Research factually analogous civil RICO case law. | 2.30 | 345.00 | EMM |
| Jul-19-19 | Analyze RICO/fraud issues. | 0.20 | 75.00 | SBS |
| Jul-26-19 | Research ivil RICO predicate offense elements (1.0); identify possible legal issues regarding predicate offenses (.2); draft memo regarding same (.1) [No Charge = $15.00]. | 1.20 | 180.00 | EMM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-29-19 | Review and analyze emails and letters seeking to regain access to Google and Microsoft accounts. | 0.10 | 37.50 | SBS |
| Jul-30-19 | Confer with L. McClellan regarding RICO research and analysis. | 0.70 | 262.50 | SBS |
|  | Status update with S. Stern regarding civil RICO (.7) [No Charge = $105.00]. | 0.70 | 0.00 | EMM |
| Jul-31-19 | Research civil RICO damages (1.1); draft memo regarding same (.1) [No Charge = $15.00]. | 1.10 | 165.00 | EMM |
|  | Totals | 15.40 | $3,105.00 |  |

**TOTAL FEES & DISBURSEMENTS THIS INVOICE**     $3,105.00

Previous Balance     3,037.50

**TOTAL AMOUNT DUE**     **$6,142.50**

*Payable to Kagan Stern Marinello & Beard, LLC*

### Timekeeper Summary:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Stephen Stern | 4.00 | $375.00 | $1,500.00 |
| Elizabeth McClellan | 11.40 | $150.00 | $1,605.00 |

Kagan Stern Marinello & Beard, LLC accepts credit cards through LawPay
Go to https://secure.lawpay.com/pages/kaganstern/trust
or visit www.kaganstern.com
(2% administrative surcharge fee applies)

PLEASE SEND PAYMENT TO:
KAGAN STERN MARINELLO & BEARD, LLC
238 WEST STREET
ANNAPOLIS, MD 21401