# EXHIBIT 7

Compass MARKETING

John White <jwhite@compassmarketinginc.com>

## possible contingency case vs. Dan & Chip
1 message

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>  Tue, Jul 16, 2019 at 8:30 AM
To: John White <jwhite@compassmarketinginc.com>

I spoke to one of our top litigators, John Kennedy who was intrigued by the concept and would be willing to discuss it further.  Let me know some available times and I can try to set up a call (also let me know if you want to include Steven or anyone else on that call)…

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
www.taftlaw.com / mgoldsmith@taftlaw.com

 Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Compass MARKETING                                        John White <jwhite@compassmarketinginc.com>

## RE: possible contingency case vs. Dan & Chip
1 message

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>                          Tue, Jul 16, 2019 at 6:00 PM
To: John White <jwhite@compassmarketinginc.com>

John has won some big lawsuits for Peoples Gas in Illinois (they have booted out other counsel recently to take over more of their matters...not sure if I have any clippings on it)...

**From:** John White <jwhite@compassmarketinginc.com>
**Sent:** Tuesday, July 16, 2019 9:07 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** Re: possible contingency case vs. Dan & Chip

Didn't he case Kennedy had get any press? Anything I can read about ?

John White
Chairman/CEO
Compass Marketing Inc
www.compassmarketinginc.com

On Tue, Jul 16, 2019, 5:30 AM Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com> wrote:

> I spoke to one of our top litigators, John Kennedy who was intrigued by the concept and would be willing to discuss it further. Let me know some available times and I can try to set up a call (also let me know if you want to include Steven or anyone else on that call)...

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
www.taftlaw.com / mgoldsmith@taftlaw.com

 Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received

COMPASS MARKETING                                        John White <jwhite@compassmarketinginc.com>

## Re: Proposal for litigation assessment/engagement - subject to attorney client privilege

1 message

**John White** <jwhite@compassmarketinginc.net>                              Fri, Sep 20, 2019 at 12:12 PM
To: "Kennedy, John" <jkennedy@taftlaw.com>, "Goldsmith, Mitchell D." <mgoldsmith@taftlaw.com>, John White <jwhite@compassmarketinginc.com>
Cc: "stern@kaganstern.com" <stern@kaganstern.com>, "Babbitt, Elizabeth E." <ebabbitt@taftlaw.com>

Thanks John

We have a follow up meeting with the FBI on Monday.
After understanding how they intend to prosecute and / or if restitution can be included we will decide on engagement.

We do understand the concern around potential statute of limitations for some of the civil claims.

We will make an informed business decision next week. Appreciate your patience while we consider our best options.

Thanks John
John


Get Outlook for Android

---

**From:** Kennedy, John <jkennedy@taftlaw.com>
**Sent:** Friday, September 20, 2019 11:51:41 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>; John White <jwhite@compassmarketinginc.com>
**Cc:** stern@kaganstern.com <stern@kaganstern.com>; Babbitt, Elizabeth E. <ebabbitt@taftlaw.com>
**Subject:** RE: Proposal for litigation assessment/engagement - subject to attorney client privilege

Mitch and John: Good morning.

I understand Mitch is on his way to Alaska. Next week, I am on the road on a field investigation from Monday – Wednesday.

In the meantime, I am confirming that Taft has not been engaged to represent Compass or John White or any related entities on the Compass matter. This is important to note because there very well may be an imminent statute of limitations problem for certain claims Compass may have. Compass should not rely on Taft for any advice, investigation, analysis or recommendations on any matters involved in the Compass matter as Taft was not retained and did not serve as counsel. Compass should take whatever steps it deems necessary to protect its interests and consult promptly with legal counsel. I have copied Compass' counsel on this email as well.

Thank you

## Fwd: possible contingency case vs. Dan & Chip
1 message

**John White** <jwhite@compassmarketinginc.com>  
To: chuck.rubac@gmail.com

Sat, Jul 20, 2019 at 1:39 PM

John White  
Chairman/CEO  
Compass Marketing Inc  
www.compassmarketinginc.com

---------- Forwarded message ---------  
From: **Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>  
Date: Tue, Jul 16, 2019, 6:00 PM  
Subject: RE: possible contingency case vs. Dan & Chip  
To: John White <jwhite@compassmarketinginc.com>

John has won some big lawsuits for Peoples Gas in Illinois (they have booted out other counsel recently to take over more of their matters...not sure if I have any clippings on it)...

**From:** John White <jwhite@compassmarketinginc.com>  
**Sent:** Tuesday, July 16, 2019 9:07 AM  
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>  
**Subject:** Re: possible contingency case vs. Dan & Chip

Didn't he case Kennedy had get any press? Anything I can read about ?

John White  
Chairman/CEO  
Compass Marketing Inc  
www.compassmarketinginc.com

On Tue, Jul 16, 2019, 5:30 AM Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com> wrote:

> I spoke to one of our top litigators, John Kennedy who was intrigued by the concept and would be willing to discuss it further. Let me know some available times and I can try to set up a call (also let me know if you want to include Steven or anyone else on that call)...

## Taft /

**Mitchell D. Goldsmith** / Partner  
Taft Stettinius & Hollister LLP  
111 E. Wacker Drive, Suite 2800  
Chicago, Illinois 60601-3713  
Tel: 312.527.4000 • Fax: 312.966.8479

Compass MARKETING                                          John White <jwhite@compassmarketinginc.com>

## Proposal for litigation assessment/engagement - subject to attorney client privilege

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>                                Mon, Sep 9, 2019 at 12:01 PM
To: John White <jwhite@compassmarketinginc.com>
Cc: "Kennedy, John" <jkennedy@taftlaw.com>

John, it was good catching up with you on Saturday. John K had sent me the following which lays out the terms on which Taft would be willing to proceed. Let me know if this is acceptable, and if so, we will draw up a formal engagement letter which will be binding only if fully executed. As we noted previously, this will require some intensive work to complete the assessment and if requested assist in the drafting of a complaint, and due to the apparent statute of limitations issues, needs to be started almost immediately if you want to provide sufficient time to assess the claim and assess Steve Stern in getting a complaint on file before the statute of limitations are almost assuredly an issue (and could possibly be an issue even now). Let us know your thoughts.

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
**www.taftlaw.com** / mgoldsmith@taftlaw.com

 Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Kennedy, John
**Sent:** Friday, September 6, 2019 10:56 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** RE: John White

Terms

1. Kennedy 30% discount from $650 hourly= $455 hourly

2. Babbitt: $390 to $365;

3. Associates: Standard rates

4. $50,000 retainer payable before any work commences

5. Limited engagement to investigate the current information and assess theories of liability/counts for a complaint. There is a statute of limitations issue which John White and Stephen Stern are aware of that may run in October, 2019. They need to act before this runs. We have not investigated this issue, as we have discussed this issue with John W. and Stephen Stern.

6. 3x discounted rate if we prevail.

John

*Compass* MARKETING                                       John White <jwhite@compassmarketinginc.com>

## Just following up to see if you want to move forward with Kennedy & team on the pre-lawsuit work

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>                    Tue, Sep 10, 2019 at 4:14 PM
To: John White <jwhite@compassmarketinginc.com>

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
www.taftlaw.com / mgoldsmith@taftlaw.com

 Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Compass MARKETING | John White <jwhite@compassmarketinginc.com>

## FW: Just following up to see if you want to move forward with Kennedy & team on the pre-lawsuit work

**Goldsmith, Mitchell D.** <mgoldsmith@taftlaw.com>  Wed, Sep 11, 2019 at 6:38 PM
To: John White <jwhite@compassmarketinginc.com>

Just pinging again, since this is so time sensitive. How are things going in Saudi Arabia? Do they want to hire Ron Earley as a goat herder?

# Taft /

**Mitchell D. Goldsmith** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8479
Direct: 312.836.4006 • Cell: 312.320.4657
www.taftlaw.com / mgoldsmith@taftlaw.com

Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.