# EXHIBIT 8

Compass MARKETING                                                John White <jwhite@compassmarketinginc.com>

## RE: Proposal for litigation assessment/engagement - subject to attorney client privilege

**Kennedy, John** <jkennedy@taftlaw.com>                                      Fri, Sep 20, 2019 at 11:51 AM
To: "Goldsmith, Mitchell D." <mgoldsmith@taftlaw.com>, John White <jwhite@compassmarketinginc.com>
Cc: "stern@kaganstern.com" <stern@kaganstern.com>, "Babbitt, Elizabeth E." <ebabbitt@taftlaw.com>

Mitch and John: Good morning.

I understand Mitch is on his way to Alaska. Next week, I am on the road on a field investigation from Monday – Wednesday.

In the meantime, I am confirming that Taft has not been engaged to represent Compass or John White or any related entities on the Compass matter. This is important to note because there very well may be an imminent statute of limitations problem for certain claims Compass may have. Compass should not rely on Taft for any advice, investigation, analysis or recommendations on any matters involved in the Compass matter as Taft was not retained and did not serve as counsel. Compass should take whatever steps it deems necessary to protect its interests and consult promptly with legal counsel. I have copied Compass' counsel on this email as well.

Thank you

John

# Taft /

**John F. Kennedy** / Partner
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
Tel: 312.527.4000 • Fax: 312.966.8486
Direct: 312.836.4122
www.taftlaw.com / jkennedy@taftlaw.com

 Taft Bio           Taft vCard

Subscribe to our law updates

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Sent:** Monday, September 9, 2019 11:02 AM
**To:** John White <jwhite@compassmarketinginc.com>

**Cc:** Kennedy, John <jkennedy@taftlaw.com>
**Subject:** Proposal for litigation assessment/engagement - subject to attorney client privilege

John, it was good catching up with you on Saturday. John K had sent me the following which lays out the terms on which Taft would be willing to proceed. Let me know if this is acceptable, and if so, we will draw up a formal engagement letter which will be binding only if fully executed. As we noted previously, this will require some intensive work to complete the assessment and if requested assist in the drafting of a complaint, and due to the apparent statute of limitations issues, needs to be started almost immediately if you want to provide sufficient time to assess the claim and assess Steve Stern in getting a complaint on file before the statute of limitations are almost assuredly an issue (and could possibly be an issue even now). Let us know your thoughts.

**From:** Kennedy, John
**Sent:** Friday, September 6, 2019 10:56 AM
**To:** Goldsmith, Mitchell D. <mgoldsmith@taftlaw.com>
**Subject:** RE: John White

Terms

1. Kennedy 30% discount from $650 hourly= $455 hourly

2. Babbitt: $390 to $365;

3. Associates: Standard rates

4. $50,000 retainer payable before any work commences

5. Limited engagement to investigate the current information and assess theories of liability/counts for a complaint. There is a statute of limitations issue which John White and Stephen Stern are aware of that may run in October, 2019. They need to act before this runs. We have not investigated this issue, as we have discussed this issue with John W. and Stephen Stern.

6. 3x discounted rate if we prevail.

John