# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Defendant Compass Marketing, Inc.'s Motion for Extension to File Opposition to Non-Party Michael R. White's Motion for Sanctions (ECF 270), it is this _____ day of May, 2024, by the United States District Court for District of Maryland, hereby:

**ORDERED**, that Defendant's Motion (ECF 270) is **GRANTED**; and it is further

**ORDERED**, that any opposition to the Motion for Sanctions shall be filed by or before June 27, 2024.

_____
Ellen Lipton Hollander
United States District Court Judge