# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA** | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Non-Party Michael R. White's Motion for Sanctions (ECF 270), and Defendant Compass Marketing, Inc.'s Opposition to Non-Party Michael White's Motion for Sanctions (ECF 272), it is this _____ day of _____, 2024, by the United States District Court for District of Maryland, hereby:

**ORDERED**, that Non-Party Michael R. White's Motion for Sanctions (ECF 270) is **DENIED**.

_____
Ellen Lipton Hollander
United States District Court Judge