# Exhibit 1

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 200710849767
Filing Date/Time: 07/10/2020 01:50 AM
Effective Date/Time: 07/10/2020 01:50 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Business Filings Incorporated | Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |
| Locality: | HENRICO COUNTY | | |

### Principal Office Address

Address: John D White, 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Chief Executive Officer | Yes | JOHN DAVID WHITE | 222 SEVERN AVE, SUITE 200, Annapolis, MD, 21403, USA |
| President | Yes | JERRY CAIN | 222 SEVERN AVE, SUITE 200, Annapolis, MD, 21403, USA |
| Chief Administrative Officer | No | ERIN SONGER | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Strategy Officer | No | CHRIS FEISS | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| SVP, Corporate Controller | No | LUIS A FERNANDEZ | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |

### Signature Information

Date Signed: 07/10/2020

| Printed Name | Signature | Title |
|---|---|---|
| LUIS A FERNANDEZ | LUIS A FERNANDEZ | SVP, CORPORATE CONTROLLER |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2012152689647
Filing Date/Time: 12/15/2020 09:16 PM
Effective Date/Time: 12/15/2020 09:16 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Business Filings Incorporated | Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |
| Locality: | HENRICO COUNTY | | |

### Principal Office Address

Address:   John D White, 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Chief Executive Officer | Yes | JOHN DAVID WHITE | 222 SEVERN AVE, SUITE 200, Annapolis, MD, 21403, USA |
| President | No | JERRY CAIN | 222 SEVERN AVE, SUITE 200, Annapolis, MD, 21403, USA |
| Chief Administrative Officer | No | ERIN SONGER | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Strategy Officer | No | CHRIS FEISS | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| SVP, Corporate Controller | No | LUIS A FERNANDEZ | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Technology Officer | No | JONATHAN GUNNAR STAPLES | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |

### Signature Information

Date Signed: 12/15/2020

| Printed Name | Signature | Title |
|---|---|---|
| Luis A Fernandez | Luis A Fernandez | SVP, Corporate Controller |

```
Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2106073330602
Filing Date/Time: 06/07/2021 10:53 AM
Effective Date/Time: 06/07/2021 10:53 AM
```

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Business Filings Incorporated | Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |
| Locality: | HENRICO COUNTY | | |

### Principal Office Address

Address: JOHN WHITE, 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Chief Executive Officer | Yes | JOHN DAVID WHITE | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| President | No | JERRY CAIN | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| SVP & Corporate Controller | No | LUIS FERNANDEZ | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Administrative Officer | No | Erin Songer | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Strategy Officer | No | Christopher Feiss | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |
| Chief Technology Officer | No | J. Gunnar Staples | 222 Severn Ave Ste 200, Annapolis, MD, 21403 - 2629, USA |

### Signature Information

Date Signed: 06/07/2021

| Printed Name | Signature | Title |
|---|---|---|
| Luis Fernandez | Luis Fernandez | SVP & Corporate Controller |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2203074280671
Filing Date/Time: 03/07/2022 07:13 PM
Effective Date/Time: 03/07/2022 07:13 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Northwest Registered Agent LLC | Registered Office Address: | 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462 - 3262, USA |
| Locality: | VIRGINIA BEACH CITY | | |

### Principal Office Address

Address: John White, 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| OWNER | Yes | JOHN DAVID WHITE | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Executive Officer | No | P TODD MITCHELL | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| President | No | JERRY CAIN | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| SVP & Corporate Controller | No | LUIS A FERNANDEZ | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Administrative Officer | No | ERIN SONGER | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Strategy Officer | No | CHRIS FEISS | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Innovation Officer | No | J GUNNAR STAPLES | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |

### Signature Information

Date Signed: 03/07/2022

| Printed Name | Signature | Title |
|---|---|---|
| LUIS A FERNANDEZ | LUIS A FERNANDEZ | SVP & CORPORATE CONTROLLER |

```
Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2203084284183
Filing Date/Time: 03/08/2022 01:19 PM
Effective Date/Time: 03/08/2022 01:19 PM
```

## Stock Corporation - Statement of Change of Registered Office and/or Registered Agent

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Status: | Active | | |

### Previous Registered Agent Information

RA Type: Entity  
Locality: VIRGINIA BEACH CITY  
RA Qualification:  
Name: Northwest Registered Agent LLC

The corporation's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address: 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462 - 3262, USA

### Registered Agent Information

RA Type: Entity  
Locality: HENRICO COUNTY  
RA Qualification: N/A  
Name: Business Filings Incorporated

The corporation's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address: 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA

### Signature Information

Date Signed: 03/08/2022

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| COMPASS MARKETING INC | Stock Corporation | Luis A Fernandez | Luis A Fernandez | SVP & Corporate Controller |

```
Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2212275300130
Filing Date/Time: 12/27/2022 11:29 AM
Effective Date/Time: 12/27/2022 11:29 AM
```

## Stock Corporation - Annual Report

### Entity Information

| | |
|---|---|
| Entity Name: | COMPASS MARKETING, INC. |
| Entity ID: | 04979506 |
| Jurisdiction: | VA |
| Status: | Active |
| Total Shares: | 1500 |
| Entity Type: | Stock Corporation |
| Formation Date: | 02/05/1998 |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Entity |
| Name: | Business Filings Incorporated |
| Locality: | HENRICO COUNTY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |

### Principal Office Address

Address:   John White, 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Chairman | Yes | JOHN DAVID WHITE | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Executive Officer | No | P TODD MITCHELL | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| President | No | JERRY CAIN | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Financial Officer | No | LUIS A FERNANDEZ | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Administrative Officer | No | ERIN SONGER | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Strategy Officer | No | CHRIS FEISS | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Innovation Officer | No | J GUNNAR STAPLES | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |

### Signature Information

Date Signed: 12/27/2022

| Printed Name | Signature | Title |
|---|---|---|
| Luis A Fernandez | Luis A Fernandez | Chief Financial Officer |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2303135615799
Filing Date/Time: 03/13/2023 01:13 PM
Effective Date/Time: 03/13/2023 01:13 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Business Filings Incorporated | Registered Office Address: | 4701 Cox Rd Ste 285, Glen Allen, VA, 23060 - 6808, USA |
| Locality: | HENRICO COUNTY | | |

### Principal Office Address

Address: John White, 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Executive Chairman & CEO | Yes | JOHN DAVID WHITE | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| President | No | JERRY CAIN | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Financial Officer | No | LUIS A FERNANDEZ | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Administrative Officer | No | ERIN SONGER | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Innovation Officer | No | J GUNNAR STAPLES | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |

### Signature Information

Date Signed: 03/13/2023

| Printed Name | Signature | Title |
|---|---|---|
| Luis A Fernandez | Luis A Fernandez | Chief Financial Officer |