IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

DAVID JOHN BOSHEA,

    Plaintiff,

v.

    Case No. 1:21-cv-00309-ELH

COMPASS MARKETING, INC.

    Defendant.

### ~~PROPOSED~~ ORDER  *ELH*

Upon consideration of the Local Rule 101.2.a Certificate and Motion for Leave to Withdraw as Counsel, it is this 15th day of July, 2024 by the United States District Court for the District of Maryland ORDERED that:

1. The Motion for Leave to Withdraw as Counsel is GRANTED;

2. Justin A. Redd, Esquire and Kramon & Graham, P.A.'s appearance is hereby WITHDRAWN ~~; and~~

3. ~~Non-Party Michael R. White shall advise the Clerk of Court whether he will be having new counsel enter an appearance or if he will be proceeding without counsel.~~ *ELH*

                                       */s/ Ellen L. Hollander*
                                       Ellen L. Hollander
                                       United States District Judge

4863-2610-6556, v. 1