IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,

   *Plaintiff,*

v.

COMPASS MARKETING, INC.,

   *Defendant.*

Civil Action No. ELH-21-00309

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 7th day of August 2024, by the United States District Court for the District of Maryland, **ORDERED:**

1. The "Request for a Hearing" (ECF 256) is **DENIED**.

2. The "Renewed Motion for Judgment as a Matter of Law, or, in the Alternative, Motion for a New Trial" (ECF 255) is **GRANTED**, in part. Specifically, the Motion for Judgment as a Matter of Law under Fed. R. Civ. P. 50 is **DENIED**. However, the Motion for a New Trial under Rule 59 is **GRANTED**.

3. Boshea is permitted to move to amend his Second Amended Complaint, to add a claim based on an oral contract, due by **August 23rd, 2024**.

4. Boshea is permitted to request additional handwriting exemplars from John White. The experts may revise or supplement their expert reports based on the additional exemplars. And, the parties may conduct depositions of the experts, limited to revisions or supplements to the expert reports. The dates will be determined at an upcoming telephone conference.

5. The Court will hold a telephone scheduling conference with counsel at **5:00 p.m. on August 21, 2024**.

/s/
Ellen Lipton Hollander
United States District Judge