# Exhibit A



David Boshea  
2007  
4839 Clearwater LN.  
Naperville, IL. 60564

May 16,

Dear Dave,

This letter will confirm our preliminary offer for you to consider employment at Compass Marketing. To assume the position of Sr. Account Executive, we will offer you a salary of $180,000 per year. Additionally, an undefined bonus based on corporate and personal performance will be possible each year. Additionally, we will include health insurance, a $500 car allowance, 401k, home office expense, lap top, copy machine, and reimbursement of all business related travel. You will be granted two weeks vacation in 2007, and three weeks in 2008.

In exchange for your execution of our company non-compete and non-disclosures we will offer an "involuntary exit package" of 3 times your salary (1 year will be immediately vested, with the additional 2 years accrued over the next three years). This will cover any involuntary termination from the company, other then for cause.

Additionally, 100 percent of your business related membership fees at White Eagle Golf Course will be reimbursed for a total of $32,000 over three years ($12,000 up front, and $10,000 each December. Proper expense documentation will of course be required for each reimbursement.

Upon acceptance of this letter of intent, I will send you a full employment agreement for your consideration. Call me with any questions.

Best Regards

612 3rd Street, Suite 200, Annapolis, MD 21403; (410) 268-0030; Fax 301-542-0196  
jwhite@compassmarketinginc.com



John White
Chairman/CEO
Compass Marketing Inc.