IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID J. BOSHEA | * |
| Plaintiff | * |
| v. | * Case No. 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This matter having come before the Court on David Boshea's Unopposed Motion to Extend Time to File Response, the premise having been considered, the motion shall be and hereby is Granted. David Boshea shall file his response to Defendant Compass Marketing, Inc.'s Motion for Reconsideration of Order Denying Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for Reconsideration of Order Granting a New Trial on All Claims on or before September 26, 2024.

This 19th day of Sept 2024.

_____
Ellen L. Hollander
United States District Judge