IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
*Plaintiff,*

v.

COMPASS MARKETING, INC.,
*Defendant*.

Civil No. ELH-21-309

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 8th day of November 2024, by the United States District Court for the District of Maryland, **ORDERED:**

1. The Judgment of March 8, 2024 (ECF 254) is **VACATED**;

2. The Order of April 16, 2024, docketed at ECF 260, is **VACATED**; and

3. "Defendant Compass Marketing, Inc.'s Motion For Reconsideration Of Order Denying Renewed Motion For Judgment As A Matter Of Law Or, In The Alternative, Motion For Reconsideration Of Order Granting A New Trial On All Claims" (ECF 279) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge