## United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 25, 2024

LETTER TO COUNSEL

    Re:    *Boshea v. Compass Marketing, Inc.*
             Civil No.:  ELH-21-0309

Dear Counsel:

    This letter will confirm that the motions in limine hearing scheduled for February 7, 2025, has been rescheduled to **February 4, 2025, at 10:00 a.m.** The hearing will be held in Courtroom 5B.

    The pretrial conference will be held in Chambers 5B on **February 14, 2025, beginning at 2:00 p.m.**

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                             Sincerely,

                             /s/
                         Ellen Lipton Hollander
                         United States Senior District Judge