**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of                                                                 101 West Lombard Street
**Ellen Lipton Hollander**                                          Baltimore, Maryland 21201
District Court Judge                                                              410-962-0742

January 14, 2025

LETTER TO COUNSEL

    Re:   *David John Boshea v. Compass Marketing, Inc.*
            Civil No.: ELH-21-0309

Dear Counsel:

The Court held a telephone conference with counsel on January 14, 2025, to discuss the schedule in this case. *See* ECF 277. At the request of defense counsel, and for medical reasons, the trial date of February 24, 2025, has been rescheduled. Trial will begin at 9:30 a.m. on **April 21, 2025 (jury, six days).**

The following schedule shall also govern:

1. The proposed joint pretrial order; proposed joint voir dire; proposed joint jury instructions; and proposed joint verdict sheet are due by **5:00 p.m. on March 7, 2025.**

   Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree. Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen_warren@mdd.uscourts.gov   Please be sure to include a table of contents and "boilerplate" instructions with the proposed jury instructions, as well as legal citations for any contested proposed jury instructions. In the event that you cite to an opinion that is not in a reporter, please cite to Westlaw, in addition to or in lieu of Lexis.

2. A motions in limine hearing will be held on **March 6, 2025, at 10:00 a.m.**

3. The pretrial conference will be held in Chambers 5B on **March 26, 2025, at 4:00 p.m.**

Despite the informal nature of this letter, it is an Order of the Court and the Clerk shall docket it as such.

                                                      Sincerely,

                                                      /s/
                                                      Ellen Lipton Hollander
                                                      United States District Judge