### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **DAVID J. BOSHEA,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No. 1:21-CV-00309-ELH |
| **COMPASS MARKETING, INC.,** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REPLY IN SUPPORT OF MOTION *IN LIMINE*
### TO BAR MATTERS REGARDING THE FIRST TRIAL

David Boshea, in support of his Motion in Limine to Bar Matters Regarding the First Trial, seeks to clarify the position asserted in the motion. As stated in the initial paragraph of the motion, the entry of the order granting the motion would allow for the admission of testimony presented for impeachment, which would include challenging prior inconsistent statements. Again, as stated in the motion's first paragraph, to the extent any party refers to testimony provided at the previous trial, counsel shall refer to the trial as the "prior proceedings."

WHEREFORE, the plaintiff, David J. Boshea, respectfully requests this Court for an order barring counsel and all witnesses from making any reference to the first trial, through argument, or on direct or cross-examination, excepting testimony presented for impeachment, and to the extent a party seeks to impeach a witness, they must refer to the first trial as a prior proceeding or prior proceedings, and for other just relief.

**RESPECTFULLY SUBMITTED,**

By:  /s/ Gregory J. Jordan
Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Drive, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com

Thomas J. Gagliardo (Bar No. 08499)
Of Counsel
Gilbert Employment Law, P.C.
1100 Wayne Ave, Suite 900
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

'

## **CERTIFICATE OF SERVICE**

      I certify that on January 24, 2025, David J. Boshea served his Reply in Support of Motion in *Limine* to Bar Matters Regarding the First Trial by CM/ECF on:

>Stephen B. Stern
>Shannon Hayden
>Kagan Stern Marinello & Beard, LLC
>238 West Street
>Annapolis, Maryland 21401
>Email: stern@kaganstern.com
>Email: hayden@kaganstern.com

*Attorneys for Compass Marketing, Inc.*

                            */s/* Gregory J. Jordan
                            Gregory J. Jordan