IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
  *Plaintiff*,

  v.              Civil No. ELH-21-309

COMPASS MARKETING, INC.,
  *Defendant*.

**ORDER**

Upon consideration of the Motion for Extension to File Proposed Joint Pretrial Order, Voir Dire, Jury Instructions, and Verdict Sheet (ECF 306), it is this ____ day of March 2025, by the United State District Court for the District of Maryland, **ORDERED:**

The Motion is **GRANTED**, and the Parties shall file their Proposed Joint Pretrial Order; Voir Dire; Jury Instructions; and Verdict Sheet; on or before March 17, 2025 at 5:00 PM.

_____
Ellen Lipton Hollander
United States District Judge