IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
*Plaintiff*,

v().  Civil No. ELH-21-309

COMPASS MARKETING, INC.,
*Defendant*.

## ORDER

Upon consideration of the Motion for Extension to File Proposed Joint Pretrial Order, Voir Dire, Jury Instructions, and Verdict Sheet (ECF 306), it is this 10th day of March 2025, by the United State District Court for the District of Maryland, **ORDERED**:

The Motion is **GRANTED**, and the Parties shall file their Proposed Joint Pretrial Order; Voir Dire; Jury Instructions; and Verdict Sheet; on or before March 17, 2025 at 5:00 PM. Provided, however, that by March 12, 2025, plaintiff may move to rescind this Order as improvidently granted.

Ellen Lipton Hollander
United States District Judge