IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **THE ESTATE OF DAVID JOHN BOSHEA** | * |
| | * |
| Plaintiff, | * |
| | * Case No. 1:21-CV-00309-ELH |
| v. | * |
| | * |
| COMPASS MARKETING, INC. | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### SUGGESTION OF DEATH ON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY

Counsel for David John Boshea, the Plaintiff, gives notice and suggests on the record, under Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel discovered David John Boshea's death. Mr. Boshea passed away on January 28, 2025. Counsel has attached his Death Certificate as Exhibit A. Ashley Boshea will serve as the appointed administrator of the estate of David John Boshea.

Under Rule 25(a) of the Federal Rules of Civil Procedure, it is requested that "Ashley Boshea, administrator of the Estate of David John Boshea, Deceased" be substituted in place of "David John Boshea" as plaintiff in this action, so that Decedent's claims survive, and the action on her behalf may proceed.

The request under this Motion is not sought for delay, but so that justice may be done.

/s/ Gregory J. Jordan
Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 700
Chicago, Illinois 60654

Email:  gjordan@jz-llc.com

and

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, Maryland 20910
Email:  tgagliardo@gelawyer.com

Attorneys for David John Boshea