# Exhibit A

# CERTIFICATION OF DEATH RECORD

**WILL COUNTY LOCAL REGISTRAR**
**JOLIET, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| STATE FILE NUMBER | 2025 0009147 |
| DATE ISSUED | 2/3/2025 |
| DECEDENT'S LEGAL NAME | DAVID JOHN BOSHEA JR |
| SEX | MALE |
| DATE OF DEATH | JANUARY 28, 2025 |
| COUNTY OF DEATH | WILL |
| AGE AT LAST BIRTHDAY | 62 YEARS |
| DATE OF BIRTH | APRIL 02, 1962 |
| CITY OR TOWN | NAPERVILLE |
| HOSPITAL OR OTHER INSTITUTION NAME | 2651 SHOWPLACE DRIVE #104 |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | BRONXVILLE, NY |
| SOCIAL SECURITY NUMBER | [REDACTED] |
| STATUS AT TIME OF DEATH | DIVORCED FROM MARRIAGE |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 2651 SHOWPLACE DRIVE |
| APT. NO. | 104 |
| CITY OR TOWN | NAPERVILLE |
| INSIDE CITY LIMITS? | YES |
| COUNTY | WILL |
| STATE | IL |
| ZIP CODE | 60564 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | DAVID JOHN BOSHEA SR |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | CAROLINE WILLIE |
| INFORMANT'S NAME | ASHLEY L BOSHEA |
| RELATIONSHIP | DAUGHTER |
| MAILING ADDRESS | 1520 COOLEY STREET APT 7, MISSOULA, MT, 59802 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | MIDWEST CREMATORY, INC |
| LOCATION - CITY OR TOWN AND STATE | NAPERVILLE, IL |
| DATE OF DISPOSITION | FEBRUARY 05, 2025 |
| FUNERAL HOME | BEIDELMAN KUNSCH FUNERAL HOME LTD, 24021 W ROYAL WORLINGTON DRIVE, NAPERVILLE, IL, 60564 |
| FUNERAL DIRECTOR'S NAME | RONALD A KURZA JR |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034017160 |
| LOCAL REGISTRAR'S NAME | ELIZABETH A BILOTTA |
| DATE FILED WITH LOCAL REGISTRAR | FEBRUARY 3, 2025 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): [REDACTED]
b. Due to (or as a consequence of): [REDACTED]
c. Due to (or as a consequence of): [REDACTED]
Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: [REDACTED]

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | JANUARY 04, 2025 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 09:30 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | JANUARY 31, 2025 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | BOB GLADIOUS WILLIAM MD, 16519 ILLINOIS RTE 59, PLAINFIELD, ILLINOIS, 60586 |
| PHYSICIAN'S LICENSE NUMBER | 036124475 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Elizabeth A Bilotta*
Elizabeth A Bilotta
Registrar
Will County Health Department

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

