# EXHIBIT 1

| | |
|---|---|
| **From:** | Stephen Stern |
| **To:** | Gregory Jordan |
| **Cc:** | Tom Gagliardo; Shannon Hayden |
| **Subject:** | RE: Boshea v. Compass Marketing - Estate Documentation |
| **Date:** | Monday, March 24, 2025 1:46:40 PM |
| **Attachments:** | image001.png |

Greg:

We are asking politely, please forward the documents establishing the Estate of David Boshea, as well as the court's order appointing Ashley Boshea as the Estate's Independent Administrator. Please forward these documents by 5:00 pm CST today.

Thank you,
Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Monday, March 24, 2025 8:57 AM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Tom Gagliardo <tomgagliardo@gmail.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** Re: Boshea v. Compass Marketing - Estate Documentation

Actions mean something. Words don't matter.

Gregory J. Jordan

Jordan & Zito LLC

350 North LaSalle Street, Suite 1100

Chicago Illinois 60654

(312) 854-7181 (Office)

(312) 543-7354 (Cellular)

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Sunday, March 23, 2025 8:48:06 PM
**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Tom Gagliardo <tomgagliardo@gmail.com>; Shannon Hayden <hayden@kaganstern.com>

**Subject:** RE: Boshea v. Compass Marketing - Estate Documentation

To the contrary, my client and I have been very serious about settling, and believe it is in your clients' best interests to do so as well.

In any event, this request is not about our ongoing settlement discussions and I would appreciate it if you could forward the requested estate and representative documentation.

Thank you,

Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

---

**From:** Gregory Jordan <gjordan@jz-llc.com>
**Sent:** Saturday, March 22, 2025 8:58 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Tom Gagliardo <tomgagliardo@gmail.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** Re: Boshea v. Compass Marketing - Estate Documentation

Stephen,

I do not know why you expect me to believe your client is serious about settling.

Admitted in Illinois and Indiana

PLEASE NOTE OUR NEW SUITE ADDRESS

Gregory J. Jordan

Jordan & Zito LLC

350 North LaSalle Drive, Suite 1100

Chicago, Illinois 60654

(312) 854-7181 (Office)

(312) 543-7354 (Cellular)

---

**From:** Stephen Stern <Stern@kaganstern.com>
**Sent:** Saturday, March 22, 2025 2:42:39 PM

**To:** Gregory Jordan <gjordan@jz-llc.com>
**Cc:** Tom Gagliardo <tomgagliardo@gmail.com>; Shannon Hayden <hayden@kaganstern.com>
**Subject:** Boshea v. Compass Marketing - Estate Documentation

Greg:

We appreciate you sending the power of attorney dated March 19 that Ashely Boshea signed to appoint Julie Boshea as attorney-in-fact for the Estate of David Boshea, but my client was looking to receive the documents filed with the appropriate circuit court (presumably DuPage County) that opened the Estate, as well as the probate judge order appointing Ashley Boshea as the Administrator. Please forward that documentation.

Thank you,
Stephen



**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371