# United States District Court
## District Of Maryland

Chambers of  
**Ellen Lipton Hollander**  
District Court Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
410-962-0742

April 3, 2025

LETTER TO COUNSEL

    Re:    *Boshea v. Compass Marketing, Inc.*  
              Civil No.:  ELH-21-00309

Dear Counsel:

This will confirm our discussions during the telephone conference held on April 3, 2025.

1. For the reasons discussed, concerning the failure of the Illinois court to appoint an administrator for Mr. Boshea's Estate, and the fact that the next estate hearing is set for mid June of 2025, it is necessary to postpone the trial in this case, set for April 21, 2025.

2. Trial (jury, 5 days) has been rescheduled to **August 4, 2025**.  Counsel are directed to report to Courtroom 5B at 9:30 a.m. on that date.

3. The pretrial conference has been rescheduled to **July 29, 2025, at 4:00 p.m.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                   Sincerely,

                                                   /s/  
                                                  Ellen Lipton Hollander  
                                                 United States District Judge