# EXHIBIT 1

| | |
|---|---|
| **From:** | Gregory Jordan |
| **To:** | Karen Warren |
| **Cc:** | Thomas J. Gagliardo; Stephen Stern; Shannon Hayden |
| **Subject:** | DAVID BOSHEA v Compass Marketing RE: Pretrial conference , March 26, 2025 - Boshea v. Compass Marketing, Inc., Civil No. ELH-21-0309 |
| **Date:** | Thursday, April 3, 2025 10:39:49 AM |
| **Attachments:** | image001.png<br>image002.png |

I appeared today with David Boshea's estate counsel to obtain the appointment of Ashley Boshea as independent administrator for David Boshea's estate. The Court indicated it would enter the order until Compass' attorney raised technical objections to block Ashley Boshea's appointment. As a result, the Court denied the application, gave leave to amend any technical issues, and set a hearing on June 17, 2025 for the appointment and any objections.

Given this fact, the trial clearly cannot proceed on April 21. Please let me know if the Court wishes to proceed with the pretrial hearing tomorrow.

Gregory J. Jordan
Licensed in Illinois and Indiana
**PLEASE NOTE OUR NEW SUITE ADDRESS**
Jordan & Zito LLC
350 North LaSalle Street, Suite 700
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)

gjordan@jz-llc.com



**Notice from Jordan & Zito LLC **
To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received it in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Karen Warren <Karen_Warren@mdd.uscourts.gov>
**Sent:** Tuesday, March 25, 2025 2:42 PM
**To:** Shannon Hayden <hayden@kaganstern.com>; Tom Gagliardo <tgagliardo@gelawyer.com>