IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ESTATE OF DAVID J. BOSHEA,<br>　　*Plaintiff*, | |
| v. | Civil No. ELH-21-309 |
| COMPASS MARKETING, INC.,<br>　　*Defendant*. | |

ORDER

Upon consideration of Defendant Compass Marketing, Inc.'s Motion to Rescind the Court's April 3 Letter to Judge Garcia of the Will County Circuit Court and Correct the Record, it is this _____ day of _____ 2025, by the United State District Court for the District of Maryland, **ORDERED:**

The Motion is **GRANTED**.

_____
Ellen Lipton Hollander
United States District Judge