Daniel White
Post Office Box 1760
Leonardtown, MD 20650
danieljwhite@msn.com
240-298-8156

Monday, April 28, 2025

RECEIVED IN THE CHAMBERS OF
ELI HOLLANDER

JUN 0 6 2025

UNITED STATES DISTRICT JUDGE

The Honorable David Garcia
Judge, Will County Circuit Court
Will County Court House
100 West Jefferson Street
Joliet, Illinois 60432

Re: Estate of David Boshea — Response to Judge Hollander's Correspondence

Dear Judge Garcia:

    I write in response to the recent letter from Judge Hollander regarding the estate of David Boshea. I fully agree with Judge Hollander's position and respectfully submit the following clarifications and disclosures for the Court's consideration.

    First, I unequivocally renounce any personal interest in the estate of David Boshea. Additionally, on behalf of Compass Marketing, Inc., I confirm that the company has no rightful interest or claim to any part of Mr. Boshea's estate. Neither I nor Compass Marketing, Inc. object to the appointment of David Boshea's daughter, Ashley, as the administrator of his estate. Over the thirty years I knew David, he consistently spoke with immense pride about Ashley, her sister, and their mother, and openly expressed his deep love for them. I find any objection to her appointment, particularly by an attorney purporting to represent Compass Marketing, Inc., to be not only meritless but despicable. And sad.

    With profound regret, I must express that I am ashamed to be associated with Compass Marketing, Inc., even though I founded the company in 1998 alongside David Boshea, reserving a portion of Compass's shares for him in recognition of his integral role. I served as a director of Compass Marketing with my brothers, Mike and John, from its founding in 1998 until 2019, when the board of directors ceased to function. What Compass has become is unrecognizable from the company we built.

    Since 2019, I have reported to federal and judicial authorities that John White and his cohorts, including several attorneys, have engaged in securities fraud under the names of Tagnetics, Inc., Compass Marketing, Inc., and, more recently, through a new Wyoming entity they jointly formed, Smart Retail, Inc. Their actions have involved the concealment of material facts, false representations, and manipulation of corporate information across all companies. They have repeatedly knowingly made materially false statements to numerous courts, including yours. Since my initial report, every action they have undertaken has been designed to conceal their misconduct from regulatory and judicial scrutiny. I have served as a prosecutor for over

1

twenty years and, based on my experience and available information, estimate that the total value of the securities fraud perpetrated through Compass Marketing, Inc., Tagnetics, Inc., and Smart Retail, Inc. is approximately ten million dollars.

Concerning the present proceedings in Will County, I respectfully request that the Court require both the attorney who filed the claim against the estate and a representative of Compass Marketing, Inc. to appear personally and be called to declare under oath the basis of the claim they allege to hold and their objection to Ashley serving as administrator of the estate.

I further wish to clarify that John White is not, and has not been, the Chief Executive Officer of Compass Marketing, Inc. *at least* since his resignation in 2021 at the outset of the federal litigation styled *David Boshea v. Compass Marketing, Inc.*, pending in the United States District Court for the District of Maryland. Support for this fact includes filings made with the Virginia State Corporation Commission, in which John White formally updated corporate records to reflect that he was no longer CEO[1], and he made a contemporaneous update in October 2021 to Compass Marketing's public website, "welcoming back" Todd Mitchell as the "new CEO". Despite this clear public record, the attorneys involved in the federal litigation, fully aware of these facts, have concealed this information from the Court. They have also corruptly allowed the Court to believe that Mike and I no longer own Compass shares, while they know that is not true.

Finally, I respectfully note the unfortunate irony that while their fraudulent conduct has been revealed in Will County, John and his associates have, so far, managed to continue to conceal their ongoing deception and misconduct in the Maryland federal case.

I submit this letter to ensure the Court has full, candid, and accurate information as it considers the administration of David Boshea's estate, and remain available should the Court require any further information.

Respectfully,

Daniel White

Cc:   Alexandra R. Benigni, Esquire, Attorney for the Estate of David Boshea
      Cindy Johnson, Esquire, Attorney for John White

---

[1] John stepped down as CEO in 2015 ███████████ and avoid Tagnetics' shareholders and creditors. Obviously, that was a more private action. But, since 2021, he certainly has no claim to being "the CEO" of Compass.

2

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 04979506
Filing Number: 2203074280671
Filing Date/Time: 03/07/2022 07:13 PM
Effective Date/Time: 03/07/2022 07:13 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | COMPASS MARKETING, INC. | Entity Type: | Stock Corporation |
| Entity ID: | 04979506 | Formation Date: | 02/05/1998 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 1500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | Northwest Registered Agent LLC | Registered Office Address: | 4445 Corporation Ln Ste 264, Virginia Beach, VA, 23462 - 3262, USA |
| Locality: | VIRGINIA BEACH CITY | | |

### Principal Office Address

Address: John White, 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| OWNER | Yes | JOHN DAVID WHITE | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Executive Officer | No | P TODD MITCHELL | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| President | No | JERRY CAIN | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| SVP & Corporate Controller | No | LUIS A FERNANDEZ | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Administrative Officer | No | ERIN SONGER | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Strategy Officer | No | CHRIS FEISS | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |
| Chief Innovation Officer | No | J GUNNAR STAPLES | 105 Eastern Ave, Annapolis, MD, 21403 - 3300, USA |

### Signature Information

Date Signed: 03/07/2022

| Printed Name | Signature | Title |
|---|---|---|
| LUIS A FERNANDEZ | LUIS A FERNANDEZ | SVP & CORPORATE CONTROLLER |

(/)

BLOG (HTTPS://COMPASSMARKETINGINC.NET/CATEGORY/BLOG/)

## Year-End Wrap Up + Looking to 2022



ILLUSTRATED BY KEELEY F SMITH

**POSTED ON:** December 7, 2021 (https://compassmarketinginc.net/2021/12/)

We sat down with leaders at Compass Marketing to review the successes of 2021 and the anticipated trends for 2022. We want to extend a special thanks to Keeley Smith, Graphic Designer, for illustrating this blog post. **To our clients, thank you for spending 2021 with us and we look forward to partnering with you again in 2022!**



This year, Compass Marketing welcomed back Todd Mitchell as our new CEO. Todd previously served as an advisor to our company. We sat down with him to talk about future of Compass Marketing as well as trends in our industry.

**WELCOME BACK! WHAT ARE YOU MOST EXCITED ABOUT AFTER REJOINING COMPASS MARKETING?**

**Todd Mitchell:** "I'm very passionate about our digital expertise. Whether it is for digital retailers or brick and mortar retailers adapting to new consumer behaviors, I'm incredibly excited about the advancement we've made in expertise and tools over the past two years."

### CAN YOU SHARE SOME AREAS OF COMPASS MARKETING, INCLUDING OFFERINGS AND SERVICES OR EXPERTISE, THAT YOU ARE EXCITED ABOUT GROWING IN 2022?

Company culture is Todd's priority heading into the new year. He wants to ensure Compass Marketing employees are provided with "the tools and support to accelerate their personal and professional growth."

**TM:** "Even in this very technologically advanced world, people still do business with people, and I think we have some of the industry's best."

### ARE THERE ANY MARKETING TRENDS THAT YOU HAVE NOTICED RECENTLY THAT YOU FIND INTERESTING?

Todd thinks consumer behaviors have permanently shifted. The bulk of consumer purchases are made online, with the average number of online purchases rapidly increasing. Although retailers are seeing sales increase, he thinks they are preparing for less in-store traffic.

**TM:** "I think we are in one of those historical moments of seismic change... It's an exciting time to be a part of shifts in behavior like this."

### IS THERE SOMETHING YOU WOULD LIKE TO SHARE WITH OUR CLIENTS AS WE WRAP UP THE YEAR?

Todd is humbled by the relationships Compass Marketing has fostered with its clients over the years. Clients rely on the extensive learnings Compass Marketing has acquired as a 20-year-old startup to shorten the "learning cycle" in our fast-moving industry. Todd wants our clients to know we hear them, we are committed to them, and that we wake up every day to bring our very best.

**TM:** "Thank you for your partnership. Your tireless desire to grow faster only makes us better."

We also sat down with other members of our leadership team. Jerry Cain, President & COO, discussed trends in Specialty Channels. Julia Flood, Managing Director of Digital & Creative, shared her thoughts on digital marketing. Maggie Stark, our Creative Director, spoke about new and ongoing trends in creative and design.

### CAN YOU PROVIDE A BRIEF REVIEW OF TRENDS YOU NOTICED IN 2021?



JERRY CAIN, PRESIDENT & COO

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2025PR000183
Filed Date: 5/19/2025 11:30 AM
Envelope: 32760898
Clerk: KB

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS – IN PROBATE

| | |
|---|---|
| Estate of | ) |
| | ) |
| DAVID JOHN BOSHEA, | )   No.   2025PR000183 |
| | ) |
| Deceased. | ) |

### ASHLEY BOSHEA'S REPLY IN SUPPORT OF HER AMENDED PETITION FOR LETTERS OF ADMINISTRATION

Ashley Boshea ("Ashley" or "Petitioner") for her Reply in Support of her Amended Petition for Letters of Administration seeking appointment as Independent Administrator of the Estate of her father, David John Boshea ("Estate"), states as follows:

**I.   Background and Compass Marketing Inc.'s Objection.**

1. Compass Marketing, Inc. ("Compass"), claiming to be a creditor of this Estate, filed an Objection to Ashley Boshea being appointed as Administrator of the Estate of David John Boshea on May 8, 2025 (the "Objection"). Compass' alleged involvement in this Estate stems from a potential claim Compass alleges it possesses related to a lawsuit in which David Boshea was not named a party.

2. Compass asserts it holds a claim based on its allegation that David Boshea presented a fraudulently signed agreement as valid (as indicated in its lawsuit styled as *Compass Marketing, Inc. v. Daniel White et al.*, Case Number: C-02-CV-230000601 filed in the Circuit Court of Maryland for Anne Arundel County (the "Maryland State Lawsuit")). It also alleges David Boshea's death prevented it from filing a lawsuit.

3. First, Compass filed its Amended Complaint in the Maryland State Lawsuit on January 8, 2025, before David Boshea's passing. Thus, its assertion that David Boshea's passing prevented it from naming him as a defendant is demonstrably false.

4. Second, to the extent Compass believes it holds a cause of action against David Boshea or his Estate, the claim relates to David Boshea's use of a signed severance agreement in the lawsuit styled as *David J. Boshea v. Compass Marketing, Inc.*, Case No. 1:21-CV-00309-ELH filed in the United States District Court for the District of Maryland (the "Maryland Federal Litigation"). Despite asserting someone forged the severance agreement, Compass never filed what it alleges to be its claim as a counterclaim.

5. As Compass acknowledges, this Court needs to appoint an administrator of this Estate for the Maryland Federal Litigation to proceed. (See Objection, ¶ 1). Yet it has not sought the appointment of one as the statute provides:

> Two avenues exist for a potential creditor seeking to file a claim relating to a debt or obligation of a deceased individual. Where a probate estate is open and a representative is appointed by the court, a potential creditor can file a claim in the probate estate. *In re Estate of Strong*, 2020 IL App (3d) 190158, ¶ 19; 755 ILCS 5/18-1. Where a probate estate is not opened, however, Illinois law gives a creditor the right to seek court appointment of a special representative of the estate, against whom an action might be filed. 735 ILCS 5/13-209(b; see also Ill. S. Ct. R. 113(i)

*In re Est. of Topal*, 2022 IL App (4th) 210613, ¶ 16, 214 N.E.3d 243, 247

6. Instead of allowing the Estate to move forward, by filing the Objection, Compass prolonged the opening of this Estate by several months. It thus delayed the trial date set in the Maryland Federal Litigation. Compass' purpose in making its Objection amounts to an attempt to delay or obstruct the Maryland Federal Litigation rather than facilitating the proper administration of this Estate. *See* April 3, 2025 Letter from District Court Judge Ellen Lipton Hollander, page 3, attached as **Exhibit A**.

7. Moreover, the proper place to bring Compass' purported claim should have been in the Maryland Federal Litigation. Compass had the opportunity to file a counterclaim since its

2

counsel filed an affirmative defense on May 6, 2021 raising what it now views as its claim against the Estate.

8. Since four years have passed, Compass claims the status of being a creditor is dubious. In the Maryland State Lawsuit, Compass alleges it holds a fraud claim; however, Maryland's statute of limitations for such claims is three years. Md. Code Ann., Cts. & Jud. Proc. § 5-101. Whatever claim Compass believes it had accrued when it knew of its existence in 2021. *See Estate of Adams v. Cont'l Ins. Co.*, 233 Md. App. 1, 161 A.3d 70, 72 (2017). Due to the passage of time, whatever cause of action might have existed has expired.

9. Given the failure to file a counterclaim, David Boshea had and has no reason to believe Compass holds a valid claim.

10. Importantly, Compass lacks standing to bring any objection with regard to the Petition to open this Estate. *See In re Trost's Estate*, 292 Ill. App. 60, 63 (3rd Dist. 1937) (finding that a decedent's potential debtors have no right to petition for the removal of the administrator of the decedent's estate).

11. In its Objection, Compass claims to be a creditor of the Estate. Once the Estate is opened, Compass may file its claim with the Court. 755 ILCS 5/18-1, and the Administrator will contest it based on the law recited above. The Objection is not the proper method for Compass to bring its claim.

12. Because Compass lacks standing to object to Ashley's appointment as Independent Administrator, and because Compass' Objection is for the sole purpose of delaying the Maryland Federal Litigation, this Court should strike Compass' Objection and appoint Ashley as Independent Administrator.

## II. Ashley's Petition for Letters of Administration is Proper, and Ashley Meets the Statutory Requirements to Serve as an Independent Administrator.

13. The assertion that Gregory Jordan, an attorney, jumped ahead and filed a notice before Ashley's appointment has no bearing on whether she should serve as the administrator. Compass does not explain why, even if she knew of Gregory Jordan's actions, she could not rely on their propriety and his advice.

14. Ashley has filed a proper Petition for Letters of Administration and meets the statutory requirements to serve as an Independent Administrator.

15. As reflected in the Petition, the Decedent died unmarried and was survived by his two daughters, Ashley and Stephanie Boshea. Ashley and Stephanie are the only heirs to this Estate. Stephanie signed a waiver form indicating her support for Ashley's appointment. Further, Ashley, as the Decedent's daughter, has a preference to serve as the Independent Administrator. 755 ILCS 5/9-3(c).

16. As required by the Illinois Probate Act and the form provided by the Circuit Court of the Twelfth Judicial Circuit, Ashley listed the approximate value of the Decedent's Estate on her Petition. *See* 755 ILCS 5/9-4(c) ("The petition shall state, if known:. . . the approximate value of the decedent's real and personal estate in this State").[1]

17. Because Compass has no actual claim and no right to object to the appointment of Ashley as Independent Administrator of her father's Estate, and because Ashley meets the statutory requirements to serve as Independent Administrator, this Court should appoint Ashley as the Independent Administrator of the Estate of David John Boshea.

---

[1] Contrary to Compass' assertions - unsupported by any law or case law - Ashley was not required to include assets not currently held in the Estate on her Petition. Thus, the speculative and undetermined proceeds of the Maryland Federal Litigation were properly excluded from the Petition.

WHEREFORE, the Petitioner, Ashley Boshea, respectfully requests that this Court deny Compass Marketing, Inc.'s Objection to Ashley Boshea Being Appointed as Administrator of the Estate of David John Boshea, appoint Ashley as Independent Administrator of the Estate of David John Boshea, and for any other and further relief this Court deems just.

Dated: May 19, 2025

Respectfully submitted,

ASHLEY BOSHEA

*/s/ Alexandra R. Benigni*
One of Her Attorneys

Alexandra R. Benigni (6335557)
abenigni@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
301 South County Farm Road, Suite A
Wheaton, IL 60187
(312) 755-3141
4906-8351-8789, v. 1

5

Post Office Box 1760
Leonardtown, MD 20650

United States District Court
District of Maryland
Chambers of Judge Hollander
101 West Lombard Street
Baltimore, MD 21201

