IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
*Plaintiff,*

v.

COMPASS MARKETING, INC.,
*Defendant.*

Civil No. ELH-21-309

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 16th day of June 2025, by the United States District Court for the District of Maryland, **ORDERED:**

Defendant's Motion to Rescind the Court's April 3 Letter to Judge Garcia of the Will County Circuit Court and Correct the Record (ECF 333) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge