PRINT
CLEAR

**IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT**
**WILL COUNTY, ILLINOIS – IN PROBATE**

Estate of

**DAVID JOHN BOSHEA**

CASE NO: **2025PR000183**

**ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE**

On the verified petition of **Ashley Boshea** for issuance of letters of office.

IT IS ORDERED THAT:

1. Letters of office as **independent administrator**
   (administrator)   (independent administrator)   (administrator to collect)

   are issued to **Ashley Boshea**

*2. The representative - file an inventory within 60 days.

Dated: **June 17**, 20**25**

Enter: _____
Judge

Attorney Name **Alexandra R. Benigni**
ARDC # **6335557**
Firm Name **Aronberg Goldgehn**
Attorney for **Ashley Boshea**
Address **225 W. Washington St., Ste. 2800**
City & Zip **Chicago, IL 60606**
Telephone **312-755-3141**

* Strike if inapplicable

FILED
25 JUN 27 AM 10:39
JUVENILE CENTER
CIRCUIT CLERK
WILL COUNTY, ILLINOIS

**ANDREA LYNN CHASTEEN, CLERK OF THE CIRCUIT COURT OF WILL COUNTY**

**36D** (Revised 12/16)