IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS – IN PROBATE

| | | | |
|---|---|---|---|
| Estate of | ) | | |
| | ) | | |
| DAVID JOHN BOSHEA, | ) | No. | 2025PR000183 |
| | ) | | |
| Deceased. | ) | | |

**ORDER**

This matter having come before the Court for Hearing on Ashley Boshea's Petition for Letters of Administration, Attorney Cindy Johnson present on behalf of Compass Marketing, Inc. and Attorneys Gregory Jordan and Alexandra Benigni present on behalf of Petitioner, the Court having jurisdiction and being fully advised in the premises:

IT IS HEREBY ORDERED:

1. Ashley Boshea's Petition for Letters of Administration is granted. Ashely Boshea will be appointed as Independent Administrator of the Estate via separate order.
2. Compass Marketing, Inc's Objection to Ashley Boshea's Petition for Letters of Administration is denied, with the Court finding that Compass Marketing, Inc. lacks standing to object to the appointment of an Independent Administrator in this Estate.
3. This case is continued for status to June 16, 2026 at 9:00 a.m. in Courtroom 2, River Valley Justice Center, 3208 W. McDonough Street, Joliet, IL 60432.

ENTERED: _____

Date: June 17, 2025

Prepared By:
Alexandra R. Benigni (ARDC # 6335557)
abenigni@agdglaw.com
Aronberg Goldgehn Davis & Garmisa
Attorney for Ashley Boshea
301 S. County Farm Road, Suite A
Wheaton, Illinois 60187
(312) 923-7330