IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID J. BOSHEA,
*Plaintiff,*

v.

COMPASS MARKETING, INC.,
*Defendant.*

Civil No. ELH-21-309

**ORDER**

Upon consideration of the "Order Appointing Representative of Decedent's Estate – Intestate" (ECF 342), and the Order of June 17, 2025 by Judge Garcia of the Circuit Court of the Twelfth Judicial Circuit of Will County, Illinois (ECF 342-1), submitted by counsel for the late David Boshea on June 30, 2025, it is this 30th day of June 2025, by the United States District Court for the District of Maryland, **ORDERED:**

1. "Defendant Compass Marketing, Inc.'s Motion to Rescind March 17, 2025 Order" (ECF 326) is **DENIED**, as moot;

2. In accordance with the Court's Order of March 18, 2025 (ECF 322), granting the Motion for Substitution of Party (ECF 310), the Clerk is directed to change the caption of the case to the following: "*Ashley Boshea, Administrator of the Estate of David John Boshea, Deceased v. Compass Marketing, Inc.*"

Ellen L. Hollander
Ellen Lipton Hollander
United States District Judge