


**UNITED STATES POSTAL SERVICE**

Retail

**P**

US POSTAGE PAID
$11.00
Origin: 20622
07/21/25
2316560622-06

PRIORITY MAIL®

0 Lb 3.00 Oz

RDC 03

EXPECTED DELIVERY DAY: 07/23/25

C047

SHIP TO:
101 W LOMBARD ST
BALTIMORE MD 21201-2605

USPS TRACKING® #

9505 5105 4282 5202 8452 53

- Expected d
- Most dome
- USPS Trac
- Limited inte
- When used

*Insurance does
Domestic Mail M
** See Internation

**FLAT** 
ONE RATE

**TRACK**



PRIORITY MAIL

tions apply).*
estinations.

FILED      ENTERED
LOGGED  SGS  RECEIVED

JUL 22 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

e Package Pickup,
e QR code.



FROM:

Michael R. White
39650 Hiawatha Circle
Mechanicsville, Maryland 20659

TO:

Smudge and Jam Free Printing
Use Avery® TEMPLATE 8462™

Chambers of
The Honorable Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

cv q



# PRIORITY MAIL®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.