IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| ASHLEY BOSHEA, ADMINISTRATOR OF THE ESTATE OF DAVID JOHN BOSHEA, DECEASED | * * * | |
| Plaintiff, | * | Case No. 1:21-CV-00309-ELH |
| v. | * | *Reviewed.* *ELH* *USDJ* *8/4/25* |
| COMPASS MARKETING, INC. | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

## AMENDED PRETRIAL ORDER

Ashley Boshea, administrator of the Estate of David John Boshea, Deceased ("David Boshea") and Compass Marketing, Inc., by and through their undersigned counsel, for their Pretrial Order, brought in accordance with the Court's January 14, 2025 Order (ECF 296), and the Court's standing order on the preparation of final pretrial orders states:

### STATEMENT OF FACTS

#### DAVID BOSHEA'S STATEMENT OF FACTS THAT HE PROPOSES TO PROVE IN SUPPORT OF HIS CLAIMS

1. David Boshea is deceased and at all relevant times was a resident of Illinois.

2. Compass Marketing, Inc. is a Virginia corporation headquartered in Maryland.

3. From its inception through the date of David Boshea's termination, Compass focused its business on providing services to companies in the consumer packaged goods industry.

4. In the early 1990's, John White worked under David Boshea at Advantage Sales & Marketing, at which time David Boshea mentored John White.