IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David John Boshea        *

       *

       v.        *        Case No. 1:21-cv-00309-ELH

       *

Compass Marketing, Inc.        *

**EXHIBITS: Plaintiff David Boshea**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | David Boshea Resume |
| 2 | AUG - 4 2025 | AUG - 4 2025 | April 1, 2007, John White email to David Boshea |
| 3 | | | David Boshea April 2007 Memo to John White |
| 4 | AUG - 4 2025 | AUG - 4 2025 | May 16, 2007, John White offer letter to David Boshea |
| 5 | | | John White May 22, 2007, email to David Boshea blind copied to Daniel White and forwarded to Michael White |
| 6 | AUG - 4 2025 | AUG - 4 2025 | John White May 22, 2007, email attachment sent to David Boshea attached to Boshea Exhibit 5 |
| 7 | | | John White May 22, 2007, email information page for attachment sent to David Boshea |
| 8 | AUG - 4 2025 | AUG - 4 2025 | Compass Marketing, Inc. Agreement related to employment and Post-Employment Compensation |
| 9 | AUG - 6 2025 | | John Adams Severance Agreement |
| 10 | AUG - 5 2025 | AUG - 5 2025 | David Boshea September 16, 2015, Notes |
| 11 | | | David Boshea January 3, 2017, Paystub and email chain with Michael White |
| 12 | | | David Boshea Payroll Records |
| 13 | AUG - 5 2025 | AUG - 5 2025 | Compass Termination Notice |
| 14 | AUG - 5 2025 | AUG - 5 2025 | David Boshea March 12, 2020, email from John White |
| 15 | AUG - 5 2025 | AUG - 5 2025 | March 16, 2020, Email from David Boshea to Erin Songer Re: Follow Up on Separation |
| 16 | AUG - 5 2025 | AUG - 5 2025 | David Boshea October 22, 2020, email to John White |
| 17 | AUG - 5 2025 | AUG - 5 2025 | David Boshea December 7, 2020, email to John White |
| 18 | AUG - 6 2025 | | Donna Eisenberg Expert Report |
| 19 | | | David Boshea Trial Testimony |
| 20 | | | John Adams Deposition Testimony |

David Boshea adopts each exhibit offered by Compass as one of his exhibits to which he has stated that he has no objection to its entry into evidence.

Exhibit List (06/2016)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov