# Boshea

## vs.

## Compass Marketing, Inc.



**Civil ELH 21-309**                                    **Defendant's Amended Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | AUG - 5 2025 | AUG - 5 2025 | March 2, 2020 David Boshea Termination Letter & Proposed Severance Agreement |
| 2 | | | March 3, 2025 John D. White Signature Examination by Jeffrey Payne |
| 3 | | | Jeffrey Payne CV |
| 4 | | | Jeffrey Payne Testimony as of February 2025 |
| 5 | AUG - 6 2025 | AUG - 6 2025 | Illinois Withholding Allowance Worksheet (Redacted) |
| 6 | | | October 31, 2021 Rebuttal of the Findings of Donna O. Eisenberg by Jeffrey Payne |
| 10 | AUG - 6 2025 | AUG - 6 2025 | June 11, 2020 Email from David Boshea to John White Re: Loser |
| 9 | AUG - 5 2025 | AUG - 5 2025 | March 5, 2020 Email from Rebecca Obarski to John White Re: Dave Boshea Employment Terms |
| 14 | | | David Boshea Call Log |
| 23 | AUG - 5 2025 | AUG - 5 2025 | December 28, 2020 Text Messages between David Boshea and Michael White |
| 26 | AUG - 5 2025 | AUG - 5 2025 | December 27, 2020 Email from David Boshea to Gregory Jordan and Daniel White Re: Compass |
| 28 | AUG - 5 2025 | | David Boshea's Amended Responses to Defendant Compass Marketing's First Set of Interrogatories to Plaintiff David J. Boshea (Redacted) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 29 | AUG - 5 2025 | AUG - 5 2025 | December 27, 2020 Email from David Boshea to Daniel White Re: Greg |
| 31 | AUG - 5 2025 | AUG - 5 2025 | Compass Marketing, Inc. Agreement Relating to Employment and Post-Employment Competition (Unexecuted) (Nagle, Obarski & Holzhauer, P.C.) |
| 32 | | | Compass Marketing, Inc. Agreement Relating to Employment and Post-Employment Competition (Executed) |
| 39 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition (revision 1) |
| 40 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition |
| 41 | | | Compass Marketing, Inc Agreement Relating to Employment and Post-Employment Competition |
| 43 | AUG - 5 2025 | AUG - 5 2025 | January 5, 2021 Email from David Boshea to Daniel White and Michael White (No subject) |
| 53 | AUG - 5 2025 | AUG - 5 2025 | October 6, 2023 Email from Michael White to David Boshea (No subject) |
| 56 | | | October 5, 2021 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to John Adams |
| 62 | AUG - 5 2025 | AUG - 6 2025 | April 2007 David Boshea Memo to John White |
| 63 | AUG - 6 2025 | | Demonstrative Poster – John D. White Signature Comparison |
| 64 | AUG - 6 2025 | | Demonstrative Poster – Signs Showing Evidence of a Simulation |
| 68 | AUG - 5 2025 | | Affidavit of David J. Boshea in Support of His Response in Opposition to Compass Marketing, Inc.'s Motion for Partial Summary Judgment |

Exhibit List (Rev. 3/1999)