**Boshea**

**vs.**

**Compass Marketing, Inc.**

**Case No. ELH 21-309**                                    **Court's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | | | Jury Note w/ envelope |
| 2 | | | Jury Note w/ envelope |
| 3 | | | Jury note w/ envelope |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CASE NUMBER**: ELH 21-309
**CASE NAME**: Davis John Boshea -vs- Compass Marketing, Inc.

USDC- BALTIMORE
'25 AUG 8 AM8:09

Could we please have 7 more
copies of the verdict form,
so we could all look at the
questions while we discuss them?

**JUROR NUMBER ONLY**: Juror Number. 0062

**DATE**: Date 8-7-25
**TIME**: Time. 3:54

For Court Use Only:

Received by: _____    DATE: _____    TIME: _____

Court Exhibit #: ONE

Jury Note (Rev. 2/2009)

CSO Pratt
3:56 pm

**CASE NUMBER: ELH 21-309**
**CASE NAME: Davis John Boshea -vs- Compass Marketing, Inc.**

USDC - BALTIMORE
'25 AUG 8 AM8:09

- Will the amounts we note in #4, #8, #10 be combined for a total pay-out amount or is it just for inquiry.

- If we would like to accomodate lawyer fees in damages how would we go about that? could we add that into #'s 4, 8, or 10?

**JUROR NUMBER ONLY:** Juror Number. 0062

**DATE:** Date 8-7-25
**TIME:** Time. 4:46

For Court Use Only:

Received by: _____    DATE: _____    TIME: _____

Court Exhibit #: TWO

CSO @ Pratt
4:51 pm

**CASE NUMBER**: **ELH 21-309**
**CASE NAME**: **Davis John Boshea -vs- Compass Marketing, Inc.**

USDC- BALTIMORE
'25 AUG 8 AM 8: We have a verdict

**JUROR NUMBER ONLY**: Juror Number. ○1

**DATE**: Date 8-7-25
**TIME**: Time. 5:44

For Court Use Only:

Received by: _____    DATE: _____    TIME: _____

Court Exhibit #: Three

Jury Note (Rev. 2/2009)

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691

OFFICIAL BUSINESS

545PM
CSO BLAND