**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

August 8, 2025

LETTER TO COUNSEL

Re:   *Ashley Boshea, Administrator of the Estate of David John Boshea, Deceased v. Compass Marketing, Inc.*
Civil No.:  ELH-21-0309

Dear Counsel:

This will confirm our discussions during the post-trial telephone conference held on August 8, 2025.

Counsel shall confer regarding the issues we discussed with respect to entry of Judgment. The issues include the award of prejudgment interest with respect to the contract damages. Counsel shall also submit a proposed judgment, jointly if possible, due by **noon on August 14, 2025.** Of course, if you are unable to agree, each side shall submit a separate proposal.

As discussed, I will hold another telephone conference on **August 14, 2025, at 4:00 p.m.** Mr. Jordan has agreed to arrange for the call-in number.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge