IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA, <br><br> Plaintiff. <br><br> v. <br><br> COMPASS MARKETING, INC., <br><br> Defendant. | Civil No. ELH-21-00309 |

# JUDGMENT

The jury having returned a verdict on August 7, 2025 (ECF 362), in favor of plaintiff, Ashley Boshea as Administrator of the Estate of David John Boshea, and against defendant, Compass Marketing, Inc., as to Count II and Count III, it is this 15th day of August 2025, by the United States District Court for the District of Maryland ORDERED:

Judgment is entered in favor of plaintiff and against defendant, as follows:

1) As to Count I, the jury did not decide this Count.

2) As to Count II, judgment is entered in favor of David Boshea and against Compass Marketing, Inc. in the amount of $1,020,000.00, plus prejudgment interest as agreed to by the parties in the sum of $160,069.32, and post-judgment interest at a rate of 3.9% per annum;

3) As to Count III, judgment is entered in favor of David Boshea and against Compass Marketing, Inc. in the compensatory amount of $540,000.00; plus enhanced damages of $480,000.00; plus prejudgment interest as agreed to by the parties in the sum of $160,069.32; plus post-judgment interest on the sum of $1,020,000, at a rate of 3.9% per annum;

4) Plaintiff is not entitled to duplicate recovery. Therefore, the total award in favor of plaintiff and against defendant is as follows:

   a. As agreed by the parties, judgment is entered in the sum of $540,000.00 in compensatory damages and $480,000.00 in enhanced damages, for a total award to plaintiff of $1,020,800;

   b. As to the sum of $540,000.00, plaintiff is awarded pre-judgment interest, as agreed to by the parties, in the sum of $160,069.32; and

    c. Plaintiff is entitled to post-judgment interest on the sum of $1,020,000.00, at the rate of 3.9% per annum.

5) In accordance with the Maryland Wage Payment and Collection Law, plaintiff is entitled to seek an award of attorney's fees. If plaintiff intends to move for an award of attorney's fees, such motion shall be filed by September 19, 2025;

6) If plaintiff seeks to recover attorneys' fees and costs, plaintiff must comply with Local Rule 109.1;

7) The Clerk shall administratively CLOSE this case.

/s/
Ellen L. Hollander
United States District Judge