EXHIBIT 1

| | | |
|---|---|---|
| Compass Marketing Inc<br>**Plaintiff / Petitioner**<br>(David Moon, Joyce Smithey) | Case No. | C-02-CV-23-601 |
| | Date: | August 14, 2025 |
| VS | | |
| Debra White, et al<br>**Defendant / Respondent**<br>(    ) | Clerk: | EF<br>3E |

**Case called for Hearing on Motion**

**In Open Court before Judge Robert J. Thompson**

Counsel David Moon and Counsel Joyce Smithey on behalf of the Plaintiff Compass Marketing, Inc. Counsel Ty Kelly on behalf of Ascential PLC, Flywheel Digital LLC, and Omnicom Group, Inc. Counsel David Hamilton on behalf of James Columbus DiPaula, Jr., Alexander McCord and Patrick Miller. Counsel Celeste Bruce on behalf of Omnicom Group, Inc. Counsel Sydney Patterson on behalf of Daniel White. Counsel Jeffrey Schwaber on behalf of Debra White, George White and Michael White. Defendants Daniel White, George White and Michael White were present. Counsel heard.

The White Defendants' Motion for Sanctions for Total Failure of Discovery docketed July 29, 2025 - GRANTED. Court Signed Order.

Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa PLCs' Motion for Withdrawl of Fee Request filed 8/14/25 by Counsel David Hamilton - GRANTED. Court will prepare Order.

Smithey Law Group LLCs' Emergency Motion for The Immediate Granting of Motion to Withdraw or, in the Alternative, for an Emergency In Camera Hearing - docketed August 4, 2025 - GRANTED. Court will prepare an Order.

_/s/ Robert Thompson_
Judge