# EXHIBIT 2

## Donna McHugh

**From:**     Donna McHugh
**Sent:**     Wednesday, July 16, 2025 3:29 PM
**To:**       smichaels@steinsperling.com; Jeff M. Schwaber; Judith G. Cornwell
**Cc:**       Joyce Smithey; Donna McHugh
**Subject:**  RE: Compass Marketing v. Daniel White et al [SS-LEGAL.FID1170013]

Good afternoon.

We wanted to acknowledge receipt of your email and letter.  Joyce is currently out of town and we will respond asap.

Thank you,
Donna



**Donna McHugh**
*She/Her*
**Senior Paralegal**

P 410-919-2990
F 410-280-1602
SmitheyLaw.com

donna.mchugh@smitheylaw.com
706 Giddings Avenue, Suite 200 | Annapolis, MD 21401



CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**From:** "Sarah R. Michaels" <SMichaels@steinsperling.com>
**Date:** July 15, 2025 at 10:41:50 AM HST
**To:** Joyce Smithey <joyce.smithey@smitheylaw.com>
**Cc:** "Jeff M. Schwaber" <JSchwaber@steinsperling.com>, "Judith G. Cornwell" <JCornwell@steinsperling.com>
**Subject: Compass Marketing v. Daniel White et al [SS-LEGAL.FID1170013]**

Ms. Smithey,
Please see the attached correspondence from Mr. Schwaber in the above-referenced matter.

Thank you,
SARAH R. MICHAELS

**1101 Wootton Parkway · Suite 700 · Rockville, MD 20852**
**301-761-8034 direct · 301-340-2020 main · 301-761-8004 direct fax**
smichaels@steinsperling.com · vCard
www.steinsperling.com · LinkedIn

This message contains information from the law firm of Stein Sperling Bennett De Jong Driscoll PC that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.