# EXHIBIT 4

### Donna McHugh

| | |
|---|---|
| From: | David Moon |
| Sent: | Tuesday, July 22, 2025 11:55 AM |
| To: | Sydney M. Patterson; Bruce L. Marcus; Jeff M. Schwaber; Judith G. Cornwell; harry.rudo@dlapiper.com; Hamilton, David; Keats, Michael; Kelly, Ty; Brown, Mike |
| Cc: | Joyce Smithey; Reuben Wolfson; Donna McHugh; Liesel Schopler |
| Subject: | Compass Marketing - Daniel White et al. - Withdrawal of Counsel |

Counsel:

Smithey Law Group will be filing a Motion to Withdraw as counsel of record in this matter today. We provided notice to our client of our intent to withdraw on July 10, 2025, and we'll be raising such with the Court this afternoon.

Would you please advise if you consent to our Motion to Withdraw?

We will also be asking the Court to extend all deadlines and stay the matter for 120 days to permit Compass time to secure successor counsel and for them to get up to speed in the matter. Please also advise if you consent to that relief, too.

We will also need to postpone all scheduled litigation events in this matter given our withdrawal, including noted depositions. I believe a deposition of John White was noted today for September 4, 2025. I am not sure of the deponent's availability. I understand this most recent notice is intended to reschedule the deposition that had been noted for this Thursday although that date was not first cleared with us either. In any event, I understand John White is unavailable this week.

Thanks, and if you would let us know your respective positions on the above motions as soon as possible today, that would be much appreciated.

**David M. E. Moon, Esq. (he/him)**
**Partner**

David.moon@smitheylaw.com

706 Giddings Avenue, Suite 200 | Annapolis, MD 21401

P 410-919-2974
F 410-246-4354
SmitheyLaw.com

 

SMITHEY
LAW GROUP
LABOR & EMPLOYMENT LAW

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

1