# EXHIBIT 7

**Donna McHugh**

| | |
|---|---|
| **From:** | Judith G. Cornwell <JCornwell@steinsperling.com> |
| **Sent:** | Tuesday, July 22, 2025 12:16 PM |
| **To:** | David Moon; Sydney M. Patterson; Bruce L. Marcus; Jeff M. Schwaber; harry.rudo@dlapiper.com; Hamilton, David; Keats, Michael; Kelly, Ty; Brown, Mike |
| **Cc:** | Joyce Smithey; Reuben Wolfson; Donna McHugh; Liesel Schopler |
| **Subject:** | RE: Compass Marketing - Daniel White et al. - Withdrawal of Counsel [SS-LEGAL.FID1170013] |

Counsel,

While we do not object to your motion to withdraw in light of the conflict issue we raised last week, we do not agree to extend any deadlines, and we do not agree to postpone any depositions or hearings.

Thanks,
Judy

**JUDITH G. CORNWELL**
ATTORNEY AT LAW

1101 Wootton Parkway · Suite 700 · Rockville, MD 20852
301-838-3314 direct · 301-340-2020 main · 301-354-8314 direct fax
jcornwell@steinsperling.com · vCard
www.steinsperling.com · LinkedIn
admitted in MD, VA

This message contains information from the law firm of Stein Sperling Bennett De Jong Driscoll PC that may be privileged, confidential or otherwise protected from disclosure. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail, and delete the message. Thank you very much.

**From:** David Moon <David.Moon@Smitheylaw.com>
**Sent:** Tuesday, July 22, 2025 11:55 AM
**To:** Sydney M. Patterson <spatterson@marcusbonsib.com>; Bruce L. Marcus <bmarcus@marcusbonsib.com>; Jeff M. Schwaber <JSchwaber@steinsperling.com>; Judith G. Cornwell <JCornwell@steinsperling.com>; harry.rudo@dlapiper.com; Hamilton, David <david.hamilton@us.dlapiper.com>; Keats, Michael <michael.keats@friedfrank.com>; Kelly, Ty <tykelly@bakerdonelson.com>; Brown, Mike <mbrown@bakerdonelson.com>
**Cc:** Joyce Smithey <joyce.smithey@smitheylaw.com>; Reuben Wolfson <reuben.wolfson@smitheylaw.com>; Donna McHugh <donna.mchugh@smitheylaw.com>; Liesel Schopler <liesel.schopler@Smitheylaw.com>
**Subject:** Compass Marketing - Daniel White et al. - Withdrawal of Counsel

Counsel:

Smithey Law Group will be filing a Motion to Withdraw as counsel of record in this matter today. We provided notice to our client of our intent to withdraw on July 10, 2025, and we'll be raising such with the Court this afternoon.

1

Would you please advise if you consent to our Motion to Withdraw?

We will also be asking the Court to extend all deadlines and stay the matter for 120 days to permit Compass time to secure successor counsel and for them to get up to speed in the matter. Please also advise if you consent to that relief, too.

We will also need to postpone all scheduled litigation events in this matter given our withdrawal, including noted depositions. I believe a deposition of John White was noted today for September 4, 2025. I am not sure of the deponent's availability. I understand this most recent notice is intended to reschedule the deposition that had been noted for this Thursday although that date was not first cleared with us either. In any event, I understand John White is unavailable this week.

Thanks, and if you would let us know your respective positions on the above motions as soon as possible today, that would be much appreciated.

**David M. E. Moon, Esq. (he/him)**
**Partner**

P 410-919-2974
F 410-246-4354
SmitheyLaw.com

David.moon@smitheylaw.com

706 Giddings Avenue, Suite 200 | Annapolis, MD 21401

 



SMITHEY
**LAW GROUP**
LABOR & EMPLOYMENT LAW

CONFIDENTIALITY NOTICE: The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited.

**IN THE CIRCUIT COURT FOR**
**ANNE ARUNDEL COUNTY, MARYLAND**

| | | |
|---|---|---|
| **COMPASS MARKETING, INC.** | * | |
| **Plaintiff,** | * | |
| | * | **Case No. C-02-CV-23-000601** |
| v. | * | |
| **DANIEL WHITE,** *et al.* | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF DAVID M. E. MOON, ESQ.**

David M. E. Moon, Esq., in accordance with Maryland Rule 1-304, states as follows:

1. I am over 18 years of age and am competent to testify in this matter.

2. I hereby submit this declaration in furtherance of Smithey Law Group, LLC's Motion for this Court's Immediate Granting of the Motion Withdraw or, in the Alternative for an Emergency *In Camera* Hearing.

3. I am a Partner at Smithey Law Group, LLC ("SLG") and counsel of record for the Plaintiff in the matter of *Compass Marketing, Inc. v. Daniel White, et al.*, Case No. C-02-CV-23-000601.

4. Given SLG's July 10, 2025, transmission of its notice of intent to withdraw to Compass Marketing, Inc. ("Compass"), on July 22, 2025, I e-mailed all counsel for Defendants of SLG's intention to immediately move to withdraw as counsel of record in the above-captioned litigation.

5. That same day, counsel for Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, Informa plc, ("Flywheel

1

Defendants"), and counsel for Daniel, Michael and Geroge White responded by email that none would take any position and/or object as to the Motion to Withdraw.

6. I hereby affirm that the documents attached to Smithey Declaration, SLG's Emergency Motion at Exhibits 4-7 are true and correct copies of e-mail correspondence I received from counsel for Defendants.

7. Also on July 22, 2025, counsel of record for Flywheel Defendants, Ty Kelly Cronin, contacted me by telephone regarding my July 22, 2025, email on behalf of SLG regarding the firm's intention to move this Court to withdraw as counsel of record for Compass Marketing, Inc.

8. During this telephone conversation, Ms. Kelly stated that, based on her prior, positive experience(s) with SLG, she did not believe that recent communication deficiencies regarding discovery matters had been caused by SLG.

9. During this same, July 22, 2025, telephone call, Ms. Kelly further stated that she would take no position as to SLG's Motion to Withdraw, although she and her clients would oppose any Motion to adjust the deadlines set forth in the operative scheduling order.

10. Further, Declarant sayeth naught.

I solemnly affirm under penalties of perjury and upon personal knowledge that the contents of this document are true.

/s/ David Moon
David M. E. Moon, Esq.

Dated: August 4, 2025

IN THE CIRCUIT COURT FOR
ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| **COMPASS MARKETING, INC.** | * | |
| Plaintiff, | * | |
| | * | Case No. C-02-CV-23-000601 |
| v. | * | |
| **DANIEL WHITE,** *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF ALVIN I. FREDERICK, ESQ.

Alvin I. Frederick, in accordance with Maryland Rule 1-304, states as follows:

1. I am over 18 years of age and am competent to testify in this matter.

2. I am a lawyer admitted to practice before the Supreme Court of Maryland and am Of Counsel to Ayres, Jenkins Gordy & Almand, P.A.

3. I focus my legal practice on representing attorneys and judges in the State of Maryland in matters related to their professional obligations to clients and tribunals, including, but not limited to, considerations pertaining to an attorney's mandatory obligation and/or permissive right to withdraw as counsel of record in litigation pending before the Circuit Courts of the State of Maryland.

4. On July 31, 2025, SLG engaged me as outside counsel and to provide counseling with respect to SLG's pending Motion to Withdraw, adjudication of which has presently been deferred until August 14, 2025.

5. I have reviewed and/or discussed the material documents underlying SLG's still-pending Motion to Withdraw, including the operative pleadings and the motion. I further discussed

the grounds for SLG's requested withdrawal with Joyce E. Smithey, Esq., Managing Partner of SLG.

6. It is my opinion, within a reasonable degree of legal probability, as well as my training and over 48 years of experience, that if the Smithey Law Group is required to continue as counsel in this matter one or more of the lawyers whose appearances are entered in this matter will violate the MRPC in so doing, which is in direct contravention to the express dictates of 19-301.16 (a)(1);

7. SLG's grounds for withdrawal include attorney-client privileged information that should not be disclosed in open Court for fear of violating 19-301.6. In addition moving counsel does not want to put its client in a poor light, disclosing confidential information other than *ex parte* would likely have that effect.

8. It is respectfully suggested that this motion be referred for an *ex* parte hearing to another member of this Honorable Court who is not scheduled to preside over this matter. That person can hear the reasons why continued representation would cause violation of a Rule and then report back to this court advising either 'yes' there are legitimate grounds for striking the appearance of counsel or 'no' if she or he disagrees. I am available to appear at that hearing if doing so would assist the tribunal. Allowing the proposed procedure causes no prejudice to anyone, preserves the ability of this Honorable Court to preside over this matter and enables moving counsel to satisfy their ethical obligations to the Tribunal and their client.

9. Having SLG continue to represent Compass as ordered will prejudice both SLG and Compass and will result in SLG suffering substantial and immediate harm.

10. Further, Declarant sayeth naught.

I solemnly affirm under penalties of perjury and upon personal knowledge that the contents of this document are true.

/s/ Alvin I. Frederick<br>Alvin I. Frederick, Esq.

Dated: August 3, 2025