IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMPASS MARKETING, INC.,<br><br>    Defendant. | Civil Action No. 1:21-CV-00309-ELH |

## ORDER

Upon consideration of Non-Party Michael R. White's Motion to Set Matter for Hearing (ECF 367) and Defendant Compass Marketing, Inc.'s Opposition to Motion to Set Matter for Hearing (ECF 368), it is this _____ day of _____ 2025, by the United States District Court for the District of Maryland, **ORDERED:**

The Motion to Set Matter for Hearing is **DENIED**.

 

 

_____
Ellen Lipton Hollander
United States District Judge