**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

---

ASHLEY BOSHEA as the representative of the
ESTATE OF DAVID J. BOSHEA

       Plaintiff,

    v.

COMPAS MARKETING, INC.

       Defendant.

Case No: 1:21-CV-00309-ELH

---

### ORDER

This matter having come before the Court on Plaintiff's Motion for an Extension of Time

to File a Petition for Attorneys' Fees and Costs, ~~the premise, and opposition if any,~~ *and* having been

considered said motion shall and hereby is GRANTED on this _12th_ day of September 2025. The

Petition shall be due by the close of business seven (7) calendar days after Defendant's *Motion for*

*Relief from a Judgment or, in the Alternative, for New Trial* is disposed of. *(ECF 370) Provided, however,*
*that by 9/22/25, defendant ^ may move to rescind*
*this Order as improvidently granted.*

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge