[Exhibit 5]

# Maryland Judiciary Case Search

NOTICE: Available

## Case Detail

### Case Information

Court System: **Circuit Court For Anne Arundel County - Civil**
Location: **Anne Arundel Circuit Court**
Case Number: **C-02-CV-23-000601**
Title: **Compass Marketing Inc vs. Debra White, et al.**
Case Type: **Tort - Commercial**
Filing Date: **03/27/2023**
Case Status: **Closed**

### Involved Parties Information

#### Defendant

Name: **Annapolis Police Department**

Address: **199 Taylor Ave**
City: **ANNAPOLIS**  State: **MD**  Zip Code: **21401**

#### Attorney(s) for the Defendant

Name: **BERGER, KERRY ELIZABETH**
Appearance Date: **04/28/2025**
Address Line 1: **160 Duke of Gloucester**
City: **ANNAPOLIS**  State: **MD**  Zip Code: **21401**

Name: **LYLES, DAVID MICHAEL**
Appearance Date: **04/28/2025**
Address Line 1: **City of Annapolis Office of Law**
Address Line 2: **160 Duke of Gloucester Street**
City: **ANNAPOLIS**  State: **MD**  Zip Code: **21401**

#### Defendant

Name: **The City of Annapolis**

Address: **Serve : D Michael Lyles Esq**
        **City Attorney**
City: **ANNAPOLIS**  State: **MD**  Zip Code: **21401**

## Attorney(s) for the Defendant

Name:                 **BERGER, KERRY ELIZABETH**
Appearance Date: **04/28/2025**
Address Line 1:   **160 Duke of Gloucester**
City:               **ANNAPOLIS**  State:  **MD**  Zip Code:  **21401**


Name:               **LYLES, DAVID MICHAEL**
Appearance Date: **04/28/2025**
Address Line 1:   **City of Annapolis Office of Law**
Address Line 2:   **160 Duke of Gloucester Street**
City:               **ANNAPOLIS**  State:  **MD**  Zip Code:  **21401**


## Defendant

Name: **Mccord, Alexander**
Removal Date: **08/08/2025**

Address: **2606 Light Street**
City:        **BALTIMORE**  State:  **MD**  Zip Code:  **21230**

## Attorney(s) for the Defendant

Name:                 **Rudo, Harry Paul**
Appearance Date: **06/06/2025**
Removal Date:     **08/08/2025**
Address Line 1:   **DLA Piper, LLP (US)**
Address Line 2:   **6225 Smith Avenue**
City:               **Baltimore**  State:  **MD**  Zip Code:  **21209**


Name:                 **HAMILTON, DAVID BRIAN**
Appearance Date: **04/15/2025**
Removal Date:     **08/08/2025**
Address Line 1:   **DLA Piper LLP (US)**
Address Line 2:   **6225 Smith Avenue**
City:               **BALTIMORE**  State:  **MD**  Zip Code:  **21209**


## Defendant

Name: **Miller, Patrick**
Removal Date: **08/08/2025**

Address: **743 Bywater Road**
City:        **Gibson Island**  State:  **MD**  Zip Code:  **20008**

## Attorney(s) for the Defendant

Name:              **Rudo, Harry Paul**
Appearance Date: **10/29/2024**
Removal Date:      **08/08/2025**
Address Line 1:    **DLA Piper, LLP (US)**
Address Line 2:    **6225 Smith Avenue**
City:              **Baltimore**  State:  **MD**  Zip Code:  **21209**


Name:              **HAMILTON, DAVID BRIAN**
Appearance Date: **10/30/2024**
Removal Date:      **08/08/2025**
Address Line 1:    **DLA Piper LLP (US)**
Address Line 2:    **6225 Smith Avenue**
City:              **BALTIMORE**  State:  **MD**  Zip Code:  21209


Name:              **Truesdell, Samuel Esquire**
Appearance Date: **01/08/2025**
Removal Date:      **06/03/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**  State:  **NY**  Zip Code:  **10004**


Name:              **Keats, Michael C. Jr.**
Appearance Date: **01/08/2025**
Removal Date:      **08/08/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**  State:  **NY**  Zip Code:  **10004**


Name:              **Martin, Rebecca L. Esquire**
Appearance Date: **01/08/2025**
Removal Date:      **08/08/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**  State:  **NY**  Zip Code:  **10004**


## Defendant

Name: **Flywheel Digital LLC**
Removal Date: **08/08/2025**

Address: **1801 Porter Street**
         **Suite 300**
City:     **Baltimore**  State:  **MD**  Zip Code:  **21230**

## Attorney(s) for the Defendant

Name:              **Brown, Michael Arthur**
Appearance Date: **11/04/2024**

Removal Date:      **08/08/2025**
Address Line 1:    **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
Address Line 2:    **100 Light Street, 19th Floor**
City:              **BALTIMORE**   State:  **MD**   Zip Code:  **21224**


Name:              **Cronin, Tonya Kelly**
Appearance Date: **11/04/2024**
Removal Date:      **08/08/2025**
Address Line 1:    **Baker Donelson**
Address Line 2:    **100 Light Street**
Address Line 3:    **19th Floor**
City:              **BALTIMORE**   State:  **MD**   Zip Code:  **21202**


Name:              **Keats, Michael C. Jr.**
Appearance Date: **01/08/2025**
Removal Date:      **08/08/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:              **Martin, Rebecca L. Esquire**
Appearance Date: **01/08/2025**
Removal Date:      **08/08/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:              **Truesdell, Samuel Esquire**
Appearance Date: **01/08/2025**
Removal Date:      **06/03/2025**
Address Line 1:    **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:    **One New York Plaza**
City:              **NEW YORK**   State:  **NY**   Zip Code:  **10004**


## Defendant

Name: **Informa PLC**
Removal Date: **08/08/2025**

Address: **5 Howick Place**
        **London SW1P 1WG UK**
City:      **State:**

## Attorney(s) for the Defendant

Name:              **Keats, Michael C. Jr.**
Appearance Date: **02/27/2025**
Removal Date:      **08/08/2025**

Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:             **Martin, Rebecca L. Esquire**
Appearance Date: **02/27/2025**
Removal Date:     **08/08/2025**
Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:             **Truesdell, Samuel Esquire**
Appearance Date: **02/27/2025**
Removal Date:     **06/03/2025**
Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


## Defendant

Name: **White, George**
Removal Date: **08/08/2025**

Address: **15125 Woodville Road**
City:      **Waldorf**  State:  **MD**   Zip Code:  **20601**


## Attorney(s) for the Defendant

Name:             **CORNWELL, JUDITH GIBSON**
Appearance Date: **11/01/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **1101 Wootton Parkway**
Address Line 2:   **Suite 700**
City:             **ROCKVILLE**   State:  **MD**   Zip Code:  **20852**


Name:             **CORNWELL, JUDITH GIBSON**
Appearance Date: **10/31/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **1101 Wootton Parkway**
Address Line 2:   **Suite 700**
City:             **ROCKVILLE**   State:  **MD**   Zip Code:  **20852**


Name:             **Schwaber, Jeffrey**
Appearance Date: **11/01/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **1101 Wootton Parkway**
Address Line 2:   **Suite 700**
City:             **ROCKVILLE**   State:  **MD**   Zip Code:  **20852**

Name:           **Schwaber, Jeffrey**
Appearance Date: **10/31/2024**
Removal Date:   **08/08/2025**
Address Line 1: **1101 Wootton Parkway**
Address Line 2: **Suite 700**
City:           **ROCKVILLE**  State: **MD**  Zip Code: **20852**

## Defendant

Name: **DiPaula, James Columbus Jr.**
Removal Date: **08/08/2025**

Address: **11 Devon Hill Road**
         **Unit 4B**
City:    **Baltimore**  State: **MD**  Zip Code: **21210**

## Aliases

Nickname : **Chip**

## Attorney(s) for the Defendant

Name:           **Rudo, Harry Paul**
Appearance Date: **10/29/2024**
Removal Date:   **08/08/2025**
Address Line 1: **DLA Piper, LLP (US)**
Address Line 2: **6225 Smith Avenue**
City:           **Baltimore**  State: **MD**  Zip Code: **21209**

Name:           **HAMILTON, DAVID BRIAN**
Appearance Date: **10/30/2024**
Removal Date:   **08/08/2025**
Address Line 1: **DLA Piper LLP (US)**
Address Line 2: **6225 Smith Avenue**
City:           **BALTIMORE**  State: **MD**  Zip Code: **21209**

Name:           **Keats, Michael C. Jr.**
Appearance Date: **01/08/2025**
Removal Date:   **08/08/2025**
Address Line 1: **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2: **One New York Plaza**
City:           **NEW YORK**  State: **NY**  Zip Code: **10004**

Name:           **Martin, Rebecca L. Esquire**
Appearance Date: **01/08/2025**
Removal Date:   **08/08/2025**
Address Line 1: **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2: **One New York Plaza**
City:           **NEW YORK**  State: **NY**  Zip Code: **10004**

Name:          **Truesdell, Samuel Esquire**
Appearance Date: **01/08/2025**
Removal Date:   **06/03/2025**
Address Line 1: **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2: **One New York Plaza**
City:          **NEW YORK**   State: **NY**   Zip Code: **10004**


## Defendant

Name: **Dennis, Miguel**

Address: **7400 Lesada Drive**
         **Apt 2D**
City:    **WINDSOR MILL**   State: **MD**   Zip Code: **21244**

## Attorney(s) for the Defendant

Name:          **BERGER, KERRY ELIZABETH**
Appearance Date: **04/28/2025**
Address Line 1: **160 Duke of Gloucester**
City:          **ANNAPOLIS**   State: **MD**   Zip Code: **21401**


Name:          **LYLES, DAVID MICHAEL**
Appearance Date: **04/28/2025**
Address Line 1: **City of Annapolis Office of Law**
Address Line 2: **160 Duke of Gloucester Street**
City:          **ANNAPOLIS**   State: **MD**   Zip Code: **21401**


## Defendant

Name: **Ascential PLC**
Removal Date: **08/08/2025**

Address: **The Prow**
         **1 Wilder Walk**
City:    **State:**

## Attorney(s) for the Defendant

Name:          **Brown, Michael Arthur**
Appearance Date: **11/04/2024**
Removal Date:   **08/08/2025**
Address Line 1: **Baker, Donelson, Bearman, Caldwell & Berkowitz, PC**
Address Line 2: **100 Light Street, 19th Floor**
City:          **BALTIMORE**   State: **MD**   Zip Code: **21224**


Name:          **Cronin, Tonya Kelly**

Appearance Date: **11/04/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **Baker Donelson**
Address Line 2:   **100 Light Street**
Address Line 3:   **19th Floor**
City:             **BALTIMORE**   State:  **MD**   Zip Code:  **21202**


Name:             **Keats, Michael C. Jr.**
Appearance Date: **01/08/2025**
Removal Date:     **08/08/2025**
Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:             **Martin, Rebecca L. Esquire**
Appearance Date: **01/08/2025**
Removal Date:     **08/08/2025**
Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


Name:             **Truesdell, Samuel Esquire**
Appearance Date: **01/08/2025**
Removal Date:     **06/03/2025**
Address Line 1:   **FRIED, FRANK, HARRIS, SHRIVER, JACOBSON LLP**
Address Line 2:   **One New York Plaza**
City:             **NEW YORK**   State:  **NY**   Zip Code:  **10004**


## Defendant

Name: **White, Daniel**
Removal Date: **08/08/2025**

Address: **21900 Fairway Drive**
City:     **Leonardtown**   State:  **MD**   Zip Code:  **20659**

## Attorney(s) for the Defendant

Name:             **PATTERSON, SYDNEY MARIE**
Appearance Date: **11/05/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **6411 Ivy Lane, Suite 116**
City:             **GREENBELT**   State:  **MD**   Zip Code:  **20770**


Name:             **MARCUS, BRUCE LAWRENCE**
Appearance Date: **11/05/2024**
Removal Date:     **08/08/2025**
Address Line 1:   **STE 116 6411 IVY LN**

City:                **GREENBELT**  State:  **MD**  Zip Code:  **20770**

Name:            **MARCUS, BRUCE LAWRENCE**
Appearance Date: **11/06/2024**
Removal Date:    **08/08/2025**
Address Line 1:  **STE 116 6411 IVY LN**
City:            **GREENBELT**  State:  **MD**  Zip Code:  **20770**


## Defendant

Name: **White, Michael**
Removal Date: **08/08/2025**

Address: **39650 Hiawatha Circle**
City:    **Mechanicsville**  State:  **MD**  Zip Code:  **20659**

## Attorney(s) for the Defendant

Name:            **CORNWELL, JUDITH GIBSON**
Appearance Date: **11/01/2024**
Removal Date:    **08/08/2025**
Address Line 1:  **1101 Wootton Parkway**
Address Line 2:  **Suite 700**
City:            **ROCKVILLE**  State:  **MD**  Zip Code:  **20852**

Name:            **CORNWELL, JUDITH GIBSON**
Appearance Date: **10/31/2024**
Removal Date:    **08/08/2025**
Address Line 1:  **1101 Wootton Parkway**
Address Line 2:  **Suite 700**
City:            **ROCKVILLE**  State:  **MD**  Zip Code:  **20852**

Name:            **Schwaber, Jeffrey**
Appearance Date: **11/01/2024**
Removal Date:    **08/08/2025**
Address Line 1:  **1101 Wootton Parkway**
Address Line 2:  **Suite 700**
City:            **ROCKVILLE**  State:  **MD**  Zip Code:  **20852**

Name:            **Schwaber, Jeffrey**
Appearance Date: **10/31/2024**
Removal Date:    **08/08/2025**
Address Line 1:  **1101 Wootton Parkway**
Address Line 2:  **Suite 700**
City:            **ROCKVILLE**  State:  **MD**  Zip Code:  **20852**

Plaintiff

Name: **Compass Marketing Inc**

Address: **105 Eastern Avenue**

City:      **Annapolis**   State:  **MD**   Zip Code:  **21403**

## Attorney(s) for the Plaintiff

Name:              **MARINELLO, MICHAEL JOSEPH**
Appearance Date: **03/27/2023**
Removal Date:      **11/04/2023**
Address Line 1:    **Kagan Law Group, LLC**
Address Line 2:    **238 West Street**
City:              **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**


Name:              **Mina, Veronica**
Appearance Date: **03/27/2023**
Removal Date:      **11/04/2023**
Address Line 1:    **238 West Street**
City:              **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**


Name:              **STERN, STEPHEN BARRET**
Appearance Date: **03/27/2023**
Removal Date:      **11/04/2023**
Address Line 1:    **Kagan Stern Marinello & Beard, LLC**
Address Line 2:    **238 West Street**
City:              **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**


Name:              **STERN, STEPHEN BARRET**
Appearance Date: **10/30/2024**
Address Line 1:    **Kagan Stern Marinello & Beard, LLC**
Address Line 2:    **238 West Street**
City:              **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**


Name:              **WOLFSON, REUBEN W**
Appearance Date: **11/06/2024**
Removal Date:      **08/18/2025**
Address Line 1:    **Smithey Law Group**
Address Line 2:    **706 Giddings Avenue Suite200**
City:              **Annapolis**   State:  **MD**   Zip Code:  **21401**


Name:              **SMITHEY, JOYCE E**
Appearance Date: **11/04/2024**
Removal Date:      **08/18/2025**
Address Line 1:    **SMITHEY LAW GROUP LLC**
Address Line 2:    **706 GIDDINGS AVENUE**
Address Line 3:    **SUITE 200**
City:              **ANNAPOLIS**   State:  **MD**   Zip Code:  **21401**

Name:              **Moon, David Michael Eddis**
Appearance Date: **11/04/2024**
Removal Date:      **08/18/2025**
Address Line 1:    **Smithey Law Group LLC**
Address Line 2:    **706 Giddings Avenue, Suite 200**
City:              **ANNAPOLIS**   State: **MD**   Zip Code: **21401**


Name:              **SCHOPLER, LIESEL J**
Appearance Date: **11/06/2024**
Removal Date:      **08/18/2025**
Address Line 1:    **Smithey Law Group**
Address Line 2:    **706 Giddings Avenue**
Address Line 3:    **Suite 200**
City:              **ANNAPOLIS**   State: **MD**   Zip Code: **21401**


## Defendant

Name: **White, Julie**

Address: **93 Bartlett Avenue**
City:     **Providence**   State: **RI**   Zip Code: **02905**

## Attorney(s) for the Defendant

Name:              **CALLAHAN, BRENDAN**
Appearance Date: **04/02/2025**
Address Line 1:    **The Callahan Law Group, LLC**
Address Line 2:    **P.O. Box 1091**
City:              **PRINCE FREDERICK**   State: **MD**   Zip Code: **20678**


## Mediator / ADR Practitioner

Name: **SAMPSON, RICHARD T**

## Aliases

Standard : **SAMPSON, RICHARD**


## Defendant

Name: **White, Kelly Kathleen**

Address: **15125 Woodville Road**
City:     **Waldorf**   State: **MD**   Zip Code: **20601**

## Attorney(s) for the Defendant

Name:         **PATTERSON, SYDNEY MARIE**
Appearance Date: **02/27/2025**
Address Line 1:   **6411 Ivy Lane, Suite 116**
City:         **GREENBELT**   State:  **MD**   Zip Code:  **20770**


Name:         **MARCUS, BRUCE LAWRENCE**
Appearance Date: **02/27/2025**
Address Line 1:   **STE 116 6411 IVY LN**
City:         **GREENBELT**   State:  **MD**   Zip Code:  **20770**


## Defendant

Name: **White, Debra**

Address: **39650 Hiawatha Circle**
City:      **Mechanicsville**   State:  **MD**   Zip Code:  **20659**

## Attorney(s) for the Defendant

Name:         **CORNWELL, JUDITH GIBSON**
Appearance Date: **02/27/2025**
Address Line 1:   **1101 Wootton Parkway**
Address Line 2:   **Suite 700**
City:         **ROCKVILLE**   State:  **MD**   Zip Code:  **20852**


Name:         **Schwaber, Jeffrey**
Appearance Date: **02/27/2025**
Address Line 1:   **1101 Wootton Parkway**
Address Line 2:   **Suite 700**
City:         **ROCKVILLE**   State:  **MD**   Zip Code:  **20852**


## Defendant

Name: **Omnicom Group Inc**
Removal Date: **08/08/2025**

Address: **280 Park Avenue**
City:      **New York**   State:  **NY**   Zip Code:  **10017**

## Attorney(s) for the Defendant

Name:         **BRUCE, M CELESTE**
Appearance Date: **02/18/2025**
Removal Date:    **08/08/2025**
Address Line 1:   **7700 Wisconsin Avenue**
Address Line 2:   **Suite 320**
City:         **BETHESDA**   State:  **MD**   Zip Code:  **20814**

Name: **BRUCE, M CELESTE**
Appearance Date: **02/18/2025**
Removal Date: **08/08/2025**
Address Line 1: **7700 Wisconsin Avenue**
Address Line 2: **Suite 320**
City: **BETHESDA**  State: **MD**  Zip Code: **20814**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| **Conference - Pre-Trial** | **05/30/2024** | **09:00:00** | **Platt, Steven I** | **Pre-Trials and Scheduling Conferences** | **Suite 403** | **CancelledReason: Case Closed** |
| **Conference - Pre-Trial** | **05/29/2025** | **13:30:00** | **Platt, Steven I** | **Pre-Trials and Scheduling Conferences** | **Suite 403** | **CancelledReason: Court** |
| **Conference - Pre-Trial** | **05/29/2025** | **13:30:00** | **Platt, Steven I** | **Pre-Trials and Scheduling Conferences** | **Suite 403** | **CancelledReason: Court** |
| **Hearing - Complex Motions** | **06/23/2025** | **13:30:00** | **Thompson, Robert** | **Civil Calendar** | **Courtroom 3E** | **Concluded / Held** |
| **Hearing - Complex Motions** | **07/28/2025** | **13:30:00** | **Thompson, Robert** | **Civil Calendar** | **Courtroom 3E** | **Concluded / Held** |
| **Conference - Pre-Trial** | **08/14/2025** | **09:00:00** | **Platt, Steven I** | **Pre-Trials and Scheduling Conferences** | **Suite 403** | **CancelledReason: Cancelled/Vacated** |
| **Hearing - Motion** | **08/14/2025** | **09:00:00** | **Thompson, Robert** | **Civil Calendar** | **Courtroom 3E** | **Concluded / Held** |
| **Conference - Pre-Trial** | **10/16/2025** | **14:00:00** | **Platt, Steven I** | **Pre-Trials and Scheduling Conferences** | **Suite 403** | **CancelledReason: Case Closed** |

## Document Information

File Date: **03/27/2023**
Document Name: **Case Information Report Filed**
Comment: **Civil Non-Domestic Case Information Report – Compass Marketing, Inc.**

File Date: **03/27/2023**
Document Name: **Complaint / Petition**
Comment: **Complaint - Tort - Commercial**

File Date: **03/28/2023**
Document Name: **Attorney Appearance - No Fee**
Comment:

File Date:       **03/28/2023**
Document Name:   **Summons Issued (Service Event)**
Comment:         **E-served to attys Marinello, Stern, and Mina for service**

File Date:       **05/25/2023**
Document Name:   **Request to Re-Issue**
Comment:         **Request to Re-Issue Writ of Summons - Daniel White and Michael White**

File Date:       **05/25/2023**
Document Name:   **Summons Issued (Service Event)**
Comment:         **E-served atty Stern.**

File Date:       **07/28/2023**
Document Name:   **Notice of Cont. Dismissal Lack of Juris.**
Comment:         **(E-service notification sent to Attys Stern, Marinello, Mina and copies mailed to Ascential PLC, James Dipaula, Flywheel Digital LLC, Patrick Miller, Daniel White, George White, and Michael White)**

File Date:       **07/28/2023**
Document Name:   **Consent Motion**
Comment:         **Consent Motion to Stay Proceedings**

File Date:       **08/22/2023**
Document Name:   **Order**
Comment:         **ORDER STAYING PROCEEDINGS. Eserved Attys Stern, Marinello, and Mina. Copies mailed to Ascential, James Depaula, Digital Flywheel, Patrick White, Daniel White, George White, Michael White.**

File Date:       **08/23/2023**
Document Name:   **Affidavit - Service**
Comment:         **Affidavit of Service - Michael White 06/07/2023**

File Date:       **08/23/2023**
Document Name:   **Supporting Exhibit**
Comment:         **Exhibit 1 - Affidavit of Service Michael White**

File Date:       **08/23/2023**
Document Name:   **Affidavit - Service**
Comment:         **Affidavit of Service - Miller 05/17/2023**

File Date:        **08/23/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit 1 - Affidavit of Service for Miller**


File Date:        **08/23/2023**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service - DiPaula 05/17/2023**


File Date:        **08/23/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit 1 - Affidavit of Service for DiPaula**


File Date:        **08/23/2023**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service - Flywheel 05/18/2023**


File Date:        **08/23/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit 1 - Affidavit of Service Flywheel**


File Date:        **08/23/2023**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service - Ascential 05/18/2023**


File Date:        **08/23/2023**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit 1 - Affidavit of Service Ascential**


File Date:        **08/23/2023**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service - George White 05/22/2023**


File Date:        **08/23/2023**
Document Name: **Affidavit - Service**
Comment:          **Affidavit of Service - Daniel White 05/26/2023**


File Date:        **09/18/2023**
Document
Name:            **Scheduling Order**
Comment:         **Copies e-served to Atty Stern, Atty Marinello &amp; Atty Mina. Copies mailed to Ascential PLC, James DiPaula, Flywheel Digital LLC, Patrick Miller, Daniel White, George White, Michael White &amp; MED**

| File Date: | **09/18/2023** |
|---|---|
| Document Name: | **Order – Mediation** |
| Comment: | **Copies e-served to Atty Stern, Atty Marinello &amp; Atty Mina. Copies mailed to Ascential PLC, James DiPaula, Flywheel Digital LLC, Patrick Miller, Daniel White, George White, Michael White &amp; MED** |

| File Date: | **09/19/2023** |
|---|---|
| Document Name: | **Order** |
| Comment: | **Ordered, that this case shall remain STAYED pursuant to the 8/22/23 Order Staying Proceedings. As a result, the 9/18/23 Scheduling Order and Order for Mediation shall be VACATED. (E-served attys Stern, Marinello, Mina, and mailed to Ascential PLC, James Dipaula, Flywheel Digital, Patrick Miller, Daniel WHite, George White and Michael White )** |

| File Date: | **09/19/2023** |
|---|---|
| Document Name: | **Clerk Comment** |
| Comment: | **\*\*\*\*\*\* CASE STAYED \*\*\*\*\*** |

| File Date: | **10/28/2024** |
|---|---|
| Document Name: | **Motion** |
| Comment: | **Motion to Lift Stay and Re-Open Case** |

| File Date: | **10/28/2024** |
|---|---|
| Document Name: | **Notice Filed** |
| Comment: | **Notice of Fourth Circuit Mandate** |

| File Date: | **10/29/2024** |
|---|---|
| Document Name: | **Attorney Appearance - $10 Fee** |
| Comment: | **Notice of Entry of Appearance** |

| File Date: | **10/29/2024** |
|---|---|
| Document Name: | **Attorney Appearance - $10 Fee** |
| Comment: | **Entry of Appearance** |

| File Date: | **10/29/2024** |
|---|---|
| Document Name: | **Response/Reply** |
| Comment: | **Defendants' Response and Supplement to Plaintiff's Motion to Lift to Stay and Reopen Case** |

| File Date: | **10/29/2024** |
|---|---|
| Document Name: | **Supporting Exhibit** |

Comment:      **EX 1 - Defendants' Response and Supplement to Plaintiff's Motion to Lift to Stay and Reopen Case**

---

File Date:      **10/29/2024**

Document Name:      **Supporting Exhibit**

Comment:      **EX 2 – Defendants' Response and Supplement to Plaintiff's Motion to Lift to Stay and Reopen Case**

---

File Date:      **10/29/2024**

Document Name:      **Supporting Exhibit**

Comment:      **EX 3 - Defendants' Response and Supplement to Plaintiff's Motion to Lift to Stay and Reopen Case**

---

File Date:      **10/31/2024**

Document Name:      **Order**

Comment:      **ORDERED that the Stay is hereby LIFTED ((E-served attys Stern, Marinello, Mina, and mailed to Ascential PLC, James Dipaula, Flywheel Digital, Patrick Miller, Daniel WHite, George White and Michael White )**

---

File Date:      **10/31/2024**

Document Name:      **Scheduling Order**

Comment:      **(E-served attys Stern, Marinello, Mina, and mailed to Ascential PLC, Richard Sampson, James Dipaula, Flywheel Digital, Patrick Miller, Daniel WHite, George White and Michael White )**

---

File Date:      **10/31/2024**

Document Name:      **Order - Mediation**

Comment:      **(E-served attys Stern, Marinello, Mina, and mailed to Ascential PLC, James Dipaula, Flywheel Digital, Patrick Miller, Daniel WHite, George White, Richard Sampson and Michael White )**

---

File Date:      **10/31/2024**

Document Name: **Opposition**

Comment:      **Michael White and George White's Opposition to Motion to Lift Stay and Reopen Case**

---

File Date:      **10/31/2024**

Document Name: **Attorney Appearance - No Fee**

Comment:

---

File Date:      **11/01/2024**

Document Name:      **Order**

| | |
|---|---|
| | ***STRICKEN PER COURT ORDER DATED 11/13/24** ORDER LIFTING STAY AND REOPENING |
| Comment: | **CASE. (E-served attys Stern, Marinello, Mina, and mailed to Ascential PLC, James Dipaula, Flywheel Digital, Patrick Miller, Daniel WHite, George White and Michael White)** |

File Date:      **11/01/2024**
Document Name: **Attorney Appearance - No Fee**
Comment:        **Notice of Entry of Appearance**

File Date:      **11/04/2024**
Document Name: **Attorney Appearance - No Fee**
Comment:        **Entry of Appearance of Tonya Kelly Cronin and Michael A. Brown**

File Date:      **11/04/2024**
Document Name: **Attorney Appearance - $10 Fee**
Comment:        **Entry of Appearance of Reuben W. Wolfson, Esq.**

File Date:      **11/04/2024**
Document Name: **Attorney Appearance - No Fee**
Comment:        **Entry of Appearance of David M.E. Moon, Esq.**

File Date:      **11/04/2024**
Document Name: **Attorney Appearance - No Fee**
Comment:        **Entry of Appearance of Joyce E. Smithey, Esq.**

File Date:      **11/05/2024**
Document Name: **Attorney Appearance - $10 Fee**
Comment:        **Attorney Appearance - Liesel J. Schopler, Esq.**

File Date:      **11/05/2024**
Document Name: **Attorney Appearance - $10 Fee**
Comment:        **Entry of Appearance**

File Date:      **11/06/2024**
Document Name: **Attorney Appearance - $10 Fee**
Comment:        **Entry of Appearance for Defendant Daniel White**

File Date:      **11/13/2024**
Document Name: **Order**
Comment:        **ORDERED, that the Court's Order docketed on November 1, 2024, be STRICKEN. (E-served attys Stern, Marinello, Mina, Brown, Cronin, Moon, Schopler, Smithley, Wolfson, Rudo, Hamilton, Brown, Marcus, Patterson, Schwaber, Cornwell)**

| | |
|---|---|
| File Date: | **11/18/2024** |
| Document Name: | **Order** |
| Comment: | **Order for Assignment of Case to Business and Technology Case Management Program (Copies e-served to Attys Stern, Brown, Rudo, Marcus, and Schwaber)** |

| | |
|---|---|
| File Date: | **11/19/2024** |
| Document Name: | **Order** |
| Comment: | **ORDERED that the Scheduling Order docketed October 31, 2024, is amended. (Copies e-served to Attys Stern, Brown, Rudo, Marcus, and Schwaber)** |

| | |
|---|---|
| File Date: | **11/20/2024** |
| Document Name: | **Judicial Notation on Filing** |
| Comment: | **(Copies e-served to Attys Stern, Brown, Rudo, Marcus, and Schwaber)** |

| | |
|---|---|
| File Date: | **11/21/2024** |
| Document Name: | **Motion / Request - For Special Admission of Attorney** |
| Comment: | **Motion for Special Admission of Out-of-State Attorney Under Rule 19-217 (Michael C. Keats, Jr.)** |

| | |
|---|---|
| File Date: | **11/21/2024** |
| Document Name: | **Motion / Request - For Special Admission of Attorney** |
| Comment: | **Motion for Special Admission of Out-of-State Attorney Under Rule 19-217 (Rebecca L. Martin)** |

| | |
|---|---|
| File Date: | **11/21/2024** |
| Document Name: | **Motion / Request - For Special Admission of Attorney** |
| Comment: | **Motion for Special Admission of Out-of-State Attorney Under Rule 19-217 (Samuel Truesdell)** |

| | |
|---|---|
| File Date: | **11/21/2024** |
| Document Name: | **Motion/Request/Notice - Strike/Withdraw Appearance** |
| Comment: | **Notice of Withdrawal of Appearance - KSMB obo Compass Marketing, Inc.** |

| | |
|---|---|
| File Date: | **11/21/2024** |
| Document Name: | **Motion / Request - To Dismiss** |
| Comment: | **Motion to Dismiss and Request for Hearing by Defendants Flywheel Digital LLC, James Columbus "Chip" DiPaula, Jr., Patrick Miller and Ascential PLC** |

| | |
|---|---|
| File Date: | **11/21/2024** |

Document
Name:         **Memorandum**

Comment:      **Memorandum in Support of Motion to Dismiss and Request for Hearing by Defendants
              Flywheel Digital LLC, James Columbus "Chip" DiPaula, Jr., Patrick Miller and Ascential PLC**

---

File Date:         **11/21/2024**
Document Name: **Supporting Document**
Comment:           **Declaration of Tonya Kelly Cronin**

---

File Date:         **11/21/2024**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit A to Declaration of Tonya Kelly Cronin**

---

File Date:         **11/21/2024**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit B to Declaration of Tonya Kelly Cronin**

---

File Date:         **11/21/2024**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit C to Declaration of Tonya Kelly Cronin**

---

File Date:         **11/21/2024**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit D to Declaration of Tonya Kelly Cronin**

---

File Date:         **11/21/2024**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit E to Declaration of Tonya Kelly Cronin**

---

File Date:         **11/22/2024**
Document Name: **Consent Motion**
Comment:           **Consent Motion to Extend Deadline**

---

File Date:         **12/04/2024**
Document
Name:           **Order**

Comment:           **Order re Consent Motion to Extend Deadline for Daniel White, Michael White, and George
              White to Respond to the Complaint is granted. (E-Served to All Attys and Copies Mailed to MED
              Richard Sampson)**

---

File Date:         **12/06/2024**
Document Name: **Motion**
Comment:           **Joint Motion to Extend Deadlines to File Amended Pleading**

File Date: **12/13/2024**

Document Name: **Order**

Comment: **ORDERED that Joint Motion to Extend Deadline is GRANTED, Plaintiff shall file Amended Complaint by January 6, 2025, Defendant's shall file all responsive pleadings by February 20, 2025, Plaintiff shall file any Memorandum in Opposition to responsive by April 7, 2025, Defendant's shall file any Reply to Opposition by May 7, 2025. (E-Served Atty's Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Hamilton, Marcus, Patterson , Schwaber and Cornwell. Copies mailed to Atty Rudo No Email,James DiPaula Jr and Patrick Miller)**

---

File Date: **12/16/2024**

Document Name: **Order**

Comment: **Ordered that the Motion for Special Admission of Out-of-State Attorney Michael C. Keats, Jr. is GRANTED. (E-Served Atty's Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Hamilton, Marcus, Patterson , Schwaber and Cornwell, Rudo ,James DiPaula Jr and Patrick Miller)**

---

File Date: **12/16/2024**

Document Name: **Order**

Comment: **Ordered that the Motion for Special Admission of Out-of-State Attorney Rebecca L. Martin is GRANTED. (E-Served Atty's Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Hamilton, Marcus, Patterson , Schwaber and Cornwell, Rudo ,James DiPaula Jr and Patrick Miller)**

---

File Date: **12/16/2024**

Document Name: **Order**

Comment: **Ordered that the Motion for Special Admission of Out-of-State Attorney Samuel Truesdell is GRANTED. (E-Served Atty's Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Hamilton, Marcus, Patterson , Schwaber and Cornwell, Rudo ,James DiPaula Jr and Patrick Miller)**

---

File Date: **12/17/2024**

Document Name: **Judicial Notation on Filing**

Comment: **Defendants Motion to Dismiss and Request for Hearing- Denied as moot. The parties have agreed that an Amended Complaint will be filed by 1/6/25.**

---

File Date: **12/17/2024**

Document Name: **Judicial Notation on Filing**

Comment: **Noted. (E-Served Atty's Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Hamilton, Marcus, Patterson , Schwaber and Cornwell, Rudo ,James DiPaula Jr and Patrick Miller)**

---

File Date: **12/26/2024**

Document Name: **Returned/Undeliverable Mail**

Comment: **\*\*\*Returned Mail For HARRY PAUL RUDO DLA PIPER, LLP (US)\*\*\***

File Date:  **01/08/2025**
Document Name: **Attorney Appearance - No Fee**
Comment:  **Notice of Appearances for Michael C. Keats, Rebecca L. Marthin, Samuel Truesdale**

File Date:  **01/08/2025**
Document Name: **Attorney Appearance - No Fee**
Comment:  **Notice of Appearances of Micahael C. Keats, Rebecca L. Martin, Samuel Truesdale**

File Date:  **01/08/2025**
Document Name: **Attorney Appearance - No Fee**
Comment:  **Notice of Appearances of Michael C. Keats, Rebecca L. Martin, Samuel Truesdell**

File Date:  **01/08/2025**
Document Name:  **Miscellaneous Document**
Comment:  **\*\*\*DUPLICATE FILING\*\*\* Notice of Appearances of Micael C. Keats, Rebecca L. Martin, Samuel Truesdell**

File Date:  **01/08/2025**
Document Name:  **Miscellaneous Document**
Comment:  **\*\*\*DUPLICATE FILING\*\*\* Notice of Appearances of Micael C. Keats, Rebecca L. Martin, Samuel Truesdell**

File Date:  **01/08/2025**
Document Name: **Line**
Comment:  **Line to Issue Summons**

File Date:  **01/08/2025**
Document Name: **Complaint - Amended**
Comment:  **First Amended Complaint**

File Date:  **01/08/2025**
Document Name: **Complaint - Amended**
Comment:  **Redline First Amended Complaint**

File Date:  **01/13/2025**
Document Name: **Summons Issued (Service Event)**
Comment:  **E-served to Atty Smithey for service.**

File Date:  **01/14/2025**
Document Name: **Clerk Comment**

Comment:          **Returned Correspondence to Leigh Bolton - missing a certificate of service**

---

File Date:        **02/07/2025**
Document Name:**Affidavit - Service**
Comment:          **Affidavit of Service - Omnicom**

---

File Date:        **02/07/2025**
Document Name:**Certificate of Service**
Comment:

---

File Date:        **02/07/2025**
Document Name:**Affidavit - Service**
Comment:          **Affidavit of Service - Julie White**

---

File Date:        **02/07/2025**
Document Name:**Certificate of Service**
Comment:          **COS Affidavit of Service - Julie White**

---

File Date:        **02/11/2025**
Document Name:**Affidavit - Service**
Comment:          **Affidavit of Service - Kelly Kathleen White**

---

File Date:        **02/11/2025**
Document Name:**Certificate of Service**
Comment:          **COS - Affidavit of Service - Kelly Kathleen White**

---

File Date:        **02/13/2025**
Document Name:**Complaint - Amended**
Comment:          **Second Amended Complaint**

---

File Date:        **02/13/2025**
Document Name:**Supporting Document**
Comment:          **Suppo Doc : Redline - Second Amended Complaint**

---

File Date:        **02/13/2025**
Document Name:**Line**
Comment:          **Line to Issue Summons**

---

File Date:        **02/14/2025**
Document Name:**Affidavit - Service**
Comment:          **Affidavit of Service - Debra White**

File Date:    **02/14/2025**

Document Name: **Line**

Comment:      **Line of Service**

---

File Date:    **02/18/2025**

Document Name: **Summons Issued (Service Event)**

Comment:      **(E-served to atty's Stern, Moo, Schopler , Smithey , Wolfson )**

---

File Date:    **02/18/2025**

Document
Name:      **Attorney Appearance - $10 Fee**

Comment:      **Line of Appearance for M. Celeste Bruce, Esq. as Counsel for Defendant Omnicom Group Inc.**

---

File Date:    **02/27/2025**

Document Name: **Attorney Appearance - No Fee**

Comment:      **Entry of Appearance for Defendant Kelly White**

---

File Date:    **02/27/2025**

Document Name: **Attorney Appearance - No Fee**

Comment:      **Notice of Entry of Appearance**

---

File Date:    **02/27/2025**

Document Name: **Attorney Appearance - No Fee**

Comment:      **Notice of Appearance for Michael C. Keats, Rebecca L. Martin and Samuel Truesdell**

---

File Date:    **02/28/2025**

Document
Name:      **Consent Motion**

Comment:      **Consent Motion to Extend Deadline for Michael White and George White to Respond to Second Amended Complaint**

---

File Date:    **02/28/2025**

Document
Name:      **Motion / Request - To Dismiss**

Comment:      **Motion to Dismiss and Request for Hearing by Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa plc**

---

File Date:    **02/28/2025**

Document
Name:      **Memorandum**

Comment:      **Memorandum in Support of Motion to Dismiss and Request for Hearing by Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa plc**

File Date: **02/28/2025**
Document Name: **Supporting Document**
Comment: **Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Exhibit**
Comment: **Ex. A to Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Exhibit**
Comment: **Ex. B to Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Exhibit**
Comment: **Ex. C to Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Exhibit**
Comment: **Ex. D to Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Exhibit**
Comment: **Ex. E to Declaration of Tonya Kelly Cronin for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Document**
Comment: **Affidavit of Naomi Howden for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Supporting Document**
Comment: **Affidavit of Rupert Hopley for Motion to Dismiss**

File Date: **02/28/2025**
Document Name: **Consent Motion**
Comment: **Consent Motion to Extend Deadline for Defendant Daniel White to Respond to Second Amended Complaint**

File Date: **02/28/2025**
Document Name: **Motion / Request - To Dismiss**
Comment: **Omnicom Group Inc.'s Motion to Dismiss**

File Date: **02/28/2025**

Document Name: **Memorandum**

Comment: **Memorandum in Support -Omnicom Group Inc.'s Motion to Dismiss**

---

File Date: **02/28/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit A-Omnicom Group Inc.'s Motion to Dismiss**

---

File Date: **02/28/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit B-Omnicom Group Inc.'s Motion to Dismiss**

---

File Date: **02/28/2025**

Document Name: **Request for Hearing/Trial**

Comment: **Request for Hearing - Omnicom Group Inc.'s Motion to Dismiss**

---

File Date: **03/04/2025**

Document Name: **Order**

Comment: **ORDERED that the Consent Motion to Extend Time is GRANTED, Defendant's Michael White and George White shall file any responsive pleading(s) to the Second Complaint by March 10, 2025. (E-Served All Atty's. Copies Mailed to Atty Rudo No Email and All Parties)**

---

File Date: **03/04/2025**

Document Name: **Order**

Comment: **ORDERED that Consent Motion to Extend Time is granted, Daniel White's response to Second Amended Complaint is due on or before March 7, 2025. (E-Served All Atty's. Copies Mailed to Atty Rudo No Email and All Parties)**

---

File Date: **03/04/2025**

Document Name: **Motion / Request - For Special Admission of Attorney**

Comment: **Motion For Special Admission Of Out-Of-State Attorney Under Rule 19-217 - Jeff Hammel on behalf of Defendant Omnicom**

---

File Date: **03/07/2025**

Document Name: **Affidavit - Service**

Comment: **Affidavit of Service Alexander McCord**

---

File Date: **03/07/2025**

Document Name: **Supporting Exhibit**

Comment: **Attachment to Affidavit of Service Alexander McCord**

| | |
|---|---|
| File Date: | **03/07/2025** |
| Document Name: | **Motion / Request - To Dismiss** |
| Comment: | **Daniel and Kelly White's Motion to Dismiss** |

| | |
|---|---|
| File Date: | **03/07/2025** |
| Document Name: | **Memorandum** |
| Comment: | **Memorandum of Law In Support of Motion to Dismiss** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Motion / Request - To Dismiss** |
| Comment: | **Defendants Partial Motion to Dismiss Plaintiff's Second Amended Complaint** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 1** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Answer** |
| Comment: | **Defendants Michael White and George White's Partial Answer to Second Amended Complaint** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Motion for Summary Judgment** |
| Comment: | **DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. 1 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - The Board of Directors** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. 2 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Affidavit of Michael R. White in Support of Motion for Summary Judgment** |

| | |
|---|---|
| File Date: | **03/10/2025** |
| Document Name: | **Supporting Exhibit** |

Comment: **Ex. 3 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Affidavit of Daniel J. White in Support of Motion for Summary Judgment**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 4 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Compass Marketing INC**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 5 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Tax Return**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 6 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Tax Return 1120S**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 7 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - U.S. Income Tax Return**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 8 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - IRS Tax Return**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 9 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Income Tax**

---

File Date: **03/10/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 10 to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - 1120S Income Tax Return**

File Date:          **03/12/2025**
Document Name: **Affidavit - Service**
Comment:            **Affidavit of Service Defendant The City of Annapolis**


File Date:          **03/12/2025**
Document Name: **Certificate of Service**
Comment:            **COS - Affidavit of Service Defendant The City of Annapolis**


File Date:          **03/12/2025**
Document Name: **Affidavit - Service**
Comment:            **Affidavit of Service Defendant Annapolis Police Department**


File Date:          **03/12/2025**
Document Name: **Certificate of Service**
Comment:            **COS - Affidavit of Service Defendant Annapolis Police Department**


File Date:          **03/14/2025**
Document Name: **Notice of Discovery**
Comment:            **Notice of Discovery - Plaintiff's Disclosure of Expert Witnesses**


File Date:          **03/17/2025**
Document Name: **Opposition**
Comment:            **Opposition to Def. Omnicom's Motion to Dismiss**


File Date:          **03/17/2025**
Document Name: **Opposition**
Comment:            **Opposition to Def. Flywheel's Motion to Dismiss**


File Date:          **03/18/2025**
Document Name: **Returned/Undeliverable Mail**
Comment:            **RETURNED MAIL FROM HARRY RUDO. NO NEW ADDRESS.**


File Date:          **03/20/2025**
Document
Name:               **Order**
Comment:            **Re : Motions Hearing (E-Served All Atty's. Copies Mailed to Atty Rudo (No Email) , Annapolis
                    Police dept , Miguel Dennis, Alexander McCord , The city of Annapolis, and Julie White, )**


File Date:          **03/24/2025**
Document Name: **Line**
Comment:            **Line - Attach Exhibit to Motion for Summary Judgment**

File Date:      **03/24/2025**

Document
Name:           **Supporting Exhibit**

Comment:        **Ex. 3A to DEFENDANTS MICHAEL WHITE, DEBRA WHITE, AND GEORGE WHITES MOTION FOR
                SUMMARY JUDGMENT ON THE SECOND AMENDED COMPLAINT - Affidavit of Daniel J. White in
                Support of Motion for Summary Judgment**

---

File Date:      **03/24/2025**

Document Name: **Opposition**

Comment:        **Opposition to Def. Daniel and Kelly White's Motion to Dismiss**

---

File Date:      **03/25/2025**

Document Name: **Opposition**

Comment:        **Opposition to Defs. Michael, Debra and George White's Partial MTD**

---

File Date:      **03/26/2025**

Document Name: **Opposition**

Comment:        **Opposition to Defs. Michael, Debra and George White's MSJ**

---

File Date:      **03/26/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit 1 - Opposition to Defs. Michael, Debra and George White's MSJ**

---

File Date:      **03/26/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit 2 - Opposition to Defs. Michael, Debra and George White's MSJ**

---

File Date:      **03/26/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit 3 - Opposition to Defs. Michael, Debra and George White's MSJ**

---

File Date:      **03/26/2025**

Document Name: **Line**

Comment:        **Line Re Compass Opp MSJ and MTD Filing**

---

File Date:      **03/26/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit A to Line re Compass Opp to MTD and MSJ Filing**

---

File Date:      **03/27/2025**

Document
Name:           **Order**

Comment: **That the Motion to Dismiss in its entirety is DENIED. (E-Served All Atty's. Mailed to Annapolis Police dept , Miguel Dennis, Alexander McCord , The city of Annapolis, and Julie White, )**

---

File Date: **03/27/2025**

Document Name: **Order**

Comment: **Defendants Michael White, Debra White, and George White's Partial Motion to Dismiss Plaintiff Compass Marketing, Inc.'s Second Amended Complaint ("Motion") is Denied. (E-Served All Atty's. Mailed to Annapolis Police dept , Miguel Dennis, Alexander McCord , The city of Annapolis, and Julie White, )**

---

File Date: **03/28/2025**

Document Name: **Order**

Comment: **Re: ORDERED that Jeff G. Hammel, Esq. is admitted specially for the limited purpose of appearing and participating in this case as co- counsel for Defendant Omnicom Group Inc. The presence ofthe Maryland attorney is not waived (Copies E-served To Attys Stern, Moon, Schopler, Smithey, Wolfson, Brown, Cronin, Keats, Martin, Truesdell, Rudu, Hamilton, Bruce, Patterson, Schwaber, and Cornwell and Mailed To Annapolis Police Department, Miguel Dennis, Alexander Mccord, The City of Annapolis, Julie White, State Court Adminstator and Jeff G. Hammel, Esq.)**

---

File Date: **03/28/2025**

Document Name: **Response/Reply**

Comment: **Reply Memorandum of Law in Further Support of the Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr, Patrick Miller, Alexander McCord, Ascential Ltd, and Informa plcs Motion to Dismiss the Second Amended Complaint**

---

File Date: **03/28/2025**

Document Name: **Response/Reply**

Comment: **Defendant Omnicom Group, Inc.'s Reply in Support of Its Motion to Dismiss the Second Amended Complaint**

---

File Date: **03/31/2025**

Document Name: **Attorney Appearance - $10 Fee**

Comment: **Entry of Appearance**

---

File Date: **03/31/2025**

Document Name: **Motion / Request - To Dismiss**

Comment: **Motion to Dismiss All Claims in Second Amended Complaint**

---

File Date: **04/10/2025**

Document Name: **Order**

Comment:    **ORDERED, that the Defendants' Motion for Summary Judgment be, and the same hereby is DENIED (Copies e-served to Attys Stern, Brown, Rudo, Keats, Bruce, Marcus, Schwaber and Callahan. Copies mailed to Annapolis Police Department, The City of Annapolis, Miguel Dennis and Alexander Mccord)**

---

File Date:    **04/11/2025**

Document Name:    **Answer**

Comment:    **Defendants Michael White, Debra White, and George White's Answer to Second Amended Complaint**

---

File Date:    **04/11/2025**

Document Name: **Answer**

Comment:    **Daniel White and Kelly White's Answer to Second Amended Complaint**

---

File Date:    **04/14/2025**

Document Name:    **Motion / Request - To Dismiss**

Comment:    **City of Annapolis, Annapolis Police Department, and Miguel Dennis' Motion to Dismiss or, in the alternative, Motion for Summary Judgment**

---

File Date:    **04/14/2025**

Document Name:    **Memorandum**

Comment:    **Memorandum in Support of City Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment**

---

File Date:    **04/14/2025**

Document Name: **Supporting Exhibit**

Comment:    **Exhibit 1 Motion to Dismiss - Records Request Form**

---

File Date:    **04/14/2025**

Document Name: **Supporting Exhibit**

Comment:    **Exhibit 2 Motion to Dismiss - Public Information Act Compliance Board**

---

File Date:    **04/14/2025**

Document Name:    **Notice of Service**

Comment:    **Notice Of Disclosure Of Expert Witnesses of Defendants Flywheel Digital LLC, James Columbus Dipaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, Informa PLC, And Omnicom Group Inc.**

---

File Date:    **04/15/2025**

Document Name: **Attorney Appearance - $10 Fee**

Comment:    **Notice of Entry of Appearance**

File Date: **04/15/2025**

Document Name: **Opposition**

Comment: **Opposition to Defendant Julie White's Motion to Dismiss**

---

File Date: **04/16/2025**

Document Name: **Notice Filed**

Comment: **Notice of Intent to Use Computer-Generated Evidence by Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, Informa plc, and Omnicom Group Inc.**

---

File Date: **04/21/2025**

Document Name: **Notice of Discovery**

Comment: **Notice of Disclosure of Expert Witnesses**

---

File Date: **04/22/2025**

Document Name: **Order**

Comment: **ORDERED that the DEF's Motion to Dismiss All Claims in Second Amended Complaint against DEF Julie White is to be considered by the Court on June 23, 2025 along with other dispositive motions. (Copies e-served to Attys Stern, Brown, Rudo, Keats, Bruce, Marcus, Schwaber and Callahan. Copies mailed to Annapolis Police Department, The City of Annapolis, Miguel Dennis and Alexander Mccord)**

---

File Date: **04/29/2025**

Document Name: **Motion - Modify Scheduling Order**

Comment: **Consent Motion to Modify Scheduling Order**

---

File Date: **04/29/2025**

Document Name: **Opposition**

Comment: **OPPOSITION TO DEFENDANTS CITY OF ANNAPOLIS, ANNAPOLIS POLICE DEPARTMENT AND MIGUEL DENNIS'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

---

File Date: **05/01/2025**

Document Name: **Consent Motion**

Comment: **Consent Motion for Extension of Time to File Response**

---

File Date: **05/06/2025**

Document Name: **Order**

Comment: **ORDERED that the Motion for Extension of Time to File Response is MOOT, a response having been filed on April 14, 2025. (Copies e-served to Attys Stern, Brown, Rudo, Keats, Bruce,**

**Marcus, Schwaber and Callahan. Copies mailed to Annapolis Police Department, The City of Annapolis, Miguel Dennis and Alexander Mccord)**

---

File Date: **05/07/2025**
Document Name: **Reply to Opposition**
Comment: **City Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss/Summary Judgment**

---

File Date: **05/08/2025**
Document Name: **Motion/Request/Notice - Strike/Withdraw Appearance**
Comment: **Notice of Withdrawal of Appearance of Counsel**

---

File Date: **05/13/2025**
Document Name: **Order**
Comment: **ORDER SETTING IN MOTIONS HEARING e-served to all attnys on record**

---

File Date: **05/13/2025**
Document Name: **Notice of Discovery**
Comment: **Notice of Disclosure of Rebuttal Expert Witnesses**

---

File Date: **05/20/2025**
Document Name: **Motion for Summary Judgment**
Comment: **Motion for Summary Judgment**

---

File Date: **05/20/2025**
Document Name: **Supporting Exhibit**
Comment: **Exhibit 1: Motion for Summary Judgment**

---

File Date: **05/23/2025**
Document Name: **Order**
Comment: **ORDERED that Motion to Modify Scheduling Order is GRANTED IN PART as follows. (E-Served All Attorneys)**

---

File Date: **06/04/2025**
Document Name: **Opposition**
Comment: **Plaintiff's Opposition to Defendant Debra White's Motion for Summary Judgment**

---

File Date: **06/06/2025**
Document Name: **Notice of Discovery**
Comment: **Request for Production of documents, Interrogatories and Request for Admissions**

---

File Date: **06/06/2025**

Document Name: **Notice of Discovery**

Comment:　　　**First Set of Requests for Production and First Set of Interrogatories**

---

File Date:　　　**06/09/2025**

Document Name: **Certificate Regarding Discovery**

Comment:　　　**First set of interrogatories and First Set of Request for Production of Documents**

---

File Date:　　　**06/09/2025**

Document Name: **Response/Reply**

Comment:　　　**Def. Debra White Reply in Support of Motion for Summary Judgment**

---

File Date:　　　**06/23/2025**

Document Name: **Hearing Sheet**

Comment:　　　**Hearing sheet signed as Order of Court**

---

File Date:　　　**06/23/2025**

Document Name: **Opposition**

Comment:　　　**Plaintiff's Supplemental Exhibits in Opposition to Informa, PLC's Motion to Dismiss**

---

File Date:　　　**06/23/2025**

Document Name: **Supporting Exhibit**

Comment:　　　**Exhibit 1 - Declaration of David M.E. Moon, Esq.**

---

File Date:　　　**06/23/2025**

Document Name: **Supporting Exhibit**

Comment:　　　**Supplemental Exhibit 2**

---

File Date:　　　**06/23/2025**

Document Name: **Supporting Exhibit**

Comment:　　　**Supplemental Exhibit 3**

---

File Date:　　　**06/24/2025**

Document Name: **Notice of Discovery**

Comment:　　　**First Requests for Interrogatories and First Request for Production of Documents**

---

File Date:　　　**06/26/2025**

Document
Name:　　　**Order**

Comment:　　　**Hearing Sheet Signed as Order of Court re Complex Motions Hearing (E-served to Attys Berger, Lyles, Brown, Cronin, Keats, Martin, Stern. Moon, Schopler, Smithey, Wolfson, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwarber, Cornwell, and Callahan)**

File Date:         **06/26/2025**

Document Name: **Motion for Summary Judgment**

Comment:           **Kelly White's Motion for Summary Judgment**

---

File Date:         **06/26/2025**

Document Name: **Memorandum**

Comment:           **Memorandum Motion for Summary Judgment**

---

File Date:         **06/26/2025**

Document Name: **Supporting Exhibit**

Comment:           **Exhibit 1 Motion for Summary Judgment**

---

File Date:         **06/27/2025**

Document Name:     **Order**

Comment:           **ORDER SETTING IN MOTIONS HEARING (Copies E-served To Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Rudo, &amp; Hamilton)**

---

File Date:         **07/02/2025**

Document Name:     **Motion - Reconsideration**

Comment:           **Motion for Reconsideration of Alexander McCord's Motion to Dismiss and Request for Hearing**

---

File Date:         **07/02/2025**

Document Name:     **Supporting Document**

Comment:           **Brief in Support of Motion for Reconsideration of Alexander McCord's Motion to Dismiss and Request for Hearing**

---

File Date:         **07/02/2025**

Document Name:     **Certificate of Service**

Comment:           **Certificate of Service - Motion for Reconsideration of Alexander McCord's Motion to Dismiss and Request for Hearing**

---

File Date:         **07/07/2025**

Document Name:     **Motion - Reconsideration**

Comment:           **Motion For Reconsideration of Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa PLC's Motion to Dismiss and Request for Hearing**

---

File Date:         **07/07/2025**

Document
Name:         **Memorandum**

Comment:      **Memorandum of Law in Support of Motion for Reconsideration of Flywheel Digital LLC, James
              Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential LTD, and Informa PLC's
              Motion to Dismiss and Request for Hearing**

---

File Date:         **07/08/2025**
Document Name: **Notice of Discovery**
Comment:           **Notice of Discovery - Plaintiff's Responses to Def DiPaula RFAs**

---

File Date:         **07/08/2025**
Document Name: **Complaint - Amended**
Comment:           **Plaintiff's Third Amended Complaint**

---

File Date:         **07/08/2025**
Document Name: **Complaint - Amended**
Comment:           **Comparison Copy - Plaintiff's Third Amended Complaint**

---

File Date:         **07/10/2025**
Document Name: **Motion - Compel**
Comment:           **Motion to Compel Against Plaintiff Compass Marketing, Inc.**

---

File Date:         **07/10/2025**
Document Name: **Supporting Exhibit**
Comment:           **Exhibit A to Motion to Compel Against Plaintiff Compass Marketing, Inc.**

---

File Date:         **07/11/2025**
Document
Name:         **Notice of Discovery**

Comment:      **d Notice of Intention to Take Videotaped Deposition of John White; and Notice of Intention to
              Take Videotaped Deposition of Ronald Bateman**

---

File Date:         **07/11/2025**
Document Name: **Notice of Discovery**
Comment:           **First Set of Interrogatories and First Request for Production of Documents t**

---

File Date:         **07/11/2025**
Document Name: **Opposition**
Comment:           **Plaintiff's Opposition to Kelly White's Motion for Summary Judgment**

---

File Date:         **07/16/2025**
Document Name: **Reply to Opposition**
Comment:           **Kelly White's Reply In Support of Motion for Summary Judgment**

File Date:        **07/16/2025**
Document Name: **Line**
Comment:          **Line Requesting Hearing re MSJ**

File Date:        **07/17/2025**
Document
Name:             **Motion / Request - For Special Admission of Attorney**
Comment:          **Motion for Special Admission of Out-of- State Attorney Under Rule 19-217 (Katherine Lustberg St. Romain)**

File Date:        **07/17/2025**
Document Name: **Opposition**
Comment:          **Plaintiff's Opposition to McCord Motion to Reconsideration**

File Date:        **07/18/2025**
Document Name: **Notice of Discovery**
Comment:          **Ascential Ltd's Notice of Service of Discovery Responses**

File Date:        **07/21/2025**
Document Name: **Notice of Service**
Comment:          **Notice of Service of Discovery**

File Date:        **07/22/2025**
Document Name: **Line**
Comment:          **Line Requesting Hearing on Alexander McCord Motion for Reconsideration**

File Date:        **07/22/2025**
Document Name: **Certificate of Service**
Comment:          **Certificate of Service of Line Requesting Hearing on Motion for Reconsideration**

File Date:        **07/22/2025**
Document
Name:             **Reply to Opposition**
Comment:          **Reply to Opposition in Support of Alexander McCord Motion for Reconsideration of Motion to Dismiss**

File Date:        **07/22/2025**
Document
Name:             **Certificate of Service**
Comment:          **Certificate of Service of Alexander McCord Reply to Opposition in Support of Motion for Reconsideration**

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Motion / Request - To Dismiss** |
| Comment: | **Motion to Dismiss Third Amended Complaint AND Request for Hearing (Defendants Flywheel Digital LLC, J.C. DiPaula, Jr., P. Miller, Ascential LTD, Informa PLC** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Memorandum** |
| Comment: | **Memorandum in Support of Motion to Dismiss Third Amended Complaint AND Request for Hearing (Defendants Flywheel Digital LLC, J.C. DiPaula, Jr., P. Miller, Ascential LTD, Informa PLC** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex 1: Motion to Dismiss Third Amended Complaint AND Request for Hearing (Defendants Flywheel Digital LLC, J.C. DiPaula, Jr., P. Miller, Ascential LTD, Informa PLC** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Motion / Request - To Dismiss** |
| Comment: | **Alexander McCord Motion to Dismiss Third Amended Complaint** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Memorandum** |
| Comment: | **Memo in Support of McCord Motion to Dismiss Third Amended Complaint** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Certificate of Service** |
| Comment: | **Certificate of Service of McCord Motion to Dismiss Third Amended Complaint** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Motion** |
| Comment: | **Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third Amended Complaint, and (2) to Deny Leave to Amend as Futile** |

| | |
|---|---|
| File Date: | **07/22/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. A -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third Amended Complaint, and (2) to Deny Leave to Amend as Futile** |

| | |
|---|---|
| File Date: | **07/22/2025** |

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. B -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. C -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. D-Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. E -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. F -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. G -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. H -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:            **07/22/2025**

Document
Name:                 **Supporting Exhibit**

Comment:              **Ex. I -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                     Amended Complaint, and (2) to Deny Leave to Amend as Futile**

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. J -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. K-Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. L -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. M -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. N -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. O-Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment:         **Ex. P -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third
                 Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date:       **07/22/2025**

Document
Name:            **Supporting Exhibit**

Comment: **Ex. Q -Defendant Omnicom Group Inc. Motions (1) to Strike Plaintiffs Unauthorized Third Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date: **07/22/2025**

Document Name: **Request for Hearing/Trial**

Comment: **Request for Hearing - Omnicom Motions (1) to Strike Plaintiffs Unauthorized Third Amended Complaint, and (2) to Deny Leave to Amend as Futile**

---

File Date: **07/22/2025**

Document Name: **Opposition**

Comment: **Plaintiff's Opposition to Flywheel Defendants' Motion for Reconsideration**

---

File Date: **07/23/2025**

Document Name: **Motion - Modify Scheduling Order**

Comment: **Plaintiff's Motion to Extenson of Pre-Trial Deadlines and Stay of all Proceedings**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 1-Plaintiff's Motion to Extenson of Pre-Trial Deadlines and Stay of all Proceedings**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 2-Plaintiff's Motion to Extenson of Pre-Trial Deadlines and Stay of all Proceedings**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 3-Plaintiff's Motion to Extenson of Pre-Trial Deadlines and Stay of all Proceedings**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 4-Plaintiff's Motion to Extenson of Pre-Trial Deadlines and Stay of all Proceedings**

---

File Date: **07/23/2025**

Document Name: **Motion for Summary Judgment**

Comment: **Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

| | |
|---|---|
| Comment: | **Exhibit 01-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 02-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 03-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 04-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 05-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 06-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 07-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

| | |
|---|---|
| File Date: | **07/23/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 08-Michael and George White's Partial Motion for Summary Judgment on third amended complaint** |

File Date: **07/23/2025**

Document
Name: **Supporting Exhibit**

Comment: **Exhibit 09-Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document
Name: **Supporting Exhibit**

Comment: **Exhibit 10-Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document
Name: **Supporting Exhibit**

Comment: **Exhibit 11-Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document
Name: **Supporting Exhibit**

Comment: **Exhibit 12-Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document
Name: **Supporting Exhibit**

Comment: **Exhibit 13-Michael and George White's Partial Motion for Summary Judgment on third amended complaint**

---

File Date: **07/23/2025**

Document Name: **Motion/Request/Notice - Strike/Withdraw Appearance**

Comment: **Counsel for Plaintiff's Motion to Withdraw**

---

File Date: **07/23/2025**

Document Name: **Motion / Request - To Dismiss**

Comment: **Kelly White's Motion to Dismiss Third Amended Complaint**

---

File Date: **07/23/2025**

Document Name: **Memorandum**

Comment: **Memorandum In Support of Motion to Dismiss the Third Amended Complaint**

---

File Date: **07/23/2025**

Document Name: **Supporting Exhibit**

Comment:          **Exhibit 1 to Kelly White Motion to Dismiss - Complaint Against Flywheel Digital LLC**

---

File Date:        **07/23/2025**
Document Name: **Answer**
Comment:          **Defendants Michael and George White Answer to Third Amended Complaint**

---

File Date:        **07/23/2025**
Document Name: **Motion / Request - To Dismiss**
Comment:          **Defendant Debra White Motion to Dismiss The Third Amended Complaint**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 1 - Defendant Debra White Motion to Dismiss The Third Amended Complaint**

---

File Date:        **07/23/2025**
Document Name: **Motion for Summary Judgment**
Comment:          **Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Memorandum**
Comment:          **Memorandum - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Affidavit**
Comment:          **Affidavit of Daniel White - Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 1 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 2 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 3 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 4 - Daniel White Partial Motion for Summary Judgment**

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 5 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 6 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 8 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/23/2025**
Document Name: **Supporting Exhibit**
Comment:          **Ex 9 - Daniel White Partial Motion for Summary Judgment**

---

File Date:        **07/24/2025**
Document Name: **Order**
Comment:          **ORDER SETTING IN MOTIONS HEARING. (E-Served All Attorney's)**

---

File Date:        **07/24/2025**
Document Name: **Response/Reply**
Comment:          **Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential LTD, and Informa PLC's Reply in Support of Motion for Reconsideration of Motion to Dismiss**

---

File Date:        **07/24/2025**
Document Name: **Line**
Comment:          **Line Requesting Hearing for Motion for Reconsideration of Motion to Dismiss**

---

File Date:        **07/25/2025**
Document Name: **Return/Affidavit of Served Subpoena**
Comment:          **Served on 7/24/25 for LUIS FERNANDAZ**

---

File Date:        **07/25/2025**
Document Name: **Notice of Service**
Comment:          **Notice of Service of Discovery on Plaintiff Compass Marketing**

---

File Date:        **07/25/2025**
Document Name: **Certificate of Service**
Comment:          **Certificate of Service of Notice of Service of Discovery**

File Date: **07/25/2025**

Document Name: **Opposition**

Comment: **Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa plc Opposition to Plaintiff's Motion for Extension of Pre-Trial Deadlines and Stay of All Proceedings**

---

File Date: **07/25/2025**

Document Name: **Opposition**

Comment: **Plaintiff's Opposition to Defendants' Motion to Compel**

---

File Date: **07/26/2025**

Document Name: **Submission Rcvd &amp; Rejected for Non-Compliance Rules Title 20**

Comment: **E-served Atty Marcus**

---

File Date: **07/26/2025**

Document Name: **Opposition**

Comment: **Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential Ltd, and Informa plc Opposition to Plaintiff's Motion to Withdraw as Plaintiff's Counsel**

---

File Date: **07/28/2025**

Document Name: **Hearing Sheet**

Comment:

---

File Date: **07/28/2025**

Document Name: **Response/Reply**

Comment: **MICHAEL WHITE AND GEORGE WHITES RESPONSE TO MOTION TO WITHDRAW AS PLAINTIFFS COUNSEL**

---

File Date: **07/28/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 1 to MICHAEL WHITE AND GEORGE WHITES RESPONSE TO MOTION TO WITHDRAW AS PLAINTIFFS COUNSEL**

---

File Date: **07/28/2025**

Document Name: **Supporting Exhibit**

Comment: **Ex. 2 to MICHAEL WHITE AND GEORGE WHITES RESPONSE TO MOTION TO WITHDRAW AS PLAINTIFFS COUNSEL**

---

File Date: **07/28/2025**

Document Name: **Opposition**

Comment:            **Opposition to Motion to Extend Pre-Trial Deadlines and Stay All Proceedings**

---

File Date:          **07/28/2025**

Document Name: **Supporting Exhibit**

Comment:            **Exhibit 1 - Opposition to Motion to Extend Pre-Trial Deadlines and Stay All Proceedings**

---

File Date:          **07/28/2025**

Document Name: **Supporting Exhibit**

Comment:            **Exhibit 2 - Opposition to Motion to Extend Pre-Trial Deadlines and Stay All Proceedings**

---

File Date:          **07/28/2025**

Document Name: **Notice of Discovery**

Comment:            **Notice of Service of Discovery**

---

File Date:          **07/28/2025**

Document Name: **Certificate of Service**

Comment:            **Certificate of Service of Notice of Discovery**

---

File Date:          **07/28/2025**

Document
Name:               **Notice of Restricted Information**

Comment:            **Notice of Restricted Information (Ex 7 - Daniel White Partial Motion for Summary Judgment)**

---

File Date:          **07/28/2025**

Document Name: **Supporting Exhibit**

Comment:            **Ex 7 - Daniel White Partial Motion for Summary Judgment**

---

File Date:          **07/29/2025**

Document
Name:               **Motion for Sanctions**

Comment:            **THE WHITE DEFENDANTS MOTION FOR SANCTIONS FOR TOTAL FAILURE OF DISCOVERY(HEARING REQUESTED)**

---

File Date:          **07/29/2025**

Document
Name:               **Supporting Exhibit**

Comment:            **Ex. 1 -THE WHITE DEFENDANTS MOTION FOR SANCTIONS FOR TOTAL FAILURE OF DISCOVERY(HEARING REQUESTED)**

---

File Date:          **07/29/2025**

| | |
|---|---|
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. 2 -THE WHITE DEFENDANTS MOTION FOR SANCTIONS FOR TOTAL FAILURE OF DISCOVERY(HEARING REQUESTED)** |

| | |
|---|---|
| File Date: | **07/29/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. 3 -THE WHITE DEFENDANTS MOTION FOR SANCTIONS FOR TOTAL FAILURE OF DISCOVERY(HEARING REQUESTED)** |

| | |
|---|---|
| File Date: | **07/29/2025** |
| Document Name: | **Notice of Service** |
| Comment: | **Notice of Service of Discovery** |

| | |
|---|---|
| File Date: | **07/29/2025** |
| Document Name: | **Certificate of Service** |
| Comment: | **Certificate of Service Regarding Notice of Service of Discovery** |

| | |
|---|---|
| File Date: | **07/29/2025** |
| Document Name: | **Line** |
| Comment: | **Line Regarding Notice of Service of Discovery** |

| | |
|---|---|
| File Date: | **07/29/2025** |
| Document Name: | **Certificate of Service** |
| Comment: | **Certificate of Service re Line Regarding Notice of Service of Discovery** |

| | |
|---|---|
| File Date: | **07/30/2025** |
| Document Name: | **Order** |
| Comment: | **Hearing Sheet Signed as Order of Court Regarding Court GRANTED Defendant Debra White's Motion for Summary Judgment. Court GRANTED Defendant Kelly White's Motion for Summary Judgment. (E-Serve Copies to ATTY Berger, Lyles, Brown, Cronin, Keats, Martin, Stern, Moon, Schopler, Smithey, Wolfson, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan.)** |

| | |
|---|---|
| File Date: | **07/31/2025** |
| Document Name: | **Order** |
| Comment: | **re: 07/02/2025 Motion for Reconsideration set for a hearing 08/14/2025 at 09:30 AM. (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).** |

| | |
|---|---|
| File Date: | **07/31/2025** |

Document
Name:       **Judicial Notation on Filing**

Comment:    **Motion and Response to be Considered at Hearing (E-served Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schawber, Cornwell, and Callahan)**

---

File Date:      **07/31/2025**

Document Name: **Notice of Service**

Comment:        **Notice of Service of Discovery**

---

File Date:      **08/01/2025**

Document
Name:       **Order**

Comment:    **Upon Consideration of Defendants Flywheel Digital LLC, James Columbus DiPaula, Jr., and Patrick Miller, Alexander McCord, Ascential Ltd, and Informa ple's Motion to Compel and Request for Immediate Sanctions, ORDERED, that the Defendants' Motion is GRANTED.. (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).**

---

File Date:      **08/01/2025**

Document
Name:       **Judicial Notation on Filing**

Comment:    **MOTION FOR RECONSIDERATION OF DEFENDANTS FLYWHEEL DIGITAL LLC, JAMES COLUMBUS DIPAULA, JR., PATRICK MILLER, ALEXANDER MCCORD, ASCENTIAL LTD, AND INFORMA PLC'S MOTION TO DISMISS AND REQUEST FOR HEARING. Set for hearing 8/14/25. (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).**

---

File Date:      **08/01/2025**

Document Name: **Motion**

Comment:        **Motion for Entry of Protective Order &amp; ESI Protocol**

---

File Date:      **08/01/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit A - Document &amp; Electronically Stored Information Agreement and Order**

---

File Date:      **08/01/2025**

Document Name: **Supporting Exhibit**

Comment:        **Exhibit C - Motion for Entry of Protective Order &amp; ESI Protocol**

---

File Date:      **08/04/2025**

Document
Name:       **Motion**

Comment:    **EMERGENCY Motion for the Immediate Granting of Motion to Withdraw or, in the Alternative, for an Emergency In Camera Hearing**

File Date:        **08/04/2025**
Document Name: **Memorandum**
Comment:          **Memorandum - Motion for Immediate Granting Motion to Withdraw**

---

File Date:        **08/04/2025**
Document Name: **Supporting Document**
Comment:          **Attachment - Motion for Immediate Granting Motion to Withdraw**

---

File Date:        **08/04/2025**
Document Name: **Supporting Document**
Comment:          **Attachment - Motion for Immediate Granting Motion to Withdraw**

---

File Date:        **08/04/2025**
Document Name: **Supporting Document**
Comment:          **Attachment - Motion for Immediate Granting Motion to Withdraw**

---

File Date:        **08/05/2025**
Document Name: **Notice of Discovery**
Comment:          **Subpoena; Notice of Intention to Take Videotaped Deposition Duces Tecum**

---

File Date:        **08/05/2025**
Document Name: **Dismissal - Voluntary**
Comment:          **Notice of Dismissal Without Prejudice for Defendant Flywheel Digital LLC,James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential PLC, and Informa PLC**

---

File Date:        **08/05/2025**
Document Name: **Opposition**
Comment:          **Def. Opposition to Emergency Motion for the Immediate Granting of Motion to Withdraw or, in the Alternative, for an Emergency In Camera Hearing**

---

File Date:        **08/05/2025**
Document Name: **Response/Reply**
Comment:          **Michael White and George White Response to Emergency Motion for Immediate Granting of Motion to Withdraw**

---

File Date:        **08/05/2025**
Document Name: **Supporting Exhibit**
Comment:          **Exhibit 1 - Michael and George White Response to Emergency Motion for Immediate Granting of Motion to Withdraw**

| File Date: | **08/05/2025** |
|---|---|
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex 2 - Michael and George White Response to Emergency Motion for Immediate Motion to Withdraw** |

| File Date: | **08/05/2025** |
|---|---|
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex 3 - Michael and George White Response to Emergency Motion for Immediate Motion to Withdraw** |

| File Date: | **08/05/2025** |
|---|---|
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex 4 - Michael and George White Response to Emergency Motion for Immediate Motion to Withdraw** |

| File Date: | **08/06/2025** |
|---|---|
| Document Name: | **Dismissal - Voluntary** |
| Comment: | **Notice of Dismissal for Defendant Daniel White** |

| File Date: | **08/06/2025** |
|---|---|
| Document Name: | **Opposition** |
| Comment: | **Daniel White's Opposition to Plt's Motion to Extend Deadlines &amp; Stay Proceedings** |

| File Date: | **08/06/2025** |
|---|---|
| Document Name: | **Opposition** |
| Comment: | **Plaintiff's Opposition to Defendant Omnicom Group, Inc.'s Motion to Strike** |

| File Date: | **08/06/2025** |
|---|---|
| Document Name: | **Supporting Exhibit** |
| Comment: | **Ex. 1 to Plaintiff's Opposition to Defendant Omnicom Group, Inc.'s Motion to Strike** |

| File Date: | **08/07/2025** |
|---|---|
| Document Name: | **Dismissal - Voluntary** |
| Comment: | **Notice of Dismissal Without Prejudice for Defendant Omnicom Group, Inc.** |

| File Date: | **08/07/2025** |
|---|---|
| Document Name: | **Dismissal - Stipulation** |
| Comment: | **Stipulation of Dismissal With Prejudice for Defendants Michael White and George White** |

| File Date: | **08/07/2025** |
|---|---|

Document Name: **Return/Affidavit of Served Subpoena**

Comment: **Affidavit of Served Subpoena re Ronald Bateman**

---

File Date: **08/07/2025**

Document Name: **Certificate Regarding Discovery**

Comment: **Certificate Regarding Discovery**

---

File Date: **08/07/2025**

Document Name: **Affidavit - Service**

Comment: **Affidavit of Service**

---

File Date: **08/07/2025**

Document Name: **Supporting Exhibit**

Comment: **Exhibit 1**

---

File Date: **08/07/2025**

Document Name: **Return/Affidavit of Served Subpoena**

Comment: **served on John D White**

---

File Date: **08/08/2025**

Document Name: **Order**

Comment: **ORDERED, that the Plaintiff's Motion to Extend the Pretrial Deadlines and Stay the Litigation (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).**

---

File Date: **08/08/2025**

Document Name: **Motion for Appropriate Relief**

Comment: **\*\*WITHDRAWN PER 8/14/2025 LINE\*\* Daniel White's Motion for Appropriate Relief**

---

File Date: **08/12/2025**

Document Name: **Dismissal - Voluntary (Partial)**

Comment: **Amended Dismissal With Prejudice for Flywheel Digital, LLC, James Columbus DiPaula, Jr., Patrick Miller, Alexander McCord, Ascential PLC, Informa PLC, and Omnicom Group, Inc.**

---

File Date: **08/13/2025**

Document Name: **Order**

Comment: **Ordered that the Motion for Special Admission of Out-Of-State Attorney Katherine Lustberg St. Romain is GRANTED (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).**

File Date:      **08/14/2025**

Document Name: **Dismissal - Voluntary**

Comment:        **Amended Notice of Dismissal With Prejudice for Defendant Daniel White**

---

File Date:      **08/14/2025**

Document Name: **Hearing Sheet**

Comment:

---

File Date:      **08/14/2025**

Document Name:  **Motion**

Comment:        **Defendants' Motion for Withdrawal of Fee Request filed in open Court - GRANTED. Court will prepare Order.**

---

File Date:      **08/14/2025**

Document Name: **Line**

Comment:        **Line Withdrawing Daniel White's Motion for Appropriate Relief as Moot**

---

File Date:      **08/15/2025**

Document Name:  **Order**

Comment:        **ORDERED, by the Circuit Court for Anne Arundel County, Maryland, that the Motion for Sanctions for Total Failure of Discovery, be, and the same hereby, is GRANTED; (Copies e-served to Attys Stern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Brown, Cronin, Keats, Martin, Rudo, Hamilton, Bruce, Marcus, Patterson, Schwaber, Cornwell, and Callahan).**

---

File Date:      **08/18/2025**

Document Name:  **Order**

Comment:        **Ordered the Emergency Motion for the immediate granting of motion to withdraw or in the alternative for an emergency is MOOT..(Eservice to atty's Sern, Moon, Schopler, Smithey, Wolfson, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus and Patterson)**

---

File Date:      **08/18/2025**

Document Name:  **Order - Strike Appearance**

Comment:        **ORDERED, that the Motion to Withdraw as Plaintiff's Counsel is GRANTED; and it is further ORDERED, that the Court will not consider any further changes to the Scheduling Order based only on the availability of Plaintiff's subsequent counsel. (Copies E-served To Attys Stern, Mood, Schopler, Smithey, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson)**

---

File Date:      **08/18/2025**

Document Name:  **Order**

Comment: **Order re: Motion to dismiss - Moot (Copies E-served To Attys Stern, Mood, Schopler, Smithey, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson)**

---

File Date: **08/18/2025**

Document Name: **Order**

Comment: **Ordered Partial Motion for Summary Judgment is denied as moot. (E-served to Attys Berger, Lyles, Stern, Schwaber, Cornwell, Callahan, Marcus, and Patterson)**

---

File Date: **08/19/2025**

Document Name: **Judicial Notation on Filing**

Comment: **Ordered Motion to Dismiss Third Amended Complaint is denied as moot. (E-served to Attys Berger, Lyles, Stern, Schwaber, Cornwell, Callahan, Marcus , and Patterson)**

---

File Date: **08/19/2025**

Document Name: **Judicial Notation on Filing**

Comment: **Ordered Motion for Summary Judgment on Third Amended Complaint is denied as moot. (E-served to Attys Berger, Lyles, Stern, Schwaber, Cornwell, Callahan, Marcus, and Patterson)**

---

File Date: **08/20/2025**

Document Name: **Order**

Comment: **Ordered that Motions (1) to Strike Plaintiff's Unauthorized third Amended Compliant and (2) to Deny Leave to Amend as Futile MOOT (E-Serve Copies to ATTY Stern, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, and Patterson.)**

---

File Date: **08/20/2025**

Document Name: **Order**

Comment: **Def. Kelly White's Motion to Dismiss the Third Amended Complaint &amp; Request for Hearing is MOOT (E-Served to Atty's Stern, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson).**

---

File Date: **08/20/2025**

Document Name: **Order**

Comment: **Def. Debra White's Motion to Dismiss Third Amended Complaint is MOOT (E-Served to Atty's Stern, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson).**

---

File Date: **08/20/2025**

Document Name: **Correspondence**

Comment: **Final Judgment in Case No. C-02-CV-23-000601**

File Date: **08/20/2025**

Document Name: **Order**

Comment: **ORDERED: 1. That final judgment is hereby entered in favor of Defendant Flywheel Digital LLC on all counts asserted against it by Plaintiff Compass Marketing, Inc.; 2. That final judgment is hereby entered in favor of Defendant James Columbus . DiPaula, Jr. on all counts asserted against him by Plaintiff Compass Marketing, Inc. (E-Served to Atty's Stern, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson)**

---

File Date: **08/25/2025**

Document Name: **Correspondence**

Comment: **Correspondence from Counsel to the Court**

---

File Date: **08/25/2025**

Document Name: **Order**

Comment: **ORDERED, that final judgmentiis hereby entered in favor of Defendant Daniel White on all counts asserted him against by Compass Marketing, Inc. ORDERED, that this Order shall be enteredand recorded on the docket. (E-Served to Atty's Stern, Berger, Lyles, Schwaber, Cornwell, Callahan, Marcus, &amp; Patterson)**

---

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **03/28/2023** |
| **Summons Issued** | **05/25/2023** |
| **Summons Issued** | **01/13/2025** |
| **Summons Issued** | **02/18/2025** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114