[Exhibit 8]



**WASHINGTON Secretary of State**
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 03/03/2025
Effective Date: 03/03/2025
UBI #: 605 024 599

# Annual Report

### BUSINESS INFORMATION

Business Name:
**COMPASS MARKETING, INC.**

UBI Number:
**605 024 599**

Business Type:
**FOREIGN PROFIT CORPORATION**

Business Status:
**ACTIVE**

Principal Office Street Address:
**383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, UNITED STATES**

Principal Office Mailing Address:
**383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, UNITED STATES**

Expiration Date:
**02/28/2026**

Jurisdiction:
**UNITED STATES, VIRGINIA**

Formation/Registration Date:
**02/01/2023**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**ADMINISTRATION & BUSINESS SUPPORT SERVICES**

### REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| KAREN FOX | 383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, UNITED STATES | 383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, UNITED STATES |

### PRINCIPAL OFFICE

Phone:
**4106937064**

Email:

This document is a public record. For more information visit www.sos.wa.gov/corporations

Work Order #: 2025030300170568 - 1
Received Date: 03/03/2025
Amount Received: $95.00

KFOX@COMPASSMARKETINGINC.NET

Street Address:
**383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, USA**

Mailing Address:
**383 SEATTLE DR, PORT LUDLOW, WA, 98365-8256, USA**

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | KAREN | FOX |

## NATURE OF BUSINESS

- ADMINISTRATION & BUSINESS SUPPORT SERVICES

## EFFECTIVE DATE

Effective Date:
**03/03/2025**

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- No
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- No
    a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- No
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- No

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
**ERIN SONGER**
Email:
**KFOX@COMPASSMARKETINGINC.NET**
Address:
**PO BOX 5303, ANNAPOLIS, MD, 21403-0702, USA**

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? - **No**

## AUTHORIZED PERSON

  I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**KAREN**

Last Name:
**FOX**

Title:
**DIRECTOR OF FINANCE**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corporations

**Work Order #: 2025030300170568 - 1**
**Received Date: 03/03/2025**
**Amount Received: $95.00**



**WASHINGTON Secretary of State**
**Corporations & Charities Division**

Corporations and Charities Division
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corporations

03/03/2025

COMPASS MARKETING, INC.
ERIN SONGER
PO BOX 5303
ANNAPOLIS MD 21403-0702

**UBI Number: 605 024 599**
**Business Name: COMPASS MARKETING, INC.**
**Expiration Date: 02/28/2026**

Greetings ERIN SONGER,

Thank you for your recent submission. This letter is to confirm that the following documents have been received and successfully filed:

ANNUAL REPORT

You can view and download your filed document(s) for no charge at our website, www.sos.wa.gov/ccfs

To file online, request certified copies and certificates, conduct searches, subscribe to corporation and/or charities and receive filing status updates, please create a user account at www.sos.wa.gov/ccfs If you already have an account created, simply sign in to access these features.

If you have questions, need assistance, or would like to provide feedback, please visit the Corporations Division website at www.sos.wa.gov/corporations email corps@sos.wa.gov or call 360-725-0377.

Sincerely,
Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov



**WASHINGTON**
Secretary of State
**Corporations & Charities Division**

Corporations and Charities Division
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corporations

03/03/2025

COMPASS MARKETING, INC.
KAREN FOX
383 SEATTLE DR
PORT LUDLOW WA 98365-8256

**UBI Number: 605 024 599**
**Business Name: COMPASS MARKETING, INC.**
**Expiration Date: 02/28/2026**

Greetings KAREN FOX,

Thank you for your recent submission. This letter is to confirm that the following documents have been received and successfully filed:

ANNUAL REPORT

You can view and download your filed document(s) for no charge at our website, www.sos.wa.gov/ccfs

To file online, request certified copies and certificates, conduct searches, subscribe to corporation and/or charities and receive filing status updates, please create a user account at www.sos.wa.gov/ccfs If you already have an account created, simply sign in to access these features.

If you have questions, need assistance, or would like to provide feedback, please visit the Corporations Division website at www.sos.wa.gov/corporations email corps@sos.wa.gov or call 360-725-0377.

Sincerely,
Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov



Corporations and Charities Division
**Mailing address:**
PO Box 40234
Olympia, WA 98504-0234
Tel: 360.725.0377
www.sos.wa.gov/corporations

01/01/2025

COMPASS MARKETING, INC.
KAREN FOX
383 SEATTLE DR
PORT LUDLOW WA 98365-8256

# ANNUAL REPORT DUE DATE NOTICE

Greetings!

**UBI Number:** 605 024 599
**Entity Name:** COMPASS MARKETING, INC.

The business entity must file an Annual Report by the expiration date, 02/28/2025 to remain in active status. Within the report, verify that the registered agent information is correct, including email address, and update as needed.

### What is an Annual Report and how do I file it?
For more information about this report, please visit our Annual Report FAQs page.
https://www.sos.wa.gov/corps/ARs

### How soon can I file my Annual Report?
An Annual Report may be filed up to 180 days before the expiration date. We encourage customers to use a calendar reminder every year to get their report in well before their expiration to mitigate any risk of delinquency or loss of status/business.

Failure to file the necessary report will result in delinquent status and may result in administrative dissolution or termination of your registration.

You may file online using the Washington Secretary of State, Corporations and Charities Filing System (CCFS). To access CCFS, please visit https://www.sos.wa.gov/corporations

To ask about available alternative methods for submitting a filing or form for the visually impaired, please call 360-725-0377. Teletype (TTY) users may use the Washington Relay Service by calling 711.

For a rapid response to questions, requests for assistance, or to provide feedback, please visit http://www.sos.wa.gov/corps/contact to chat with a representative.

Sincerely,
Washington Secretary of State
Corporations and Charities Division
corps@sos.wa.gov

**Note: If your documents were recently submitted, please disregard this notice. This notice is generated as part of an automated notification process.**

         



**Karen Fox** · 2nd
Finance Manager

- OssDsign USA, Inc.
- University of Maryland

Columbia, Maryland, United States · Contact info
144 connections

Nick Barczak, FRANK PELLEGRINO, and 14 other mutual connections

Connect    ✈ Message    More

## Highlights

**Start a conversation with Karen**
Use an InMail credit and draft a message with the help of AI.

✦ Draft an intro with AI

## Activity
147 followers

Karen Fox commented on a post · 1yr

Really proud of you! We always said you would change the world - this is the start!

Show all comments →

## Experience

**Finance Manager**
OssDsign USA, Inc. · Full-time
Oct 2023 - Present · 1 yr 7 mos
Maryland · Hybrid

💎 Managerial Finance

**Compass Marketing Inc.**
Full-time · 4 yrs 11 mos

**Digital Financial Analyst**
Jun 2020 - Present · 4 yrs 11 mos
Annapolis, Maryland, United States

**Director of Finance Administration**
Oct 2021 - Oct 2023 · 2 yrs 1 mo
Annapolis, MD

**Media Marketing Manager**
RxNT
Aug 2015 - May 2018 · 2 yrs 10 mos
Annapolis, MD

RxNT is a well-known U.S. based eHealth software solution company offering three powerful verticals: Electronic Health Records, ePre: ...see more

**Shareholder Services Manager**
Federal Realty Investment Trust
2000 - 2003 · 3 yrs
Rockville, MD

FRT is a publicly-traded real estate investment trust. I was the liaison between our shareholders and our corporate board and manage ...see more

**Executive Assistant Office Manager**
The JBG Companies
1995 - 2000 · 5 yrs
Washington, DC

Show all 7 experiences →

## Education


**University of Maryland**
Bachelor of Science (B.S.), Business Management
1987 - 1993


**University of Maryland Global Campus**
Bachelor's Degree, Business Management
1987 - 1993

## Skills

**Managerial Finance**
Finance Manager at OssDsign USA, Inc.

**QuickBooks**

## Languages

English

## Interests

**Companies**   Schools


**University of Maryland**
505,409 followers
+ Follow


**University of Maryland Global Campus**
276,703 followers
+ Follow

Show all companies →

**More profiles for you**


**Jonas Åberg** · 2nd
RA Manager
+ Connect


**Simon English** · 3rd
Craftworker, Powerhouse at Emergent BioSolutions
◄ Message


**Viviana Lopes** in · 2nd
Senior Scientist of Clinical and Medical Affairs @ OssDsign | PhD in Biology
+ Connect


**Jeff Stewart** · 3rd
Production Engineer
◄ Message


**Sarah DeBrincat** · 2nd
Director of Operations at Medartis, Inc.
+ Connect

Show all

**People you may know**
From Karen's industry


**Erin Kreger**
Versatile professional with experience in health, safety, training and development, and injury prevention.
[ Connect ]


**Chandler Dabbs**
Associate Sales Representative at Supreme Orthopedic Systems
[ Connect ]


**Colleen Van Ness**
Sales Operations
[ Connect ]


**Jesus Santos**
Logistics professional focused on executing and maximizing efficiency through innovative planning.
[ Connect ]

Show all