IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**ASHLEY BOSHEA, ADMINISTRATOR OF THE ESTATE OF DAVID JOHN BOSHEA (PETITION PENDING),**

    **Plaintiff,**

    v.

**COMPASS MARKETING, INC.**

    **Defendant.**

Case No. 1:21-CV-00309-ELH

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On consideration of Defendant Compass Marketing, Inc.'s Motion for Relief from a Judgment or, in the Alternative, for a New Trial (ECF 370), and the response in opposition and any reply, it is this _____ day of _____, 2025, by the United States District Court for the District of Maryland, it is:

ORDERED, that the Motion for Relief from a Judgment or, in the Alternative, for a New Trial is DENIED.

.

_____
Hon. Ellen Lipton Hollander
United States District Judge