**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,** | |
| **Plaintiff.** | **Civil Action No. 1:21-CV-00309-ELH** |
| **v.** | |
| **COMPASS MARKETING, INC.,** | |
| **Defendant.** | |

## ORDER

Upon consideration of Defendant Compass Marketing, Inc.'s Motion for Relief from a Judgment or, in the Alternative, for a New Trial (ECF 370), and any response in opposition and reply thereto, it is this _____ day of _____, 2025, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that the Motion for Relief from a Judgment or, in the Alternative, for a New Trial is **GRANTED**; and it is further

**ORDERED**, that the Judgment dated August 15, 2025, is **VACATED**.

_____
Ellen Lipton Hollander
United States District Judge