IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY BOSHEA, ADMINISTRATOR OF THE ESTATE OF DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * Case No. 1:21-CV-00309-ELH <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO DEEM RESPONSE TIMELY FILED

Ashley Boshea, Administrator of the Estate of David John Boshea ("David Boshea") respectfully requests that the Court deem the Response to Motion Defendant Compass Marketing, Inc.'s Motion for Relief from a Judgment, or, in the Alternative, for a New Trial filed at 12:02 am on September 25, 2025 filed as timely.  In support, David Boshea states:

1. Compass Marketing, Inc. filed its Motion for Relief from a Judgment, or, in the Alternative, for a New Trial on September 10, 2025, which required a response to be filed by the close of business on September 24, 2025.

2. David Boshea's counsel was scheduled to commence a trial on September 25, 2025 the Circuit Court of Cook County, Illinois, County Department, Chancery Division, concerning Coachhouse Owners, et al., v. Team Schiller Condominiums Condominium Association, Case No. 2021 CH 05839. The case settled on September 24, 2025.

3. Counsel also had two pleadings due on the same day in MELISSA HOVEY, et. al., v. Robert E. Hovey, Jr., Case No. 2025CH05044, which pends in the Circuit Court of Cook County, Illinois, County Department, Chancery Division.

4.      Counsel spent the period between the filing of Compass Marketing, Inc.'s motion and September 24, 2025 working vigorously on the above matters and other cases.

5.      David Boshea's counsel, only a short time before the end of the day, recalled that this Court's day ends at 12:00 EDT, which is an hour earlier in Chicago. When counsel filed the Response to Motion Defendant Compass Marketing, Inc.'s Motion for Relief from a Judgment, or, in the Alternative, for a New Trial, it would have been well within the close of business in Chicago, but was two minutes late in Baltimore.

6.      David Boshea now seeks an order from the court deeming the response timely filed.

7.      David Boshea's counsel has conferred with Compass Marketing, Inc.'s attorneys, who have no objection to the relief sought.

WHEREFORE, Ashley Boshea, Administrator of the Estate of David John Boshea, respectfully requests that this Court grant this Motion and deem the Response to Motion Defendant Compass Marketing, Inc.'s Motion for Relief from a Judgment, or, in the Alternative, for a New Trial, accompanying exhibits, and proposed order timely.

Dated: October 6, 2025

                   **RESPECTFULLY SUBMITTED,**

                   /s/ Gregory J. Jordan

                   Gregory J. Jordan (Admitted Pro Hac Vice)
                   Jordan & Zito LLC
                   350 N. LaSalle Drive, Suite 1100
                   Chicago IL 60654
                   (312) 854-7181
                   gjordan@jz-llc.com

                   Thomas J. Gagliardo (Bar No. 08499)
                   Of Counsel
                   Gilbert Employment Law, P.C.
                   1100 Wayne Ave, Suite 900
                   Silver Spring, Maryland 20910

tgagliardo@gelawyer.com
Counsel for David J. Boshea

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2025, Ashley Boshea, as the administrator of the Estate of David J. Boshea, served her Motion to Deem Response Timely Filed through the Court's CM/ECF system on:

>Stephen B. Stern
>Shannon Hayden
>Kagan Stern Marinello & Beard, LLC
>238 West Street
>Annapolis, Maryland 21401
>Email: stern@kaganstern.com
>Email: hayden@kaganstern.com
>*Attorneys for Compass Marketing, Inc.*

>/*s*/ Gregory J. Jordan
>Gregory J. Jordan