IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| ASHLEY BOSHEA, ADMINISTRATOR OF THE ESTATE OF DAVID JOHN BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC. <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> *   Case No. 1:21-CV-00309-ELH <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On consideration of the Motion To Deem Response Timely Filed submitted by Ashley Boshea, Administrator of the Estate of David John Boshea it is this _____ day of October 2025 by the United States District Court for the District of Maryland, it is:

**ORDERED**, that the Motion is Granted.

_____
Hon. Ellen Lipton Hollander
United States District Court Judge