IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**ASHLEY BOSHEA, ADMINISTRATOR**
**OF THE ESTATE OF DAVID JOHN**
**BOSHEA,**

    Plaintiff,

v.   Case No. 1:21-CV-00309-ELH

**COMPASS MARKETING, INC.**

    Defendant.

## ORDER

On consideration of the Motion To Deem Response Timely Filed submitted by Ashley Boshea, Administrator of the Estate of David John Boshea it is this 7th day of October 2025 by the United States District Court for the District of Maryland, it is:

**ORDERED**, that the Motion is Granted.

_____
Hon. Ellen Lipton Hollander
United States District Court Judge