IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA, ADMINISTRATOR OF THE ESTATE OF DAVID JOHN BOSHEA, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:21-CV-00309-ELH |
| COMPASS MARKETING, INC. | ) |
| Defendant. | ) |

## **ORDER**

This matter having come before the Court on Compass Marketing's Consent Motion for Extension to File Reply Brief in Support of Motion for Relief from Judgment, or, in the Alternative, for a New Trial [ECF 377], and with Plaintiff's consent, it is hereby ORDERD that the Motion is hereby GRANTED, and it is hereby FURTHER ORDERED that Compass Marketing may file its Reply brief in support of its Motion for Relief from a Judgment, or, in the Alternative, for a New Trial [ECF 370] on or before October 20, 2025.

This_____ day of October 2025.

_____
Ellen L. Hollander
United States District Court Judge