# EXHIBIT 1

**From:** <u>Gregory Jordan</u>
**To:** <u>Shannon Hayden</u>; <u>Stephen Stern</u>
**Subject:** FW: Donna Eisensberg Charts
**Date:** Wednesday, August 6, 2025 3:52:34 PM
**Attachments:** <u>image001.png</u>
<u>1 Chart-court-variation.pdf</u>
<u>2 Chart-court-variation.pdf</u>
<u>3 Chart-court-J pointed apex.pdf</u>
<u>4 Chart-court-J initial stroke.pdf</u>
<u>5 Chart-court-J terminal stroke.pdf</u>
<u>6 Chart-court-attn to basline.pdf</u>
<u>7 Chart-court-relative height ratios.pdf</u>
<u>9 Chart-court-pen lift.pdf</u>
<u>10 Chart-court-patching.pdf</u>

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 700
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
<u>gjordan@jz-llc.com</u>



**Notice from Jordan & Zito LLC **
To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received it in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

**From:** Gregory Jordan
**Sent:** Wednesday, August 6, 2025 8:54 AM
**To:** Noah Wolf <nwolf@gelawyer.com>
**Subject:** Donna Eisensberg Charts

Gregory J. Jordan
Licensed in Illinois and Indiana
Jordan & Zito LLC
350 North LaSalle Street, Suite 700
Chicago Illinois 60654
(312) 854-7181 (Office)
(312) 543-7354 (Cellular)
gjordan@jz-llc.com



**Notice from Jordan & Zito LLC **
To comply with United States Treasury regulations, I advise you that any discussion of Federal tax issues in this communication was not intended or written to be used and cannot be used by any person (a) to avoid penalties that may be imposed by the Internal Revenue Service, or (b) to promote, market or recommend to another party any matter addressed herein. This Internet message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person to whom this sender addressed the email. Please do not forward or use this information if you have received it in error. If an error has occurred, contact me immediately. I do not intend that my information block, typed name, or anything else in this message constitutes my electronic signature unless I make a specific statement contrary to this message.

Jordan & Zito LLC

Variation

| | | | |
|---|---|---|---|
| **Exhibit Q1**<br>June 2007 | ite: | | |
| **Exhibit K1**<br>01/28/2007 | Date: | John D. White, CEO | **Exhibit K2**<br>02/06/2007 |
| **Exhibit K3**<br>06/07/2007 | Date: | | **Exhibit K4**<br>08/01/2007 |
| **Exhibit K5**<br>09/10/2008 | | | **Exhibit K6**<br>02/24/2010 |
| **Exhibit K7**<br>08/02/2011 | | | **Exhibit K8**<br>10/17/2014 |
| **Exhibit K9**<br>06/15/2016 | | | **Exhibit K10**<br>undated |
| **Exhibit K11**<br>undated | , White, CEO | White, CEO | **Exhibit K12**<br>undated |
| **Exhibit K13**<br>04/15/2019 | | | **Exhibit K14A**<br>undated |

Blue Background = Questioned Signature / Green Background = Known Signatures
Page 1

Variation

| | | | |
|---|---|---|---|
| Exhibit K14B undated | | | Exhibit K15A undated |
| Exhibit K15B undated | | | Exhibit K15C undated |
| Exhibit K15D undated | | | Exhibit K15E undated |

Variation

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 | ite: | | |
| Exhibit K1<br>01/28/2007 | Date: | John D. White, CEO | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 | Date: | | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 | | | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 | | | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 | | | Exhibit K10<br>undated |
| Exhibit K11<br>undated | , White, CEO | White, CEO | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 | | | Exhibit K14A<br>undated |

Blue Background = Questioned Signature / Green Background = Known Signatures
Page 1

Variation

| | | | |
|---|---|---|---|
| Exhibit K14B<br>undated | | | Exhibit K15A<br>undated |
| Exhibit K15B<br>undated | | | Exhibit K15C<br>undated |
| Exhibit K15D<br>undated | | | Exhibit K15E<br>undated |

Letter Formation – "J" Pointed Apex

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 | | | |
| Exhibit K1<br>01/28/2007 | | John D. White, CEO | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 | | | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 | | | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 | | | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 | | | Exhibit K10<br>undated |
| Exhibit K11<br>undated | | White, CEO | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 | | | Exhibit K14A<br>undated |

Letter Formation – "J" Pointed Apex

| | | | |
|---|---|---|---|
| Exhibit K14B undated | | | Exhibit K15A undated |
| Exhibit K15B undated | | | Exhibit K15C undated |
| Exhibit K15D undated | | | Exhibit K15E undated |

## Letter Formation – "J" Beginning Stroke

| | | |
|---|---|---|
| Exhibit Q1<br>June 2007 |  | |
| Exhibit K1<br>01/28/2007 |  | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 |  | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 |  | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 |  | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 |  | Exhibit K10<br>undated |
| Exhibit K11<br>undated |  | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 |  | Exhibit K14A<br>undated |

Blue Background = Questioned Signature / Green Background = Known Signatures
Page 1

## Letter Formation – "J" Beginning Stroke

| | | | |
|---|---|---|---|
| Exhibit K14B undated |  |  | Exhibit K15A undated |
| Exhibit K15B undated |  |  | Exhibit K15C undated |
| Exhibit K15D undated |  |  | Exhibit K15E undated |

## Letter Formation – "J" Terminal Stroke

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 | ite:  | | |
| Exhibit K1<br>01/28/2007 |  | <br>John D. White, CEO | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 |  |  | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 |  |  | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 |  |  | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 |  |  | Exhibit K10<br>undated |
| Exhibit K11<br>undated |  | <br>White, CEO | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 |  |  | Exhibit K14A<br>undated |

## Letter Formation – "J" Terminal Stroke

| | | | |
|---|---|---|---|
| Exhibit K14B undated |  |  | Exhibit K15A undated |
| Exhibit K15B undated |  |  | Exhibit K15C undated |
| Exhibit K15D undated |  |  | Exhibit K15E undated |

Attention to Baseline

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 | | | |
| Exhibit K1<br>01/28/2007 | | | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 | | | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 | | | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 | | | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 | | | Exhibit K10<br>undated |
| Exhibit K11<br>undated | | | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 | | | Exhibit K14A<br>undated |

Attention to Baseline

| | | | |
|---|---|---|---|
| Exhibit K14B undated | | | Exhibit K15A undated |
| Exhibit K15B undated | | | Exhibit K15C undated |
| Exhibit K15D undated | | | Exhibit K15E undated |

## Height Ratios

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 |  | | |
| Exhibit K1<br>01/28/2007 |  |  | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 |  |  | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 |  |  | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 |  |  | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 |  |  | Exhibit K10<br>undated |
| Exhibit K11<br>undated |  |  | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 |  |  | Exhibit K14A<br>undated |

## Height Ratios

| | | | |
|---|---|---|---|
| Exhibit K14B undated |  |  | Exhibit K15A undated |
| Exhibit K15B undated |  |  | Exhibit K15C undated |
| Exhibit K15D undated |  |  | Exhibit K15E undated |

Pen Lift



| | | | |
|---|---|---|---|
| Exhibit Q1 June 2007 | | | |
| Exhibit K1 01/28/2007 | | | Exhibit K2 02/06/2007 |
| Exhibit K3 06/07/2007 | | | Exhibit K4 08/01/2007 |
| Exhibit K5 09/10/2008 | | | Exhibit K6 02/24/2010 |
| Exhibit K7 08/02/2011 | | | Exhibit K8 10/17/2014 |
| Exhibit K9 06/15/2016 | | | Exhibit K10 undated |
| Exhibit K11 undated | | | Exhibit K12 undated |
| Exhibit K13 04/15/2019 | | | Exhibit K14A undated |

Blue Background = Questioned Signature / Green Background = Known Signatures
Page 1

Pen Lift

| | | | |
|---|---|---|---|
| Exhibit K14B undated | | | Exhibit K15A undated |
| Exhibit K15B undated | | | Exhibit K15C undated |
| Exhibit K15D undated | | | Exhibit K15E undated |

Patching

| | | | |
|---|---|---|---|
| Exhibit Q1<br>June 2007 |  | | |
| Exhibit K1<br>01/28/2007 |  |  | Exhibit K2<br>02/06/2007 |
| Exhibit K3<br>06/07/2007 |  |  | Exhibit K4<br>08/01/2007 |
| Exhibit K5<br>09/10/2008 |  |  | Exhibit K6<br>02/24/2010 |
| Exhibit K7<br>08/02/2011 |  |  | Exhibit K8<br>10/17/2014 |
| Exhibit K9<br>06/15/2016 |  |  | Exhibit K10<br>undated |
| Exhibit K11<br>undated |  |  | Exhibit K12<br>undated |
| Exhibit K13<br>04/15/2019 |  |  | Exhibit K14A<br>undated |

Blue Background = Questioned Signature / Green Background = Known Signatures

## Patching

| | | | |
|---|---|---|---|
| Exhibit K14B undated |  |  | Exhibit K15A undated |
| Exhibit K15B undated |  |  | Exhibit K15C undated |
| Exhibit K15D undated |  |  | Exhibit K15E undated |