Michael R. White
39650 Hiawatha Circle
Mechanicsville, Maryland 20659
michaelrwhite@comcast.net
(301) 481-5986

Monday, October 20, 2025

VIA:  U.S. Post

The Honorable Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

Re:   Civil Action No. ELH-21-0309 - Request for Clarification
      Related Maryland Case: C-02-CV-23-000601 (Sanctions Motion)

Dear Judge Hollander:

I respectfully write to request clarification from this Court regarding statements made by parties in your case within a related Maryland Circuit Court proceeding.

Attorneys acting on my family's behalf have filed motions under Maryland Rule 1-341 (Sanctions) in *Compass Marketing, Inc., v. Daniel White, et. al*, Case No. C-02-CV-23-000601 (Anne Arundel Circuit Court). Some sanctions have already been granted by that Court in our favor against Compass, Kagan Stern, and the Smithey Law Group. [Exhibit1]. Additional motions are pending. [Exhibit 2].

In response, Attorney Stern represented to the Circuit Court that a *"baseless motion for sanctions"* had been filed against him and his firm in this federal case, and further stated that *"the federal court did not waste its time to rule on it."* [Exhibit 3]. Mr. Stern's characterization appears to suggest that this Court has declined to consider or otherwise acted on my request for sanctions.

Although I question the accuracy of Mr. Stern's representations, I recognize that communication may have occurred between counsel and the

1

Court to which I was not privy. Accordingly, I respectfully request clarification from this Court as to whether my motion for sanctions remains pending or has been closed by this Court, so that I may accurately inform the Anne Arundel Circuit Court during the upcoming hearing.

    Please let me know if any additional documentation or information would assist the Court in addressing this request.

Respectfully submitted,

Michael R. White

CC: Copies have been sent to:

Stephen B. Stern Esq
Kagan Stern Marinello & Beard LLC
238 West Street
Annapolis Maryland 21401

Heather K. Yeung Esq
Davis, Agnor, Rapaport & Skalny LLC
11000 Broken Land Parkway Suite 600
Columbia Md 21044

Gregory J. Jordan Esq
Jordan & Zito LLC
350 North LaSalle Street Suite 1100
Chicago IL 60654

Thomas J. Gagliardo Esq
Gilbert Employment Law PC
1100 Wayne Ave Suite 900
Silver Spring Maryland 20910

Jonathan P. Kagan
Managing Partner
Kagan Stern Marinello & Beard LLC
238 West Street
Annapolis Maryland 21401

*[signature]*
Michael R. White