# EXHIBIT 1

E-FILED; Anne Arundel Circuit Court
Docket: 7/29/2025 5:19 PM; Submission: 7/29/2025 5:19 PM
Envelope: 22262783

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| COMPASS MARKETING, INC., | : |
|     Plaintiff, | : |
| v. | :    Case No. C-02-CV-23-000601 |
| DANIEL WHITE, *et al.*, | : |
|     Defendants. | : |

### ORDER

UPON CONSIDERATION OF The White Defendants' Motion for Sanctions for Total Failure of Discovery, any response thereto, the record herein, and any hearing thereon, it is this 14TH day of August, 2025,

ORDERED, by the Circuit Court for Anne Arundel County, Maryland, that the Motion for Sanctions for Total Failure of Discovery, be, and the same hereby, is GRANTED; and therefor it is further

ORDERED, that the claims in the Third Amended Complaint against the White Defendants, be, and the same hereby, are DISMISSED WITH PREJUDICED; and it is further

ORDERED, that The White Defendants are awarded reasonably attorneys' fees incurred in pursuit of the Motion for Sanctions for Total Failure of Discovery; and it is further

ORDERED, that within ten (10) days of the date of entry of this Order, The White Defendants shall submit a verified statement to support their reasonable attorneys' fees incurred in the pursuit of the Motion for Sanctions for Total Failure of Discovery.

*/s/ [signature]*
Judge, Circuit Court
for Anne Arundel County, Maryland

8.15.25 CJ

1

22052700_1