# Exhibit 3

Md. App. at 678-79; *Needle*, 81 Md. App. at 479); and (d) the actions which the White Defendants claim constitute bad faith, the "failure to pursue and participate in discovery and their desire and attempts to try to continue to delay, as much as possible, and then ultimately dismiss" (see the Rule 1-341 Motion, p. 9) all took place well after Mr. Stern had withdrawn from the case (in fact, at the time Mr. Stern withdrew as counsel, none of the parties had even filed an Answer, let alone served discovery).[7]

(12)    Md, Rule 1-341 is "an extraordinary remedy, which should be exercised only in rare and exceptional cases." *Christian,* 459 Md. at 19. The claims against Mr. Stern are not only not "rare or exceptional," they are utterly baseless, wholly without merit and lack both legal and factual support.

(13)    Lastly, to give additional context to the bad faith and/or lack of substantial justification with the White Defendants' Rule 1-341 Motion, the White Defendants' Motion is part of an ongoing campaign of harassing and vexatious claims Michael White and his family have filed against Mr. Stern. By way of example, on or about May 21, 2024, in *Boshea v. Compass Marketing, Inc.*, Case No.: 1:21-cv-00309-ELH (D. Md.) (the "Boshea Case"),[8] a case in which Michael White is not a party, Michael White filed a baseless Motion for Sanctions against Mr. Stern and his firm [ECF 269], which the federal court did not even waste its time to rule on. Michael White recently followed up that frivolous motion on or about August 19, 2025, by filing a Motion to

---

[7] To the extent any conduct that occurred after Mr. Stern withdrew as counsel can be imputed to him, which it cannot, Mr. Stern relies on and incorporates by reference the Smithey Law Group LLC's Opposition to Defendant Micheal, George, and Debra White's Motion for Sanctions filed on or about September 10, 2025.

[8] That case has since been renamed, *Ashley Boshea, as Administrator of the Estate of David J. Boshea v. Compass Marketing, Inc.*

Set Matter for Hearing [ECF 367] in the Boshea Case, where Michael White essentially repeated his request for sanctions against Mr. Stern and his firm. Also by way of example, on or about July 10, 2020, in litigation that was pending in Arlington County Circuit Court (in Virginia), *Daniel White and Michael White v. Compass Marketing, Inc., and John White*, Case No. CL19003628-00 (the "First Virginia Action"), Michael White and his brother Daniel filed a Motion to Disqualify Defendant Compass Marketing, Inc.'s Counsel, in which they fabricated claims falsely accusing Mr. Stern of a conflict of interest.[9] *See* **Exhibit 11.** None of these baseless accusations have been given any credence by any court.

(14)    While the White Defendants' Rule 1-341 Motion on its own warrants sanctions for being filed in bad faith and/or without substantial justification, the most effective way to end their campaign of harassing and vexatious filings against Mr. Stern is to sanction them and their counsel for the reasons set forth herein.

Wherefore, for the foregoing reasons, it is respectfully submitted that the White Defendants' Rule 1-341 Motion, as it pertains to Mr. Stern, should be denied, with prejudice, and the White Defendants and their counsel should be sanctioned for filing such an obvious frivolous Motion.

---

[9] The Court can take judicial notice of the aforementioned filings that are part of the public record in other federal and state courts.

Respectfully submitted,

/s/Daniel R. Hodges
Daniel R. Hodges
AIS# 0612120390
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
(410) 752-0611 (fax)
E-mail: hodges@ewmd.com
*Attorney for Respondent Stephen Stern*

/s/Rachael K. Morrissey
Rachael K. Morrissey
AIS# 2211290070
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
(410) 752-0611 (fax)
E-mail: morrissey@ewmd.com
*Attorney for Respondent Stephen Stern*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September 2025 copies of the foregoing Opposition to the White Defendants' Maryland Rule 1-341 Motion were served on all parties, counsel of record and the Honorable Robert J. Thompson's Chambers via email.[10]

/s/Daniel Hodges
Daniel Hodges

---

[10] The White Defendants' Rule 1-341 Motion has not been docketed by the Clerk of the Court and therefore Mr. Stern cannot file his Opposition on MDEC, as there is nothing to oppose in the Court's official record.

8