

MD 20622
OCT 21, 2025
21201
**$11.90**

RDC 03   0 Lb 4.90 Oz   S2324H503479-18



# UNITED STATES POSTAL SERVICE®

# PRIORITY® MAIL



Mr. Michael R. White
39650 Hiawatha Cir.
Mechanicsvlle, MD 20659-2358

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**TO:**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

The Honorable Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, Maryland 21201

EXPECTED DELIVERY DAY: 10/23/25

USPS TRACKING® #



9505 5105 4281 5294 5511 70

EP14F May 2020
OD: 12 1/2 x 9 1/2

schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

____ FILED   ____ ENTERED
____ LODGED  _SLS_ RECEIVED

OCT 23 2025



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

cv9

…



**UNITED STATES POSTAL SERVICE**®

**PRIORITY MAIL**®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.