**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 24, 2025

Michael R. White
39650 Hiawatha Circle
Mechanicsville, Maryland 20659
michaelrwhite@comcast.net

Re: *Ashley Boshea, Administrator of the Estate of David John Boshea, Deceased v. Compass Marketing, Inc.*
Civil No.: ELH-21-0309

Dear Mr. White:

    I write in response to your letter dated October 20, 2025, and docketed on October 23, 2025. ECF 383. The Court is in the process of drafting an opinion to resolve the "Motion for Sanctions" (ECF 269) and the "Motion to Set Matter for Hearing" (ECF 367) that you filed in this case.

Very truly yours,

/s/
Ellen Lipton Hollander
United States District Judge

CC
Counsel