IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>*Defendant.* | Civil No. ELH-21-309 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 30th day of October 2025, by the United States District Court for the District of Maryland, **ORDERED:**

The Motion (ECF 269) and the "Motion to Set Matter for Hearing" (ECF 367) are **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge