IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,**<br><br>    Plaintiff.<br><br>    v.<br><br>**COMPASS MARKETING, INC.,**<br><br>    Defendant. | **Civil Action No. 1:21-CV-00309-ELH** |

## ORDER

Upon consideration of Michael White's Motion for Reconsideration Under Rule 59(e) (ECF 387) and Compass Marketing's Opposition to Motion for Reconsideration (ECF 389), it is this _____ day of _____, 202__, by the United States District Court for the District of Maryland, **ORDERED**:

That the Motion for Reconsideration is **DENIED**.

_____
Ellen Lipton Hollander
United States District Judge