IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>    Plaintiff.<br><br>    v.<br><br>COMPASS MARKETING, INC.,<br><br>    Defendant. | Civil Action No. 1:21-CV-00309-ELH |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2(b)(1), the undersigned counsel, Shannon M. Hayden, respectively moves to withdraw her appearance as co-counsel for Defendant Compass Marketing, Inc. This withdrawal will not delay this proceeding, and no prejudice will result to any party. Compass Marketing, Inc. will continue to be represented by Stephen B. Stern and Kagan Stern Marinello & Beard, LLC.

Dated:  December 5, 2025

Respectfully submitted,

/s/Stephen B. Stern
Stephen B. Stern, Bar No.: 25335
Shannon M. Hayden, Bar No.: 30380
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(Phone): (410) 216-7900
(Fax):  (410) 705-0836
Email:  stern@kaganstern.com
Email:  hayden@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 5th day of December, 2025, the foregoing Motion to Withdraw as Counsel was filed and served via the CM/ECF system on the following counsel of record:

| | |
|---|---|
| Thomas J. Gagliardo<br>Gilbert Employment Law, PC<br>1100 Wayne Avenue, Suite 900<br>Silver Spring, Maryland 20910<br>Email: tgagliardo@gelawyer.com | Gregory J. Jordan<br>Mark Zito<br>Jordan & Zito, LLC<br>350 N. LaSalle Drive, Suite 1100<br>Chicago, Illinois 60654<br>Email: gjordan@jz-llc.com |

*Attorneys for Plaintiff*
*David Boshea*


                                          */s/ Stephen B. Stern*
                                          Stephen B. Stern