IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ASHLEY BOSHEA** as Administrator of the Estate of **DAVID JOHN BOSHEA**,<br><br>Plaintiff.<br><br>v.<br><br>**COMPASS MARKETING, INC.**,<br><br>Defendant. | Civil Action No. 1:21-CV-00309-ELH |

### ORDER

Upon consideration of the Motion to Withdraw as Co-Counsel for Defendant Compass Marketing, Inc. (ECF 389), it is this 5th day of Dec, 2025, by the United States District Court for the District of Maryland, **ORDERED**:

That the appearance of Shannon M. Hayden in the above-captioned case be and hereby is **WITHDRAWN**.

*Ellen L. Hollander*
Ellen Lipton Hollander
United States District Judge