### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>*Defendant*. | Civil No. ELH-21-309 |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 12th day of December 2025, by the United States District Court for the District of Maryland, **ORDERED:**

The Motion (ECF 370) is **DENIED**.

/s/
Ellen Lipton Hollander
United States District Judge