# Exhibit 2

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | |
|---|---|
| **COMPASS MARKETING, INC.** | * |
| *Plaintiff,* | * |
| v. | *    Case No.: C-02-CV-23-000601 |
| **DANIEL WHITE, et al.** | * |
| *Defendants.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Having received, reviewed, and accepted the Notice of Dismissal with Prejudice filed on August 14, 2025 by Plaintiff Compass Marketing, Inc., in the above-captioned action, voluntarily dismissing with prejudice all counts assessed against Defendant Daniel White, it is this 21st day of August, hereby

ORDERED, that final judgment is hereby entered in favor of Defendant Daniel White on all counts asserted against him by Compass Marketing, Inc.

ORDERED, that this Order shall be entered and recorded on the docket.

_____
Hon Robert J. Thompson

civil filed 8/25/25 MD