# Exhibit 3

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. C-02-CV-23-000601 |
| DANIEL WHITE, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANTS MICHAEL WHITE AND GEORGE WHITE

Plaintiff, Compass Marketing, Inc., and Defendants, Michael White and George White, by undersigned counsel, pursuant to Md. Rule 2-506(a), hereby file this Stipulation of Dismissal With Prejudice for Defendants Michael White and George White. Michael White and George White expressly reserve all rights to seek sanctions, including without limitation, discovery sanctions and/or sanctions pursuant to Rule 1-341 against Compass Marketing, Inc. and/or its counsel. Compass Marketing, Inc. and/or its counsel reserve all rights to oppose such sanctions other than with any argument that the Circuit Court no longer retains jurisdiction to address the request(s) and/or that such request(s) are waived due to this Stipulation of Dismissal.

Respectfully submitted,

SMITHEY LAW GROUP LLC

/s/ *Joyce E. Smithey*
Joyce E. Smithey (AIS # 0406150286)
Reuben W. Wolfson (AIS # 1212130309)
David M.E. Moon (AIS # 1512160128)
Liesel J. Schopler (AIS # 0712110174)
706 Giddings Avenue, Suite 200
Annapolis, Maryland 21401
P: (410) 919-2990; F: (410) 280-1602
joyce.smithey@smitheylaw.com
reuben.wolfson@smitheylaw.com
david.moon@smitheylaw.com
liesel.schopler@smitheylaw.com
*Counsel for Plaintiff*

        STEIN SPERLING BENNETT DE JONG DRISCOLL PC

        <u>/s/ *Judith G. Cornwell*</u> (by Joyce E. Smithey with permission)
Jeffrey Schwaber, Esq. (AIS 8812160244)
Judith G. Cornwell, Esq. (AIS 1112130195)
1101 Wootton Parkway, Suite 700
Rockville, MD 20852
(301) 340-2020
jschwaber@steinsperling.com
jcornwell@steinsperling.com

*Counsel for Defendants, Michael White and George White*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2025, the foregoing Stipulation of Dismissal With Prejudice for Defendants Michael White and George White was served via the Court's MDEC system on all counsel of record.

        <u>/s/ *Joyce E. Smithey*</u>
        Joyce E. Smithey