IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| ASHLEY BOSHEA as representative of the ESTATE OF DAVID J. BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>Defendant. | Case No.: 1:21-CV-00309-ELH |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ATTORNEYS' FEE PETITION AND BILL OF COSTS**

Plaintiff, Ashley Boshea, as the representative of the Estate of David Boshea, respectfully moves for an order extending the time for Plaintiff to submit a Petition for Attorneys' Fees and Bill of Costs for five days to and including December 29, 2025.

The deadline for submitting the petition is currently Friday, December 19, 2025.

This extension will not prejudice either party. If Defendant's Motion is denied additional fees for opposing the motion will be subject to Plaintiff's petition. If it is granted Plaintiff's claim for reimbursement for fees and costs will be moot.

Defendant Compass Marketing's counsel, one of whom is in trial and the other out of town, have been asked to consent. They are waiting for their client's instructions.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline to file his petition on or before December 29, 2025.

Respectfully submitted,

Thomas J. Gagliardo
Of Counsel
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000

Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

/s/ Gregory J. Jordan
Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Street, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
Counsel for plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Consent Motion for Extension of Time to File Attorneys' Fee Petition and Bill of Costs** was served via this Court's ECF system and by electronic mail on December 18, 2025 addressed to the following:

**Defendant's Counsel:**

Stephen B. Stern
stern@kaganstern.com


/s/Kate Wehba
Kate Wehba
Paralegal

 Outlook

**RE: ESTATE of DAVID BOSHEA v Compass Marketing TIME SENSITIVE**

| | |
|---|---|
| **From** | Stephen Stern <Stern@kaganstern.com> |
| **Date** | Thu 12/18/2025 3:26 PM |
| **To** | Tom Gagliardo <tgagliardo@gelawyer.com> |
| **Cc** | Gregory Jordan <gjordan@jz-llc.com>; Kate Wehba <kwehba@gelawyer.com> |

We consent




**Stephen B. Stern, Esq.**
Kagan Stern Marinello & Beard, LLC
238 West Street
Annapolis, Maryland 21401
(410) 793-1610 (direct)
(410) 216-7900, ext. 1009
(410) 705-0836 (fax)
stern@kaganstern.com
www.kaganstern.com

Kagan Stern Marinello & Beard, PLLC
10089 Fairfax Boulevard, Suite 310
Fairfax, Virginia 22030
(571) 450-8371

**From:** Tom Gagliardo <tgagliardo@gelawyer.com>
**Sent:** Thursday, December 18, 2025 3:09 PM
**To:** Stephen Stern <Stern@kaganstern.com>
**Cc:** Gregory Jordan <gjordan@jz-llc.com>; Kate Wehba <kwehba@gelawyer.com>
**Subject:** ESTATE of DAVID BOSHEA v Compass Marketing TIME SENSITIVE

Stephen

We need an extension to file our attorneys' fee petition.  Will you consent to extension of a 5 business days  to and including December 29, 2025?

Thanks.

Tom

Thomas J. Gagliardo
Of Counsel
Gilbert Employment Law PC
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910

301 608 0880 FAX 301 608 0881240 247 0825
Direct Dial 240 247 0825
tgagliardo@gelawyer.com
www.gelawyer.com

CONFIDENTIALITY:  **The information contained in this e-mail may be attorney privileged and confidential information** intended only for the use of the individual or entity to whom this message is originally addressed.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  **If you have received this communication in error, please immediately notify the sender and destroy this message after so notifying the sender. Please notify us by telephone, at 301.608.0880, or by return e-mail, immediately.**

NO TAX ADVICE: IRS rules restrict written federal tax advice from lawyers under Circular 230, including in e-mails. **The sender of this message does not practice in the area of federal or state tax law**. **Nothing in this message is intended to be used as tax advice. Nor may it be used to avoid any penalty under federal tax laws.**

This message is not intended to support the promotion or marketing of any transaction.

CONFIDENTIALITY NOTICE This e-mail transmission is intended only for the personal and confidential use of the recipient(s) designated above. It may also constitute an attorney-client communication or present attorney work product and may therefore be legally privileged. If you are not the intended recipient of this communication (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any review, disclosure or use of the information contained herein is Strictly Prohibited. If you have received this communication in error, please notify us by telephone, at 301.608.0880, or by return e-mail, immediately. Thank you.