IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| DAVID J. BOSHEA | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:21-CV-00309-ELH |
| COMPAS MARKETING, INC. | ) |
| Defendant. | ) |

**ORDER**

This matter having come before the Court on Plaintiff's ~~Uncontested~~ Consent Motion for an Extension of Time to File his Petition for Attorney Fees and Bill of Costs, the premise having been considered and there being no objection said motion shall and hereby GRANTED on this 18th day of December 2025. The Petition is due on or before December 29, 2025.

*/s/ Ellen L. Hollander*
Ellen L. Hollander
United States District Judge