IN THE UNITD STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

**ASHLEY BOSHEA, as representative of the ESTATE OF DAVID J. BOSHEA**

**Plaintiff**

v.

**COMPASS MARKETING, INC.,**

**Defendant.**

Case No.: 1:21-CV-00309-ELH

## ORDER

This matter having come before the Court on a "Consent Motion For Third Extension Of Time To File Attorneys' Fee Petition And Bill Of Costs To And Including January 12, 2026, And A Response To And Including February 2, 2026", the premise having been considered and there being no objection said motion shall be and hereby is GRANTED on this 29th day of December 2025:

ORDERED that Plaintiff shall file her petition for attorneys' fees and bill of costs on or before January 12, 2026; and it is

FURTHER ORDERED that Defendant shall file its response on or before February 2, 2026.

_____  MATTHEW J. MADDOX FOR
Ellen L. Hollander
United States District Judge