**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **ASHLEY BOSHEA, as representative of** *the Estate of David J. Boshea* | * |
| | * |
| *Plaintiff*, | * |
| | *     **Case No. 1:21-CV-00309-ELH** |
| **v.** | * |
| | * |
| **COMPASS MARKETING, INC.** | * |
| | * |
| *Defendant.* | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF APPEAL**

Defendant Compass Marketing, Inc. ("Compass Marketing"), by and through its undersigned counsel and pursuant to Fᴇᴅ. R. Aᴘᴘ. P. 3, hereby appeals from the United States District Court for the District of Maryland the judgments entered on March 8, 2024 [ECF 254] (regarding the jury verdict rendered on February 27, 2024 [ECF 246]) and August 15, 2025 [ECF 365] (regarding the jury verdict rendered on August 7, 2025 [ECF 362]), as well as the Court's orders ruling on Compass Marketing's post-trial motions, such as the August 7, 2024 Order [ECF 276] and accompanying Memorandum Opinion [ECF 275] denying Compass Marketing's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial [ECF 255], the November 8, 2024 Order [ECF 289] and accompanying Memorandum Opinion [ECF 288] denying Compass Marketing's Motion for Reconsideration [ECF 279], and the December 12, 2025 Order [ECF 392] and accompanying Memorandum Opinion [ECF 391] denying Compass Marketing's Motion for Relief From a Judgment, or, in the Alternative, for a New Trial [ECF 370].

This appeal is taken to the United States Court of Appeals for the Fourth Circuit.


Dated:  January 8, 2026                    Respectfully submitted,

                                           /s/Stephen B. Stern
                                           Stephen B. Stern, Bar No.: 25335
                                           KAGAN STERN MARINELLO & BEARD, LLC
                                           238 West Street
                                           Annapolis, Maryland 21401
                                           (Phone): (410) 216-7900
                                           (Fax):  (410) 705-0836
                                           Email:  stern@kaganstern.com
                                           Email:  hayden@kaganstern.com

                                           *Counsel for Defendant*
                                           *Compass Marketing, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2026, the foregoing Notice of Appeal was served via the CM/ECF system on the following counsel of record:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, Maryland 20910
Email:  tgagliardo@gelawyer.com

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 1100
Chicago, Illinois 60654
Email:  gjordan@jz-llc.com

*Attorneys for Plaintiff*
*David Boshea*

/s/ Stephen B. Stern
Stephen B. Stern