## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|                                          |   |                               |
|------------------------------------------|---|-------------------------------|
| **ESTATE of DAVID J. BOSHEA,**           |   |                               |
|                                          |   |                               |
| *Plaintiff,*                             |   |                               |
|                                          |   | **Civil No. ELH-21-00309**    |
| **v.**                                   |   |                               |
|                                          |   | **January 9, 2026**           |
| **COMPASS MARKETING, INC.,**             |   |                               |
|                                          |   |                               |
| *Defendant.*                             |   |                               |

### JOINT MOTION TO VACATE ORDER SETTING A DEADLINE TO FILE AND OPPOSE PETITION FOR ATTORNEYS' FEES AND COSTS

Plaintiff and Defendant hereby jointly move this Court to vacate its order dated December 29, 2025, setting January 12, 2026, as the deadline for Plaintiff to file a petition for attorneys' fees and costs and Defendant to reply by February 2, 2026. (ECF 397)  In support thereof they state as follows:

1. On January 8, Compass Marketing filed a notice of appeal.

2. Local Rule 109.2 provides that when an appeal is taken a petition for fees will not be due until 14 days after the Court of Appeals issues its mandate if Plaintiff remains entitled to file a petition for fees and costs such

WHEREFORE the parties jointly move this motion to be granted and the order of December 29, 2025, vacated.

Respectfully submitted,


Thomas J. Gagliardo
Of Counsel
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910
301 608 0880 FAX 301 608 0881
tgagliardo@gelawyer.com


/s/ Gregory J. Jordan

Gregory J. Jordan
Jordan & Zito LLC
350 N. LaSalle Drive, Suite 700
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of above Joint Motion to Vacate Order

Setting a Deadline to File and Oppose Petition for Attorneys' Fees And Costs was served via this

Court's ECF system and by electronic mail the 9th day of  JANUARY 2026.

Stephen B. Stern
Attorney for Defendant Compass Marketing
stern@kaganstern.com


_____
Kate Wehba
Intake Paralegal
Gilbert Employment Law P.C.
8403 Colesville Rd, Suite 1000
Siver Spring, MD 20910
301-608-0880
kwehba@gelawyer.com