IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ESTATE of DAVID J. BOSHEA, | |
| *Plaintiff,* | Civil No. ELH-21-00309 |
| v. | January 9, 2026 |
| COMPASS MARKETING, INC., | |
| *Defendant.* | |

## ORDER

This matter having come before the Court on the Parties Joint Motion to Vacate this Court's Order Setting A Deadline to File and Oppose Petition For Attorneys' Fees and Costs, dated December 29, 2025, (ECF 397) the premises considered said motion shall and hereby is GRANTED and said order is VACATED.

*Ellen L. Hollander  1/9/26*
Ellen Hollander
U.S. District Court Judge