FILED: January 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1042
(1:21-cv-00309-ELH)

_____

ASHLEY BOSHEA, Administrator of the Estate of David John Boshea, Deceased

    Plaintiff - Appellee

v.

COMPASS MARKETING, INC.

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:21-cv-00309-ELH |
| Date notice of appeal filed in originating court: | 01/08/2026 |
| Appellant(s) | Compass Marketing, Inc. |
| Appellate Case Number | 26-1042 |
| Case Manager | R. Phillips<br>804-916-2702 |