IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ASHLEY BOSHEA, as Administrator of the Estate of DAVID JOHN BOSHEA | * * * |
| *Plaintiff,* | * * |
| v. | Civil Action No. 1:21-cv-00309-ELH * * |
| COMPASS MARKETING, INC. | * * |
| *Defendant.* | * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Michael White ("Movant") is a non-party with standing expressly recognized by the United States District Court for the District of Maryland in this matter [ECF 385] and a 25% owner of Compass Marketing, Inc.

Movant, by and through himself, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the United States District Court for the District of Maryland the denial [ECF 386] of his Motion for Sanctions [ECF 269] filed May 21, 2024, and the constructive denial of his timely Motion for Reconsideration under Rule 59(e) [ECF 387], filed November 17, 2025.

The United States District Court for the District of Maryland never ruled on Movant's Motion for Reconsideration under Rule 59(e) [ECF 387], filed November 17, 2025. On January 8, 2026, Defendant Compass Marketing, Inc. filed a Notice of Appeal [ECF 398]. On January 9, 2026, the case was transmitted to the Fourth Circuit [ECF 399] with Movant's motion still pending and unresolved.

Movant's ECF 387 sought reconsideration of the Court's Order [ECF 386] and Memorandum Opinion [ECF 385] denying sanctions against John White and Stephen B. Stern for conduct that abused the judicial process, including falsely asserting authority to represent Compass Marketing, Inc., obscuring the true ownership structure of the corporation, and

engaging in protracted litigation to serve their personal business interests rather than the interests of the company or its shareholders.

The District Court's failure to rule on ECF 387 before transmitting the case to the Court of Appeals for the Fourth Circuit constitutes a constructive denial of Movant's motion and deprives Movant of meaningful appellate review. Movant therefore appeals from this constructive denial pursuant to 28 U.S.C. § 1291 and Federal Rule of Appellate Procedure 3.

Movant respectfully requests that this appeal be consolidated with the appeal filed by Compass Marketing, Inc., USCA4 Appeal 26-1042, as the matters are inextricably linked and arise from the same underlying proceedings.

Dated: January 13, 2026

                                                      Respectfully submitted,

                                                      Michael White
                                                      39650 Hiawatha Circle
                                                      Mechanicsville, MD 20650
                                                      (301) 481-5986
                                                      michaelrwhite@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 13, 2026, the foregoing Notice of Appeal was served via U. S. Post on all counsel of record.

Michael White