IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASHLEY BOSHEA as Administrator
of the Estate of DAVID JOHN
BOSHEA,

   *Plaintiff,*

v.

COMPASS MARKETING, INC.,

   *Defendant*.

Civil No. ELH-21-309

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 29th day of January 2026, by the United States District Court for the District of Maryland, **ORDERED:**

The Motion (ECF 387) is **DENIED**.

    /s/
Ellen Lipton Hollander
United States District Judge