# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

ASHLEY BOSHEA as Administrator of
the Estate of DAVID JOHN BOSHEA,

    *Plaintiff,*

v.

COMPASS MARKETING, INC.,

    *Defendant.*

Civil No. 1:21-CV-00309-ELH

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned, Daniel J. White, Esq., appearing

on his own behalf. The undersigned should be designated as notice counsel.

  /s/ *Daniel J. White*
Daniel J. White, Esq. (Bar No. 21937)
Post Office Box 1760
Leonardtown, MD 20650.
(t) 240-298-8156
danieljwhite@msn.com

    *Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2026, copies of the

foregoing were filed and served upon all counsel of record via CM/ECF.

  /s/ *Daniel J. White*
Daniel J. White, Esq. (Bar No. 21937)