## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ASHLEY BOSHEA, as representative of** | * | |
| **the Estate of David J. Boshea** | | |
| | * | |
| *Plaintiff*, | | |
| | * | **Case No. 1:21-CV-00309-ELH** |
| **v.** | | |
| | * | |
| **COMPASS MARKETING, INC.** | | |
| | * | |
| *Defendant.* | | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE</u>

Stephen B. Stern and the law firm of Kagan Stern Marinello & Beard, LLC (collectively,

" KSMB" ), pursuant to Local Rule 101.2, hereby move for leave to withdraw their appearance as

counsel for Defendant Compass Marketing, Inc. ("Compass Marketing"), and state as follows:

1.      The name and last known address of the client is:

Compass Marketing, Inc.
105 Eastern Avenue
Annapolis, Maryland 21403[1]

2.      On December 22, 2025, KSMB provided formal written notice to Compass

Marketing of KSMB's intent to withdraw as counsel in various matters. *See* Exhibit A (Letter

from S. Stern to J. White dated December 22, 2025).[2]

---

[1] For most of the duration of KSMB's representation of Compass Marketing, its mailing address was 222 Severn Avenue, Annapolis, Maryland 21403.

[2] Notwithstanding KSMB's original intention to perform no additional work in this litigation after filing the Notice of Appeal, KSMB entered its appearance in a limited capacity before the United States Court of Appeals for the Fourth Circuit to oppose Michael White's appeal of this Court's decision denying his motion for sanctions against Compass Marketing and KSMB. On April 28, 2026, the Fourth Circuit affirmed this Court's decision to deny Michael White's motion for sanctions [ECF 411, 411-1, 411-2].

3.     The appeal Compass Marketing filed in this litigation was dismissed by the United States Court of Appeals for the Fourth Circuit on April 23, 2026 and docketed by this Court on the same date [ECF 409].

4.     Plaintiff Ashely Boshea, as the representative of the Estate of David J. Boshea, may still file a fee petition in this litigation.

5.     In anticipation of the possible filing of the fee petition, KSMB sent written notice to Compass Marketing on May 4, 2026, advising of its intent to formally file a motion to withdraw as counsel for Compass Marketing in this litigation.  *See* Exhibit B (Letter from S. Stern to J. White dated May 4, 2026).[3]

6.     The Maryland Rules of Professional Conduct permit an attorney to withdraw from representation if:  "(5) the client fails to substantially fulfill an obligation to the attorney regarding the attorney's services and has been given reasonable warning that the attorney will withdraw unless the obligation is fulfilled; [or] (6) the representation will result in an unreasonable financial burden on the attorney or has been rendered unreasonably difficult by the client." *See, e.g.*, *Wilson & Wilson, Inc. v. Pontiac Drywall Sys.*, Case No. MJM-22-2418, 2026 U.S. Dist. LEXIS 75951, *6-*8 (D. Md. Apr. 7, 2026) (citing Maryland Rule 19-301.16(b)).

7.     Pursuant to Local Rule 101.2, KSMB's notice was delivered to Compass Marketing at least seven (7) days prior to the filing of this Motion for Leave to Withdraw.  Compass Marketing was advised that, as a business entity, it (a) must have new counsel enter an appearance to participate in this proceeding and (b) in the event that within thirty (30) days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action,

---

[3] As with the other written communications to Compass Marketing regarding withdrawal of counsel, the May 4 letter (Exhibit B) has been redacted to protect privileged information.

if any, that it deems appropriate, including granting the motion to withdraw and directing any such entity to show cause why a default should not be entered on claims asserted against it.

8.      The withdrawal of KSMB will not cause any undue delay, prejudice, or injustice, and it is authorized by Maryland Rule 19-301.16(b)(5) & (6).  *See Wilson & Wilson*, *supra*. Denying the motion, however, will cause substantial injustice to KSMB.

9.      The Certificate required by Local Rule 101.2(b) is included on the following page.

WHEREFORE, Stephen B. Stern and the law firm of Kagan Stern Marinello & Beard, LLC, respectfully request that the Court grant this Motion for Leave to Withdraw Appearance and enter the attached proposed Order striking their appearances.

Dated:  May 18, 2026                              Respectfully submitted,

*/s/Stephen B. Stern*
Stephen B. Stern, Bar No.: 25335
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
(Phone): (410) 216-7900
(Fax):  (410) 705-0836
Email:  stern@kaganstern.com

*Counsel for Defendant*
*Compass Marketing, Inc.*

3

**<u>Local Rule 101.2(b) Certificate</u>**

I, Stephen B. Stern, hereby certify as follows:

1.    The last known address of Compass Marketing, Inc. (KSMB's client), is 105 Eastern Avenue, Annapolis, Maryland 21403.

2.    Compass Marketing's registered agent as identified on the SDAT website is Business Filings International Incorporated, located at 2405 York Road, Suite 201, Lutherville Timonium, Maryland 21903-2264 (the corporate entity with that address listed on numerous other websites, however, is The Corporation Trust Incorporated or CT Corporation, and the proper city based on various internet searches is Timonium, not Lutherville).

3.    Formal written notice of KSMB's intent to withdraw and notification to Compass Marketing was sent on December 22, 2025 and again on May 4, 2026, as set forth above in the Motion for Leave to Withdraw Appearance.

Dated:  May 18, 2026                    _/s/Stephen B. Stern_____
                                        Stephen B. Stern, Bar No.: 25335

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2026, the foregoing Motion for Leave to Withdraw Appearance was served via the CM/ECF system on the following counsel of record:

Thomas J. Gagliardo
Gilbert Employment Law, PC
1100 Wayne Avenue, Suite 900
Silver Spring, Maryland 20910
Email:  tgagliardo@gelawyer.com

Gregory J. Jordan
Mark Zito
Jordan & Zito, LLC
350 N. LaSalle Drive, Suite 1100
Chicago, Illinois 60654
Email:  gjordan@jz-llc.com

*Attorneys for Plaintiff*
*David Boshea*

and via United States Mail, postage prepaid to:

Compass Marketing, Inc.
105 Eastern Avenue
Annapolis, Maryland 21403

and

Business Filings International, Inc.
as Registered Agent for Compass Marketing, Inc.
2405 York Road
Suite 201
Timonium, Maryland 21093-2264

*/s/ Stephen B. Stern*
Stephen B. Stern

5