**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ASHLEY BOSHEA, as representative of** <br> **the Estate of David J. Boshea** | * |
| | * |
| *Plaintiff*, | * |
| | *     **Case No. 1:21-CV-00309-ELH** |
| **v.** | * |
| | * |
| **COMPASS MARKETING, INC.** | * |
| | * |
| *Defendant.* | * |
| | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

Upon consideration of the Motion for Leave to Withdraw Appearance (the "Motion to Withdraw") as counsel for Compass Marketing, Inc. ("Compass Marketing"), filed by Kagan Stern Marinello & Beard, LLC ("KSMB"), and any opposition thereto, this Court finds that KSMB has shown that withdrawal is warranted, and it is hereby ORDERED that:

(1)     The Motion to Withdraw is GRANTED; and it is further ORDERED that

(2)     KSMB's representation of Compass Marketing in this matter is hereby withdrawn; and it is further ORDERED that

(3)     If a timely fee petition is filed by Ashley Boshea, Compass Marketing shall have new counsel enter its appearance within thirty (30) days of the date on which the fee petition is filed and propose a reasonable deadline by which an opposition will be filed, and failure to do so may result in the fee petition being granted.

Dated: _____     _____

                                                Ellen L. Hollander
                                                Judge, United States District Court