EXHIBIT

A

LAW OFFICES
## KAGAN STERN MARINELLO & BEARD, LLC
238 WEST STREET
ANNAPOLIS MARYLAND 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

STEPHEN B. STERN
(410) 793-1610

STERN@KAGANSTERN.COM
WWW.KAGANSTERN.COM

December 22, 2025

**VIA EMAIL**

John White, CEO
Compass Marketing, Inc.
222 Severn Avenue
Annapolis, Maryland 21403

Re:    **Notice of Withdrawal as Counsel**

Dear John:

But, as we have discussed on many previous occasions both verbally and in writing, as a small firm, if a client gets behind on payments to the firm, it can create significant financial pressure,

Unfortunately, Compass Marketing has fallen significantly behind on paying its invoices

KAGAN STERN MARINELLO & BEARD, LLC
ANNAPOLIS, MARYLAND

KAGAN STERN MARINELLO & BEARD, LLC

John White, CEO
December 22, 2025
Page 2

███████████████████████████████████████████████████████

████████████████████████████████████ Unfortunately, the firm has no alternative but to withdraw as counsel for Compass Marketing, including formal notification to the courts in each of the pending matters, which I discuss further below.

In *Boshea v. Compass Marketing, Inc.*, Case No. 1:21-cv-00309-ELH (D. Md.) (the "Boshea Litigation"),[1] ████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

While we believe we can withdraw as counsel for Compass Marketing immediately because more than seven days have passed since we first advised you of our intent to withdraw as counsel,[4] ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] This case is pending federal court (the United States District Court for the District of Maryland, Baltimore Division).

███████████████████████████████████   ████████████████████████████

████████████████████████████████████████████████████████████████████████

[4] We believe that notice period has been satisfied with my prior written communications noting that we will be withdrawing as counsel if payment is not received.

KAGAN STERN MARINELLO & BEARD, LLC

John White, CEO
December 22, 2025
Page 3



Please note that, as a business entity, Compass Marketing is required to retain counsel to represent it in the appeal and to represent it in any proceedings in the trial court in the Boshea Litigation.  Thus, new counsel will be needed to take on the appeal and any additional work at the trial court level

KAGAN STERN MARINELLO & BEARD, LLC

John White, CEO
December 22, 2025
Page 4



It is unfortunate that we are in a position where we must send a notice of this nature to you and Compass Marketing, but we cannot continue to incur fees/costs without getting paid.



KAGAN STERN MARINELLO & BEARD, LLC

John White, CEO
December 22, 2025
Page 5

Very truly yours,

KAGAN STERN MARINELLO & BEARD, LLC

Stephen B. Stern

cc:    Jonathan P. Kagan, Esquire