

LAW OFFICES

# KAGAN STERN MARINELLO & BEARD, LLC

238 WEST STREET
ANNAPOLIS MARYLAND 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

STEPHEN B. STERN                                                STERN@KAGANSTERN.COM
(410) 793-1610                                                  WWW.KAGANSTERN.COM

May 4, 2026

**VIA EMAIL**

John White, CEO
Compass Marketing, Inc.
222 Severn Avenue
Annapolis, Maryland 21403

    Re:    **Notice of Withdrawal as Counsel**

Dear John:

    As discussed in my December 22, 2025 letter to you, our firm has withdrawn as counsel for Compass Marketing, Inc. ("Compass Marketing"), in each of the pending litigation matters. However, I realize we have not advised the United District Court for the District of Maryland that we have withdrawn as counsel for Compass Marketing in *Boshea v. Compass Marketing, Inc.*, Case No. 1:21-cv-00309-ELH (D. Md.) (the "Boshea Litigation").[1]



---

[1] This case is pending federal court (the United States District Court for the District of Maryland, Baltimore Division).

KAGAN STERN MARINELLO & BEARD, LLC

John White, CEO
May 4, 2026
Page 2

███████████████████████████████████████████████████████

      As we have discussed on numerous occasions and as I noted in my December 22 letter, our firm cannot carry such a large A/R balance and continue to incur legal fees. ████████

███████████████████████████████████████████████████████

      While we believe that we have already given sufficient notice to withdraw immediately as Compass Marketing's counsel, in an abundance of caution, we will file our formal motion to withdraw as Compass Marketing's counsel next Monday (May 11), which is seven days from now. As we noted previously, including in my December 22 letter, because Compass Marketing is a business entity, it cannot proceed pro se (i.e., without counsel) before the District Court; it must retain counsel to oppose the anticipated fee petition (or participate in any other proceedings before the District Court). Pursuant to Local Rule 101.2(b), "In the event that within thirty (30) days of the filing of the motion to withdraw, new counsel has not entered an appearance, the Court may take such action, if any, that it deems appropriate, including granting the motion to withdraw and dismissing any affirmative claim for relief asserted by the party and/or directing the party to show cause why a default should not be entered on claims asserted against it."

      If you have any questions, please let us know.

Very truly yours,

KAGAN STERN MARINELLO & BEARD, LLC

Stephen B. Stern

cc:    Jonathan P. Kagan, Esquire