**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ASHLEY BOSHEA, as Administrator of the Estate of DAVID JOHN BOSHEA, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-00309-ELH |
| | * | |
| COMPASS MARKETING, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |

**NOTICE OF COURT-APPOINTED CUSTODIAN OF COMPASS MARKETING, INC.**

The undersigned, Daniel J. White, in his capacity as Court-appointed Custodian *pendente lite* of Defendant Compass Marketing, Inc., respectfully gives notice to the Court of his appointment by the Circuit Court for Arlington County, Virginia (Hon. Louise M. DiMatteo) in *Michael R. White et al. v. Compass Marketing, Inc.*, No. CL21004012-00 (May 1, 2026). The Order Appointing Custodian *pendente lite* is attached as **Exhibit 1** and is incorporated herein by reference.

Any communication or service of process intended for Compass Marketing, Inc. in this matter should be directed to the undersigned at the contact information set forth below.

Respectfully submitted,

/s/ Daniel J. White
Daniel J. White
Court-appointed Custodian *pendente lite* of Compass Marketing, Inc.
(D. Md. Bar No. 21937; VSB No. 98775; MD AIS No. 0201030014)
Post Office Box 1760
Leonardtown, Maryland 20650
Telephone: (240) 298-8156
Email: danieljwhite@msn.com

Dated: May 22, 2026

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a copy of the foregoing *Notice of Court-Appointed Custodian of Defendant Compass Marketing, Inc.*, together with Exhibit 1, was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including:

Gregory J. Jordan, Esq.
Jordan & Zito LLC
350 North LaSalle Street, Suite 700
Chicago, IL 60654
gjordan@jz-llc.com
*Counsel for Plaintiff*

Thomas J. Gagliardo, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
tgagliardo@gelawyer.com
*Counsel for Plaintiff*

/s/ Daniel J. White
Daniel J. White
Court-appointed Custodian *pendente lite* of Compass Marketing, Inc.