**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY BOSHEA as representative of the ESTATE OF DAVID J. BOSHEA,     Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC.,     Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

        **Civil Action No. ELH-21-00309**

## PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiff, as the prevailing party in this matter, moves for an award of reasonable attorneys' fees and costs and judgment in the amount of the award, to be entered against Defendant Compass Marketing, Inc. Plaintiff seeks $936,683.33 in fees and $67,404.57 in costs. In support of this Motion, Plaintiff relies upon the supporting memorandum attached hereto.

WHEREFORE, Plaintiff respectfully requests that this Court: (1) award Plaintiff his reasonable attorneys' fees and costs associated with this litigation in the amounts sought herein, and (2) enter judgment in the amount of the award in Plaintiff's favor and against Defendant Compass Marketing, Inc.

Respectfully Submitted,

Thomas Gagliardo
Digitally signed by Thomas Gagliardo
Date: 2026.06.01 18:17:26 -04'00'

_____
Thomas J. Gagliardo
Of Counsel
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

1

Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Street, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
Counsel for plaintiff