**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **ASHLEY BOSHEA as representative of the** | * | |
| **ESTATE OF DAVID J. BOSHEA** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case No. 1:21-CV-00309-ELH** |
| **v.** | * | |
| | * | |
| **COMPASS MARKETING, INC.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## <u>ORDER</u>

This matter having come before the Court on PLAINTIFF'S MOTION FOR AN

AWARD OF ATTORNEY'S FEES AND COSTS, due notice provided, the premises having

been considered, said motion shall and hereby is GRANTED on this _____ day of _____

_____2026; and it is Ordered that Plaintiff's request for the allowance of $936,683.33 in

compensation and $67,404.57 in expense reimbursement.

 

 

_____
Ellen L. Hollander
United States District Judge