**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

|  |  |
|---|---|
| ASHLEY BOSHEA as representative of the ESTATE OF DAVID J. BOSHEA, <br><br> Plaintiff, <br><br> v. <br><br> COMPASS MARKETING, INC., <br><br> Defendant. | Case No.: 1:21-CV-00309-ELH |

**PLAINTIFF'S SECOND MOTION FOR LEAVE TO EXTEND
TIME TO FILE AFFIDAVITS SUPPORTING PLAINTIFF'S FEE PETITION**

Plaintiff, Ashley Boshea, as the representative of the Estate of David Boshea, (the Plaintiff") respectfully moves for an order extending the time for Plaintiff to submit an affidavit in support of her Petition for Attorneys' Fees and Costs. The petition itself will be filed by today's deadline, Monday, June 1, 2026.

1. Leizer Goldsmith, an attorney with significant experience with fee petitions, is providing a critical supporting affidavit for Plaintiff's Fee Petition, which will address, among other things, the reasonableness of the rates requested.

2. Mr. Goldsmith has provided a draft affidavit addressing the issue, but he advised Thomas Gagliardo, one of the Plaintiff's attorneys that he needs additional time to finalize his affidavit.

3. Similarly, Gregory Jordan, another one of the Plaintiff's attorneys, has consulted with Chicago attorneys who are knowledge of his expertise and the reasonableness of his rates, who have asked he seek additional time to complete the affidavit.

4. Plaintiff moves for leave to file the affidavits on or before Monday, June 15, 2026

5.  As noted in the Court's June 2, 2026 order (CM/ECF 421), the Plaintiff cannot consult with the Defendant's counsel, Plaintiff 's counsel reached out to Daniel White, who has petitioned this Court to be appointed custodian for Compass Marketing, Inc., but he was unavailable and did not respond.

WHEREFORE, Plaintiff Ashley Boshea, as the representative of the Estate of David Boshea, respectfully requests that the Court grant this Motion and grant Plaintiff leave to file affidavits in support of her fee petition.

Respectfully submitted,


/s/ Gregory J. Jordan


Gregory J. Jordan (Admitted Pro Hac Vice)
Jordan & Zito LLC
350 N. LaSalle Street, Suite 1100
Chicago IL 60654
(312) 854-7181
gjordan@jz-llc.com
Counsel for plaintiff



Thomas J. Gagliardo
Of Counsel
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910
tgagliardo@gelawyer.com

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Plaintiff's Motion for Leave to File Affidavits Supporting Plaintiff's Fee Petition** was served via this Court's ECF system and by electronic mail on June 8, 2026 addressed to the following:

Daniel J. White
Putative Custodian for Defendant
Email: danieljwhite@msn.com

/s/ Gregory J. Jordan