**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

|  |  |
|---|---|
| ASHLEY BOSHEA as representative of the ESTATE OF DAVID J. BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>Defendant. | Case No.: 1:21-CV-00309-ELH |

<u>**Order**</u>

This matter having come before the Court on Plaintiff's Motion for Leave to Extend Time to File Affidavits Supporting Plaintiff's Fee Petition the premises and any opposition thereto, having been considered, said motion shall be and hereby is GRANTED on this 8th day of JUNE 2026; and it is:

**ORDERED** that Plaintiff shall file supporting affidavits on or before June 15, 2026.

_Ellen L. Hollander_
Ellen L. Hollander
United States District Judge