# EXHIBIT B

**Virginia State Corporation Commission Certificate of Incorporation and Articles of Incorporation of Compass Marketing, Inc. Effective February 5, 1998**

*Ashley Boshea, Administrator v. Compass Marketing, Inc., No. 1:21-309 ELH (U.S. District Court, District of Maryland)*

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

February 5, 1998

The State Corporation Commission has found the accompanying articles submitted on behalf of

## COMPASS MARKETING, INC.

to comply with the requirements of law, and confirms payment of all related fees.

Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 5, 1998.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Commissioner

CORPACPT
CIS20436
98-02-05-0124

ARTICLES OF INCORPORATION

OF

COMPASS MARKETING, INC.

---

I hereby associate to form a stock corporation under the provisions of Chapter 9 of Title 13.1 of the Code of Virginia and to that end set forth the following:

(a)   The name of the corporation is:

COMPASS MARKETING, INC.

(b)   The purpose or purposes for which the corporation is organized is:  To engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Virginia.

(c)   The aggregate number of shares which the corporation shall have authority to issue and the par value per share are as follows:

| CLASS AND SERIES | NUMBER OF SHARES | PAR VALUE PER SHARE OR NO PAR VALUE |
|---|---|---|
| COMMON | 1,500 | NO PAR |

(d)   The post office address of the initial registered office including street and number is 6851 N. Washington Boulevard, Arlington, VA 22213, and the name of its registered agent is Daniel J. White, who is a resident of Virginia and whose address is the same as the registered office of the corporation.  The registered office is located in Arlington County.

(e)   The number of directors constituting the board of directors is one, and the name and address of the person who is to serve as the initial director is:

NAME                              MAILING ADDRESS

Daniel J. White                   6851 N. Washington Boulevard
                                  Arlington, VA 22213

Date: February 4, 1998

Lamont W. Jones
Incorporator