**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

ASHLEY BOSHEA, ADMINISTRATOR OF
THE ESTATE OF DAVID JOHN BOSHEA,               Civil Action No. ELH-21-309
    Plaintiff,

v.

COMPASS MARKETING, INC.,
    Defendant.

---

**ORDER**

Upon consideration of the Motion to Intervene as of Right by Daniel J. White, Esq., as Custodian Pendente Lite of Compass Marketing, Inc., and, in the Alternative, Motion for Permissive Intervention, any response thereto, and the entire record, it is this _____ day of _____, 2026, by the United States District Court for the District of Maryland, hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that Daniel J. White, Esq., Custodian Pendente Lite of Compass Marketing, Inc., is permitted to intervene in this action in his official capacity, and may file substantive papers in response to the pending motion (ECF 419).

_____
The Honorable Ellen L. Hollander
United States District Judge