**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASHLEY BOSHEA as Administrator
of the Estate of DAVID JOHN
BOSHEA,

    *Plaintiff,*

    v.

COMPASS MARKETING, INC.,

    *Defendant*.

Civil No. ELH-21-309

**ORDER**

For the reasons set forth in the preceding Memorandum, it is this 9th day of July 2026, by

the United States District Court for the District of Maryland, **ORDERED:**

The Motion (ECF 428) is **DENIED.**

The Clerk is directed to mail a copy of the preceding Memorandum and this Order to the

individuals listed below.  And, because a previous Order of this Court, mailed to John White, was

returned as undeliverable to John White (ECF 426), the Court also directs the Clerk to email a

copy of the Memorandum and Order to John White's email address, listed below.

John White
201 Chester Ave.
Annapolis, MD 21403
Jwhitecompass16@gmail.com

Daniel J. White, Esq.
Post Office Box 1760
Leonardtown, MD 20650

Michael R. White
39650 Hiawatha Circle
Mechanicsville, MD 20659

                                   /s/
                                Ellen Lipton Hollander
                                United States District Judge