IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ASHLEY BOSHEA, as Administrator | * | |
| of the Estate of DAVID JOHN BOSHEA, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-00309-ELH |
| COMPASS MARKETING, INC., | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of the Motion of Compass Marketing, Inc., by its court-appointed Custodian pendente lite, to Compel Former Counsel to Surrender the Client File, any opposition thereto, and the record in this action, it is this _____ day of _______________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Stephen Stern, Esq. and Kagan Stern Marinello & Beard, LLC shall, within ten (10) days of the date of this Order, surrender to Compass Marketing, Inc., through its court-appointed Custodian pendente lite, Daniel J. White, the complete client file for this action and all papers and property to which Compass is entitled under Maryland Rule 19-301.16(d), including the engagement and authority records, billing and payment records, client trust account records concerning Compass property received or held in connection with the representation, all correspondence and communications sent to or received from third parties on Compass's behalf in this action, and all correspondence and communications between Former Counsel and any person purporting to act on behalf of Compass regarding this action.

_______________________________
Hon. Ellen L. Hollander
United States District Judge