**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY BOSHEA as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS MARKETING, INC.,<br>*Defendant.* | Civil Action ELH-21-309 |

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is this 21st day of August 2026, by the United States District Court for the District of Maryland, **ORDERED** that the "Motion of Daniel J. White, as Court-Appointed Custodian Pendente Lite of Compass Marketing, Inc., To Alter or Amend the July 9, 2026 Memorandum and Order Denying Intervention (Fed. R. Civ. P. 59(E)), with Incorporated Memorandum" (ECF 431) is **DENIED**.

This ruling is made without prejudice to the right of Daniel White to retain counsel for Compass Marketing, Inc. ("Compass"), solely for purposes of addressing plaintiff's motion for attorneys' fees (ECF 419). Counsel must enter an appearance for Compass by **September 21, 2026.** Alternatively, by **September 21, 2026**, and subject to the rules of the Court, Movant may enter an appearance as counsel for Compass.

/s/
Ellen Lipton Hollander
United States District Judge