CL21004012-00
PET
APPL

FILED by Arlington County Circuit Court
07/08/2026

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR ARLINGTON COUNTY**

RECEIVED
2026 JUL -8 P 1:07
PAUL FERGUSON, CLERK
ARLINGTON CIRCUIT COURT

**JOHN D. WHITE**

**Intervenor**

**v.**

**MICHAEL R. WHITE AND DANIEL J. WHITE**

**Plaintiffs**

**v.**

**COMPASS MARKETING, INC.**

**Defendant**

**CASE NO.: CL21004012-00**

* * * * * * * * * * * * *

**NOTICE OF APPEAL**

Notice is herby given that John D. White, Intervenor, herby appeals to the Court of Appeals of Virginia from the Order entered in this case on June 8, 2026.

The June 8, 2026 Order denied two of Intervenor's Motions and imposed a pre-filing injunction on Intervenor. The Court provided no reasoning, findings of fact, or conclusions of law to support either denial. The Order also upheld injunctive restrictions imposed against Intervenor personally in the May 1, 2026 Custodian Appointment Order, despite the fact that Intervenor had previously been dismissed from the action with prejudice.

The appeal challenges the June 8, 2026 Order as well as the underlying May 1, 2026 Custodian Appointment Order.

Dated July 8, 2026

Respectfully submitted,

/s/John White
John White *Pro Se Intervenor*
201 Chester Ave
Annapolis, Maryland 21403
Jwhitecompass16@gmail.com
443-875-0555

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2026, a true copy of the foregoing Motion was filed with the Clerk and sent via Email to the following:

Michael R. White
39650 Hiawatha Circle
Mechanicsville, Maryland 20659
Phone: (301) 481-5986
Email: michaelrwhite@comcast.net

and

Daniel J. White
P.O. Box 1760
Leonardtown, Maryland 20650
Phone: (240) 298-8156
Email: danieljwhite@msn.com

*Pro Se Plaintiffs*

Compass Marketing Inc
PO Box 5303
Annapolis, MD 21403

*/s/ John White*
John White *Pro Se*

CL21004012-00
PET
APPL

FILED by Arlington County Circuit Court
07/08/2026

RECEIVED
2026 JUL -8 P 1:07
PAUL FERGUSON, CLERK
ARLINGTON COUNTY

# NOTICE OF APPEAL FROM TRIAL COURT

VA CODE § 17.1-407, Rule 5A:6

VIRGINIA: IN THE CIRCUIT COURT OF Arlington County
COUNTY/CITY

Intervenor, John D. White v. Defendant, Compass Marketing Inc
, Plaintiff, Michael R. White, et al

NAME(S) OF PARTY(IES) PLAINTIFF, RESPONDENT OR OTHER DESIGNATION IN TRIAL COURT

hereby appeals to the Court of Appeals of Virginia from the Denial of two Motions
FINAL JUDGMENT / APPEALABLE ORDER OR DECREE

of this court entered on 7/8/2026 in case no(s) CL21004012-00
DATE

Please check if:
[ ] This is a termination of parental rights case (Va. Code §16.1-283, §16.1-277.01, §16.1-277.02 or §16.1-278.3).
A transcript [ ] will [ ] will not be filed.
A statement of facts, testimony, and other incidents of the case [X] will [ ] will not be filed.
[ ] [In criminal cases only:] Appellant requests the clerk of the circuit court to cause a transcript to be prepared of the following circuit court proceedings:

## CERTIFICATE

The undersigned certifies as follows:

(1) The name(s) and address(es) of appellant(s) are:
John D. White, 201 Chester Avenue, Annapolis, Maryand 21403

[X] Appellant(s) is (are) not represented by counsel. The telephone number(s), facsimile number (if any) and e-mail address (if any) of appellant(s) are:
443-875-0555. jwhitecompass16@gmail.com

(2) The name(s), Virginia State Bar number(s), address(es), telephone number(s), facsimile number (if any), and e-mail address (if any) of counsel for appellant(s) is (are):

(3) The name(s) and address(es) of appellee(s) is (are):
Micahel R. White and Daniel J. White

[X] Appellee(s) is (are) not represented by counsel. The telephone number(s), facsimile number (if any), and e-mail address (if any) of appellee(s) (are):
Micahel R. White 301-481-5986, michaelrwhite@comcast.net
Daniel J. White 240-298-8156, danieljwhite@msn.com

(4) The name(s), Virginia State Bar number(s), address(es), telephone number(s), facsimile number (if any), and e-mail address (if any) of counsel for appellee(s) is (are):

..............................................................................................................................................................................

(5) The name(s), address(es) and telephone number(s) of the guardian(s) *ad litem* for the child(ren) is (are):

..............................................................................................................................................................................

(6) [ ] [ In civil cases only:] Counsel for appellant, or appellant if not represented by counsel, has ordered from the court reporter who reported the case the transcript for filing as required by Rule 5A:8(a).

(7) [In criminal and termination of parental rights cases:] Counsel for appellant has been [ ] appointed [ ] privately retained.

(8) A copy of this Notice of Appeal has been mailed, e-mailed or delivered to all opposing counsel, and/or to unrepresented parties, to the guardian *ad litem*, if applicable, and to the Clerk of the Court of Appeals.

7/8/2026

Date

(Signature of counsel or unrepresented party)

**NOTICE TO APPELLANT:** The notice of appeal must be filed with the clerk of the trial court and a copy must be transmitted to the Clerk of the Court of Appeals of Virginia and, except as otherwise provided by law, must be accompanied by the $50.00 filing fee required by Va. Code § 17.1-418. The fee is due at the time the Notice of Appeal is presented. The Clerk of the Court of Appeals of Virginia will file any notice of appeal that is not accompanied by such fee, but if the fee, or evidence that the appellant is entitled to be exempt from the payment of the fee, is not received by the clerk within 10 days, the notice of appeal will be dismissed.