Law Offices
Eccleston and Wolf
Professional Corporation

(703) 218-5330
FAX (703) 218-5350
WMITCHELL@EWVA.COM

WILLIAM L. MITCHELL, II

SUITE 107
10400 EATON PLACE
FAIRFAX, VIRGINIA 22030

BALTIMORE-WASHINGTON LAW CENTER
7240 PARKWAY DRIVE – 4th FLOOR
HANOVER, MARYLAND 21076
(410) 752-7474

SUITE 260
1629 K STREET, N. W.
WASHINGTON, D. C. 20006
(202) 857-1696

June 23, 2026

**VIA E-MAIL TO: danieljwhite@msn.com**

Daniel J. White, Esq.
P.O. Box 1760
Leonardtown, Maryland 20650

RE: Compass Marketing, Inc./Boshea
Civil No. ELH-21-309 (D. Md.)

Dear Mr. White:

In response to your June 18, 2026 letter, please note that documents from the *Boshea v. Compass Marketing, Inc.* case are being provided to you using a DropBox link.

Please let me know if you have any questions.

Sincerely,

ECCLESTON AND WOLF, P.C.

By: /s/ *William L. Mitchell, II*
William L. Mitchell, II

WLM:hh
Attachments
cc: Stephen B. Stern, Esq.
(w/o Attachments)

I:\5C982\Corresp\Letter_Dwhite_06232026.Docx

**Daniel Hodges**

**Subject:** FW: Boshea v. Compass Marketing, Inc. Civil No. ELH-21-309 (D. Md.)-5C982

---

**From:** Hiba Haroon <haroon@ewva.com>
**Sent:** Thursday, July 2, 2026 2:15 PM
**To:** daniel.white@danielwhite.law <daniel.white@danielwhite.law>
**Cc:** William L. Mitchell <wmitchell@ewva.com>
**Subject:** Boshea v. Compass Marketing, Inc. Civil No. ELH-21-309 (D. Md.)-5C982

Hello,

Attached is a drobox link from William Mitchell II in connection with the above-referenced matter. Should you have any questions or comments regarding this correspondence, please direct them to him at wmitchell@ewva.com.

Dropbox Link:
https://www.dropbox.com/scl/fo/ap3ktchd9yxo7mr86v219/AP0uUOgf0Qi0IIA4KF3gaPo?rlkey=cjas2j33dzz8tmcbsjl1cevnb&st=o34xmop8&dl=0
Please let us know if there are any issues with accessing the Dropbox file.

Thank you.

**Hiba Haroon**
**Eccleston & Wolf**
10400 Eaton Place, Suite 400
Fairfax, VA 22030
**(O) 410-752-7474**
**(F) 410-752-0611**
**www.EcclestonWolf.com**

Law Offices
Eccleston and Wolf
Professional Corporation

(703) 218-5330
FAX (703) 218-5350
WMITCHELL@EWVA.COM

WILLIAM L. MITCHELL, II

SUITE 400
10400 EATON PLACE
FAIRFAX, VIRGINIA 22030

BALTIMORE-WASHINGTON LAW CENTER
7240 PARKWAY DRIVE – 4th FLOOR
HANOVER, MARYLAND 21076
(410) 752-7474

SUITE 260
1629 K STREET, N. W.
WASHINGTON, D. C. 20006
(202) 857-1696

July 31, 2026

**VIA E-MAIL TO: daniel.white@danielwhite.law**
Daniel J. White, Esq.
P.O. Box 1760
Leonardtown, Maryland 20650

RE: Compass Marketing, Inc.

Dear Mr. White:

On June 23, 2026, July 2, 2026, and July 10, 2026, my office transmitted three batches of documents pertaining to the *Boshea* case, which were provided in response to the request contained in your June 18, 2026 correspondence concerning that case. As you are aware, my office and client have been working diligently to gather and review the documents and materials you requested in connection with the Arlington Circuit Court's recent Order in dissolution proceedings involving Compass Marketing. I previously informed you that this tremendous volume of material must be reviewed to ascertain whether it includes documents and information not part of the client file within the scope of Maryland Rule 19-301.16(d) and the Virginia Rules of Professional Conduct.

As part of my client's rolling production of the requested materials, the current Dropbox link contains the following invoices:

- Caitlin Dooley Discrimination Claim: COMPASS-KSMB_000001 – 000027
- Trade Secret Dispute: COMPASS-KSMB_000028 – 000042
- Virginia Shareholder Litigation: COMPASS-KSMB_000043 – 000123
- *Boshea* Dispute: COMPASS-KSMB_000124 – 000440
- DOL Investigation: COMPASS-KSMB_000441 – 000449
- Fourth Circuit Appeal: COMPASS-KSMB_000450 – 000525
- General Business Advice: COMPASS-KSMB_000526 – 000571 and COMPASS-KSMB_000582 – 000602

- Shareholder Dispute: COMPASS-KSMB_000572 – 000581
- Kayser Bankruptcy: COMPASS-KSMB_000603 – 000698.

I am out of the office this week on vacation and will return to the office on August 12. My plan is to continue providing documents on a rolling basis when I return to the office.

Please let me know if you have any questions.

Sincerely,

ECCLESTON AND WOLF, P.C.

By: */s/ William L. Mitchell, II*
William L. Mitchell, II

WLM:hh
cc: Stephen Stern, Esq. (Via Email)
Daniel Hodges, Esq. (Via Email)