**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY BOSHEA, as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-00309-ELH |

**MOTION OF COMPASS MARKETING, INC. FOR LEAVE TO FILE REPLY OUT OF TIME**

Compass Marketing, Inc. ("Compass"), acting through Daniel J. White, its court-appointed Custodian pendente lite, who appears solely in that capacity and for the limited purpose of recovering Compass's records, moves under Fed. R. Civ. P. 6(b)(1)(B) for leave to file, out of time, its Reply in support of its Motion to Compel Former Counsel to Surrender the Client File (ECF 432). The Reply is submitted with this Motion. In support, Compass states:

1. Non-parties Stephen Stern and Kagan Stern Marinello & Beard, LLC ("KSMB") filed their Opposition to the Motion on August 31, 2026. ECF 435.

2. Under Local Rule 105.2(a), Compass's reply was due fourteen days later, on September 14, 2026. The Reply is submitted three days after that date.

3. The Custodian serves without compensation and without staff. During the period in which the Reply was due, he was also preparing Compass's reply in Compass Marketing, Inc. v. Flywheel Digital LLC, No. 1:22-cv-00379-GLR (D. Md.), on Compass's motion to compel the surrender of its client file by the law firms that appeared for Compass in that action, including Morgan, Lewis & Bockius LLP, King & Spalding LLP, and KSMB. The two filings concern the

same records, the same former counsel, and the same Custodian Order, and the Custodian completed this Reply promptly once the other was in hand.

4. A court may extend a deadline after it has expired "if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). The inquiry considers the danger of prejudice to the opposing party, the length of the delay and its effect on the proceedings, the reason for the delay, and whether the movant acted in good faith. Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380, 395 (1993).

5. Each consideration favors leave. The delay is three days. The Motion has not been decided, no hearing has been set, and no other proceeding depends on the Reply. KSMB is not prejudiced by receiving a reply three days later than it otherwise would have. The Custodian acted in good faith, and the reason for the delay is the concurrent demand of a closely related filing in this Court.

6. The Reply will assist the Court. The Opposition rests on characterizations of the Court's August 21, 2026 Memorandum (ECF 433) and of the Fourth Circuit's decision in United States v. Perez-Chach, No. 25-6951 (4th Cir. July 31, 2026), that the Reply addresses directly.

WHEREFORE, Compass respectfully requests that the Court grant leave to file the Reply out of time, direct that the Reply submitted with this Motion be deemed filed, and enter the proposed Order submitted herewith.

Respectfully submitted,

/s/ Daniel J. White
Daniel J. White, Esq.
Custodian pendente lite of Compass Marketing, Inc.
D. Md. Bar No. 21937
Maryland AIS No. 0201030014
Virginia State Bar No. 98775
Post Office Box 1760
Leonardtown, Maryland 20650
Telephone: 240-298-8156
Email: daniel.white@danielwhite.law

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 17, 2026, the foregoing Motion, the proposed Order, and the Reply submitted with it were filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, including counsel for Stephen Stern and Kagan Stern Marinello & Beard, LLC, and that a copy was also sent by electronic mail to:

Daniel R. Hodges, Esq. (hodges@ewmd.com)
Rachael K. Morrissey, Esq. (morrissey@ewmd.com)
Eccleston & Wolf, P.C.
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076

William L. Mitchell, II, Esq. (wmitchell@ewva.com)
Eccleston & Wolf, P.C.
10400 Eaton Place, Suite 400
Fairfax, Virginia 22030

/s/ Daniel J. White
Daniel J. White, Esq.