# EXHIBIT A

Order, Michael White, et al. v. Compass Marketing, Inc., No. CL21004012-00
(Va. Cir. Ct. Arlington Cnty. July 1, 2026)
denying Intervenor's Emergency Motion to Stay Orders and Proceedings Pending Appeal

**V I R G I N I A :**

**IN THE CIRCUIT COURT OF ARLINGTON COUNTY**

**MICHAEL WHITE, et al.**

**Plaintiffs,**

**v.** **CL21004012-00**

**COMPASS MARKETING, INC.**

**Defendant.**

**ORDER**

THIS MATTER CAME BEFORE this Honorable Court upon "Intervenor's Motion for Leave to File Notice of Appeal and Emergency Motion to Stay."

IT APPEARING TO THE COURT that the basis of Intervenor's Motion for Leave misunderstands the Court's ruling on June 8, 2026 wherein the Court found that Intervenor's motions were frivolous and prohibited Intervenor from *docketing* any motions without leave of Court; the Court *did not prohibit him from filing motions.*

IT FURTHER APPEARING TO THE COURT that Intervenor's Motion for Leave incorrectly states, "barred Intervenor from filing any further pleadings without leave of Court. Because the Order contains injunctive provisions and imposes a pre-filing injunction, Intervenor seeks to preserve his appellate rights in a timely manner."

IT FURTHER APPEARING TO THE COURT that because there is no pre-filing injunction, there is no basis for a stay in order to preserve an appeal of a non-existent injunction.

ACCORDINGLY, it is hereby ORDERED

1. Intervenor has not been barred from filing motions. The Order from June 8, 2026 expressly precludes Intervenor from *docketing* any such filed motions without leave of Court. There is no pre-filing injunction.

2. The Emergency Motion to Stay Orders and Proceedings Pending Appeal is, accordingly, DENIED.

Entered July 1, 2026.

*L.M. DiMatteo*

The Honorable Louise M. DiMatteo
Judge, Circuit Court of Arlington County

*Endorsements waived pursuant to Rule 1:13 of the Rules of the Supreme Court of Virginia*