# EXHIBIT B

Notice of Dismissal Without Prejudice for Defendant Daniel White,
Compass Marketing, Inc. v. Daniel White, et al., No. C-02-CV-23-000601
(Cir. Ct. Anne Arundel Cnty. Aug. 6, 2025)

E-FILED; Anne Arundel Circuit Court
Docket: 8/6/2025 6:41 PM; Submission: 8/6/2025 6:41 PM
Envelope: 22388067

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY, MARYLAND

| | | |
|---|---|---|
| COMPASS MARKETING, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. C-02-CV-23-000601 |
| DANIEL WHITE, et al., | * | |
| Defendants. | * | |

* * * * * * * * * * * * *

**NOTICE OF DISMISSAL WITHOUT PREJUDICE FOR DEFENDANT DANIEL WHITE**

Plaintiff, Compass Marketing, Inc., by undersigned counsel, pursuant to Md. Rule 2-506(a), hereby files this Notice of Dismissal Without Prejudice for Defendant Daniel White. Defendant Daniel White has not filed an answer to the Third Amended Complaint. Each party to bear their own costs and fees.

Respectfully submitted,

SMITHEY LAW GROUP LLC

/s/ *Joyce E. Smithey*
Joyce E. Smithey (AIS # 0406150286)
Reuben W. Wolfson (AIS # 1212130309)
David M.E. Moon (AIS # 1512160128)
Liesel J. Schopler (AIS # 0712110174)
706 Giddings Avenue, Suite 200
Annapolis, Maryland 21401
P: (410) 919-2990; F: (410) 280-1602
joyce.smithey@smitheylaw.com
reuben.wolfson@smitheylaw.com
david.moon@smitheylaw.com
liesel.schopler@smitheylaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2025, the foregoing Notice of Dismissal Without Prejudice for Defendant Daniel White was served via the Court's MDEC system on all counsel of record.

/s/ *Joyce E. Smithey*
Joyce E. Smithey