**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY BOSHEA, as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-00309-ELH |

**[REVISED PROPOSED] ORDER**

Upon consideration of the Motion of Compass Marketing, Inc., by its court-appointed Custodian pendente lite, to Compel Former Counsel to Surrender the Client File (ECF 432), the Opposition of Stephen Stern and Kagan Stern Marinello & Beard, LLC (ECF 435), the Reply, and the record in this action, it is this _____ day of ______________, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Stephen Stern, Esq. and Kagan Stern Marinello & Beard, LLC (together, "Former Counsel") shall, within ten (10) days of the date of this Order, surrender to Compass Marketing, Inc. ("Compass"), through its court-appointed Custodian pendente lite, Daniel J. White, the complete client file for this action and all papers and property to which Compass is entitled under Maryland Rule 19-301.16(d), which for purposes of this Order includes: (a) communications with Compass and with any person purporting to act on its behalf regarding this action; (b) communications with opposing counsel, the Court, and third parties on Compass's behalf in this action; (c) documents received from Compass or from third parties in connection with the representation; (d) pleadings, motions, discovery requests and responses, deposition transcripts

and exhibits, expert materials, trial preparation and trial materials, and settlement communications; (e) engagement and authority records; (f) billing and payment records; (g) client trust account records concerning Compass property received or held in connection with the representation; and (h) electronically stored materials within the foregoing categories in their existing native format where reasonably available; and it is further

ORDERED that, for any document or category of documents within the scope of the preceding paragraph that Former Counsel withholds, Former Counsel shall, within the same ten (10) days, serve on the Custodian and file with the Court an itemized statement identifying each withheld document by date, author, recipients, and general description, stating the specific legal basis for withholding it, and stating whether it implicates the rights of any other client or third party, so that any remaining dispute may be resolved by the Court, including by in camera review if necessary; and it is further

ORDERED that Former Counsel shall preserve all records of Compass and of the representation in their possession, custody, or control pending completion of production under this Order.

________________________________
Hon. Ellen L. Hollander
United States District Judge