**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ASHLEY BOSHEA, as Administrator of the Estate of DAVID JOHN BOSHEA,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS MARKETING, INC.,<br><br>Defendant. | Civil Action No. 1:21-cv-00309-ELH |

ELH ~~[PROPOSED]~~ **ORDER**

Upon consideration of the Motion of Compass Marketing, Inc., by its court-appointed Custodian pendente lite, for Leave to File Reply Out of Time, and the record in this action, it is this 18th day of Sept, 2026, by the United States District Court for the District of Maryland, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Reply of Compass Marketing, Inc. in Support of Its Motion to Compel Former Counsel to Surrender the Client File, submitted with the Motion, is deemed filed as of the date of its submission. Provided, however, that by 10/1/26, KSMB may move to rescind this Order as improvidently granted. ELH

Ellen L. Hollander
Hon. Ellen L. Hollander
United States District Judge