Daniel J. White
Custodian pendente lite of Compass Marketing, Inc.
Post Office Box 1760
Leonardtown, Maryland 20650

September 21, 2026 VIA CM/ECF

The Honorable Ellen Lipton Hollander
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

**Re: Boshea v. Compass Marketing, Inc., Civil Action No. 1:21-cv-00309-ELH**

Dear Judge Hollander:

I write as the court-appointed Custodian pendente lite of Compass Marketing, Inc. ("Compass") in response to the Court's Order of August 21, 2026, which provided that counsel must enter an appearance for Compass by September 21, 2026, and that, in the alternative, I may enter an appearance as counsel for Compass. ECF 434.

I write so that the Court will not take silence on that date for disregard of its Order. No appearance will be entered for Compass. John White, who directed the defense in Compass's name, now represents that he is a non-party who holds none of its records. None of the attorneys who purported to represent Compass in this action remains in the case. Compass is insolvent. Its operating accounts are overdrawn, and it has no funds with which to retain counsel. I am unable to enter an appearance as counsel for Compass myself. Plaintiff's counsel has advised me that Plaintiff wishes to proceed to a final judgment without delay, and I do not wish to stand in the way.

I continue to serve as Custodian. Compass's Motion to Compel Former Counsel to Surrender the Client File (ECF 432) is fully briefed and pending before the Court. ECF 435; ECF 438; ECF 439. I cannot carry out the duties the Circuit Court for Arlington County assigned to me without Compass's own files, and I respectfully ask that the Court rule on that motion.

I thank the Court for the additional time it afforded.

Respectfully,
/s/ Daniel J. White
Daniel J. White
Custodian pendente lite of Compass Marketing, Inc.

cc: All counsel of record (via CM/ECF)