**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ASHLEY BOSHEA, as Administrator of the Estate of
DAVID JOHN BOSHEA,

Plaintiff,

v.

COMPASS MARKETING, INC.,

Defendant.

Civil Action No.
1:21-cv-00309-ELH

**NOTICE OF ENTRY OF ORDER OF THE CIRCUIT COURT FOR ST. MARY'S COUNTY, MARYLAND REGISTERING THE CUSTODIAN ORDER**

Compass Marketing, Inc. ("Compass"), acting through Daniel J. White, its court-appointed Custodian pendente lite, who appears solely in that capacity and for the limited purpose of recovering Compass's records, gives notice of the following:

1. On October 1, 2026, the Circuit Court for St. Mary's County, Maryland entered an Order in *In the Matter of Compass Marketing, Inc.*, No. C-18-CV-26-000352 (the "Maryland Order"). A copy of the Maryland Order, with its Exhibit A, is attached as Exhibit 1.

2. The Maryland Order directs that the Order Appointing Custodian Pendente Lite entered May 1, 2026 by the Circuit Court for Arlington County, Virginia (ECF 417-1) "is and shall hereby be REGISTERED in the State of Maryland by the Clerk of the Circuit Court for St. Mary's County, Maryland and shall be given the full force and effect of an Order of Court within the State of Maryland." Ex. 1 at 2. It further provides that the Custodian "may seek enforcement of this Order in the event of non-compliance by any person or entity to whom this Order is directed." Id.

3. The Maryland Order relates to Compass's Motion to Compel Former Counsel to Surrender the Client File (ECF 432), which is pending and is set for hearing on October 8, 2026.

4. The Maryland Order is already before Magistrate Judge Erin Aslan of this Court in *Compass Marketing, Inc. v. Flywheel Digital LLC*, No. 1:22-cv-00379-GLR, where it was filed on October 5, 2026 as Exhibit A to Compass's reply in support of its motion to compel former counsel to produce Compass's file (ECF 81). That motion (ECF 74) has been referred to Judge Aslan (ECF 75). Compass files this Notice so that the Court and all parties to this action, to the extent they are not already aware of it, have notice of the Maryland Order.

Respectfully submitted,

/s/ Daniel J. White
Daniel J. White, Esq.
Custodian pendente lite of Compass Marketing, Inc.
D. Md. Bar No. 21937
Maryland AIS No. 0201030014
Virginia State Bar No. 98775
Post Office Box 1760
Leonardtown, Maryland 20650
Telephone: 240-298-8156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 7, 2026, the foregoing Notice and Exhibit 1 were filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and that a copy was also sent by electronic mail to:

Daniel Hodges, Esq. (hodges@ewmd.com)
Rachael Morrissey, Esq. (morrissey@ewmd.com)
Eccleston & Wolf, P.C.
7240 Parkway Drive, 4th Floor
Hanover, Maryland 21076

/s/ Daniel J. White
Daniel J. White, Esq.