# EXHIBIT 1

Order of the Court, In the Matter of Compass Marketing, Inc.

No. C-18-CV-26-000352

Circuit Court for St. Mary's County, Maryland

Entered October 1, 2026

E-FILED; Saint Mary's Circuit Court
Docket: 10/1/2026 9:05 AM; Submission: 10/1/2026 9:05 AM
Envelope: 28514802

**IN THE CIRCUIT COURT FOR ST. MARY'S COUNTY, MARYLAND**

**IN THE MATTER OF COMPASS MARKETING, INC.**

) CASE NO.: **C-18-CV-26-000352**

# ORDER OF THE COURT

***(MOVANT'S MOTION TO INTERVENE)***

***(PETITION TO REGISTER VIRGINIA CUSTODIAN PENDENTE LITE ORDER)***

On May 1, 2026, the Circuit Court for Arlington County, Virginia issued an Order of Court Appointing Daniel J. White Custodian Pendente Lite in *Michael R. White, et. al, v. Compass Marketing, Inc. and John D. White: CL21004012-00* *(Exhibit A)*. On May 7, 2026, Daniel J. White, filed a Petition for Order Recognizing Virginia Custodian Pendente Lite and Directing Turnover of Compass Property Located in St. Mary's County [Maryland]. *("Petition to Register")*. On May 26, 2026, John White *("Movant")* filed John White's Motion to Intervene, Motion to Dismiss or Vacate Petition and Motion to Disqualify Daniel White as Custodian in Maryland *("Motion to Intervene")*. On August 21, 2026, Movant filed a Line Requesting Ruling Unopposed Motion and Notice of Supplemental Facts. On August 28, 2026, Movant filed a Notice of Supplemental Authority. On September 17, 2026, Daniel White *("Petitioner")* filed Custodian's Response to the Filings of John White, Report on the Status of the Custodianship and Request for Entry of Ordered Recognition. On September 29, 2026, the instant matter was scheduled for a hearing on Movant's Motion to Intervene and Petitioner's Petition to Register wherein Petitioner and Movant presented arguments on the record.

Upon consideration of Movant's Motion to Intervene and Petitioner's Petition to Register, arguments presented and a review of the record, it is, therefore, this ________________________________ by the Circuit Court for St. Mary's County, Maryland

**ORDERED,** that Movant's Motion to Intervene, Motion to Dismiss or Vacate Petition and Motion to Disqualify Daniel White as Custodian in Maryland is and shall hereby be **DENIED**; and it is further

**ORDERED**, that Petition for Order Recognizing Virginia Custodian Pendente Lite and Directing Turnover of Compass Property Located in St. Mary's County [Maryland] is and shall hereby be **GRANTED**; and it is further

**ORDERED**, that the Order of Court dated May 1, 2026, Appointing [Daniel J. White] Custodian Pendente Lite issued by the Circuit Court for Arlington County, Virginia, in *Michael R. White, et. al., v. Compass Marketing, Inc. and John D. White: CL21004012-00* attached hereto as Exhibit A is and shall hereby be **REGISTERED** in the State of Maryland by the Clerk of the Circuit Court for St. Mary's County, Maryland and shall be given the full force and effect of an Order of Court within the State of Maryland; and it is further

**ORDERED**, that the Petitioner [Custodian – Daniel J. White] may seek enforcement of this Order in the event of non-compliance by any person or entity to whom this Order is directed; and it is further

**ORDERED**, that this matter is closed for statistical purposes.

C. TODD M. STEUART
Charles Steuart
Judge of the Circuit Court
for Prince George's County, Maryland
Specially Assigned 09/30/2026 11:31:06 PM

Cc:

Compass Marketing, Inc.
c/o Daniel J. White, Custodian Pendente Lite
P.O. Box 1760
Leonardtown, Maryland 20650
*Petitioner*

John White
201 Chester Ave.
Annapolis, Maryland 21403
*Movant*

Entered: Clerk, Circuit Court for
Saint Mary's County, MD
October 1, 2026

E-FILED; Saint Mary's Circuit Court
Docket: 9/17/2026 9:05 AM; Submission: 9/17/2026 9:05 AM
Envelope: 28506602

# EXHIBIT A

Order Appointing Custodian Pendente Lite
Circuit Court for Arlington County, Virginia
Entered May 1, 2026 (certified copy)

CL21004012-00
PET
0

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR ARLINGTON COUNTY**

MICHAEL R. WHITE et. al,
Plaintiffs,

v. **Case No. CL21004012-00** (LMD)

COMPASS MARKETING, INC., Defendant,
and JOHN D. WHITE, Intervenor.

Pendente Lite

**ORDER APPOINTING CUSTODIAN PENDENTE LITE**

Upon consideration of the record, including the April 21, 2026 Default Judgment Order, and for good cause shown under Va. Code § 13.1-748, **IT IS ORDERED:**

1. **Daniel J. White is appointed Custodian pendente lite** of Compass Marketing, Inc. with full authority over its assets, books, records, bank accounts, contracts, and pending litigation, and may retain counsel for Compass.
2. **John D. White, all current and former officers, agents, and counsel of Compass, and all third parties holding Compass property or records** shall cooperate with the Custodian and produce records, credentials, and account access on demand.
3. **Pending further order, John D. White and any person acting in concert with him are ENJOINED** from (a) transferring or encumbering any Compass asset; (b) directing any payment to or for the benefit of John D. White, Tagnetics, Smart Retail, Eastport Partners, PTM Capital, Safe-Annapolis, or any related entity; or (c) holding out any person other than the Custodian as authorized to act for Compass.
4. **The Custodian shall file a quarterly accounting** with the Court and shall obtain prior Court approval before any transaction over $50,000, any litigation settlement, or any new employment or severance agreement.
5. **The Court reserves jurisdiction** to set bond, fix Custodian compensation, modify this Order, and convert this custodianship to a receivership and dissolution under Va. Code §§ 13.1-747 and 13.1-749 ~~at any time~~.
6. An evidentiary motion on Dissolution set on 6/8/26 @ 11:00 am

ENTER: [signature] Date: 5/1/26
Hon. Louise M. DiMatteo, Judge

I ASK FOR THIS: [signatures]
Daniel J. White (VSB No. 98775), Michael R. White, Plaintiffs Pro Se

SEEN AND OBJECTED TO: [signature]
John D. White, Intervenor (Pro Se)
objected to

A COPY,
TESTE: PAUL FERGUSON
BY [signature]
DEPUTY CLERK

CIRCUIT COURT OF ARLINGTON COUNTY VIRGINIA
SEAL